EXHBIT 8 PANOLOS LIMITED DOCUMENTS



**SAINT VINCENT AND THE GRENADINES**
INTERNATIONAL BUSINESS COMPANIES (AMENDMENT AND CONSOLIDATION) ACT,
CHAPTER 149 OF THE REVISED LAWS OF SAINT VINCENT AND THE GRENADINES, 2009

(Section 5 (1))

Certificate of Incorporation

**PANOLOS LIMITED**
(NAME OF INTERNATIONAL BUSINESS COMPANY)

19635 IBC 2011
(INTERNATIONAL BUSINESS COMPANY NUMBER)

I HEREBY CERTIFY THAT THE ABOVE-MENTIONED INTERNATIONAL BUSINESS COMPANY, THE ARTICLES OF INCORPORATION OF WHICH ARE ATTACHED HERETO, WAS INCORPORATED UNDER THE INTERNATIONAL BUSINESS COMPANIES (AMENDMENT AND CONSOLIDATION) ACT, CHAPTER 149 OF THE REVISED LAWS OF SAINT VINCENT AND THE GRENADINES, 2009 ON

20th July, 2011
DATE OF INCORPORATION

REGISTRAR OF INTERNATIONAL BUSINESS COMPANIES

ABSENCE OF FOIL INDICATES COPY.



**APOSTILLE**
(Convention de La Haye du 5 Octobre 1961)

1. Country: St. Vincent and the Grenadines
   This public document
2. has been signed by ...... STARDA BILGES
3. acting in the capacity as Registrar of the International Business Companies
4. bears the seal of the Registrar of the International Business Companies, St. Vincent

**CERTIFIED**

5. at the Financial Services Authority
6. The 16TH day of DEC. 2014
7. by ELEANOR ASTAPHAN
   Executive Director/
   Deputy Executive Director/
   Manager Administration
   St. Vincent and the Grenadines
8. No. FSA 6071/2014
9. Seal/Stamp
10. Signature

Executive Director/Deputy Executive Director/
Manager Administration

*REGISTERED 09 DEC 2014 — ST. VINCENT AND THE GRENADINES FINANCIAL SERVICES AUTHORITY*

## ST. VINCENT AND THE GRENADINES
### INTERNATIONAL BUSINESS COMPANIES (AMENDMENT AND CONSOLIDATION) ACT, CHAPTER 149 OF THE REVISED LAWS OF SAINT VINCENT AND THE GRENADINES, 2009
### (SECTION 185)

**Request for Duplicate/Certified Copy of Company Document**

1. Registered name of International Business Company: Panolos Limited

2. International Business Company's Number: 19635 IBC 2011

3. Address of the registered office within the State, telephone number and facsimile number of the International Business Company:

   | | |
   |---|---|
   | Address: | Trust House |
   | | 112 Bonadie Street |
   | | Kingstown, St. Vincent |
   | Telephone: | 1 784 457 1145 |
   | Facsimile: | 1 784 457 1961 |

4. Name, address, telephone number and facsimile number of the International Business Company's Registered Agent:

   | | |
   |---|---|
   | Name: | St. Vincent Trust Service Limited |
   | Company: | Panolos Limited |
   | Address: | 112 Bonadie Street |
   | | Kingstown, St. Vincent |
   | Telephone: | 1 784 457 1145 |
   | Facsimile: | 1 784 457 1961 |

5. Document requested:
   Certificate of Incorporation $134.41;

   Cost: EC$134.41

6. Copy to be certified:   ☐ Yes   ☐ No

7. Apostille to be attached:   ☐ Yes   ☐ No

**With APOSTILLE**

I, <u>Giselle Millington</u>, a (registered agent) (director) (officer) of the above-referenced International Business Company, hereby request a duplicate/certified copy of the described in item 5 above.

SIGNATURE: _____

Dated the 9th day of December, 2014

```
02-05-13              St. Vincent and the Grenadines              FI0025
13.25.38                Financial Services Authority                2300
IBC
                        ----------------------
                        |  ADVICE OF PAYMENT  |
                        ----------------------

              PANOLOS LIMITED

     Payment Description ...  Annual Licence Fee
                              For the year 2013

     Company Number .......         19635

     Company Type .........  International Business Company

     Incorporation Date ...       20-07-11

     Agent ................  St. Vincent Trust Service

     Agent Client # .......

     Payment Posting Date..       26-04-13

     Receipt Number .......         47480

     Batch Number .........         18000

     Notes ................

     Transaction Amount ...        $268.82

     Transaction Details ... Fee Amount:         $268.82
                             Penalty:              $.00

                                                 $268.82
```

Verified as to actual amount received.

*[Signature: Williams]*

Registrar of International Business Companies

# SAINT VINCENT AND THE GRENADINES
INTERNATIONAL BUSINESS COMPANIES (AMENDMENT AND CONSOLIDATION) ACT 2007

(Section 180 (8)(a))

## Certificate of Exemption from Import Duties

**PANOLOS LIMITED**
(Name of International Business Company)

19635 IBC 2011
(International Business Company Number)

I HEREBY CERTIFY THAT THE ABOVE-MENTIONED INTERNATIONAL BUSINESS COMPANY, INCORPORATED ON

20th July, 2011
(Date of Incorporation)

Is exempted from all import duties pertaining to the importation into the State of any Office furniture or equipment necessary for conducting its business, as provided in Part XII of the International Business Companies (Amendment and Consolidation) Act 2007.

Dated the ___20th___ day of ___July___ 2011.

REGISTRAR

REGISTRAR OF INTERNATIONAL BUSINESS COMPANIES

ABSENCE OF SEAL INDICATES COPY.

# SAINT VINCENT AND THE GRENADINES
## INTERNATIONAL BUSINESS COMPANIES (AMENDMENT AND CONSOLIDATION) ACT 2007

(Section 180 (1) and 180 (8)(b))

### Certificate of Exemption from Direct Taxes

**PANOLOS LIMITED**
(NAME OF INTERNATIONAL BUSINESS COMPANY)

**19635 IBC 2011**
(INTERNATIONAL BUSINESS COMPANY NUMBER)

I HEREBY CERTIFY THAT THE ABOVE-MENTIONED INTERNATIONAL BUSINESS COMPANY, INCORPORATED ON

**20th July, 2011**
DATE OF INCORPORATION

has not elected to pay 1% on its profits and gains and is therefore exempted from all forms of direct taxes as provided in Part XII of the International Business Companies (Amendment and Consolidation) Act 2007

Dated the _20th_ day of _July_ _2011_.

REGISTRAR OF INTERNATIONAL BUSINESS COMPANIES

ABSENCE OF THE INDICATES COPY



# SAINT VINCENT AND THE GRENADINES
INTERNATIONAL BUSINESS COMPANIES (AMENDMENT AND CONSOLIDATION) ACT 2007

(Section 5 (1))

## Certificate of Incorporation

**PANOLOS LIMITED**
(Name of International Business Company)

**19635 IBC 2011**
(International Business Company Number)

I HEREBY CERTIFY THAT THE ABOVE-MENTIONED INTERNATIONAL BUSINESS COMPANY, THE ARTICLES OF INCORPORATION OF WHICH ARE ATTACHED HERETO, WAS INCORPORATED UNDER THE INTERNATIONAL BUSINESS COMPANIES (AMENDMENT AND CONSOLIDATION) ACT 2007, ON

**20th July, 2011**
DATE OF INCORPORATION

REGISTRAR OF INTERNATIONAL BUSINESS COMPANIES

ABSENCE OF FOIL INDICATES COPY.

FORM 3
SAINT VINCENT AND THE GRENADINES
INTERNATIONAL BUSINESS COMPANIES (AMENDMENT AND CONSOLIDATION)
ACT 2007 - (Section 14(1))

## ARTICLES OF INCORPORATION

1. The name of the International Business Company is:

    **PANOLOS LIMITED**

2. The address of the registered office of the International Business Company is:

    Address: **Trust House, 112 Bonadie Street, Kingstown, Saint Vincent**
    Mailing Address: **112 Bonadie Street, POB 613, Kingstown, Saint Vincent**

3. The name and address of the First Registered Agent of the International Business Company are:

    Name: **St. Vincent Trust Service Limited**
    Address: **Trust House, 112 Bonadie Street, Kingstown, Saint Vincent**

4. (i) Select the description which best describes the type of International Business Company being incorporated. (Check ONE box ONLY)
    a) [X] **Company Limited by Shares**
    b) [ ] Company Limited by Guarantee that is authorized to issue Shares
    c) [ ] Company Limited by Guarantee that is NOT authorized to issue Shares
    d) [ ] Unlimited Company that is authorized to issue Shares
    e) [ ] Unlimited Company that is NOT authorized to issue Shares

    (ii) Select the description (if any) which further defines the attributes of the International Business Company being incorporated. (Check ALL boxes that apply): **N/A**
    a) [ ] Segregated Cell Company with incorporation authorization from the Authority.
    b) [ ] Limited Duration Company with expiry date of (Day/ Month/Year)

5. In the case of an International Business Company authorized to issue shares, state the following:

    a) Currencies in which shares of the International Business Company shall be issued are: **USD (US Dollar)**

    b) The total authorised capital (if any) of the International Business Company is: **USD 100.00 (one hundred)**

    c) The number of shares (if any) with par value that the International Business Company is authorized to issue is **100** shares, each with a par value of **USD 1.00**

    d) The number of shares (if any) without par value that the International Business Company is authorized to issue is **N/A**

    e) Classes and series of shares that the company is authorized to issue:
    *Classes of Shares:* **Bearer Shares; Registered Shares**

[Stamp: ST. VINCENT AND THE GRENADINES REGISTERED 20 JUL 2011 INTERNATIONAL FINANCIAL SERVICES AUTHORITY]

*The directors are to be authorised by unanimous resolution of the shareholders to fix any such designations, powers, preferences, rights, qualifications, limitations or restrictions that have not been fixed by the Articles.*

f) Is the International Business Company authorized to issue bearer shares:
[X] Yes [ ] No

(i) The number of shares to be issued as bearer shares is: **pursuant to resolution by the Board of Directors**

(ii) The number of shares to be issued as registered shares is: **pursuant to resolution by the Board of Directors**

(iii) If shares issued to bearer are to be issued, state the manner in which a required notice is to be given to holders of such shares: **By registered letter, fax or email to such shareholder or his appointed representative at the last address as the same appears on the records of the company.**

(iv) Registered shares may be exchanged for shares issued to bearer as follows: **Resolution by the Board of Directors**

(v) Shares issued to bearer may be exchanged for registered shares: **Resolution by the Board of Directors**

(vi) The right to transfer any shares in the company is restricted as follows: **N/A**

6. (a) The objects of the company are all subject matters not forbidden by the International Business Companies (Amendment and Consolidation) Act, 2007, in particular but not exclusively all: commercial, financial, lending , borrowing, trading, service activities, the participation in other enterprises, to undertake all kinds of investments and leasing of whatsoever kind, to produce manufacture, purchase, sell all kinds of products for the company or third parties or out-source the same, as well as all matters that the Board of Directors may consider to be in the Company's interest and everything else that is not expressly forbidden by the laws.

    (b) Signature Right of the Directors shall be determined by resolution of the Board of Directors.

7. Where the International Business Company is to be limited by guarantee and 4 (i)(b) or 4(i)(c) above has been selected is **not applicable.**

8. The International Business Company is to be an unlimited company - **not applicable.** The liability of the members of the International Business Company in respect of the company's debts, liabilities and obligations is unlimited.

   [ ] Yes [X] No

9.  (a) The International Business Company has elected to register its charges under section 141 to section 146 of the Act. (Check **ONE** box ONLY)

    [ ] Yes  [X] No

    (b) The International Business Company has irrevocably elected to pay taxes at 1 % under section 180 (2) of the Act. (Check **ONE** box ONLY)

    [ ] Yes  [X] No

10. (a) Except as expressly provided in the Act or these Articles, these Articles may be amended by a shareholders' resolution, passed at a Special Meeting that has been duly called, by a simple majority of votes cast by the shareholders present in person or represented by a proxy.

    (b) The company shall stand wound up and dissolved on the date stated in a resolution passed by the directors of the company, or the Board of Directors authorizes in writing that the Registered Agent procures the striking off.

Dated the 20th day of July, 2011

**REGISTERED AGENT**
By: St. Vincent Trust Service Limited
Name: GISELLE MILLINGTON

License No. O R 1

WITNESSED BY A RESIDENT OF SAINT VINCENT AND THE GRENADINES:

Signature: _____
Name:      SONIA NERO
Address:   KINGSTOWN, ST. VINCENT
Date:      20TH JULY, 2011

**FOR REGISTRY USE ONLY**

Company No:

Agent Code No:

Date Filed:

Received By: