EXHIBIT 9  REFERENCE IK AND COURCHEVEL

Quarante-cinquième année. – N° 116 A    ISSN 0298-296X    Mercredi 15 et jeudi 16 juin 2011



# BODACC

## BULLETIN OFFICIEL DES
# ANNONCES CIVILES ET COMMERCIALES
### ANNEXÉ AU JOURNAL OFFICIEL DE LA RÉPUBLIQUE FRANÇAISE

DIRECTION DE L'INFORMATION
LÉGALE ET ADMINISTRATIVE

26, rue Desaix, 75727 PARIS CEDEX 15
www.dila.premier-ministre.gouv.fr
www.bodacc.fr



Premier ministre
Direction
de l'information
légale
et administrative

| | |
|---|---|
| Standard | 01-40-58-75-00 |
| Annonces | 01-40-58-77-56 |
| Accueil commercial | 01-40-15-70-10 |
| Abonnements | 01-40-15-67-77 |
| | (8 h 30 à 12 h 30) |
| Télécopie | 01-40-15-72-75 |

## BODACC "A"

### Ventes et cessions - Créations d'établissements
### Procédures collectives
### Procédures de rétablissement personnel
### Avis relatifs aux successions

---

### Avis aux lecteurs

Les autres catégories d'insertions sont publiées
dans deux autres éditions séparées selon la répartition suivante

Modifications diverses ........................................
Radiations ............................................................
} **BODACC "B"**

Avis de dépôt des comptes des sociétés ....... **BODACC "C"**

---

Banque de données *BODACC* servie par les sociétés :

**Altares-D&B, EDD, Extelia, Questel, Tessi Informatique, Jurismedia, Pouey International, Scores et Décisions,
Les Echos, Creditsafe, Coface services, Cartegie, La Base Marketing,Infolegale, France Telecom Orange, Telino et Maxisoft.**

Conformément à l'article 4 de l'arrêté du 17 mai 1984 relatif à la constitution et à la commercialisation d'une banque
de données télématique des informations contenues dans le *BODACC*, le droit d'accès prévu par la loi n° 78-17
du 6 janvier 1978 s'exerce auprès de la Direction de l'information légale et administrative.

---

**Le numéro : 3,10 €**
**Abonnement.** – Un an (arrêté du 26 octobre 2010 publié au *Journal officiel* du 28 octobre 2010) :
**France :** 412,20 €. Pour l'expédition par voie aérienne (outre-mer) ou pour l'étranger :
paiement d'un supplément modulé selon la zone de destination ; tarif sur demande
Paiement à réception de facture. En cas de règlement par virement, indiquer obligatoirement le numéro de facture
dans le libellé de votre virement.



7 771191 111600

www.bodacc.fr    *Toutes les annonces civiles et commerciales sur Internet*



1 - ● RCS non inscrit. **BOBILLET** (Laurie). *Origine du fonds :* Fonds acquis par achat au prix stipulé de 26000 Euros. *Etablissement :* Etablissement principal. *Activité :* coiffure. *Adresse :* le Bourg 01380 Saint-Cyr-sur-Menthon. *Précédent propriétaire :* 480 006 097 RCS Bourg-en-Bresse. **ANGEL'PASSION COIFFURE.** *Date de commencement d'activité :* 2 mai 2011. *Publication légale :* Voix de l'ain *du* 13 mai 2011. *Oppositions :* Me Eric Planchon notaire 01340 Montrevel en Bresse.

2 - ● RCS non inscrit. **DUVAL** (Stéphan, Bertrand). *Origine du fonds :* Fonds acquis par achat au prix stipulé de 209710 Euros. *Etablissement :* Etablissement principal. *Activité :* restaurant exploitation d'une boutique multi services vente des plats à emporter. *Adresse :* 210 Grande rue 01560 Saint-Trivier-de-Courtes. *Précédent propriétaire :* 428 131 833 RCS Bourg-en-Bresse. **L'ETAPE.** *Date de commencement d'activité :* 11 mai 2011. *Publication légale :* Voix de l'ain *du* 20 mai 2011. *Oppositions :* Me Brigitte Vignaud 210 grande rue 01560 St Trivier de Courtes.

3 - ● RCS non inscrit. **GUNDUBAY** (Burhan). *Origine du fonds :* Fonds acquis par achat au prix stipulé de 70000 Euros. *Etablissement :* Etablissement principal. *Activité :* kébab restauration rapide à consommer sur place ou à emporter. *Adresse :* 31 rue DU 19 MARS 1962 01540 Vonnas. *Précédent propriétaire :* 511 838 005 RCS Bourg-en-Bresse. **AUX SAVEURS OTTOMANES.** *Date de commencement d'activité :* 20 mai 2011. *Publication légale :* voix de l'ain *du* 27 mai 2011. *Oppositions :* scp Montagnon-Desprat Planchon Daubord rue des luyers 0134O Montrevel en Bresse.

4 - ● RCS non inscrit. **DOGAN** (sukru). *Origine du fonds :* Fonds acquis par achat au prix stipulé de 22250 Euros. *Etablissement :* Etablissement principal. *Activité :* snack sandwiches chauds et froids. *Adresse :* 9 rue Jules Migonney 01000 Bourg-en-Bresse. *Précédent propriétaire :* RCS non inscrit. **ANDALOUSSI** (Farid). *Date de commencement d'activité :* 23 mai 2011. *Publication légale :* le progrès *du* 27 mai 2011. *Oppositions :* office notarial MOREL-VULLIEZ et PINSON 85 cours de verdun 01100 Oyonnax.

5 - ● 530 838 580 RCS Bourg-en-Bresse. **SARL M.A.** *Forme :* Société à responsabilité limitée. *Capital :* 8000 euros. *Adresse :* 208 Grande rue 01120 Montluel. *Origine du fonds :* Fonds acquis par achat au prix stipulé de 55000 Euros. *Etablissement :* Etablissement principal. *Activité :* boucherie halal et vente d'alimentation orientale. *Adresse :* 208 Grand rue 01120 Montluel. *Précédent propriétaire :* 507 863 835 RCS Bourg-en-Bresse. **ALTI** (Mohamed, Salah). *Date de commencement d'activité :* 21 avril 2011. *Publication légale :* voix de l'ain *du* 6 mai 2011. *Oppositions :* Me Garnier-Hayette notaire Faubourg de Lyon 01120 Montluel.

6 - ● 531 682 292 RCS Bourg-en-Bresse. **EMIDA.** *Forme :* Société à responsabilité limitée. *Capital :* 58000 euros. *Adresse :* 86 Cours de Verdun 01100 Oyonnax. *Origine du fonds :* Fonds acquis par achat au prix stipulé de 250000 Euros. *Etablissement :* Etablissement principal. *Activité :* café bar brasserie. *Adresse :* 86 cours de Verdun 01100 Oyonnax. *Précédent propriétaire :* 511 999 278 RCS Bourg-en-Bresse. **THERE.** *Date de commencement d'activité :* 29 avril 2011. *Publication légale :* voix de l'ain *du* 6 juin 2011. *Oppositions :* Etude de me Nazareth notaire associé 1 rue du 23eme RI 01000 Bourg en Bresse.

7 - ● 528 303 290 RCS Bourg-en-Bresse. **CAPA.** *Forme :* Société par actions simplifiée. *Capital :* 200000 euros. *Adresse :* 40 chemin de Longchamp 01960 Servas. *Origine du fonds :* Fonds acquis par achat au prix stipulé de 1 Euros. *Etablissement :* Etablissement complémentaire. *Activité :* fabrication transformation des viandes de charcuterie de volailles de salaisons et de vente de tous produits dérivés frais et surgelés. *Adresse :* 01960 Servas. *Précédent propriétaire :* 302 220 918 RCS Bourg-en-Bresse. **COMPTOIR DE L'AIN DE PRODUITS ALIMENTAIRES - C.A.P.A.** *Date de commencement d'activité :* 2 mai 2011. *Publication légale :* voix de l'ain *du* 20 mai 2011. *Oppositions :* Cabinet Picard 22 rue du cordier 01000 Bourg en Bresse.

8 - ● 061 502 589 RCS Lyon. **LA MURE BIANCO.** *Forme :* Société par actions simplifiée. *Adresse :* 107 boulevard Stalingrad 69100 Villeurbanne. *Origine du fonds :* Fonds acquis par achat au prix stipulé de 20000 Euros. *Etablissement :* Etablissement secondaire. *Activité :* vente au détail de produits pétroliers. *Adresse :* lieudit le Janivon 01800 Villieu Loyes Mollon. *Précédent propriétaire :* 350 739 405 RCS Bourg-en-Bresse. **TOURISME GUDERZO.** *Date de commencement d'activité :* 15 mai 2011. *Publication légale :* Voix de l'ain *du* 20 mai 2011. *Oppositions :* chez l'acquereur la mure bianco lieudit les brosses 4164 route de Genève 01150 Leyment.

9 - ● 450 783 360 RCS Bourg-en-Bresse. **FRATE.** *Forme :* Société par actions simplifiée. *Capital :* 100000 euros. *Adresse :* 45 rue de Bad Waldsee 01570 Feillens. *Origine du fonds :* Fonds acquis par achat au prix stipulé de 200000 Euros. *Etablissement :* Etablissement secondaire. *Activité :* station service. *Adresse :* 195 Grande rue 01570 Feillens. *Précédent propriétaire :* 380 320 226 RCS Bourg-en-Bresse. **SARL SPENDRA.** *Date de commencement d'activité :* 1er avril 2011. *Publication légale :* le courrier économie *du* 26 mai 2011. *Oppositions :* au siège du fonds vendu.

10 - ● 504 072 943 RCS Bourg-en-Bresse. **LA FORMALIENNE BOIS DE CHAUFFAGE ET ESPACES VERTS.** *Forme :* Société à responsabilité limitée. *Capital :* 7000 euros. *Adresse :* la Tannerie 01600 Saint-Didier-de-Formans. *Origine du fonds :* Fonds acquis par achat au prix stipulé de 75000 Euros. *Etablissement :* Etablissement principal. *Activité :* négoce de bois de chauffage. *Adresse :* la Tannerie 01600 Saint-Didier-de-Formans. *Précédent propriétaire :* 405 371 790 RCS Bourg-en-Bresse. **DIDIER** (Marie-Christine, Marguerite). *Date de commencement d'activité :* 1er mai 2011. *Publication légale :* voix de l'ain *du* 27 mai 2011. *Oppositions :* au siège du fonds vendu et pour la correspondance au cabinet Me Vincent Quincy 17 avenue Charles de Gaulle 69370 ST DIDIER AU MONT D OR.

11 - ● 331 221 150 RCS Bourg-en-Bresse. **AMITEL.** *Forme :* Société anonyme à directoire et à conseil de surveillance. *Capital :* 517000 euros. *Adresse :* 231 avenue de Parme Inopolis Bâtiment C 01000 Bourg-en-Bresse. *Origine du fonds :* Fonds acquis par achat au prix stipulé de 15000 Euros. *Etablissement :* Etablissement principal. *Activité :* création production commercialisation d'annuaires téléphonique d'espaces publicitaires sous forme électronique et de tous produits et services qui y sont liés pour le secteur lyon saint etienne. *Adresse :* 231 avenue de Parme 01000 Bourg-en-Bresse. *Précédent propriétaire :* 419 873 328 RCS Bourg-en-Bresse. **ATB-BEGE-**

**COM.** *Date de commencement d'activité :* 1er mai 2011. *Publication légale :* le courrier économie du 2 juin 2011. *Oppositions :* scp Fery Kremmer These 16 rue de la Grenouillère 01000 Bourg en Bresse.

12 - ● 331 221 150 RCS Bourg-en-Bresse. **AMITEL.** *Forme :* Société anonyme à directoire et à conseil de surveillance. *Capital :* 517000 euros. *Adresse :* 231 avenue de Parme 01000 Bourg-en-Bresse. *Origine du fonds :* Fonds acquis par achat au prix stipulé de 55000 Euros. *Etablissement :* Etablissement principal. *Activité :* branche d'activité de création production commercialisation d'annuaires téléphoniques d espace publicitaire sous formes electronique ou imprimée et de tous produits et services qui y sont liés pour le secteur drome ardèche. *Adresse :* 231 avenue de Parme 01000 Bourg-en-Bresse. *Précédent propriétaire :* 419 873 328 RCS Bourg-en-Bresse. **ATB-BEGE-COM.** *Date de commencement d'activité :* 1er mai 2011. *Publication légale :* le courrier économie du 2 juin 2011. *Oppositions :* Scp Fery Daniel Kremmer Christian et These Stéphane notaires associés 16 rue de la grenouillère 01000 Bourg en Bresse Et par correspondance au cabinet Rouillon 45 quai Charles de Gaulle 69006 Lyon.

13 - ● 531 767 622 RCS Bourg-en-Bresse. **ZOC.** *Forme :* Société à responsabilité limitée. *Capital :* 8000 euros. *Adresse :* 51 rue des Bains 01220 Divonne-les-Bains. *Origine du fonds :* Fonds acquis par achat au prix stipulé de 370000 Euros. *Etablissement :* Etablissement principal. *Activité :* salon de thé bar restaurant pizzeria traiteur. *Adresse :* 51 rue des Bains 01220 Divonne-les-Bains. *Précédent propriétaire :* 501 512 610 RCS Bourg-en-Bresse. **LE FRENE.** *Date de commencement d'activité :* 20 mai 2011. *Publication légale :* voix de l'ain du 27 mai 2011. *Oppositions :* Me Laurent notaire 557 avenue de genève 01220 Divonne les bains.

14 - ● 532 239 829 RCS Sarreguemines Tl. **SARL HAROLD REIN.** *Forme :* Société à responsabilité limitée. *Capital :* 10000 euros. *Adresse :* 3 rue des Jardins 57500 Saint-Avold. *Origine du fonds :* Fonds acquis par achat au prix stipulé de 65000 Euros. *Etablissement :* Etablissement principal. *Activité :* café bar pub. *Adresse :* 3 rue de l'Etoile 01000 Bourg-en-Bresse. *Précédent propriétaire :* 480 070 275 RCS Bourg-en-Bresse. **LE SOFT.** *Date de commencement d'activité :* 19 mai 2011. *Publication légale :* le progrès du 25 mai 2011. *Oppositions :* Etude de me Desprat 22 rue du Cordier 01000 Bourg en Bresse.

15 - ● 532 518 792 RCS Bourg-en-Bresse. **SABY** (Damien, Alexandre). *Origine du fonds :* Etablissement principal acquis par achat au prix stipulé de 20000 Euros. *Etablissement :* Etablissement principal. *Activité :* Vente et dépannage d'électroménager, Tv, vidéo, Hifi, informatique. *Adresse :* route de Chalamont Centre Commercial Intermarché 01800 Meximieux. *Précédent propriétaire :* 438 886 780 RCS Bourg-en-Bresse. **DIGITEK.** *Date de commencement d'activité :* 2 mai 2011. *Publication légale :* Voix de l'Ain du 13 mai 2011. *Oppositions :* Scp Boutin et Naudin Notaires Associés 50, rue de Genève 01800 Meximieux.

16 - ● 532 556 032 RCS Bourg-en-Bresse. **FURLI** (Laura). *Nom commercial :* OPALINE BEAUTE. *Origine du fonds :* Etablissement principal acquis par achat au prix stipulé de 26500 Euros. *Etablissement :* Etablissement principal. *Activité :* Soins esthétiques et vente de produits de beauté. *Adresse :* la Morandière les Hêtres 01240 Certines. *Précédent propriétaire :* 498 439 595 RCS Bourg-en-Bresse. **CURT** (Patricia, Edwige, Monique). *Nom d'usage :* ANTUNES. *Date de commencement d'activité :* 12 mai 2011. *Publication légale :* La voix de l'Ain du 20 mai 2011. *Oppositions :* ME Jean-Pierre MOIROUX 452, rue Léopold le Hon 01000 Bourg-en-Bresse.

17 - ● 532 664 398 RCS Bourg-en-Bresse. **ARSLAN** (Sénol). *Nom commercial :* 01 KEBAB PIZZAS. *Origine du fonds :* Etablissement principal acquis par achat au prix stipulé de 33000 Euros. *Etablissement :* Etablissement principal. *Activité :* Restauration sur place, sandwicherie, pizza à emporter et à livrer. *Adresse :* rue de la Grenette 01100 Oyonnax. *Précédent propriétaire :* 503 942 799 RCS Bourg-en-Bresse. **KOC** (Beytullah). *Date de commencement d'activité :* 22 avril 2011. *Publication légale :* L'Ain agricole du 28 avril 2011. *Oppositions :* Scp Clerc Péróz Coiffard Beauregard Centre d'Affaires Valeurop 1 avenue de l'Europe - BP 64 01102 Oyonnax Cedex.

18 - ● 532 460 987 RCS Bourg-en-Bresse. **CAMILLE.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant(e) : SOLANO Laurent-Pierre, Pascal . *Capital :* 20000 euros . *Adresse :* Centre Commercial Beynost 2 Zone d'Activités Commerciales des Baterses 01700 Beynost. *Origine du fonds :* Etablissement principal acquis par achat au prix stipulé de 220000 Euros. *Etablissement :* Etablissement principal. *Activité :* Fabrication et vente de pizzas à emporter et de tous produits alimentaires. *Adresse :* Centre Commercial Beynost 2 Zone d'Activités Commerciales des Baterses 01700 Beynost. *Précédent propriétaire :* 487 869 034 RCS Bourg-en-Bresse. **EMMA-LOUISE.** *Date de commencement d'activité :* 5 mai 2011. *Publication légale :* La voix de l'Ain du 13 mai 2011. *Oppositions :* Au magasin CATALINA PIZZA Centre Commercial Beynost 2 Zone d'Activités Commerciales des Baterses 01700 Beynost.

19 - ● **Rectificatif :** BODACC A. *Numéro de parution :* 20110101. *Date de parution :* 24 mai 2011. *Annonce numéro :* 14. Cet avis est annulé et remplacé par le suivant . 531 495 695 RCS Bourg-en-Bresse. **LA FOURNEE DU JUGNON.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant(e) : PIROUD Raphaël, Alain . *Capital :* 20000 euros. *Adresse :* le Village 01250 Jasseron. *Origine du fonds :* Etablissement principal acquis par achat au prix stipulé de 180000 Euros. *Etablissement :* Etablissement principal. *Activité :* Boulangerie-Pâtisserie viennoiserie Boulangerie-Pâtisserie viennoiserie. *Adresse :* le Village 01250 Jasseron. *Précédent propriétaire :* 758 105 712 RCS Bourg-en-Bresse. **KOLLEFRATH** (Robert, Emile). *Date de commencement d'activité :* 1er mai 2011. *Publication légale :* Le Courrier de l'Ain du 5 mai 2011. *Oppositions :* Scp Tholon- Mathieu- Notaires Route de Meillonnas BP 03 01370 Treffort-Cuisiat. *Commentaires :* Mise en activité de la société.

20 - ● 531 316 545 RCS Bourg-en-Bresse. **SARL LE PRIAYSIEN.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant(e) : VALIN Florian . *Capital :* 5000 euros. *Adresse :* place Laurent Ferrand 01160 Priay. *Origine du fonds :* Etablissement principal acquis par achat au prix stipulé de 85000 Euros. *Etablissement :* Etablissement principal. *Activité :* Café restaurant pizzeria plats à emporter. *Adresse :* place Laurent Ferrand 01160 Priay. *Précédent propriétaire :* 513 312 116 RCS Bourg-en-Bresse. **LE PRIAYSIEN.** *Date de commencement d'activité :* 5 avril 2011. *Publication légale :* Le courrier économie du 21 avril 2011. *Oppositions :* Scp Perrot - Darmet - Courtejaire Notaire BP 21 01151 Lagnieu Cedex.

21 - ● 531 990 810 RCS Bourg-en-Bresse. **BAR RESTAURANT LE VICTOR HUGO.** *Forme :* Société par actions simplifiée. *Administration :* Président : CHEVALLIER Géraldine, Augustine née(e) DARNAND . *Capital :* 1000 euros. *Adresse :* 2 bis boulevard Victor Hugo 01000 Bourg-en-Bresse. *Origine du fonds :* Etablissement principal acquis par achat au prix stipulé de 92000 Euros. *Etablissement :* Etablissement principal. *Activité :* Restaurant, bar, café. *Adresse :* 2bis boulevard Victor Hugo 01000 Bourg-en-Bresse. *Précédent propriétaire :* 521 212 696 RCS Bourg-en-Bresse. **GROS.** *Date de commencement d'activité :* 5 mai 2011. *Publication légale :* Voix de l'Ain du 20 mai 2011. *Oppositions :* Scp Gaud - Nazareth - Vieille - Tandonnet, notaires associés 1, rue du 23 Eme Ri BP 26 01001 Bourg-en-Bresse.

### Créations d'établissements

22 - ● 453 244 055 RCS Bourg-en-Bresse. **EL ABDIOUI** (Ali). *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Commerce de voitures et véhicules automobiles légers, vente de pièces et accessoires auto. Location de véhicules, réparation, nettoyage des voitures. *Adresse :* 59 rue Lafayette 01200 Bellegarde-sur-Valserine. *A dater du :* 31 mai 2011. *Date de commencement d'activité :* 1er juin 2011.

23 - ● 532 590 783 RCS Bourg-en-Bresse. **SUAREZ LISTE** (Jésus, Manuel). *Nom commercial :* LISTEHOMES. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Location meubles professionnels. *Adresse :* 3bis place de la Fontaine 01630 Saint-Genis-Pouilly. *A dater du :* 31 mai 2011. *Date de commencement d'activité :* 1er mai 2011.

24 - ● 532 539 996 RCS Bourg-en-Bresse. **R.D.P.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant(e) : MEURRE Catherine, Valérie . *Capital :* 5000 euros. *Adresse :* le Village 01330 Versailleux. *A dater du :* 30 mai 2011. *Commentaires :* Cette société n'exerce aucune activité.

25 - ● 532 634 995 RCS Bourg-en-Bresse. **LE VINCENNES.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant(e) : VOILLAT Martine, Claude . *Capital :* 5000 euros. *Adresse :* 473 rue du Beaujolais 01480 Jassans-Riottier. *A dater du :* 30 mai 2011. *Commentaires :* Cette société n'exerce aucune activité.

26 - ● 532 641 438 RCS Bourg-en-Bresse. **DUO ESTHETIQUE COIFFURE.** *Forme :* Société à responsabilité limitée. *Sigle :* DUO EC. *Administration :* Gérant(e) : CONSOLETTI Leornardi Gérant(e) : ANTUNES Patricia, Edwige, Monique née(e) CURT . *Capital :* 5000 euros. *Adresse :* 48 avenue du Mail 01000 Bourg-en-Bresse. *A dater du :* 31 mai 2011. *Commentaires :* Cette société n'exerce aucune activité.

27 - ● 532 552 866 RCS Bourg-en-Bresse. **SAFI COMPTABILITE.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant(e) : DALOZ Emmanuel, Eugène . *Capital :* 6000 euros. *Adresse :* 1 rue Saint-Michel 01130 Nantua. *A dater du :* 31 mai 2011. *Commentaires :* Cette société n'exerce aucune activité.

28 – ● 532 508 090 RCS Bourg-en-Bresse. **4NL.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant(e) : FOLLEZOU Yannick Gérant(e) : MOLLARET Pierre . *Capital :* 60000 euros. *Adresse :* rue de Granges Zone Industrielle les Verchères 01800 Meximieux. *Origine du fonds :* Création. *Etablissement principal.* *Activité :* la prise de participation financière dans tous groupements, sociétés par tous moyens notamment par voie d'apport souscription achat d'actions gestion de ces participations financières toutes prestations de services direction des filiales. *Adresse :* rue de Granges Zone Industrielle les Verchères 01800 Meximieux. *A dater du :* 26 mai 2011. *Date de commencement d'activité :* 16 mai 2011.

29 – ● 532 554 094 RCS Bourg-en-Bresse. **RAKI PERE ET FILS.** *Forme :* Entreprise unipersonnelle à responsabilité limitée. *Administration :* Gérant(e) : RAKI Youssef . *Capital :* 10000 euros. *Adresse :* rue des Creuzat 01480 Frans. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Pose de clôtures. *Adresse :* rue des Creuzat 01480 Frans. *A dater du :* 27 mai 2011. *Date de commencement d'activité :* 20 mai 2011.

30 – ● 532 552 312 RCS Bourg-en-Bresse. **PHILIA CONCEPT.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant(e) : PONTET Thierry, Francis . *Capital :* 3000 euros. *Adresse :* 55 rue Jules Ferry 01480 Beauregard. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Acquisition, propriété, mise en valeur, transformation, construction, aménagement, administration, location vente d'immeubles, achat et revente de matériels, achat d'immeubles en vue de leur revente, organisation, animation de tous séminaires. *Adresse :* 55 rue Jules Ferry 01480 Beauregard. *A dater du :* 27 mai 2011. *Date de commencement d'activité :* 29 avril 2011.

31 – ● 532 536 190 RCS Bourg-en-Bresse. **FIDUCENTRE.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant(e) : PIROUX Jacques-Vincent, Romain . *Capital :* 10000 euros. *Adresse :* 301 rue Léopold le Hon 01000 Bourg-en-Bresse. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* l'exercice de la profession d'expert comptable. *Adresse :* 301 rue Léopold le Hon 01000 Bourg-en-Bresse. *A dater du :* 27 mai 2011. *Date de commencement d'activité :* 1er juin 2011.

32 – ● 532 578 671 RCS Bourg-en-Bresse. **AXEIS 01.** *Forme :* Société à responsabilité limitée. *Administration :* Co-Gérant : POUILLEY Yannick Co-Gérant : MAUVIEUX Fabrice, Georges, André Co-Gérant : AROT Florian, Thierry, Hubert . *Capital :* 150 euros. *Adresse :* chemin des Epinettes Zone Industrielle - Lieudit Crapier 01150 Saint-Sorlin-en-Bugey. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Fabrication et études. Connectique, coffrets électriques, industriels et service, cablage. *Adresse :* chemin des Epinettes Zone Industrielle - Lieudit Crapier 01150 Saint-Sorlin-en-Bugey. *A dater du :* 27 mai 2011. *Date de commencement d'activité :* 3 mai 2011.

33 – ● 532 551 231 RCS Bourg-en-Bresse. **SC LES CYGNES.** *Forme :* Société civile d'attribution. *Administration :* Gérant associé : HERAUT Pascal, Jean-Marc . *Capital :* 1000 euros. *Adresse :* le Petit Tard 01510 La burbanche. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Acquisition, construction et attribution des biens. *Adresse :* le Petit Tard 01510 La burbanche. *A dater du :* 27 mai 2011. *Date de commencement d'activité :* 19 mai 2011.

34 – ● 532 595 998 RCS Bourg-en-Bresse. **MDF INGENIERIE.** *Forme :* Société par actions simplifiée. *Administration :* Président : MARTINS DE FREITAS Abilio . *Capital :* 1000 euros. *Adresse :* Zone Artisanale la Fontaine 01290 Crottet. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Activités de bureau d'études dans les domaines du bâtiment et des travaux publics de fabrication, construction, entretien d'ouvrage et ouvrage d'art et prestations de services dans les domaines susvisés. *Adresse :* Zone Artisanale la Fontaine 01290 Crottet. *A dater du :* 30 mai 2011. *Date de commencement d'activité :* 1er juin 2011.

35 – ● 532 601 713 RCS Bourg-en-Bresse. **ALTER EGO CONSEIL.** *Forme :* Société par actions simplifiée unipersonnelle. *Administration :* Président : PONTET Thierry . *Capital :* 1000 euros. *Adresse :* 55 rue Jules Ferry 01480 Beauregard. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* L'acquisition et la gestion de tous biens et droits mobiliers et immobiliers. *Adresse :* 55 rue Jules Ferry 01480 Beauregard. *A dater du :* 30 mai 2011. *Date de commencement d'activité :* 26 avril 2011.

36 – ● 532 597 077 RCS Bourg-en-Bresse. **GF LINK.** *Forme :* Société par actions simplifiée. *Administration :* Président : CROUZET Jocelyn Directeur général : ZAMORA André . *Capital :* 20000 euros. *Adresse :* 194 rue de la Limite 01700 Beynost. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Le développement et la diffusion par tous moyens de services et de produits en relation avec la pratique sportive et ludique du golf. L'étude de marche, le conseil de gestion, le conseil en matière commerciale, toutes opérations de formation, de communication, recrutement et formation de personnel. *Adresse :* 194 rue de la Limite 01700 Beynost. *A dater du :* 30 mai 2011. *Date de commencement d'activité :* 29 avril 2011.

37 – ● 532 596 988 RCS Bourg-en-Bresse. **ESPACE BOUCHERIE.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant(e) : YAHYAOUI Sofien Gérant(e) : YAHYAOUI Nabil . *Capital :* 500 euros. *Adresse :* 15 rue de la République 01300 Belley. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Boucherie, charcuterie et vente de produits alimentaires. *Adresse :* 15 rue de la République 01300 Belley. *A dater du :* 30 mai 2011. *Date de commencement d'activité :* 19 mai 2011.

38 – ● 532 579 232 RCS Bourg-en-Bresse. **SABLAPEINTURE.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant(e) : MARTIN Jean-Paul . *Capital :* 30000 euros. *Adresse :* Pré Bonguin 01300 Chazey-Bons. *Origine du fonds :* Création. *Etablissement principal.* *Etablissement :* Traitement industriel de surfaces (sablage, peinture). *Adresse :* Pré Bonguin 01300 Chazey-Bons. *A dater du :* 30 mai 2011. *Date de commencement d'activité :* 1er juin 2011.

39 – ● 532 548 971 RCS Bourg-en-Bresse. **SOVALPI.** *Forme :* Société civile immobilière. *Administration :* Gérant associé : GALLERON Jean-Antoine, Yves-Marie Gérant associé : GALLERON Yvette, Léonie, Claude née/ée BERNE . *Capital :* 75000 euros. *Adresse :* allée de Romans la Roselière 01400 Romans. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* La propriété et la gestion de tous immeubles. *Adresse :* allée de Romans la Roselière 01400 Romans. *A dater du :* 30 mai 2011. *Date de commencement d'activité :* 17 mai 2011.

40 – ● 532 601 879 RCS Bourg-en-Bresse. **SOCIETE CIVILE IMMOBILIERE SIRIUS.** *Forme :* Société civile immobilière. *Administration :* Gérant associé : VULIN Chantal née/ée OLIVIER Gérant associé : VULIN Dominique . *Capital :* 1000 euros. *Adresse :* 363 chemin du Colombier 01390 Tramoyes. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Acquisition par voie d'achat ou d'apport la propriété la mise en valeur la transformation la construction l aménagement l administration et la location de tous biens et droits immobiliers de tous biens et droits pouvant constituer 1 accessoire l annexe ou le complement des biens et droits immobiliers en question. *Adresse :* 363 chemin du Colombier 01390 Tramoyes. *A dater du :* 30 mai 2011. *Date de commencement d'activité :* 6 mai 2011.

41 – ● 532 634 987 RCS Bourg-en-Bresse. **AGP IMMOCONSEIL.** *Forme :* Société à responsabilité limitée. *Nom commercial :* AGP IMMOCONSEIL. *Administration :* Gérant(e) : GIAVARINA Nicolas . *Capital :* 2000 euros. *Adresse :* 12 boulevard de l'Hippodrome 01000 Bourg-en-Bresse. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Transactions immobilières. *Adresse :* 12 boulevard de l'Hippodrome 01000 Bourg-en-Bresse. *A dater du :* 30 mai 2011. *Date de commencement d'activité :* 1er mai 2011.

42 – ● 532 650 074 RCS Bourg-en-Bresse. **EURL ANG DISTRIBUTOR AUTOMATIC FOOD HEAT.** *Forme :* Société à responsabilité limitée. *Nom commercial :* EURL ANG DISTRIBUTOR AUTOMATIC FOOD HEAT. *Administration :* Gérant(e) : DE ANGELIS Gérardo, Raphael . *Capital :* 1000 euros. *Adresse :* 10 avenue de l'Europe 01230 Saint-Rambert-en-Bugey. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Achat, vente dans le domaine alimentaire, vente et location de machines industrielles. *Adresse :* 10 avenue de l'Europe 01230 Saint-Rambert-en-Bugey. *A dater du :* 30 mai 2011. *Date de commencement d'activité :* 15 juin 2011.

43 – ● 532 650 157 RCS Bourg-en-Bresse. **GEMILIS PRODUCTION.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant(e) : THEVENON Gérald . *Capital :* 15000 euros. *Adresse :* Aérodrome de Bourg-en-Bresse 01250 Jasseron. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Production et revente d'énergie électrique. *Adresse :* Aérodrome de Bourg-en-Bresse 01250 Jasseron. *A dater du :* 31 mai 2011. *Date de commencement d'activité :* 1er juin 2011.

44 – ● 532 644 077 RCS Bourg-en-Bresse. **TROIS MAISONS.** *Forme :* Société civile immobilière. *Administration :* Gérant associé : PROST Philippe, Joel Gérant associé : HERNANDEZ Serge . *Capital :* 1000 euros. *Adresse :* aux Avignons 01560 Cormoz. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* construction d'un ou plusieurs immeubles en vue de leur vente en totalité ou par fraction. *Adresse :* aux Avignons 01560 Cormoz. *A dater du :* 31 mai 2011. *Date de commencement d'activité :* 2 mai 2011.

45 – ● 532 545 464 RCS Bourg-en-Bresse. **G2P.** *Forme :* Société civile. *Administration :* Gérant(e) : GOURDON Cyril Gérant(e) : PAGET Claire . *Capital :* 1500 euros. *Adresse :* les Cuzenards 01400 Chanoz-

Châtenay. *Origine du fonds* : Création. *Etablissement* : Etablissement principal. *Activité* : l'acquisition la gestion et plus généralement l'exploitation par bail location ou autrement de tous biens ou droits immobiliers à quelque endroit qu'ils se trouvent situés. *Adresse* : les Cuzenards 01400 Chanoz-Châtenay. *A dater du* : 31 mai 2011. *Date de commencement d'activité* : 6 mai 2011.

46 - ● 532 288 487 RCS Bourg-en-Bresse. **SCI LE TREFLE.** *Forme* : Société civile immobilière. *Administration* : Gérant associé : ROBERGEAU Madeleine, Denise née(e) CARTON . *Capital* : 1000 euros. *Adresse* : rue de Saint-Didier 01470 Briord. *Origine du fonds* : Création. *Etablissement* : Etablissement principal. *Activité* : L'acquisition, la propriété, la construction, l'aménagement de tous biens et droits immobiliers. *Adresse* : rue de Saint-Didier 01470 Briord. *A dater du* : 31 mai 2011. *Date de commencement d'activité* : 7 avril 2011.

47 - ● 532 676 665 RCS Bourg-en-Bresse. **UCAR OPTIQUE.** *Forme* : Société à responsabilité limitée. *Administration* : Gérant(e) : UCAR Oktay . *Capital* : 10000 euros. *Adresse* : 6 - 8 rue Vandel 01100 Oyonnax. *Origine du fonds* : Création. *Etablissement* : Etablissement principal. *Activité* : La vente d'optique de lunetterie au détail et en gros. *Adresse* : 6 - 8 rue Vandel 01100 Oyonnax. *A dater du* : 1er juin 2011. *Date de commencement d'activité* : 3 mai 2011.

48 - ● 532 664 406 RCS Bourg-en-Bresse. **TAURO CONSEILS SERVICES.** *Forme* : Société à responsabilité limitée. *Nom commercial* : TAURO CONSEILS SERVICES. *Administration* : Gérant(e) : REGAISSE Didier, André . *Capital* : 1000 euros. *Adresse* : 94 chemin de Rosière 01310 Buellas. *Origine du fonds* : Création. *Etablissement* : Etablissement principal. *Activité* : Activités de prestations de services et accessoirement le conseil en matière technique, industrielle et commerciale auprès des entreprises du btp, la participation sous quelque forme que ce soit dans d'Autres sociétés ou entreprises françaises ou étrangères. *Adresse* : 94 chemin de Rosière 01310 Buellas. *A dater du* : 1er juin 2011. *Date de commencement d'activité* : 21 mai 2011.

49 - ● 532 676 459 RCS Bourg-en-Bresse. **SARL OYONNAXOR.** *Forme* : Société à responsabilité limitée. *Administration* : Gérant(e) : KHADOR Khalid . *Capital* : 1000 euros. *Adresse* : 71 rue Anatole France 01100 Oyonnax. *Origine du fonds* : Création. *Etablissement* : Etablissement principal. *Activité* : Achat d'or. *Adresse* : 71 rue Anatole France 01100 Oyonnax. *A dater du* : 1er juin 2011. *Date de commencement d'activité* : 1er juin 2011.

50 - ● 532 644 127 RCS Bourg-en-Bresse. **BATI-THERM.** *Forme* : Société à responsabilité limitée. *Administration* : Gérant(e) : GARDE Christophe, Henri . *Capital* : 10000 euros. *Adresse* : 16 avenue Pablo Picasso 01000 Bourg-en-Bresse. *Origine du fonds* : Création. *Etablissement* : Etablissement principal. *Activité* : Réalisation de tous travaux de rénovation de façade en vue de l'isolation thermique, écologique dans tous immeubles, combles, murs, façades. Travaux de pose, peinture. *Adresse* : 16 avenue Pablo Picasso 01000 Bourg-en-Bresse. *A dater du* : 1er juin 2011. *Date de commencement d'activité* : 18 mai 2011.

51 - ● 532 712 205 RCS Bourg-en-Bresse. **CASA BROTHERS.** *Forme* : Société civile immobilière. *Administration* : Gérant associé : DEVOUCOUX Stéphane, Roger . *Capital* : 3000 euros. *Adresse* : 430 rue du chemin Vieux 01750 Replonges. *Origine du fonds* : Création. *Etablissement* : Etablissement principal. *Activité* : Acquisition par voie d' achat ou d' apport la propriété la mise en valeur la transformation la construction l aménagement l administration et la location de tous biens et droits immobiliers de tous biens et droits pouvant constituer l accessoire l annexe ou le complément des biens et droits immobiliers en question. *Adresse* : 430 rue du chemin Vieux 01750 Replonges. *A dater du* : 1er juin 2011. *Date de commencement d'activité* : 1er juin 2011.

52 - ● 532 715 166 RCS Bourg-en-Bresse. **TIPUANA.** *Forme* : Société civile immobilière. *Administration* : Gérant associé : GILLAUX Jacques, Yves, Paul, Albert Gérant associé : GILLAUX Vera, Cristina née(e) VILLELA AUTUORI . *Capital* : 1000 euros. *Adresse* : 131 rue du Docteur Durand 01210 Ornex. *Origine du fonds* : Création. *Etablissement* : Etablissement principal. *Activité* : Acquisition par voie d'achat ou d'apport, propriété, mise en valeur, transformation, construction, aménagement, administration et location de tous biens et droits immobiliers, de tous biens et droits pouvant en constituer l'accessoire, l'annexe ou le complément. *Adresse* : 131 rue du Docteur Durand 01210 Ornex. *A dater du* : 1er juin 2011. *Date de commencement d'activité* : 11 mai 2011.

53 - ● 532 715 463 RCS Bourg-en-Bresse. **SCI LE TILLEUL.** *Forme* : Société civile immobilière. *Administration* : Gérant associé : ROUSSET Olivia, Marie, Fabienne, Christian Gérant associé : VIALETTE Frédéric, René, Joseph . *Capital* : 1000 euros. *Adresse* : 24 impasse des Acacias 01310 Saint-Remy. *Origine du fonds* : Création. *Etablissement* :

Etablissement principal. *Activité* : acquisition et gestion de biens immobiliers. *Adresse* : 24 impasse des Acacias 01310 Saint-Remy. *A dater du* : 1er juin 2011. *Date de commencement d'activité* : 31 mai 2011.

54 - ● 532 523 909 RCS Bourg-en-Bresse. **SLJ ASSOCIÉS.** *Forme* : Société à responsabilité limitée. *Administration* : Gérant(e) : ROGISTER Sullivan, Jérémy, Yann . *Capital* : 5000 euros. *Adresse* : 273 rue des Asters Zone Artisanale les Communaux 01600 Reyrieux. *Origine du fonds* : Création. *Etablissement* : Etablissement principal. *Activité* : Travaux d'électricité, plomberie, plâterrie, peinture et rénovation de tous genres dans le bâtiment. *Adresse* : 273 rue des Asters Zone Artisanale les Communaux 01600 Reyrieux. *A dater du* : 1er avril 2011.

55 - ● 530 055 334 RCS Bourg-en-Bresse. **MONNERY** (Benjamin, Jean, Roger). *Nom commercial* : LA BOULE BUGEYSIENNE. *Origine du fonds* : Reçu en location-gérance. *Etablissement* : Etablissement principal. *Adresse* : 11 avenue du port 01150 Lagnieu. *Précédent exploitant* : 480 638 634 RCS Bourg-en-Bresse. LORENZI (Sandra). *A dater du* : 27 mai 2011. *Date de commencement d'activité* : 1er février 2011.

56 - ● 532 475 217 RCS Bourg-en-Bresse. **EURL AU PRESSING DE BROU.** *Forme* : Société à responsabilité limitée. *Nom commercial* : EURL AU PRESSING DE BROU. *Administration* : Gérant(e) : GUICHARD Marie-Nadege née(e) BAYON . *Capital* : 5000 euros. *Adresse* : 102 boulevard de Brou 01000 Bourg-en-Bresse. *Origine du fonds* : Achat. *Etablissement* : Etablissement principal. *Activité* : Pressing blanchisserie. *Adresse* : 102 boulevard de Brou 01000 Bourg-en-Bresse. *A dater du* : 23 mai 2011. *Date de commencement d'activité* : 3 mai 2011. *Commentaires* : Numéro et date de l'avis provisoire : 105A le 29/05/2011.

57 - ● 491 399 697 RCS Bourg-en-Bresse. **PLOMBERIE PILLET.** *Forme* : Entreprise unipersonnelle à responsabilité limitée. *Administration* : Gérant(e) : PILLET Eric . *Capital* : 8000 euros. *Adresse* : 169 rue DU LAVOIR 01600 Reyrieux. *Etablissement* : Etablissement principal. *Activité* : plomberie chauffage sanitaire. *Adresse* : 169 rue DU LAVOIR 01600 Reyrieux. *A dater du* : 26 mai 2011. *Date de commencement d'activité* : 31 octobre 2010. *Commentaires* : Immatriculation suite à transfert de son siège social hors ressort.

58 - ● 351 056 965 RCS Bourg-en-Bresse. **MEMO.** *Forme* : Société anonyme à conseil d'administration. *Administration* : Président du Conseil d'Administration : RICHARDET Claude Directeur général et administrateur : RICHARDET Jacqueline Administrateur : EDELSTEIN Simon, André Commissaire aux comptes suppléant : FONT Paul, Roger . *Capital* : 76224.51 euros. *Adresse* : la Pierre 01400 Condeissiat. *Etablissement* : Etablissement principal. *Activité* : Service sur internet. *Adresse* : la Pierre 01400 Condeissiat. *A dater du* : 30 mai 2011. *Date de commencement d'activité* : 31 mars 2011. *Commentaires* : Immatriculation suite à transfert de son siège social hors ressort.

59 - ● 449 333 392 RCS Bourg-en-Bresse. **SV CAP.** *Forme* : Société à responsabilité limitée. *Nom commercial* : AUBERGE DE LA SOURCE. *Administration* : Gérant(e) : CAPUTO Vincent Gérant(e) : CAPUTO Sylvie, Catherine, Véronique née(e) BRU . *Capital* : 7500 euros. *Adresse* : 1 route de Contrevoz 01300 Chazey-Bons. *Etablissement* : Etablissement principal. *Activité* : Bar, restaurant à consommer sur place, hôtel. *Adresse* : 1 route de Contrevoz 01300 Chazey-Bons. *A dater du* : 30 mai 2011. *Date de commencement d'activité* : 14 janvier 2011. *Commentaires* : Immatriculation suite à transfert de son siège social hors ressort.

60 - ● 428 783 948 RCS Bourg-en-Bresse. **ERCE PLASTEF-LSS.** *Forme* : Société anonyme. *Administration* : Président du conseil d'administration et Directeur général : MACHURAT Franck, André Administrateur : NOZZA Michelle, Simone né(e) GAUTHIER Administrateur : PISANI Eric, Pierre, Olivier Commissaire aux comptes titulaire : Cabnet Christian VOISINE ET ASSOCIES CCVA Commissaire aux comptes suppléant : BAHUON Paul, André . *Capital* : 837606.25 euros. *Adresse* : Zone Artisanale 01100 Martignat. *Origine du fonds* : Création. *Etablissement* : Etablissement principal. *Activité* : transformation des matières plastiques. *Adresse* : Zone Artisanale 01100 Martignat. *A dater du* : 1er juin 2011. *Commentaires* : Immatriculation suite à transfert de son siège social hors ressort.

61 - ○ 532 529 559 RCS Saint-Quentin. **LECLIC CONDREN.** *Forme* : Société à responsabilité limitée. *Nom commercial* : RAPID'FLORE. *Administration* : Gérant : ANGIBOUST Jean-Jérôme Alexandre Léon .

*Capital :* 250000.00 euros. *Adresse :* 217 boulevard Gambetta 02700 Condren. *Origine du fonds :* Etablissement principal acquis par apport au montant évalué à 250.000,00 EUR. *Etablissement :* Siège social et établissement principal. *Activité :* Fleuriste, composition florale, horticulture, négociant horticole, vente d'articles divers. *Enseigne :* RAPID'FLORE. *Précédent propriétaire :* 452 792 237 RCS Saint-Quentin. LECLIC. *A dater du :* 1er juin 2011. *Date d'effet :* 1er octobre 2010. *Date de commencement d'activité :* 1er octobre 2010. *Publication légale :* La Thiérache du 17 février 2011. *Déclarations de créances :* Au Tribunal de Commerce de SAINT QUENTIN.

### Créations d'établissements

62 - ° 532 369 816 RCS Saint-Quentin. **M.S.Q.** *Forme :* S.A.R.L. à associé unique. *Administration :* Gérant associé unique : MISMAC Bertrand Frédéric . *Capital :* 20000.00 euros. *Adresse :* 280 rue Roger Salengro 02230 Fresnoy le Grand. *Etablissement :* siège social. *Adresse :* 280 rue Roger Salengro 02230 Fresnoy le Grand. *A dater du :* 16 mai 2011. *Commentaires :* Cette entreprise n'exerce aucune activité.

63 - ° 532 693 082 RCS Saint-Quentin. **EURL PAUCA.** *Forme :* S.A.R.L. à associé unique. *Administration :* Gérant associé unique : DELPIERRE Marc Serge Pierre . *Capital :* 30000.00 euros. *Adresse :* 96 boulevard Richelieu 02100 Saint Quentin. *Etablissement :* siège social. *Adresse :* 96 boulevard Richelieu 02100 Saint Quentin. *A dater du :* 31 mai 2011. *Commentaires :* Cette entreprise n'exerce aucune activité.

64 - ° 532 742 137 RCS Saint-Quentin. **BELIO.** *Forme :* S.A.R.L. à capital variable. *Administration :* Gérant : DELEUZE Bruno Didier . *Capital :* 1000.00 EUR*Adresse :* 36-38-40 rue Croix Belle Porte 02100 Saint Quentin. *Etablissement :* siège social. *Adresse :* 36-38-40 rue Croix Belle Porte 02100 Saint Quentin. *A dater du :* 1er juin 2011. *Commentaires :* Cette entreprise n'exerce aucune activité.

65 - ° 532 742 152 RCS Saint-Quentin. **ISANN.** *Forme :* S.A.R.L. à capital variable. *Administration :* Gérant : DELEUZE Bruno Didier . *Capital :* 1000.00 EUR*Adresse :* 36-38-40 rue Croix Belle Porte 02100 Saint Quentin. *Etablissement :* siège social. *Adresse :* 36-38-40 rue Croix Belle Porte 02100 Saint Quentin. *A dater du :* 1er juin 2011. *Commentaires :* Cette entreprise n'exerce aucune activité.

66 - ° 532 755 642 RCS Saint-Quentin. **T.L.N.H.** *Forme :* Société à responsabilité limitée. *Administration :* Co-gérant : HANQUET Ludovic Claude Co-gérant : NOLLET Thierry Marcel Bernard . *Capital :* 5000.00 euros. *Adresse :* 4 boulevard Léon Blum 02100 Saint Quentin. *Etablissement :* siège social. *Adresse :* 4 boulevard Léon Blum 02100 Saint Quentin. *A dater du :* 3 juin 2011. *Commentaires :* Cette entreprise n'exerce aucune activité.

67 - ° 532 702 461 RCS Saint-Quentin. **IREM.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant : SEMET Murat . *Capital :* 4000.00 euros. *Adresse :* 1 rue Albert Eistein Bât. Anjou 02300 Chauny. *Etablissement :* Siège social et établissement principal. *Activité :* Maçonnerie générale en sous traitance, donneur d'ordre. *Adresse :* 1 rue Albert Eistein Bât. Anjou 02300 Chauny. *A dater du :* 11 mai 2011. *Date de commencement d'activité :* 11 mai 2011.

68 - ° 532 727 492 RCS Saint-Quentin. **CELIKHA.** *Forme :* Société civile immobilière. *Administration :* Co-gérant associé indéfiniment responsable : ALZONNE Céline Thérèse Gilberte Co-gérant associé indéfiniment responsable : CHEBANI Khalid . *Capital :* 100.00 euros. *Adresse :* 43 rue de la République 02300 Chauny. *Etablissement :* Siège social et établissement principal. *Activité :* L'acquisition par voie d'achat ou d'apport, la propriété, la mise en valeur, la transformation, la construction, l'aménagement, l'administration et la location de tous biens et droits immobiliers de tous biens et droits pouvant constituer l'accessoire, l'annexe ou le complément des biens et droits immobiliers en question. *Adresse :* 43 rue de la République 02300 Chauny. *A dater du :* 1er juin 2011. *Date de commencement d'activité :* 1er mai 2011.

### GREFFE DU TRIBUNAL DE COMMERCE DE SOISSONS

### Créations d'établissements

69 - ° 532 272 978 RCS Soissons. **SNC TABAC LAMARTINE.** *Forme :* Société en nom collectif. *Administration :* Gérant associé en nom : HERNANDEZ Agustin Associé en nom collectif : HACHARD Nathalie Josette . *Capital :* 20000.00 euros. *Adresse :* 8 place Lamartine 02200 Soissons. *Etablissement :* siège social. *Adresse :* 8 place Lamartine 02200 Soissons. *A dater du :* 7 juin 2011. *Commentaires :* Cette entreprise n'exerce aucune activité.

70 - ° 532 640 661 RCS Soissons. **S.C.I. ABF SYNERGIE.** *Forme :* Société civile. *Administration :* Gérant associé indéfiniment responsable : ABOU EL FARAH Brahim Associé indéfiniment responsable

: MAIS Zaïna Associé indéfiniment responsable : ABOU EL FARAH Najma . *Capital :* 1000.00 euros. *Adresse :* 1 rue Jean de la Fontaine 02470 Neuilly-Saint-Front. *Etablissement :* Siège social et établissement principal. *Activité :* Acquisition, administration, exploitation ,location des immeubles, terrains... *Adresse :* 1 rue Jean de la Fontaine 02470 Neuilly-Saint-Front. *A dater du :* 27 mai 2011. *Date de commencement d'activité :* 24 mai 2011.

71 - ° 532 671 336 RCS Soissons. **SCI DU MANOIR DE LA COUR.** *Forme :* Société civile. *Administration :* Co-gérant associé indéfiniment responsable : LIERMAN Isabelle Jacqueline Maria Co-gérant associé indéfiniment responsable : MICHEL Franck Robin . *Capital :* 10000.00 euros. *Adresse :* 1 rue Saint-Denis 02600 Largny-sur-Automne. *Etablissement :* Siège social et établissement principal. *Activité :* Acquisition d'un actif immobilier 1 rue Saint- Denis 02600 Largny sur Automne, gestion, administration et exploitation par bail, location ou autrement dudit immeuble et de tous autres immeubles bâtis dont elle pourrait devenir propriétaire ultérieurement,par voie d'acquisition échange, apport ou autrement. *Adresse :* 1 rue Saint-Denis 02600 Largny-sur-Automne. *A dater du :* 30 mai 2011. *Date de commencement d'activité :* 7 mai 2011.

72 - ° 532 678 620 RCS Soissons. **A.F DÉVELOPPEMENT.** *Forme :* Société civile. *Administration :* Gérant associé indéfiniment responsable : FRANQUEVILLE Arnaud André Victor Associé indéfiniment responsable : JARDET Nicole Denise . *Capital :* 2000.00 euros. *Adresse :* 12 rue Nôtre Dame 02200 Soissons. *Etablissement :* Siège social et établissement principal. *Activité :* Acquisition par voie d'achat ou d'apport, la propriété, la mise en valeur, la transformation, la construction, l'aménagement, l'administration et la location de tous biens et droits immobiliers de tous biens et droits pouvant constituer l'accessoire, l'annexe ou le complément des biens et droits immobiliers en question. *Adresse :* 12 rue Nôtre Dame 02200 Soissons. *A dater du :* 30 mai 2011. *Date de commencement d'activité :* 30 mai 2011.

73 - ° 532 685 591 RCS Soissons. **SOCIETE CIVILE IMMOBILIERE DES DEUX LIONS,PAR ABRÉVIATION S.C.I. DES DEUX LIONS.** *Forme :* Société civile. *Administration :* Co-gérant associé indéfiniment responsable : BESSE Eric Jean Jacques Co-gérant associé indéfiniment responsable : MARQUET Audrey Angéline Edith . *Capital :* 1200.00 euros. *Adresse :* 3 rue du Bel Air 02200 Soissons. *Etablissement :* Siège social et établissement principal. *Activité :* Gestion immobilière. *Adresse :* 3 rue du Bel Air 02200 Soissons. *A dater du :* 30 mai 2011. *Date de commencement d'activité :* 20 avril 2011.

74 - ° 532 687 613 RCS Soissons. **P.F.O.** *Forme :* Société civile. *Administration :* Co-gérant associé indéfiniment responsable : PICARD Olivier Jean-Marie Co-gérant associé indéfiniment responsable : VIGNERON Florence Sylvie . *Capital :* 5000.00 euros. *Adresse :* Ferme de la Grande Forêt 02570 La Chapelle-sur-Chézy. *Etablissement :* Siège social et établissement principal. *Activité :* Prise de participation, acquisition, vente, propriété, administration, gestion et exploitation par bail, gestion administrative, opérations pouvant se rattacher directement ou indirectement à l'objet social. *Adresse :* Ferme de la Grande Forêt 02570 La Chapelle-sur-Chézy. *A dater du :* 30 mai 2011. *Date de commencement d'activité :* 1er mai 2011.

75 - ° 532 690 476 RCS Soissons. **A.F ENTRETIENS.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant : FRANQUEVILLE Arnaud André Victor . *Capital :* 5000.00 euros. *Adresse :* 12 rue Nôtre Dame 02200 Soissons. *Etablissement :* Siège social et établissement principal. *Activité :* Réparation, dépannage, service après vente, entretien de tous véhicules ou engins à moteur ou utilisant toutes énergies, la vente, la fourniture la pose de tous éléments entrant dans la constitution ou la fabrication, la réparation, l'amélioration de tous les véhicules avec ou sans moteur, la vente, la fourniture à la mesure ou à la pièce de toutes prestations nécessaires au bon fonctionnement de tous types de véhicules. *Adresse :* 12 rue Nôtre Dame 02200 Soissons. *A dater du :* 31 mai 2011. *Date de commencement d'activité :* 31 mai 2011.

76 - ° 532 693 090 RCS Soissons. **SARL DE LA MUETTE.** *Forme :* Société à responsabilité limitée. *Administration :* Co-gérant : HOUSSEL Patrick Maurice Charles Co-gérant : HOUSSEL Arnaud Roger . *Capital :* 5000.00 euros. *Adresse :* 2 rue des Voyots 02880 Leury. *Etablissement :* Siège social et établissement principal. *Activité :* Réalisation de tous travaux agricoles, principalement pour le compte de tiers exploitants agricoles ou forestiers, la location de matériels, les achats reventes de produits agricoles, le stockage. *Adresse :* 2 rue des Voyots 02880 Leury. *A dater du :* 1er juin 2011. *Date de commencement d'activité :* 1er janvier 2011.

77 - ° 532 727 500 RCS Soissons. **BONNET.** *Forme :* Société civile immobilière. *Administration :* Gérant associé indéfiniment responsable : MEREAU Nathalie Solange Associé indéfiniment responsable

: PASQUIER François Emmanuel Marie Henri Associé indéfiniment responsable : BONNET Benjamin Michel Jacques . *Capital* : 150.00 euros. *Adresse* : 54 rue du Champ Dieu 02810 Gandelu. *Etablissement* : Siège social et établissement principal. *Activité* : Acquisition, revente, gestion et administration civiles de tous biens et droits immobiliers lui appartenant. *Adresse* : 54 rue du Champ Dieu 02810 Gandelu. *A dater du* : 1er juin 2011. *Date de commencement d'activité* : 7 mai 2011.

78 – ° 532 728 623 RCS Soissons. **SCI MKADMI.** *Forme* : Société civile. *Administration* : Gérant associé indéfiniment responsable : MKADMI Hanane Associé indéfiniment responsable : MKADMI Naoile . *Capital* : 10000.00 euros. *Adresse* : 4 rue de la Bannière 02200 Soissons. *Etablissement* : Siège social et établissement principal. *Activité* : Location d'appartements. *Adresse* : 4 rue de la Bannière 02200 Soissons. *A dater du* : 1er juin 2011. *Date de commencement d'activité* : 1er juin 2011.

79 – ° 532 705 225 RCS Soissons. **FRÉDÉRIC LÉTÉ.** *Forme* : S.A.S. unipersonnelle. *Sigle* : FLS. *Administration* : Président de la société : LETE Frédéric Robert . *Capital* : 1000.00 euros. *Adresse* : 12 rue des Billards 02400 Chateau Thierry. *Etablissement* : Siège social et établissement principal. *Activité* : Exploitation de tout domaine agricole ou viticole vente des biens produits par ces domaines avant ou après leur transformation. *Adresse* : 12 rue des Billards 02400 Chateau Thierry. *A dater du* : 6 juin 2011. *Date de commencement d'activité* : 20 mai 2011.

80 – ° 532 711 603 RCS Soissons. **GO WEST RETAILS.** *Forme* : Société par actions simplifiée. *Administration* : Président de la société : GUILLEMETTE Olivier Pierre Hervé Commissaire aux comptes titulaire : LAVAYSSIERE LOILLIER Associés Commissaire aux comptes suppléant : LOILLIER LAVAYSSIERE Alexandra . *Capital* : 70000.00 euros. *Adresse* : Zone Industrielle de l'Omois 02400 Bezu Saint Germain. *Etablissement* : Siège social et établissement principal. *Activité* : La prise de participation dans toutes sociétés commerciales, industrielles, financières et prestations de services, françaises ou étrangères, toutes prestations de services en matière de gestion administrative et financière, conseil auprès d'entreprises... *Adresse* : Zone Industrielle de l'Omois 02400 Bezu Saint Germain. *A dater du* : 6 juin 2011. *Date de commencement d'activité* : 15 juin 2011.

## 05 - HAUTES-ALPES

### GREFFE DU TRIBUNAL DE COMMERCE DE GAP

#### Ventes et cessions

81 – ● RCS non inscrit. **BEVILACQUA** (Lucien). *Origine du fonds* : Fonds acquis par achat au prix stipulé de 30000 Euros. *Etablissement* : Etablissement principal. *Activité* : fonds artisanal et commercial de coiffure mixte, vente de produits capillaires, vente de bijoux fantaisie, de postiches, d'accessoires, de produits cosmétiques de parfumerie. *Adresse* : 4 rue Varanfrain 05700 Serres. *Précédent propriétaire* : 451 347 280 RCS Gap. **SARL PEGGY COIFFURE.** *Date de commencement d'activité* : 19 mai 2011. *Publication légale* : alpes et midi du 27 mai 2011. *Oppositions* : Etude de Maitre Sylvie TUDES - notaire - 05700 SERRES.

82 – ● 531 464 717 RCS Gap. **LES AMOUREUX.** *Forme* : Société à responsabilité limitée. *Capital* : 750 euros. *Adresse* : Pierre Belle 05350 Saint-Veran. *Origine du fonds* : Fonds acquis par achat au prix stipulé de 235000 Euros. *Etablissement* : Etablissement principal. *Activité* : restaurant, snack, pizzéria, plats à emporter. *Adresse* : 05350 Molines-en-Queyras. *Précédent propriétaire* : 494 597 354 RCS Gap. **BERNEIX.** *Date de commencement d'activité* : 5 mai 2011. *Publication légale* : alpes et midi du 27 mai 2011. *Oppositions* : Maître Hervé PACE - notaire - place du Portail 05600 GUILLESTRE.

## 06 - ALPES-MARITIMES

### GREFFE DU TRIBUNAL DE COMMERCE DE CANNES

#### Ventes et cessions

83 – ° 513 851 006 RCS Cannes. **AZUR COFFEE GROUP.** *Forme* : Société à responsabilité limitée. *Capital* : 20000.00 euros. *Adresse* : 14 route des Serres 06240 Beausoleil. *Origine du fonds* : Achat au prix stipulé de 48000 Euros. *Etablissement* : Etablissement principal. *Activité* : branche d'activité de gestion et exploitation de distributeurs automatiques. *Adresse* : 3 rue Boucicaut 06400 Cannes. *Précédent propriétaire* : 402 474 365 RCS Cannes. **GROUPE GENERATION.** *Date de commencement d'activité* : 10 juin 2011. *Publication légale* : La Tribune - Le Bulletin de la Côte d'Azur du 10 juin 2011. *Oppositions* : Au fonds vendu pour la validité et pour la correspondance CABINET BUCHET 5 Rue de la Préfecture 06300 NICE.

84 – * 408 334 084 RCS Cannes. **TROULIER** (Alain). *Origine du fonds* : Achat d'un fonds de commerce au prix stipulé de 70000 Euros. *Etablissement* : Etablissement principal. *Activité* : restaurant snack sur place. *Adresse* : 6 rue Barthélemy 06150 Cannes la Bocca. *Précédent propriétaire* : 513 605 035 RCS Cannes. **SARL FLORALI.** *Date de commencement d'activité* : 10 mai 2011. *Publication légale* : La Tribune - Le Bulletin de la Côte d'Azur du 27 mai 2011. *Oppositions* : AU Mandataire Me CARDON 15 Impasse de l ' Horloge 06110 LE CANNET pour la validité et pour la correspondance.

85 – * 532 788 544 RCS Cannes. **VADOMY.** *Forme* : Société à responsabilité limitée à associé unique. *Administration* : Gérant : BLEUZE Valérie Georgette . *Capital* : 1000.00 euros. *Adresse* : 119 boulevard Carnot 06110 Le Cannet. *Origine du fonds* : Achat d'un fonds de commerce au prix stipulé de 37000 Euros. *Etablissement* : Etablissement principal. *Activité* : librairie papeterie presse bimbeloterie articles de cadeaux articles de bureau jouets et produits de la française des jeux... *Adresse* : 119 boulevard Carnot 06110 le Cannet. *Précédent propriétaire* : 483 201 505 RCS Cannes. **DEBONO** (Marie-Thérèse). *Date de commencement d'activité* : 1er juin 2011. *Publication légale* : La Tribune - Le Bulletin de la Côte d'Azur du 3 juin 2011. *Oppositions* : Au Mandataire CABINET CANET 3 rue de Bône 06400 CANNES pour la validité et pour la correspondance.

#### Créations d'établissements

86 – * 532 742 947 RCS Cannes. **CUSTOM CREATION.** *Forme* : Société par actions simplifiée. *Administration* : Président : PERES Steve Michael . *Capital* : 10000.00 euros. *Adresse* : 28 rue de Mimont 06400 Cannes. *Origine du fonds* : Création d'un fonds de commerce. *Etablissement* : Etablissement principal. *Activité* : total Covering et refit sur tous supports (film adhésif) pour marquage publicitaire ou autres. *Date de commencement d'activité* : 25 mai 2011.

87 – * 532 742 780 RCS Cannes. **NEHCTIP.** *Forme* : Société à responsabilité limitée. *Administration* : Gérant : PITCHEN Laurent . *Capital* : 1000.00 euros. *Adresse* : 43 avenue Maréchal Juin 06400 Cannes. *Origine du fonds* : Création d'un fonds de commerce. *Etablissement* : Etablissement principal. *Activité* : l' achat la vente la distribution la location de toute plateforme nautique construite sous le concept Water-world Tm l'achat la vente la distribution la location de tous produits services engins nautiques a moteur ou à voile et objets de décoration pour la réalisation et la décoration de toute plateforme nautique construite sous le concept Water-world Tm ainsi que pour l 'acheminement des clients Auxdites Plateformes nautiques la réalisation de toutes plateforme nautique construite sous le concept Water-world Tm. *Date de commencement d'activité* : 25 mai 2011.

88 – * 532 742 855 RCS Cannes. **AMG CENTER.** *Forme* : Société à responsabilité limitée. *Administration* : Gérant : MATOS Raphaël . *Capital* : 7500.00 euros. *Adresse* : chemin de la Bastide Rouge le Beal 2000 Bâtiment B Entrée 2 06150 Cannes La Bocca. *Origine du fonds* : Création d'un fonds de commerce. *Etablissement* : Etablissement principal. *Activité* : services administratifs et autres services de soutien aux entreprises et toutes activités similaires ou connexes pouvant s'y rattacher. *Date de commencement d'activité* : 1er juin 2011.

89 – * 532 748 548 RCS Cannes. **RONI BATIMENT.** *Forme* : Société à responsabilité limitée. *Administration* : Gérant : BULUT Selahattin . *Capital* : 2000.00 euros. *Adresse* : 28 rue Mimont Centre Affaires 06400 Cannes. *Origine du fonds* : Création d'un fonds de commerce. *Etablissement* : Etablissement principal. *Activité* : tous travaux de bâtiment carrelage façades peinture maçonnerie. *Date de commencement d'activité* : 1er juin 2011.

90 – * 532 789 062 RCS Cannes. **PRINCE 7.** *Forme* : Société civile. *Administration* : Associé gérant : CEHA Pieter Associé : MAGREY Franck Associé : MAGREY Michel . *Capital* : 1600.00 euros. *Adresse* : 15 boulevard Montfleury 06400 Cannes. *Etablissement* : Etablissement principal. *Activité* : acquisition mise en valeur exploitation de tous biens immobiliers et notamment d''un immeuble à 06400 cannes 7 av prince de galle. *Date de commencement d'activité* : 27 mai 2011.

91 – * 532 748 167 RCS Cannes. **RENOV AZUR BATIMENT.** *Forme* : Société à responsabilité limitée. *Nom commercial* : RENOV-AZUR-BATIMENT. *Administration* : Gérant : GONZALEZ Alexandre José Christophe . *Capital* : 8000.00 euros. *Adresse* : 111 route de Tiragon Azur Mouans 06370 Mouans-Sartoux. *Origine du fonds* : Création d'un fonds de commerce. *Etablissement* : Etablissement principal. *Activité* : tous corps d'états bâtiment entreprise générale du bâtiment acquérir détenir gérer directement une ou plusieurs participations toutes activités connexes ou annexes vente achat produits dérivés maçonnerie électricité plomberie. *Date de commencement d'activité* : 23 mai 2011.

92 – * 531 290 054 RCS Cannes. **SAS MOUGINS ETANCHEITE.** *Forme* : Société par actions simplifiée. *Nom commercial* : MOUGINS ETANCHEITE. *Administration* : Président : DURAND Olivier Lilian .

*Capital :* 4000.00 euros. *Adresse :* 1635 avenue de la Plaine 06250 Mougins. *Origine du fonds :* Création d'un fonds de commerce. *Etablissement :* Etablissement principal. *Activité :* couverture et étanchéité toutes surfaces. *Date de commencement d'activité :* 25 mars 2011.

93 - * 532 746 401 RCS Cannes. **M. S. K.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant : BRAHAM Naoufel . *Capital :* 8000.00 euros. *Adresse :* 456 chemin de Carmai C/o Aidom 06250 Mougins. *Origine du fonds :* Création d'un fonds de commerce. *Etablissement :* Etablissement principal. *Activité :* tous moyens nécessaires à l'exploitation de menuiserie alu Pvc bois et rénovation. *Date de commencement d'activité :* 18 mai 2011.

94 - * 532 796 943 RCS Cannes. **SCI JDLM.** *Forme :* Société civile immobilière. *Administration :* Co-gérant : MAULNY Laurence Co-gérant : DWORCZAK Jacques . *Capital :* 420000.00 euros. *Adresse :* 63 avenue de Louisiane Riviera Golf le Madison 1 06210 Mandelieu-la-Napoule. *Etablissement :* Etablissement principal. *Activité :* acquisition de biens et droits immobiliers. *Date de commencement d'activité :* 7 juin 2011.

95 - * 532 796 950 RCS Cannes. **SCI CLAUDES.** *Forme :* Société civile. *Administration :* Associé gérant : MALMONTE Jean Claude Associé : MALMONTE Stéphane Associé : MALMONTE Grégory . *Capital :* 1000.00 euros. *Adresse :* 785 avenue des Amazones le Grand Coteau 06210 Mandelieu-la-Napoule. *Etablissement :* Etablissement principal. *Activité :* acquisition et gestion de tous biens immobiliers. *Date de commencement d'activité :* 1er juin 2011.

96 - * 532 797 511 RCS Cannes. **LUNA.** *Forme :* Société civile. *Administration :* Associé gérant : MONTGOMERY Guy Robert Associé gérant : BLUNDEN Annie Elizabeth . *Capital :* 1000.00 euros. *Adresse :* 864 chemin de Castellaras les Hauts de Plascassier Villa Lou Let 06370 Mouans-Sartoux. *Etablissement :* Etablissement principal. *Activité :* acquisition et gestion de tous biens immobiliers. *Date de commencement d'activité :* 7 juin 2011.

97 - * 532 798 212 RCS Cannes. **SCI HELIOS I.** *Forme :* Société civile. *Administration :* Associé gérant : FAVRE Sandrine Roselyne Associé : HAZI Romain Mehdi Jugurtha Associé : AKNINE Alexandre Stéphane . *Capital :* 6000.00 euros. *Adresse :* 154 avenue de Cannes 06210 Mandelieu-la-Napoule. *Etablissement :* Etablissement principal. *Activité :* acquisition et gestion de tous biens immobiliers. *Date de commencement d'activité :* 15 juin 2011.

98 - * 532 408 036 RCS Cannes. **FORMACALL.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant : CHARPENTIER Jacqueline . *Capital :* 1500 EUR*Adresse :* 7 allée François Coli 06210 Mandelieu-la-Napoule. *Origine du fonds :* Création d'un fonds de commerce. *Etablissement :* Etablissement principal. *Activité :* centre d'appel téléphonique. *Date de commencement d'activité :* 2 mai 2011.

99 - * 532 800 448 RCS Cannes. **MAXENCE.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant : TUCITA Jefferson Edmond Guy . *Capital :* 7200.00 euros. *Adresse :* 6/10 impasse de la Bergerie Résidence des Allées 06400 Cannes. *Origine du fonds :* Création d'un fonds de commerce. *Etablissement :* Etablissement principal. *Activité :* centre esthétique de relaxation et de bien être achat vente de produits cosmétiques et d'hygiène corporelle. *Date de commencement d'activité :* 20 mai 2011.

### GREFFE DU TRIBUNAL DE COMMERCE DE GRASSE

#### Ventes et cessions

100 - * RCS non inscrit. **ATARAXIE.** *Forme :* Société à responsabilité limitée. *Capital :* 2000.00 euros. *Adresse :* 2 place Méjane 06560 Valbonne. *Origine du fonds :* Achat d'un fonds de commerce au prix stipulé de 107000 Euros. *Etablissement :* Etablissement principal. *Activité :* restaurant. *Adresse :* 2 place Méjane 06560 Valbonne. *Précédent propriétaire :* 523 470 029 RCS Grasse. **LE SUD.** *Date de commencement d'activité :* 26 mai 2011. *Publication légale :* L'Avenir Côte d'Azur du 3 juin 2011. *Oppositions :* Au fonds vendu 2 PLACE MEJANE 06560 VALBONNE pour la validité et pour la correspondance cabinet secondaire de Maître Philippe VILLALARD 200 Boulevard DU FOUR A CHAUX IMMEUBLE EXPERT 06110 LE CANNET.

101 - * 422 686 345 RCS Grasse. **CAFE DES ARCADES.** *Forme :* Société par actions simplifiée. *Adresse :* Nationale 06560 Valbonne. *Origine du fonds :* Achat d'un fonds de commerce au prix stipulé de 230000 Euros. *Etablissement :* Etablissement complémentaire. *Activité :* bar, restaurant, glacier. *Adresse :* Rue Emile Pourcel Angle Rue du Pontis 06560 Valbonne. *Précédent propriétaire :* 500 887 138 RCS Grasse. **SARL L'ALIZEE.** *Date de commencement d'activité :* 20 mai 2011. *Publication légale :* La Tribune - Le Bulletin de la Côte d'Azur du 27 mai 2011. *Oppositions :* Au Mandataire Cabinet GIOANNI VENEZIA KERMARREC Huissier de Justice 12 av. Gén.

de Gaulle 06131 GRASSE pour la validité et pour la correspondance Cabinet BOSIO EVRARD & ASSOCIES (AVOCATS AU BARREAU DE NICE) 54 boulevard Victor Hugo 06000 NICE.

102 - * 512 048 364 RCS Grasse. **ENERGY FUEL SERVICES ET BOIS.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant : SERMISONI Robert en fonction le 07 juin 2011 . *Capital :* 5000.00 euros. *Adresse :* 5319 route du Parc Quartier des Clausonnes 06560 Valbonne. *Origine du fonds :* Achat d'un fonds de commerce au prix stipulé de 150000 Euros. *Etablissement :* Etablissement principal. *Activité :* avitaillement bateaux et vente accessoires. *Adresse :* 5319 route du Parc Quartier des Clausonnes 06560 Valbonne. *Précédent propriétaire :* 338 080 849 RCS Antibes. **DEPANNAGES REPARATIONS TRANSPORTS.** *Date de commencement d'activité :* 18 mai 2011. *Publication légale :* L'Avenir Côte d'Azur du 3 juin 2011. *Oppositions :* Au fonds vendu 5319 ROUTE DU PARC QUARTIER LES CLAUSONNES 06560 VALBONNE pour la validité et pour la correspondance CABINET DE LA SCP D'AVOCATS VALETTE-BOLIMKOWSKI-PETRACCINI 10 place DE GAULLE 06600 ANTIBES. *Commentaires :* Immatriculation d'une personne morale suite au transfert du siège hors ressort. Modification de l'adresse du siège. Modification de la date de début d'activité. Modification de dénomination.

#### Créations d'établissements

103 - * 532 743 085 RCS Grasse. **SCI CHOKI.** *Forme :* Société civile immobilière. *Administration :* Gérant : BOUFFARD Annick, Aimée Associé : BOUFFARD Annick, Aimée Associé : CHOMEL Patrick, François Gérant : CHOMEL Patrick, François Associé : CHOMEL Robert, Pierre Associé : SAIKI Johanna, Virginie, Astrid . *Capital :* 2000.00 euros. *Adresse :* 523 avenue Maréchal Joffre 06140 Vence. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* acquisition et gestion immeuble. *Date de commencement d'activité :* 12 mai 2011.

104 - * 532 741 063 RCS Grasse. **CLIMATEK ENERGIE.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant : CHARABOT Alexis Jean-Pierre Marcel Gérant : CLAUTOUR Thomas Pierre Michel . *Capital :* 10000.00 euros. *Adresse :* 788 chemin des Vayoux 06810 Auribeau-sur-Siagne. *Origine du fonds :* Création d'un fonds de commerce. *Etablissement :* Etablissement principal. *Activité :* achat, vente installation dépannage, maintenance de tous appareils de climatisation et pompes à chaleur, ainsi que de tous accessoires s'y rapportant. *Date de commencement d'activité :* 1er juin 2011.

### GREFFE DU TRIBUNAL DE COMMERCE DE NICE

#### Ventes et cessions

105 - * 532 747 078 RCS Nice. **B. L. T.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant : BALDESCHI Raffaele Gérant : TIRAN Svetlana . *Capital :* 1000.00 euros. *Adresse :* 18 avenue Boyer 06500 Menton. *Origine du fonds :* Achat d'un fonds de commerce au prix stipulé de 130000 Euros. *Etablissement :* Etablissement principal. *Activité :* restaurant, snack, grill, pizza, salon de thé et toutes activités annexes ou connexes. *Adresse :* 18 avenue Boyer 06500 Menton. *Précédent propriétaire :* 497 704 882 RCS Nice. **ALÍMBENDRIS.** *Date de commencement d'activité :* 6 mai 2011. *Publication légale :* La Tribune - Le Bulletin de la Côte d'Azur du 27 mai 2011. *Oppositions :* Au siège du fonds vendu 18 Avenue Boyer 06500 Menton - et auprès de la SCP TADDEI - FUNEL, Mandataires Judiciaires, 54 Rue Gioffredo 06000 Nice pour la validité et pour la correspondance.

106 - * 513 474 619 RCS Nice. **LES PAINS DE FLO.** *Forme :* Société à responsabilité limitée à associé unique. *Adresse :* place Centrale 06660 Auron. *Origine du fonds :* Achat d'un fonds de commerce au prix stipulé de 35000 Euros. *Etablissement :* Etablissement complémentaire. *Activité :* pâtisserie (vente), salon de thé, vente de boissons à emporter ou à consommer sur place, fabrication. *Adresse :* 2 rue du Portail 06660 Saint-Étienne-de-Tinee. *Précédent propriétaire :* 352 859 334 RCS Nice. **LIVRAGHI** (David Jean Robert). *Date de commencement d'activité :* 10 mai 2011. *Publication légale :* Les Petites Affiches du 9 juin 2011. *Oppositions :* Au Mandataire JURISTES ASSOCIES, 16 Avenue Mirabeau 06000 Nice pour la validité et pour la correspondance.

#### Créations d'établissements

107 - * 531 090 710 RCS Nice. **CHERNI** (Amir). *Nom commercial :* EN MODE. *Origine du fonds :* Création d'un fonds de commerce. *Etablissement :* Etablissement principal. *Activité :* prêt à porter masculin. *Adresse :* 7 rue Beaumont 06300 Nice. *Date de commencement d'activité :* 1er juin 2011.

108 - *412 487 951 RCS Nice. **HAMILA** (Ezzedine). *Nom commercial* : LA PETITE FATMA. *Origine du fonds* : Création d'un fonds de commerce. *Établissement* : Établissement principal. *Activité* : Cyber café, snack. *Adresse* : 13 rue Amiral de Grasse 06000 Nice. *Date de commencement d'activité* : 10 juin 2011.

109 - *334 442 472 RCS Nice. **LABATINO** (Christophe Laurent). *Nom commercial* : COTE JARDIN. *Origine du fonds* : Création d'un fonds de commerce. *Établissement* : Établissement principal. *Activité* : restauration traditionnelle. *Adresse* : 1 place du Cluot de la Mule Valberg 06470 Peone Valberg. *Date de commencement d'activité* : 1er juillet 2011.

110 - *347 944 324 RCS Nice. **PIQUET** (Céline Isabelle). *Nom commercial* : PLEIN FRUITS. *Origine du fonds* : Création d'un fonds de commerce. *Établissement* : Établissement principal. *Activité* : vente à emporter de jus de fruits frais sans alcool (maison). *Adresse* : place du Centenaire 06230 Saint-Jean Cap Ferrat. *Date de commencement d'activité* : 1er juin 2011.

111 - *532 693 157 RCS Nice. **LOGHMARI** (Mohamed). *Origine du fonds* : Création d'un fonds de commerce. *Établissement* : Établissement principal. *Activité* : vente de fruits et légumes au détail. *Adresse* : place du Centenaire 06230 Saint-Jean Cap Ferrat. *Date de commencement d'activité* : 1er juin 2011.

112 - *532 734 498 RCS Nice. **D. CO.** *Forme* : Société à responsabilité limitée. *Administration* : Gérant : NOTTEZ Ivelise. *Capital* : 7000.00 euros. *Adresse* : 78 impasse des Jasmins 06500 Menton. *Commentaires* : Cette société n'exerce aucune activité.

113 - *532 748 456 RCS Nice. **NICEA/INVEST.** *Forme* : Société à responsabilité limitée. *Administration* : Gérant : LENOBLE Sandrine . *Capital* : 10000.00 euros. *Adresse* : 32 B boulevard Jean Baptiste Verany 06300 Nice. *Origine du fonds* : Création d'un fonds de commerce. *Établissement* : Établissement principal. *Activité* : marchand de biens, réalisation de tous investissement ou placement immobilier ou financier, location de tous biens mobilier ou immobiliers dont elle a la propriété ou la jouissance. *Date de commencement d'activité* : 1er juin 2011.

114 - *532 743 234 RCS Nice. **SCI LA BOLINETTE.** *Forme* : Société civile. *Administration* : Associé gérant : ROUX Jean-Danièle Associé : PELOZUELO Maryline . *Capital* : 1000.00 euros. *Adresse* : 105 chemin de Saquier Saint-Isidore 06200 Nice. *Origine du fonds* : Création. *Établissement* : Établissement principal. *Activité* : l'acquisition, l'administration, la gestion par location ou autrement de biens immobiliers. *Date de commencement d'activité* : 31 mai 2011.

115 - *532 746 831 RCS Nice. **ARENASFC.** *Forme* : Société civile immobilière. *Administration* : Associé gérant : CAPAYROU Frédéric Associé : CARRERA Alberto . *Capital* : 1000.00 euros. *Adresse* : 455 promenade des Anglais Immeuble Arénice l'Arénas 06200 Nice. *Origine du fonds* : Création. *Établissement* : Établissement principal. *Activité* : acquisition, gestion, location, jouissance, administration de tous immeubles bâtis ou non bâtis. *Date de commencement d'activité* : 12 mai 2011.

116 - *532 746 757 RCS Nice. **ARENASAC.** *Forme* : Société civile immobilière. *Administration* : Associé gérant : CARRERA Alberto Associé : CAPAYROU Frédéric . *Capital* : 1000.00 euros. *Adresse* : 455 promenade des Anglais Immeuble Arénice l'Arénas 06200 Nice. *Origine du fonds* : Création. *Établissement* : Établissement principal. *Activité* : acquisition, gestion, location, jouissance, administration de tous immeubles bâtis ou non bâtis. *Date de commencement d'activité* : 12 mai 2011.

117 - *532 747 813 RCS Nice. **HYJAZI CÔTE D'AZUR.** *Forme* : Société civile immobilière. *Administration* : Associé gérant : HYJAZI Hany Associé : HYJAZI Salim . *Capital* : 400.00 euros. *Adresse* : 3 rue Miron 06000 Nice. *Origine du fonds* : Création. *Établissement* : Établissement principal. *Activité* : l'acquisition de biens immobiliers en vue de leur location ultérieure ou de leur revente éventuelle. *Date de commencement d'activité* : 19 mai 2011.

118 - *532 746 187 RCS Nice. **SCI ANGI.** *Forme* : Société civile. *Administration* : Associé gérant : FIGLIUZZI Giovanni Associé gérant : DI NAPOLI Angelo . *Capital* : 300.00 euros. *Adresse* : 162 Ter boulevard du Mont Boron 06300 Nice. *Origine du fonds* : Création. *Établissement* : Établissement principal. *Activité* : gestion, acquisition, location, construction de biens immobiliers. *Date de commencement d'activité* : 1er juin 2011.

119 - *532 755 931 RCS Nice. **MK.** *Forme* : Société civile. *Administration* : Associé gérant : AL KASSEM Mohammad Associé : EL KASSEM Mahmoud Abdul Kader . *Capital* : 1000.00 euros. *Adresse* : 99 avenue de la Corniche Fleurie 06200 Nice. *Origine du fonds* :

Création. *Établissement* : Établissement principal. *Activité* : l'acquisition par voie d'achat ou d'apport, la propriété, la mise en valeur, la transformation, la construction, l'aménagement, l'administration et la location de tous biens et droits immobiliers, de tous biens et droits pouvant constituer l'accessoire, l'annexe ou le complément des biens et droits immobiliers en question. et ce, soit au moyen de ses capitaux propres soit au moyen de capitaux d'emprunt ainsi que de l'octroi, à titre accessoire et exceptionnel, de toutes garanties à des opérations conformes au présent objet civil et susceptibles d'en favoriser le développement. *Date de commencement d'activité* : 4 avril 2011.

120 - *532 734 506 RCS Nice. **LES SAVEURS ORIENTALES.** *Forme* : Société à responsabilité limitée. *Administration* : Gérant : OUBJA Abdel Ilah . *Capital* : 2000.00 euros. *Adresse* : 14 rue Anatole de Monzie 06300 Nice. *Origine du fonds* : Création d'un fonds de commerce. *Établissement* : Établissement principal. *Activité* : salon de thé. *Date de commencement d'activité* : 25 mai 2011.

121 - *532 743 820 RCS Nice. **NICE BLEU.** *Forme* : Société par actions simplifiée. *Sigle* : BLEU NICE. *Administration* : Président : AGLIOZZO Sonia Miriam . *Capital* : 1000.00 euros. *Adresse* : 2b avenue Durante Centre Mbe158 06000 Nice. *Origine du fonds* : Création d'un fonds de commerce. *Établissement* : Établissement principal. *Activité* : import, export, produits non réglementés, services informatiques, conseil et conception de logiciels. *Date de commencement d'activité* : 24 mai 2011.

122 - *532 788 585 RCS Nice. **SARL YOKO.** *Forme* : Société à responsabilité limitée. *Administration* : Gérant : OTA Kazuomi . *Capital* : 1500.00 euros. *Adresse* : 2 boulevard de Cimiez le Grand Palais Bâtiment 6 06000 Nice. *Origine du fonds* : Création d'un fonds de commerce. *Établissement* : Établissement principal. *Activité* : traiteur à domicile accessoirement la vente de tous produits alimentaires et boisson. *Date de commencement d'activité* : 23 mai 2011.

123 - *532 792 017 RCS Nice. **A. O. C. FILMS.** *Forme* : Société par actions simplifiée. *Nom commercial* : A. O. C. FILMS. *Administration* : Président : SOLER Jean-Paul Fernand . *Capital* : 60000.00 euros. *Adresse* : 16 avenue Adouard Grinda Studio Riviéra Anciennement Studios la Victorine 06200 Nice. *Origine du fonds* : Création d'un fonds de commerce. *Établissement* : Établissement principal. *Activité* : préparation, production, coproduction, réalisation, distribution, diffusion de films cinématographiques, courts et longs métrages, Préparation, production, Coproduction, réalisation de films de tous supports actuels et à venir. *Date de commencement d'activité* : 1er juin 2011.

124 - *532 647 922 RCS Nice. **BROTHIER FAMILY.** *Forme* : Société par actions simplifiée. *Administration* : Président : BROTHIER Guillaume Geoffroy . *Capital* : 10000 euros. *Adresse* : 6 passage Émile Negrin 06000 Nice. *Origine du fonds* : Création d'un fonds de commerce. *Établissement* : Établissement principal. *Activité* : acquisition, détention et gestion de titres de participation. *Date de commencement d'activité* : 12 mai 2011.

125 - *532 797 115 RCS Nice. **PEDRO 95.** *Forme* : Société civile. *Administration* : Associé gérant : BOITEL Christian Jean Paul Camille Associé : FRANÇOIS Catherine . *Capital* : 1000.00 euros. *Adresse* : 4 rue Foncet 06000 Nice. *Origine du fonds* : Création. *Établissement* : Établissement principal. *Activité* : acquisition de tous biens et droits immobiliers acquisition contrat vente en état futur d'achèvement. *Date de commencement d'activité* : 6 juin 2011.

### Immatriculations

126 - *324 784 636 RCS Nice. **FERRIERE** (Guy Michel Henri). *Nom commercial* : LE RESTO DE LINA. *Établissement* : Établissement principal. *Adresse* : 16 rue l'Hôtel des Postes 06000 Nice. *Précédent exploitant* : 443 071 329 RCS Nice. PIZZA ALL OVER WORLD. *Date de commencement d'activité* : 1er mai 2011. *Commentaires* : Fonds reçu en location-gérance.

# 07 - ARDÈCHE

## GREFFE DU TRIBUNAL DE COMMERCE D'AUBENAS

### Ventes et cessions

127 - ♦ RCS non inscrit. **MONCHAL** (Catherine). *Nom d'usage* : MONCHAL. *Origine du fonds* : Établissement principal acquis par achat au prix stipulé de 6001 EUR. *Établissement* : Établissement principal. *Activité* : Ferme auberge. *Adresse* : Jameysse 07570 Désaignes. *Précédent propriétaire* : 451 149 074 RCS Aubenas. SARL FERME AUBERGE DE JAMEYSSE. *Date de commencement d'activité* : 1er avril 2011. *Publication légale* : L'Hebdo de l'Ardèche du 9 juin 2011. *Oppositions* : au siège du fonds vendu.

# 10 - AUBE

## GREFFE DU TRIBUNAL DE COMMERCE DE TROYES

### Ventes et cessions

128 – ●532 629 607 RCS Troyes. **ROUART** (Sophie, Cécile). *Nom d'usage :* CORDIER. *Origine du fonds :* Etablissement principal acquis par achat au prix stipulé de 44000 Euros. *Etablissement :* Etablissement principal. *Activité :* Coiffure mixte. *Adresse :* 2e place des Martyrs 10100 Romilly-sur-Seine. *Précédent propriétaire :* 306 052 788 RCS Troyes. **PETIT** (Ghislain, Daniel, Emile). *Date de commencement d'activité :* 23 mai 2011. *Publication légale :* Libération champagne du 24 mai 2011. *Oppositions :* ETUDE DE ME JEAN LOUIS MARTIN 2, rue de la Paix 10100 Romilly-sur-Seine.

129 – ●531 198 299 RCS Troyes. **DOSO.** *Forme :* Société à responsabilité limitée. *Nom commercial :* Bar le Saint Remy. *Administration :* Gérant(e) : BONHENRY Dominique, Robert, André . *Capital :* 8000 euros. *Adresse :* 3 place Saint-Remy 10000 Troyes. *Origine du fonds :* Etablissement principal acquis par achat au prix stipulé de 100000 Euros. *Etablissement :* Etablissement principal. *Activité :* Bar, petite brasserie. *Adresse :* 3 place Saint-Remy 10000 Troyes. *Précédent propriétaire :* 449 078 609 RCS Troyes. **CARRE** (Christiane). *Nom d'usage :* DIVORCEE DE M CHOLLIER. *Date de commencement d'activité :* 10 mai 2011. *Publication légale :* Revue agricole de l'Aube du 27 mai 2011. *Oppositions :* Smagghe Et Muniglia Michèle, Notaires Associés 30, boulevard Gambetta 10000 Troyes. *Commentaires :* Mise en activité de la société.

130 – ●531 908 986 RCS Troyes. **TV ELECTROMENAGER SERVICES SARL.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant associé unique : LEMICK Fabien . *Capital :* 40000 euros. *Adresse :* 32bis avenue du Professeur Paul Portier 10110 Bar-sur-Seine. *Origine du fonds :* Etablissement principal acquis par achat au prix stipulé de 220000 Euros. *Etablissement :* Etablissement principal. *Activité :* Toutes activités de négoce concernant l'électroménager, avec l'exclusivité des cuisinières Lacanche, la télévision, la Hifi, les multimédias, la téléphonie. *Adresse :* 32bis avenue du Professeur Paul Portier 10110 Bar-sur-Seine. *Précédent propriétaire :* 602 880 544 RCS Troyes. **LOUIS BARBIER.** *Date de commencement d'activité :* 16 mai 2011. *Publication légale :* Petites affiches Matot Braine du 23 mai 2011. *Oppositions :* Scp Joelle Gillet-Draut 32, rue Victor Hugo B.P 10 10110 Bar-sur-Seine. *Commentaires :* Mise en activité de la société.

131 – ●411 130 123 RCS Troyes. **SNC DARDIER HELLAL.** *Forme :* Société en nom collectif. *Administration :* Gérant(e) : HELLAL Karim Gérant(e) : DARDIER Marie-Martine, Danielle, Christine . *Capital :* 22867.35 euros. *Adresse :* place de l'Eglise 10180 Saint-Lyé. *Origine du fonds :* Etablissement principal acquis par achat au prix stipulé de 25000 Euros. *Etablissement :* Etablissement principal. *Activité :* Pizzeria, sandwicherie, restauration rapide, viennoiserie et vente de pain. *Adresse :* 2 place de l'Eglise 10180 Saint-Lyé. *Précédent propriétaire :* 400 310 173 RCS Troyes. **BOURGOIN** (Samuel). *Date de commencement d'activité :* 30 avril 2011. *Publication légale :* Est éclair du 14 mai 2011. *Oppositions :* Scp Chaton Cossard Martin Notaires Associés 30 boulevard Victor Hugo BP 704 10001 Troyes. *Commentaires :* Mise en activité de la société.

132 – ●527 642 854 RCS Troyes. **VIANDES LEBON.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant(e) : LEBON Francis, René, Henri . *Capital :* 80000 euros. *Adresse :* les Grèves 10500 Chalette-sur-Voire. *Origine du fonds :* acquis dans le cadre d'une procédure collective par achat au prix stipulé de 17000 Euros. *Etablissement :* Etablissement complémentaire. *Activité :* Boucherie, charcuterie traiteur, vente de plats à emporter, commerce de gros et de détails. *Adresse :* Les Grèves 10500 Chalette-sur-Voire. *Précédent propriétaire :* 632 874 632 RCS Troyes. **SOCIETE D'EXPLOITATION DES ETS KESLICK.** *Date de commencement d'activité :* 27 octobre 2010. *Publication légale :* L EST ECLAIR du 21 mai 2011. *Oppositions :* Contant Philippe Selarl 7, rue Pithou BP 714 10003 Troyes Cedex.

133 – ●520 696 881 RCS Troyes. **FAYE ARNAUD.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant(e) : FAYE Arnaud, Raymond, Edmond . *Capital :* 50550 euros. *Adresse :* 81 avenue du 1er Mai 10000 Troyes. *Origine du fonds :* acquis par achat au prix stipulé de 90000 Euros. *Etablissement :* Etablissement complémentaire. *Activité :* Boulangerie patisserie. *Adresse :* 16 E rue Roger Salengro 10600 La Chapelle-Saint-Luc. *Précédent propriétaire :* 445 228 281 RCS Troyes. **MOUGINOT** (Stéphane). *Date de commencement d'activité :* 1er avril 2011. *Publication légale :* La dépèche de l' Aube du 8 avril 2011. *Oppositions :* Mme Brodard Anne 62, rue de la Monnaie 10000 Troyes au fonds vendu pour la validité des oppositions.

### Créations d'établissements

134 – ●532 566 437 RCS Troyes. **REGNIER** (Christine, Madeleine, Raymonde). *Nom d'usage :* PLANSSON. *Nom commercial :* GLC SERVICES. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Services à la personne. Exploitation d'un véhicule de petite remise. *Adresse :* 63 avenue du Maréchal Foch 10280 Fontaine-les-Grès. *A dater du :* 26 mai 2011. *Date de commencement d'activité :* 1er juin 2011.

135 – ●532 471 117 RCS Troyes. **LDA.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant associé unique : DELACOUR Ludovic, Marie, François-Humbert . *Capital :* 10000 euros. *Adresse :* 65 rue André Beury 10000 Troyes. *A dater du :* 24 mai 2011. *Commentaires :* Cette société n'exerce aucune activité.

136 – ●532 563 681 RCS Troyes. **CKS.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant(e) : HERRGOTT Stéphane, MarcRaymond Gérant(e) : GOUSSARD Cyrille, Serge . *Capital :* 7500 euros. *Adresse :* route de Troyes 10600 Barberey-Saint-Sulpice. *A dater du :* 26 mai 2011. *Commentaires :* Cette société n'exerce aucune activité.

137 – ●532 606 415 RCS Troyes. **SNC LE PTIT NOGENT.** *Forme :* Société en nom collectif. *Administration :* Gérant associé : THIERRY Frédéric, Gérard, Alain . *Capital :* 5000 euros. *Adresse :* 59 route d'Arcis 10240 Nogent-sur-Aube. *A dater du :* 26 mai 2011. *Commentaires :* Cette société n'exerce aucune activité.

138 – ●532 541 711 RCS Troyes. **CORTINHAS.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant(e) : CORTINHAS Fernando Conjoint collaborateur : CORTINHAS Stéphanie, René, Françoise née(e) BLANCHARD . *Capital :* 5000 euros. *Adresse :* 31 rue du Général de Gaulle 10230 Mailly-le-Camp. *A dater du :* 26 mai 2011. *Commentaires :* Cette société n'exerce aucune activité.

139 – ●532 606 399 RCS Troyes. **SCI DU LAC AUX CERFS.** *Forme :* Société civile immobilière. *Administration :* Gérant(e) : STIAK Bruno, Jean . *Capital :* 1000 euros. *Adresse :* 1 rue Robert Peillard 10500 Dienville. *A dater du :* 26 mai 2011. *Commentaires :* Cette société n'exerce aucune activité.

140 – ●532 627 304 RCS Troyes. **ARMURERIE DES LACS.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant(e) : STIAK Bruno . *Capital :* 20000 euros. *Adresse :* 5 rue de la Halle 10500 Brienne-le-Château. *A dater du :* 30 mai 2011. *Commentaires :* Cette société n'exerce aucune activité.

141 – ●532 664 208 RCS Troyes. **B.A. SERVICES.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant associé unique : GOBIN Coraline née(e) HATTINGUAIS . *Capital :* 5000 euros. *Adresse :* 29 rue de l'Ile aux Troncs 10380 Boulages. *A dater du :* 31 mai 2011. *Commentaires :* Cette société n'exerce aucune activité.

142 – ●532 004 546 RCS Troyes. **FABRICE LOGÉ ENTREPRISE.** *Forme :* Société civile d'exploitation agricole. *Administration :* Gérant associé : LOGÉ Fabrice, Jean, Victor . *Capital :* 297500 euros. *Adresse :* 11 rue Basse 10140 Beurey. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Agriculture. *Adresse :* 11 rue Basse 10140 Beurey. *A dater du :* 2 mai 2011. *Date de commencement d'activité :* 15 avril 2011.

143 – ●532 030 764 RCS Troyes. **DES COTERETS.** *Forme :* Exploitation agricole à responsabilité limitée. *Administration :* Gérant(e) : DANTIGNY Gaston, Lucien, Pierre . *Capital :* 331000 euros. *Adresse :* 5 rue des Coterets 10700 Ormes. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Culture et élevage. *Adresse :* 5 rue des Coterets 10700 Ormes. *A dater du :* 4 mai 2011. *Date de commencement d'activité :* 15 mars 2011.

144 – ●532 537 198 RCS Troyes. **SOJELI.** *Forme :* Société civile immobilière. *Administration :* Gérant associé : BELABED Larbi . *Capital :* 500 euros. *Adresse :* 5 rue des Senardes 10000 Troyes. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* L'acquisition, l'administration et la gestion par location ou autrement de tous immeubles et biens immobiliers. *Adresse :* 5 rue des Senardes 10000 Troyes. *A dater du :* 23 mai 2011. *Date de commencement d'activité :* 1er mars 2011.

145 – ●532 558 574 RCS Troyes. **FONTAINE AUTOS.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant(e) : AISSAOUI Mohammed . *Capital :* 7000 euros. *Adresse :* route Départementale 619 10280 Saint-Mesmin. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Vente des hydrocarbures huiles et dérivés. Vente de tous produits et prestations concernant les voitures et les deux roues. Location de voitures et des deux roues. Vente et entretien des deux roues. *Adresse :* route Départementale 619 10280 Saint-Mesmin. *A dater du :* 23 mai 2011. *Date de commencement d'activité :* 20 mai 2011.

146 - ● 532 411 295 RCS Troyes. **HUTEC.** *Forme* : Société par actions simplifiée. *Administration* : Président : VIGNAL Michel, Henri, Marcelin . *Capital* : 50000 euros. *Adresse* : 1 rue Eugène Piat 10000 Troyes. *Origine du fonds* : Création. *Etablissement* : Etablissement principal. *Activité* : Étude, conception, réalisation, fabrication, commercialisation, entretien, installation et location de matériels électroniques, électriques, informatiques, électrotechniques, domotiques et d'automatismes, formation liée à l'utilisation de matériels précités. *Adresse* : 1 rue Eugène Piat 10000 Troyes. *A dater du* : 23 mai 2011. *Date de commencement d'activité* : 1er juin 2011.

147 - ● 532 482 411 RCS Troyes. **GEOCONCEPT 10.** *Forme* : Société à responsabilité limitée. *Administration* : Gérant(e) : PELLETIER Fabian, Pierre, Roger . *Capital* : 30000 euros. *Adresse* : 10 rue du Sureau 10190 Vauchassis. *Origine du fonds* : Création. *Etablissement* : Etablissement principal. *Activité* : Achat vente de terrains, création lotissements, division foncière, division immobilière, opérations marchand de biens, dispense de formations Commerciles et management. *Adresse* : 10 rue du Sureau 10190 Vauchassis. *A dater du* : 24 mai 2011. *Date de commencement d'activité* : 1er juin 2011.

148 - ● 532 481 116 RCS Troyes. **QUERCUS.** *Forme* : Société à responsabilité limitée. *Administration* : Gérant associé unique : GEORGET François-Xavier, Gérard . *Capital* : 10000 euros. *Adresse* : 5 place de l'Eglise 10340 Bagneux-la-Fosse. *Origine du fonds* : Création. *Etablissement* : Etablissement principal. *Activité* : La participation en France dans toute société civile ou commerciale. *Adresse* : 5 place de l'Eglise 10340 Bagneux-la-Fosse. *A dater du* : 24 mai 2011. *Date de commencement d'activité* : 1er juin 2011.

149 - ● 532 561 313 RCS Troyes. **SCI DU 14 MAISONNEUVE.** *Forme* : Société civile immobilière. *Administration* : Gérant associé : DEMEYERE Serge, Roger . *Capital* : 200000 euros. *Adresse* : 14 avenue de Chomedey de Maisonneuve 10000 Troyes. *Origine du fonds* : Création. *Etablissement* : Etablissement principal. *Activité* : La propriété l'administration et l'exploitation par bail location ou autrement de tous immeubles bâtis ou non bâtis. *Adresse* : 14 avenue de Chomedey de Maisonneuve 10000 Troyes. *A dater du* : 24 mai 2011. *Date de commencement d'activité* : 1er juin 2011.

150 - ● 532 582 285 RCS Troyes. **L.J.M.** *Forme* : Société à responsabilité limitée. *Administration* : Gérant(e) : MARCHAND Jean-Claude . *Capital* : 4000 euros. *Adresse* : 2 rue Commandant Deglane 10000 Troyes. *Origine du fonds* : Création. *Etablissement* : Etablissement principal. *Activité* : Propriété, administration sous toutes ses formes de tous biens mobiliers. *Adresse* : 2 rue Commandant Deglane 10000 Troyes. *A dater du* : 25 mai 2011. *Date de commencement d'activité* : 12 mai 2011.

151 - ● 532 574 555 RCS Troyes. **DES MERIES.** *Forme* : Société civile immobilière. *Administration* : Gérant associé : DEFFORGES William, Christian, Julien . *Capital* : 100 euros. *Adresse* : 14 impasse de la Bonne 10380 Plancy-l'abbaye. *Origine du fonds* : Création. *Etablissement* : Etablissement principal. *Activité* : L'acquisition, l'administration et lagestion parvoie de location ou autrement de tous biens immobiliers. *Adresse* : 14 impasse de la Bonne 10380 Plancy-l'abbaye. *A dater du* : 25 mai 2011. *Date de commencement d'activité* : 20 mai 2011.

152 - ● 532 574 266 RCS Troyes. **PLBG10.** *Forme* : Société par actions simplifiée. *Nom commercial* : CONFIEZ-NOUS. *Administration* : Président : GAUROY Patrick . *Capital* : 10000 euros. *Adresse* : 32 boulevard Mail des Charmilles Appart 54 10000 Troyes. *Origine du fonds* : Création. *Etablissement* : Etablissement principal. *Activité* : Activités de services à la personne notamment le ménage, le repassage, le jardinage, le bricolage, le nettoyage extérieur, la livraison de courses, l'assistance administrative et informatique, l'accompagnement d'enfants, l'aide aux devoirs, le maintien à domicile etc...... *Adresse* : 32 boulevard Mail des Charmilles Appart 54 10000 Troyes. *A dater du* : 25 mai 2011. *Date de commencement d'activité* : 22 avril 2011.

153 - ● 532 574 316 RCS Troyes. **HUGE.** *Forme* : Société civile immobilière. *Administration* : Gérant associé : HUGEROT Alain, Roger, Remi . *Capital* : 1200 euros. *Adresse* : 28 rue Louis Ulbach 10000 Troyes. *Origine du fonds* : Création. *Etablissement* : Etablissement principal. *Activité* : L'acquisition par voie d'achat ou d'apport, la propriété, la mise en valeur, la transformation, la construction, l'aménagement, l'administration et la location de tous biens et droits immobiliers. *Adresse* : 28 rue Louis Ulbach 10000 Troyes. *A dater du* : 25 mai 2011. *Date de commencement d'activité* : 18 mai 2011.

154 - ● 532 564 127 RCS Troyes. **LES PAILLES DU PETIT NOGENT.** *Forme* : Société à responsabilité limitée. *Administration* : Gérant(e) : BRACONNIER José, Fernand, René . *Capital* : 10000 euros. *Adresse* : 5 ruelle d'Argent 10240 Nogent-sur-Aube. *Origine du fonds* : Création. *Etablissement* : Etablissement principal. *Activité* : Négoce de pailles et fourrages et de tous produits du sol, pressage, de pailles et fourrages. *Adresse* : 5 ruelle d'Argent 10240 Nogent-sur-Aube. *A dater du* : 26 mai 2011. *Date de commencement d'activité* : 28 avril 2011.

155 - ● 532 626 868 RCS Troyes. **ROYAL MOTO FRANCE TECHNIQUE (RMFT).** *Forme* : Société par actions simplifiée. *Administration* : Président : BOURDONCLE Alain, Olivier Directeur général : MONCEYRON Éric Commissaire aux comptes titulaire : TUILLET AUDIT SA (SA) Commissaire aux comptes suppléant : PHILIPPE GAUTIER EURL (EURL) . *Capital* : 10000 euros. *Adresse* : rue des Azalées Parc d'Activités Sud Champagne 10800 Saint-Thibault. *Origine du fonds* : Création. *Etablissement* : Etablissement principal. *Activité* : La commercialisation et/ou la distribution (en ce compris l'achat, la vente et la location) de toutes pièces détachées techniques, pièces de rechange, ainsi que les accessoires et produits dérivés liés au marché du transport et du loisir (en ce compris, bicyclettes, motos, quads, scooters, jet ski...), et la fourniture de services liés directement ou indirectement à ces produits, la commercialisation et/ou la distribution de tous produits textiles pour des activités de loisir. *Adresse* : rue des Azalées Parc d'Activités Sud Champagne 10800 Saint-Thibault. *A dater du* : 26 mai 2011. *Date de commencement d'activité* : 20 mai 2011.

156 - ● 532 651 387 RCS Troyes. **SCCV EMELINE.** *Forme* : Société civile de construction / vente. *Administration* : Gérant associé : PARIS Sébastien, Marcel, Jean . *Capital* : 1000 euros. *Adresse* : 12 avenue des Tirverts Zone Industrielle des Ecrevolles 10150 Pont-Sainte-Marie. *Origine du fonds* : Création. *Etablissement* : Etablissement principal. *Activité* : L'acquisition d'un terrain à bâtir sis à Troyes (10000), rue Jeannette, figurant au cadastrede ladite commune,section CN, sous le numéro 879, ainsi que tous immeubles et droits susceptibles de constituer des accessoires ou annexes. L'aménagement et la construction sur ce terrain, d'une résidence de logements. - La vente de l'immeuble ou des immeubles construits à tous tiers, sous quelque forme que ce soit , en totalité ou par fractions ; - l'obtention de toutes ouvertures de crédit, prêts et constitution des garanties y relatives ; - et généralement toutes opérations quelconques, mobilières, immobilières ou financières, se rapportant directement ou indirectement à l'objet social et susceptibles d'en faciliterla réalisation, dès lors qu'elles conservent un caractère civil et ne sont pas contraires aux dispositions des articles L.211-1 et suivants du code de la construction et de l'habitation. *Adresse* : 12 avenue des Tirverts Zone Industrielle des Ecrevolles 10150 Pont-Sainte-Marie. *A dater du* : 27 mai 2011. *Date de commencement d'activité* : 1er mai 2011.

157 - ● 532 493 723 RCS Troyes. **ESPRIT BOIS CONCEPT.** *Forme* : Société à responsabilité limitée. *Administration* : Gérant associé unique : OLIVAIN Rémy, Benoit . *Capital* : 4500 euros. *Adresse* : 28 rue Edme Marot 10300 Sainte-Savine. *Origine du fonds* : Création. *Etablissement* : Etablissement principal. *Activité* : Menuiserie, charpente et toutes activités annexes et connexes. *Adresse* : 28 rue Edme Marot 10300 Sainte-Savine. *A dater du* : 30 mai 2011. *Date de commencement d'activité* : 11 mai 2011.

158 - ● 532 671 971 RCS Troyes. **SCI DU CADRANT SAINT PIERRE.** *Forme* : Société civile immobilière. *Administration* : Gérant non associé : MARTINOT Jean-François, Robert . *Capital* : 1000 euros. *Adresse* : 14 boulevard Victor Hugo 10000 Troyes. *Origine du fonds* : Création. *Etablissement* : Etablissement principal. *Activité* : L acquisition l administration et la gestion par location ou autrement de tous immeubles et biens immobiliers. *Adresse* : 14 boulevard Victor Hugo 10000 Troyes. *A dater du* : 30 mai 2011. *Date de commencement d'activité* : 1er juin 2011.

159 - ● 532 665 551 RCS Troyes. **SCI VISISE.** *Forme* : Société civile immobilière. *Administration* : Gérant associé : PETITOT Jean-François . *Capital* : 1000 euros. *Adresse* : 9bis rue du 11 Novembre 10300 Sainte-Savine. *Origine du fonds* : Création. *Etablissement* : Etablissement principal. *Activité* : L acquisition l administration et la gestion par location ou autrement de tous immeubles et biens immobiliers. *Adresse* : 9bis rue du 11 Novembre 10300 Sainte-Savine. *A dater du* : 30 mai 2011. *Date de commencement d'activité* : 1er juin 2011.

160 - ● 532 671 195 RCS Troyes. **SCCV APPOLINE.** *Forme* : Société civile de construction / vente. *Administration* : Gérant associé : PARIS Sébastien, Marcel, Jean . *Capital* : 1000 euros. *Adresse* : 12 avenue des Tirverts Zone Industrielle des Ecrevolles 10150 Pont-Sainte-Marie. *Origine du fonds* : Création. *Etablissement* : Etablissement principal. *Activité* : L'acquisition d'un terrain à bâtire sis à Troyes (10000), 11 rue du Clos Camus, figurant au cadastre de ladite commune, section BM, sous les numéros 266 à 285 inclus, ainsi que tous immeubles et droits susceptibles de constituer des accessoiresou annexes dudit terrain ; - l' aménagement et la construction sur

ce terrain, d'une résidence de logements. - la vente de l'immeuble ou des immeubles construits à tous tiers, sous quelque forme que ce soit, en totalité ou par fractions ; - l' obtention de toutes ouvertures de crédit, prêts et constitution des garanties y relatives ; - et généralement toutes opérations quelconques, mobilières, immobilières ou financières, se rapportant directement ou indirectement à l'objet social et susceptibles d'en faciliter la réalisation, dès lors qu'elles conservent un caractère civil et ne sont pas contraire aux dispositions des articles l. 211-1 et suivantsdu code le la construction et de l'habitation. *Adresse :* 12 avenue des Tirverts Zone Industrielle des Ecrevolles 10150 Pont-Sainte-Marie. *A dater du :* 30 mai 2011. *Date de commencement d'activité :* 1er mai 2011.

**161 -** ●532 671 179 RCS Troyes. **SCI LOUCAM.** *Forme :* Société civile immobilière. *Administration :* Gérant associé : VALENTIN Sandrine, Renée, Pierrette né(e) VENEL . *Capital :* 5000 euros. *Adresse :* 24 rue Hautefeuille 10220 Piney. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Acquisition et gestion, par location ou autrement de tout bien immobilier bâti ou non bâti. *Adresse :* 24 rue Hautefeuille 10220 Piney. *A dater du :* 30 mai 2011. *Date de commencement d'activité :* 20 mai 2011.

**162 -** ●532 580 081 RCS Troyes. **ROBERT & CO.** *Forme :* Société civile d'exploitation viticole. *Administration :* Gérant non associé : ROBERT Olivier, Léon, Louis . *Capital :* 1500 euros. *Adresse :* 14 rue de la Croix Malot 10110 Landreville. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Viticulture. *Adresse :* 14 rue de la Croix Malot 10110 Landreville. *A dater du :* 30 mai 2011. *Date de commencement d'activité :* 1er mai 2011.

**163 -** ●532 673 399 RCS Troyes. **LES DEMEURES CREATIV '.** *Forme :* Société à responsabilité limitée. *Nom commercial :* LES DEMEURES CREATIV '. *Administration :* Gérant(e) : DERNOIS David, Lucien . *Capital :* 7500 euros. *Adresse :* 9 rue Pierre-Joseph Proudhon 10120 Saint-André-les-Vergers. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Vente de maisons, Bureau d' études etc....... *Adresse :* 9 rue Pierre-Joseph Proudhon 10120 Saint-André-les-Vergers. *A dater du :* 30 mai 2011. *Date de commencement d'activité :* 24 mai 2011.

**164 -** ●532 694 817 RCS Troyes. **A FUNTANA.** *Forme :* Société civile immobilière. *Administration :* Gérant non associé : SERRA Rose-Lyne . *Capital :* 1000 euros. *Adresse :* 1 quai des Granges 10400 Nogent-sur-Seine. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Acquisition, administration, exploitation d'immeubles et biens immobiliers. *Adresse :* 1 quai des Granges 10400 Nogent-sur-Seine. *A dater du :* 31 mai 2011. *Date de commencement d'activité :* 1er mai 2011.

**165 -** ●532 671 724 RCS Troyes. **MAC CHARLES & CO.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant(e) : FAILLE-NOT Jean-Charles, Marcel, Paul Gérant(e) : MACHIN Frédéric, Bruno . *Capital :* 6000 euros. *Adresse :* 25 rue Ambroise Cottet 10000 Troyes. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Marchand de biens, négoce et commercialisation de bâtiments, promotion immobilière, acquisition, réalisation lotissement, mise en valeur de terrains, prise à bail, édification de bâtiments, vente tous construits ou non, constitution de garanties, souscription de parts de sociétés civiles, immobilières. *Adresse :* 25 rue Ambroise Cottet 10000 Troyes. *A dater du :* 31 mai 2011. *Date de commencement d'activité :* 25 mai 2011.

**166 -** ●532 694 825 RCS Troyes. **SCI DES P' TITS FLAJO.** *Forme :* Société civile immobilière. *Administration :* Gérant associé : FLAJO-LET Vérane, Marie-José, Sandrine né(e) LESNICZEK . *Capital :* 1000 euros. *Adresse :* 66 rue de l' Ecole Militaire 10500 Brienne-le-Château. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Acquisition,administrationet exploitation, location ou autrement d'immeubles. *Adresse :* 66 rue de l' Ecole Militaire 10500 Brienne-le-Château. *A dater du :* 31 mai 2011. *Date de commencement d'activité :* 20 mai 2011.

**167 -** ●532 664 216 RCS Troyes. **TROYES CÂLINE.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant(e) : THIEBAUD Edmond . *Capital :* 5000 euros. *Adresse :* 14 rue de la Source 10450 Bréviandes. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* La prise de participation, sous quelque forme que ce soit, dans d'Autres sociétés françaises ou étrangères, ainsi que la gestion, le contrôle et la mise en valeur de ces participations. *Adresse :* 14 rue de la Source 10450 Bréviandes. *A dater du :* 31 mai 2011. *Date de commencement d'activité :* 1er juin 2011.

**Immatriculations**

**168 -** ●532 382 017 RCS Troyes. **TORIBIO** (Augustine). *Nom d'usage :* GEOFFROY. *Nom commercial :* BOULANGERIE GEOFFROY. *Origine du fonds :* Reprise au conjoint. *Etablissement principal. *Activité :* Boulangerie pâtisserie. *Adresse :* 22 rue de la Division Leclerc 10310 Bayel. *Précédent propriétaire :* 316 755 875 RCS Troyes. **GEOFFROY** (Robert). *Précédent exploitant :* 316 755 875 RCS Troyes. **GEOFFROY** (Robert). *A dater de :* 26 mai 2011. *Date de commencement d'activité :* 1er avril 2011.

**169 -** ●430 298 778 RCS Troyes. **TISSUS DU LOING.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant(e) : BOU-GNOUX CLAIRE né(e) LAMBERT . *Capital :* 8000 euros. *Adresse :* 9 rue Joseph Alexandre Guivet 10000 Troyes. *Origine du fonds :* Transfert de siège. *Etablissement :* Etablissement principal. *Activité :* Achat, vente en gros, demi gros, détail, de tous articles textiles, mercerie, bijouterie, jouets, produits. *Adresse :* 9 rue Joseph Alexandre Guivet 10000 Troyes. *A dater du :* 25 mai 2011. *Date de commencement d'activité :* 1er août 2000. *Commentaires :* Immatriculation suite à transfert de son siège social hors ressort.

# 13 - BOUCHES-DU-RHÔNE

## GREFFE DU TRIBUNAL DE COMMERCE DE MARSEILLE

### Ventes et cessions

**170 -** \* RCS non inscrit. **MAZOUZ** (Aomar). *Origine du fonds :* Achat d'un fonds de commerce au prix stipulé de 12000 Euros. *Etablissement :* Etablissement principal. *Activité :* bazar confection tissus. *Adresse :* 25 rue des Petites Maries 13001 Marseille. *Précédent propriétaire :* 448 954 164 RCS Marseille. **ZHA ZHA.** *Date de commencement d'activité :* 1er juin 2011. *Publication légale :* Les Nouvelles Publications du 3 juin 2011. *Oppositions :* Au Mandataire Me Jacques MIMOUNI 6 rue Grignan 13001 MARSEILLE pour la validité et pour la correspondance.

**171 -** \* RCS non inscrit. **BOMBAGLIA** (Christian). *Origine du fonds :* Achat d'un fonds de commerce au prix stipulé de 25000 Euros. *Etablissement :* Etablissement principal. *Activité :* de salon de coiffure. *Adresse :* 61 avenue des Chartreux 13004 Marseille. *Précédent propriétaire :* RCS non inscrit. **AUQUIER JOSÉPHINE.** *Date de commencement d'activité :* 21 mai 2011. *Publication légale :* Marseille l'Hebdo du 1er juin 2011. *Oppositions :* Au fonds vendu M Christian BOMBA-GLIA 61 avenue des Chartreux 13004 MARSEILLE pour la validité et pour la correspondance.

**172 -** \* 531 920 742 RCS Marseille. **THILUCA.** *Forme :* Société à responsabilité limitée. *Capital :* 1000.00 euros. *Adresse :* 19 chemin Adrien Gerbe 13009 Marseille. *Origine du fonds :* Achat d'un fonds de commerce au prix stipulé de 145000 Euros. *Etablissement :* Etablissement principal. *Activité :* de location de chambres meublées. *Adresse :* 159 avenue Clôt-Bey 13008 Marseille. *Précédent propriétaire :* RCS non inscrit. **TESSIER PASCAL YVES ROLAND.** *Date de commencement d'activité :* 14 mai 2011. *Publication légale :* Semaine Provence du 1er juin 2011. *Oppositions :* Au Mandataire Me Franck GAUDIN 20 cours Pierre Puget 13006 MARSEILLE pour la validité et pour la correspondance.

**173 -** \* 490 826 906 RCS Marseille. **EDUCAM.** *Forme :* Société à responsabilité limitée. *Capital :* 5000.00 euros. *Adresse :* 150 rue Jean Mermoz 13006 Marseille. *Origine du fonds :* Achat d'un fonds de commerce au prix stipulé de 225000 Euros. *Etablissement :* Etablissement principal. *Activité :* de restauration. *Adresse :* 150 rue Jean Mermoz 13008 Marseille. *Précédent propriétaire :* 481 180 453 RCS Marseille. **A N R.** *Date de commencement d'activité :* 30 mai 2011. *Publication légale :* Les Nouvelles Publications du 3 juin 2011. *Oppositions :* Au Mandataire SCP CRIQUET DURAND METIFIOT 10 crs Pierre Puget 13006 MARSEILLE pour la validité et pour la correspondance.

**174 -** \* 531 374 494 RCS Marseille. **DELLYS.** *Forme :* Société à responsabilité limitée à associé unique. *Capital :* 5000.00 euros. *Adresse :* 1 boulevard Anatole de la Forge 13014 Marseille. *Origine du fonds :* Achat d'un fonds de commerce au prix stipulé de 47814 Euros. *Etablissement :* Etablissement principal. *Activité :* d'Onglerie, vente de produits, maquillage permanent et esthétique. *Adresse :* 29-31 boulevard Charles Moretti 13014 Marseille. *Précédent propriétaire :* 511 626 988 RCS Marseille. **'MALENA INSTITUT'.** *Date de commencement d'activité :* 27 mai 2011. *Publication légale :* Les Nouvelles Publications du 3 juin 2011. *Oppositions :* Au Mandataire Me Béatrice GASPARRI-LOMBARD Station Alexandre 29-31 Bd Charles MOretti 13014 MARSEILLE pour la validité et pour la correspondance.

**175 -** \* RCS non inscrit. **SNACK AND GRILL.** *Forme :* Société à responsabilité limitée. *Capital :* 1000.00 euros. *Adresse :* 26 rue du Musée 13001 Marseille. *Origine du fonds :* Achat d'un fonds de commerce au prix stipulé de 20000 Euros. *Etablissement :* Etablissement principal. *Activité :* snack, restauration, salon de thé, alimentation et plats à emporter. *Adresse :* 26 rue du Musée

13001 Marseille. *Précédent propriétaire* : 485 043 699 RCS Marseille. **ELBAHDJA.** *Date de commencement d'activité* : 27 mai 2011. *Publication légale* : Les Nouvelles Publications du 3 juin 2011. *Oppositions* : Au Mandataire Me Jacques MIMOUNI 6 rue Grignan 13001 MARSEILLE pour la validité et pour la correspondance.

176 - * 503 682 528 RCS Marseille. **CYBERMANIA BUREAUTIQUE.** *Forme* : Société à responsabilité limitée. *Capital* : 2000.00 euros. *Adresse* : 29-31 boulevard Charles Moretti 13014 Marseille. *Origine du fonds* : Achat d'un fonds de commerce au prix stipulé de 15000 Euros. *Etablissement* : Etablissement principal. *Activité* : cession de clientèle ou branche d'activité de vente et d'installation de photocopieurs Ricoh et les contrats de financement en cours sur cette activité exclusivement sise à Marseille. *Adresse* : 360 avenue du Prado 13008 Marseille. *Précédent propriétaire* : 404 447 153 RCS Marseille. **CYBERMANIA.** *Date de commencement d'activité* : 31 mai 2011. *Publication légale* : Les Nouvelles Publications du 10 juin 2011. *Oppositions* : CYBERMANIA 360 av du Prado 13008 MARSEILLE pour la validité et pour la correspondance.

177 - * 532 739 273 RCS Marseille. **LA GAZETTE DE CHAVE.** *Forme* : Société à responsabilité limitée. *Administration* : Associé gérant : CRU Ludovic . *Capital* : 5000.00 euros. *Adresse* : 115 boulevard Chave 13005 Marseille. *Origine du fonds* : Achat d'un fonds de commerce au prix stipulé de 75000 Euros. *Etablissement* : Etablissement principal. *Activité* : presse librairie Pmu loto sportif cadeau. *Adresse* : 115 boulevard Chave 13005 Marseille. *Précédent propriétaire* : RCS non inscrit. **LA SOCIETE DANTINE.** *Date de commencement d'activité* : 1er juin 2011. *Publication légale* : Le Régional du 7 mai 2011. *Oppositions* : Au Mandataire Me Michèle GRIGNARDI 11 Place Felix Baret 13006 Marseille pour la validité et pour la correspondance.

### Créations d'établissements

178 - * 532 045 465 RCS Marseille. **ODEMIS** (Karine). *Nom d'usage* : YALIC. *Origine du fonds* : Création d'un fonds de commerce. *Etablissement* : Etablissement principal. *Activité* : snack, restauration rapide (sans boissons alcoolisées). *Adresse* : 97 avenue de Saint-Antoine 13015 Marseille. *Date de commencement d'activité* : 1er avril 2011.

179 - * 532 648 144 RCS Marseille. **FROLICH** (Emmanuelle). *Nom d'usage* : SOCIAS. *Nom commercial* : EMMA PRESSE. *Origine du fonds* : Création d'un fonds de commerce. *Etablissement* : Etablissement principal. *Activité* : presse, librairie, papeterie, jeux, jouets, confiserie, mercerie, maroquinerie, optique solaire, Carterie, jeux de grattage, photo, cadeaux gag. *Adresse* : 4 place Léopold Cupif 13600 Ceyreste. *Date de commencement d'activité* : 15 juin 2011.

180 - * 532 739 265 RCS Marseille. **ALEX.** *Forme* : Société à responsabilité limitée. *Administration* : Gérant : FRANCESCHINI Jean-Luc . *Capital* : 3000.00 euros. *Adresse* : 122 boulevard Danielle Casanova 13014 Marseille. *Commentaires* : Cette société n'exerce aucune activité.

181 - * 532 743 622 RCS Marseille. **SCI HUBO.** *Forme* : Société civile immobilière. *Administration* : Associé gérant : AKTAS Suleyman Associé : TURKER David Associé : ABRAHAM Nuri . *Capital* : 10000.00 euros. *Adresse* : 14 square Belsunce 13001 Marseille. *Origine du fonds* : Création. *Etablissement* : Etablissement principal. *Activité* : acquisition, vente, administration, exploitation par bail, location ou autrement d'immeuble à usage d'habitation commercial et professionnel et tous immeubles bâtis dont elle pourrait devenir propriétaire. *Date de commencement d'activité* : 29 avril 2011.

182 - * 532 745 320 RCS Marseille. **HOLDING T. H & CO.** *Forme* : Société à responsabilité limitée. *Administration* : Gérant : LECOEUR Nathalie . *Capital* : 12400.00 euros. *Adresse* : 450 avenue de la Roche Quartier Sainte-Mitre 13400 Aubagne. *Origine du fonds* : Création d'un fonds de commerce. *Etablissement* : Etablissement principal. *Activité* : acquisition de droits sociaux et valeurs mobilières, au moyen notamment d'apports, achats, souscriptions, échanges et, d'une manière générale, la prise de participation dans toutes sociétés, entreprises ou toutes autres entités juridiques en France et à l'étranger. *Date de commencement d'activité* : 17 mai 2011.

183 - * 532 744 661 RCS Marseille. **CLIMATIC TESTING SYSTEM GROUP.** *Forme* : Société à responsabilité limitée. *Administration* : Gérant : ESTIENNE Luc . *Capital* : 407000.00 euros. *Adresse* : zone d'activité commerciale du Pujol Ii Lot 22 13390 Auriol. *Origine du fonds* : Création d'un fonds de commerce. *Etablissement* : Etablissement principal. *Activité* : le conseil, la formation, l'assistance technique et commerciale dans le domaine des équipements et essais climatiques. l'acquisition, la gestion de titres de toutes sociétés de capitaux. la direction, le contrôle et la coordination de ses filiales et participations. *Date de commencement d'activité* : 23 mai 2011.

184 - * 532 743 861 RCS Marseille. **SELF GUARD SECURITE.** *Forme* : Société à responsabilité limitée. *Sigle* : S G S. *Administration* : Associé gérant : BENDAHMANE Mustapha . *Capital* : 4000.00 euros. *Adresse* : 209 rue Saint-Pierre 13005 Marseille. *Origine du fonds* : Création d'un fonds de commerce. *Etablissement* : Etablissement principal. *Activité* : sécurité - gardiennage - surveillance. *Date de commencement d'activité* : 1er juin 2011.

185 - * 532 745 445 RCS Marseille. **MALAKH GABRIEL DISTRIBUTION.** *Forme* : Société à responsabilité limitée. *Sigle* : MG & CIE. *Administration* : Associé gérant : SOLTANI Hassan . *Capital* : 200.00 euros. *Adresse* : 12 rue Caravelle 13003 Marseille. *Origine du fonds* : Création d'un fonds de commerce. *Etablissement* : Etablissement principal. *Activité* : commerce de gros alimentaire non spécialisé (commerce inter-entreprise), bazar, achat vente demi-gros. *Date de commencement d'activité* : 23 mai 2011.

186 - * 532 738 762 RCS Marseille. **IO.** *Forme* : Société à responsabilité limitée. *Administration* : Gérant : COTTET Jean-Pierre . *Capital* : 10000.00 euros. *Adresse* : 5 avenue Émile Bodin Mas Calendal 13260 Cassis. *Origine du fonds* : Création d'un fonds de commerce. *Etablissement* : Etablissement principal. *Activité* : production audiovisuelle, conseil, édition. *Date de commencement d'activité* : 25 mai 2011.

187 - * 532 786 878 RCS Marseille. **3003.** *Forme* : Société civile immobilière. *Administration* : Associé gérant : AMALRIC Aurélie Associé gérant : MUNTANER Stephan . *Capital* : 500.00 euros. *Adresse* : 153 boulevard Baille 13005 Marseille. *Origine du fonds* : Création. *Etablissement* : Etablissement principal. *Activité* : l'acquisition, l'administration et l'exploitation par bail, location ou autrement de tout immeuble et de tous autres immeubles bâtis dont elle pourrait devenir propriétaire par voie d'acquisition échange apport ou autrement; par toutes voies directes et indirectes, mémé sous la forme de participations, la conception et la réalisation d'opérations immobilières. *Date de commencement d'activité* : 30 mai 2011.

188 - * 532 792 488 RCS Marseille. **SCI GAYO.** *Forme* : Société civile immobilière. *Administration* : Associé gérant : FERNANDEZ Vanessa Associé : GAYO . *Capital* : 200.00 euros. *Adresse* : 34 rue André Audoli Bertagne Résidence Castel Roc 13010 Marseille. *Origine du fonds* : Création. *Etablissement* : Etablissement principal. *Activité* : acquisition, transformation, gestion de tous immeubles. *Date de commencement d'activité* : 6 juin 2011.

189 - * 532 701 398 RCS Marseille. **T. N. L.** *Forme* : Société à responsabilité limitée. *Nom commercial* : TRANSPORT NEMEUR LOGISTIQUE. *Administration* : Gérant : NEMEUR Kamel . *Capital* : 9000.00 euros. *Adresse* : 146 rue de Lyon Marseille 13015 Marseille. *Origine du fonds* : Création d'un fonds de commerce. *Etablissement* : Etablissement principal. *Activité* : activité de transport ou de location assurée exclusivement à l'aide de véhicules n'excédant pas 3 t'5 de Pma -. *Date de commencement d'activité* : 1er juin 2011.

190 - * 532 793 155 RCS Marseille. **BOMPARD TREIZE.** *Forme* : Société civile immobilière. *Administration* : Associé gérant : BURLE Nicole Associé : ASTIER Mireille . *Capital* : 100.00 euros. *Adresse* : 13 boulevard Bompard 2 Rue Michel Gachet 13007 Marseille. *Origine du fonds* : Création. *Etablissement* : Etablissement principal. *Activité* : l'acquisition, l'administration et la gestion par location ou autrement de tous immeubles et biens immobiliers, et notamment d'un bien immobilier sis 13 Boulevard Bompard / 2 rue Michel Gachet "residence Coccinelle" 13007 Marseille consistant en un local à usage commercial sis au Rdc de l'immeuble formant le lot No1 de la copropriété (contenance 1 a 34 ça). *Date de commencement d'activité* : 27 avril 2011.

191 - * 532 796 984 RCS Marseille. **SCI FD 36 BOULEVARD BOYER.** *Forme* : Société civile immobilière. *Administration* : Associé gérant : GAUTIER Frederic Associé gérant : TEISSEIRE David . *Capital* : 100.00 euros. *Adresse* : 11 rue Massaliotte 13007 Marseille. *Origine du fonds* : Création. *Etablissement* : Etablissement principal. *Activité* : acquisition, administration, gestion de tous immeubles et notamment un immeuble situé à Marseille 3e, 36 Boulevard Boyer, emprunt de tous fonds nécessaires à cet objet, mise en place de toutes sûretés réelles, exceptionnellement l'aliénation et toutes opérations mobilières. *Date de commencement d'activité* : 31 mai 2011.

192 - * 532 799 590 RCS Marseille. **SAVI FRERES.** *Forme* : Société civile immobilière. *Administration* : Associé gérant : SAVI Nicolas Associé : SAVI Lionel . *Capital* : 1000.00 euros. *Adresse* : chemin de Bourrelys Rés la Graniere Bâtiment J 13015 Marseille. *Origine du fonds* : Création. *Etablissement* : Etablissement principal. *Activité* : acquisition par voie d'achat ou d'apport la propriété mise en valeur, la transformation, la construction, l'aménagement, l'administration et la location de tous biens et droits immobiliers. *Date de commencement d'activité* : 29 mars 2011.

193 - * 532 800 034 RCS Marseille. **KAIZEN.** *Forme* : Société civile immobilière à capital variable. *Nom commercial* : KAIZEN SCI. *Administration* : Associé gérant : FRANZ Emmanuel Associé : FRANZ Michel . *Capital* : 200 EUR*Adresse* : 8 boulevard Eugène Pierre 13005 Marseille. *Origine du fonds* : Création. *Etablissement* : Etablissement principal. *Activité* : gestion, achat, vente et construction de tout bien immobilier en France et dans le monde. *Date de commencement d'activité* : 1er juin 2011.

194 - * 532 800 422 RCS Marseille. **SCI BERTAS.** *Forme* : Société civile immobilière. *Administration* : Associé gérant : GIRAUD Romain Associé : EURY Berengere . *Capital* : 1000.00 euros. *Adresse* : 4 place Bertas 13001 Marseille. *Origine du fonds* : Création. *Etablissement* : Etablissement principal. *Activité* : Acaht, administration, location de tous biens immobiliers. *Date de commencement d'activité* : 30 mai 2011.

#### Immatriculations

195 - * 532 741 980 RCS Marseille. **BONSAI.** *Forme* : Société à responsabilité limitée. *Administration* : Gérant : RABEKOTO Jaona Andriamparany Gérant : RANDRIAMANANA Hantamalala . *Capital* : 8000.00 euros. *Adresse* : 21 boulevard Henri Barnier 13015 Marseille. *Précédent exploitant* : 542 034 921 RCS Nanterre. **TOTAL RAFFINAGE MARKETING.** *Date de commencement d'activité* : 1er juillet 2011. *Commentaires* : Fonds reçu en location-gérance.

196 - * 529 878 142 RCS Marseille. **SRP INVEST.** *Forme* : Société à responsabilité limitée. *Sigle* : SRPI. *Administration* : Gérant : RICCI Philippe en fonction le 27 Janvier 2011 Associé gérant : SCOGNAMIGLIO Roland en fonction le 27 Janvier 2011 . *Capital* : 5000.00 euros. *Adresse* : 29 boulevard de Louvain Marseille 13008 Marseille. *Date de commencement d'activité* : 17 mars 2011. *Etablissement* : Fonds acquis par achat date du premier avis publié au BODACC : 29 avril 2011. Modification de l'activité. Modification de la date de début d'activité.

197 - * 532 672 516 RCS Marseille. **HERAULT.** *Forme* : Société à responsabilité limitée. *Nom commercial* : LE RIVOLI. *Administration* : Gérant : HERAULT Romain . *Capital* : 5000.00 euros. *Adresse* : 29 avenue de Toulon 13006 Marseille. *Date de commencement d'activité* : 17 mai 2011. *Commentaires* : Fonds acquis par achat date du premier avis publié au BODACC : 1 juin 2011.

198 - * 531 934 966 RCS Marseille. **PLANET SPORT.** *Forme* : Société à responsabilité limitée. *Administration* : Gérant : LEBRUN Mickael Sebastien David en fonction le 26 Avril 2011 . *Capital* : 5000.00 euros. *Adresse* : 73 traverse de la Gaye Marseille 13009 Marseille. *Date de commencement d'activité* : 6 avril 2011. *Commentaires* : Fonds acquis par achat date du premier avis publié au BODACC : 1 juin 2011. Modification de l'activité.

199 - * 404 896 672 RCS Marseille. **JAUBERT** (Christian). *Nom commercial* : KALANDA. *Etablissement* : Etablissement principal. *Adresse* : 785 voie Antiope Zac Athélia Iii 13600 la Ciotat. *Commentaires* : Immatriculation suite au transfert de l'établissement principal hors ressort.

200 - * 484 803 432 RCS Marseille. **MARSEILLE COURTAGE ASSURANCE.** *Forme* : Société à responsabilité limitée. *Administration* : Gérant : HAGOUG Nourredine . *Capital* : 60000.00 euros. *Adresse* : 57 boulevard des Dames 13002 Marseille. *Etablissement* : Etablissement principal. *Activité* : courtage en assurance prestations de services aux personnes physiques ou morales. *Date de commencement d'activité* : 2 septembre 2010. *Commentaires* : Immatriculation d'une personne morale suite au transfert du siège hors ressort. Modification de l'activité. Modification de la date de début d'activité. Modification de représentant.

201 - * 499 023 075 RCS Marseille. **LA PHOCEENNE.** *Forme* : Société civile. *Administration* : Associé gérant : GUY Marianne Associé : GERARD Yves Philippe Associé : CASTAIGNOS Guillaume Associé : CASTAIGNOS Thierry . *Capital* : 1000.00 euros. *Adresse* : 141 corniche du Président John F. Kennedy 13007 Marseille. *Commentaires* : Immatriculation d'une personne morale suite au transfert du siège hors ressort.

## 14 - CALVADOS

### GREFFE DU TRIBUNAL DE COMMERCE DE CAEN

#### Ventes et cessions

202 - ● 531 890 598 RCS Caen. **CAT AUTO.** *Forme* : Société à responsabilité limitée. *Capital* : 10000 euros. *Adresse* : 2 bis route d'Harcourt 14123 Fleury-sur-Orne. *Origine du fonds* : Fonds acquis par achat au prix stipulé de 51800 Euros. *Etablissement* : Etablissement principal. *Activité* : Carrosserie automobile, négoce automobile, entretien automobile, vente de pièces détachées. *Adresse* : 2 bis route d'Harcourt 14123 Fleury-sur-Orne. *Précédent propriétaire* : 521 269 795 RCS Caen. **AUTO PASSION SARL.** *Date de commencement d'activité* : 1er juin 2011. *Publication légale* : Liberté Le Bonhomme libre du 9 juin 2011. *Oppositions* : VOCA conseil MILLET-LIAIS-BOULIER-VIDEAU-LECOMTE-MOUCHARD, avocats associés, 8 rue Alfred Kastler - 14000 Caen représenté par Maître Olivier LECOMTE, Avocat.

### GREFFE DU TRIBUNAL DE COMMERCE DE LISIEUX

#### Ventes et cessions

203 - ● 338 771 413 RCS Avignon. **LOGIRAMA.** *Forme* : Société par actions simplifiée. *Adresse* : 28 avenue de Fontcouverte 84000 Avignon. *Origine du fonds* : Etablissement secondaire acquis par achat au prix stipulé de 252471,36 Euros. *Etablissement* : Etablissement secondaire. *Activité* : Commerce de literie mobilier de rangement ameublement décoration. *Adresse* : 5 chemin du Marais 14800 Touques. *Précédent propriétaire* : 485 324 982 RCS Caen. **VIKING LITERIE.** *Précédent exploitant* : 485 324 982 RCS Caen. **VIKING LITERIE.** *Date de commencement d'activité* : 1er avril 2011. *Publication légale* : Éveil de Lisieux du 1er juin 2011. *Oppositions* : Validité : 5, chemin du Marais 14800 Touques Correspondance : LOGIRAMA 28 Avenue de Fontcouverte 84000 Avignon.

#### Créations d'établissements

204 - ● 532 665 874 RCS Lisieux. **SAETLA.** *Forme* : Société civile. *Administration* : Co-gérant associé : DRU Etienne Co-gérant associé : DRU Sandra, Catherine, Juliette né(e) BOUGOURD . *Capital* : 1000 euros. *Adresse* : 7 allée des Fontaines Saint-Léonard 14600 Honfleur. *A dater du* : 30 mai 2011. *Commentaires* : Cette société n'exerce aucune activité.

205 - ● 532 739 364 RCS Lisieux. **POISSONNERIE PILLET SAITER.** *Forme* : Société à responsabilité limitée. *Administration* : Gérant (e) : SAITER Sébastien, Bruno, Vincent . *Capital* : 5000 euros. *Adresse* : rue Gabriel Juste 14360 Trouville-sur-Mer. *A dater du* : 1er juin 2011. *Commentaires* : Cette société n'exerce aucune activité.

206 - ● 532 743 143 RCS Lisieux. **SOUPE DE POISSON SAITER.** *Forme* : Société à responsabilité limitée. *Administration* : Gérant(e) : SAITER Sébastien, Bruno, Vincent . *Capital* : 5000 euros. *Adresse* : rue Gabriel Juste 14360 Trouville-sur-Mer. *A dater du* : 1er juin 2011. *Commentaires* : Cette société n'exerce aucune activité.

207 - ● 532 739 372 RCS Lisieux. **LA HOUGUE DISTRIBUTION.** *Forme* : Société par actions simplifiée. *Administration* : Président : PERIER Arnaud, Jean-Paul . *Capital* : 20000 euros. *Adresse* : route Nationale 14800 Touques. *A dater du* : 1er juin 2011. *Commentaires* : Cette société n'exerce aucune activité.

208 - ● 532 523 669 RCS Lisieux. **SCEA LE HARAS DU PAS.** *Forme* : Société civile d'exploitation agricole. *Administration* : Co-gérant associé : HENRY DE VILLENEUVE Christian, Charles-Marie Co-gérant associé : HENRY DE VILLENEUVE Catherine, Germaine, Yvette né(e) RIBAY-CORBUSIER . *Capital* : 900 euros. *Adresse* : la Cour Turgis 14340 Bonnebosq. *A dater du* : 6 juin 2011. *Commentaires* : Cette société n'exerce aucune activité.

209 - ● 532 672 219 RCS Lisieux. **HOLDING LEPELLETIER.** *Forme* : Société civile. *Administration* : Gérant associé : LEPELLETIER Stéphane, Marcel, Jean . *Capital* : 500 euros. *Adresse* : la Croix de Pierre 14130 Le torquesne. *Origine du fonds* : Création. *Etablissement* : Etablissement principal. *Activité* : L'acquisition la prise de participation dans toutes sociétés ou entreprises la gestion la cession de ses participations. *Adresse* : la Croix de Pierre 14130 Le torquesne. *A dater du* : 30 mai 2011. *Date de commencement d'activité* : 19 mai 2011.

210 - ● 532 706 694 RCS Lisieux. **FINANCIERE CH. DUCLOS.** *Forme* : Société à responsabilité limitée. *Administration* : Gérant(e) : DUCLOS Christophe, Pierre, Michel . *Capital* : 330000 euros. *Adresse* : 9 avenue Victor Hugo 14100 Lisieux. *Origine du fonds* : Création. *Etablissement* : Etablissement principal. *Activité* : Holding. Entretien et éventuellement aménagement de tous immeubles et de tous terrains bâtis ou non bâtis, expertise et conseil en matière immobiliers ; activités de formation professionnelle ou initiale, ingénierie pédagogique, audit, conseil, conception et développement d'outils liés aux métiers de l'immobilier. *Adresse* : 9 avenue Victor Hugo 14100 Lisieux. *A dater du* : 31 mai 2011. *Date de commencement d'activité* : 26 mai 2011.

## 17 - CHARENTE-MARITIME

### GREFFE DU TRIBUNAL DE COMMERCE DE SAINTES

#### Ventes et cessions

211 – *532 690 583 RCS Saintes. **MURBACH** (Stéphanie). *Origine du fonds :* Achat d'un fonds de commerce. *Etablissement principal. Activité :* alimentation générale, épicerie, fruits, légumes, libre service, liqueurs, droguerie, articles de Paris. *Adresse :* 7 rue du Cande Breuillet 17920 Breuillet. *Précédent propriétaire :* 498 782 002 RCS Saintes. **MILCENT** (Romuald). *Date de commencement d'activité :* 20 mai 2011. *Oppositions :* Pas d'opposition.

212 – *419 312 046 RCS Saintes. **LIARD** (Stéphanie). *Nom d'usage :* PATOUR. *Origine du fonds :* Achat d'un fonds de commerce au prix stipulé de 70000 Euros. *Etablissement :* Etablissement principal. *Activité :* restauration traditionnelle, pizza, kebab, Sandwicherie, plats cuisines a emporter, salon de thé, salle de jeux, bar, traiteur. *Adresse :* 25 rue Carnot Gemozac 17260 Gemozac. *Précédent propriétaire :* 433 087 384 RCS Saintes. **BLANCHARD** (Pierre). *Date de commencement d'activité :* 1er juin 2011. *Oppositions :* Etude de Me SAINT MARTIN Mireille 69 crs National 17100 Saintes pour la validité et pour la correspondance Maitre MINIER 68 cours National 17100 SAINTES.

#### Créations d'établissements

213 – *532 664 687 RCS Saintes. **CARBONNIER** (Ingrid). *Nom commercial :* HAIR GLOSS. *Origine du fonds :* Création d'un fonds de commerce. *Etablissement :* Etablissement principal. *Activité :* coiffure en salon vente de produits capillaires. *Adresse :* 42 cours Paul Doumer Saintes 17100 Saintes. *Date de commencement d'activité :* 25 juin 2011.

214 – *492 332 333 RCS Saintes. **LA FORET** (Josefa). *Origine du fonds :* Création d'un fonds de commerce. *Etablissement :* Etablissement principal. *Activité :* articles fantaisie et d'Orignine artisanale en maroquinerie. *Adresse :* 4 rue Laennec 17640 Vaux-sur-Mer. *Date de commencement d'activité :* 1er juin 2011.

215 – *532 517 356 RCS Saintes. **MENARD**. *Forme :* Société à responsabilité limitée. *Nom commercial :* MENARD FABRICATIONS FRANCAISES. *Administration :* Cogérant : Fabrice Cogérant : BALLUET Frédérique . *Capital :* 10000.00 euros. *Adresse :* 26 rue Gambetta 17400 Saint Jean d'Angely. *Origine du fonds :* Création d'un fonds de commerce. *Etablissement :* Etablissement principal. *Activité :* distribution et revente d'articles de fabrication française en boutique et sur internet. vente à distance sur catalogue général, vente en boutique. *Date de commencement d'activité :* 1er juin 2011.

216 – *532 513 595 RCS Saintes. **LE MOULIN DE SANDRINE**. *Forme :* Société par actions simplifiée. *Administration :* Président : ALASSONIERE Vianick . *Capital :* 40000.00 euros. *Adresse :* 4 place de l'Église 17120 Semussac. *Origine du fonds :* Création d'un fonds de commerce. *Etablissement :* Etablissement principal. *Activité :* l'entretien la valorisation et la remise en état de bâtiments organisation, manifestation à caractère culturel et de divertissement galerie d'art bijouterie cadeaux parfumerie achat vente de tous véhicules terrestres maritimes aériens tant en France qu'à l'étranger. *Date de commencement d'activité :* 1er avril 2011.

217 – *532 619 103 RCS Saintes. **PLUSQUEBIO**. *Forme :* Société à responsabilité limitée. *Administration :* Gérant : ALLARD Marie Jeanne Aimée . *Capital :* 1000.00 euros. *Adresse :* 42 Bis Grande Rue Bernay-Saint-Martin 17330 Bernay Saint-Martin. *Origine du fonds :* Création d'un fonds de commerce. *Etablissement :* Etablissement principal. *Activité :* négoce de produits alimentaires et de produits non alimentaires. *Date de commencement d'activité :* 6 juin 2011.

## 19 - CORRÈZE

### GREFFE DU TRIBUNAL DE COMMERCE DE BRIVE

#### Ventes et cessions

218 – * RCS non inscrit. **LE ZEN'EAT**. *Forme :* Société à responsabilité limitée. *Capital :* 3000 euros. *Adresse :* 14 avenue Général de Gaulle 19000 Tulle. *Origine du fonds :* Achat d'un fonds de commerce au prix stipulé de 70000 Euros. *Etablissement :* Etablissement principal. *Activité :* café brasserie. *Adresse :* 14 avenue Général de Gaulle . 19000 Tulle. *Précédent propriétaire :* 504 867 524 RCS Brive. **LES SIX NATIONS**. *Date de commencement d'activité :* 14 mai 2011. *Publication légale :* La Montagne du 6 juin 2011. *Oppositions :* Au Mandataire ME CLAVIERE 50 rue de la Barrière 19000 TULLE pour la validité et pour la correspondance.

#### Créations d'établissements

219 – *532 753 035 RCS Brive. **GROUPEMENT FONCIER AGRICOLE DE L'ALLIANCE**. *Forme :* Groupement foncier agricole. *Administration :* Associé gérant : MEYJONADE Laurent Associé : TERRIER Nathalie . *Capital :* 1000.00 euros. *Adresse :* Combefosse 19500 Jugeals-Nazareth. *Etablissement :* Etablissement principal. *Activité :* propriété jouissance et administration d'immeubles et droits immobiliers à destination agricole. *Date de commencement d'activité :* 1er mai 2011.

220 – *532 587 185 RCS Brive. **ABSICES**. *Forme :* Société à responsabilité limitée. *Nom commercial :* ABSICES. *Administration :* Gérant : TRONCHE Gérard Alain Simon . *Capital :* 5000.00 euros. *Adresse :* avenue de l'Auvitrie 19500 Meyssac. *Origine du fonds :* Création d'un fonds de commerce. *Etablissement :* Etablissement principal. *Activité :* commerce de gros de fournitures et équipements divers pour le commerce et les services. amenagement d'espace bureau, surface industrielle et commerciale, équipements et sécurité d'entrepôts. *Date de commencement d'activité :* 1er juin 2011.

221 – *532 792 611 RCS Brive. **SCI BOURG LASTIC**. *Forme :* Société civile. *Administration :* Associé gérant : BRANDELY Eric Associé gérant : KHERROUBI Tahar . *Capital :* 8000.00 euros. *Adresse :* 570 route d'Ussel 19110 Bort-les-Orgues. *Etablissement :* Etablissement principal. *Activité :* achat location et vente d'immobilier. *Date de commencement d'activité :* 1er juin 2011.

222 – *532 797 529 RCS Brive. **CHABANNES**. *Forme :* Société civile. *Administration :* Associé gérant : SOULIER Gerard Associé gérant : VAYRE Eliane . *Capital :* 500.00 euros. *Adresse :* Chabannes 19800 Eyrein. *Etablissement :* Etablissement principal. *Activité :* la propriété l'administration l'exploitation par bail location sous-location ou autrement de tous immeubles bâtis ou non bâtis dont elle pourrait devenir propriétaire usufruitière ou nue-propriétaire. *Date de commencement d'activité :* 1er mai 2011.

223 – *532 797 610 RCS Brive. **SCI DES TROIS PETITS CHATS**. *Forme :* Société civile. *Administration :* Associé gérant : RIGAUD Claire Associé : GUYOT Camille-Aurore . *Capital :* 1200.00 euros. *Adresse :* 18 impasse du Tilleul 19100 Brive-la-Gaillarde. *Etablissement :* Etablissement principal. *Activité :* acquisition gestion exploitation par bail location ou autrement de tous biens ou droits immobiliers à quelque endroit qu'ils se trouvent situés prise de participation dans toutes sociétés immobilières obtention de toutes ouvertures de crédit prêts ou facilités de caisse avec ou sans garanties hypothécaires. *Date de commencement d'activité :* 1er juillet 2011.

## 20 - CORSE-DU-SUD

### GREFFE DU TRIBUNAL DE COMMERCE D'AJACCIO

#### Ventes et cessions

224 – ●493 739 429 RCS Ajaccio. **VIVIFI**. *Forme :* Société à responsabilité limitée. *Administration :* Gérant(e) : CARETTE Pierre, Paul Gérant(e) : CARETTE Pierre, Mathieu . *Capital :* 850000 euros. *Adresse :* 34 cours Napoléon 20000 Ajaccio. *Origine du fonds :* Etablissement principal acquis par achat au prix stipulé de 95000 Euros. *Etablissement :* Etablissement principal. *Activité :* Gestion transaction de biens immobiliers syndic de copropriété expertise immobilière acquisition de tout portefeuille. *Adresse :* 34 cours Napoléon 20000 Ajaccio. *Précédent propriétaire :* 399 272 632 RCS Ajaccio. **SARL AGENCE DU PORT**. *Précédent exploitant :* 399 272 632 RCS Ajaccio. **SARL AGENCE DU PORT**. *Date de commencement d'activité :* 3 janvier 2007. *Publication légale :* L'Informateur Corse Nouvelle du 13 mai 2011. *Oppositions :* Scp Spadoni - Le Hay - Santucci le Régent.3 avenue Eugène Macchini BP 101 20177 Ajaccio Cedex 1. *Commentaires :* Modification survenue sur l'activité.

#### Créations d'établissements

225 – ●532 700 358 RCS Ajaccio. **HEILIGENSTEIN** (Michaël, Jean). *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Restaurant. *Adresse :* 8 rue Colonna Cesari 20137 Porto-Vecchio. *A dater du :* 1er juin 2011. *Date de commencement d'activité :* 1er juin 2011.

226 – ●482 495 017 RCS Ajaccio. **ARINO** (Christiane, Anne, Marie). *Nom d'usage :* ALBERTI. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Snack.(saisonnier). *Adresse :* route de Bavella, Kilomètre 9 20145 Sari Solenzara. *A dater du :* 1er juin 2011. *Date de commencement d'activité :* 17 mai 2011.

227 – *532 696 390 RCS Ajaccio. **ANGELICI** (Marie, Angèle). *Nom d'usage :* DE ROSA. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Petite restauration (saisonnier). *Adresse :* Plage du Pero, Lieudit Listincone 20130 Cargèse. *A dater du :* 1er juin 2011. *Date de commencement d'activité :* 1er juin 2011.

228 - ● 532 672 417 RCS Ajaccio. **BAPTISTE PRIMEURS.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant(e) : DESSALLES Franck, Daniel, Bernard . *Capital :* 1500 euros. *Adresse :* chemin des Milelli, Route de Carosaccia 20090 Ajaccio. *A dater du :* 31 mai 2011. *Commentaires :* Cette société n'exerce aucune activité.

229 - ● 532 339 025 RCS Ajaccio. **SERENA.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant(e) : FILIPPI Paul, Marie . *Capital :* 10000 euros. *Adresse :* Lieu Dit la Trinité 20137 Porto-Vecchio. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Supermarché. *Adresse :* Lieu Dit la Trinité 20137 Porto-Vecchio. *A dater du :* 19 avril 2011. *Date de commencement d'activité :* 20 janvier 2011.

230 - ● 531 987 386 RCS Ajaccio. **FLORIDA.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant(e) : RAINVILLE Patrice, Simon, Maurice . *Capital :* 1500 euros. *Adresse :* résidence les Princes du Golfe Lieu Dit la Marine 20137 Porto-Vecchio. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Loueur en meublé. *Adresse :* résidence les Princes du Golfe Lieu Dit la Marine 20137 Porto-Vecchio. *A dater du :* 5 mai 2011. *Date de commencement d'activité :* 1er janvier 2011.

231 - ● 532 610 458 RCS Ajaccio. **GINET MARTIN.** *Forme :* Société civile immobilière. *Administration :* Gérant associé : MARTIN BASTION Agnès, Christine . *Capital :* 220 euros. *Adresse :* résidence Parc Azur, le Pélican 20090 Ajaccio. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* L'acquisition par voie d'achat ou d'apport la propriété, la mise en valeur, la transformation, la construction, l'aménagement, l'administration et la location de tous biens et droits immobiliers. *Adresse :* résidence Parc Azur, le Pélican 20090 Ajaccio. *A dater du :* 26 mai 2011. *Date de commencement d'activité :* 26 mai 2011.

232 - ● 532 677 895 RCS Ajaccio. **CAMPOMORO-CARRILLO.** *Forme :* Société civile immobilière. *Administration :* Gérant associé : BEURIER Maria, Isabel née(e) CARRILLO ORELLANA . *Capital :* 1050000 euros. *Adresse :* lieu dit Pereta 20110 Belvédère-Campomoro. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* L'acquisition, la restauration, la construction, la détention, la gestion, la conservation et l'exploitation par bail ou autrement des biens et droits immobiliers sis à Belvedere Campomoro, (Corse du Sud), Lieudit Pereta, et tous immeubles, toutes activités immobilières. *Adresse :* lieu dit Pereta 20110 Belvédère-Campomoro. *A dater du :* 30 mai 2011. *Date de commencement d'activité :* 27 avril 2011.

233 - ● 532 604 154 RCS Ajaccio. **PB ELEC.** *Forme :* Société à responsabilité limitée. *Nom commercial :* PB ELEC. *Administration :* Gérant(e) : POLI Alexandre, Paul, Benoît . *Capital :* 14000 euros. *Adresse :* Résidence A Signoria, Lieudit Ondella, Grosseto Prugna 20166 Grosseto-Prugna. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Electricité générale. *Adresse :* Résidence A Signoria, Lieudit Ondella, Grosseto Prugna 20166 Grosseto-Prugna. *A dater du :* 30 mai 2011. *Date de commencement d'activité :* 1er juin 2011.

234 - ● 532 605 300 RCS Ajaccio. **U PESCADORI.** *Forme :* Société coopérative à responsabilité limitée. *Administration :* Gérant(e) : FABY Marina . *Capital :* 2000 euros. *Adresse :* route de Precojo, Quartier Precojo 20137 Porto-Vecchio. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* La vente de plats à emporte ou à consommer sur place, restauration, crêperie, pizzeria. (saisonnier). *Adresse :* route de Precojo, Quartier Precojo 20137 Porto-Vecchio. *A dater du :* 30 mai 2011. *Date de commencement d'activité :* 1er avril 2011.

235 - ● 532 603 313 RCS Ajaccio. **CORSICALITY.** *Forme :* Société à responsabilité limitée. *Nom commercial :* CORSICALITY. *Administration :* Gérant(e) : CARLOTTI Antoine, Joseph, Ange . *Capital :* 10000 euros. *Adresse :* Tiuccia 20111 Casaglione. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Restauration rapide et traditionnelle, achat et vente d'articles de plage. *Adresse :* Tiuccia 20111 Casaglione. *A dater du :* 30 mai 2011. *Date de commencement d'activité :* 20 mai 2011.

236 - ● 532 693 447 RCS Ajaccio. **S E M A.** *Forme :* Société civile immobilière. *Administration :* Gérant associé : CARON Monique, Elisabeth née(e) PERRINO . *Capital :* 2000 euros. *Adresse :* route des Cèdres, Résidence Parc Impérial, le Taverny 20000 Ajaccio. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Acquisition gestion de tous biens immobiliers lui appartenant. *Adresse :* route des Cèdres, Résidence Parc Impérial, le Taverny 20000 Ajaccio. *A dater du :* 31 mai 2011. *Date de commencement d'activité :* 31 mai 2011.

237 - ● 532 473 493 RCS Ajaccio. **EXTREME SUD JET.** *Forme :* Société à responsabilité limitée. *Nom commercial :* EXTREME SUD JET. *Sigle :* ESJ. *Administration :* Gérant(e) : EL MAGHNOUJI

Ridoine . *Capital :* 1000 euros. *Adresse :* Lieudit Capo di Figo 20169 Bonifacio. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Location de scooter des mers et gestion de base de randonnée en mer. *Adresse :* Port de Bonifacio Chantier Naval 20169 Bonifacio. *A dater du :* 31 mai 2011. *Date de commencement d'activité :* 1er juin 2011.

238 - ● 532 702 206 RCS Ajaccio. **LOCA-NAUTIC SERVICE PLUS.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant(e) : SANNA Julien, Paul, Thomas . *Capital :* 2000 euros. *Adresse :* Stade de Foce 20100 Sartène. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Marayage, location de bateaux, services aux plaisanciers, organisation de séminaires. *Adresse :* Stade de Foce 20100 Sartène. *A dater du :* 1er juin 2011. *Date de commencement d'activité :* 1er juin 2011.

239 - ● 532 745 841 RCS Ajaccio. **SCI PIEDANLO.** *Forme :* Société civile. *Administration :* Gérant(e) : LANDON Xavier, François, Patrick . *Capital :* 10000 euros. *Adresse :* Villa Uhuru Rupione 20166 Pietrosella. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Acquisition gestion administration mise à disposition gratuite aux associés et mise en valeur par voie de location ou autrement de tous terrains et immeubles bâtis ou non bâtis. *Adresse :* Villa Uhuru Rupione 20166 Pietrosella. *A dater du :* 1er juin 2011. *Date de commencement d'activité :* 23 mai 2011.

### Immatriculations

240 - ● 532 440 179 RCS Ajaccio. **AUBERT** (Stevens, Louis, Maurice). *Origine du fonds :* Reçu en location-gérance. *Etablissement :* Etablissement principal. *Activité :* Location de bateaux. *Adresse :* Lieudit Veta 20137 Porto-Vecchio. *Précédent propriétaire :* 310 352 711 RCS Ajaccio. **AUBERT** (Gaston, Pierre). *Précédent exploitant :* 310 352 711 RCS Ajaccio. **AUBERT** (Gaston, Pierre). *A dater du :* 30 mai 2011. *Date de commencement d'activité :* 1er avril 2011.

## 22 - CÔTES-D'ARMOR

### GREFFE DU TRIBUNAL DE COMMERCE DE SAINT-BRIEUC

### Ventes et cessions

241 - ● 530 419 753 RCS Saint-Brieuc. **MINEZ GUYLENE.** *Forme :* Société à responsabilité limitée à associé unique. *Administration :* Gérant(e) : MINEZ Guylène, Jocelyne, Alberte née(e) LE PAGE Conjoint collaborateur : MINEZ Patrick . *Capital :* 10000 euros. *Adresse :* place DU 8 MAI 1945 22140 Bégard. *Origine du fonds :* Etablissement principal acquis par achat au prix stipulé de 90000 Euros. *Etablissement :* Etablissement principal. *Activité :* Pizzéria, saladerie, grill. *Adresse :* place du 8 Mai 1945 22140 Bégard. *Précédent propriétaire :* 400 483 806 RCS Saint-Brieuc. **LA PIAZZA.** *Date de commencement d'activité :* 1er mars 2011. *Publication légale :* Le Trégor du 31 mars 2011. *Oppositions :* Me Hubert JAGUIN 16, place du MARCHALLAC'H BP 70321 22303 Lannion. *Commentaires :* Mise en activité de la société.

242 - ● 531 919 231 RCS Saint-Brieuc. **KERNOA.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant(e) : PAUL Stéphane, Georges, Jean Gérant(e) : BIDEL Bruno, Michel, Didier Gérant(e) : TANGUY Olivier, Jean-François Gérant(e) : LE PARC Guillaume, Marie Gérant(e) : LE PARC Jeanne, Clarisse née(e) RAVAOARIMA-LALA . *Capital :* 20000 euros. *Adresse :* Plage du Palus 22580 Plouha. *Origine du fonds :* Etablissement principal acquis par achat au prix stipulé de 220000 Euros. *Etablissement :* Etablissement principal. *Activité :* Bar, restauration, location de meublés. *Adresse :* Plage du Palus 22580 Plouha. *Précédent propriétaire :* 339 489 007 RCS Saint-Brieuc. **COULEUR LOISIRS.** *Date de commencement d'activité :* 27 mai 2011. *Publication légale :* Terra du 27 mai 2011. *Oppositions :* Scp Chauvac & Rabaux rue du 11 Novembre BP 41 22580 Plouha. *Commentaires :* Mise en activité de la société.

### Créations d'établissements

243 - ● 532 713 559 RCS Saint-Brieuc. **EARL LE CLOS QUARTIER.** *Forme :* Exploitation agricole à responsabilité limitée. *Administration :* Gérant associé : SIMON Laurence, Marie, Louise . *Capital :* 7500 euros. *Adresse :* le Clos Quartier Maroué 22400 Lamballe. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Activité agricole. *Adresse :* le Clos Quartier Maroué 22400 Lamballe. *A dater du :* 1er juin 2011. *Date de commencement d'activité :* 1er mai 2011.

244 - ● 532 624 848 RCS Saint-Brieuc. **TECHNIQUES ET SEMENCES JEAN LE POTTIER.** *Forme :* Société à responsabilité limitée. *Nom commercial :* TECHNIQUES ET SEMENCES JEAN LE POTTIER. *Sigle :* T & S. *Administration :* Gérant(e) : LE POTTIER Jean, Désiré, Marie . *Capital :* 1500 euros. *Adresse :* 12 rue de Deshaies 22400 Lamballe. *Origine du fonds :* Création. *Etablissement :* Eta-

blissement principal. *Activité* : Triage de céréales. *Adresse* : 12 rue de Deshaies 22400 Lamballe. *A dater du* : 1er juin 2011. *Date de commencement d'activité* : 12 mai 2011.

245 - ● 532 726 189 RCS Saint-Brieuc. **PROVENCE PLANTS.** *Forme* : Société à responsabilité limitée. *Administration* : Gérant(e) : THOMAS Jean-Yves . *Capital* : 1000 euros. *Adresse* : Kergadou 22620 Ploubazlanec. *Origine du fonds* : Création. *Etablissement* : Etablissement principal. *Activité* : La production, la commercialisation et le négoce de plants maraîchers et horticoles. *Adresse* : Kergadou 22620 Ploubazlanec. *A dater du* : 1er juin 2011. *Date de commencement d'activité* : 25 mai 2011.

246 - ● 532 465 473 RCS Saint-Brieuc. **ARMEMENT Y. HEMEURY.** *Forme* : Société à responsabilité limitée. *Nom commercial* : ARMEMENT Y. HEMEURY. *Administration* : Gérant(e) : HEMEURY Yannick, Claude, Marie . *Capital* : 40000 euros. *Adresse* : 12 route des Viviers 22470 Plouézec. *Origine du fonds* : Création. *Etablissement* : Etablissement principal. *Activité* : Exploitation et l'écorage de navires de pêches. *Adresse* : 12 route des Viviers 22470 Plouézec. *A dater du* : 3 juin 2011. *Date de commencement d'activité* : 1er juillet 2011.

247 - ● 532 676 962 RCS Saint-Brieuc. **VETIMUNE.** *Forme* : Société par actions simplifiée unipersonnelle. *Nom commercial* : VETIMUNE. *Administration* : Président : HOURRIEZ Yannick Directeur général délégué : MARTEL Anne-Claude né(e) COUDERT . *Capital* : 30000 euros. *Adresse* : 4 Pen Ar Hoat 22200 Le Merzer. *Origine du fonds* : Création. *Etablissement* : Etablissement principal. *Activité* : L'exploitation de médicaments vétérinaires et de compléments nutritionnels. *Adresse* : 4 Pen Ar Hoat 22200 Le Merzer. *A dater du* : 3 juin 2011. *Date de commencement d'activité* : 23 mai 2011.

## 24 - DORDOGNE

### GREFFE DU TRIBUNAL DE COMMERCE DE BERGERAC

#### Ventes et cessions

248 - * 531 982 353 RCS Bergerac. **SARL "SAN' AUTOS".** *Forme* : Société à responsabilité limitée. *Administration* : Gérant : SANITAS Bruno, Jean, Bernard en fonction le 05 Mai 2011 . *Capital* : 5000.00 euros. *Adresse* : avenue Charles de Gaulle 24170 Belvès. *Origine du fonds* : Achat d'un fonds de commerce au prix stipulé de 60000 Euros. *Etablissement* : Etablissement principal. *Activité* : vente, location, réparations, dépannage voitures, camions, motos et tous véhicules, vente de pièces détachées, accessoires, huiles et carburants et toute activité en relation avec l'exploitation de ce type de commerce sans restriction. *Adresse* : avenue Charles de Gaulle 24170 Belvès. *Précédent propriétaire* : 454 010 893 RCS Bergerac. **GPJF.** *Date de commencement d'activité* : 9 mai 2011. *Publication légale* : Le Courrier Français du 20 mai 2011. *Oppositions* : Au Mandataire Me GEORGEN, Notaire, 1 rue du Fort 24170 BELVES pour la validité et pour la correspondance. *Commentaires* : Modification de l'activité. Modification de la date de début d'activité.

#### Créations d'établissements

249 - * 302 175 104 RCS Bergerac. **HURRIEZ** (Éric, Jean). *Origine du fonds* : Création d'un fonds de commerce. *Etablissement* : Etablissement principal. *Activité* : vente d'artisanat cadeaux souvenirs. *Adresse* : 29 Grand'rue 24250 Domme. *Date de commencement d'activité* : 4 avril 2011.

250 - * 532 794 013 RCS Bergerac. **LA MAISON BLEUE.** *Forme* : Société civile immobilière. *Administration* : Associé gérant : PIQUET Charly Associé : DEVERT Fabienne Associé : PIQUET Thomas Associé : PIQUET Noëmie . *Capital* : 2000.00 euros. *Adresse* : 40 chemin de Rafin 24230 Lamothe-Montravel. *Etablissement* : Etablissement principal. *Activité* : acquisition et gestion d'immeubles. *Date de commencement d'activité* : 5 mai 2011.

251 - * 532 798 923 RCS Bergerac. **AGRINOVECO.** *Forme* : Société à responsabilité limitée. *Administration* : Gérant : ROUSSEAU Valérie . *Capital* : 5000.00 euros. *Adresse* : rue de la Force Park Saint-Onger 24100 Bergerac. *Origine du fonds* : Création d'un fonds de commerce. *Etablissement* : Etablissement principal. *Activité* : commerce et réalisations de produits Azotés et Fertilisants et liés à l'agriculture. *Date de commencement d'activité* : 6 juin 2011.

252 - * 532 801 396 RCS Bergerac. **SCI BID.** *Forme* : Société civile immobilière. *Administration* : Associé gérant : DURAND Bruno Associé gérant : LEYSSALES Isabelle, Sophie . *Capital* : 1600.00 euros. *Adresse* : Grand Barry 24510 Limeuil. *Etablissement* : Etablissement principal. *Activité* : l'acquisition par voie d'achat ou d'apport, la propriété, la mise en valeur, la transformation, la construction, l'aménagement, l'administration et la location de tous biens et droits immobiliers, de tous biens et droits pouvant consulter l'accessoire, l'annexe ou le complément des biens et droits immobiliers en question. *Date de commencement d'activité* : 13 mai 2011.

253 - * 532 525 938 RCS Bergerac. **GH WEENINK BV.** *Forme* : Société de droit étranger. *Nom commercial* : BISART. *Administration* : Représentant en france : : WEENINK Jan Bernard . *Capital* : 91209.82 euros. *Adresse* : Lieu-Dit la Faval 24220 Coux et Bigaroque *Origine du fonds* : Création d'un fonds de commerce. *Etablissement* : Etablissement principal. *Activité* : exploitation de galerie et musée exploitation commerce de détail de gros d'antiquités d'arts et de livres. *Adresse* : lieu-dit la Faval 24220 Coux-et-Bigaroque. *Date de commencement d'activité* : 1er avril 2011.

## 28 - EURE-ET-LOIR

### GREFFE DU TRIBUNAL DE COMMERCE DE CHARTRES

#### Ventes et cessions

254 - ● **Rectificatif** :BODACC A. *Numéro de parution* : 20110092. *Date de parution* : 11 mai 2011. *Annonce numéro* : 508. Cet avis est annulé et remplacé par le suivant . 531 729 762 RCS Chartres. **OZKAYA** (Duran). *Nom commercial* : Resto rapide. *Origine du fonds* : Etablissement principal acquis par achat au prix stipulé de 8000 Euros. *Etablissement* : Etablissement principal. *Activité* : Restauration rapide. *Adresse* : 6ter rue de Chartres 28240 La Loupe. *Précédent propriétaire* : 391 909 256 RCS Chartres. **BALKIS** (Hasan). *Date de commencement d'activité* : 14 mars 2011. *Publication légale* : L'Echo de Brou du 6 avril 2011. *Oppositions* : En l'Etude de Maître Nicolas LESCUYER-CHAVASSE, notaire associé 14, rue Godeau 28100 Dreux.

255 - ● 410 317 051 RCS Chartres. **FAUCON** (Fabienne). *Nom d'usage* : MARTINIERE. *Nom commercial* : IMAGIN'HAIR. *Origine du fonds* : Etablissement principal acquis par achat au prix stipulé de 44000 Euros. *Etablissement* : Etablissement principal. *Activité* : Salon de coiffure mixte en salon, parfumerie, produits de beauté. *Adresse* : 14 avenue de la Paix 28300 Lèves. *Précédent propriétaire* : 482 113 537 RCS Chartres. **HAIR'JACK SARL.** *Précédent exploitant* : 482 113 537 RCS Chartres. **HAIR'JACK SARL.** *Date de commencement d'activité* : 19 novembre 1996. *Publication légale* : L'écho de brou du 4 mai 2011. *Oppositions* : Maître Patricia Bellia-Maugas 4, avenue Jehan de Beauce BP 171 28000 Chartres. *Commentaires* : Modification sur le nom, transfert de l'établissement principal.

#### Créations d'établissements

256 - ● 329 624 456 RCS Chartres. **KRANC** (Nicolas). *Nom commercial* : NUTECH- FRANCE NKIS. *Origine du fonds* : Création. *Etablissement* : Etablissement principal. *Activité* : Distribution et importation de voitures radio commandées, vente de modèles réduits. *Adresse* : 7 rue de la Poste 28700 Francourville. *A dater du* : 1er juin 2011. *Date de commencement d'activité* : 1er juin 2011.

257 - ● **Rectificatif** :BODACC A. *Numéro de parution* : 20110097. *Date de parution* : 18 mai 2011. *Annonce numéro* : 321. Cet avis est annulé et remplacé par le suivant . 531 995 603 RCS Chartres. **BRP.** *Forme* : Société à responsabilité limitée. *Administration* : Gérant(e) : BOUVET Patrick . *Capital* : 5000 euros. *Adresse* : 15 rue de l'Eglise 28130 Yermenonville. *Origine du fonds* : Création. *Etablissement* : Etablissement principal. *Activité* : Travaux de rénovation et d'aménagement de bâtiment en maçonnerie générale. *Adresse* : 15 rue de l'Eglise 28130 Yermenonville. *A dater du* : 7 mai 2011. *Date de commencement d'activité* : 11 avril 2011.

258 - ● 532 677 119 RCS Chartres. **SCI COSTA PEZY.** *Forme* : Société civile immobilière. *Administration* : Gérant associé : SANTOS COSTA Paulo, Jorge . *Capital* : 136000 euros. *Adresse* : 14bis rue de la Ville aux Clercs "Bessay" 28150 Villeau. *Origine du fonds* : Création. *Etablissement* : Etablissement principal. *Activité* : L'Acquisition par voie d'achat ou d'apport, la propriété, la mise en valeur, la transformation la construction, l'aménagement, l'administration et la location de tous biens et droits immobiliers, de tous biens et droits pouvant constituer l'accessoire, l'annexe ou le complément des biens et droits immobiliers en question et notamment un bien sis à PEZY (Eure et Loir) 4 rue des Marais. *Adresse* : 14bis rue de la Ville aux Clercs "Bessay" 28150 Villeau. *A dater du* : 1er juin 2011. *Date de commencement d'activité* : 14 mai 2011.

259 - ● 532 668 746 RCS Chartres. **SCI MC.** *Forme* : Société civile immobilière. *Administration* : Gérant associé : CALMELS Sophie . *Capital* : 5000 euros. *Adresse* : l'Orme Chevalier 28160 Unverre. *Origine du fonds* : Création. *Etablissement* : Etablissement principal. *Activité* : L'acquisition, l'administration et la gestion par location ou autrement de tous immeubles et biens immobiliers et notamment d'un immeuble situé à Paris 75012, 22 rue Hector Malot, l'emprunt de tous les fonds nécessaires à et objet et la mise en place de toutes sûretés réelles ou autres garanties nécessaires. *Adresse* : l'Orme Chevalier 28160 Unverre. *A dater du* : 1er juin 2011. *Date de commencement d'activité* : 1er juin 2011.

260 – ● 532 144 755 RCS Chartres. **TECHNI BATIM.** *Forme* : Société à responsabilité limitée. *Administration* : Gérant(e) : AKCI Metin . *Capital* : 4000 euros. *Adresse* : 20 rue Marcel Proust 28200 Châteaudun. *Origine du fonds* : Création. *Établissement* : Établissement principal. *Activité* : Maçonnerie générale, gros oeuvre. *Adresse* : 20 rue Marcel Proust 28200 Châteaudun. *A dater du* : 1er juin 2011. *Date de commencement d'activité* : 2 mai 2011.

261 – ● 532 701 166 RCS Chartres. **POSE SERVICE INSTALLATION.** *Forme* : Société à responsabilité limitée. *Nom commercial* : P.S.I. *Administration* : Gérant(e) : LEPELTIER Willy Gérant(e) : BULOU Steve . *Adresse* : 4 rue de la Mare Brulée 28410 Broue. *Origine du fonds* : Création. *Établissement* : Établissement principal. *Activité* : Toutes opérations de pose des accessoires et des matériels pour la grande distribution, les établissements publics et privés tels que chariots à libre service, abris extérieurs pour les chariots, limiteurs de fil pour ces chariots, portillons d'entrée, abris fumeur ou vélos motos, équipements de protection. *Adresse* : 4 rue de la Mare Brulée 28410 Broue. *A dater du* : 3 juin 2011. *Date de commencement d'activité* : 31 mai 2011.

262 – ● 532 690 161 RCS Chartres. **MAËMY.** *Forme* : Société civile immobilière. *Administration* : Gérant associé : MONTEAU Christophe Gérant associé : MONTEAU Marie-Aude née(e) COUMONT . *Capital* : 1000 euros. *Adresse* : 17 rue Albert Communeau 28200 Thiville. *Origine du fonds* : Création. *Établissement* : Établissement principal. *Activité* : Acquisition, propriété, mise en valeur et location de tous biens immobiliers, batis ou non batis, urbains ou ruraux, ainsi que de tous droits immobiliers ; conclusion avec toute personne physique ou morale de toute convention de bail ou de location, l'emprunt de tous fonds nécessaires à la réalisation de ces objets ; l'acquisition, la propriété, la mise en valeur, l'administration, la location de tous immeubles. *Adresse* : 17 rue Albert Communeau 28200 Thiville. *A dater du* : 3 juin 2011. *Date de commencement d'activité* : 23 mai 2011.

263 – ● 532 753 654 RCS Chartres. **SCI AJI.** *Forme* : Société civile immobilière. *Administration* : Gérant associé : DAHMANI Yahya . *Capital* : 10000 euros. *Adresse* : 42 rue Guy de Maupassant 28500 Vernouillet. *Origine du fonds* : Création. *Établissement* : Établissement principal. *Activité* : Locations de terrains et d'autres biens immobiliers. *Adresse* : 42 rue Guy de Maupassant 28500 Vernouillet. *A dater du* : 3 juin 2011. *Date de commencement d'activité* : 27 mai 2011.

264 – ● 532 683 422 RCS Chartres. **SOCIÉTÉ D'ETUDE ET DE RECHERCHES SUR LA CLASSIFICATION HÉRALDIQUE EUROPÉENNE.** *Forme* : Société à responsabilité limitée. *Sigle* : SERCHE. *Administration* : Gérant(e) : DUBUC Cyrille . *Capital* : 600EUR*Adresse* : 18 route de la Galloire 28220 Cloyes-sur-Le-Loir. *Origine du fonds* : Création. *Établissement* : Établissement principal. *Activité* : Etudes, recherches historiques, documentation et classification informatique des armoiries européennes, achats, ventes, échanges sur internet, marchés, foires et salons de livres techniques et historiques, de brochures, d'objets de collections diverses, de documents anciens. *Adresse* : 18 route de la Galloire 28220 Cloyes-sur-le-Loir. *A dater du* : 3 juin 2011. *Date de commencement d'activité* : 11 avril 2011.

265 – ● 532 758 349 RCS Chartres. **SCI FAMILLE LENOIR.** *Forme* : Société civile immobilière. *Administration* : Gérant associé : LENOIR Jean-Marie Gérant associé : LENOIR Annie né(e) SOUPRAYEN . *Capital* : 1000 euros. *Adresse* : 34 rue de la Ferté 28130 Pierres. *Origine du fonds* : Création. *Établissement* : Établissement principal. *Activité* : L'acquisition par voie d'achat ou d'apport, la propriété, la mise en valeur, la transformation, la construction, l'aménagement, l'administration et la location de tous biens et droits immobiliers, de tous biens et droits pouvant constituer l'accessoire, l'annexe ou le complément des biens et droits immobiliers en question. *Adresse* : 34 rue de la Ferté 28130 Pierres. *A dater du* : 3 juin 2011. *Date de commencement d'activité* : 24 mai 2011.

## 29 - FINISTÈRE

### GREFFE DU TRIBUNAL DE COMMERCE DE QUIMPER

#### Ventes et cessions

266 – ● 497 800 193 RCS Quimper. **LE SAINT GUE.** *Forme* : Société en nom collectif. *Administration* : Associé en nom et co-gérant : QUINTIN Philippe Associé en nom et co-gérant : QUINTIN Rachel né(e) LE TEUFF . *Capital* : 8000 euros. *Adresse* : 8 rue de Ty Coat 29510 Landrévarzec. *Origine du fonds* : Établissement principal acquis par achat au prix stipulé de 20000 Euros. *Établissement* : Établissement principal. *Activité* : A & B) Restaurant bar gérance d'un débit de tabacs et vente d'articles pour fumeurs. *Adresse* : 8 rue de Ty Coat 29510 Landrévarzec. *Précédent propriétaire* : 441 337 391

RCS Quimper. **CLOUET** (Marie, Louise). *Nom d'usage* : PERENNES. 343 259 461 RCS Quimper. **POUPON** (Pierre). *Date de commencement d'activité* : 5 juin 2007. *Publication légale* : Le Progrès de Cornouaille du 1er avril 2011. *Oppositions* : Me Guillaume Lavergne 52-54, rue du Général de Gaulle BP 27 29510 Briec. *Commentaires* : Modification survenue sur l'activité.

267 – ● 531 916 856 RCS Quimper. **DINH** (Y-Van). *Origine du fonds* : Etablissement principal acquis par donation avec délai d'opposition au montant évalué à 450000 Euros. *Établissement* : Etablissement principal. *Activité* : Exercice de la profession de pharmacien titulaire d'officine Ttes activités accessoires autorisées. *Adresse* : 56 avenue de Lestonan 29500 Ergue Gaberic. *Précédent propriétaire* : 316 681 113 RCS Quimper. **RAPHALEN** (Danielle). *Nom d'usage* : DINH. *Précédent exploitant* : 316 681 113 RCS Quimper. **RAPHALEN** (Danielle). *Nom d'usage* : DINH. *Date de commencement d'activité* : 3 avril 2011. *Publication légale* : Le Progrès et Courrier du 6 mai 2011. *Oppositions* : Scp Coroller Beyer Amelot Et Lanoe Notaires Associés 41, rue de Kerourgue 29170 Fouesnant.

268 – ● 531 566 842 RCS Quimper. **LES VIEILLES BARRIQUES.** *Forme* : Société à responsabilité limitée. *Administration* : Gérant(e) : MOREL Yann Gérant(e) : DOS SANTOS Fabienne . *Capital* : 40000 euros. *Adresse* : 297 route de Rosporden 29000 Quimper. *Origine du fonds* : Etablissement principal acquis par achat au prix stipulé de 295000 Euros. *Établissement* : Etablissement principal. *Activité* : Débit de boissons, restauration, traiteur et toutes activités connexes et complémentaires. *Adresse* : 297 route de Rosporden 29000 Quimper. *Précédent propriétaire* : 383 366 705 RCS Quimper. **LUYER** (Danielle). *Date de commencement d'activité* : 2 mai 2011. *Publication légale* : Le Progrès de Cornouaille du 13 mai 2011. *Oppositions* : Scp Gautier Et Pinson-Gautier 3, rue de la Mairie 29000 Quimper. *Commentaires* : Modification survenue sur l'administration et mise en activité de la société.

269 – ● 531 159 762 RCS Quimper. **STEFANNY.** *Forme* : Société à responsabilité limitée. *Administration* : Gérant(e) : TRIVIDIC Fanny né(e) DEPEIGNE . *Capital* : 5000 euros. *Adresse* : 2 rue du Général de Gaulle 29780 Plouhinec. *Origine du fonds* : Etablissement principal acquis par achat au prix stipulé de 10000 Euros. *Établissement* : Etablissement principal. *Activité* : Restaurant ouvrier bar stipulé de bain épicerie. *Adresse* : 2 rue du Général de Gaulle 29780 Plouhinec. *Précédent propriétaire* : 493 065 064 RCS Quimper. **LE CAP CAVAL.** *Date de commencement d'activité* : 18 avril 2011. *Publication légale* : Le Progrès courrier du 29 avril 2011. *Oppositions* : ETUDE DE MAITRE PAUL-HENRI SORET MANDATAIRE JUDICIAIRE 11, rue DU PALAIS 29000 Quimper.

270 – ● 530 803 808 RCS Lorient. **EURL AUTO SECURITE KERVIDANOU.** *Forme* : Société à responsabilité limitée. *Sigle* : EURL ASK. *Adresse* : 6 rue Abbe Grégoire 56530 Quéven. *Origine du fonds* : Etablissement principal acquis par achat au prix stipulé de 250000 Euros. *Établissement* : Etablissement principal. *Activité* : Contrôle technique automobile. *Adresse* : Zone Commerciale Kervidanou 3 29300 Mellac. *Précédent propriétaire* : 384 554 770 RCS Quimper. **CAMENEN** (Jean-Luc). *Date de commencement d'activité* : 1er avril 2011. *Publication légale* : Le progrès de Cornouaille du 8 avril 2011. *Oppositions* : MAITRE PATRICK SALAUN NOTAIRE 22, rue DU GUILLY BP 10 29350 Moëlan-sur-Mer. *Commentaires* : Mise en activité de la société.

#### Créations d'établissements

271 – ● 431 746 676 RCS Quimper. **MOUDEN** (Ronan, Bernard). *Origine du fonds* : Création. *Établissement* : Etablissement principal. *Activité* : Agent général assurance + courtage assurances. *Adresse* : 27 avenue Alain le Lay 29186 Concarneau. *A dater du* : 24 mai 2011. *Date de commencement d'activité* : 12 juillet 2007.

272 – ● 512 326 851 RCS Quimper. **LE BOUGUENEC** (Mathieu). *Origine du fonds* : Création. *Établissement* : Etablissement principal. *Activité* : Travaux agricoles : Récolte de légumes. *Adresse* : rue de Bouillour 29310 Querrien. *A dater du* : 24 mai 2011. *Date de commencement d'activité* : 25 mai 2011.

273 – ● 485 175 764 RCS Quimper. **BECHENNEC** (Véronique). *Nom commercial* : Le Salon d'Eden. *Origine du fonds* : Création. *Établissement* : Etablissement principal. *Activité* : Salon de coiffure et vente de produits. *Adresse* : 6 rue des Camélias 29120 Combrit. *A dater du* : 24 mai 2011. *Date de commencement d'activité* : 6 juin 2011.

274 – ● 532 472 131 RCS Quimper. **MOKRANI** (Ferroudja). *Nom d'usage* : LARBI. *Nom commercial* : COUSCOUS LARBI. *Origine du fonds* : Création. *Établissement* : Etablissement principal. *Activité* : Épicerie, traiteur, rôtisserie, sandwiches, pizzas, gâteaux et plats préparés à emporter - livraison à domicile. *Adresse* : 60 rue du Couedic 29300 Quimperlé. *A dater du* : 24 mai 2011. *Date de commencement d'activité* : 19 juin 2011.

275 − ● 433 955 051 RCS Quimper. **DEMAILLY** (Nelly). *Nom commercial* : LA GRIFFE. *Origine du fonds* : Création. *Établissement* : Établissement principal. *Activité* : Prothesile ongulaire - maquillage semi permanent - vente de produits cosmétiques et divers accessoires et vente de bijoux fantaisie. *Adresse* : 1 rue de l'Atlantique 29920 Névez. *A dater du* : 24 mai 2011. *Date de commencement d'activité* : 11 juin 2011.

276 − ● 326 957 008 RCS Quimper. **HEYDON** (Yves). *Origine du fonds* : Création. *Établissement* : Établissement principal. Location et vente de costumes et tous objets festifs en sédentaire en ambulant et par internet. *Adresse* : 13 Zone Industrielle des Pays-Bas 29510 Briec. *A dater du* : 25 mai 2011. *Date de commencement d'activité* : 1er juin 2011.

277 − ● 301 447 140 RCS Quimper. **LE GRAND** (Danielle). *Nom d'usage* : ATTARD. *Nom commercial* : LES VAGUES. *Origine du fonds* : Création. *Établissement* : Établissement principal. *Activité* : Débit de boissons- location meublés. *Adresse* : 11 lieu dit Rospico Plage 29920 Névez. *A dater du* : 30 mai 2011. *Date de commencement d'activité* : 1er avril 2011.

278 − ● 532 501 947 RCS Quimper. **FAVERIE** (Pascal). *Origine du fonds* : Création. *Établissement* : Établissement principal. *Activité* : Achat et vente de fromages en ambulant. *Adresse* : Botlan Kerlec 29380 Bannalec. *A dater du* : 30 mai 2011. *Date de commencement d'activité* : 30 mai 2011.

279 − ● 532 452 190 RCS Quimper. **LE MOY** (Denis). *Origine du fonds* : Création. *Établissement* : Établissement principal. *Activité* : Pêche maritime en vue de la commercialisation des produits de la Mer. *Adresse* : 3 hameau de Kerriou 29700 Plomelin. *A dater du* : 30 mai 2011. *Date de commencement d'activité* : 13 mai 2011.

280 − ● 532 500 964 RCS Quimper. **CHOCOLATERIE DE L'ATLANTIQUE.** *Forme* : Société à responsabilité limitée. *Administration* : Gérant(e) : LARNICOL Georges . *Capital* : 7500 euros. *Adresse* : Kerampaou 29140 Melgven. *A dater du* : 25 mai 2011. *Commentaires* : Cette société n'exerce aucune activité.

281 − ● 532 516 432 RCS Quimper. **02 ESTHET.** *Forme* : Société à responsabilité limitée. *Nom commercial* : OXYGENE ESTHETIQUE. *Sigle* : OXYGENE ESTHETIQUE. *Administration* : Gérant(e) : BOURGEON Damien . *Capital* : 2000 euros. *Adresse* : 119 avenue de la Gare Centre Oxigene 29900 Concarneau. *Origine du fonds* : Création. *Établissement* : Établissement principal. *Activité* : Vente de produits de cosmétiques et de bien-être. *Adresse* : 119 avenue de la Gare Centre Oxigene 29900 Concarneau. *A dater du* : 24 mai 2011. *Date de commencement d'activité* : 1er juin 2011.

282 − ● 532 490 232 RCS Quimper. **TECAMEC.** *Forme* : Société à responsabilité limitée. *Administration* : Gérant(e) : TROMELIN Yann . *Capital* : 10000 euros. *Adresse* : Kermaria 29120 Pont-l'Abbé. *Origine du fonds* : Création. *Établissement* : Établissement principal. *Activité* : Vente et fabrication de pièces métalliques et mécanique de précision, maintenance industrielle. *Adresse* : Kermaria 29120 Pont-l'Abbé. *A dater du* : 24 mai 2011. *Date de commencement d'activité* : 19 avril 2011.

283 − ● 532 484 870 RCS Quimper. **SAS ECO CARENAGE CONCEPT.** *Forme* : Société par actions simplifiée. *Nom commercial* : ECO CARENAGE CONCEPT. *Administration* : Président : GOBERT Samuel . *Capital* : 2000 euros. *Adresse* : 7 chemin de la Fontaine 29350 Moëlan-sur-Mer. *Origine du fonds* : Création. *Établissement* : Établissement principal. *Activité* : Carénage à flots (réparation et maintenance navale) ainsi que tous travaux sous marins. *Adresse* : 7 chemin de la Fontaine 29350 Moëlan-sur-Mer. *A dater du* : 24 mai 2011. *Date de commencement d'activité* : 16 mai 2011.

284 − ● 532 495 058 RCS Quimper. **SCI SALAUN CONSULTING PIERRE MIKAEL.** *Forme* : Société civile immobilière. *Sigle* : SCI S.C.P.M. *Administration* : Gérant associé : SALAUN Pierre . *Capital* : 1000 euros. *Adresse* : 15 An Duchen 29590 Rosnoën. *Origine du fonds* : Création. *Établissement* : Établissement principal. *Activité* : Acquisition d'un immeuble administration et exploitation par bail, location ou autrement dudit immeuble et de tous autres immeubles bâtis. *Adresse* : 15 An Duchen 29590 Rosnoën. *A dater du* : 25 mai 2011. *Date de commencement d'activité* : 20 mai 2011.

285 − ● 532 365 046 RCS Quimper. **FAMILLE BOURGEOIS-SERNY.** *Forme* : Société civile immobilière. *Administration* : Gérant associé : BOURGEOIS Francis, André Gérant associé : BOURGEOIS Christa, Martha née(e) BAÜERLE . *Capital* : 148700 euros. *Adresse* : 11 rue de Pont-aven 29910 Trégunc. *Origine du fonds* : Création. *Établissement* : Établissement principal. *Activité* : Acquisition propriété mise en valeur administration location de biens et droits immobiliers. *Adresse* : 11 rue de Pont-aven 29910 Trégunc. *A dater du* : 26 mai 2011. *Date de commencement d'activité* : 20 décembre 2010.

286 − ● 532 537 073 RCS Quimper. **KERGRIMO.** *Forme* : Société civile immobilière. *Administration* : Gérant associé : MORIEZ Christophe . *Capital* : 4000 euros. *Adresse* : 8 rue du Lycée 29150 Châteaulin. *Origine du fonds* : Création. *Établissement* : Établissement principal. *Activité* : La propriété et la gestion à titre civil de tous biens mobiliers et immobiliers et plus particulièrement d'un plateau à usage de bureaux ainsi que de neuf places de parkings sis ZAC Kergaradec III 205 rue de Kerervern 29490 Guipavas. *Adresse* : 8 rue du Lycée 29150 Châteaulin. *A dater du* : 27 mai 2011. *Date de commencement d'activité* : 13 mai 2011.

287 − ● 532 538 782 RCS Quimper. **SCI FREDERIC BOURBON-NEUX.** *Forme* : Société civile immobilière. *Administration* : Gérant associé : BOURBONNEUX Frédéric . *Capital* : 1000 euros. *Adresse* : 42 route de Quimper Lieudit Menez Peulven 29100 Douarnenez. *Origine du fonds* : Création. *Établissement* : Établissement principal. *Activité* : Acquisition, gestion, réparation, entretien, administration, transformation, prise à bail, location de tous biens immobiliers bâtis ou non bâtis. *Adresse* : 42 route de Quimper Lieudit Menez Peulven 29100 Douarnenez. *A dater du* : 27 mai 2011. *Date de commencement d'activité* : 4 mai 2011.

288 − ● 532 523 719 RCS Quimper. **IROISE & HUMBER.** *Forme* : Société à responsabilité limitée. *Administration* : Gérant(e) : STEPHAN Jean-Marc . *Capital* : 10000 euros. *Adresse* : chemin de Toul Sable 29750 Loctudy. *Origine du fonds* : Création. *Établissement* : Établissement principal. *Activité* : Toute activité d'achat revente de tous produits et notamment achat revente de tous produits de la Mer. *Adresse* : chemin de Toul Sable 29750 Loctudy. *A dater du* : 27 mai 2011. *Date de commencement d'activité* : 16 mai 2011.

289 − ● 532 604 352 RCS Quimper. **SCI LES POMMIERS.** *Forme* : Société civile immobilière. *Administration* : Gérant associé : GADAL Bernard . *Capital* : 97000 euros. *Adresse* : 17 rue de l'Argoat 29190 Lennon. *Origine du fonds* : Création. *Établissement* : Établissement principal. *Activité* : L'acquisition de biens immobiliers, l'administration, la location et la gestion des biens. *Adresse* : 17 rue de l'Argoat 29190 Lennon. *A dater du* : 30 mai 2011. *Date de commencement d'activité* : 11 mai 2011.

290 − ● 532 606 472 RCS Quimper. **CORNOUAILLE EXPRESS.** *Forme* : Société à responsabilité limitée. *Administration* : Co-Gérant : MARQUENET Didier Co-Gérant : SIMON Martine né(e) WITTERSHEIM . *Capital* : 10000 euros. *Adresse* : Zone Artisanale de Kerampriel 29900 Concarneau. *Origine du fonds* : Création. *Établissement* : Établissement principal. *Activité* : Transport routier de frets de proximité, et prestation de logistique. *Adresse* : Zone Artisanale de Kerampriel 29900 Concarneau. *A dater du* : 30 mai 2011. *Date de commencement d'activité* : 10 mai 2011.

291 − ● 532 584 513 RCS Quimper. **SCI LOMU.** *Forme* : Société civile immobilière. *Administration* : Gérant associé : LE GOFF Loïc, Jean-Marie . *Capital* : 1000 euros. *Adresse* : 6 place de la Mairie 29910 Trégunc. *Origine du fonds* : Création. *Établissement* : Établissement principal. *Activité* : La propriété, l'administration et l'exploitation par bail, location ou autrement de tous immeubles batis ou non batis dont elle pourrait devenir propriétaire par voie d'acquisition, échange, apport ou autrement. *Adresse* : 6 place de la Mairie 29910 Trégunc. *A dater du* : 30 mai 2011. *Date de commencement d'activité* : 1er juin 2011.

292 − ● 532 572 914 RCS Quimper. **SCI MCY.** *Forme* : Société civile immobilière. *Administration* : Gérant associé : CARIOU Yannick, Serge Gérant associé : CONAN Marc, Jean, Pierre . *Capital* : 1000 euros. *Adresse* : 16 avenue des Glénan 29900 Concarneau. *Origine du fonds* : Création. *Établissement* : Établissement principal. *Activité* : Acquisition, administration, gestion par location ou autrement de tous immeubles et biens immobiliers. *Adresse* : 16 avenue des Glénan 29900 Concarneau. *A dater du* : 30 mai 2011. *Date de commencement d'activité* : 8 avril 2011.

293 − ● 532 626 272 RCS Quimper. **HABITAT VIVANT.** *Forme* : SARL coopérative artisanale. *Nom commercial* : HABITAT VIVANT. *Administration* : Gérant(e) : GRAGNIC Pierre-Yves Gérant(e) : VERDES Didier Gérant(e) : LOPES ZAMORA Helder . *Capital* : 3750 euros. *Adresse* : 35 rue de Pont-aven 29910 Trégunc. *Origine du fonds* : Création. *Établissement* : Établissement principal. *Activité* : Recherche, négociation, prise de commandes ou de marchés de fournitures, de services ou de travaux de bâtiment auprès de tous clients pour leur en confier l'exécution - achat, fabrication, en vue de la répartition entre eux, de toutes marchandises, matières premières, machines ou objets quelconques - vente des produits fabriqués par eux. *Adresse* : 35 rue de Pont-aven 29910 Trégunc. *A dater du* : 30 mai 2011. *Date de commencement d'activité* : 1er mars 2011.

294 − ● 532 508 314 RCS Quimper. **SCI VIRGEVAN.** *Forme* : Société civile immobilière. *Administration* : Gérant associé : PARIS Virginie né(e) VEILLON . *Capital* : 2 euros. *Adresse* : Kereon Dalae 29720 Plo-

neour Lanvern. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Acquisition revente gestion et administration civile de tous biens et droits immobiliers lui appartenant. *Adresse :* Kereon Dalae 29720 Ploneour Lanvern. *A dater du :* 30 mai 2011. *Date de commencement d'activité :* 24 mars 2011.

295 - ● 532 516 051 RCS Quimper. **D2M.** *Forme :* Société à responsabilité limitée. *Nom commercial :* IPC4U. *Sigle :* D2M. *Administration :* Gérant(e) : MENEGHETTI David Gérant(e) : MEZIN David . *Capital :* 6000 euros. *Adresse :* 2ter rue Jean Jaurès Bâtiment A 29000 Quimper. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Ventes de biens de consommation et prestations de service (hors alimentaire ou produits périssables et hors points de ventes) et tous domaines via internet ou catalogues plus particulièrement en matériels informatiques. *Adresse :* 2ter rue Jean Jaurès Bâtiment A 29000 Quimper. *A dater du :* 30 mai 2011. *Date de commencement d'activité :* 1er juin 2011.

296 - ● 532 608 999 RCS Quimper. **MAISON BLANCHE.** *Forme :* Société par actions simplifiée. *Administration :* Président : BORDAIS Jean-Michel, Marie, Christian, Vincent Commissaire aux comptes titulaire : CIGEST CONSEILS (SAS) Commissaire aux comptes suppléant : CABINET MARIE LAURE GIQUEL (SARL) . *Capital :* 2000000 euros. *Adresse :* la Maison Blanche 29900 Concarneau. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Acquisition, détention, gestion, cession de toutes participations, à titre principal dans des sociétés ayant pour activité l'exploitation d'hypermarchés à l'enseigne E. LECLERC, à titre accessoire, dans les sociétés filiales... Holding. *Adresse :* la Maison Blanche 29900 Concarneau. *A dater du :* 30 mai 2011. *Date de commencement d'activité :* 19 mai 2011.

297 - ● 532 439 916 RCS Quimper. **SOCIETE CIVILE LE CLOS DE KERGREIZ.** *Forme :* Société civile. *Administration :* Gérant(e) : GENOUEL Bernard, Clément, Alfred, Marcel . *Capital :* 100 euros. *Adresse :* 34bis rue Jacques Anquetil 29000 Quimper. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Promotion immobilière. *Adresse :* Domaine de Kergreiz 29700 Pluguffan. *A dater du :* 30 mai 2011. *Date de commencement d'activité :* 11 mai 2011.

**Immatriculations**

298 - ♦ 491 659 405 RCS Quimper. **FEUNTEUN** (Benoît). *Origine du fonds :* Achat. *Etablissement :* Etablissement principal. *Activité :* Boulangerie pâtisserie glaces crêpes boissons confiserie chocolaterie et traiteur. *Adresse :* 3 rue de Quimper 29700 Pluguffan. *A dater du :* 30 mai 2011. *Date de commencement d'activité :* 22 avril 2011. *Commentaires :* Numéro et date de l'avis provisoire : 103A le 26/05/2011.

299 - ♦ 485 066 179 RCS Quimper. **RUDIGOZ** (Anne). *Nom commercial :* Cyberperles. *Origine du fonds :* Transfert d'activité. *Etablissement :* Etablissement principal. *Activité :* Vente sur internet d'articles objets et outillages relatifs aux loisirs créatifs bijou fantaisie importation négoce d'ouvrages en métaux précieux. *Adresse :* 12 rue Amiral d'Argenlieu 29780 Plouhinec. *A dater du :* 30 mai 2011. *Date de commencement d'activité :* 1er avril 2011. *Commentaires :* Immatriculation suite à transfert de l'établissement principal hors ressort.

300 - ● 480 901 636 RCS Quimper. **SCI JHK & CO.** *Forme :* Société civile immobilière. *Administration :* Gérant associé : HAGNEREL Jérôme Gérant associé : HAGNEREL Karine née(e) SCHILSONG . *Capital :* 1000 euros. *Adresse :* 38 rue des Tulipes 29750 Loctudy. *Origine du fonds :* Transfert de siège. *Etablissement :* Etablissement principal. *Activité :* Acquisition, administration, gestion par location de tous immeubles et biens immobilier et toutes opérations financières mobilières ou immobilières s'y rapportant. *Adresse :* 38 rue des Tulipes 29750 Loctudy. *A dater du :* 24 mai 2011. *Date de commencement d'activité :* 18 avril 2011. *Commentaires :* Immatriculation suite à transfert de son siège social hors ressort.

## 31 - HAUTE-GARONNE

### GREFFE DU TRIBUNAL DE COMMERCE DE TOULOUSE

**Ventes et cessions**

301 - ♦ 529 985 632 RCS Toulouse. **AFFUTAGE GARONNAIS.** *Forme :* Société par Actions Simplifiée. *Capital :* 20000.00 euros. *Adresse :* 79 chemin des Bourdettes 31270 Cugnaux. *Origine du fonds :* Nouvelle branche d'activité. Fonds acquis par achat au prix stipulé de 12000 EUR. *Etablissement :* Etablissement principal. *Activité :* Partie d'activité concernée : Achat d'un fonds artisanal d'affutage et de vente de tout matériel et outils coupants dans le domaine de la coiffure, l'esthétique et le paramédical sis 98 chemin de la Dourdouille 31390 Carbonne. *Adresse :* 79 chemin des Bourdettes

31270 Cugnaux. *Précédent propriétaire :* 500 678 412 RCS Toulouse. **AFFUTAGE GARONNAIS CAZANAVE ET MERLY.** *Date de commencement d'activité :* 1er janvier 2011. *Publication légale :* L'Opinion Indépendante du 29 avril 2011. *Oppositions :* Société civile professionnelle Crouzatier Podeba-Thomas 151 Route de Toulouse "Les Commerces de Diane" 31270 Cugnaux.

302 - ♦ 480 545 524 RCS Toulouse. **MAP HANDLING TOULOUSE.** *Forme :* Société par Actions Simplifiée. *Capital :* 1191620.00 euros. *Adresse :* AEROPORT TOULOUSE BLAGNAC 31700 Blagnac. *Origine du fonds :* Nouvelle branche d'activité. Fonds acquis par achat au prix stipulé de 150000 EUR. *Etablissement :* Etablissement principal. *Activité :* Partie d'activité concernée : Assistance aéroportuaire. *Adresse :* AEROPORT TOULOUSE BLAGNAC 31700 Blagnac. *Précédent propriétaire :* 337 732 838 RCS Toulouse. **AIR ASSISTANCES.** *Date de commencement d'activité :* 1er janvier 2010. *Publication légale :* La Gazette du Midi du 30 mai 2011. *Oppositions :* Pour la validité du fonds vendu : Aéroport Toulouse Blagnac 31700 Blagnac, pour la correspondance : Cabinet Grand Auzas et Associés, 6 rue Paul Valéry 75116 Paris. *Commentaires :* Modification de l'activité.

**Créations d'établissements**

303 - ♦ 532 739 794 RCS Toulouse. **LE CHEMIN VERT.** *Forme :* Société à Responsabilité Limitée. *Administration :* Gérant : FRIAS Artur Mario nom d'usage : FRIAS. Gérant : SOVEAUX Sandrine Elise Thérèse nom d'usage : FRIAS. *Capital :* 10000.00 euros. *Adresse :* 20 impasse Bruno 31470 Saint-Lys. *Commentaires :* Cette société n'exerce aucune activité.

304 - ♦ 532 717 519 RCS Toulouse. **TOULOUSE LAVAGE BACHES.** *Forme :* Société à Responsabilité Limitée. *Administration :* Gérant : REYNIE Lionel nom d'usage : REYNIE. *Capital :* 10000.00 euros. *Adresse :* 10 rue Jean Monnet Zone d'Activités Casse 2. 31240 Saint-Jean. *Activité :* Le lavage de bâches et la location de matériel de lavage de bâches. *Date de commencement d'activité :* 1er mai 2011.

305 - ♦ 532 753 399 RCS Toulouse. **AMJ-NETTOYAGE.** *Forme :* Société à Responsabilité Limitée. *Administration :* Gérant : COULOMBIER Arnaud Manuel nom d'usage : COULOMBIER. *Capital :* 15000.00 euros. *Adresse :* 17 rue du Bengali 31240 L'Union. *Activité :* Toutes opérations de prestation de nettoyage, fin de chantier, bureaux, locaux commerciaux, entrepôts, immeubles, copropriétés, espaces verts. *Date de commencement d'activité :* 1er mai 2011.

306 - ♦ 532 449 386 RCS Toulouse. **ELEC. DS.** *Forme :* Société à Responsabilité Limitée. *Administration :* Gérant : SOULIE Jérémie Gérard Graciano nom d'usage : SOULIE. Gérant : DERAMOND Alexandre Gilles Lucien nom d'usage : DERAMOND. *Capital :* 3000.00 euros. *Adresse :* 55 avenue de Toulouse 31600 Lherm. *Activité :* Travaux d'électricité, mise aux normes d'installation électrique, dépannages domestiques et multi services. *Date de commencement d'activité :* 12 mai 2011.

**Immatriculations**

307 - ♦ 451 378 368 RCS Toulouse. **AUX PETITS PAINS MALINS.** *Forme :* Société à Responsabilité Limitée. *Adresse :* 8 chemin des Genêts Centre Secondo 31120 Portet-sur-Garonne. *Activité :* Boulangerie, pâtisserie, confiserie, salon de thé, restauration rapide à consommer sur place ou à emporter, débit de boissons 1ère et 2ème catégories. *Date d'effet :* 1er mai 2011. *Commentaires :* Immatriculation d'une personne morale suite au transfert du siège hors ressort. Reprise de l'activité après suspension. Modification de l'activité.

## 33 - GIRONDE

### GREFFE DU TRIBUNAL DE COMMERCE DE BORDEAUX

**Ventes et cessions**

308 - * 531 365 286 RCS Bordeaux. **BIXENTE.** *Forme :* Société à responsabilité limitée. *Capital :* 10000.00 euros. *Adresse :* Dépée Centre Euronat 33590 Grayan-et-l'Hôpital. *Origine du fonds :* Achat d'un fonds de commerce au prix stipulé de 70000 Euros. *Etablissement :* Etablissement principal. *Activité :* vente de crêpes, boissons, sandwiches et petite restauration. *Adresse :* Centre Naturiste Euronat 33590 Grayan-et-l'Hôpital. *Précédent propriétaire :* 503 865 206 RCS Bordeaux. **PASCAL** (Jean-Philippe). *Date de commencement d'activité :* 13 mai 2011. *Publication légale :* Le Courrier Français du 27 mai 2011. *Oppositions :* Au Mandataire SCP DULAC DULAC LAMIRE 11 Cours Georges Mandel 33341 Lesparre Medoc pour la validité et pour la correspondance.

309 - * 528 621 709 RCS Bordeaux. **SAS ATELIERS DU PAIN.** *Forme :* Société par actions simplifiée. *Adresse :* 13 parc d'Univités des Terres Noires 81370 Saint-Sulpice. *Origine du fonds :* Achat d'un

fonds de commerce au prix stipulé de 15000 Euros. *Etablissement :* Etablissement complémentaire. *Activité :* achat et vente de produits de boulangerie, pâtisserie, traiteur. *Adresse :* 11 rue de l'Etang Résidence la Prairie 33170 Gradignan. *Précédent propriétaire :* 403 516 354 RCS Bordeaux. **MUNZER** (Véronique Marie Christine). *Date de commencement d'activité :* 12 mai 2011. *Publication légale :* Les Echos Judiciaires Girondins du 1er avril 2011. *Oppositions :* Au Mandataire SELARL MANDON 2 rue de caudéran 33000 BORDEAUX pour la validité et pour la correspondance.

310 - *502 073 034 RCS Bordeaux. **YONNET** (Maeva). *Nom d'usage :* YONNET NICHON. *Nom commercial :* maéva au bien-être. *Origine du fonds :* Achat d'un fonds de commerce. *Etablissement :* Etablissement principal. *Activité :* soins de beauté et du corps à domicile et vente de produits. *Adresse :* Galerie Marchande le Bourg 33370 Tresses. *Précédent propriétaire :* 489 032 276 RCS Bordeaux. **DESTANQUE** (Isabelle). *Date de commencement d'activité :* 4 février 2008. *Publication légale :* Les Echos Judiciaires Girondins du 15 avril 2011. *Oppositions :* Au Mandataire Me LACOSTE 34 crs du mal Foch 33000 BORDEAUX pour la validité et pour la correspondance. *Commentaires :* Fonds acquis par achat date du premier avis publié au BODACC : 29 avril 2011. Modification du nom, nom d'usage, prénom ou de la dénomination. Modification de l'adresse de l'établissement.

### Créations d'établissements

311 - *508 995 651 RCS Bordeaux. **RAOILY** (Mialy). *Nom d'usage :* RANDRIANANDRAINA. *Origine du fonds :* Création d'un fonds de commerce. *Etablissement :* Etablissement principal. *Activité :* services de conciergerie pour les particuliers et les professionnels: services à la personne, services de bien-être, services pour les véhicules, services administratifs, services de proximité et autres services comme réservation ou proposition devis. *Adresse :* 9 avenue Victor Hugo Apt 377 33110 le Bouscat. *Date de commencement d'activité :* 4 avril 2011.

312 - *521 186 106 RCS Bordeaux. **MAILLET** (Christophe). *Origine du fonds :* Création d'un fonds de commerce. *Etablissement :* Etablissement principal. *Activité :* surveillance, gardiennage, sécurité privée. *Adresse :* 1 allée Dumont d'Urville Hameau de l'Alouette 33600 Pessac. *Date de commencement d'activité :* 25 mai 2011.

313 - *532 758 323 RCS Bordeaux. **BRELOT** (Elodie). *Nom d'usage :* THOUET. *Origine du fonds :* Création d'un fonds de commerce. *Etablissement :* Etablissement principal. *Activité :* camion de restauration ambulante. *Adresse :* 714 avenue des Sept Forets Hameau Forêt de la Double Bruges 33520 Bruges. *Date de commencement d'activité :* 27 juin 2011.

314 - *338 143 712 RCS Bordeaux. **FOURNÉ** (Jean-Pierre). *Origine du fonds :* Création d'un fonds de commerce. *Etablissement :* Etablissement principal. *Activité :* ambulant : vente d'artisanat exotique. *Adresse :* 4 lieu-dit Choyé 33730 Prechac. *Date de commencement d'activité :* 2 juillet 2011.

315 - *532 719 721 RCS Bordeaux. **REMERIE** (Albert). *Nom commercial :* E-SEA RIDERZ. *Origine du fonds :* Création d'un fonds de commerce. *Etablissement :* Etablissement principal. *Activité :* location de Vélotriporteurs électriques. *Adresse :* 6 lotissement le Drive 1 33680 Lacanau Océan. *Date de commencement d'activité :* 15 juin 2011.

316 - *532 732 286 RCS Bordeaux. **RODRIGUES** (Eden). *Origine du fonds :* Création d'un fonds de commerce. *Etablissement :* Etablissement principal. *Activité :* vente de fruits et légumes. *Adresse :* 128 avenue de Maubuisson 33121 Carcans. *Date de commencement d'activité :* 1er juin 2011.

317 - *507 933 257 RCS Bordeaux. **GREGOIRE** (Mélanie). *Nom d'usage :* SAHNOUN. *Nom commercial :* BODA ETC. *Origine du fonds :* Création d'un fonds de commerce. *Etablissement :* Etablissement principal. *Activité :* achat-revente de prestations relatives à l'organisation d'Evènementiels l'achat et la revente d'articles de décoration, de fêtes, de réception, la location de matériel de réception et de décoration, la mise en place décorative sur des Evènementiels, le Coaching en organisation, la gestion de projet dans le cadre d'Evènementiels. *Adresse :* 5 avenue des Trimarans 33950 Lège Cap Ferret. *Date de commencement d'activité :* 1er juin 2011.

318 - *391 557 675 RCS Bordeaux. **LE ROUX** (Lydine). *Origine du fonds :* Création d'un fonds de commerce. *Etablissement :* Etablissement principal. *Activité :* ambulant et sédentaire : vente vêtements accessoires et bijoux fantaisie, cadeaux souvenirs, articles d'arts, plantes et fleurs. *Adresse :* Centre Commercial Euronat Lot 38 33590 Grayan-et-l'Hôpital. *Date de commencement d'activité :* 1er juin 2011.

319 - *532 727 096 RCS Bordeaux. **PRIMEURS RIVE DROITE.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant : DUDON Virginie Angélina Gérant : FALIERES Denis André . *Capital :* 10000.00 euros. *Adresse :* Gaudefroid 33270 Bouliac. *Commentaires :* Cette société n'exerce aucune activité.

320 - *532 189 453 RCS Bordeaux. **MAESTRO.** *Forme :* Société par actions simplifiée. *Administration :* Président : DENOYELLE Florence Denise Suzanne . *Capital :* 1500.00 euros. *Adresse :* 27 rue de Benedigues 33170 Gradignan. *Origine du fonds :* Création d'un fonds de commerce. *Etablissement :* Etablissement principal. *Activité :* agence immobilières, transactions sur immeubles et fonds de commerce, gestion immobilière, prestation de services. *Date de commencement d'activité :* 6 mai 2011.

321 - *532 759 206 RCS Bordeaux. **SCI HANGARS DES DUNES.** *Forme :* Société civile immobilière. *Administration :* Associé gérant : PUJOLAS Georges Associé : DEMPTOS Delphine . *Capital :* 500.00 euros. *Adresse :* 3 Val du Canon Dune de Garonne 33950 Lège-Cap-Ferret. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* acquisition, administration, gestion immobilière. *Date de commencement d'activité :* 10 mai 2011.

322 - *532 754 900 RCS Bordeaux. **10B SOLUTIONS.** *Forme :* Société à responsabilité limitée. *Sigle :* 10BS. *Administration :* Gérant : Juillard André Gérant : REY Jean-Baptiste Gérant : VANDORPE Thibault . *Capital :* 7800.00 euros. *Adresse :* 30 rue de la République 33150 Cenon. *Origine du fonds :* Création d'un fonds de commerce. *Etablissement :* Etablissement principal. *Activité :* la conception la réalisation et la vente de tout service en ligne mobile et produits dérivés. *Date de commencement d'activité :* 15 avril 2011.

323 - *532 754 991 RCS Bordeaux. **INVESTMAREL.** *Forme :* Société civile. *Administration :* Associé gérant : MANELE Serge Associé : SAMARA Dominique . *Capital :* 155000.00 euros. *Adresse :* 359 avenue du Maréchal de Lattre de Tassigny 33200 Bordeaux. *Etablissement :* Etablissement principal. *Activité :* acquisition, gestion, animation de sociétés, acquisition, exploitation de tous Imeubles. *Date de commencement d'activité :* 26 mai 2011.

324 - *532 725 140 RCS Bordeaux. **BEARN.** *Forme :* Société civile immobilière. *Administration :* Associé gérant : AOUIZERATE Frank Associé : DRAY Eva . *Capital :* 100.00 euros. *Adresse :* 80 rue Maurian 33700 Mérignac. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* gestion immobilière. *Date de commencement d'activité :* 1er juin 2011.

325 - *532 757 390 RCS Bordeaux. **BORDEAUX INFORMATIQUE CAMPUS.** *Forme :* Société à responsabilité limitée à associé unique. *Administration :* Gérant : DESAGE Lionel Gérant : INQUEL David . *Capital :* 10000.00 euros. *Adresse :* 88-89 quai des Chartrons 33000 Bordeaux. *Origine du fonds :* Création d'un fonds de commerce. *Etablissement :* Etablissement principal. *Activité :* gestion directe ou indirecte d'établissements d'enseignement supérieur techniques en toutes matières et d'établissements délivrant de la formation continue, de la certification professionnelle Rncp, de la qualification professionnelle, la préparation aux diplômes d'état. *Date de commencement d'activité :* 1er juin 2011.

326 - *532 726 718 RCS Bordeaux. **A3 CONCEPT.** *Forme :* Société civile de moyens. *Administration :* Associé gérant : AUDIT AUTOMOBILE EXPERTISE représenté par YUNG Philippe Jean Associé gérant : ABC EXPERTISE représenté par THOMAS Vincent Associé gérant : AUTO MOTO EXPERTISE CABINET GORSE représenté par CURTAROLO Fabrice . *Capital :* 1000.00 euros. *Adresse :* 4 rue Freyssinet 33140 Villenave d'Ornon. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* activité d'expertise automobile maritime et risques divers par la mise en commun de moyens utiles à l'exercice de la profession des membres de la Sociét. *Date de commencement d'activité :* 9 mai 2011.

327 - *532 750 221 RCS Bordeaux. **ER-IMMO.** *Forme :* Société à responsabilité limitée. *Nom commercial :* ER-IMMO. *Administration :* Gérant : REYNAERT Elie Alfred Jean . *Capital :* 100.00 euros. *Adresse :* 40 allée de la Pépinière 33450 Saint-Sulpice-et-Cameyrac. *Origine du fonds :* Création d'un fonds de commerce. *Etablissement :* Etablissement principal. *Activité :* agence immobilière. *Date de commencement d'activité :* 15 juin 2011.

328 - *532 726 767 RCS Bordeaux. **CREATIVE STREET.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant : CALLEAU Kévin Thierry Gérant : MARTIN Mathieu Lucien Charles Gérant : MUSSET Julie Marie Gérant : ZALIO Quentin Marie - Joseph . *Capital :* 6000.00 euros. *Adresse :* 34 rue Paul Bert 33000 Bordeaux. *Origine du fonds :* Création d'un fonds de commerce. *Etablissement :* Etablissement principal. *Activité :* - production audiovisuelle, publicité,

clip, télévision, reportage. - communication globale, conception Web, design, conseil en relations publiques et communication. *Date de commencement d'activité* : 19 mai 2011.

329 - * 532 791 589 RCS Bordeaux. **SCI ARVELINE.** *Forme* : Société civile immobilière. *Administration* : Associé gérant : DOUNIAU Véronique Associé : CARO François . *Capital* : 222000.00 euros. *Adresse* : 84 rue Max Coyne 33110 Le Bouscat. *Origine du fonds* : Création. *Etablissement* : Etablissement principal. *Activité* : propriété gestion à titre civil de tous biens mobiliers et immobiliers. *Date de commencement d'activité* : 1er juillet 2011.

330 - * 532 717 055 RCS Bordeaux. **LA PERGOLA.** *Forme* : Société à responsabilité limitée. *Nom commercial* : LA BODEGA. *Administration* : Gérant : ZERROUKI Bakhta . *Capital* : 1500.00 euros. *Adresse* : 1 place de la Liberté Maubuisson 33121 Carcans. *Origine du fonds* : Création d'un fonds de commerce. *Etablissement* : Etablissement principal. *Activité* : bar, petite restauration à emporter, restauration brasserie. *Date de commencement d'activité* : 2 juin 2011.

331 - * 532 795 887 RCS Bordeaux. **AIR'BAH'GE.** *Forme* : Société civile immobilière. *Administration* : Associé gérant : LACONDEGUY Audrey Associé gérant : LACONDEGUY Hannah . *Capital* : 5100.00 euros. *Adresse* : 29 route du Bilos 33770 Salles. *Origine du fonds* : Création. *Etablissement* : Etablissement principal. *Activité* : acquisition de terrains et exploitations et mise en valeur de Ces terrains. *Date de commencement d'activité* : 6 mai 2011.

332 - * 532 796 281 RCS Bordeaux. **OLIVEIRA ET SILVA.** *Forme* : Société à responsabilité limitée. *Administration* : Gérant : DOS SANTOS SILVA Ricardo Manuel Gérant : RODRIGUES DE OLIVEIRA Ricardo Joaquim . *Capital* : 1500.00 euros. *Adresse* : 4 rue Général de Faidherbe 33130 Bègles. *Origine du fonds* : Création d'un fonds de commerce. *Etablissement* : Etablissement principal. *Activité* : travaux de maçonnerie. *Date de commencement d'activité* : 25 mai 2011.

333 - * 532 796 992 RCS Bordeaux. **SARL EQUISUN.** *Forme* : Société à responsabilité limitée. *Nom commercial* : SARL Equisun. *Administration* : Gérant : WOLFF Philippe Gérant : SESSACQ Marie . *Capital* : 1500.00 euros. *Adresse* : 4 lieu-dit Mourfic 33210 Coimères. *Origine du fonds* : Création d'un fonds de commerce. *Etablissement* : Etablissement principal. *Activité* : production d'énergie électrique par l'exploitation de panneaux Photovoltaïques sous un bâtiment agricole. *Date de commencement d'activité* : 1er juin 2011.

334 - * 532 799 277 RCS Bordeaux. **LILELO.** *Forme* : Société civile. *Administration* : Associé gérant : HUBERT Sébastien Associé gérant : EZNACK Céline . *Capital* : 1000.00 euros. *Adresse* : 22 rue de Chaut 33170 Gradignan. *Origine du fonds* : Création. *Etablissement* : Etablissement principal. *Activité* : acquisition administration et exploitation par bail de tous immeubles bâtis ou non bâtis. *Date de commencement d'activité* : 25 mai 2011.

335 - * 532 799 681 RCS Bordeaux. **STENDHAL.** *Forme* : Société civile immobilière. *Administration* : Associé gérant : TRICAULT Stéphane Associé gérant : TRICAULT Jérôme . *Capital* : 1000.00 euros. *Adresse* : 32 route de Capian 33550 Langoiran. *Origine du fonds* : Création. *Etablissement* : Etablissement principal. *Activité* : acquisition et location de biens immobiliers. *Date de commencement d'activité* : 13 mai 2011.

336 - * 532 799 483 RCS Bordeaux. **SERMA HOLDING.** *Forme* : Société par actions simplifiée. *Administration* : Président : BERLIE Philippe Directeur général : OLLIVIER Bernard Commissaire aux comptes titulaire : RANOUX Florence Commissaire aux comptes suppléant : GAUTHIER Bruno . *Capital* : 200.00 euros. *Adresse* : 148 cours du Médoc 33300 Bordeaux. *Origine du fonds* : Création d'un fonds de commerce. *Etablissement* : Etablissement principal. *Activité* : détention directe ou indirecte de titres de sociétés, souscription de tous emprunts et octroi de toutes garanties, prestations de services, toutes activités commerciales liées au marché du conseil et de l'expertise en électronique. *Date de commencement d'activité* : 1er juin 2011.

337 - * 532 799 335 RCS Bordeaux. **LIAM. M.** *Forme* : Société civile immobilière. *Administration* : Associé gérant : MORISSEAU Marc Associé : MORISSEAU Liam Associé : MORISSEAU Jacky Associé : ITM ENTREPRISES . *Capital* : 1000.00 euros. *Adresse* : 8 rue Honoré Balzac le Clos du Castelet 33320 Eysines. *Etablissement* : Etablissement principal. *Activité* : propriété, administration et exploitation par bail ou location des biens immobiliers sis à Genissac (33420) – lieu dit majesté, Cadastrés section Ac N°301, 302 et 709, d'une contenance totale de 2ha 26a 85ca, ainsi acquis ou édifiés par la Société. *Date de commencement d'activité* : 13 mai 2011.

### Immatriculations

338 - * 513 519 637 RCS Bordeaux. **SCI MERINO.** *Forme* : Société civile immobilière. *Administration* : Associé gérant : GIRARDEAU Richard Associé : ROUGER Thibault Associé : ROUGER Nicolas Associé : ALLAIN Boris . *Capital* : 100.00 euros. *Adresse* : 150 chemin du Roy le Truch 33450 Saint-Loubès. *Commentaires* : Immatriculation d'une personne morale suite au transfert du siège hors ressort.

339 - * 512 790 171 RCS Bordeaux. **MER MONTAGNE MANAGEMENT.** *Forme* : Société civile immobilière. *Administration* : Associé gérant : ARNOUX Hervé Pierre Associé gérant : ARNOUX Marie Nellie . *Capital* : 148500.00 euros. *Adresse* : 10 rue Chante Cigale 33470 Gujan-Mestras. *Commentaires* : Immatriculation d'une personne morale suite au transfert du siège hors ressort.

340 - * 492 889 985 RCS Bordeaux. **SCI ST JEAN.** *Forme* : Société civile immobilière. *Administration* : Associé : ALLAIN Stéphane Associé : ALLAIN Boris Associé : EGEA Denise Associé : ALLAIN Nicolas Gérant : GIRARDEAU Richard . *Capital* : 100.00 euros. *Adresse* : 150 chemin du Roy le Truch 33450 Saint-Loubès. *Commentaires* : Immatriculation d'une personne morale suite au transfert du siège hors ressort.

341 - * 500 874 706 RCS Bordeaux. **BREMONT FINANCE.** *Forme* : Société à responsabilité limitée. *Administration* : Gérant : TOYES Stephan . *Capital* : 50000.00 euros. *Adresse* : 18 chemin de la Briqueterie 33610 Canéjan. *Commentaires* : Immatriculation d'une personne morale suite au transfert du siège hors ressort.

## 34 - HÉRAULT

### GREFFE DU TRIBUNAL DE COMMERCE DE MONTPELLIER

### Ventes et cessions

342 - ● 529 918 237 RCS Montpellier. **SAVEURS D'AUTREFOIS.** *Forme* : Société à responsabilité limitée. *Capital* : 15000 euros. *Adresse* : Domaine de Couran 34970 Lattes. *Origine du fonds* : Fonds acquis par achat au prix stipulé de 75000 Euros. *Etablissement complémentaire* : Etablissement complémentaire. *Activité* : un fonds de commerce, dissocié de son activité principale, de vente de produits agricoles. *Adresse* : Domaine de Couran 34970 Lattes. *Précédent propriétaire* : 510 365 992 RCS Montpellier. **JARDIN D'AUTREFOIS.** *Date de commencement d'activité* : 7 juin 2011. *Publication légale* : La Gazette Economique du 7 juin 2011. *Oppositions* : Maître Eric Navarro -705, rue de Saint-Hilaire - Avocat à la Cour - 34070 Montpellier.

343 - ● 532 274 768 RCS Montpellier. **EURL J.M.F.** *Forme* : Société à responsabilité limitée à associé unique. *Capital* : 10000 euros. *Adresse* : avenue Pasteur 34540 Balaruc-les-Bains. *Origine du fonds* : Fonds acquis par achat au prix stipulé de 402000 Euros. *Etablissement* : Etablissement principal. *Activité* : un fonds de commerce de restaurant de type traditionnel, brasserie, salon de thé. *Adresse* : 1 avenue Pasteur 34540 Balaruc-les-Bains. *Précédent propriétaire* : 450 944 517 RCS Montpellier. **LES COMPTOIRS DU SUD.** *Date de commencement d'activité* : 19 mai 2011. *Publication légale* : La Gazette Economique du 7 juin 2011. *Oppositions* : Me Castagnos Patrick, Avocat à La Cour -1421, avenue des Platanes - Centre Louisianne - Boirargues - 34976 Lattes.

344 - ● 531 409 753 RCS Montpellier. **ARYANE.** *Forme* : Société à responsabilité limitée. *Capital* : 5000 euros. *Adresse* : 6 rue des Consults Port Ariane 34970 Lattes. *Origine du fonds* : Fonds acquis par achat au prix stipulé de 52000 Euros. *Etablissement* : Etablissement principal. *Activité* : un fonds de commerce de restaurant, pizza à emporter, salon de thé. *Adresse* : 6 rue des Consuls Port Ariane 34970 Lattes. *Précédent propriétaire* : 523 377 828 RCS Montpellier. **LE CHAMP'S.** *Date de commencement d'activité* : 1er mars 2011. *Publication légale* : La Gazette Economique du 7 juin 2011. *Oppositions* : Scp Dabiens - Céleste - Kalczynski - Avocats - 195, rue Yves Montand - Parc 2000 - 34080 Montpellier.

345 - ● 528 716 939 RCS Montpellier. **OTM.** *Forme* : Société à responsabilité limitée à associé unique. *Capital* : 1000 euros. *Adresse* : 2 place Delille 34200 Sète. *Origine du fonds* : Fonds acquis par achat au prix stipulé de 50000 Euros. *Etablissement* : Etablissement principal. *Activité* : boucherie charcuterie alimentation prêt à porter import export. *Adresse* : 2 place Delille 34200 Sète. *Précédent propriétaire* : 485 202 469 RCS Montpellier. **7° AVENUE.** *Date de commencement d'activité* : 2 mai 2011. *Publication légale* : Hérault Juridique et Economique du 26 mai 2011. *Oppositions* : Me Michel Strebler - 29, rue Montels l'Eglise - ZAC du Puech Radier - 34970 Lattes.

346 - ● 532 042 413 RCS Montpellier. **JO'BOOST.** *Forme* : Société à responsabilité limitée. *Capital* : 22200 euros. *Adresse* : 2 rue des Coopératives 34150 Gignac. *Origine du fonds* : Fonds acquis par achat au prix stipulé de 70000 Euros. *Etablissement* : Etablissement principal. *Activité* : vente de cyclos et motos, réparation, vente d'accessoires. *Adresse* : 4 rue Viognier Zae les Tannes Basses 34800 Clermont-l'hérault. *Précédent propriétaire* : 483 667 663 RCS Montpellier.

**JO'BOOST.** *Date de commencement d'activité :* 9 mai 2011. *Publication légale :* Hérault Juridique et Economique *du* 26 mai 2011. *Oppositions :* Maître Doutre - 2 , rue Bouisson Bertrand - BP50 - 34725 Saint-André-de-Sangonis.

347 - ● 531 975 514 RCS Montpellier. **GOURMANDISE.** *Forme :* Société à responsabilité limitée. *Capital :* 1000 euros. *Adresse :* 186 rue Bourvil Résidence la Victorine 34070 Montpellier. *Origine du fonds :* Fonds acquis par achat au prix stipulé de 75000 Euros. *Etablissement :* Etablissement principal. *Activité :* vente de terminal de cuisson pâtisserie viennoiserie salon de thé sur place et à emporter. *Adresse :* 186 rue Bourvil Rés. la Victorine Local 4 34070 Montpellier. *Précédent propriétaire :* 499 641 116 RCS Montpellier. **PERSIA.** *Date de commencement d'activité :* 10 mai 2011. *Publication légale :* Hérault Juridique et Economique *du* 26 mai 2011. *Oppositions :* Maître Doutre - 2, rue Bouisson Bertrand - BP50 - 34725 Saint-André-de-Sangonis.

348 - ● 522 586 353 RCS Montpellier. **LE MIRAGE.** *Forme :* Société à responsabilité limitée. *Capital :* 6000 euros. *Adresse :* 191 rue du Littoral 34070 Montpellier. *Origine du fonds :* Fonds acquis par achat au prix stipulé de 70000 Euros. *Etablissement :* Etablissement principal. *Activité :* restaurant plats à emporter de denrées alimentaires. *Adresse :* 9 rue Louis Breguet 34830 Jacou. *Précédent propriétaire :* 453 624 629 RCS Montpellier. **HALIS.** *Date de commencement d'activité :* 23 mai 2011. *Publication légale :* Hérault Juridique et Economique *du* 26 mai 2011. *Oppositions :* Maître J-L Nouguier - 8 bd Ledru Rollin - 34 000 Montpellier.

349 - ● 532 711 801 RCS Montpellier. **PEREZ** (Muriel). *Nom commercial :* CHE MUMU. *Origine du fonds :* Etablissement principal acquis par achat au prix stipulé de 49000 Euros. *Etablissement :* Etablissement principal. *Activité :* Restauration rapide, débit de boissons, glacier. *Adresse :* avenue de l'Abbé Brocardi 34250 Palavas-les-Flots. *Précédent propriétaire :* 514 846 815 RCS Montpellier. **MOUNIC** (martine). *Précédent exploitant :* 514 846 815 RCS Montpellier. **MOUNIC** (martine). *Date de commencement d'activité :* 30 avril 2011. *Publication légale :* Hérault Juridique et Economique *du* 21 avril 2011. *Oppositions :* Scp Plantier 27, rue Neuve BP 15 30310 Vergèze.

350 - ● 393 893 730 RCS Montpellier. **RIBE** (Caroline, Frédérique). *Origine du fonds :* Etablissement principal acquis par achat au prix stipulé de 21000 Euros. *Etablissement :* Etablissement principal. *Activité :* Petite restauration sur place, salon de thé. *Adresse :* 15 Promenade Jean- Baptiste Marty 34200 Sète. *Précédent propriétaire :* 499 450 476 RCS Montpellier. **INISAN** (xavier). *Précédent exploitant :* 499 450 476 RCS Montpellier. **INISAN** (xavier). *Date de commencement d'activité :* 1er juin 2011. *Publication légale :* Hérault Juridique et Economique *du* 2 juin 2011. *Oppositions :* MAITRE BOURJADE Notaire route du Cap Impasse des Massaliotes Lot Vincent BP.184 34302 Agde Cédex.

351 - ● **Rectificatif :**BODACC A. *Numéro de parution :* 20110102. *Date de parution :* 25 mai 2011. *Annonce numéro :* 615. Cet avis est annulé et remplacé par le suivant . 532 055 779 RCS Montpellier. **JMH TRAVAUX.** *Forme :* Société à responsabilité limitée à associé unique. *Administration :* Gérant non statutaire : FERRANDO Dominique . *Capital :* 7500 euros. *Adresse :* 1155 route de Nîmes rn 113 34920 Le Crès. *Origine du fonds :* Etablissement principal acquis par achat au prix stipulé de 15000 Euros. *Etablissement :* Etablissement principal. *Activité :* Tous travaux de maçonnerie, et notamment de construction de piscines; toutes prestations de services liées. *Adresse :* 1155 route de Nîmes rn 113 34920 Le Crès. *Précédent propriétaire :* 447 525 593 RCS Montpellier. **PISCINE PLUS LE CRES.** *Date de commencement d'activité :* 14 avril 2011. *Publication légale :* Gazette Economique du 10 mai 2011. *Oppositions :* SCP Carlier et Associés - AVOCATS 500, rue Léon Blum le Thélème Cs39021 34965 Montpellier.

352 - ● 521 861 203 RCS Montpellier. **LYS SARL.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant non statutaire : CHA-THUANT Lydie, Josette Gérant non statutaire : PUISSANT Sylvain . *Capital :* 5000 euros. *Adresse :* 17 rue Foch 34000 Montpellier. *Origine du fonds :* Etablissement principal acquis par achat au prix stipulé de 145000 Euros. *Etablissement :* Etablissement principal. *Activité :* vente de chaussures et accessoires. *Adresse :* 17 rue Foch 34000 Montpellier. *Précédent propriétaire :* 481 772 812 RCS Avignon. **NAM.** *Date de commencement d'activité :* 22 février 2011. *Publication légale :* la Gazette de Montpellier du 17/03/2011 + annonce rectificative du 14 avril 2011. *Oppositions :* Maître Nicole MERLE Parc 2000 134 rue Font Claude 34080 Montpellier Pour la correspondance en l'Etude de Maître Emmanuel OLLIVIER-Notaire à Avignon. *Commentaires :* Immatriculation suite à transfert de son siège social hors ressort. Mise en activité de la société.

353 - ● 498 442 136 RCS Montpellier. **S L D.** *Forme :* Société à responsabilité limitée. *Nom commercial :* LA FRINGALE. *Administration :* Gérant non statutaire : SAVALLI Frédéric . *Capital :* 8000 euros.

*Adresse :* Résidence les Pascalines-bâtiment C 748 rue de la Vieille Poste 34000 Montpellier. *Origine du fonds :* Etablissement principal acquis par achat au prix stipulé de 230000 Euros. *Etablissement :* Etablissement principal. *Activité :* gestion d'un terminal de cuisson pour la boulangerie viennoiserie pâtisserie mais aussi la sandwicherie. *Adresse :* Résidence les Pascalines-bâtiment C 748 rue de la Vieille Poste 34000 Montpellier. *Précédent propriétaire :* 484 277 355 RCS Montpellier. **ZACARIAS** (Aline, Marie). *Nom d'usage :* JULIEN. *Date de commencement d'activité :* 1er avril 2011. *Publication légale :* Hérault Juridique et Economique du 7 avril 2011. *Oppositions :* Scp R. Carreras L. Picollet V. Flandin Notaires Associés 314, route de Montpellier 34730 Prades-le-Lez. *Commentaires :* Immatriculation suite à transfert de son siège social hors ressort.

**Créations d'établissements**

354 - ● 532 532 140 RCS Montpellier. **DIOUF** (Ibrahima). *Nom commercial :* LE DIOUFY S. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Restauration rapide traiteur plats cuisinés à emporter et sur place. *Adresse :* 19 rue Maguelone 34250 Palavas-les-Flots. *A dater du :* 24 mai 2011. *Date de commencement d'activité :* 27 mai 2011.

355 - ● 312 899 529 RCS Montpellier. **SARGAT** (Charles, Alexandre). *Nom commercial :* MANDALA. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Vente de vêtements. Saisonnière. *Adresse :* 12 rue de l' Eglise angle rue St Roch 34250 Palavas-les-Flots. *A dater du :* 30 mai 2011. *Date de commencement d'activité :* 30 mai 2011.

356 - ● 532 552 023 RCS Montpellier. **DIAZ** (Jean-Paul, Jésus). *Nom commercial :* GARAGE DJP. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Achat vente de véhicules d'occasion et neufs. *Adresse :* 58 rue d'Uppsala le Neptune Porte 848 34080 Montpellier. *A dater du :* 30 mai 2011. *Date de commencement d'activité :* 25 mai 2011.

357 - ● 308 033 836 RCS Montpellier. **CAZAUBON** (Jacques, Justin, Désiré). *Nom d'usage :* CAZAUBON-BRUTUS. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Vente ambulante de vêtements hommes femmes enfants et tous articles non alimentaires non réglementés. *Adresse :* 666 chemin du Romany 34140 Mèze. *A dater du :* 31 mai 2011. *Date de commencement d'activité :* 1er juin 2011.

358 - ● 491 043 873 RCS Montpellier. **BORG** (Hubert, Xavier, Marie). *Nom commercial :* CANOES LOISIRS BORG. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Exploitation de canoës. Prestations de services dans le tourisme. Saisonnière. *Adresse :* lieu-dit les Cagnes 246 Section B 34150 Saint-Guilhem-le-Désert. *A dater du :* 31 mai 2011. *Date de commencement d'activité :* 1er juin 2011.

359 - ● 532 569 209 RCS Montpellier. **BARRIERE** (Emilie, Aurélie). *Nom commercial :* AUX CLES DE LUNE. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Location d'hébergement meublé avec services annexes. *Adresse :* 1 rue Frédéric Bazille 34000 Montpellier. *A dater du :* 31 mai 2011. *Date de commencement d'activité :* 1er juin 2011.

360 - ● 314 207 598 RCS Montpellier. **PICARD** (Robert). *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Brasserie. *Adresse :* 80 chemin du Clapas 34400 Lunel. *A dater du :* 1er juin 2011. *Date de commencement d'activité :* 20 juin 2011.

361 - ● 532 600 004 RCS Montpellier. **FOURNIER** (Thomas, José). *Nom commercial :* FOURNIER PAYSAGES. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Création et entretien d'espaces verts petite maçonnerie taille de haies. *Adresse :* chemin des Pendances Villa le Plantier d'Eugénie - chez Mme GARRIS 34730 Prades-le-Lez. *A dater du :* 1er juin 2011. *Date de commencement d'activité :* 25 mai 2011.

362 - ● 532 551 413 RCS Montpellier. **CRABOS** (Patrice, Pierre, Louis). *Nom commercial :* CLEAN PC SERVICES. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Toutes prestations de services dans le domaine informatique. Vente de produits informatiques. *Adresse :* 94 rue de la Croix du Sud Parc à Ballons III A Apt.155 34000 Montpellier. *A dater du :* 1er juin 2011. *Date de commencement d'activité :* 1er juin 2011.

363 - ● 532 609 591 RCS Montpellier. **RENAUD** (Loïc, Alexandre). *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Elagage, abattage espace vert. *Adresse :* 4bis chemin de la Frigoune 34230 Le Pouget. *A dater du :* 1er juin 2011. *Date de commencement d'activité :* 1er juin 2011.

364 – ●532 550 407 RCS Montpellier. **TEXIER** (Patrick, André). *Nom commercial :* PROVENCINE. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* La vente ambulante de tous produits et articles de Provence (vaisselle linge de maison textile santons herbes de Provence huiles essentielles savons lavande...) Brocante et antiquités ainsi que la vente sur internet. *Adresse :* 84 rue Michel Teulé l'Aqueduc 34080 Montpellier. *A dater du :* 1er juin 2011. *Date de commencement d'activité :* 1er juin 2011.

365 – ●349 310 433 RCS Montpellier. **HERSZKOWICZ** (Alain, Léon). *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Achat vente de métaux précieux. *Adresse :* 15 avenue Georges Clémenceau 34000 Montpellier. *A dater du :* 1er juin 2011. *Date de commencement d'activité :* 25 mai 2011.

366 – ●498 551 514 RCS Montpellier. **ERARIO** (Grégory, Roland). *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Vente ambulante de glaces, beignets, boissons, café, chouchous et tous produits alimentaires. Saisonnière. *Adresse :* 1 rue du Levant 34280 La Grande Motte. *A dater du :* 1er juin 2011. *Date de commencement d'activité :* 28 mai 2011.

367 – ●532 590 684 RCS Montpellier. **GARD** (Joahnny, Rudy). *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Vente en ambulant de vêtements hommes femmes enfants chaussures accessoires de mode bijoux fantaisie. *Adresse :* 28 rue Frédéric Mistral Bâtiment Lumière Apt.57 Les Palais Mayas 34280 La Grande Motte. *A dater du :* 1er juin 2011. *Date de commencement d'activité :* 1er juin 2011.

368 – ●449 235 456 RCS Montpellier. **CAZALOT** (Claude, Pierre). *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Production d'énergie photovoltaïque. *Adresse :* 4 rue du Maquis 34920 Le Crès. *A dater du :* 1er juin 2011. *Date de commencement d'activité :* 1er avril 2011.

369 – ●532 690 849 RCS Montpellier. **BENAICHE** (Mohammed). *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* La vente ambulante de vêtements accessoires de mode bazar chaussures maroquinerie. *Adresse :* 22 rue de la Teinturerie Chez Mr Raouafi Rdc 34000 Montpellier. *A dater du :* 1er juin 2011. *Date de commencement d'activité :* 20 juin 2011.

370 – ●530 993 278 RCS Montpellier. **DIVAIS** (Agnès, Monique, Odette). *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Courtage en assurances courtage en crédit et immobilier. *Adresse :* 62 impasse Lou Triol 34730 Prades-le-Lez. *A dater du :* 1er juin 2011. *Date de commencement d'activité :* 17 mai 2011.

371 – ●401 329 131 RCS Montpellier. **CRISTO CAMPINAS** (Antonio, José). *Nom commercial :* ALEGRIA. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Vente et location de matériel de spectacle (sonorisation éclairages costumes structures gonflables fly cases). *Adresse :* 18 boulevard Ledru Rollin 34800 Clermont-l'hérault. *A dater du :* 3 juin 2011. *Date de commencement d'activité :* 1er juin 2011.

372 – ●523 471 670 RCS Montpellier. **ROQUES** (Julien, Thomas). *Nom commercial :* LE RELAIS NAUTIQUE. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Location d'engins de plage et petite restauration. *Adresse :* le Relais Nautique 34800 Octon. *A dater du :* 3 juin 2011. *Date de commencement d'activité :* 15 juin 2011.

373 – ●314 546 490 RCS Montpellier. **DUBOS** (Danielle). *Nom d'usage :* RAYNAL. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Poterie lavande. Saisonnière. *Adresse :* 15 rue Saint Roch 34250 Palavas-les-Flots. *A dater du :* 3 juin 2011. *Date de commencement d'activité :* 1er juillet 2011.

374 – ●532 434 271 RCS Montpellier. **PAULHANDIS.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant statutaire : NICOLAS Pierre-Auguste, Alexandre, Bernard . *Capital :* 300000 euros. *Adresse :* route Départementale 609 zae La Barthe - Lieudit La Carnusse 34230 Paulhan. *A dater du :* 30 mai 2011. *Commentaires :* Cette société n'exerce aucune activité.

375 – ●532 571 361 RCS Montpellier. **LA PRESSE DU CARRE.** *Forme :* Société en nom collectif. *Administration :* Co-gérant statutaire : BEZOMBES Guilhem, Jean, André Co-gérant statutaire : MARECHAL Agnès, Renée . *Capital :* 1000 euros. *Adresse :* 10 place du Jeu de Ballon 34800 Aspiran. *A dater du :* 31 mai 2011. *Commentaires :* Cette société n'exerce aucune activité.

376 – ●532 142 536 RCS Montpellier. **SCI CHEMIN DU SUD.** *Forme :* Société civile. *Administration :* Gérant statutaire associé : BANOS Lucien, Albert Gérant statutaire associé : NICOLINO Jacqueline, Aimée, Pierrette . *Capital :* 100 euros. *Adresse :* 920 avenue Léonard de Vinci le Palais des Doges Bâtiment A Apt 32 34970 Lattes. *A dater du :* 31 mai 2011. *Commentaires :* Cette société n'exerce aucune activité.

377 – ●530 530 989 RCS Montpellier. **ASUM 34.** *Forme :* Société d'exercice libéral à responsabilité limitée. *Administration :* Gérant statutaire : FAURE Guillaume, Michel . *Capital :* 20000 euros. *Adresse :* 25 rue de Clémentville 34000 Montpellier. *A dater du :* 31 mai 2011. *Commentaires :* Cette société n'exerce aucune activité.

378 – ●532 355 252 RCS Montpellier. **SACA IMMO.** *Forme :* Société civile. *Administration :* Gérant statutaire associé : COYE DE BRUNELIS Henri, Marie . *Capital :* 2400 euros. *Adresse :* 23 rue Faubourg de la Saunerie 34000 Montpellier. *A dater du :* 31 mai 2011. *Commentaires :* Cette société n'exerce aucune activité.

379 – ●532 669 652 RCS Montpellier. **MILAUR.** *Forme :* Société à responsabilité limitée. *Administration :* Co-gérant non statutaire : TIFFY Michèle né(e) DEPAULE Co-gérant non statutaire : TIFFY Laura . *Capital :* 10000 euros. *Adresse :* 20 avenue de Verdun 34110 Mireval. *A dater du :* 1er juin 2011. *Commentaires :* Cette société n'exerce aucune activité.

380 – ●532 669 645 RCS Montpellier. **ILLICO BRICO.** *Forme :* Société à responsabilité limitée à associé unique. *Administration :* Co-gérant non statutaire : DA GLORIA Alexy Co-gérant non statutaire : DA GLORIA Eugênio . *Capital :* 3000 euros. *Adresse :* 1 rue de l'Escoutadou Centre Commercial Les Collines de l'Estanove 34070 Montpellier. *A dater du :* 1er juin 2011. *Commentaires :* Cette société n'exerce aucune activité.

381 – ●532 517 810 RCS Montpellier. **CLOYAN.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant statutaire : SIMONET Jean-Paul, Marie . *Capital :* 8000 euros. *Adresse :* Rond Point de la Gare 34540 Balaruc-les-Bains. *A dater du :* 1er juin 2011. *Commentaires :* Cette société n'exerce aucune activité.

382 – ●532 351 962 RCS Montpellier. **SARL RAYAN AUTO SERVICE.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant non statutaire : OUHIH Khalid . *Capital :* 5000 euros. *Adresse :* 8 rue Dublin 34200 Sète. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Mécanique, auto, import-export de toute sorte de véhicule, pièces détachées. *Adresse :* 8 rue Dublin 34200 Sète. *A dater du :* 30 mai 2011. *Date de commencement d'activité :* 30 mai 2011.

383 – ●532 530 110 RCS Montpellier. **A.M. CONSTRUCTION.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant statutaire : ABOUNACER Mustapha . *Capital :* 2000 euros. *Adresse :* 1025 avenue Henri Becquerel 10 Parc Club du Millenaire 34000 Montpellier. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* travaux de maçonnerie générale gros oeuvre second ouvre. *Adresse :* 1025 avenue Henri Becquerel 10 Parc Club du Millenaire 34000 Montpellier. *A dater du :* 23 mai 2011. *Date de commencement d'activité :* 23 mai 2011.

384 – ●532 482 270 RCS Montpellier. **CEFRID.** *Forme :* Société à responsabilité limitée. *Nom commercial :* CEFRID. *Administration :* Gérant statutaire : LATAPIE Frédéric, Rémi, Robert . *Capital :* 5000 euros. *Adresse :* 6 impasse Biscan Pas 34670 Saint-Brès. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* conception, innovation, recherche, développement de produits BTP, formation, conseil. *Adresse :* 6 impasse Biscan Pas 34670 Saint-Brès. *A dater du :* 30 mai 2011. *Date de commencement d'activité :* 12 mai 2011.

385 – ●532 476 405 RCS Montpellier. **@LEISURE FRANCE.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant non statutaire : DE GRAAF Eugênius, Antonius . *Capital :* 100000 euros. *Adresse :* 575 avenue de Saint-Gely 34980 Saint-Clément-de-Rivière. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Prospection, négociation et conclusion de contrats de gestion locative immobilière, à caractère saisonnier. *Adresse :* 575 avenue de Saint-Gely 34980 Saint-Clément-de-Rivière. *A dater du :* 30 mai 2011. *Date de commencement d'activité :* 4 mai 2011.

386 – ●532 550 423 RCS Montpellier. **GROUPE CLIMATECH.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant statutaire : MAJOULET Olivier . *Capital :* 1500 euros. *Adresse :* 98 rue Jules la Doumegue lotissement les Albizzias 34400 Saint-Just. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Vente et installation de systèmes d'équipements thermiques et de climatisations. *Adresse :* 98 rue Jules la Doumegue lotissement les Albizzias 34400 Saint-Just. *A dater du :* 30 mai 2011. *Date de commencement d'activité :* 2 mai 2011.

387 – ●532 153 095 RCS Montpellier. **SELLERIE SAINTE COLOMBE.** *Forme :* Société à responsabilité limitée. *Administration :* Co-gérant non statutaire : JOURDA Jimmy, Emeric Co-gérant non

statutaire : BRIQUET Nancy, Danielle, Yvonne . *Capital* : 1000 euros. *Adresse* : route de Valergues Mas Sainte Colombe 34160 Saint-Geniès-des-Mourgues. *Origine du fonds* : Création. *Établissement* : Établissement principal. *Activité* : fabrication et rénovation dans le domaine de la sellerie générale voile d'ombrage pergola store bache de piscine bache forain m deux bache restauration bache voiture canapé médical restauration de meuble fauteuil ancien ameublement décoration réparation de vêtement de cuir ou toutes matières souple. *Adresse* : route de Valergues Mas Sainte Colombe 34160 Saint-Geniès-des-Mourgues. *A dater du* : 31 mai 2011. *Date de commencement d'activité* : 25 avril 2011.

388 – ●532 084 688 RCS Montpellier. **FRA AUDIT ET CONSEIL ENTREPRISE.** *Forme* : Société à responsabilité limitée. *Administration* : Gérant statutaire : CORBEL Franck, Marco . *Capital* : 1000 euros. *Adresse* : 120 rue de Thor Immeuble Blue d'Oc - Parc Euréka 34000 Montpellier. *Origine du fonds* : Création. *Établissement* : Établissement principal. *Activité* : Expertise comptable. *Adresse* : 120 rue de Thor Immeuble Blue d'Oc - Parc Euréka 34000 Montpellier. *A dater du* : 31 mai 2011. *Date de commencement d'activité* : 15 avril 2011.

389 – ●532 447 968 RCS Montpellier. **FTP GROUP.** *Forme* : Société à responsabilité limitée. *Administration* : Co-gérant non statutaire : MOREL Frédéric Co-gérant non statutaire : MANON Pierre Co-gérant non statutaire : THEOBALD Thibault . *Capital* : 7500 euros. *Adresse* : 317 rue Saint-Exupéry 34130 Mauguio. *Origine du fonds* : Création. *Établissement* : Établissement principal. *Activité* : Prise de participation au capital de toutes sociétés et gestion de ces participations. *Adresse* : 317 rue Saint-Exupéry 34130 Mauguio. *A dater du* : 31 mai 2011. *Date de commencement d'activité* : 1er mars 2011.

390 – ●532 648 342 RCS Montpellier. **SOCIETE CIVILE IMMOBILIERE AVENUE ALBERT DUBOUT.** *Forme* : Société civile. *Administration* : Gérant associé : PRAXIM (SARL) . *Capital* : 150 euros. *Adresse* : 1 rue de la Garenne BP30 34740 Vendargues. *Origine du fonds* : Création. *Établissement* : Établissement principal. *Activité* : Acquisition foncière construction vente d'un immeuble collectif. *Adresse* : 1 rue de la Garenne BP30 34740 Vendargues. *A dater du* : 31 mai 2011. *Date de commencement d'activité* : 18 mai 2011.

391 – ●532 694 080 RCS Montpellier. **SOCIETE CIVILE IMMOBILIERE LE CLOS BANANAS.** *Forme* : Société civile. *Administration* : Gérant associé : PRAXIM (SARL) . *Capital* : 150 euros. *Adresse* : 1 rue de la Garenne BP30 34740 Vendargues. *Origine du fonds* : Création. *Établissement* : Établissement principal. *Activité* : Acquisition foncière construction vente immeuble collectif. *Adresse* : 1 rue de la Garenne BP30 34740 Vendargues. *A dater du* : 31 mai 2011. *Date de commencement d'activité* : 18 mai 2011.

392 – ●532 571 320 RCS Montpellier. **VIGNOBLES CALAGE RESSEGUIER.** *Forme* : Société à responsabilité limitée. *Nom commercial* : VIGNOBLES CALAGE RESSEGUIER. *Administration* : Gérant non statutaire : PORTAL Marc, Marie, Julien, Baudille . *Capital* : 2000 euros. *Adresse* : 4 rue du Tour de Ville 34230 Saint-Bauzille-de-la-Sylve. *Origine du fonds* : Création. *Établissement* : Établissement principal. *Activité* : Négoce de vins achats et ventes gros et détail en France et à l'étranger. *Adresse* : 4 rue du Tour de Ville 34230 Saint-Bauzille-de-la-Sylve. *A dater du* : 31 mai 2011. *Date de commencement d'activité* : 18 mai 2011.

393 – ●528 422 397 RCS Montpellier. **SEL DU LAC.** *Forme* : Société d'exercice libéral à responsabilité limitée. *Administration* : Gérant non statutaire : SAUVAGE Cyril, Raymond, Marcel . *Capital* : 2000 euros. *Adresse* : chemin de la Madeleine Bâtiment B 34800 Clermont-l'hérault. *Origine du fonds* : Création. *Établissement* : Établissement principal. *Activité* : Exploitation d'un cabinet dentaire. *Adresse* : chemin de la Madeleine Bâtiment B 34800 Clermont-l'hérault. *A dater du* : 31 mai 2011. *Date de commencement d'activité* : 10 mai 2011.

394 – ●532 532 207 RCS Montpellier. **CORESEN.** *Forme* : Société à responsabilité limitée. *Administration* : Gérant non statutaire : VICEDO Pascal, Georges, Annie . *Capital* : 30000 euros. *Adresse* : 15 lotissement la Grande Olivette 34400 Vérargues. *Origine du fonds* : Création. *Établissement* : Établissement principal. *Activité* : Conception et réalisation de centrales photovoltaïques et toutes opérations de marchand de biens. *Adresse* : 15 lotissement la Grande Olivette 34400 Vérargues. *A dater du* : 31 mai 2011. *Date de commencement d'activité* : 9 mai 2011.

395 – ●532 096 435 RCS Montpellier. **SCI SAMO.** *Forme* : Société civile. *Administration* : Gérant statutaire : OPERTI Laurent, Etienne . *Capital* : 1000 euros. *Adresse* : chemin de l'Herande 34430 Saint-Jean-de-Vedas. *Origine du fonds* : Création. *Établissement* : Établissement principal. *Activité* : Acquisition construction aménagement de biens immobiliers à usage d'habitation professionnel. *Adresse* : chemin de l'Herande 34430 Saint-Jean-de-Vedas. *A dater du* : 31 mai 2011. *Date de commencement d'activité* : 6 avril 2011.

396 – ●532 532 413 RCS Montpellier. **SAS INFILTROTECH.** *Forme* : Société par actions simplifiée. *Nom commercial* : INFILTROTECH. *Administration* : Président : MOLTO Laurence Directeur général : TREVISSOI Cyril Directeur général : OM Patrice . *Capital* : 1500 euros. *Adresse* : 14 rue de Villefranche 34090 Montpellier. *Origine du fonds* : Création. *Établissement* : Établissement principal. *Activité* : Tests de perméabilité à l'air des bâtiments. *Adresse* : 14 rue de Villefranche 34090 Montpellier. *A dater du* : 31 mai 2011. *Date de commencement d'activité* : 1er juin 2011.

397 – ●532 163 318 RCS Montpellier. **TIBOLO.** *Forme* : Société civile. *Administration* : Gérant statutaire associé : THIBAULT-LAURENT Nicolas, Paul, Jérôme, Marie Gérant statutaire associé : THIBAULT-LAURENT Tiphaine, Claire, Marie née) FLIPO . *Capital* : 1000 euros. *Adresse* : 74 rue des Eucalyptus le Clos des Elbes B49 34000 Montpellier. *Origine du fonds* : Création. *Établissement* : Établissement principal. *Activité* : Achat gestion location immobilière. *Adresse* : 74 rue des Eucalyptus le Clos des Elbes B49 34000 Montpellier. *A dater du* : 31 mai 2011. *Date de commencement d'activité* : 1er mai 2011.

398 – ●532 494 614 RCS Montpellier. **LE HAMEAU DU BOSC.** *Forme* : Société civile. *Administration* : Gérant non associé : SORMONTE Julien, Thomas, Hubert Gérant non associé : COLLET Olivier, Marc . *Capital* : 1000 euros. *Adresse* : 8 avenue d'Assas 34000 Montpellier. *Origine du fonds* : Création. *Établissement* : Établissement principal. *Activité* : Acquisition de terrains constructions et vente d'immeubles. *Adresse* : 8 avenue d'Assas 34000 Montpellier. *A dater du* : 31 mai 2011. *Date de commencement d'activité* : 9 mai 2011.

399 – ●532 572 294 RCS Montpellier. **SCI SMGCBA.** *Forme* : Société civile. *Administration* : Gérant statutaire associé : BALAS Jérôme, Marie, Bernard . *Capital* : 1000 euros. *Adresse* : 254 chemin le Raoulet 34820 Assas. *Origine du fonds* : Création. *Établissement* : Établissement principal. *Activité* : Acquisition administration de tous immeubles bâtis et non bâtis à usage commercial industriel artisanal et ou d' habitation situé d'en France ou à l'étranger. *Adresse* : 254 chemin le Raoulet 34820 Assas. *A dater du* : 31 mai 2011. *Date de commencement d'activité* : 19 mai 2011.

400 – ●532 414 273 RCS Montpellier. **SCI LOUPIAN.** *Forme* : Société civile. *Administration* : Gérant statutaire associé : CERBONNE Géraldine, Micheline, Gabrielle née) PIERNAS . *Capital* : 2000 euros. *Adresse* : 481 chemin de la Garenne 34560 Poussan. *Origine du fonds* : Création. *Établissement* : Établissement principal. *Activité* : Gestion immobilière. *Adresse* : 481 chemin de la Garenne 34560 Poussan. *A dater du* : 31 mai 2011. *Date de commencement d'activité* : 27 avril 2011.

401 – ●532 251 147 RCS Montpellier. **LES PATIOS D'OR DE PUGET SUR ARGENS.** *Forme* : Société civile. *Administration* : Gérant non associé : ROXIM PROMOTION SA (SA) . *Capital* : 2000 euros. *Adresse* : 1421 avenue des Platanes 34970 Lattes. *Origine du fonds* : Création. *Établissement* : Établissement principal. *Activité* : Construction vente d' immeubles. *Adresse* : 1421 avenue des Platanes 34970 Lattes. *A dater du* : 31 mai 2011. *Date de commencement d'activité* : 26 avril 2011.

402 – ●532 301 769 RCS Montpellier. **LA SEPTIEME.** *Forme* : Société civile. *Administration* : Gérant statutaire associé : ALLAL Aldrick, Stevens, André, Pierre-Marie . *Capital* : 2000 euros. *Adresse* : 13 rue du Carré du Roi 34000 Montpellier. *Origine du fonds* : Création. *Établissement* : Établissement principal. *Activité* : Location. *Adresse* : 13 rue du Carré du Roi 34000 Montpellier. *A dater du* : 31 mai 2011. *Date de commencement d'activité* : 11 mai 2011.

403 – ●532 600 152 RCS Montpellier. **OC3F.** *Forme* : Société à responsabilité limitée. *Administration* : Gérant non statutaire : HUE Olivier, Léon, Lucien . *Capital* : 1000 euros. *Adresse* : 180 chemin Carrière Poissonnière 34750 Villeneuve-les-Maguelone. *Origine du fonds* : Création. *Établissement* : Établissement principal. *Activité* : Exploitation d'un fonds de commerce d'optique lunetterie lentilles de contact produits d'entretien et accessoires pour lunettes et lentilles produits entretien auditifs lunettes de mesure telles lunettes astronomiques. *Adresse* : 180 chemin Carrière Poissonnière 34750 Villeneuve-les-Maguelone. *A dater du* : 31 mai 2011. *Date de commencement d'activité* : 16 mai 2011.

404 – ●532 336 971 RCS Montpellier. **ISACHRIS.** *Forme* : Société civile. *Administration* : Gérant statutaire associé : SAIZY Christian Gérant statutaire associé : LEPROU Isabelle née) VIGNON . *Capital* : 1000 euros. *Adresse* : 226 chemin des Loriots 34170 Castelnau-le-Lez. *Origine du fonds* : Création. *Établissement* : Établissement principal. *Activité* : Acquisition par voie d'achat ou d'apport la propriété la mise en valeur. *Adresse* : 226 chemin des Loriots 34170 Castelnau-le-Lez. *A dater du* : 1er juin 2011. *Date de commencement d'activité* : 6 mai 2011.

405 – ● 532 565 009 RCS Montpellier. **AB FONCIA.** *Forme :* Société civile immobilière. *Administration :* Gérant statutaire associé : BRUN-GARD Alain, Marcel . *Capital :* 1000 euros. *Adresse :* 166 rue Jean Cocteau 34130 Mauguio. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Location immobilière. *Adresse :* 166 rue Jean Cocteau 34130 Mauguio. *A dater du :* 1er juin 2011. *Date de commencement d'activité :* 1er juillet 2011.

406 – ● 532 204 591 RCS Montpellier. **SARL PORTAL CONSEIL IMMO.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant statutaire : PORTAL Jean-Luc, Alphonse . *Capital :* 5000 euros. *Adresse :* 26 allée Jules Milhau Les Bureaux du Triangle 34000 Montpellier. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* La réalisation tant en France qu à l'étranger d'opérations de transaction immobilière et de transaction de fonds de commerces et plus généralement toutes opérations se rattachant à cet objet. *Adresse :* 26 allée Jules Milhau Les Bureaux du Triangle 34000 Montpellier. *A dater du :* 1er juin 2011. *Date de commencement d'activité :* 1er janvier 2011.

407 – ● 532 596 376 RCS Montpellier. **HOLDING PCAEF.** *Forme :* Société à responsabilité limitée à associé unique. *Administration :* Cogérant non statutaire : GAUTREAU Pascale, Adeline née) BOU-GNOUX Co-gérant non statutaire : GAUTREAU Christophe, Patrick . *Capital :* 600000 euros. *Adresse :* 38 impasse Ermengarde 34090 Montpellier. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Prise d'intérêts et participations par tous moyens apports souscriptions achat d'actions d'obligations et de tous droits sociaux dans toutes sociétés affaires ou entreprises commerciales industrielles financières mobilières ou immobilières. *Adresse :* 38 impasse Ermengarde 34090 Montpellier. *A dater du :* 1er juin 2011. *Date de commencement d'activité :* 13 mai 2011.

408 – ● 532 527 991 RCS Montpellier. **COMMERCE ET TECHNOLOGIE.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant statutaire : AGGERY Julien, Claude, Jacques . *Capital :* 3000 euros. *Adresse :* 7 rue des Grenaches 34270 Saint-Mathieu-de-Treviers. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Vente de tous types de produits sur tout emplacement possible. Toutes prestations commerciales ainsi que l'import et l'export de tous types de produits certifiés aux normes exigées dans la Communauté Européenne, la formation de personnes dans le domaine du commerce exercé. *Adresse :* 7 rue des Grenaches 34270 Saint-Mathieu-de-Treviers. *A dater du :* 1er juin 2011. *Date de commencement d'activité :* 15 mai 2011.

409 – ● 532 640 612 RCS Montpellier. **G.A.B.I.** *Forme :* Société civile immobilière. *Sigle :* SCI G.A.B.I. *Administration :* Gérant statutaire associé : BERNARD Marie-, Antoinette née) BELMONTE . *Capital :* 100 euros. *Adresse :* 11 impasse Domitienne 34230 Saint-Pargoire. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Construction acquisition revente location par bail location administration civiles de tous biens et droits immobiliers lui appartenant. *Adresse :* 11 impasse Domitienne 34230 Saint-Pargoire. *A dater du :* 1er juin 2011. *Date de commencement d'activité :* 1er janvier 2011.

410 – ● 532 648 375 RCS Montpellier. **SCI MONT VALLON.** *Forme :* Société civile. *Administration :* Gérant statutaire associé : CHAMARD Jean, Auguste, Louis Gérant statutaire associé : CHAMARD Béatrice, Elisabeth, Marie né(e) QUIOT . *Capital :* 1000 euros. *Adresse :* 137 chemin des Castors 34170 Castelnau-le-Lez. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Acquisition par voie d'achat ou d'apport la propriete la mise en valeur la transformation la construction l'aménagement l'administration et la location de tous biens et droits immobiliers. *Adresse :* 137 chemin des Castors 34170 Castelnau-le-Lez. *A dater du :* 1er juin 2011. *Date de commencement d'activité :* 18 mai 2011.

411 – ● 532 648 425 RCS Montpellier. **SCI JACPAC.** *Forme :* Société civile. *Administration :* Gérant statutaire associé : ARCELLI Jean-Luc Gérant statutaire associé : LARUELLE Claire . *Capital :* 100 euros. *Adresse :* 193 avenue du Castelas 34380 Viols-le-Fort. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Acquisition gestion exploitation par bail location de tous biens ou droits immobiliers et toutes opérations pouvant se rattacher à l'objet social. *Adresse :* 193 avenue du Castelas 34380 Viols-le-Fort. *A dater du :* 1er juin 2011. *Date de commencement d'activité :* 27 mai 2011.

412 – ● 532 631 033 RCS Montpellier. **CHACHE.** *Forme :* Société civile. *Administration :* Gérant associé : CHAZOT Philippe, Marie, Jacques . *Capital :* 1000 euros. *Adresse :* 1 allée Gustave Eiffel Zae Saint-michel 34770 Gigean. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Acquisition achat apport de propriété mise en valeur transformation construction aménagement exploitation par bail de tous biens immobiliers. *Adresse :* 1 allée Gustave Eiffel Zae Saint-michel 34770 Gigean. *A dater du :* 1er juin 2011. *Date de commencement d'activité :* 1er mai 2011.

413 – ● 532 608 148 RCS Montpellier. **HUMAGO.** *Forme :* Société civile. *Administration :* Gérant associé : CHAZOT Philippe, Marie, Jacques . *Capital :* 100 euros. *Adresse :* 3 avenue Sadi Carnot 34770 Gigean. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Acquisition par voie d'achat ou d'apport propriété mise en valeur transformation construction aménagement administration et exploitation par bail location. *Adresse :* 3 avenue Sadi Carnot 34770 Gigean. *A dater du :* 1er juin 2011. *Date de commencement d'activité :* 1er mai 2011.

414 – ● 532 601 820 RCS Montpellier. **SCI A.D.S.** *Forme :* Société civile. *Administration :* Gérant associé : AMIEL Pierre, André, Francis . *Capital :* 1500 euros. *Adresse :* chemin de la Pinède 34820 Assas. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Acquisition administration et exploitation par bail location ou autrement de tous immeubles bâtis ou non dont elle pourrait devenir propriétaire ultérieurement par voie d'acquisition échange apport ou autrement. *Adresse :* chemin de la Pinède 34820 Assas. *A dater du :* 1er juin 2011. *Date de commencement d'activité :* 31 mars 2011.

415 – ● 532 337 557 RCS Montpellier. **INDAPOCK ' PRODUCTION.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant non statutaire : CARLÉ Henri, Pierre, Léon . *Capital :* 5000 euros. *Adresse :* 20 rue de la Fraternité 34800 Clermont-l'hérault. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Organisation et production de spectacles. *Adresse :* 20 rue de la Fraternité 34800 Clermont-l'hérault. *A dater du :* 1er juin 2011. *Date de commencement d'activité :* 15 avril 2011.

416 – ● 532 570 702 RCS Montpellier. **GRUCHET.** *Forme :* Société civile. *Administration :* Gérant associé : GRUCHET François, Emile . *Capital :* 1000 euros. *Adresse :* 35 rue des Cèpes 34400 Lunel. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Acquisition et gestion de biens immobiliers. *Adresse :* 35 rue des Cèpes 34400 Lunel. *A dater du :* 1er juin 2011. *Date de commencement d'activité :* 9 mai 2011.

417 – ● 532 153 558 RCS Montpellier. **TECHNICIEN ELEC.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant non statutaire : SAILLIER Lhou . *Capital :* 5000 euros. *Adresse :* 1025 avenue Henri Becquerel 10 Parc Club du Millénaire 34000 Montpellier. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Conception et installation électrique domotique et réseaux informatique climatisation. *Adresse :* 1025 avenue Henri Becquerel 10 Parc Club du Millénaire 34000 Montpellier. *A dater du :* 1er juin 2011. *Date de commencement d'activité :* 28 avril 2011.

418 – ● 532 355 187 RCS Montpellier. **GEBEA.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant statutaire : GERMANO-VITCH Gérard, Georges, Luc . *Capital :* 1000 euros. *Adresse :* avenue de l'Aube Rouge 34170 Castelnau-le-Lez. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Acquisition, détention, gestion de toute participation de titres de sociétés. *Adresse :* avenue de l'Aube Rouge 34170 Castelnau-le-Lez. *A dater du :* 1er juin 2011. *Date de commencement d'activité :* 14 avril 2011.

### Immatriculations

419 – ● 532 109 196 RCS Montpellier. **ROUANET** (Thomas, Arnaud). *Nom commercial :* NICOTO. *Origine du fonds :* Reçu en location-gérance. *Etablissement :* Etablissement principal. *Activité :* Vente de produits alimentaires non alimentaires traiteur et articles de plage. Saisonnier. *Adresse :* 347 avenue Saint Maurice 34250 Palavas-les-Flots. *Précédent exploitant :* 330 408 857 RCS Montpellier. FERRAS (Dominique, Albert). *A dater du :* 31 mai 2011. *Date de commencement d'activité :* 1er avril 2011.

420 – ● 532 482 304 RCS Montpellier. **PA AND PI.** *Forme :* Société à responsabilité limitée. *Administration :* Co-gérant non statutaire : DIJOL Pierre, Lucien, Yves, Paul né(e) SAUVAGE Co-gérant non statutaire : LESEIGLE Patrick, Jacques . *Capital :* 4000 euros. *Adresse :* 15 rue de la Ratte 34000 Montpellier. *Origine du fonds :* Reçu en location-gérance. *Etablissement :* Etablissement principal. *Activité :* Débit de boissons bar café salon de thé restauration restauration rapide petite restauration snack vente de boissons à emporter et sur place. *Adresse :* 15 rue de la Ratte 34000 Montpellier. *Précédent exploitant :* 332 405 869 RCS Nîmes. RYBA (Alain). *A dater du :* 30 mai 2011. *Date de commencement d'activité :* 15 mai 2011.

421 – ● 498 201 516 RCS Montpellier. **BUSCHMANN** (Christophe, Jean). *Origine du fonds :* Transfert d'activité. *Etablissement :* Etablissement principal. *Activité :* Revêtement de sols et murs, peinture, pose parquets, vente de matériel et outillage. *Adresse :* 392 avenue de Montpellier 34270 Claret. *A dater du :* 31 mai 2011. *Date de commencement d'activité :* 1er janvier 2011. *Commentaires :* Immatriculation suite à transfert de l'établissement principal hors ressort.

422 – ● 393 450 044 RCS Montpellier. **A.S.H.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant statutaire : THAUVIN Serge . *Capital :* 78000 euros. *Adresse :* 816 chemin du Pioch de Baillos 34980 Montferrier-sur-Lez. *Origine du fonds :* Transfert de siège. *Etablissement :* Etablissement principal . *Activité :* Organisation et développement d'entreprises. Gestion administratives comptable commerciale et sociale de ses filiales de toutes entreprises. Etudes et conseils en matière économique et financière. Prises de participations dans toutes sociétés. Investissements immobiliers. Mise à disposition de moyens. Maintenances diverses. Edition et diffusion de supports publicitaires. Gestion administrative de biens immobiliers. *A dater du :* 30 mai 2011. *Date de commencement d'activité :* 1er avril 2011. *Commentaires :* Immatriculation suite à transfert de son siège social hors ressort.

423 – ● 352 183 248 RCS Montpellier. **SOCIETE CIVILE IMMOBILIERE MER ET FILLE.** *Forme :* Société civile immobilière. *Administration :* Gérant statutaire associé : MAJOUREL Jean-Luc, Serge . *Capital :* 30489.8 euros. *Adresse :* 11 impasse de la Cigale 34200 Sète. *Origine du fonds :* Transfert de siège. *Etablissement :* Etablissement principal. *Activité :* La gestion l'administration de biens immobiliers de toutes natures et de toutes destinations qui peuvent ou pourront être la propriété de la société. *Adresse :* 11 impasse de la Cigale 34200 Sète. *A dater du :* 30 mai 2011. *Date de commencement d'activité :* 1er mai 2011. *Commentaires :* Immatriculation suite à transfert de son siège social hors ressort.

424 – ● 529 418 253 RCS Montpellier. **FIXHERAULT.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant statutaire : NAVARRO Matthieu, José, André . *Capital :* 30000 euros. *Adresse :* Zone Industrielle Près d'Arènes 111 rue du Mas de Portaly 34070 Montpellier. *Origine du fonds :* Transfert de siège. *Etablissement :* Etablissement principal. *Activité :* négoce inter entreprises de matériels de fixations de suppotage d'assemblage et d'outillage. *Adresse :* Zone Industrielle Près d'Arènes 111 rue du Mas de Portaly 34070 Montpellier. *A dater du :* 31 mai 2011. *Date de commencement d'activité :* 6 avril 2011. *Commentaires :* Immatriculation suite à transfert de son siège social hors ressort.

# 35 - ILLE-ET-VILAINE

## GREFFE DU TRIBUNAL DE COMMERCE DE RENNES

### Ventes et cessions

425 – ° 532 752 649 RCS Rennes. **CLERAY LOIC.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant : CLERAY Loïc René Jean Marie Gérant : GOMMEREL Françoise Arlette Berthe . *Capital :* 172000.00 euros. *Adresse :* les Basses cours 35690 Acigné. *Origine du fonds :* Etablissement principal acquis par apport au montant évalué à 170.000.00 EUR. *Etablissement :* Siège social et établissement principal. *Activité :* Entreprise de travaux agricoles et de travaux forestiers, location de matériels avec ou sans chauffeur. *Adresse :* les Basses cours 35690 Acigné. *Précédent propriétaire :* 352 926 497 RCS Rennes. **CLERAY** (Loïc, René, Jean, Marie). *Précédent exploitant :* 352 926 497 RCS Rennes. CLERAY (Loïc, René, Jean, Marie). *A dater du :* 3 juin 2011. *Date d'effet :* 1er juin 2011. *Date de commencement d'activité :* 1er juin 2011. *Publication légale :* Les petites affiches de Bretagne du 3 juin 2011. *Déclarations de créances :* Au greffe du tribunal de Commerce de Rennes. *Commentaires :* Société à responsabilité limitée apport avec deux gérants.

426 – ° 529 937 542 RCS Rennes. **CHEZ PAUL.** *Forme :* S.A.R.L. à associé unique. *Administration :* Gérant associé unique : BERANGER Paul . *Capital :* 40000.00 euros. *Adresse :* 30 rue Poullain Duparc 35000 Rennes. *Origine du fonds :* Mise en activité suite à achat de l'établissement principal au prix stipulé de 156.000,00 EUR. *Etablissement :* Siège social et établissement principal. *Activité :* Café, bar, glacier, pub, snack, petite restaura- tion. *Enseigne :* CHEZ PAUL. *Adresse :* 30 rue Poullain Duparc 35000 Rennes. *Précédent propriétaire :* 484 005 996 RCS Rennes. **CHAUVAT** (Julien). *A dater du :* 28 janvier 2011. *Date d'effet :* 1er avril 2011. *Date de commencement d'activité :* 1er avril 2011. *Publication légale :* Les Petites Affiches de Bretagne du 11 mars 2011. *Oppositions :* Maître Isabelle GOIC 39 rue du Capitaine Maignan 35000 Rennes. *Commentaires :* Mise en activité suite à achat.

427 – ° 531 882 934 RCS Rennes. **SNC JF HAUDRY.** *Forme :* Société en nom collectif. *Administration :* Gérant associé en nom : HAUDRY Jacky Associé en nom collectif : ROUSSEAU Frédérique . *Capital :* 10000.00 euros. *Adresse :* 45 rue Nôtre Dame 35600 Redon. *Origine du fonds :* Mise en activité suite à achat de l'établissement principal au prix stipulé de 160.000,00 EUR. *Etablissement :* Siège social et établissement principal. *Activité :* Café, journaux, bimbeloterie auquel est adjoint la gérance d'un débit de tabacs. *Enseigne :* LE PENDUIK.

*Adresse :* 45 rue Nôtre Dame 35600 Redon. *Précédent propriétaire :* 449 533 553 RCS Rennes. **OLIVIER** (Nicolas). *A dater du :* 21 avril 2011. *Date d'effet :* 1er mai 2011. *Date de commencement d'activité :* 1er mai 2011. *Publication légale :* Le Paysan Breton du 27 mai 2011. *Oppositions :* Cabinet Eymin-Seitte 14 Bd de la Résistance 56000 Vannes. *Commentaires :* Mise en activité suite à achat.

### Créations d'établissements

428 – ° 532 742 335 RCS Rennes. **DES GOURMANDISES SUR L ETAGERE.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant : LARROQUE Didier Gérant : DESGRANGES Odile . *Capital :* 10000.00 euros. *Adresse :* 7 bis Mail de Bourgchevreuil 35510 Cesson-Sévigné. *Etablissement :* siège social. *Adresse :* 7 bis Mail de Bourgchevreuil 35510 Cesson-Sévigné. *A dater du :* 6 juin 2011. *Commentaires :* Cette entreprise n'exerce aucune activité.

429 – ° 532 780 699 RCS Rennes. **SCI CAP ELORN.** *Forme :* Société civile immobilière. *Administration :* Gérant associé indéfiniment responsable : POUCHIN Olivier Associé indéfiniment responsable : LORY-FORET Fabrice Associé indéfiniment responsable : CAP COD Associé indéfiniment responsable : CORNEN Lionel . *Capital :* 1500.00 euros. *Adresse :* Z.A. la Gaultière 35220 Châteaubourg. *Etablissement :* Siège social et établissement principal. *Activité :* acquisition gestion location et administration de tous biens et droits immobiliers souscription de tous emprunts pour les acquisitions et construc- tions immobilières constitution de toutes sûretés réelles sur les biens immobiliers appartenant à la société. *Adresse :* Z.A. la Gaultière 35220 Châteaubourg. *A dater du :* 6 juin 2011. *Date de commencement d'activité :* 20 mai 2011.

430 – ° 532 725 587 RCS Rennes. **XTENSYS.** *Forme :* Société à responsabilité limitée. *Nom commercial :* XTENSYS. *Administration :* Gérant : LEMONNIER Philippe Francis . *Capital :* 10000.00 euros. *Adresse :* 24 rue de Rennes 35850 Gévezé. *Etablissement :* Siège social et établissement principal Activité :* Conseil en conception et réalisation d'équipements de transport de données sur réseaux de télécommunications, architecture de systèmes et définition de produits portant sur l'analyse d'ensembles des standards, la formation s'y rapportant et la production de matériels ou logiciels ou de sous-ensembles matériels ou logiciels, et la commercialisation de cette production. *Adresse :* 24 rue de Rennes 35850 Gévezé. *A dater du :* 6 juin 2011. *Date de commencement d'activité :* 1er juin 2011.

431 – ° 532 772 894 RCS Rennes. **ENVOLI.** *Forme :* Société civile immobilière. *Administration :* Gérant associé indéfiniment responsable : NOEL Ludovic Associé indéfiniment responsable : LN DEVELOPPEMENT . *Capital :* 1000.00 euros. *Adresse :* le Bois Gros 35370 Argentré-du-Plessis. *Etablissement :* Siège social et établissement principal. *Activité :* acquisition édification et gestion d'immeubles. *Adresse :* le Bois Gros 35370 Argentré-du-Plessis. *A dater du :* 6 juin 2011. *Date de commencement d'activité :* 16 mai 2011.

432 – ° 532 756 137 RCS Rennes. **AVI-CLIM ULTRASONICS.** *Forme :* Société à responsabilité limitée. *Nom commercial :* AVI-CLIM ULTRASONICS. *Administration :* Gérant : GUITTON Bernard Jean Claude Roger Michel . *Capital :* 9000.00 euros. *Adresse :* les Cormiers 35160 Talensac. *Etablissement :* Siège social et établissement principal. *Activité :* conception réalisation de toutes études et presta tions de services et de tous travaux d'installa- tion dans les domaines de la climatisation ventila tion traitement d'eau et d'air études et concep- tion de bâtiments. *Enseigne :* AVI-CLIM ULTRASONICS. *Adresse :* les Cormiers 35160 Talensac. *A dater du :* 6 juin 2011. *Date de commencement d'activité :* 11 mai 2011.

433 – ° 532 774 585 RCS Rennes. **SCI ROU-JE-INVEST.** *Forme :* Société civile immobilière. *Administration :* Gérant associé indéfiniment responsable : JEGU Christophe Gérant associé indéfiniment responsable : ROUXEL Jean . *Capital :* 250000.00 euros. *Adresse :* 167 route de Lorient Immeuble Artemis - Bât 1 35000 Rennes. *Etablissement :* Siège social et établissement principal. *Activité :* Propriété, gestion, location immobilière. *Adresse :* 167 route de Lorient Immeuble Artemis - Bât 1 35000 Rennes. *A dater du :* 6 juin 2011. *Date de commencement d'activité :* 1er juin 2011.

434 – ° 532 775 509 RCS Rennes. **CAT-DAN.** *Forme :* Société civile immobilière. *Administration :* Gérant associé indéfiniment responsable : ROULLEAU Daniel Michel Gérard Gérant associé indéfiniment responsable : TOXE Catherine Pierrette Claude . *Capital :* 1200.00 euros. *Adresse :* 77 avenue Georges Pompidou 35300 Fougères. *Etablissement :* Siège social et établissement principal. *Activité :* acquisition par voie d'achat ou d'apport d'une mai son à usage d'habitation et commercial située à Fougères (35300) 77 avenue Georges Pompidou et de tous autres biens immobiliers, la propriété, la mise en valeur la transformation la construction l'aménagement l'administration et la location de tous biens et droits

immobiliers, de tous biens et droits pouvant constituer l'accessoire, l'annexe ou le complément des biens et droits immobiliers en question. *Adresse :* 77 avenue Georges Pompidou 35300 Fougères. *A dater du :* 6 juin 2011. *Date de commencement d'activité :* 24 mai 2011.

435 – ° 532 775 970 RCS Rennes. **L.B.F.R.** *Forme :* Société à responsabilité limitée. *Nom commercial :* LA BELLE FLAMME. *Administration :* Gérant : KROSEL Nicolas Gérant : GUILLOTON Yvonnick . *Capital :* 10000.00 euros. *Adresse :* Z.A. la Montgervalaise 1 35520 La Mézière. *Etablissement :* Siège social et établissement principal. *Activité :* Vente, pose de cheminées, poêles à bois, à granu lés, chauffage à pétrole, vente de bois de chauffa ge, granulés, ramonage en sous-traitance. *Enseigne :* LA BELLE FLAMME. *Adresse :* Z.A. la Montgervalaise 1 35520 La Mézière. *A dater du :* 6 juin 2011. *Date de commencement d'activité :* 2 juillet 2011.

436 – ° 532 777 604 RCS Rennes. **SCI LIPP.** *Forme :* Société civile immobilière. *Administration :* Gérant associé indéfiniment responsable : SALIOU Daniel Associé indéfiniment responsable : SC HOLDING Associé indéfiniment responsable : RAULET FINANCE INVESTISSEMENT . *Capital :* 300.00 euros. *Adresse :* 15 rue Charles Nicolle 35760 Saint-Grégoire. *Etablissement :* Siège social et établissement principal. *Activité :* Acquisition, administration, gestion par la location de tout immeuble et biens. *Adresse :* 15 rue Charles Nicolle 35760 Saint-Grégoire. *A dater du :* 6 juin 2011. *Date de commencement d'activité :* 5 juin 2011.

## 36 - INDRE

### GREFFE DU TRIBUNAL DE COMMERCE DE CHÂTEAUROUX

#### Ventes et cessions

437 – ● 531 858 389 RCS Châteauroux. **ETS AFFASSON.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant(e) : FOURNIER Franck . *Capital :* 8000 euros. *Adresse :* les Chauvins 36230 Fougerolles. *Origine du fonds :* Etablissement principal acquis par achat au prix stipulé de 140000 Euros. *Etablissement :* Etablissement principal. *Activité :* Entreprise générale du bâtiment Entreprise générale du bâtiment maçonnerie charpente menuiserie couverture plomberie électricité. *Adresse :* les Chauvins 36230 Fougerolles. *Précédent propriétaire :* 450 457 866 RCS Châteauroux. AT HOME. *Précédent exploitant :* 450 457 866 RCS Châteauroux. AT HOME. *Date de commencement d'activité :* 8 avril 2011. *Publication légale :* l'Aurore Paysanne du 13 mai 2011. *Oppositions :* Maîtres Courrèges & Clan De Pommayrac 75, rue Jean Pacton 36400 La Châtre. *Commentaires :* Modification survenue sur l'activité.

#### Créations d'établissements

438 – ● 532 668 779 RCS Châteauroux. **NOLOKO.** *Forme :* Société civile immobilière. *Administration :* Gérant associé : MILLET Patricia né(e) VANNIER . *Capital :* 2000 euros. *Adresse :* 28 allée Claude Debussy 36330 Le Poinçonnet. *A dater du :* 1er juin 2011. *Commentaires :* Cette société n'exerce aucune activité.

439 – ● 532 672 094 RCS Châteauroux. **AUTO GL.** *Forme :* Société à responsabilité limitée. *Nom commercial :* AUTO GL. *Administration :* Gérant(e) : LISSONNET Grégory, Patrick . *Capital :* 1000 euros. *Adresse :* 49 rue du Colombier 36000 Châteauroux. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Achat et vente de véhicules neufs et d'occasion et toute activité s'y rapportant import export de véhicules neufs ou d'occasion. *Adresse :* 49 rue du Colombier 36000 Châteauroux. *A dater du :* 1er juin 2011. *Date de commencement d'activité :* 1er juin 2011.

440 – ● 532 716 776 RCS Châteauroux. **SCI LE PRIEURE DE CIRON.** *Forme :* Société civile immobilière. *Administration :* Gérant associé : BOUGON Dominique Gérant associé : BOUGON Alexis . *Capital :* 400000 euros. *Adresse :* 11 rue de l'Eglise Saint-Georges 36300 Ciron. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Acquisition par voie d'achat ou d'apport, la propriété, la mise en valeur, la transformation, la construction, l'aménagement, l'administration et la location de tous biens et droits immobiliers de tous biens et droits pouvant constituer l'accessoire, l'annexe ou le complément des biens et droits immobilier en question. *Adresse :* 11 rue de l'Eglise Saint-Georges 36300 Ciron. *A dater du :* 1er juin 2011. *Date de commencement d'activité :* 31 janvier 2011.

441 – ● 532 708 906 RCS Châteauroux. **SCI SAMALEX.** *Forme :* Société civile immobilière. *Administration :* Gérant associé : FRADET Jérôme Gérant associé : PREISSE Edwige . *Capital :* 200 euros. *Adresse :* 2 route du Chassin 36230 Tranzault. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* l'acquisition de tous immeubles, construits ou non leur aménagement, la

construction de tous bâtiments, à usage d'habitation ou à usage professionnel, industriel, artisanal ou commercial, la location, la gestion, l'entretien de ces immeubles et, d'une manière générale, la mise en valeur du patrimoine de la société, éventuellement et exceptionnellement l'aliénation du ou des immeubles devenus inutiles à la société au moyen de vente, échange, apport en société ou autrement, et plus généralement, toutes opérations pouvant se rattacher directement ou indirectement à l'objet social, pourvu qu'elles ne modifient pas le caractère essentiellement civil de la société. *Adresse :* 2 route du Chassin 36230 Tranzault. *A dater du :* 1er juin 2011. *Date de commencement d'activité :* 1er juillet 2011.

442 – ● 532 664 836 RCS Châteauroux. **SCEA DE NICHAT.** *Forme :* Société civile d'exploitation agricole. *Administration :* Gérant associé : PETIPET Alain . *Capital :* 21000 euros. *Adresse :* lieu dit Boisseloup 36110 Baudres. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Exploitation d'un domaine agricole. *Adresse :* lieu dit Boisseloup 36110 Baudres. *A dater du :* 1er juin 2011. *Date de commencement d'activité :* 11 mai 2011.

## 37 - INDRE-ET-LOIRE

### GREFFE DU TRIBUNAL DE COMMERCE DE TOURS

#### Ventes et cessions

443 – * 531 830 552 RCS Tours. **BLERE OPTIC.** *Forme :* Société à responsabilité limitée. *Nom commercial :* BLERE OPTIC. *Administration :* Gérant : CHAUVET Jean-Philippe Paul André . *Capital :* 5000.00 euros. *Adresse :* 3 place de la Libération 37150 Bléré. *Origine du fonds :* Achat d'un fonds de commerce au prix stipulé de 430000 Euros. *Etablissement :* Etablissement principal. *Activité :* optique lunetterie. *Adresse :* 3 place de la Libération 37150 Bléré. *Précédent propriétaire :* 453 045 213 RCS Tours. CHAUVET (Jean-Philippe Paul André). *Date de commencement d'activité :* 1er juin 2011. *Publication légale :* La Nouvelle République du 3 juin 2011. *Oppositions :* SELARL DUVIVIER ET ASSOCIES – 112 rue de Boisdenier 37000 TOURS pour la validité et pour la correspondance. *Commentaires :* Modification du nom commercial. Modification de l'activité. Modification de la date de début d'activité.

444 – * 397 681 198 RCS Tours. **PATAT A PAPA.** *Forme :* Société à responsabilité limitée à associé unique. *Administration :* Gérant : MUTLU Cetin . *Capital :* 7622.45 euros. *Adresse :* 60 avenue de la Tranchée 37100 Tours. *Origine du fonds :* Achat d'un fonds de commerce au prix stipulé de 88000 Euros. *Etablissement :* Etablissement principal. *Activité :* restauration, restauration rapide sur place et à emporter, Saladerie, crêperie. *Adresse :* 8 rue de la Rôtisserie 37000 Tours. *Précédent propriétaire :* 351 880 471 RCS Tours. YOUNG (Tai Lung). *Date de commencement d'activité :* 1er juillet 2011. *Publication légale :* La Nouvelle République du 20 mai 2011. *Oppositions :* SCP VASSOR GAUDEAU COULON - 2 bis rue Emile Zola 37000 TOURS pour la validité et pour la correspondance.

445 – * 532 449 147 RCS Tours. **EURL ENTREPRISE.** *Forme :* Société à responsabilité limitée à associé unique. *Nom commercial :* SUSHIONE. *Administration :* Gérant associé unique : WONG Chou Pin en fonction le 19 Mai 2011 . *Capital :* 300.00 euros. *Adresse :* 9 rue du Commerce 37000 Tours. *Origine du fonds :* Achat d'un fonds de commerce au prix stipulé de 110000 Euros. *Etablissement :* Etablissement principal. *Activité :* sans activité commerciale. *Adresse :* 9 rue du Commerce 37000 Tours. *Précédent propriétaire :* 443 957 493 RCS Tours. SARL WING-TONG. *Date de commencement d'activité :* 1er juin 2011. *Publication légale :* Terre de Touraine du 3 juin 2011. *Oppositions :* Chez Mr LAI, 4 rue du Belvédère 37000 TOURS pour la validité et pour la correspondance 37000 TOURS.

#### Créations d'établissements

446 – * 532 759 289 RCS Tours. **GAVARD** (Céline). *Nom d'usage :* COIGNARD. *Nom commercial :* EIRL CELINE COIGNARD - LADY PINK. *Origine du fonds :* Création d'un fonds de commerce. *Etablissement :* Etablissement principal. *Activité :* vente de prêt à porter chaussures accessoires divers. *Adresse :* 1 rue du Château 37600 Loches. *Date de commencement d'activité :* 21 juin 2011.

447 – * 532 789 294 RCS Tours. **SCI N4.** *Forme :* Société civile immobilière. *Administration :* Associé gérant : SAINT POL Laurent Associé gérant : MINNE Richard Laurent . *Capital :* 1000.00 euros. *Adresse :* 15 rue Monge Zac de Conneuil 37270 Montlouis-sur-Loire. *Etablissement :* Etablissement principal. *Activité :* acquisition et location de biens immobiliers. *Date de commencement d'activité :* 21 mai 2011.

448 – * 532 792 744 RCS Tours. **FINANCIERE VEBACORE.** *Forme :* Société par actions simplifiée. *Administration :* Président : VENIN Jean-Marc Commissaire aux comptes titulaire : SARL BMH

Commissaire aux comptes suppléant : BSV AUDIT ET ASSOCIES . *Capital :* 1200000.00 euros. *Adresse :* 440 rue Yves Chauvin Node Park 37310 Tauxigny. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* la propriété, la prise de participation directe ou indirecte et l'acquisition par tout moyen notamment par voie d'achat, souscription, apport, fusion de toutes valeurs mobilières et droits sociaux dans toutes sociétés. *Date de commencement d'activité :* 6 juin 2011.

## 38 - ISÈRE

### GREFFE DU TRIBUNAL DE COMMERCE DE GRENOBLE

#### Ventes et cessions

449 – ♦ 532 702 214 RCS Grenoble. **PINTO ET FILS.** *Forme :* Société à Responsabilité Limitée. *Nom commercial :* LA SAVEUR QUI CHANTE. *Administration :* Gérant : SEQUEIRA-PINTO Aderito nom d'usage : SEQUEIRA-PINTO. *Capital :* 15500.00 euros. *Origine du fonds :* lotissement Valchantel 2 N°9 38560 Jarrie. *Origine du fonds :* Etablissement principal acquis par apport au montant évalué à 15500 EUR. *Etablissement :* Etablissement principal. *Activité :* Vente ambulante de vêtements, de maroquinerie, de bonneterie, de pizzas, de boissons, de sandwiches, de poulets rôtis, de confiserie à consommer sur place et à emporter. La petite restauration, fruits, légumes et autres produits alimentaires, toutes spécialités portugaises et espagnoles. *Adresse :* lotissement Valchantel 2 N°9 38560 Jarrie. *Précédent propriétaire :* 329 335 269 RCS Grenoble. **SEQUEIRA-PINTO** (Aderito). *Nom d'usage :* SEQUEIRA-PINTO. *Date de commencement d'activité :* 1er octobre 2011. *Publication légale :* L'Essor de l'Isère du 13 mai 2011. *Déclarations de créances :* Greffe du Tribunal de Commerce de Grenoble.

## 41 - LOIR-ET-CHER

### GREFFE DU TRIBUNAL DE COMMERCE DE BLOIS

#### Ventes et cessions

450 – ● 348 279 761 RCS Blois. **ETABLISSEMENTS POITOUT.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant(e) : POITOUT Lydia . *Capital :* 48000 euros. *Adresse :* Zone Artisanale de l'Ardilleux 41700 Fresnes. *Origine du fonds :* Etablissement principal acquis par achat au prix stipulé de 20000 Euros. *Etablissement :* Etablissement principal. *Activité :* Travaux publics et agricoles, transport routier de matériaux, location de véhicules de transport, exploitation de carrières, négoce de matériaux, transports routiers - transports de marchandises pour compte d'autrui - location de véhicules industriels. *Adresse :* Zone Artisanale de l'Ardilleux 41700 Fresnes. *Précédent propriétaire :* 596 411 546 RCS Blois. **POITOUT** (Christian, Bernard). *Date de commencement d'activité :* 1er août 1988. *Publication légale :* La renaissance du Loir et Cher du 29 avril 2011. *Oppositions :* Au fonds.

451 – ● 532 710 142 RCS Blois. **LA CORNICHE.** *Forme :* Société à responsabilité limitée à associé unique. *Nom commercial :* LA CORNICHE. *Administration :* Gérant(e) : ZEGHOUBI Fadil . *Capital :* 1000 euros. *Adresse :* 30 rue Foulerie 41000 Blois. *Origine du fonds :* Etablissement principal acquis par achat au prix stipulé de 20000 Euros. *Etablissement :* Etablissement principal. *Activité :* Restauration rapide sur place. *Adresse :* 30 rue Foulerie 41000 Blois. *Précédent propriétaire :* 443 567 276 RCS Blois. **BELLAGRAA** (Khadidja). *Nom d'usage :* TOUAHRIA. *Date de commencement d'activité :* 24 mai 2011. *Publication légale :* La renaissance du Loir et Cher du 3 juin 2011. *Oppositions :* Au fonds.

#### Créations d'établissements

452 – ● 494 152 580 RCS Blois. **MAUDUIT** (Jean-Luc, Claude, Marcel). *Nom commercial :* RCTM. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Consultant, audit en ressources humaines. *Adresse :* 24 chemin des Soldats 41500 Courbouzon. *A dater du :* 31 mai 2011. *Date de commencement d'activité :* 26 mai 2011.

453 – ● 532 597 457 RCS Blois. **BARBELLION** (Jean-Marc). *Nom commercial :* EIRL BARBELLION JEAN-MARC. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* petit bricolage entretien espaces verts. *Adresse :* 25 route de vouzon 41600 Yvoy-le-Marron. *A dater du :* 31 mai 2011. *Date de commencement d'activité :* 6 juin 2011.

454 – ● 532 652 898 RCS Blois. **COSNIER** (SEBASTIEN, PIERRE-JEAN, ERIC). *Nom commercial :* SEBASTIEN COSNIER EIRL. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* réparation et vente de matériel informatique et périphériques vente

de fournitures achat vente de materiels d'occasion. *Adresse :* 45B RTE NATIONALE 41350 Saint-Gervais-la-Forêt. *A dater du :* 31 mai 2011. *Date de commencement d'activité :* 1er juin 2011.

455 – ● 532 638 434 RCS Blois. **SCI BRESSON.** *Forme :* Société civile immobilière. *Administration :* Gérant associé : BRESSON Cyrille Gérant associé : BRESSON Edith née(e) PILON . *Capital :* 100 euros. *Adresse :* 1630 route de Romorantin 41210 Neung-sur-Beuvron. *A dater du :* 27 mai 2011. *Commentaires :* Cette société n'exerce aucune activité.

456 – ● 532 668 761 RCS Blois. **LPP.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant(e) : DUMONT Jérôme Gérant(e) : REULIER Laurent . *Capital :* 8000 euros. *Adresse :* 7 avenue d'Orléans 41300 Salbris. *A dater du :* 30 mai 2011. *Commentaires :* Cette société n'exerce aucune activité.

457 – ● 532 664 513 RCS Blois. **LES DELICES DE SAMBIN.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant(e) : LAVENTURE Gilles Gérant(e) : LAVENTURE Vanessa née(e) MENDIA . *Capital :* 5000 euros. *Adresse :* 3 rue de la Fontaine St Urbain 41120 Sambin. *A dater du :* 1er mai 2011. *Commentaires :* Cette société n'exerce aucune activité.

458 – ● 532 572 963 RCS Blois. **LE PARADIS.** *Forme :* Société civile immobilière. *Administration :* Gérant associé : SEPSCHAT VALERIE Associé : BEULLE Patrick . *Capital :* 1000 euros. *Adresse :* 2 Grande Rue Mezieres 41240 Verdes. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Gestion immobilière. *Adresse :* 2 Grande Rue Mezieres 41240 Verdes. *A dater du :* 25 mai 2011. *Date de commencement d'activité :* 1er juin 2011.

459 – ● 532 638 400 RCS Blois. **SCI LE BOIS GELE.** *Forme :* Société civile immobilière. *Administration :* Gérant(e) : CHANEL Jimmy Associé : DUPRE Béatrice . *Capital :* 100 euros. *Adresse :* 16 F rue du Bac 41120 Les Montils. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Activité immobilière. *Adresse :* 16 F rue du Bac 41120 Les Montils. *A dater du :* 27 mai 2011. *Date de commencement d'activité :* 2 mai 2011.

460 – ● 532 638 418 RCS Blois. **SCI P.A.M.S.** *Forme :* Société civile immobilière. *Administration :* Gérant(e) : FROT Alain Associé : BELL Pascaline née(e) FROT Associé : FROT Mathieu Associé : BELL Sébastien . *Capital :* 5000 euros. *Adresse :* 4 impasse des Châtaigniers 41300 Salbris. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* L'acquisition de tous immeubles bâtis ou non, l'exploitation, la location. *Adresse :* 4 impasse des Châtaigniers 41300 Salbris. *A dater du :* 27 mai 2011. *Date de commencement d'activité :* 23 mai 2011.

461 – ● 532 511 623 RCS Blois. **LES RELAUDIERES.** *Forme :* Société civile immobilière. *Administration :* Gérant associé : CORBEAU Christelle née(e) MIGAUD Associé : CORBEAU Philippe . *Capital :* 1500 euros. *Adresse :* les Relaudieres 41300 Theillay. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Acquisition par voie d'achat ou d'apport, la propriété, la mise en valeur, la transformation, la construction, l'aménagement, l'administration et la location de tous biens immobiliers. *Adresse :* les Relaudieres 41300 Theillay. *A dater du :* 30 mai 2011. *Date de commencement d'activité :* 30 avril 2011.

462 – ● 532 706 801 RCS Blois. **DU PIED COCHELIN.** *Forme :* Société civile immobilière. *Administration :* Gérant associé : BELLOUARD Françoise née(e) DE VILLARS Associé : LHOMME Gérard . *Capital :* 500 euros. *Adresse :* 9 chemin du Pied Cochelin 41110 Seigy. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Acquisition, aménagement, mise en valeur, administration de tous immeubles et biens. *Adresse :* 9 chemin du Pied Cochelin 41110 Seigy. *A dater du :* 31 mai 2011. *Date de commencement d'activité :* 1er juin 2011.

463 – ● 532 694 684 RCS Blois. **SVAA.** *Forme :* Société civile. *Administration :* Gérant associé : BOUTARD Stéphane Gérant associé : BOUTARD Valérie née(e) DEBLOIS . *Capital :* 500 euros. *Adresse :* 317 rue des Champs Blanchet 41250 Mont près Chambord. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Acquisition, exploitation par bail, location ou autrement de tous immeubles. *Adresse :* 317 rue des Champs Blanchets 41250 Mont près Chambord. *A dater du :* 31 mai 2011. *Date de commencement d'activité :* 30 juin 2011.

464 – ● 532 694 692 RCS Blois. **A.C.G.** *Forme :* Société civile immobilière. *Administration :* Gérant associé : MONTUENGA Charles Gérant associé : CAVALLARO Alejandro Associé : CAVALLARO Gustavo . *Capital :* 100 euros. *Adresse :* 22 rue du Cheval Blanc 41100 Vendôme. *Origine du fonds :* Création. *Etablissement :* Etablisse-

ment principal. *Activité :* La propriété et l'exploitation par bail, la vente, la location ou autrement de tous immeubles bâtis ou non bâtis et de tous biens et droits immobiliers dont elle pourrait devenir propriétaire. *Adresse :* 22 rue du Cheval Blanc 41100 Vendôme. *A dater du :* 31 mai 2011. *Date de commencement d'activité :* 19 avril 2011.

465 – ●532 715 810 RCS Blois. **LES CAPRIADES.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant(e) : POTAIRE Pascal Gérant(e) : GADOUCHE Mohammed . *Capital :* 2000 euros. *Adresse :* 6 route de Tours 41400 Faverolles-sur-Cher. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Négoce de vins et de spiritueux. Vinification de raisins. Achat revente de tous produits alimentaires finis. Achat revente de matières premières servant à l'activité vitivinicole. *Adresse :* 6 route de Tours 41400 Faverolles-sur-Cher. *A dater du :* 1er juin 2011. *Date de commencement d'activité :* 1er juin 2011.

466 – ●532 389 400 RCS Blois. **SCI DIEUTRE-LAINE.** *Forme :* Société civile immobilière. *Administration :* Gérant associé : LAINE Patrick Gérant associé : LAINE Jocelyne né(e) DIEUTRE Associé : LAINE Pierre Associé : LAINE Paule Associé : LEFEBVRE Guillaume . *Capital :* 1500 euros. *Adresse :* 6 - 8 rue du Docteur Ducoux 41000 Blois. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* L'acquisition, l'administration et la gestion par location, l'emprunt de tous les fonds nécessaires et la prise de sûretés. Aliénation desdits biens si devenus inutiles. *Adresse :* 6 - 8 rue du Docteur Ducoux 41000 Blois. *A dater du :* 1er juin 2011. *Date de commencement d'activité :* 27 avril 2011.

467 – ●532 572 971 RCS Blois. **DU DOUZIL.** *Forme :* Société civile immobilière. *Administration :* Gérant associé : MAGNIER Bénédicte Associé : MAGNIER Bernadette né(e) DELVIGNE Associé : MAGNIER Bertrand . *Capital :* 1000 euros. *Adresse :* 4 impasse du Douzil 41150 Chouzy-sur-Cisse. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* L'acquisition, l'administration et la gestion par location ou autrement de tous immeubles et biens immobiliers, et notamment l'acquisition d'un ensemble immobilier sis Commune de Blois (41000) 19-21 Quai de Foix. *Adresse :* 4 impasse du Douzil 41150 Chouzy-sur-Cisse. *A dater du :* 1er juin 2011. *Date de commencement d'activité :* 11 mai 2011.

468 – ●532 724 218 RCS Blois. **HTIMMO.** *Forme :* Société civile immobilière. *Administration :* Gérant associé : HUGUENIN Rudy Gérant associé : TRONCY Alexandra . *Capital :* 100 euros. *Adresse :* 2 rue de Villemuzard 41370 Lorges. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Acquisition, revente, gestion et administration civile de tous biens et droits immobiliers lui appartenant. *Adresse :* 2 rue de Villemuzard 41370 Lorges. *A dater du :* 1er juin 2011. *Date de commencement d'activité :* 7 avril 2011.

469 – ●532 706 975 RCS Blois. **SARL KAVDEMIR.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant(e) : KANDEMIR Hasan . *Capital :* 2000 euros. *Adresse :* 78 avenue de France 41000 Blois. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Tous travaux de construction, d'aménagement et rénovation de bâtiments ainsi que toutes prestations de service relative à la construction et activité de bucheron. *Adresse :* 78 avenue de France 41000 Blois. *A dater du :* 3 juin 2011. *Date de commencement d'activité :* 1er juin 2011.

470 – ●532 698 545 RCS Blois. **SARL AVRDMC.** *Forme :* Société à responsabilité limitée. *Nom commercial :* AVRDMC. *Administration :* Gérant(e) : COUDERIOUX Antoine Gérant(e) : DIERS Mathieu Gérant(e) : ROHANI Vandad . *Capital :* 15000 euros. *Adresse :* 5 rue Roland Garros Village d'Entreprises de la Pérouse - Atelier 3B 41000 Blois. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Propriété et gestion de tout portefeuille de valeurs mobilières ainsi que toutes opérations financières quelconques pouvant s'y rattacher, la participation directe ou indirecte de la société dans toutes sociétés commerciales ou civiles. *Adresse :* 5 rue Roland Garros Village d'Entreprises de la Pérouse - Atelier 3B 41000 Blois. *A dater du :* 3 juin 2011. *Date de commencement d'activité :* 9 mai 2011.

471 – ●532 751 971 RCS Blois. **SCI MONYO.** *Forme :* Société civile immobilière. *Administration :* Gérant associé : MONDAMERT Michel Gérant associé : MONDAMERT Yoann né(e) BERGEOT Associé : MONDAMERT Yoann . *Capital :* 900000 euros. *Adresse :* 21 rue Racine 41000 Blois. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Acquisition, propriété, gestion et vente de tous placements bancaires et financiers, de tous contrats financiers, de tout immeuble, location de tout immeuble, souscription et acquisition de participations dans toutes sociétés, toutes opérations et prestations de services aux sociétés d'ordre. *Adresse :* 21 rue Racine 41000 Blois. *A dater du :* 3 juin 2011. *Date de commencement d'activité :* 7 mai 2011.

472 – ●532 753 183 RCS Blois. **BLUE CAT.** *Forme :* Société à responsabilité limitée. *Nom commercial :* BLUE CAT. *Administration :* Gérant(e) : DUCEAU Vincent . *Capital :* 5000 euros. *Adresse :* 8 Voie du Petit Moulin 41700 Cour Cheverny. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Agence et conseils en communication : Design, multimédia, internet, illustration, photos, édition, Corp art. *Adresse :* 8 Voie du Petit Moulin 41700 Cour Cheverny. *A dater du :* 3 juin 2011. *Date de commencement d'activité :* 1er juin 2011.

473 – ●532 754 835 RCS Blois. **SCI DU 7 RUE JULES BERTHONNEAU.** *Forme :* Société civile immobilière. *Administration :* Gérant associé : SAUSSET Frédéric Gérant associé : SAUSSET Frédérique né(e) CHEVRON . *Capital :* 5000 euros. *Adresse :* 7 rue Jules Berthonneau 41000 Villebarou. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Acquisition, propriété, construction, aménagement, administration et exploitation par bail ou Autrement de tous immeubles situés en France ou à l'étranger. *Adresse :* 7 rue Jules Berthonneau 41000 Villebarou. *A dater du :* 3 juin 2011. *Date de commencement d'activité :* 24 mai 2011.

474 – ●532 107 455 RCS Blois. **ARCAMZO.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant(e) : CALMON Alexandre . *Capital :* 3000 euros. *Adresse :* 7 chemin de la Fontaine 41120 Cellettes. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Maîtrise d'oeuvre de travaux publics ou privés, travaux d'aménagement extérieurs ou intérieurs, terrassement, maçonnerie, réalisation de tous types de réseaux, étangs, paysagistes. *Adresse :* 7 chemin de la Fontaine 41120 Cellettes. *A dater du :* 3 juin 2011. *Date de commencement d'activité :* 1er mars 2011.

# 42 - LOIRE

## GREFFE DU TRIBUNAL DE COMMERCE DE ROANNE

### Créations d'établissements

475 – * 532 761 863 RCS Roanne. **GEORGES** (Nicole Annie Danielle). *Nom commercial :* AU PLAISIR DES FORMES. *Origine du fonds :* Création d'un fonds de commerce. *Etablissement :* Etablissement principal. *Activité :* vente de prêt à porter accessoires maroquinerie lingerie. *Adresse :* 37b rue Chanteloup 42190 Charlieu. *Date de commencement d'activité :* 6 juillet 2011.

## GREFFE DU TRIBUNAL DE COMMERCE DE SAINT-ÉTIENNE

### Ventes et cessions

476 – * 532 759 750 RCS St etienne. **JEANTET** (Annick Andrée Geneviève). *Nom d'usage :* GONON. *Origine du fonds :* Achat d'un fonds de commerce au prix stipulé de 285000 Euros. *Etablissement :* Etablissement principal. *Activité :* Papèterie, vente d'articles de fumeurs, journaux, loto, presse, débit de tabac. *Adresse :* place Nationale 42400 Saint-Chamond. *Précédent propriétaire :* 432 298 339 RCS St etienne. BERAUD (Marie Joëlle Rose). *Date de commencement d'activité :* 2 mai 2011. *Publication légale :* L'Essor (Loire - Rhône - Isère) du 13 mai 2011. *Oppositions :* Maître DELEAGE 7 rue Gambetta 42400 SAINT CHAMOND pour la validité et pour la correspondance Maître SOUBEYRAN Pierre Yves BP 29 29 rue des Alpes 42410 PELUSSIN.

477 – * 532 250 578 RCS St etienne. **RIZAND.** *Forme :* Société à responsabilité limitée à associé unique. *Administration :* Gérant : RIZAND Guillaume François . *Capital :* 5000.00 euros. *Adresse :* 2 rue François Albert 42000 Saint-Étienne. *Origine du fonds :* Achat d'un fonds de commerce au prix stipulé de 25000 Euros. *Etablissement :* Etablissement principal. *Activité :* fabrication et réparation de matériel mécanique, achat, vente de tous matériels et pièces agroalimentaire. *Adresse :* 2 rue François Albert 42000 Saint-Étienne. *Précédent propriétaire :* RCS non inscrit. RIZAND (Guillaume). *Date de commencement d'activité :* 2 mai 2011. *Publication légale :* L'Essor (Loire - Rhône - Isère) du 20 mai 2011. *Oppositions :* Au fonds vendu 2 rue François Albert 42000 SAINT ETIENNE pour la validité et pour la correspondance SOFIRAL 21 quai Riondet 38200 VIENNE. *Commentaires :* Modification de l'activité. Modification de la date de début d'activité.

### Créations d'établissements

478 – * 532 787 496 RCS St etienne. **SAVIGNEUX DISTRIBUTION.** *Forme :* Société par actions simplifiée à associé unique. *Administration :* Président : FRELO IMMO Commissaire aux comptes titulaire : AUDITEURS MICHEL & ASSOCIES Commissaire aux comptes suppléant : EYRAUD Frédéric . *Capital :* 40000.00 euros. *Adresse :* route de Lyon 42600 Savigneux. *Origine du fonds :* Création d'un fonds de commerce. *Etablissement :* Etablissement principal. *Activité :* cette société est sans activité provisoirement. *Date de commencement d'activité :* 7 juin 2011.

479 – * 532 787 926 RCS St etienne. **LE PRÉ DE L'ETOILE.** *Forme :* Société par actions simplifiée. *Administration :* Président : DJABAL-LAH Abderazak . *Capital :* 10000 euros. *Adresse :* lieu-dit le Montet 42330 Saint-Bonnet-les-Oules. *Origine du fonds :* Création d'un fonds de commerce. *Etablissement :* Etablissement principal. *Activité :* activité de marchand de biens, achat et vente gestion par location ou autre de tous biens immobiliers,. *Date de commencement d'activité :* 16 mai 2011.

480 – * 532 792 231 RCS St etienne. **AGATE.** *Forme :* Société civile immobilière. *Nom commercial :* SCI AGATE. *Administration :* Associé : BORNE Jean Yves Marie Cogérant : BORNE Chantal Yvonne Associé : MURE Chantal Yvonne Marie Cogérant : MURE Chantal Yvonne Marie . *Capital :* 1000.00 euros. *Adresse :* 5 lotissement des Prairies 42660 Marlhes. *Origine du fonds :* Création d'un fonds de commerce. *Etablissement :* Etablissement principal. *Activité :* gestion de biens immobiliers. *Date de commencement d'activité :* 1er juillet 2011.

481 – * 532 797 016 RCS St etienne. **ISRA.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant : AUTISSIER Thierry Yves Marie . *Capital :* 15000.00 euros. *Adresse :* allée de l'Europe 42480 La Fouillouse. *Origine du fonds :* Création d'un fonds de commerce. *Etablissement :* Etablissement principal. *Activité :* commerce de gros de composants et d'équipements électroniques et de télécommunication. *Date de commencement d'activité :* 1er juillet 2011.

482 – * 532 706 892 RCS St etienne. **DSG SANTOS COUVERTURES BARDAGES ETANCHEITES.** *Forme :* Société à responsabilité limitée. *Administration :* Cogérant : DE SOUSA Georges Cogérant : SANTOS Steve . *Capital :* 3000.00 euros. *Adresse :* 13 rue Henri Matisse 42100 Saint-Étienne. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* tous travaux de couvertures, pose de structures métalliques, Bardages et accessoirement tous travaux dans le bâtiment. *Date de commencement d'activité :* 23 mai 2011.

483 – * 532 799 418 RCS St etienne. **BELLANO.** *Forme :* Société civile immobilière. *Administration :* Associé : NEGRELLO Benoît Cogérant : NEGRELLO Benoît Associé : DEGANO Claudio Bruno Cogérant : DEGANO Claudio Bruno . *Capital :* 1000.00 euros. *Adresse :* 17 B rue de la Presse 42000 Saint-Étienne. *Origine du fonds :* Création d'un fonds de commerce. *Etablissement :* Etablissement principal. *Activité :* acquisition, propriété, administration et exploitation par tous moyens, notamment par voie de crédit-bail immobilier, de tous biens immeubles sis in quelque lieu que ce soit. *Date de commencement d'activité :* 23 mai 2011.

484 – * 532 794 542 RCS St etienne. **R. D. P.** *Forme :* Société à responsabilité limitée. *Sigle :* ROUX DIFFUZ PROFESSIONNELS. *Administration :* Gérant : ROUX Franck René André . *Capital :* 1000.00 euros. *Adresse :* 27 rue du Treyve 42160 Andrézieux-Bouthéon. *Etablissement :* Etablissement principal. *Activité :* grossiste de produits et matériels auprès des professionnels de la coiffure et de l'esthétiques. *Date de commencement d'activité :* 6 juin 2011.

## 44 - LOIRE-ATLANTIQUE

### GREFFE DU TRIBUNAL DE COMMERCE DE SAINT-NAZAIRE

#### Créations d'établissements

485 – ° 532 441 664 RCS Saint-Nazaire. **STARTEK.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant : BIHOREAU Sophie Nicole . *Capital :* 40000.00 euros. *Adresse :* 41 avenue des Ibis 44500 La Baule Escoublac. *Etablissement :* siège social. *Adresse :* 41 avenue des Ibis 44500 La Baule Escoublac. *A dater du :* 18 mai 2011. *Commentaires :* Cette entreprise n'exerce aucune activité.

## 47 - LOT-ET-GARONNE

### GREFFE DU TRIBUNAL DE COMMERCE D'AGEN

#### Ventes et cessions

486 – ● 532 258 647 RCS Agen. **BARREYRES** (Christiane, Marie-Adèle). *Nom d'usage :* CANTET. *Origine du fonds :* Etablissement principal acquis par achat au prix stipulé de 50000 Euros. *Etablissement :* Etablissement principal. *Activité :* Alimentation générale, mercerie, dépôt de gaz, dépôt de journaux, débit de tabac. *Adresse :* le Bourg 47340 Saint-Antoine-de-Ficalba. *Précédent propriétaire :* 388 415 945 RCS Agen. **NORMAND** (Françoise). *Date de commencement d'activité :* 1er mai 2011. *Publication légale :* La vie économique du 4 mai 2011. *Oppositions :* Scp Capmas Rolle Calvet 32, boulevard Saint-Cyr - BP 199 47304 Villeneuve-sur-Lot.

487 – ● 440 477 636 RCS Agen. **TWAROG** (Anne-Marie). *Nom d'usage :* KENDZIORA. *Nom commercial :* LA CREPENTINE. *Origine du fonds :* Etablissement principal acquis par achat au prix stipulé

de 20000 Euros. *Etablissement :* Etablissement principal. *Activité :* Restaurant. *Adresse :* route de Villefranche 47400 Tonneins. *Précédent propriétaire :* 521 318 477 RCS Agen. **KE'VERO.** *Nom d'usage :* LU-DI MARKET. *Date de commencement d'activité :* 1er juin 2011. *Publication légale :* Le courrier français du 25 mai 2011. *Oppositions :* Scp Samarut - Sempol 2 ter, place du Docteur Esquirol 47000 Agen.

488 – ● 532 474 434 RCS Agen. **GASTADELLO** (Ludivine). *Nom commercial :* LU-DI MARKET. *Origine du fonds :* Etablissement principal acquis par donation avec délai d'opposition au montant évalué à 20000 Euros. *Etablissement :* Etablissement principal. *Activité :* Charcuterie alimentation générale fruits légumes primeurs vins à emporter. *Adresse :* place du Marche 47110 Sainte-Livrade-sur-Lot. *Précédent propriétaire :* 397 841 065 RCS Agen. **ARINO** (Colette). *Nom d'usage :* GASTADELLO. *Précédent exploitant :* 397 841 065 RCS Agen. **ARINO** (Colette). *Nom d'usage :* GASTADELLO. *Date de commencement d'activité :* 1er avril 2011. *Publication légale :* Courrier français du 8 avril 2011. *Oppositions :* ME HELENE LERO 35, avenue RENE BOUCHON BP 40 47110 Sainte-Livrade-sur-Lot.

489 – ● 531 141 687 RCS Agen. **DAVASSE MANEN.** *Forme :* Société à responsabilité limitée. *Administration :* Co-Gérant : DAVASSE Bernard Co-Gérant : MANEN Nathalie . *Capital :* 8000 euros. *Adresse :* 52 boulevard Carnot 47000 Agen. *Origine du fonds :* Etablissement principal acquis par achat au prix stipulé de 340000 Euros. *Etablissement :* Etablissement principal. *Activité :* Boulangerie pâtisserie. *Adresse :* 52 boulevard Carnot 47000 Agen. *Précédent propriétaire :* 483 463 501 RCS Agen. **LOU PANAIGA.** *Date de commencement d'activité :* 30 mars 2011. *Publication légale :* Courrier français du 8 avril 2011. *Oppositions :* Me Pierre Capgras Notaire 47130 Port-Sainte-Marie. *Commentaires :* Modification survenue sur l'administration et mise en activité de la société.

490 – ● 530 848 621 RCS Agen. **CAMPING LES ORMES.** *Forme :* Entreprise unipersonnelle à responsabilité limitée. *Administration :* Gérant(e) : EMO Régis . *Capital :* 200000 euros. *Adresse :* Fauquie Haut 47210 Saint-Etienne-de-Villeréal. *Origine du fonds :* Etablissement principal acquis par achat au prix stipulé de 420000 Euros. *Etablissement :* Etablissement principal. *Activité :* Camping. *Adresse :* Fauquie Haut 47210 Saint-Etienne-de-Villeréal. *Précédent propriétaire :* 449 242 096 RCS Agen. **SARL LES ORMES.** *Date de commencement d'activité :* 1er avril 2011. *Publication légale :* Courrier français du 15 avril 2011. *Oppositions :* MAITRE BRUNO ROLLE 37, boulevard ST CYR DE COCQUARD 47300 Villeneuve-sur-Lot. *Commentaires :* Mise en activité de la société.

491 – ● 530 722 503 RCS Agen. **EURL CAMELIA.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant(e) : BOUALEM Ahmed . *Capital :* 500 euros. *Adresse :* 2 place du 4 Septembre 47300 Villeneuve-sur-Lot. *Origine du fonds :* Etablissement principal acquis par achat au prix stipulé de 15000 Euros. *Etablissement :* Etablissement principal. *Activité :* Discothèque. *Adresse :* 2 place du 4 Septembre 47300 Villeneuve-sur-Lot. *Précédent propriétaire :* 341 812 626 RCS Agen. **MANSENCAL** (Dominique). *Date de commencement d'activité :* 10 mars 2011. *Publication légale :* Sud ouest du 10 mai 2011. *Oppositions :* Scp Capmas Rolle Calvet 32, boulevard Saint-Cyr - BP 199 47304 Villeneuve-sur-Lot. *Commentaires :* Mise en activité de la société.

492 – ● 530 884 246 RCS Agen. **LE LATINO.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant(e) : ZANCAN Valérie née(e) LARTIGOT Gérant(e) : ZANCAN Michel, Pierre, Henri . *Capital :* 20000 euros. *Adresse :* 185 avenue du Général de Gaulle 47300 Villeneuve-sur-Lot. *Origine du fonds :* Etablissement principal acquis par achat au prix stipulé de 120000 Euros. *Etablissement :* Etablissement principal. *Activité :* bar brasserie jeux. *Adresse :* 185 avenue du Gal de Gaulle 47300 Villeneuve-sur-Lot. *Précédent propriétaire :* 493 144 448 RCS Agen. **HUVELIN** (Thérèse). *Date de commencement d'activité :* 1er avril 2011. *Publication légale :* La vie économique du 18 mai 2011. *Oppositions :* Scp Capmas Rolle Calvet 32, boulevard Saint-Cyr - BP 199 47304 Villeneuve-sur-Lot. *Commentaires :* Modification survenue sur l'administration et mise en activité de la société.

493 – ● 531 892 503 RCS Agen. **KERVI BEAUTE.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant(e) : LIBOURNET Céline Gérant(e) : PRESTOT Nathalie . *Capital :* 8000 euros. *Adresse :* 1 place DU 8 MAI 1945 47310 Roquefort. *Origine du fonds :* Etablissement principal acquis par achat au prix stipulé de 22000 Euros. *Etablissement :* Etablissement principal. *Activité :* Soins et beauté de la personne vente de produits cosmétiques et accessoires. *Adresse :* 1 place DU 8 MAI 1945 47310 Roquefort. *Précédent propriétaire :* 493 033 039 RCS Agen. **LIBOURNET** (Céline). *Date de commencement d'activité :* 2 mai 2011. *Publication légale :* Sud ouest du 13 mai 2011. *Oppositions :* ME ELISABETH NARDONE-SEYWERT 14, rue de la République 47290 Cancon. *Commentaires :* Mise en activité de la société.

**494** – ● **726 350 093** RCS Agen. **SOCIÉTÉ BADIE**. *Forme* : Société par actions simplifiée. *Administration* : Président et membre du directoire : LAUMET Guy, Daniel Membre du directoire et directeur général : TINTI Patrice, Bruno Président et membre du conseil de surveillance : BADIE Joël, Georges Membre du Conseil de Surveillance : POUSSOU Jean-Marie Membre du Conseil de Surveillance : GUILLEMAIN Claude, Gérard Commissaire aux comptes titulaire : ACOM.AUDIT (SARL) représenté par PARISOT Hervé . *Capital* : 453750 euros. *Adresse* : 11 avenue Pierre Mendès-France 47400 Tonneins. *Origine du fonds* : acquis par achat au prix stipulé de 38000 Euros. *Etablissement* : Etablissement complémentaire. *Activité* : Travaux d'installation électrique en toutes tensions. *Adresse* : zae Roc de la Peyre hôtel d'entreprises 24240 Sigoulès. *Précédent propriétaire* : 499 556 793 RCS Bergerac. **DSL LINK**. *Date de commencement d'activité* : 14 janvier 2011. *Publication légale* : Dordogne libre du 30 avril 2011. *Oppositions* : MAITRE PASCAL PIMOUGUET 37, rue du Professeur Pozzi 24100 Bergerac. *Commentaires* : Modification survenue sur l'activité.

**495** – ● **480 179 092** RCS Agen. **DUBART** (Eléonore, Evelyne, Françoise). *Nom d'usage* : MALBOS. *Nom commercial* : L'ATELIER PHOTOS & COM. *Origine du fonds* : acquis par achat au prix stipulé de 43000 Euros. *Etablissement* : Etablissement complémentaire. *Activité* : photographie, portrait reportages et vente d'appareils. *Adresse* : 41 rue Gambetta 47400 Tonneins. *Précédent propriétaire* : 332 131 382 RCS Agen. **CHALES** (Marc). *Date de commencement d'activité* : 5 avril 2011. *Publication légale* : le républicain du 14 avril 2011. *Oppositions* : Maître Annie LABORDE 7, place de l'hôtel de ville 47320 Clairac.

**496** – ● **401 707 385** RCS Agen. **LAVAGE CENTER (EURL)**. *Forme* : Société à responsabilité limitée. *Sigle* : L'INSTANTANE. *Administration* : Gérant(e) : CELLERIER Didier . *Capital* : 8000 euros. *Adresse* : route de Bordeaux Rd 813 47200 Marmande. *Origine du fonds* : acquis par achat au prix stipulé de 5000 Euros. *Etablissement* : Etablissement complémentaire. *Activité* : Lavage de véhicules vente de matériel et dépôt vente de véhicules. *Adresse* : rue Charles Boisvert 47200 Marmande. *Précédent propriétaire* : 342 714 235 RCS Agen. **DUCAN** (Michel). *Date de commencement d'activité* : 22 avril 2011. *Publication légale* : Le courrier français du 6 mai 2011. *Oppositions* : SCP Maneyrol - Cammas - Caunègre rue des Ecoles 47350 Seyches.

### Créations d'établissements

**497** – ● **532 322 237** RCS Agen. **PUGA** (Dominique, Michèle). *Nom d'usage* : FABRE. *Nom commercial* : NEW CHARM'S. *Origine du fonds* : Création. *Etablissement* : Etablissement principal. *Activité* : Vente de prêt à porter lingerie bijoux chaussures accessoires. *Adresse* : 16 rue des Cailles 47000 Agen. *A dater du* : 16 mai 2011. *Date de commencement d'activité* : 15 juin 2011.

**498** – ● **519 965 784** RCS Agen. **MANCHOTTE** (Yves). *Nom commercial* : A LA BONNE FRANQUETTE. *Origine du fonds* : Création. *Etablissement* : Etablissement principal. *Activité* : Rôtisserie ambulante ( sous réserve de la carte d'ambulant ). Cuisinier chez les particuliers et collectivités. Vente de pizzas. *Adresse* : Gourdonnat 47370 Bourlens. *A dater du* : 16 mai 2011. *Date de commencement d'activité* : 1er juin 2011.

**499** – ● **453 697 047** RCS Agen. **LOUSSERT** (Nathalie). *Nom d'usage* : PARIS. *Nom commercial* : BENAT. *Origine du fonds* : Création. *Etablissement* : Etablissement principal. *Activité* : Bar traiteur et vente de produits divers dont alcool plats cuisines conserves objets de décoration art de la table alimentation générale et spécifique organisation événementielle. *Adresse* : 70 rue Richard Coeur de Lion 47000 Agen. *A dater du* : 17 mai 2011. *Date de commencement d'activité* : 3 juin 2011.

**500** – ● **438 661 480** RCS Agen. **GENTILE** (Arnaud). *Origine du fonds* : Création. *Etablissement* : Etablissement principal. *Activité* : Pizzas salades grillades à consommer sur place et à emporter vente de boissons. *Adresse* : 10 rue Maurice Luxembourg 47160 Buzet sur baise. *A dater du* : 18 mai 2011. *Date de commencement d'activité* : 1er juin 2011.

**501** – ● **532 393 238** RCS Agen. **MAHZOUM** (Fatima). *Nom d'usage* : ESSAFI. *Nom commercial* : ATLAS KEBAB. *Origine du fonds* : Création. *Etablissement* : Etablissement principal. *Activité* : Restauration rapide à consommer sur place et à emporter plats cuisines vente de produits orientaux. *Adresse* : 54 rue de la Prune 47000 Agen. *A dater du* : 18 mai 2011. *Date de commencement d'activité* : 6 janvier 2011.

**502** – ● **391 358 249** RCS Agen. **MUTSCHLER** (Claude). *Nom commercial* : LES MARRONNIERS. *Origine du fonds* : Création. *Etablissement* : Etablissement principal. *Activité* : Épicerie bar restaurant. *Adresse* : le Bourg 47170 Saint-Pe Saint-Simon. *A dater du* : 18 mai 2011. *Date de commencement d'activité* : 14 juin 2011.

**503** – ● **484 123 112** RCS Agen. **OUALA** (Sarah, Fatima). *Nom d'usage* : YJJOU. *Nom commercial* : DECO D'ORIENT. *Origine du fonds* : Création. *Etablissement* : Etablissement principal. *Activité* : Commerce de salons tapis mousses tables lustres et articles de décoration vêtements chaussures livres vaisselles dvd cd télés marocains. *Adresse* : 145 avenue Barbusse 47000 Agen. *A dater du* : 19 mai 2011. *Date de commencement d'activité* : 1er avril 2011.

**504** – ● **400 611 125** RCS Agen. **DUCROS** (Frédéric). *Origine du fonds* : Création. *Etablissement* : Etablissement secondaire. *Activité* : Achat et revente de fruits et légumes. *Adresse* : Lieu dit Galban 47110 Sainte-Livrade-sur-Lot. *A dater du* : 19 mai 2011. *Date de commencement d'activité* : 1er mai 2011.

**505** – ● **438 159 527** RCS Agen. **DAL-MASO** (Josette, Monique). *Nom d'usage* : CRAYSSAC. *Origine du fonds* : Création. *Etablissement* : Etablissement principal. *Activité* : Cafeteria, buvette, restauration rapide vente de confiseries. *Adresse* : PISCINE DE MALBENTRE 47300 Pujols. *A dater du* : 20 mai 2011. *Date de commencement d'activité* : 12 juin 2011.

**506** – ● **490 543 329** RCS Agen. **DAM** (Stéphanie). *Nom commercial* : DAM STEPHANIE - MOKSHA. *Origine du fonds* : Création. *Etablissement* : Etablissement principal. *Activité* : Vente de vêtements et artisanat : Vases bougeoirs luminaires déco. *Adresse* : 134 rue Paul Valery 47000 Agen. *A dater du* : 23 mai 2011. *Date de commencement d'activité* : 15 mai 2011.

**507** – ● **531 433 688** RCS Agen. **FELTRIN** (Brigitte, Marie). *Nom d'usage* : AUSTRUY. *Origine du fonds* : Création. *Etablissement* : Etablissement principal. *Activité* : Vente ambulante de fruits et légumes (sous réserve de l'obtention de la carte de commerçant non sédentaire). *Adresse* : Daudoux 47150 Monségur. *A dater du* : 24 mai 2011. *Date de commencement d'activité* : 16 mai 2011.

**508** – ● **532 354 305** RCS Agen. **GRUSON** (Evelyne). *Nom d'usage* : GUTIERREZ. *Nom commercial* : LA FAMILLE S'HABILLE. *Origine du fonds* : Création. *Etablissement* : Etablissement principal. *Activité* : Commerce de vêtements et accessoires prestation de dépôt vente. *Adresse* : Lieu dit Siailles RN 113 47240 Castelculier. *A dater du* : 25 mai 2011. *Date de commencement d'activité* : 6 juin 2011.

**509** – ● **532 183 498** RCS Agen. **FAUVEL** (Benoit). *Nom commercial* : GARAGE FAUVEL. *Origine du fonds* : Création. *Etablissement* : Etablissement principal. *Activité* : Mécanique automobile moins de 3.5 tonnes service rapide réparation et vente de pneumatiques ventes de jantes alu vente de consommables liquide de refroidissement batteries lave glace boites D ampoules balais D essuie glace tapis enlolveurs Etc vente de véhicules D occasion dépannage à domicile (sous réserve de l'obtention de la carte de revendeur d'objets mobiliers). *Adresse* : 54 avenue de Fumel 47140 Saint-Sylvestre-sur-Lot. *A dater du* : 26 mai 2011. *Date de commencement d'activité* : 11 avril 2011.

**510** – ● **410 681 050** RCS Agen. **MENINI** (Jean-Marc). *Origine du fonds* : Création. *Etablissement* : Etablissement secondaire. *Activité* : travaux publics et espace vert. *Adresse* : Lieu dit Serres 47120 Soumensac. *A dater du* : 26 mai 2011. *Date de commencement d'activité* : 30 mars 2011.

**511** – ● **339 335 747** RCS Agen. **MAZOT** (Christophe). *Origine du fonds* : Création. *Etablissement* : Etablissement principal. *Adresse* : 10 place Amiral Courbet 47300 Villeneuve-sur-Lot. *A dater du* : 27 mai 2011. *Date de commencement d'activité* : 1er mai 2011.

**512** – ● **423 282 193** RCS Agen. **PAINDEBLED** (Martine, Yvette, Marie). *Nom d'usage* : CASSAGNE. *Origine du fonds* : Création. *Etablissement* : Etablissement principal. *Activité* : Exploitation d'un Camping. *Adresse* : Camping les Berges du lotissement 47140 Saint-Sylvestre-sur-Lot. *A dater du* : 30 mai 2011. *Date de commencement d'activité* : 16 mai 2011.

**513** – ● **414 972 083** RCS Agen. **REYNES** (Laurent). *Origine du fonds* : Création. *Etablissement* : Etablissement principal. *Activité* : Aménagement entretien de parcs et jardins achats et ventes de végétaux et de bois de chauffage ou autres. *Adresse* : 22ter avenue René Cassin 47110 Sainte-Livrade-sur-Lot. *A dater du* : 30 mai 2011. *Date de commencement d'activité* : 1er février 2011.

**514** – ● **532 592 284** RCS Agen. **HEITZMANN** (Cédric). *Nom commercial* : LE ST EXUPERY. *Origine du fonds* : Création. *Etablissement* : Etablissement principal. *Activité* : Bar restaurant traiteur. *Adresse* : Lieu dit Loche Base Ulm Saint-Exupéry 47360 Montpezat. *A dater du* : 30 mai 2011. *Date de commencement d'activité* : 2 juin 2011.

**515** – ● **532 625 456** RCS Agen. **TAMAS** (Mariana). *Nom d'usage* : BOUROUAISSE. *Origine du fonds* : Création. *Etablissement* : Etablissement principal. *Activité* : Dénoyautage de pruneaux. *Adresse* : 3 avenue Deluns Montaud Apt 8 Résidence Victoria 47200 Marmande. *A dater du* : 30 mai 2011. *Date de commencement d'activité* : 26 mai 2011.

516 – ● 532 363 389 RCS Agen. **CAMBON.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant(e) : CAMBON Frédéric . *Capital :* 5000 euros. *Adresse :* Lieu dit au Peintre 47240 Lafox. *A dater du :* 16 mai 2011. *Commentaires :* Cette société n'exerce aucune activité.

517 – ● 532 302 437 RCS Agen. **GMY.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant(e) : URVOY Guillaume . *Capital :* 3000 euros. *Adresse :* avenue Jean Monnet 47240 Castelculier. *A dater du :* 20 mai 2011. *Commentaires :* Cette société n'exerce aucune activité.

518 – ● 532 459 963 RCS Agen. **FEVEZ.** *Forme :* Entreprise unipersonnelle à responsabilité limitée. *Administration :* Gérant associé unique : FEVEZ Armelle . *Capital :* 10000 euros. *Adresse :* Casino route de Cahors 47000 Agen. *A dater du :* 24 mai 2011. *Commentaires :* Cette société n'exerce aucune activité.

519 – ● 532 505 955 RCS Agen. **AMERIO EQUIPEMENT.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant(e) : AMERIO Bernard . *Capital :* 8000 euros. *Adresse :* 19 route de la Gare 47170 Andiran. *A dater du :* 27 mai 2011. *Commentaires :* Cette société n'exerce aucune activité.

520 – ● 532 614 740 RCS Agen. **TRANSPORTS CALMETTES.** *Forme :* Entreprise unipersonnelle à responsabilité limitée. *Administration :* Gérant associé unique : CALMETTES Christelle . *Capital :* 30000 euros. *Adresse :* Lieu dit Lacardayre 47140 Massels. *A dater du :* 30 mai 2011. *Commentaires :* Cette société n'exerce aucune activité.

521 – ● 532 619 160 RCS Agen. **BERNEGE.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant(e) : BAECHLER Eric . *Capital :* 4000 euros. *Adresse :* Bernege 47110 Le Temple-sur-Lot. *A dater du :* 30 mai 2011. *Commentaires :* Cette société n'exerce aucune activité.

522 – ● 532 592 292 RCS Agen. **MAYLIE.** *Forme :* Société en nom collectif. *Administration :* Gérant(e) : MAYLIE Thomas Gérant(e) : MAYLIE Hervé . *Capital :* 2941 euros. *Adresse :* 2244 avenue des Landes 47310 Sérignac-sur-Garonne. *A dater du :* 31 mai 2011. *Commentaires :* Cette société n'exerce aucune activité.

523 – ● 532 288 610 RCS Agen. **PILOU.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant(e) : CASTELL Sandrine, Monique . *Capital :* 5000 euros. *Adresse :* 2 rue Montesquieu 47000 Agen. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Bar restaurant. *Adresse :* 2 rue Montesquieu 47000 Agen. *A dater du :* 16 mai 2011. *Date de commencement d'activité :* 1er juin 2011.

524 – ● 532 278 850 RCS Agen. **SARL VINOTO.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant(e) : BIASIOLO Benoit . *Capital :* 1000 euros. *Adresse :* 9 Faubourg Corné 47220 Astaffort. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Le négoce en gros et détail en magasin ou internet de vins de conserves de produits alimentaires et de boissons alcoolisées ou non le conseil en matière de vins l'activité de sommelier la formation en matière vitivinicole et la mise à disposition de personnel de sommellerie. *Adresse :* 9 Faubourg Corné 47220 Astaffort. *A dater du :* 16 mai 2011. *Date de commencement d'activité :* 1er juin 2011.

525 – ● 532 301 561 RCS Agen. **LUXE FRENCH FOOD AND BEVERAGE FRANCE.** *Forme :* Société par actions simplifiée. *Nom commercial :* LUXE CORPORATION. *Administration :* Président : FALCOZ Lionel . *Capital :* 30000 euros. *Adresse :* 1 impasse de la Fontaine 47340 Laroque-Timbaut. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Commerce de gros de produits alimentaires et de boissons Alccolisees ou non. *Adresse :* 1 impasse de la Fontaine 47340 Laroque-Timbaut. *A dater du :* 16 mai 2011. *Date de commencement d'activité :* 29 avril 2011.

526 – ● 532 088 143 RCS Agen. **SCI CAP DU ROY.** *Forme :* Société civile immobilière. *Administration :* Gérant(e) : CAPEZUTTI Bruno Gérant(e) : LAGROYE Marie-Françoise . *Capital :* 5000 euros. *Adresse :* Lieu dit au Bosc 47350 Saint-Barthélemy-d'agenais. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Acquisition administration gestion de tous biens mobiliers et immobiliers baux emprunt aliénation des immeubles inutiles à la société plus généralement toutes opérations financières mobilières ou immobilières. *Adresse :* Lieu dit au Bosc 47350 Saint-Barthélemy-d'agenais. *A dater du :* 16 mai 2011. *Date de commencement d'activité :* 7 avril 2011.

527 – ● 532 136 173 RCS Agen. **C.C.O DEVELOPPEMENT.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant(e) : CAUMONT Anne-Sophie, Marie née) JACQMIN Gérant(e) : CAUMONT Charles, Jean-Denis . *Capital :* 2000 euros. *Adresse :* 67 avenue du Général de Gaulle 47300 Villeneuve-sur-Lot. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Prise de participations par achat, souscription apport fusion de tous biens mobiliers et valeurs. *Adresse :* 67 avenue du Général de Gaulle 47300 Villeneuve-sur-Lot. *A dater du :* 16 mai 2011. *Date de commencement d'activité :* 2 mai 2011.

528 – ● 532 366 291 RCS Agen. **IVOIRE.** *Forme :* Société civile immobilière. *Administration :* Gérant associé : BOUA Kacoutchi, Hilaire Gérant associé : BOUA Françoise née) METAYER . *Capital :* 1200 euros. *Adresse :* route de Sainte-Foy-La-Grande 47120 Duras. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Acquisition administration gestion de biens immobiliers. *Adresse :* route de Sainte-Foy-La-Grande 47120 Duras. *A dater du :* 16 mai 2011. *Date de commencement d'activité :* 5 mai 2011.

529 – ● 532 324 852 RCS Agen. **SCI G.E.G.** *Forme :* Société civile immobilière. *Administration :* Gérant associé : ESCANDE Annie . *Capital :* 300000EURAdresse :* les Grelles 47480 Pont-du-Casse. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* La société a pour objet en tous lieux : L'acquisition en pleine propriété, usufruit ou nue-propriété, la construction, la propriété, la prise à bail, ou à crédit bail, l'administration et l'exploitation et la gestion par bail, location ou autrement de tous biens immobiliers. Et généralement, toutes opérations civiles se rattachant directement ou indirectement à l'objet social. *Adresse :* les Grelles 47480 Pont-du-Casse. *A dater du :* 17 mai 2011. *Date de commencement d'activité :* 10 mai 2011.

530 – ● 532 347 739 RCS Agen. **KWBP.** *Forme :* Société civile immobilière. *Administration :* Gérant associé : PORTOLAN Boris, Arnaud Gérant associé : PORTOLAN Karolina, Iwona née) WASIEK . *Capital :* 1000 euros. *Adresse :* 5 allée de Girles 47510 Foulayronnes. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Acquisition entretien exploitation par bail location ou autrement tous immeubles ouverture de crédit avec ou sans garantie hypothécaire. *Adresse :* 5 allée de Girles 47510 Foulayronnes. *A dater du :* 17 mai 2011. *Date de commencement d'activité :* 12 avril 2011.

531 – ● 532 340 304 RCS Agen. **SCI BLEUE MARINE.** *Forme :* Société civile immobilière. *Administration :* Gérant associé : BETAILLE Jérôme, Jean-Pierre Gérant associé : BETAILLE Véronique née) TAILLIEU . *Capital :* 1000 euros. *Adresse :* le Bourg 47800 Agnac. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Acquisition propriété construction location de biens immobiliers. *Adresse :* le Bourg 47800 Agnac. *A dater du :* 17 mai 2011. *Date de commencement d'activité :* 1er mai 2011.

532 – ● 532 200 821 RCS Agen. **SCI RODRIGUES.** *Forme :* Société civile immobilière. *Administration :* Gérant associé : GONDAR RODRIGUES Heitor . *Capital :* 1000 euros. *Adresse :* Las Clottes 47110 Allez et Cazeneuve. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* L'acquisition la propriété la mise en valeur la transformation la construction l'aménagement. *Adresse :* Las Clottes 47110 Allez et Cazeneuve. *A dater du :* 17 mai 2011. *Date de commencement d'activité :* 29 mars 2011.

533 – ● 532 393 329 RCS Agen. **SCI PUZOQUES.** *Forme :* Société civile immobilière. *Administration :* Co-Gérant : MOAL Célestin Co-Gérant : MOAL Annette née) DUBREIL . *Capital :* 1000 euros. *Adresse :* Vignobles de Castille 47320 Clairac. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Gestion de biens et droits immobiliers. *Adresse :* Vignobles de Castille 47320 Clairac. *A dater du :* 17 mai 2011. *Date de commencement d'activité :* 11 mai 2011.

534 – ● 532 395 647 RCS Agen. **SCI BELLA.** *Forme :* Société civile immobilière. *Administration :* Gérant(e) : MAZARS Matthieu Gérant (e) : ALLADIO Nathalie . *Capital :* 1200 euros. *Adresse :* Lieu dit Fraguet 47230 Feugarolles. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Acquisition propriété administration de tous immeubles. *Adresse :* Lieu dit Fraguet 47230 Feugarolles. *A dater du :* 17 mai 2011. *Date de commencement d'activité :* 4 mai 2011.

535 – ● 532 357 324 RCS Agen. **SCI ROMANE.** *Forme :* Société civile immobilière. *Administration :* Gérant associé : GALLO Cédric, Paul, Mathias . *Capital :* 1400 euros. *Adresse :* Lieu dit Pièces Hautes 47180 Sainte-Bazeille. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Acquérir vendre administrer et gérer le patrimoine social conclure des baux ou toutes autres conventions d'occupations onéreuse ou gratuite à titre civi ou généralement faire toutes opérations pouvant se rapporter directement ou indirectement à L'objet social. *Adresse :* Lieu dit Pièces Hautes 47180 Sainte-Bazeille. *A dater du :* 18 mai 2011. *Date de commencement d'activité :* 1er mai 2011.

536 – ● 532 287 877 RCS Agen. **RENOA.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant(e) : LARROCHE Claude . *Capital :* 5000 euros. *Adresse :* Costas Zone Industrielle du Rooy 47300 Villeneuve-sur-Lot. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Fabrication et pose de menuiseries de toutes sortes. *Adresse :* Costas Zone Industrielle du Rooy 47300 Villeneuve-sur-Lot. *A dater du :* 18 mai 2011. *Date de commencement d'activité :* 2 mai 2011.

537 – ● 532 199 742 RCS Agen. **COLD ELEC.** *Forme :* Entreprise unipersonnelle à responsabilité limitée. *Nom commercial :* COLD ELEC. *Administration :* Gérant(e) : LEGROS Bruno . *Capital :* 5000 euros. *Adresse :* Laclotte 47360 Madaillan. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Installations de climatisations chambres froides électricité générale énergies renouvelables. *Adresse :* Laclotte 47360 Madaillan. *A dater du :* 18 mai 2011. *Date de commencement d'activité :* 2 mai 2011.

538 – ● 532 212 156 RCS Agen. **MGPP.** *Forme :* Société civile immobilière. *Administration :* Gérant associé : MEINIER Gérard, Patrick Gérant associé : PIQUE Pascal, Jean . *Capital :* 1000 euros. *Adresse :* 58 avenue Goudeneche 47300 Villeneuve-sur-Lot. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Acquisition par voie achat ou apport propriété mise en valeur la transformation construction aménagement administration et location de tous biens et droits immobiliers. *Adresse :* 58 avenue Goudeneche 47300 Villeneuve-sur-Lot. *A dater du :* 18 mai 2011. *Date de commencement d'activité :* 29 avril 2011.

539 – ● 532 170 743 RCS Agen. **STEELBAG.** *Forme :* Société par actions simplifiée. *Nom commercial :* Steelbag. *Administration :* Président : VAN DER MEER DEW, BABICHE née(e) DRIESSEN Directeur général : MARQUEZ Thierry . *Capital :* 10000 euros. *Adresse :* Lieu dit Teychounat 47450 Saint-Hilaire-de-Lusignan. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Le négoce d'articles de sellerie de gainerie de voyage ( sous réserve d'inscription ATOUT FRANCE ) et plus généralement le négoce de tout article pour son propre compte et ou le compte de tiers. *Adresse :* Lieu dit Teychounat 47450 Saint-Hilaire-de-Lusignan. *A dater du :* 18 mai 2011. *Date de commencement d'activité :* 10 mai 2011.

540 – ● 532 386 695 RCS Agen. **PANGEO FUMEL.** *Forme :* Société civile immobilière. *Administration :* Gérant associé : BRIGNOL Mathieu, Hervé . *Capital :* 1000 euros. *Adresse :* 24 boulevard Edouard Lacour 47000 Agen. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Acquisition vente Occasionelle gestion exploitation par bail location ou autrement de tous biens ou droits immobiliers à quelque endroits qu ils se trouvent situés prise de participations dans toutes sociétés immobilières. *Adresse :* 24 boulevard Edouard Lacour 47000 Agen. *A dater du :* 18 mai 2011. *Date de commencement d'activité :* 1er avril 2011.

541 – ● 532 393 535 RCS Agen. **SARL LE BUFFET DE LA GARE CASTELJALOUX.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant(e) : FUSARO Rémy . *Capital :* 50000 euros. *Adresse :* place Jean Jaurès 47700 Casteljaloux. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Exploitation d'un fonds de commerce brasserie et bar pizzas. Vente de plats à emporter organisations de soirées. *Adresse :* place Jean Jaurès 47700 Casteljaloux. *A dater du :* 19 mai 2011. *Date de commencement d'activité :* 1er juin 2011.

542 – ● 532 299 930 RCS Agen. **SOCIETE CIVILE IMMOBILIERE JEANTIL.** *Forme :* Société civile immobilière. *Administration :* Gérant associé : MASINI Sébastien Gérant associé : DE BARBIER DE LA SERRE François . *Capital :* 1000 euros. *Adresse :* 2 rue François Neveu 47550 Boé. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Acquisition, vente, location d'immeubles bâtis ou non bâtis, construction rénovation réhabilitation. *Adresse :* 2 rue François Neveu 47550 Boé. *A dater du :* 19 mai 2011. *Date de commencement d'activité :* 25 avril 2011.

543 – ● 532 326 121 RCS Agen. **SAM É TOM.** *Forme :* Société à responsabilité limitée. *Nom commercial :* PRINCESSE SARAH. *Administration :* Fondé de pouvoir : FAIVRE Anne-Laurence Gérant(e) : DELPECH Myriam née(e) SENHEDJI . *Capital :* 100 euros. *Adresse :* 37 quai Gambetta 47320 Clairac. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Vente sédentaire et non sédentaire de vêtements chaussures bijoux et tout équipement de la personne sous réserve de l'obtention de la carte de commerçant ambulant. *Adresse :* 11 avenue de la libération 47700 Casteljaloux. *A dater du :* 19 mai 2011. *Date de commencement d'activité :* 1er juin 2011.

544 – ● 532 428 133 RCS Agen. **D.CAM.** *Forme :* Société civile. *Administration :* Gérant associé : LLANAS Didier . *Capital :* 1000 euros. *Adresse :* Lieu dit Capoulette 47500 Cuzorn. *Origine du fonds :* Créa-

tion. *Etablissement :* Etablissement principal. *Activité :* Acquisition vente occasionnelle gestion exploitation par bail location ou autrement de tous biens et droits immobiliers à quelque endroit qu ils se trouvent situés prise de Participaiton. *Adresse :* Lieu dit Capoulette 47500 Cuzorn. *A dater du :* 20 mai 2011. *Date de commencement d'activité :* 1er mai 2011.

545 – ● 532 481 710 RCS Agen. **FINANCIERE YANNICK PERES ET FILS.** *Forme :* Société civile. *Administration :* Gérant associé : PERES Yannick . *Capital :* 1000 euros. *Adresse :* Lieu dit Pelleguignon 47450 Colayrac-Saint-Cirq. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* La détention de participations dans des sociétés soumises à L'impot sur les sociétés et exerçant une activité commerciale industrielle artisanale libérale agricole ou financière. *Adresse :* Lieu dit Pelleguignon 47450 Colayrac-Saint-Cirq. *A dater du :* 20 mai 2011. *Date de commencement d'activité :* 11 mai 2011.

546 – ● 532 409 190 RCS Agen. **ECO QUARTIER SOLUTIONS.** *Forme :* Société par actions simplifiée. *Nom commercial :* Solutions Eco Quartier. *Administration :* Président : DURON Thierry . *Capital :* 20000 euros. *Adresse :* rue de la Résistance 47230 Vianne. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Ingénierie immobilière conseil audit et courtage relatifs ( sous réserve de l'inscription à l'ORIAS ). *Adresse :* rue de la Résistance 47230 Vianne. *A dater du :* 20 mai 2011. *Date de commencement d'activité :* 17 mai 2011.

547 – ● 532 477 445 RCS Agen. **JAJA.** *Forme :* Société civile immobilière. *Administration :* Gérant associé : JATIOUA Salim . *Capital :* 1001 euros. *Adresse :* Vignes de Feuillade 47380 Saint-Etienne-de-Fougères. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Acquisition revente gestion et administration civile de tous biens et droits immobiliers lui appartenant. *Adresse :* Vignes de Feuillade 47380 Saint-Etienne-de-Fougères. *A dater du :* 20 mai 2011. *Date de commencement d'activité :* 20 mai 2011.

548 – ● 532 430 881 RCS Agen. **MAYNE CONSTRUCTION.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant(e) : VIDAL François . *Capital :* 5000 euros. *Adresse :* avenue de Tournon Lieu dit Mayne 47500 Saint-Vite. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Promotion vente promotion immobilière gestion locative marchand de biens lotisseur. Vente de terrains, de maisons, d'appartements, de locaux commerciaux, de bureaux. Maître d'oeuvre, construction création et vente de lotissements. *Adresse :* avenue de Tournon Lieu dit Mayne 47500 Saint-Vite. *A dater du :* 23 mai 2011. *Date de commencement d'activité :* 1er mai 2011.

549 – ● 532 450 830 RCS Agen. **EURL S.F. MECA PRO.** *Forme :* Entreprise unipersonnelle à responsabilité limitée. *Nom commercial :* RELAIS LACARDAYRE. *Administration :* Gérant associé unique : SALEVIEILLES Franck . *Capital :* 8000 euros. *Adresse :* Lacardayre 47140 Massels. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Travaux de mécanique automobile, entretien et réparation de matériels agricoles, véhicules utilitaires, station service, négoce de véhicules automobiles, utilitaires, neufs et d'occasion (sous réserve de l'obtention de la carte de revendeur d'objets mobiliers). *Adresse :* Lacardayre 47140 Massels. *A dater du :* 24 mai 2011. *Date de commencement d'activité :* 1er juin 2011.

550 – ● 532 300 779 RCS Agen. **3A AUTO.** *Forme :* Société à responsabilité limitée. *Sigle :* 3A. *Administration :* Gérant(e) : AMRAOUI Abdallah . *Capital :* 5000 euros. *Adresse :* 18 rue de la Fraternité 47300 Villeneuve-sur-Lot. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Achat vente véhiculés automobiles neufs et occasions et tout engin motorisés (sous réserve de l'obtention de la carte de revendeur d'objets mobiliers). *Adresse :* 18 rue de la Fraternité 47300 Villeneuve-sur-Lot. *A dater du :* 24 mai 2011. *Date de commencement d'activité :* 2 mai 2011.

551 – ● 532 108 396 RCS Agen. **EARL CABRIGOT.** *Forme :* Exploitation agricole à responsabilité limitée. *Administration :* Co-Gérant : COMBELLES Amélie Co-Gérant : COMBELLES Lydie . *Capital :* 8000 euros. *Adresse :* Lieu dit Rigot 47150 Laussou. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Exploitation et gestion de biens agricoles. *Adresse :* Lieu dit Rigot 47150 Laussou. *A dater du :* 24 mai 2011. *Date de commencement d'activité :* 1er mars 2011.

552 – ● 532 465 945 RCS Agen. **L INSTITUT.** *Forme :* Société à responsabilité limitée. *Nom commercial :* L'INSTITUT. *Administration :* Gérant associé unique : BARBARA JUMILLA Vanessa . *Capital :* 5000 euros. *Adresse :* 10bis place du Foirail 47230 Lavardac. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Soins esthétiques vente de produits cosmétiques. *Adresse :* 10bis place du Foirail 47230 Lavardac. *A dater du :* 25 mai 2011. *Date de commencement d'activité :* 16 juin 2011.

553 - ●532 474 632 RCS Agen. **ASSISTANCE MONTAGE SERVICE.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant(e) : MATTESCO Patrice . *Capital :* 3000 euros. *Adresse :* 183bis rue de Lille 47000 Agen. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Prestations de montage de process D élevage de volailles. *Adresse :* 183bis rue de Lille 47000 Agen. *A dater du :* 26 mai 2011. *Date de commencement d'activité :* 2 mai 2011.

554 - ●532 394 459 RCS Agen. **LABORATOIRE ID.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant non associé : FREGONESE Alexandra né(e) DUROVRAY . *Capital :* 5000 euros. *Adresse :* Lieu dit la Sablere RN 21 47390 Layrac. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Recherche fondamentale et appliquée dans tous les domaines touchant à la biologie humaine et animale. *Adresse :* Lieu dit la Sablere RN 21 47390 Layrac. *A dater du :* 26 mai 2011. *Date de commencement d'activité :* 1er avril 2011.

555 - ●532 525 276 RCS Agen. **SCI PECH D'ANGEROS.** *Forme :* Société civile immobilière. *Administration :* Gérant associé : MARQUES Fredy . *Capital :* 1200 euros. *Adresse :* Pech d'Angeros 47110 Sainte-Livrade-sur-Lot. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* La propriété la gestion à titre civil de tous biens mobiliers et immobiliers. *Adresse :* Pech d'Angeros 47110 Sainte-Livrade-sur-Lot. *A dater du :* 27 mai 2011. *Date de commencement d'activité :* 15 mai 2011.

556 - ●532 287 950 RCS Agen. **LA GRANGE.** *Forme :* Entreprise unipersonnelle à responsabilité limitée. *Nom commercial :* LA GRANGE. *Administration :* Gérant(e) : MORAN Jean-Paul . *Capital :* 10000 euros. *Adresse :* 13 rue de l'Hirondelle 47200 Marmande. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Toutes activités de restauration assurant un service individualisé à la table, restauration de type traditionnel, fourniture de repas et/ou de plats préparés pour être consommés sur place ou à emporter et fourniture de boissons alcoolisées ou non accompagnant les repas. Tous services de restauration rapide fourniture au comptoir d'aliments et de boissons à consommer sur place ou à emporter. Toutes activités de salon de thé. *Adresse :* 13 rue de l'Hirondelle 47200 Marmande. *A dater du :* 27 mai 2011. *Date de commencement d'activité :* 15 juin 2011.

557 - ●532 592 300 RCS Agen. **CASTEL PASSION.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant(e) : BESSEY Mickaël . *Capital :* 2000 euros. *Adresse :* 36 rue Grand rue 47700 Casteljaloux. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Vente d'articles de pêche de chasse de coutellerie souvenirs coupes trophées. *Adresse :* 36 rue Grand rue 47700 Casteljaloux. *A dater du :* 30 mai 2011. *Date de commencement d'activité :* 1er juin 2011.

558 - ●532 584 968 RCS Agen. **DEP LA BOULBENE.** *Forme :* Société civile immobilière. *Administration :* Gérant non associé : GINESTET Philippe . *Capital :* 1000 euros. *Adresse :* rue Nicolas Leblanc Zone Industrielle la Barbière 47300 Villeneuve-sur-Lot. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* L'acquisition, l'administration et la gestion par location ou autrement de tous immeubles et biens immobiliers. *Adresse :* rue Nicolas Leblanc Zone Industrielle la Barbière 47300 Villeneuve-sur-Lot. *A dater du :* 30 mai 2011. *Date de commencement d'activité :* 19 mai 2011.

559 - ●532 528 734 RCS Agen. **HOLDING ENERGIE VERTE.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant associé unique : MILON Christophe . *Capital :* 100000 euros. *Adresse :* 905 avenue de Bordeaux 47300 Bias. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Acquisition exploitation ou cession de tous procédés et plus généralement toutes activités rentrant dans le cadre d'une holding prestation de services en tous genres. *Adresse :* 905 avenue de Bordeaux 47300 Bias. *A dater du :* 30 mai 2011. *Date de commencement d'activité :* 12 mai 2011.

560 - ●532 536 786 RCS Agen. **SOCIÉTÉ CIVILE IMMOBILIÈRE VASSEUR.** *Forme :* Société civile immobilière. *Administration :* Gérant associé : VASSEUR Christophe . *Capital :* 1000 euros. *Adresse :* Lieu dit Catus 47140 Penne-d'agenais. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Achat et location de biens immobiliers. *Adresse :* Lieu dit Catus 47140 Penne-d'agenais. *A dater du :* 30 mai 2011. *Date de commencement d'activité :* 23 mai 2011.

561 - ●532 474 244 RCS Agen. **AS BOIS CONSTRUCTION.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant(e) : NUNES ANDRADE Paulo, Jorge Gérant(e) : SILVA Pedro, Jorge . *Capital :* 10000 euros. *Adresse :* Zone d'Activités Economiques de la Confluence 47160 Damazan. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Montage et assemblage de maisons ossature bois et massif activité de menuiserie et charpente aménagements intérieur et extérieur de tout type de bâtiments commercialisation de maisons. *Adresse :* Zone d'Activités Economiques de la Confluence 47160 Damazan. *A dater du :* 30 mai 2011. *Date de commencement d'activité :* 11 avril 2011.

562 - ●532 549 284 RCS Agen. **BLEU OUTREMER.** *Forme :* Société civile immobilière. *Administration :* Gérant associé : ALBOUY Florence, Marie né(e) SIMONEAU . *Capital :* 1000 euros. *Adresse :* 30 rue Grenouilla 47000 Agen. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Acquisition, administration et gestion de tous biens mobiliers et immobiliers tant en France qu'à l'Etranger. *Adresse :* 30 rue Grenouilla 47000 Agen. *A dater du :* 30 mai 2011. *Date de commencement d'activité :* 2 mai 2011.

563 - ●532 528 841 RCS Agen. **TER LIBOURNE.** *Forme :* Société civile immobilière. *Administration :* Gérant(e) : GINESTET Philippe . *Capital :* 1000 euros. *Adresse :* rue Nicolas Leblanc Zone Industrielle la Barbière 47300 Villeneuve-sur-Lot. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* L'acquisition l'administration et la gestion par location ou autrement de tous immeubles et biens immobiliers. *Adresse :* rue Nicolas Leblanc Zone Industrielle la Barbière 47300 Villeneuve-sur-Lot. *A dater du :* 30 mai 2011. *Date de commencement d'activité :* 11 mai 2011.

564 - ●532 605 029 RCS Agen. **SARL SOL'HER.** *Forme :* Société à responsabilité limitée. *Sigle :* SARL SOL'HER. *Administration :* Gérant(e) : HERVILLY Alain, Henri, Paul . *Capital :* 10000 euros. *Adresse :* rue DU 19 MARS 1962 47160 Buzet sur baise. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Exploitation d'une centrale de production d'énergie photovoltaïque. Production d'électricité. La location de bâtiments. Gardiennage de camping car. *Adresse :* rue DU 19 MARS 1962 47160 Buzet sur baise. *A dater du :* 30 mai 2011. *Date de commencement d'activité :* 1er avril 2011.

565 - ●532 602 794 RCS Agen. **SARL CLIX CONSTRUCTION SYSTEMS.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant associé unique : WOOD Thomas, Fortescue . *Capital :* 10000 euros. *Adresse :* Lagalvagne 47290 Lougratte. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Tant en France qu'à l'Etranger, se procurer, en vue de leur revente en état, des panneaux structurels, des panneaux structurels isolants (SIP) et des accessoires nécessaires à la construction de tous bâtiments à ossature en bois, près à monter. Activité d'agent commercial. *Adresse :* Lagalvagne 47290 Lougratte. *A dater du :* 30 mai 2011. *Date de commencement d'activité :* 13 mai 2011.

566 - ●532 432 382 RCS Agen. **SOCIÉTÉ CIVILE IMMOBILIÈRE DES TROIS GONNELLES.** *Forme :* Société civile immobilière. *Administration :* Gérant associé : BRUGERE Paulin associé : BRUGERE Thibaud . *Capital :* 1000EUR*Adresse :* 29 rue Jacquard 47000 Agen. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Acquisition gestion administration exploitation de tout bien immobilier ou mobilier. *Adresse :* 29 rue Jacquard 47000 Agen. *A dater du :* 30 mai 2011. *Date de commencement d'activité :* 9 mars 2011.

567 - ●532 614 732 RCS Agen. **MAPE.** *Forme :* Société civile immobilière. *Administration :* Co-Gérant : MAUREY Patrick Co-Gérant : PELATAN David, Nicolas . *Capital :* 2000 euros. *Adresse :* Lieu dit "Talives" 47360 Montpezat. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Acquisition d'un immeuble à usage professionnel sis à VILLENEUVE SUR LOT - 9088 Rue Henry le Chatelier destiné à la location, l'administration et l'exploitation par bail, la location ou autre dudit immeuble et de tous autres immeubles bâtis ou à bâtir dont elle pourrait devenir propriétaire ultérieurement par voie d'acquisition, d'échange, d'apport ou autrement. *Adresse :* Lieu dit "Talives" 47360 Montpezat. *A dater du :* 30 mai 2011. *Date de commencement d'activité :* 19 mai 2011.

568 - ●532 586 948 RCS Agen. **100 POURCENTCOTON.** *Forme :* Société par actions simplifiée. *Nom commercial :* 100 POURCENTCOTON. *Administration :* Président : LAVIGNE Stéphane, Jean-Claude . *Capital :* 2000 euros. *Adresse :* 19 rue des Ecoles 47140 Penne-d'agenais. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Négoce de tous produits d'ameublement, loisirs, textiles décoration de la maison. *Adresse :* 19 rue des Ecoles 47140 Penne-d'agenais. *A dater du :* 30 mai 2011. *Date de commencement d'activité :* 1er juin 2011.

569 - ●532 490 430 RCS Agen. **LAURIC.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant(e) : ILLE Eric, Aimé, Jean-Pierre . *Capital :* 10000 euros. *Adresse :* avenue de la République 47160 Buzet sur baise. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Le commerce de détail non spécialisé

à prédominance alimentaire. *Adresse :* avenue de la République 47160 Buzet sur baise. *A dater du :* 30 mai 2011. *Date de commencement d'activité :* 5 juin 2011.

570 – ●532 429 909 RCS Agen. **LE QUATUOR.** *Forme :* Société à responsabilité limitée. *Nom commercial :* LE QUATUOR. *Administration :* Gérant(e) : JEAN-LUC Damien, Pierre, Rémy Gérant(e) : JEAN-LUC Dorothée, Gisèle, Danièle Gérant(e) : JEAN-LUC David, Yvan, Roger Gérant(e) : MAGRIN Cyril, Benoit. *Capital :* 2000 euros. *Adresse :* 19 rue de la République 47200 Marmande. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Restauration traditionnelle. *Adresse :* 19 rue de la République 47200 Marmande. *A dater du :* 30 mai 2011. *Date de commencement d'activité :* 15 juin 2011.

571 – ●532 654 571 RCS Agen. **ANE.** *Forme :* Société civile immobilière. *Administration :* Gérant associé : LORIOT Arnaud. *Capital :* 1200 euros. *Adresse :* 17 rue Jacquard 47000 Agen. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* La propriété et la gestion à titre civil de tous les biens mobiliers et immobiliers. L'acquisition la prise à bail la location-vente la propriété ou copropriété de terrains, d'immeubles et de biens mobiliers. *Adresse :* 17 rue Jacquard 47000 Agen. *A dater du :* 31 mai 2011. *Date de commencement d'activité :* 13 mai 2011.

572 – ●532 492 105 RCS Agen. **ACTIF NETTOYAGE 47.** *Forme :* Société à responsabilité limitée. *Sigle :* AN47. *Administration :* Gérant (e) : MARES Jacques, Pierre. *Capital :* 12000 euros. *Adresse :* 128 avenue Jean Jaurès 47000 Agen. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Entretien de cages D escaliers bureaux vitrés pour les professionnels et les particuliers nettoyage de tous locaux. *Adresse :* 128 avenue Jean Jaurès 47000 Agen. *A dater du :* 31 mai 2011. *Date de commencement d'activité :* 1er juin 2011.

573 – ●532 625 738 RCS Agen. **SARL EUROCCITANE.** *Forme :* Société à responsabilité limitée. *Nom commercial :* EUROCCITANE. *Administration :* Gérant(e) : LIZI Eder, Latif. *Capital :* 2000 euros. *Adresse :* 8 Cours de l'Yser 47400 Tonneins. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Mise à disposition provisoire d'utilisateurs de salariés en fonction d'une qualification connue qu'elle embauche et rémunère a cet effet dans les domaines de l'agriculture Terrrassement bâtiment travaux publics et plus généralement toutes opérations commerciales financières mobilières ou immobilières pouvant se rattacher à l'objet social ou a tous objets connexes et susceptibles d'en faciliter le développement ou la réalisation. *Adresse :* 8 Cours de l'Yser 47400 Tonneins. *A dater du :* 31 mai 2011. *Date de commencement d'activité :* 1er juin 2011.

574 – ●532 335 403 RCS Agen. **LOUNISSI CANO SL.** *Forme :* Société à responsabilité limitée. *Nom commercial :* LOISIRS INVEST. *Administration :* Représentant de société étrangère : CANO Felix Représentant de société étrangère : LOUNISSI Charles. *Capital :* 6000 euros. *Adresse :* LIEU DIT FLAYAC 47290 Boudy-de-Beauregard. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Vente de maisons ossatures bois. *Adresse :* Lieu dit Flayac 47290 Boudy-de-Beauregard. *A dater du :* 31 mai 2011. *Date de commencement d'activité :* 12 mai 2011.

575 – ●321 761 165 RCS Agen. **EARL DE PARAYLLO.** *Forme :* Exploitation agricole à responsabilité limitée. *Administration :* Gérant (e) : LLORENS André, Emile. *Capital :* 56310EUR*Adresse :* "Parays" 47220 Astaffort. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Exploitation des biens agricoles apportés par les associés achetés ou pris à bail par lui, ou mis à sa disposition par ses membres. *Adresse :* "Parays" 47220 Astaffort. *A dater du :* 20 mai 1981. *Date de commencement d'activité :* 1er mai 1981. *Commentaires :* Transformation d'un GAEC.

### Immatriculations

576 – ●488 280 694 RCS Agen. **MAS** (Rodolphe, Didier). *Nom commercial :* CSJ. *Origine du fonds :* Transfert de siège. *Etablissement :* Etablissement principal. *Activité :* Paysagiste, mise en forme et entretien d'espaces verts, vente de produits connexes. *Adresse :* 5 rue de la Cornudelle 47300 Villeneuve-sur-Lot. *A dater du :* 17 août 2006. *Date de commencement d'activité :* 17 août 2006. *Commentaires :* Immatriculation suite à transfert de l'établissement principal hors ressort.

577 – ●394 467 575 RCS Agen. **CONTIOS** (Sylvain, Dominique). *Origine du fonds :* Transfert d'activité. *Etablissement :* Etablissement principal. *Activité :* Vente de gants et de bonnets écharpes, tee-shirts à titre ambulant sous réserve de l'obtention de la carte de commerçant ambulant. *Adresse :* Ancienne Ville le Bourg 47430 Caumont-sur-Garonne. *A dater du :* 20 mai 2011. *Date de commencement d'activité :* 1er avril 2011. *Commentaires :* Immatriculation suite à transfert de l'établissement principal hors ressort.

578 – ●529 192 130 RCS Agen. **HOLDSYS.** *Forme :* Société par actions simplifiée. *Administration :* Président : CINQUIN Sébastien Commissaire aux comptes titulaire : GRANT THORNTON (SA). *Capital :* 5389404 euros. *Adresse :* route de Casseneuil Zone d'Activités Economiques 47300 Lédat. *Origine du fonds :* Transfert de siège. *Etablissement :* Etablissement principal. *Activité :* Détention et prise de participations directes ou indirectes par tous moyens dans le capital de sociétés. *Adresse :* route de Casseneuil Zone d'Activités Economiques 47300 Lédat. *A dater du :* 24 mai 2011. *Date de commencement d'activité :* 21 avril 2011. *Commentaires :* Immatriculation suite à transfert de son siège social hors ressort. Modification survenue sur la dénomination, le capital, l'administration.

579 – ●398 629 592 RCS Agen. **EARL DE LA MAGNOTTE.** *Forme :* Exploitation agricole à responsabilité limitée. *Administration :* Gérant (e) : LABOULBENE Jean, Philippe. *Capital :* 7622.45 euros. *Adresse :* Lieu dit Nautou 47360 Madaillan. *Origine du fonds :* Transfert de siège. *Etablissement :* Etablissement principal. *Activité :* exploitation de fonds ruraux : culture fruitière (prunes). *Adresse :* Lieu dit Nautou 47360 Madaillan. *A dater du :* 26 mai 2011. *Date de commencement d'activité :* 1er mars 2011. *Commentaires :* Immatriculation suite à transfert de son siège social hors ressort.

580 – ●414 468 538 RCS Agen. **SCI ROYER BARBAROSSA.** *Forme :* Société civile immobilière. *Administration :* Gérant associé : BARBAROSSA Isabelle née(e) ROYER. *Capital :* 100616.35 euros. *Adresse :* 33 rue de Contieges 47300 Villeneuve-sur-Lot. *Origine du fonds :* Transfert de siège. *Etablissement :* Etablissement principal. *Activité :* L'acquisition par tous moyens la propriété L'administration et l'exploitation par bail ou autrement de tous immeubles bâtis et non bâtis L'acquisition par tous moyens la propriété et l'administration de toutes participations ou titres de placement dans toutes sociétés et la vente de ces participations ou titres dans le cadre de la gestion civile de son patrimoine. *Adresse :* 33 rue de Contieges 47300 Villeneuve-sur-Lot. *A dater du :* 31 mai 2011. *Date de commencement d'activité :* 22 avril 2008. *Commentaires :* Immatriculation suite à transfert de son siège social hors ressort.

## 51 - MARNE

### GREFFE DU TRIBUNAL DE COMMERCE DE REIMS

### Ventes et cessions

581 – ●439 459 355 RCS Reims. **GUERIN** (Luc, Léon, Marcel). *Origine du fonds :* Etablissement principal acquis par achat au prix stipulé de 50000 Euros. *Etablissement :* Etablissement principal. *Activité :* Café restaurant. *Adresse :* 106 avenue Nationale La Neuvillette 51100 Reims. *Précédent propriétaire :* 504 068 859 RCS Reims. **SARL KALENDER.** *Date de commencement d'activité :* 22 avril 2011. *Publication légale :* Matot Braine du 9 mai 2011. *Oppositions :* ME Alexis KUTTENE 133, avenue de Laon 51721 Reims.

### Créations d'établissements

582 – ●532 702 156 RCS Reims. **CERAM DESIGN.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant(e) : PEREIRA Pedro, Manuel. *Capital :* 1500 euros. *Adresse :* 44 avenue Jean Jaurès 51200 Epernay. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Travaux du bâtiment, fourniture et pose de carrelage. *Adresse :* 44 avenue Jean Jaurès 51200 Epernay. *A dater du :* 1er juin 2011. *Date de commencement d'activité :* 8 avril 2011.

583 – ●532 702 131 RCS Reims. **2M-A2I.** *Forme :* Entreprise unipersonnelle à responsabilité limitée. *Administration :* Gérant associé unique : TOUAJAR Mustapha. *Capital :* 5000 euros. *Adresse :* 7bis rue de Tinqueux 51100 Reims. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Prestations informatiques, vente de matériels, fournitures, import export, sécurité, web, développement de logiciels, conception de systèmes informatiques et vente ambulant et sur marchés de produits d'artisanat et de tous articles non réglementés. *Adresse :* 7bis rue de Tinqueux 51100 Reims. *A dater du :* 1er juin 2011. *Date de commencement d'activité :* 27 mai 2011.

584 – ●532 699 808 RCS Reims. **SARL A.S COLLECTIONS.** *Forme :* Société à responsabilité limitée. *Nom commercial :* AS COLLECTIONS. *Administration :* Gérant(e) : ANDRY Anne-Laure. *Capital :* 10000 euros. *Adresse :* 7 rue Eustache Deschamps 51100 Reims. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Agence commerciale dans le prêt à porter, négoce de tous produits non alimentaires et alimentaires, prestations de services aux entreprises, marchand de biens. *Adresse :* 7 rue Eustache Deschamps 51100 Reims. *A dater du :* 1er juin 2011. *Date de commencement d'activité :* 1er juin 2011.

585 – ●532 700 184 RCS Reims. **DIAGNOSTICS DE LA MARNE.** *Forme :* Société par actions simplifiée. *Nom commercial :* EXI'M. *Administration :* Président : GUIOMAR Nathalie, Andrée, Catherine née(e)

CHOFFEE . *Capital* : 8000 euros. *Adresse* : 8bis rue Gabriel Voisin Centre d'affaires Crystalide Farman Pôle technologique Farman 51100 Reims. *Origine du fonds* : Création. *Etablissement* : Etablissement principal. *Activité* : Diagnostic immobilier. *Adresse* : 8bis rue Gabriel Voisin Centre d'Affaires Crystalide Farman BP 1043 51688 Reims. *A dater du* : 1er juin 2011. *Date de commencement d'activité* : 15 juin 2011.

586 - ● 532 481 157 RCS Reims. **TLR.** *Forme* : Société civile. *Administration* : Co-gérant associé indéfiniment responsable : SOARES Fernand, Luis Co-gérant associé indéfiniment responsable : SOARES Maria, Manuela né(e) ANTUNES DA SILVA . *Capital* : 1000 euros. *Adresse* : 2 rue d'Ettlingen 51150 Plivot. *Origine du fonds* : Création. *Etablissement* : Etablissement principal. *Activité* : Acquisition, propriété, mise en valeur, transformation, construction, aménagemnt, administration, location de tous biens et droits immobiliers. *Adresse* : 2 rue d'Ettlingen 51150 Plivot. *A dater du* : 3 juin 2011. *Date de commencement d'activité* : 20 mai 2011.

587 - ● 532 708 088 RCS Reims. **DUCHESNE-RENAUDIN.** *Forme* : Exploitation agricole à responsabilité limitée. *Administration* : Gérant (e) : RENAUDIN DIT BAILLIET Alexandre, Claude, Gérard . *Capital* : 73000 euros. *Adresse* : 7 rue Saint-Agathe 51500 Chigny-les-Roses. *Origine du fonds* : Création. *Etablissement* : Etablissement principal. *Activité* : Activités viticoles. *Adresse* : 7 rue Saint-Agathe 51500 Chigny-les-Roses. *A dater du* : 3 juin 2011. *Date de commencement d'activité* : 1er mai 2011.

588 - ● 532 707 999 RCS Reims. **CHAMPAGNE EMMANUEL PITHOIS.** *Forme* : Société civile d'exploitation agricole. *Administration* : Co-gérant associé indéfiniment responsable : PITHOIS Emmanuel, Claude Co-gérant associé indéfiniment responsable : PITHOIS Catherine, Martine né(e) RIGAUT . *Capital* : 89000 euros. *Adresse* : 6 rue Veuve Pommery 51360 Verzenay. *Origine du fonds* : Création. *Etablissement* : Etablissement principal. *Activité* : Activités viticoles. *Adresse* : 6 rue Veuve Pommery 51360 Verzenay. *Précédent propriétaire* : 401 533 203 RCS Reims. **PITHOIS** (Emmanuel). *Précédent exploitant* : 401 533 203 RCS Reims. **PITHOIS** (Emmanuel). *A dater du* : 3 juin 2011. *Date de commencement d'activité* : 1er mai 2011.

589 - ● 532 708 138 RCS Reims. **JEANNETEAU-PEZERAT.** *Forme* : Société civile d'exploitation agricole. *Administration* : Gérant associé indéfiniment responsable : JEANNETEAU Jean-Louis, Bernard . *Capital* : 5000 euros. *Adresse* : 34 rue Principale 51700 Vandières. *Origine du fonds* : Création. *Etablissement* : Etablissement principal. *Activité* : Activités viticoles. *Adresse* : 34 rue Principale 51700 Vandières. *A dater du* : 3 juin 2011. *Date de commencement d'activité* : 1er mai 2011.

590 - ● 532 708 203 RCS Reims. **POREAUX-AELBRECHT.** *Forme* : Exploitation agricole à responsabilité limitée. *Administration* : Gérant (e) : POREAUX Jacqueline, Joséphine né(e) AELBRECHT . *Capital* : 100000 euros. *Adresse* : 16 Grande rue 51190 Le Mesnil-sur-Oger. *Origine du fonds* : Création. *Etablissement* : Etablissement principal. *Activité* : Viticoles. *Adresse* : 16 Grande rue 51190 Le Mesnil-sur-Oger. *A dater du* : 3 juin 2011. *Date de commencement d'activité* : 1er mai 2011.

# 53 - MAYENNE

## GREFFE DU TRIBUNAL DE COMMERCE DE LAVAL

### Créations d'établissements

591 - ● 532 559 838 RCS Laval. **KARDOUS** (Abdelhamid). *Origine du fonds* : Création. *Etablissement* : Etablissement principal. *Activité* : Épicerie. *Adresse* : 4 rue Marceau Centre Murat Est 53000 Laval. *A dater du* : 30 mai 2011. *Date de commencement d'activité* : 1er juin 2011.

592 - ● 532 520 780 RCS Laval. **MADIOT** (Fabien). *Nom commercial* : AU FABULEUX JARDIN. *Origine du fonds* : Création. *Etablissement* : Etablissement principal. *Activité* : Paysagiste. *Adresse* : 6 bis route de Livré 53400 Niafles. *A dater du* : 30 mai 2011. *Date de commencement d'activité* : 12 mai 2011.

593 - ● 398 713 974 RCS Laval. **DUQUENNE** (Pierre). *Nom commercial* : CH'TI BILOUT. *Origine du fonds* : Création. *Etablissement* : Etablissement principal. *Activité* : Pizzas sandwiches plats préparés à emporter - confiserie, glaces et boissons à emporter. *Adresse* : 5 route de Château-Gontier 53400 Craon. *A dater du* : 3 juin 2011. *Date de commencement d'activité* : 11 juin 2011.

594 - ● 511 079 832 RCS Laval. **POUTEAU** (Gilles). *Origine du fonds* : Création. *Etablissement* : Etablissement principal. *Activité* : Vente de vêtements. *Adresse* : 26 rue des Petites Fontaines 53810 Changé. *A dater du* : 3 juin 2011. *Date de commencement d'activité* : 11 mai 2011.

595 - ● 532 642 816 RCS Laval. **SARL FLEUREAU-LEPAGE.** *Forme* : Société à responsabilité limitée. *Administration* : Gérant(e) : FLEUREAU Manuella né(e) MAHIER . *Capital* : 10000 euros. *Adresse* : 66 avenue de la Libération 53940 Saint-Berthevin. *A dater du* : 31 mai 2011. *Commentaires* : Cette société n'exerce aucune activité.

596 - ● 532 694 247 RCS Laval. **SOCIETE A RESPONSABILITE LIMITEE M-D LASER.** *Forme* : Société à responsabilité limitée. *Sigle* : SARL M-D LASER. *Administration* : Gérant(e) : DE SOUSA Manuel . *Capital* : 6000 euros. *Adresse* : 39 impasse de la Forge 53250 Neuilly-le-Vendin. *A dater du* : 3 juin 2011. *Commentaires* : Cette société n'exerce aucune activité.

597 - ● 532 696 424 RCS Laval. **MURAT PRESSE.** *Forme* : Société en nom collectif. *Administration* : Gérant et associé en nom collectif : SYCHOWICZ Stephan Associé Société Civile : SYCHOWICZ Nicolas . *Capital* : 5050 euros. *Adresse* : 3 rue Oudinot 53000 Laval. *A dater du* : 3 juin 2011. *Commentaires* : Cette société n'exerce aucune activité.

598 - ● 532 644 192 RCS Laval. **RELION-PALUSSIERE.** *Forme* : Société à responsabilité limitée. *Administration* : Co-Gérant : PALUSSIERE Régis Co-Gérant : RELION Freddy . *Capital* : 5000 euros. *Adresse* : Les Petites Forges 53200 Chemazé. *Origine du fonds* : Création. *Etablissement* : Etablissement principal. *Activité* : Maçonnerie, rénovation, pose et entretien de carrelage et faïence, ainsi que toutes activités annexes, similaires ou simplement complémentaires. *Adresse* : Les Petites Forges 53200 Chemazé. *A dater du* : 31 mai 2011. *Date de commencement d'activité* : 6 juin 2011.

599 - ● 532 438 900 RCS Laval. **SCI DU DOMAINE DES LAURIERS.** *Forme* : Société civile immobilière. *Administration* : Gérant associé : GARCIA Marie-Ange Société Civile : PERRON Mikaële Associé Société Civile : HAMON Franck . *Capital* : 300 euros. *Adresse* : le Domaine 61420 Ravigny. *Origine du fonds* : Création. *Etablissement* : Etablissement principal. *Activité* : L'administration, l'exploitation par bail ou autrement des immeubles appartenant à la société. *Adresse* : le Domaine 61420 Ravigny. *A dater du* : 31 mai 2011. *Date de commencement d'activité* : 22 avril 2011.

600 - ● 532 666 906 RCS Laval. **SCI LOUIROSE.** *Forme* : Société civile immobilière. *Administration* : Gérant associé : LATOUR Laurent Associé Société Civile : LATOUR Céline né(e) GAIGNER . *Capital* : 300 euros. *Adresse* : 26 rue Montauciel 53260 Entrammes. *Origine du fonds* : Création. *Etablissement* : Etablissement principal. *Activité* : L'acquisition et la location de tous biens et droits immobiliers. *Adresse* : 26 rue Montauciel 53260 Entrammes. *A dater du* : 1er juin 2011. *Date de commencement d'activité* : 5 mai 2011.

601 - ● 532 673 225 RCS Laval. **SCI CHARPMAR.** *Forme* : Société civile immobilière. *Administration* : Co-gérant associé : LE MARIE Claude Co-gérant associé : LE MARIE Françoise né(e) CHARPENTIER . *Capital* : 100 euros. *Adresse* : 2 rue Jean Mermoz 53100 Mayenne. *Origine du fonds* : Création. *Etablissement* : Etablissement principal. *Activité* : Acquisition, vente, propriété, gestion, conservation, mise en valeur, transformation, construction, aménagement, administration et exploitation par bail, location ou autre, de tous biens et droits immobiliers au moyen de capitaux propres ou d'emprunts. *Adresse* : 2 rue Jean Mermoz 53100 Mayenne. *A dater du* : 1er juin 2011. *Date de commencement d'activité* : 13 mai 2011.

602 - ● 532 605 375 RCS Laval. **SOCA N.A.** *Forme* : Société par actions simplifiée. *Administration* : Président : MAGNIN Michel . *Capital* : 1500 euros. *Adresse* : 7 avenue René Cassin Zone Industrielle de Bellitourne 53200 Azé. *Origine du fonds* : Création. *Etablissement* : Etablissement principal. *Activité* : L'acquisition, la détention et la gestion de toutes participations, valeurs mobilières ou titres de BNA NUTRITION ANIMALE et/ou de ses filiales. *Adresse* : 7 avenue René Cassin Zone Industrielle de Bellitourne 53200 Azé. *A dater du* : 1er juin 2011. *Date de commencement d'activité* : 23 mai 2011.

603 - ● 532 666 914 RCS Laval. **DES LOUPS DE LA TOUR RENAISE.** *Forme* : Société civile immobilière. *Administration* : Gérant associé : ARAM Sébastien Associé Société Civile : ARAM GARNIER Nathalie né(e) GARNIER . *Capital* : 200 euros. *Adresse* : 7 rue Renaise 53000 Laval. *Origine du fonds* : Création. *Etablissement* : Etablissement principal. *Activité* : Acquisition, location, gestion de biens immobiliers. *Adresse* : 7 rue Renaise 53000 Laval. *A dater du* : 1er juin 2011. *Date de commencement d'activité* : 23 mai 2011.

604 - ● 532 666 922 RCS Laval. **SCI 4 M.** *Forme* : Société civile immobilière. *Administration* : Co-gérant associé : MARTEAU Jacky Co-gérant associé : MARTEAU Marie-Christine né(e) MOUSSAY Associé Société Civile : MARTEAU Pierre-Yves Associé Société

Civile : MARTEAU Anne-Claire . *Capital* : 1000 euros. *Adresse* : l'Ecluse 53120 Brecé. *Origine du fonds* : Création. *Etablissement* : Etablissement principal. *Activité* : L'acquisition, la gestion, l'exploitation de tous biens et droits immobiliers. *Adresse* : l'Ecluse 53120 Brecé. *A dater du* : 1ᵉʳ juin 2011. *Date de commencement d'activité* : 1ᵉʳ juin 2011.

605 – ●532 663 820 RCS Laval. **MORTAGNE DIFFUSION.** *Forme* : Société à responsabilité limitée. *Administration* : Gérant(e) : MARTIN Franck . *Capital* : 1000 euros. *Adresse* : hameau la Tripelière 8 Grand rue 53140 Lignières-Orgères. *Origine du fonds* : Création. *Etablissement* : Etablissement principal. *Activité* : Librairie. *Adresse* : hameau la Tripeliere 8 Grand rue 53140 Lignières-Orgères. *A dater du* : 1ᵉʳ juin 2011. *Date de commencement d'activité* : 1ᵉʳ mai 2011.

606 – ●532 698 990 RCS Laval. **ABEILLE.** *Forme* : Société civile immobilière. *Administration* : Gérant associé : SAVARY Jocelyne née(e) NICOLAS Associé Société Civile : SAVARY Nicolas Associé Société Civile : SAVARY Chrystèle . *Capital* : 100 euros. *Adresse* : Résidence Jousselin - rue Jousselin 53200 Château-Gontier. *Origine du fonds* : Création. *Etablissement* : Etablissement principal. *Activité* : Gestion locative. *Adresse* : Résidence Jousselin - rue Jousselin 53200 Château-Gontier. *A dater du* : 3 juin 2011. *Date de commencement d'activité* : 23 avril 2011.

607 – ●532 699 444 RCS Laval. **FCG OUEST.** *Forme* : Société à responsabilité limitée. *Administration* : Gérant(e) : LEBOUBE François . *Capital* : 1000 euros. *Adresse* : 8 rue de Sainte-Gemmes 53600 Evron. *Origine du fonds* : Création. *Etablissement* : Etablissement principal. *Activité* : Réalisation de toutes opérations commerciales et financières destinées à permettre l'organisation structurelle et l'exploitation d'un groupe de sociétés. *Adresse* : 8 rue de Sainte-Gemmes 53600 Evron. *A dater du* : 3 juin 2011. *Date de commencement d'activité* : 1ᵉʳ juin 2011.

### Immatriculations

608 – ●532 643 095 RCS Laval. **GUILLAUME** (Thérèse). *Nom d'usage* : GEHANNIN. *Origine du fonds* : Fonds précédemment exploité par le conjoint. *Etablissement* : Etablissement principal. *Activité* : Chambres d'hôtes. *Adresse* : l'Hommeau 53240 Saint-Germain-le-Fouilloux. *Précédent exploitant* : 404 347 908 RCS Laval. GEHANNIN (Jean-Claude). *A dater du* : 1ᵉʳ juin 2011. *Date de commencement d'activité* : 1ᵉʳ avril 2011.

609 – ●444 890 594 RCS Laval. **ALEXANDRIE.** *Forme* : Société civile immobilière. *Administration* : Gérant non associé : ZAMBON Pierre Associé Société Civile : KPR (EURL) Associé Société Civile : ZAMBON INVESTISSEMENTS (SARL) . *Capital* : 1000 euros. *Adresse* : Montcroix 53410 La Brulatte. *Origine du fonds* : Transfert d'établissement. *Etablissement* : Etablissement principal. *Activité* : L'acquisition d'un immeuble sis à Laval (53) 26 à 32 rue du Général de Gaulle, 2 à 10 et 12 rue Haute Chiffolière, l'acquisition ce de bien et de tous autres immeubles. *Adresse* : Montcroix 53410 La Brulatte. *A dater du* : 1ᵉʳ juin 2011. *Date de commencement d'activité* : 22 avril 2011. *Commentaires* : Immatriculation suite à transfert de son siège social hors ressort. Modification survenue sur l'administration.

## 54 - MEURTHE-ET-MOSELLE

### GREFFE DU TRIBUNAL DE COMMERCE DE BRIEY

#### Ventes et cessions

610 – ●532 531 142 RCS Briey. **RUGGERI** (Philippe, Ferdinand, Maxime). *Nationalité* : Française. *Origine du fonds* : Fonds acquis par achat au prix stipulé de 100.000,00 EUR. *Etablissement* : Etablissement principal. *Activité* : Boulangerie, pâtisserie, épicerie - ambulant et sédentaire. *Enseigne* : BOULANGERIE RUGGERI. *Adresse* : 18 rue Jules Chardebas 54800 Doncourt Les Conflans. *Précédent propriétaire* : 480 079 201 RCS Briey. **MONNIER** (Eric, Olivier). *A dater du* : 24 mai 2011. *Date d'effet* : 1ᵉʳ mai 2011. *Date de commencement d'activité* : 1ᵉʳ mai 2011. *Publication légale* : NEANT du 24 mai 2011. *Oppositions* : Etude de Mᵉ Thierry FAURE, notaire à PIENNES 10 rue du 8 Mai.

#### Créations d'établissements

611 – ●532 296 043 RCS Briey. **GOLZ** (Gaëtan, Grégory). *Nationalité* : Française. *Etablissement* : Etablissement principal. *Activité* : Vente de maroquinerie, chaussures, accessoires. *Enseigne* : PODIUM. *Adresse* : 6 rue de l'Hôtel de Ville 54400 Longwy. *A dater du* : 24 mai 2011. *Date de commencement d'activité* : 1ᵉʳ juin 2011.

612 – ●532 697 257 RCS Briey. **MARIJA.** *Forme* : Société civile immobilière. *Administration* : Gérant : DUVOID Marie Hélène Associé indéfiniment responsable : DUVOID Marie Hélène Associé indéfiniment responsable : KAUFMAN Jacky . *Capital* : 1200.00 euros.

*Adresse* : 1 grande-rue 54150 Mance. *Etablissement* : Siège social et établissement principal. *Activité* : Acquisition, gestion, exploitation par bail, location ou autrement de tous biens ou droits immobiliers. *Adresse* : 1 grande-rue 54150 Mance. *A dater du* : 31 mai 2011. *Date de commencement d'activité* : 27 mai 2011.

613 – ●532 697 265 RCS Briey. **JADE.** *Forme* : Société civile immobilière. *Administration* : Gérant : KIDOUCH Mourad Associé indéfiniment responsable : KIDOUCH Séchérif Associé indéfiniment responsable : KIDOUCH Mourad Associé indéfiniment responsable : ADAM Michaël Associé indéfiniment responsable : FLAVIEN Yannick . *Capital* : 600.00 euros. *Adresse* : 8 allée de la Somme 54860 Haucourt-Moulaine. *Etablissement* : Siège social et établissement principal. *Activité* : Acquisitions, locations et ventes de biens immobiliers. *Adresse* : 8 allée de la Somme 54860 Haucourt-Moulaine. *A dater du* : 31 mai 2011. *Date de commencement d'activité* : 1ᵉʳ juin 2011.

614 – ●532 558 491 RCS Briey. **ARNAUD SINTONI MAINTENANCE INDUSTRIELLE.** *Forme* : Société par actions simplifiée. *Nom commercial* : ASMI. *Sigle* : ASMI. *Administration* : Président de la société : SINTONI Arnaud . *Capital* : 18000.00 euros. *Adresse* : 7 rue Bel Azur 54910 Valleroy. *Etablissement* : Siège social et établissement principal. *Activité* : Construction métallique, serrurerie, tuyauterie, maintenance industrielle. *Adresse* : 7 rue Bel Azur 54910 Valleroy. *A dater du* : 31 mai 2011. *Date de commencement d'activité* : 9 mai 2011.

615 – ●532 700 226 RCS Briey. **SCI JBH.** *Forme* : Société civile immobilière. *Administration* : Gérant : HOFFMANN Jean Baptiste Bernard Cyrille Associé indéfiniment responsable : PANAROTTO Bertille Associé indéfiniment responsable : HOFFMANN Jean Baptiste Bernard Cyrille . *Capital* : 400.00 euros. *Adresse* : 8 rue de la Charrière 54910 Valleroy. *Etablissement* : Siège social et établissement principal. *Activité* : Propriété, jouissance, administration de biens et droits immobiliers. *Adresse* : 8 rue de la Charrière 54910 Valleroy. *A dater du* : 31 mai 2011. *Date de commencement d'activité* : 18 avril 2011.

616 – ●532 697 273 RCS Briey. **SCM DE KINESITHERAPIE LONGUYON SPINCOURT.** *Forme* : Société civile de moyens. *Administration* : Gérant : CARLU Mathilde Sabine Associé indéfiniment responsable : CARLU Mathilde Sabine Associé indéfiniment responsable : BRAUN Manon Emmanuelle Astrid Associé indéfiniment responsable : MOEBS Cécile Sophie Associé indéfiniment responsable : RICHARD Albert Fabrice . *Capital* : 80000.00 euros. *Adresse* : 9 rue Nouvelle 54260 Longuyon. *Etablissement* : Siège social et établissement principal. *Activité* : Mise en commun de tous moyens nécessaires à l'exercice des activités professionnelles de ses membres. *Adresse* : 9 rue Nouvelle 54260 Longuyon. *A dater du* : 31 mai 2011. *Date de commencement d'activité* : 1ᵉʳ avril 2011.

617 – ●532 699 972 RCS Briey. **SCI DE LA DOUANE.** *Forme* : Société civile immobilière. *Administration* : Co-gérant : RENAUDIN Bernard René Co-gérant : LAURENT Marie France Associé indéfiniment responsable : RENAUDIN Bernard René Associé indéfiniment responsable : LAURENT Marie France . *Capital* : 399000.00 euros. *Adresse* : 14 rue Mazelle 54260 Longuyon. *Etablissement* : Siège social et établissement principal. *Activité* : Acquisition, propriété, gestion de tous biens immobiliers, leur location ou mise à disposition à titre gratuit au profit de ses associés. *Adresse* : 14 rue Mazelle 54260 Longuyon. *A dater du* : 31 mai 2011. *Date de commencement d'activité* : 17 mai 2011.

618 – ●532 388 188 RCS Briey. **DOCES SUBLIME.** *Forme* : Société à responsabilité limitée. *Administration* : Gérant : CORREIA TELES Joaquim Manuel . *Capital* : 5000.00 euros. *Adresse* : 17 rue Carnot 54190 Villerupt. *Etablissement* : Siège social et établissement principal. *Activité* : Boulangerie, pâtisserie, salon de thé. *Adresse* : 17 rue Carnot 54190 Villerupt. *A dater du* : 31 mai 2011. *Date de commencement d'activité* : 23 mai 2011.

#### Immatriculations

619 – ○531 794 071 RCS Briey. **RUBBER & PLASTIC SYSTEMS.** *Forme* : S.A.S. unipersonnelle. *Administration* : Président de la société : ARLETH Matthias Erich Johan Commissaire aux comptes titulaire : KPMG Commissaire aux comptes suppléant : GEOFFROY Patrick . *Capital* : 25000.00 euros. *Adresse* : Zone Industrielle rue du Maulage 54920 Villers-la-Montagne. *Etablissement* : Siège social et établissement principal. *Activité* : Fabrication d'autres articles en caoutchouc et plastique. *Adresse* : Zone Industrielle rue du Maulage 54920 Villers-la-Montagne. *Précédent propriétaire* : 349 537 498 RCS Briey. **SEALYNX AUTOMOTIVE VILLERS LA MONTAGNE.** *A dater du* : 24 mai 2011. *Date d'effet* : 8 avril 2011. *Date de commencement d'activité* : 8 avril 2011. *Commentaires* : Immatriculation d'une personne morale suite à transfert de son siège social hors ressort.

## 55 - MEUSE

### GREFFE DU TRIBUNAL DE COMMERCE DE BAR-LE-DUC

#### Ventes et cessions

620 – ● 451 394 878 RCS Bar-le-Duc. **PASSYL.** *Forme* : Société en nom collectif. *Administration* : Gérant et associé en nom : MENCIER Pascale Associé en nom collectif : HAMM Emmanuelle. *Capital* : 7500 euros. *Adresse* : 19 Grande rue 55190 Pagny-sur-Meuse. *Origine du fonds* : Etablissement principal acquis par achat au prix stipulé de 90000 Euros. *Etablissement* : Etablissement principal. *Activité* : Exploitation d'un débit de tabac, dépôt de presse, vente de jeux de grattage, boulangerie, pâtisserie, épicerie, distribution de tous articles alimentaires. Exploitation d'un débit de tabac, dépôt de presse, vente de jeux de grattage, boulangerie, pâtisserie, épicerie, distribution de tous articles alimentaires. *Adresse* : 19 Grande rue 55190 Pagny-sur-Meuse. *Précédent propriétaire* : 420 238 115 RCS Bar-le-Duc. **STRUB** (Elisabeth). *Nom d'usage* : STRUB-ROBERT. *Date de commencement d'activité* : 14 novembre 2003. *Publication légale* : MEUSE ECHOS du 23 mai 2011. *Oppositions* : Scp Drouin & Paul 13, rue R. Poincaré BP 36 55201 Commercy. *Commentaires* : Modification survenue sur l'activité.

#### Créations d'établissements

621 – ● 532 574 043 RCS Bar-le-Duc. **TRANS MEUSE LAIT.** *Forme* : Société à responsabilité limitée. *Administration* : Gérant(e) : THUGNET Jean-Claude. *Capital* : 14000 euros. *Adresse* : 9 rue de Rambluzin 55220 Recourt-le-creux. *A dater du* : 30 mai 2011. *Commentaires* : Cette société n'exerce aucune activité.

622 – ● 532 630 696 RCS Bar-le-Duc. **ECO'PUR.** *Forme* : Société par actions simplifiée. *Administration* : Président : ROSSION Nicolas, Denis Directeur général : BRISEPIERRE Damien. *Capital* : 5000 euros. *Adresse* : 56 rue de Nancy 55160 Fresnes-en-Woëvre. *Origine du fonds* : Création. *Etablissement* : Etablissement principal. *Activité* : Tous travaux d'assainissement, de récupération d'eau de pluie, d'isolation, de terrassement, de chauffage et d'énergies renouvelables. *Adresse* : 56 rue de Nancy 55160 Fresnes-en-Woëvre. *A dater du* : 30 mai 2011. *Date de commencement d'activité* : 10 mai 2011.

623 – ● 532 630 522 RCS Bar-le-Duc. **MSC.** *Forme* : Société à responsabilité limitée. *Administration* : Gérant(e) : LAPAQUE Hélène . *Capital* : 500 euros. *Adresse* : 2 route Nationale 55160 Marchéville-en-Woëvre. *Origine du fonds* : Création. *Etablissement* : Etablissement principal. *Activité* : Montage, démolition charpente métallique, chaudronnerie, soudure, entretien et maintenance. *Adresse* : 2 route Nationale 55160 Marchéville-en-Woëvre. *A dater du* : 30 mai 2011. *Date de commencement d'activité* : 1er mars 2011.

624 – ● 532 638 756 RCS Bar-le-Duc. **SCI MAXENCE.** *Forme* : Société civile immobilière. *Administration* : Co-gérant associé : CASTELLAR Bruno, Claude Co-gérant associé : ETIENNE Patricia, Nelly . *Capital* : 1000 euros. *Adresse* : 5 Voie Sacrée 55000 Naïves rosières. *Origine du fonds* : Création. *Etablissement* : Etablissement principal. *Activité* : Acquisition, administration et gestion par location ou autrement de tous immeubles et biens immobiliers. *Adresse* : 5 Voie Sacrée 55000 Naïves rosières. *A dater du* : 31 mai 2011. *Date de commencement d'activité* : 18 mai 2011.

625 – ● 532 755 329 RCS Bar-le-Duc. **SCI DU PARC.** *Forme* : Société civile immobilière. *Administration* : Gérant associé : DURAND Thierry . *Capital* : 200 euros. *Adresse* : 5 rue du Puits de la Saulx 55500 Villers-le-Sec. *Origine du fonds* : Création. *Etablissement* : Etablissement principal. *Activité* : Acquisition, location, gestion de tous terrains et immeubles. *Adresse* : 5 rue du Puits de la Saulx 55500 Villers-le-Sec. *A dater du* : 3 juin 2011. *Date de commencement d'activité* : 14 mai 2011.

## 59 - NORD

### GREFFE DU TRIBUNAL DE COMMERCE DE DOUAI

#### Créations d'établissements

626 – ● 532 538 584 RCS Douai. **SMAGGHUE** (GREGORY). *Nom commercial* : GREG-JARDIN. *Origine du fonds* : Création. *Etablissement* : Etablissement principal. *Activité* : Parcs et jatdins création et entretien d'extérieurs, pavage, pose de clôtures. *Adresse* : 128 rue du Ghien 59310 Beuvry-la-Forêt. *A dater du* : 3 juin 2011. *Date de commencement d'activité* : 1er juin 2011.

627 – ● 532 620 564 RCS Douai. **CYCLES ROMAIN BAELE.** *Forme* : Entreprise unipersonnelle à responsabilité limitée. *Administration* : Gérant(e) : BAELE Romain. *Capital* : 20000 euros. *Adresse* : 2 rue de Premy 59159 Marcoing. *A dater du* : 3 juin 2011. *Commentaires* : Cette société n'exerce aucune activité.

628 – ● 532 697 570 RCS Douai. **CLEAN SERVICE DOUAISIS.** *Forme* : Société par actions simplifiée. *Administration* : Président : ROLAND Cédric . *Capital* : 5000 euros. *Adresse* : 56 A rue Marceau Martin 59128 Flers-en-Escrebieux. *A dater du* : 3 juin 2011. *Commentaires* : Cette société n'exerce aucune activité.

629 – ● 532 690 146 RCS Douai. **SCI DU 11.11.** *Forme* : Société civile immobilière. *Administration* : Gérant associé : HIETTER Laurent Gérant associé : HIETTER Véronique née(e) TOUCHARD . *Capital* : 1800 euros. *Adresse* : 64 rue Du Petit Pont 59500 Douai. *Origine du fonds* : Création. *Etablissement* : Etablissement principal. *Activité* : Acquisition et exploitation d'immeubles. *Adresse* : 64 rue du petit pont 59500 Douai. *A dater du* : 31 mai 2011. *Date de commencement d'activité* : 1er mars 2011.

630 – ● 532 719 440 RCS Douai. **PASSIONNEMENT NATURE.** *Forme* : Société à responsabilité limitée. *Nom commercial* : PASSIONNEMENT NATURE. *Administration* : Gérant(e) : SIMON Frédéric Gérant(e) : SIMON Sylvie née(e) LEPREUX . *Capital* : 2000 euros. *Adresse* : 27bis Zone de l'Europe 59310 Orchies. *Origine du fonds* : Création. *Etablissement* : Etablissement principal. *Activité* : Négoce fleurs, plantes, graines, accessoires, jardinerie, cadeaux, prestations de services liées au jardinage, culture de fleurs et plantes de légumes destinée à la vente. *Adresse* : 27bis Zone de l'Europe 59310 Orchies. *A dater du* : 1er juin 2011. *Date de commencement d'activité* : 1er juin 2011.

631 – ● 532 620 549 RCS Douai. **DB ELECTRICITE.** *Forme* : Société à responsabilité limitée. *Nom commercial* : DB ELECTRICITE. *Administration* : Gérant(e) : BECKAERT Jimmy Gérant(e) : DEBUIRE Guillaume . *Capital* : 4000 euros. *Adresse* : 9 rue de l'Avenir 59217 Bévillers. *Origine du fonds* : Création. *Etablissement* : Etablissement principal. *Activité* : Électricité générale rénovation neuf dépannage. *Adresse* : 9 rue de l'Avenir 59217 Bévillers. *A dater du* : 3 juin 2011. *Date de commencement d'activité* : 1er juin 2011.

632 – ● 532 620 572 RCS Douai. **RUBBEN CHAUFFAGE SANITAIRE RENOVATION.** *Forme* : Entreprise unipersonnelle à responsabilité limitée. *Nom commercial* : RUBBEN CHAUFFAGE SANITAIRE RENOVATON. *Sigle* : RUBBEN CHAUFFAGE SANITAIRE RENOVATION. *Administration* : Gérant(e) : RUBBEN Anthony . *Capital* : 10000 euros. *Adresse* : 188 rue du Miroir 59213 Bermerain. *Origine du fonds* : Création. *Etablissement* : Etablissement principal. *Activité* : Chauffage, sanitaire, rénovation. *Adresse* : 188 rue du Miroir 59213 Bermerain. *A dater du* : 3 juin 2011. *Date de commencement d'activité* : 1er juin 2011.

#### Immatriculations

633 – ● 531 006 104 RCS Valenciennes. **AUDRIC COIFFURE ET CIE.** *Forme* : Société à responsabilité limitée à associé unique. *Capital* : 10000 euros. *Adresse* : 6 rue Mirabeau 59198 Haspres. *Origine du fonds* : Fonds acquis dans le cadre d'une procédure collective. *Etablissement* : Etablissement principal. *Activité* : Salon de coiffure, Uv, vente de produits cosmétiques et accessoires de mode. *Adresse* : 10 rue des Chaudronniers 59400 Cambrai. *A dater du* : 6 mai 2011. *Date de commencement d'activité* : 31 mars 2011. *Commentaires* : Numéro et date de l'avis provisoire : 94A le 13/05/2011.

634 – ● 494 401 300 RCS Douai. **SECURIPRO.** *Forme* : Société à responsabilité limitée. *Administration* : Gérant(e) : DELCAMBRE Tharsile . *Capital* : 5500 euros. *Adresse* : 7 chemin des prières 59310 Orchies. *Origine du fonds* : Transfert de siège. *Etablissement* : Etablissement principal. *Activité* : Gardiennage, surveillance sur site intérieur ou extérieur avec ou sans maitre chien. *Adresse* : 7 chemin des prières 59310 Orchies. *A dater du* : 3 juin 2011. *Date de commencement d'activité* : 1er mars 2011. *Commentaires* : Immatriculation suite à transfert de son siège social hors ressort.

### GREFFE DU TRIBUNAL DE COMMERCE DE DUNKERQUE

#### Ventes et cessions

635 – ● 532 162 450 RCS Dunkerque. **FLANDRASSUR.** *Forme* : Société à responsabilité limitée. *Nom commercial* : FLANDRASSUR. *Administration* : Gérant(e) : OLIVIER Laurent, Jean-Marie, Yves Gérant(e) : BOLLIER Xavier, Philippe Gérant(e) : DECOURCELLE Christophe, Marcel, André . *Capital* : 280000 euros. *Adresse* : 8 avenue de la Haute Loge 59190 Hazebrouck. *Origine du fonds* : Etablissement principal acquis par apport au montant évalué à 17938,59 Euros. *Etablissement* : Etablissement principal. *Activité* : Agent général d'assurance, à titre accessoire, le courtage en assurance. *Adresse* : 8 avenue de la Haute Loge 59190 Hazebrouck. *Précédent propriétaire* : 429 869 639 RCS Dunkerque. **OLIVIER** (Laurent). *Précédent exploitant* : 429 869 639 RCS Dunkerque. **OLIVIER** (Laurent). *Date de commencement d'activité* : 1er juin 2011. *Publication légale* : La Gazette Nord Pas-de-Calais du 13 mai 2011. *Déclarations de créances* : Greffe du Tribunal de Commerce de Dunkerque.

## Créations d'établissements

636 - ● 513 296 939 RCS Dunkerque. **DEKEYSER** (Virginie, Christiane, Gisèle). *Nom d'usage :* GOVAERE. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Prêt à porter féminin et masculin et accessoires. *Adresse :* 3 place de la libération 59660 Merville. *A dater du :* 25 mai 2011. *Date de commencement d'activité :* 1er janvier 2011.

637 - ● 532 576 683 RCS Dunkerque. **DUBRULLE** (Jean-Benoît, Matthieu). *Nom commercial :* ASTIL. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Prestations de services, de tâches administratives, frappe, classement, pour le compte d'entreprises, conseil et assistance dans ce domaine. *Adresse :* 59 passage de la Châtaigneraie 59640 Dunkerque. *A dater du :* 25 mai 2011. *Date de commencement d'activité :* 1er juin 2011.

638 - ● 522 118 215 RCS Dunkerque. **DANES** (Bernard, André, Corneille). *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Peintre en bâtiment, pose de revêtement de sols et murs. Vente de produits annexes à l'activité. *Adresse :* 35bis rue des Frères Patteyn le Ryveld 59114 Steenvoorde. *A dater du :* 26 mai 2011. *Date de commencement d'activité :* 18 mai 2011.

639 - ● 532 493 178 RCS Dunkerque. **MASCOT.** *Forme :* Société à responsabilité limitée. *Administration :* Co-Gérant : MASCOT Pascal, Roger, Patrick, Jacques, Achille Co-Gérant : MASCOT Sophie, Thérèse née(e) FOIGNAN . *Capital :* 10000 euros. *Adresse :* 4 rue Jules Ferry 59430 Fort Mardyck. *A dater du :* 25 mai 2011. *Commentaires :* Cette société n'exerce aucune activité.

640 - ● 532 513 181 RCS Dunkerque. **DEALENOR.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant(e) : POMPONIO Paolo, Gino . *Capital :* 10000 euros. *Adresse :* 392 rue de l'Epinette Zone Artisanale des Monts de Flandres 59850 Nieppe. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Portail internet - Création, diffusion et référencement de sites internet. *Adresse :* 392 rue de l'Epinette Zone Artisanale des Monts de Flandres 59850 Nieppe. *A dater du :* 24 mai 2011. *Date de commencement d'activité :* 1er juin 2011.

641 - ● 532 574 183 RCS Dunkerque. **MAX.** *Forme :* Société civile. *Administration :* Gérant associé : FAES Emilie, Francine, Evelyne . *Capital :* 900 euros. *Adresse :* 94 rue Jules Guesde 59210 Coudekerque Branche. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Acquisition par voie d'achat ou d'apport, propriété, mise en valeur, transformation, construction, aménagement, administration, location de tous biens et droits immobiliers. *Adresse :* 94 rue Jules Guesde 59210 Coudekerque Branche. *A dater du :* 25 mai 2011. *Date de commencement d'activité :* 13 mai 2011.

642 - ● 532 577 756 RCS Dunkerque. **SCI LG.** *Forme :* Société civile. *Administration :* Gérant associé : FOURNIER Caroline, Nelly, Jacqueline . *Capital :* 1000 euros. *Adresse :* 8 boulevard Léo Lagrange 59820 Gravelines. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* La propriété, l'administration et l'exploitation par bail, location ou autrement de tous immeubles dont la société pourrait devenir propriétaire. La réalisation de travaux dans les biens propriétés de la SCI. *Adresse :* 8 boulevard Léo Lagrange 59820 Gravelines. *A dater du :* 25 mai 2011. *Date de commencement d'activité :* 23 mai 2011.

643 - ● 532 428 315 RCS Dunkerque. **SOGIC MATERIAUX ET PRESTATIONS - SOGIC . M.P.** *Forme :* Société par actions simplifiée. *Administration :* Président : MENTION Philippe, Gérard, Robert . *Capital :* 10000 euros. *Adresse :* 68 rue Bel Air 59240 Dunkerque. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Travaux publics, vente de tous matériaux, exploitation et gestion de matériaux et décharges, achat, vente, gestion location matériaux TP, batiment et transport. Acquisition immobilière, négoce, international. *Adresse :* 68 rue Bel Air 59240 Dunkerque. *A dater du :* 25 mai 2011. *Date de commencement d'activité :* 11 mai 2011.

644 - ● 532 576 485 RCS Dunkerque. **HOLDING S.A.M.** *Forme :* Société civile. *Administration :* Gérant associé : PEROUCHET Sophie, Sylvie, Monique . *Capital :* 1069976 euros. *Adresse :* 17 rue de la Samaritaine 59430 Saint-Pol-sur-Mer. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* La prise d'intérêts dans toutes sociétés industrielles, commerciales, mobilières, financières ou autres, constituées ou a constituer. *Adresse :* 17 rue de la Samaritaine 59430 Saint-Pol-sur-Mer. *A dater du :* 25 mai 2011. *Date de commencement d'activité :* 11 avril 2011.

645 - ● 532 153 749 RCS Dunkerque. **DU MALEMBOURG.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant(e) : MAERTEN Antoine, François, Hubert Gérant(e) : MAERTEN François, Fernand, Laurent Gérant(e) : MAERTEN Vincent, Bernard, Hubert . *Capital :* 7500 euros. *Adresse :* chemin du Grand Malembourg 59630 Bourbourg. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Production, commercialisation de pommes de terre. *Adresse :* chemin du Grand Malembourg 59630 Bourbourg. *A dater du :* 26 mai 2011. *Date de commencement d'activité :* 1er avril 2011.

646 - ● 532 427 366 RCS Dunkerque. **CID COTE D'OPALE FLANDRES ARTOIS.** *Forme :* Société par actions simplifiée. *Sigle :* CID COFA. *Administration :* Président : BROSSAY Fabien, Jérome Directeur général : HUTCHINSON Yvan, Gilbert Commissaire aux comptes titulaire : KPMG AUDIT NORD (SAS) Commissaire aux comptes suppléant : KPMG AUDIT PARIS ET CENTRE (SAS) . *Capital :* 30000 euros. *Adresse :* 223 rue de la République 59430 Saint-Pol-sur-Mer. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Installation, réparation, maintenance, tous travaux lies aux ascenseurs, monte-charges, escaliers, mécaniques et plus généralement lie à tout type d'élévateur de personne et de chargé et travaux annexes. *Adresse :* 223 rue de la République 59430 Saint-Pol-sur-Mer. *A dater du :* 26 mai 2011. *Date de commencement d'activité :* 1er avril 2011.

647 - ● 532 569 746 RCS Dunkerque. **DUMOLIN-LESAEGE SARL.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant(e) : DUMOLIN Mathieu, Gérard, Noël Gérant(e) : LESAEGE Pascal, Jean, Elie . *Capital :* 25000 euros. *Adresse :* 36 rue du Port 59380 Bergues. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Vente de cuisines, placards, dressings, Salles de bains. *Adresse :* 36 rue du Port 59380 Bergues. *A dater du :* 27 mai 2011. *Date de commencement d'activité :* 25 mai 2011.

648 - ● 532 462 801 RCS Dunkerque. **SCI FRAMACLAIR.** *Forme :* Société civile. *Administration :* Gérant associé : DESLE Marie-Cécile, Francine, Andréa . *Capital :* 460000 euros. *Adresse :* 5 bis place Ryckewaert 59114 Steenvoorde. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Acquisition d'un ensemble immobilier sis 5 bis place Ryckewaert 59114 Stenvoorde. *Adresse :* 5bis place Ryckewaert 59114 Steenvoorde. *A dater du :* 27 mai 2011. *Date de commencement d'activité :* 14 mai 2011.

649 - ● 532 633 229 RCS Dunkerque. **RIAD HAMMAM.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant(e) : PLANCKE-HUYGHE Pauline, Christine, Marie-Bernard . *Capital :* 8000 euros. *Adresse :* 3 rue Albert 1er 59140 Dunkerque. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Hammam, sauna, jacuzzi et autres soins corporels. *Adresse :* 3 rue Albert 1er 59140 Dunkerque. *A dater du :* 30 mai 2011. *Date de commencement d'activité :* 2 mai 2011.

## Immatriculations

650 - ● 532 574 191 RCS Dunkerque. **BRAME** (Thomas). *Origine du fonds :* Achat. *Etablissement :* Etablissement principal. *Activité :* débit de boissons brasserie. *Adresse :* 6 rue de la Bourse 59190 Hazebrouck. *A dater du :* 25 mai 2011. *Date de commencement d'activité :* 28 avril 2011. *Commentaires :* Numéro et date de l'avis provisoire : 97-A le 18/05/2011.

651 - ● 432 511 442 RCS Dunkerque. **SCI D.D.C.** *Forme :* Société civile. *Administration :* Gérant associé : DEGRYSE Véronique . *Capital :* 1080 euros. *Adresse :* 12 rue Vaillant-couturier 59180 Cappelle-la-Grande. *Origine du fonds :* Transfert d'activité. *Etablissement :* Etablissement principal. *Activité :* Locations immobiliers. *Adresse :* 12 rue Vaillant-couturier 59180 Cappelle-la-Grande. *A dater du :* 26 mai 2011. *Date de commencement d'activité :* 17 avril 2011. *Commentaires :* Immatriculation suite à transfert de son siège social hors ressort.

652 - ● 410 767 040 RCS Dunkerque. **EUROP DENTAIRE SERVICE.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant(e) : NEVEJANS HULLAERT Claudie . *Capital :* 7622.45 euros. *Adresse :* 160 la place 59470 Herzeele. *Origine du fonds :* Transfert d'activité. *Etablissement :* Etablissement principal. *Activité :* Ventes et achats produits médicaux et dentaires. *Adresse :* 160 la place 59470 Herzeele. *A dater du :* 26 mai 2011. *Date de commencement d'activité :* 15 octobre 2010. *Commentaires :* Immatriculation suite à transfert de son siège social hors ressort.

653 - ● 381 110 295 RCS Dunkerque. **STARTRANS.** *Forme :* Société par actions simplifiée. *Nom commercial :* STARTRANS. *Administration :* Président : BAILLIE Catherine, Andrée, Danielle née(e) PLESSIET Directeur général : VANLEMBROUCK Thierry, Dominique, Gaston Commissaire aux comptes titulaire : AUDIT MARQUET VAUTRIN (SARL) Commissaire aux comptes suppléant : VAUTRIN Christophe . *Capital :* 38112.25 euros. *Adresse :* avenue Maurice Berteaux 59430 Saint-Pol-sur-Mer. *Origine du fonds :* Transfert d'activité.

*Établissement* : Établissement principal. *Activité* : Transports routiers : Service de transports de marchandises pour le compte d'autrui. Transports routiers : location de véhicules pour le transport routier de marchandises. *Adresse* : avenue Maurice Berteaux 59430 Saint-Pol-sur-Mer. *A dater du* : 27 mai 2011. *Date de commencement d'activité* : 1er avril 2011. *Commentaires* : Immatriculation suite à transfert de son siège social hors ressort.

## GREFFE DU TRIBUNAL DE COMMERCE DE LILLE

### Ventes et cessions

654 – °532 697 554 RCS Lille. **LA PALETTE DU LIBRAIRE.** *Forme* : Société à responsabilité limitée. *Nom commercial* : LA PALETTE DU LIBRAIRE. *Administration* : Gérant : DEMAN Pascale Gérant : HOUSSAIS Isabelle . *Capital* : 20000.00 euros. *Adresse* : 8 rue Jean Jaurès 59113 Seclin. *Origine du fonds* : Etablissement principal acquis par achat au prix stipulé de 160.000,00 EUR. *Etablissement* : Siège social et établissement principal. *Activité* : Librairie, presse. *Enseigne* : LA PALETTE DU LIBRAIRE. *Adresse* : 8 rue Jean Jaurès 59113 Seclin. *Précédent propriétaire* : 440 534 360 RCS Lille. **DELOBEAU** (Damien). *A dater du* : 3 juin 2011. *Date d'effet* : 1er juin 2011. *Date de commencement d'activité* : 1er juin 2011. *Publication légale* : Le Syndicat agricole du 3 juin 2011. *Oppositions* : 8 rue Jean Jaurès 59113 SECLIN. *Commentaires* : Société à responsabilité limitée suite achat ou apport avec deux gérants.

655 – °531 499 481 RCS Lille. **BLED.** *Forme* : Société en nom collectif. *Administration* : Gérant associé en nom : BOTTIN Edith . *Capital* : 4000.00 euros. *Adresse* : 1 rue de l'Egalité 59160 Lomme. *Origine du fonds* : Mise en activité suite à achat de l'établissement principal au prix stipulé de 235.000,00 EUR. *Etablissement* : Siège social et établissement principal. *Activité* : Débit de boissons licence IV, articles fumeurs, confiserie, jeux de la Française des Jeux, brasserie, tabac, loto. *Enseigne* : LE LONGCHAMP. *Adresse* : 1 rue de l'Egalité 59160 Lomme. *Précédent propriétaire* : 489 248 047 RCS Lille. **LE JADE.** *A dater du* : 7 avril 2011. *Date d'effet* : 1er mai 2011. *Date de commencement d'activité* : 1er mai 2011. *Publication légale* : LA GAZETTE NORD PAS-DE-CALAIS du 7 mai 2011. *Oppositions* : FABER IMMOBILIER S.A. 9 – 9 bis RUE D'INKERMANN 59000 LILLE. *Commentaires* : Mise en activité suite à achat.

### Créations d'établissements

656 – °505 013 045 RCS Lille. **POLOYEV** (Grigor). *Nationalité* : Georgienne. *Etablissement* : Etablissement principal. *Activité* : Négoce véhicule. *Adresse* : 2 rue de la Basoche Apt 287 59650 Villeneuve-d'Ascq. *A dater du* : 24 mai 2011. *Date de commencement d'activité* : 1er mai 2011.

657 – °488 758 608 RCS Lille. **EL JALTI** (Farid). *Nationalité* : Française. *Etablissement* : Etablissement principal. *Activité* : Commerce d'alimentation générale ainsi que toute activité annexe. *Enseigne* : L'EPICERIE D'ARRAS. *Adresse* : 54 rue d'Arras 59000 Lille. *A dater du* : 3 juin 2011. *Date de commencement d'activité* : 10 juin 2011.

658 – °532 728 839 RCS Lille. **F.C.F. FRANÇOISE CARPENTIER FAMILY.** *Forme* : S.A.R.L. à associé unique. *Administration* : Gérant : CARPENTIER Françoise . *Capital* : 50000.00 euros. *Adresse* : 90 rue de Paris 59000 Lille. *Etablissement* : siège social. *Adresse* : 90 rue de Paris 59000 Lille. *A dater du* : 3 juin 2011. *Commentaires* : Cette entreprise n'exerce aucune activité.

659 – °532 291 945 RCS Lille. **DESIGN TERRASSES ET ACCES.** *Forme* : Société à responsabilité limitée. *Administration* : Gérant : EQUINET Arnaud . *Capital* : 8000.00 euros. *Adresse* : 216 rue Roger Salengro 59830 Cysoing. *Etablissement* : Siège social et établissement principal. *Activité* : Bureau d'études techniques et ingénierie spécialisé dans la fourniture et/ou la pose d' aménagements extérieurs. *Adresse* : 216 rue Roger Salengro 59830 Cysoing. *A dater du* : 23 mai 2011. *Date de commencement d'activité* : 1er juin 2011.

660 – °532 671 492 RCS Lille. **AF AUTO.** *Forme* : Société à responsabilité limitée. *Administration* : Gérant : AFFAOUI Kamel . *Capital* : 2000.00 euros. *Adresse* : 64 rue de Metz 59280 Armentières. *Etablissement* : Siège social et établissement principal. *Activité* : Commerce de voitures et de véhicules automobiles légers. Toutes opérations de quelque nature qu'elles soient, juridiques, économiques et financières civiles et commerciales. *Adresse* : 64 rue de Metz 59280 Armentières. *A dater du* : 25 mai 2011. *Date de commencement d'activité* : 11 avril 2011.

661 – °532 677 382 RCS Lille. **D.S.COM59.** *Forme* : Société à responsabilité limitée. *Nom commercial* : KIKOIOU59. *Administration* : Gérant : DUPONT Pascal Gérant : SCHUSTER Béatrice . *Capital* : 5000.00 euros. *Adresse* : 6 rue du Maréchal Foch 59120 Loos. *Etablissement* : Siège social et établissement principal. *Activité* : L'activité d'agence de communication et de publicité; Toutes prestations,

conceptions, réalisations, productions, gestion en matière de communication et de publicités sur tous supports; La vente de tous produits se rapportant aux domaines précités. *Enseigne* : KIKOIOU59. *Adresse* : 6 rue du Maréchal Foch 59120 Loos. *A dater du* : 26 mai 2011. *Date de commencement d'activité* : 15 juin 2011.

662 – °532 664 802 RCS Lille. **LE VENTURON.** *Forme* : Société à responsabilité limitée. *Administration* : Gérant : LEBEL Charles . *Capital* : 500.00 euros. *Adresse* : 35 allée Lavoisier Technoparc des Prés 59650 Villeneuve-d'Ascq. *Etablissement* : Siège social et établissement principal. *Activité* : Location d'immeubles meublés, Acquisition gestion d'immeubles en vue de leur location meublé. *Adresse* : 35 allée Lavoisier Technoparc des Prés 59650 Villeneuve-d'Ascq. *A dater du* : 27 mai 2011. *Date de commencement d'activité* : 23 mai 2011.

663 – °532 717 014 RCS Lille. **NORCA 166.** *Forme* : Société civile immobilière. *Administration* : Gérant associé indéfiniment responsable : CARON William Co-gérant associé indéfiniment responsable : BONNET Laurette . *Capital* : 1200.00 euros. *Adresse* : 166 rue de Paris 59000 Lille. *Etablissement* : Siège social et établissement principal. *Activité* : L'acquisition d'un local à usage professionnel constituant le lot n° 273 et d'un parking constituant le lot n°267 d'un immeuble sis à LILLE (59000) 166 rue de Paris. L'admnistration et l' exploitation par bial, location ou autrement dudit immeuble et de tous autres immeubles bâtis ou non bâtis dont elle pourrait devenir propriétaire ultérieurement, par voie d'acquisition, échange, apport ou autrement. Eventuellement l'aliénation du ou des immeubles devenus inutiles à la société au moyen de vente, échange ou apport en société. La société peut accorder sa caution hypothécaire aux souscripteurs de ses parts en garantie des emprunts que ceux-ci contracteraient pour libéré leur apport et ainsi permettre à la société de réaliser son objet social. *Adresse* : 166 rue de Paris 59000 Lille. *A dater du* : 31 mai 2011. *Date de commencement d'activité* : 18 mai 2011.

664 – °532 698 180 RCS Lille. **DE L'ENCLOS.** *Forme* : Société civile immobilière. *Administration* : Gérant associé indéfiniment responsable : VERDET Bernard Associé indéfiniment responsable : GUIZARD Matthieu Associé indéfiniment responsable : BOUMAHRAT Yacine . *Capital* : 1120.00 euros. *Adresse* : 8 place Cormontaigne 59000 Lille. *Etablissement* : Siège social et établissement principal. *Activité* : Acquisition d'un bien immobilier. *Adresse* : 8 place Cormontaigne 59000 Lille. *A dater du* : 31 mai 2011. *Date de commencement d'activité* : 30 juin 2011.

665 – °532 698 198 RCS Lille. **SEBASTIEN.** *Forme* : Société civile immobilière. *Administration* : Gérant associé indéfiniment responsable : DANCOISNE Michel Associé indéfiniment responsable : SAUVAGE Christelle . *Capital* : 1000.00 euros. *Adresse* : 7 rue Faidherbe 59185 Provin. *Etablissement* : Siège social et établissement principal. *Activité* : Acquisition d'immeubles, administration et exploitation par bail, location ou autrement dudit immeuble. *Adresse* : 7 rue Faidherbe 59185 Provin. *A dater du* : 31 mai 2011. *Date de commencement d'activité* : 11 avril 2011.

666 – °532 673 126 RCS Lille. **ZION DEVELOPPEMENT.** *Forme* : Société de responsabilité limitée. *Nom commercial* : UNIVERS CLOTURE. *Administration* : Gérant : DELMARRE Hervé . *Capital* : 2000.00 euros. *Adresse* : 53 bis rue Gabriel Péri 59112 Carnin. *Etablissement* : Siège social et établissement principal. *Activité* : Import-export de tout type de produits. Prestations administratives comptables, d'images numériques la prise de tous intérêts et participations sous quelque forme que ce soit dans toutes sociétés, affaires ou entreprises. *Adresse* : 53 bis rue Gabriel Péri 59112 Carnin. *A dater du* : 3 juin 2011. *Date de commencement d'activité* : 14 avril 2011.

667 – °532 671 708 RCS Lille. **4 S DEVELOPPEMENT.** *Forme* : Société à responsabilité limitée. *Administration* : Gérant : SABA Denis . *Capital* : 2000.00 euros. *Adresse* : 273 rue Pierre Legrand 59800 Lille. *Etablissement* : Siège social et établissement principal. *Activité* : Import export de tout type de produits. Prestations administratives, comptables, d'images numériques, la prise de tous intérêts et participations sous quelque forme que ce soit dans toutes sociétés, affaires ou entreprises ainsi que l'administration, la gestion, le contrôle et la mise en valeur de ces participations. *Adresse* : 273 rue Pierre Legrand 59800 Lille. *A dater du* : 3 juin 2011. *Date de commencement d'activité* : 4 mai 2011.

668 – °532 715 661 RCS Lille. **ULTI PROJECTS.** *Forme* : Société à responsabilité limitée. *Administration* : Gérant : DEJONGHE Stéphane . *Capital* : 1000.00 euros. *Adresse* : 91 rue Nationale 59045 Lille Cedex. *Etablissement* : Siège social et établissement principal. *Activité* : Gestion de projets informatiques, éditeur de logiciels administration de sites internet management et conseil en entreprise de type SSII. *Adresse* : 91 rue Nationale 59045 Lille Cedex. *A dater du* : 7 juin 2011. *Date de commencement d'activité* : 1er juin 2011.

669 – ° 532 728 946 RCS Lille. **APPLE WIND NEW.** *Forme :* Société à responsabilité limitée. *Nom commercial :* APPLE WIND. *Administration :* Gérant : DELAGE Marion . *Capital :* 40000.00 euros. *Adresse :* rue du chemin Vert 59710 Avelin. *Etablissement :* Siège social et établissement principal. *Activité :* Etude réalisation assemblage et négoce d'éoliennes à axe vertical. Valorisation et commercialisation de toute innovation en matière d'énergie éolienne. *Adresse :* rue du chemin Vert 59710 Avelin. *A dater du :* 7 juin 2011. *Date de commencement d'activité :* 2 mai 2011.

670 – ° 532 755 733 RCS Lille. **DIZANE.** *Forme :* Société à responsabilité limitée. *Nom commercial :* DIZANE. *Administration :* Gérant : KHIAT Hamza . *Capital :* 2000.00 euros. *Adresse :* 96 rue Racine 59000 Lille. *Etablissement :* Siège social et établissement principal. *Activité :* L'exploitation de salon de coiffure. Vente de produits accessoires. *Enseigne :* DIZANE. *Adresse :* 96 rue Racine 59000 Lille. *A dater du :* 7 juin 2011. *Date de commencement d'activité :* 1er juin 2011.

671 – ° 532 687 431 RCS Lille. **ABVALT.** *Forme :* Société à responsabilité limitée. *Nom commercial :* ABVALT. *Administration :* Gérant : GARBACENOKAS Ramunas . *Capital :* 5000.00 euros. *Adresse :* 17 rue de Courtrai 59000 Lille. *Etablissement :* Siège social et établissement principal. *Activité :* Commerce de voitures et véhicules automobiles légers, construction et rénovation de bâtiments résidentiels et non résidentiels. *Enseigne :* ABVALT. *Adresse :* 17 rue de Courtrai 59000 Lille. *A dater du :* 7 juin 2011. *Date de commencement d'activité :* 1er juin 2011.

672 – ° 532 685 708 RCS Lille. **HOME-ECO 59.** *Forme :* Société à responsabilité limitée. *Nom commercial :* HOME ECO 59. *Administration :* Gérant : ANDERSON Bryan . *Capital :* 1000.00 euros. *Adresse :* rue du Pic au Vent Crt 1 Batiment Espace Services 59810 Lesquin. *Etablissement :* Siège social et établissement principal. *Activité :* Traitement de bois de charpente, isolation, imprégnation du bois. *Adresse :* rue du Pic au Vent Crt 1 Batiment Espace Services 59810 Lesquin. *A dater du :* 7 juin 2011. *Date de commencement d'activité :* 1er juin 2011.

673 – ° 532 789 682 RCS Lille. **LOUISON & CO.** *Forme :* Société civile immobilière. *Administration :* Gérant associé indéfiniment responsable : GIANQUINTO Cyril Associé indéfiniment responsable : JOLY Emilie . *Capital :* 200.00 euros. *Adresse :* 47 rue Jean Macé 59280 Armentières. *Etablissement :* Siège social et établissement principal. *Adresse :* 47 rue Jean Macé 59280 Armentières. *A dater du :* 7 juin 2011. *Date de commencement d'activité :* 25 mai 2011.

### Immatriculations

674 – ° 444 296 651 RCS Lille. **LE DOMAINE DU PETIT BOIS.** *Forme :* Société civile immobilière. *Administration :* Gérant associé indéfiniment responsable : FOCH Sarah Associé indéfiniment responsable : HADOUX André . *Capital :* 2000.00 euros. *Adresse :* 41 rue du Moulin 59710 Ennevelin. *Etablissement :* Siège social et établissement principal. *Activité :* Marchand de biens promotion immobilière acquisition de tous immeubles et gestion. *Adresse :* 41 rue du Moulin 59710 Ennevelin. *A dater du :* 30 mai 2011. *Date d'effet :* 15 décembre 2009. *Date de commencement d'activité :* 15 décembre 2009. *Commentaires :* Immatriculation d'une personne morale suite à transfert de son siège social hors ressort. Changement de gérant.

### GREFFE DU TRIBUNAL DE COMMERCE DE ROUBAIX-TOURCOING

### Créations d'établissements

675 – ° 532 644 580 RCS Roubaix-Tourcoing. **MENOUAR** (Mickael). *Nom commercial :* Ze gourmand. *Nationalité :* Française. *Etablissement :* Etablissement principal. *Activité :* Intermédiaire de livraison de plateaux repas et plats de restauration à domicile. Toutes activités commerciales de livraison. *Adresse :* 3 allée Claude Monet 59166 Bousbecque. *A dater du :* 6 juin 2011. *Date de commencement d'activité :* 6 juin 2011.

### GREFFE DU TRIBUNAL DE COMMERCE DE VALENCIENNES

### Ventes et cessions

676 – ° RCS non inscrit. **NOUVEL'HAIR.** *Forme :* S.A.R.L. à associé unique. *Adresse :* 15 avenue de France 59600 Maubeuge. *Origine du fonds :* Fonds acquis par achat au prix stipulé de 35.000,00 EUR. *Etablissement :* Siège social et établissement principal. *Activité :* Fonds artisanal de coiffure mixte. *Adresse :* 15 avenue de France 59600 Maubeuge. *Précédent propriétaire :* RCS non inscrit. **MARTIN** (Myriam). *Date d'effet :* 16 mai 2011. *Publication légale :* LE SYNDICAT AGRICOLE du 27 mai 2011. *Oppositions :* Etude de Me SEOUD Camel, place des Arts à MAUBEUGE. *Commentaires :* Avis provisoire préalable société.

## 60 - OISE

### GREFFE DU TRIBUNAL DE COMMERCE DE BEAUVAIS

### Ventes et cessions

677 – ° RCS non inscrit. **MELLET.** *Forme :* Société à responsabilité limitée. *Adresse :* 401 route de Beaumont 60230 Chambly. *Origine du fonds :* Fonds acquis par achat au prix stipulé de 250.000,00 EUR. *Etablissement :* Etablissement secondaire. *Activité :* Contrôle technique automobile. *Adresse :* 6 rue Ferdinand de Lesseps 60000 Beauvais. *Précédent propriétaire :* 444 052 500 RCS Beauvais. **C.V.L.** *Publication légale :* LE PARISIEN du 7 juin 2011. *Oppositions :* CVL, 6 rue Ferdinand de Lesseps à BEAUVAIS (60000).

### Créations d'établissements

678 – ° 532 659 885 RCS Beauvais. **CILIEGIA.** *Forme :* Société civile immobilière. *Administration :* Gérant associé indéfiniment responsable : WUILBERT Sébastien Gérant associé indéfiniment responsable : COUVERCHEL Stéphanie Michèle Nicole . *Capital :* 1000.00 euros. *Adresse :* 1 rue du Hénu 60510 Bonlier. *Etablissement :* Siège social et établissement principal. *Activité :* Acquisition, administration et exploitation par bail, location ou autrement, de tous immeubles bâtis, dont la société pourrait devenir propriétaire et vente des immeubles sociaux. *Adresse :* 1 rue du Hénu 60510 Bonlier. *A dater du :* 23 mai 2011. *Date de commencement d'activité :* 14 avril 2011.

679 – ° 532 656 212 RCS Beauvais. **MAIDRIMO.** *Forme :* Société civile immobilière. *Administration :* Gérant associé indéfiniment responsable : RODRIGUES Dominique Antoine Associé indéfiniment responsable : CLEC'H Isabelle . *Capital :* 1000.00 euros. *Adresse :* 8 ruelle du Page 60540 Fosseuse. *Etablissement :* Siège social et établissement principal. *Activité :* Immeuble à usage de location et d'habitation en copropriété de terrain. *Adresse :* 8 ruelle du Page 60540 Fosseuse. *A dater du :* 23 mai 2011. *Date de commencement d'activité :* 1er juin 2011.

680 – ° 532 658 846 RCS Beauvais. **ANDRIMO.** *Forme :* Société civile immobilière. *Administration :* Gérant associé indéfiniment responsable : ANDREANI Christophe Serge Associé indéfiniment responsable : ABRAL Corinne Véronique Paulette . *Capital :* 1000.00 euros. *Adresse :* 33 rue du Vert Galant 60540 Fosseuse. *Etablissement :* Siège social et établissement principal. *Activité :* Immeuble à usage de location et d'habitation en copropriété de terrains. *Adresse :* 33 rue du Vert Galant 60540 Fosseuse. *A dater du :* 23 mai 2011. *Date de commencement d'activité :* 1er juin 2011.

681 – ° 532 516 911 RCS Beauvais. **CMME.** *Forme :* Société à responsabilité limitée. *Administration :* Co-gérant : PREVAUTEL Franck Alain Co-gérant : SENECAILLE Gilles André Charles . *Capital :* 7000.00 euros. *Adresse :* 18 rue de la Porte des Champs 60110 Amblainville. *Etablissement :* Siège social et établissement principal. *Activité :* Commercialisation, installation, maintenance de matériel dans le domaine du recyclage. *Adresse :* 18 rue de la Porte des Champs 60110 Amblainville. *A dater du :* 23 mai 2011. *Date de commencement d'activité :* 6 juin 2011.

### Immatriculations

682 – ° 450 055 728 RCS Beauvais. **SANAB.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant : BIZRANE Mohamed . *Capital :* 8000.00 euros. *Adresse :* 13 rue de Tourraine c.Commercial des Champs Dolent 60000 Beauvais. *Etablissement :* Siège social et établissement principal. *Activité :* Supérette. *Adresse :* 13 rue de Tourraine c.Commercial des Champs Dolent 60000 Beauvais. *Précédent propriétaire :* 387 842 081 RCS Beauvais. **AHAYAN** (Abdeslam). *A dater du :* 23 mai 2011. *Date d'effet :* 30 mars 2011. *Date de commencement d'activité :* 30 mars 2011. *Commentaires :* Immatriculation d'une personne morale suite à transfert de son siège social hors ressort. Société à responsabilité limitée avec 1 gérant avec transfert.

683 – ° 482 860 152 RCS Beauvais. **SCI LA FONTAINE.** *Forme :* Société civile immobilière. *Administration :* Gérant associé indéfiniment responsable : CRAIPEAU Jean François Joel Daniel Associé indéfiniment responsable : CRAIPEAU Bernard Gérard Gabriel . *Capital :* 1000.00 euros. *Adresse :* 14 rue du Chateau le Bout du Bois 60240 Montjavoult. *Etablissement :* Siège social et établissement principal. *Activité :* Acquisition, location, exploitation par le bail, location ou autre de tous biens immobiliers. *Adresse :* 14 rue du Chateau le Bout du Bois 60240 Montjavoult. *A dater du :* 23 mai 2011. *Date d'effet :* 31 décembre 2009. *Date de commencement d'activité :* 1er juin 2005. *Commentaires :* Immatriculation d'une personne morale suite à transfert de son siège social hors ressort. Société civile transférée dans le ressort avec un gérant.

## GREFFE DU TRIBUNAL DE COMMERCE DE COMPIÈGNE

### Créations d'établissements

684 – *532 711 595 RCS Compiegne. **LEFEVRE & ASSOCIES.** *Forme* : Société à responsabilité limitée. *Administration* : Gérant : SAINT-MARTIN Gary Yves Lucien . *Capital* : 2000.00 euros. *Adresse* : 35 7 Ème Avenue 60260 Lamorlaye. *Origine du fonds* : Création d'un fonds de commerce. *Etablissement* : Etablissement principal. *Activité* : la rénovation et la décoration de lieux prives ou publics : tous corps d'état : peinture, carrelage, revêtement de sol, plomberie, électricité, tous travaux de petite maçonnerie. *Date de commencement d'activité* : 16 mai 2011.

## 61 - ORNE

### GREFFE DU TRIBUNAL DE COMMERCE D'ALENÇON

### Ventes et cessions

685 – ●532 726 866 RCS Alençon. **MESQUITA** (Doniria). *Origine du fonds* : Etablissement principal acquis par achat au prix stipulé de 20000 Euros. *Etablissement* : Etablissement principal. *Activité* : Bar, dépôt de pain, dépôt de presse, dépôt gaz, épicerie multiservices, service postal, tabac et grattage. *Adresse* : Le Bourg 61150 Vieux pont. *Précédent propriétaire* : 453 365 181 RCS Alençon. **BARBIER** (Christine). *Nom d'usage* : AMIOT. *Date de commencement d'activité* : 1er mai 2011. *Publication légale* : Ouest France du 5 mai 2011. *Oppositions* : Maître COURTONNE 47, rue Saint Denis 61600 La ferté Macé.

686 – ● **Rectificatif :** BODAC A. *Numéro de parution* : 20110078. *Date de parution* : 20 avril 2011. *Annonce numéro* : 1037. Cet avis est annulé et remplacé par le suivant . 352 120 802 RCS Caen. **LES COMBUSTIBLES DE NORMANDIE.** *Forme* : Société anonyme. *Sigle* : LCN. *Adresse* : 4 quai de Normandie 14000 Caen. *Origine du fonds* : acquis par apport au montant évalué à 0 Euros. *Etablissement* : Etablissement complémentaire. *Activité* : Commerce de détail des combustibles liquides et gazeux. *Adresse* : 7 avenue du Docteur Joly 61140 Bagnoles-de-l'orne. *Précédent propriétaire* : 603 820 622 RCS Caen. **PATIN NORMANDIE.** *Date de commencement d'activité* : 31 décembre 2010. *Oppositions* : pas d'oppositions.

687 – ●439 647 462 RCS Alençon. **AUTOS DISCOUNT 61.** *Forme* : Société à responsabilité limitée. *Administration* : Gérant(e) : PERIC Rose . *Capital* : 7625 euros. *Adresse* : La Grippe 61400 Mortagne-au-Perche. *Origine du fonds* : acquis par achat au prix stipulé de 35000 Euros. *Etablissement* : Etablissement complémentaire. *Activité* : Carrosserie, peinture automobile, vente et réparation de tous véhicules neufs et d'occasion, ventes de pièces détachées neuves et d'occasion, lubrifiants, pneus et de pare brise dépannage et location de tous véhicules import export de tous véhicules neufs et d'occasion. *Adresse* : Mondion 61560 Bazoches-sur-Hoëne. *Précédent propriétaire* : 425 106 317 RCS Alençon. **EURL CARROSSERIE SURIN PATRICK.** *Date de commencement d'activité* : 25 mars 2011. *Publication légale* : Ouest France du 30 mars 2011. *Oppositions* : au siège social du séquestre Maître LEMEE 39, avenue de Quakenbruck 61000 Alençon.

688 – ●499 970 283 RCS Alençon. **LE PETIT PANETON.** *Forme* : Société à responsabilité limitée. *Administration* : Gérant(e) : PERRAUX Alexis . *Capital* : 7500 euros. *Adresse* : rue Francisque de Corcelle 61500 Essay. *Origine du fonds* : Fonds artisanal acquis par achat au prix stipulé de 40000 Euros. *Etablissement* : Etablissement complémentaire. *Activité* : Boulangerie pâtisserie. *Adresse* : 39 Grande Rue 61570 Mortrée. *Précédent propriétaire* : 431 603 877 RCS Alençon. **LONGUET** (Wilfrid). *Précédent exploitant* : 431 603 877 RCS Alençon. **LONGUET** (Wilfrid). *Date de commencement d'activité* : 1er avril 2011. *Oppositions* : pas d'oppositions.

689 – ●529 931 917 RCS Alençon. **A.D.S. HABITAT.** *Forme* : Société à responsabilité limitée. *Administration* : Gérant(e) : AUGER Denis . *Capital* : 40000 euros. *Adresse* : 24 rue de la Sente au Bois 61200 Argentan. *Origine du fonds* : Etablissement principal acquis par achat au prix stipulé de 70000 Euros. *Etablissement* : Etablissement principal. *Activité* : Vente de droguerie, produits chimiques, peintures, articles se rapportant au décor de la maison. *Adresse* : Zone Industrielle de Coulandon 61200 Argentan. *Précédent propriétaire* : 346 920 051 RCS Alençon. **SOCIETE SAINT GERMAIN - MAISON DU DECOR.** *Date de commencement d'activité* : 1er janvier 2011. *Publication légale* : le Journal de l'Orne du 17 février 2011. *Oppositions* : Maître Catherine LE CARBONNIER de la MORSANGLIERE 37 - 39, avenue de Quakenbruck 61000 Alençon. *Commentaires* : Transfert de l'établissement principal.

### Créations d'établissements

690 – ●435 184 981 RCS Alençon. **LEPOTIER** (Lydia). *Nom d'usage* : BOUQUEREL. *Nom commercial* : CABINET LYDIA BOUQUEREL. *Origine du fonds* : Création. *Etablissement* : Etablissement principal. *Activité* : Traitement de la surchage pondérale, massage relaxant, soins esthétiques, vente de produits y afférent, bijoux fantaisie et accessoires. *Adresse* : 52 rue des Canadiens 61100 Saint-Georges-des-Groseillers. *A dater du* : 30 mai 2011. *Date de commencement d'activité* : 19 juillet 2010.

691 – ●513 673 301 RCS Alençon. **GAULARD** (Olivier). *Origine du fonds* : Création. *Etablissement* : Etablissement principal. *Activité* : Charcuterie, traiteur et rayon boucherie. *Adresse* : 3 rue de la Coudre 61130 Saint-Germain-de-la-Coudre. *A dater du* : 1er juin 2011. *Date de commencement d'activité* : 1er juin 2011.

692 – ●511 969 883 RCS Alençon. **LERAISNIER** (Jérémy). *Origine du fonds* : Création. *Etablissement* : Etablissement principal. *Activité* : Électricité générale, installation solaire, climatisation, pose et entretien de portes sectorielles, activité de maître d'oeuvre. *Adresse* : Les Puisarts 61270 La Chapelle Viel. *A dater du* : 1er juin 2011. *Date de commencement d'activité* : 16 mai 2011.

693 – ●532 641 941 RCS Alençon. **SARL DIDRICHE.** *Forme* : Société à responsabilité limitée. *Administration* : Gérant(e) : DIDRICHE Yoan . *Capital* : 5000 euros. *Adresse* : 35 rue Barrabé 61700 Domfront. *A dater du* : 31 mai 2011. *Commentaires* : Cette société n'exerce aucune activité.

694 – ●532 592 359 RCS Alençon. **TECHNIQUE ETANCHEITE BARDAGE.** *Forme* : Société à responsabilité limitée. *Nom commercial* : SARL TEB. *Sigle* : TEB. *Administration* : Gérant(e) : JOURDAN Emeline . *Capital* : 600 euros. *Adresse* : 10 rue Richard Lenoir 61100 Flers. *Origine du fonds* : Création. *Etablissement* : Etablissement principal. *Activité* : Pose de panneaux de bardage et de couverture, réalisation de travaux d'étanchéité et de travaux de décoration. *Adresse* : 10 rue Richard Lenoir 61100 Flers. *A dater du* : 30 mai 2011. *Date de commencement d'activité* : 25 avril 2011.

695 – ●532 589 421 RCS Alençon. **SARL DESHAYES ENERGIE.** *Forme* : Société à responsabilité limitée. *Administration* : Co-Gérant : DESHAYES Jean-Pierre Co-Gérant : DESHAYES Valérie née(e) SCHNEIDER . *Capital* : 1250 euros. *Adresse* : La Gennetière 61130 Pouvrai. *Origine du fonds* : Création. *Etablissement* : Etablissement principal. *Activité* : Engraissement de porcs, le travail à façon sur porcs, l'exercice d'activités agricoles et commerciales, production et vente d'énergie. *Adresse* : La Gennetière 61130 Pouvrai. *A dater du* : 30 mai 2011. *Date de commencement d'activité* : 1er juin 2011.

696 – ●532 623 501 RCS Alençon. **SCI DE LA LONDE.** *Forme* : Société civile immobilière. *Administration* : Co-gérant associé : LECONTE Didier Co-gérant associé : HERVIEU Jean-Paul . *Capital* : 1000 euros. *Adresse* : La Londe 61160 Bailleul. *Origine du fonds* : Création. *Etablissement* : Etablissement principal. *Activité* : Achat, construction, transformation et location d'immeubles. *Adresse* : La Londe 61160 Bailleul. *A dater du* : 30 mai 2011. *Date de commencement d'activité* : 23 mai 2011.

697 – ●532 383 817 RCS Alençon. **EURL BIEN ETRE HABITAT.** *Forme* : Société à responsabilité limitée. *Administration* : Gérant associé unique : JARDIN Christophe . *Capital* : 5000 euros. *Adresse* : 360 rue de la Blanchardière 61100 Flers. *Origine du fonds* : Création. *Etablissement* : Etablissement principal. *Activité* : Rénovation intérieure, menuiserie intérieure, isolation et bardage extérieur, tout le second oeuvre nécessaire à la réalisation de l'objet principal, agencement de magasin. *Adresse* : 360 rue de la Blanchardière 61100 Flers. *A dater du* : 30 mai 2011. *Date de commencement d'activité* : 10 mai 2011.

698 – ●532 724 648 RCS Alençon. **SCI QUID NOVO MORTAGNE.** *Forme* : Société civile. *Administration* : Co-gérant associé : DESNOS-FERRIES Thierry Co-gérant associé : TABURET Philippe . *Capital* : 1000 euros. *Adresse* : 78 rue des Déportés 61400 Mortagne-au-Perche. *Origine du fonds* : Création. *Etablissement* : Etablissement principal. *Activité* : Administration et exploitation par bail, location ou autrement, de tous les immeubles bâtis ou non bâtis dont la société pourrait devenir propriétaire par voie d'acquisition, d'apport, d'échange ou autrement. Et propriété et gestion d'un portefeuille de valeurs mobilières. *Adresse* : 78 rue des Déportés 61400 Mortagne-au-Perche. *A dater du* : 1er juin 2011. *Date de commencement d'activité* : 13 mai 2011.

699 – ●532 696 168 RCS Alençon. **COULBAULT & JEAN.** *Forme* : Société à responsabilité limitée. *Administration* : Gérant(e) : COULBAULT André . *Capital* : 10000 euros. *Adresse* : 16 rue Ambroise Paré 61000 Alençon. *Origine du fonds* : Création. *Etablissement* : Etablissement principal. *Activité* : Couverture, charpente, ramonage, zinguerie. *Adresse* : 16 rue Ambroise Paré 61000 Alençon. *A dater du* : 3 juin 2011. *Date de commencement d'activité* : 1er juin 2011.

**700** – ● 532 690 021 RCS Alençon. **SCI LE BOULET.** *Forme :* Société civile. *Sigle :* SCI LE BOULET. *Administration :* Co-gérant associé : SOROCZ̆AK Michel Co-gérant associé : BIGNON Valérie . *Capital :* 38000 euros. *Adresse :* 14 route Motte Boulet 61560 La mesnière. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* L'acquisition, l'administration et l'exploitation par bail, location ou autrement de tous les immeubles bâtis ou non bâtis, dont la société pourrait devenir propriétaire par voie d'acquisition, d'apport, d'échange ou autrement. *Adresse :* 14 route Motte Boulet 61560 La mesnière. *A dater du :* 3 juin 2011. *Date de commencement d'activité :* 20 mai 2011.

**701** – ● 532 698 958 RCS Alençon. **LA BARBINIERE.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant(e) : BRANDEL François . *Capital :* 60000 euros. *Adresse :* 1 Les Ferrettes 61290 Neuilly-sur-Eure. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Les activités d'hébergement et de restauration sous forme de gîte rural, de chambres d'hôte et de table d'hôte. *Adresse :* 1 Les Ferrettes 61290 Neuilly-sur-Eure. *A dater du :* 3 juin 2011. *Date de commencement d'activité :* 1er juin 2011.

**702** – ● 532 644 093 RCS Alençon. **NORMANDIE JOB.** *Forme :* Société par actions simplifiée. *Nom commercial :* NORMANDIE JOB. *Administration :* Président : LECOUVREUR Elisa . *Capital :* 10000 euros. *Adresse :* Maison des Entreprises et des Territoires 12 route de Sées 61200 Argentan. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Mise à disposition provisoire de salariés spécialisés dans les métiers de l'agriculture, travaux agricoles, métiers du cheval, travaux publics. *Adresse :* Maison des Entreprises et des Territoires 12 route de Sées 61200 Argentan. *A dater du :* 3 juin 2011. *Date de commencement d'activité :* 1er juin 2011.

### Immatriculations

**703** – ● 532 646 304 RCS Alençon. **MARIANNE** (Olivia). *Origine du fonds :* Reçu en location-gérance. *Etablissement :* Etablissement principal. *Activité :* Café, bar, épicerie. *Adresse :* 72 rue de Guéramé 61000 Alençon. *Précédent exploitant :* 403 504 418 RCS Le Mans. **LE PABIC** (Josette). *A dater du :* 31 mai 2011. *Date de commencement d'activité :* 2 mai 2011.

**704** – ● 478 794 647 RCS Alençon. **CARDI 0170 BM ARGENTAN.** *Forme :* Société civile. *Administration :* Gérant(e) : BUQUET Guillaume . *Capital :* 1000 euros. *Adresse :* Boulevard de l'Expansion 61200 Argentan. *Origine du fonds :* Transfert de siège. *Etablissement :* Etablissement principal. *Activité :* Souscription d'un crédit bail portant sur les biens immobiliers sis à Argentan 75 Avenue de la 2ème DB. *Adresse :* Boulevard de l'Expansion 61200 Argentan. *A dater du :* 31 mai 2011. *Date de commencement d'activité :* 30 août 2004. *Commentaires :* Immatriculation suite à transfert de son siège social hors ressort. Modification survenue sur l'administration.

## 62 - PAS-DE-CALAIS

### GREFFE DU TRIBUNAL DE COMMERCE D'ARRAS

#### Ventes et cessions

**705** – ● 418 374 849 RCS Arras. **GUERLAIN** (Arnaud). *Origine du fonds :* Etablissement principal acquis par achat au prix stipulé de 185000 Euros. *Etablissement :* Etablissement principal. *Activité :* Boulangerie pâtisserie confiserie. *Adresse :* 1040 rue Emile Zola 62122 Labeuvrière. *Précédent propriétaire :* 439 623 125 RCS Arras. **SARL GENEVIEVE ET FRANCIS.** *Date de commencement d'activité :* 12 mai 2011. *Publication légale :* Horizons nord pas de Calais du 13 mai 2011. *Oppositions :* Cabinet Eric Gournay SARL 1, rue du Cloître de la Barge BP 0831 80008 Amiens.

#### Créations d'établissements

**706** – ● 397 966 623 RCS Arras. **BACHELET** (Vivian, Michel, Yves). *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Friterie boissons glaces en fixe et en ambulant. *Adresse :* 9 route Départementale 928 62770 Wamin. *A dater du :* 1er juin 2011. *Date de commencement d'activité :* 19 mars 2011.

**707** – ● 482 422 524 RCS Arras. **HUCHETTE** (Arnaud). *Nom commercial :* HUCHETTE ARNAUD. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Entrepreneur paysagiste. *Adresse :* 540 rue de la Lys 62840 Sailly sur-la-lys. *A dater du :* 1er juin 2011. *Date de commencement d'activité :* 1er juin 2011.

**708** – ● 491 669 339 RCS Arras. **DELILLE** (Robert). *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Commerce de tous biens d'équipement et d'aménagement pour l'habitat - prestations commerciales. *Adresse :* 160 rue de la Neuve Voie 62136 La Couture. *A dater du :* 6 juin 2011. *Date de commencement d'activité :* 1er janvier 2011.

**709** – ● 532 664 349 RCS Arras. **CHABALA.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant(e) : ENDTER Daniel, Eric Gérant(e) : MONNET Jacques . *Capital :* 200 euros. *Adresse :* 43 rue Désiré Delansorme 62000 Arras. *A dater du :* 1er juin 2011. *Commentaires :* Cette société n'exerce aucune activité.

**710** – ● 532 671 187 RCS Arras. **PHARMACIE COUSIN.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant(e) : COUSIN Guillaume . *Capital :* 100000 euros. *Adresse :* 20 rue Kleber 62750 Loos-en-Gohelle. *A dater du :* 1er juin 2011. *Commentaires :* Cette société n'exerce aucune activité.

**711** – ● 532 690 716 RCS Arras. **MAISON CARPENTIER PLANQUE.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant(e) : CARPENTIER Didier . *Capital :* 4000 euros. *Adresse :* 6 rue Alfred Dauchez 62410 Wingles. *A dater du :* 3 juin 2011. *Commentaires :* Cette société n'exerce aucune activité.

**712** – ● 532 696 176 RCS Arras. **LOTTE.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant(e) : LOTTE Philippe . *Capital :* 40000 euros. *Adresse :* 13 rue d'Auchel 62190 Lières. *A dater du :* 6 juin 2011. *Commentaires :* Cette société n'exerce aucune activité.

**713** – ● 532 680 410 RCS Arras. **M.C.F.** *Forme :* Société à responsabilité limitée. *Nom commercial :* MONTAGE CHAMBRE FRIGORIFIQUE. *Administration :* Gérant(e) : AIDOUDI Mehdi . *Capital :* 7500 euros. *Adresse :* 65 avenue Winston Churchill 62000 Arras. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Pose installation assemblage fourniture des chambres froide et frigorifique ainsi que la maintenance le dépannage et les travaux s y rapportant travaux de rénovation vente achat de tous produits et matériels de toutes sortes non soumis à la réglementation en vigueur se rapportant directement ou indirectement à l'objet social. *Adresse :* 65 avenue Winston Churchill 62000 Arras. *A dater du :* 1er juin 2011. *Date de commencement d'activité :* 1er juin 2011.

**714** – ● 532 658 150 RCS Arras. **ISTANBUL.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant(e) : CAGLAR Oguzhan . *Capital :* 1000 euros. *Adresse :* 109 avenue de la République 62420 Billy-Montigny. *Origine du fonds :* Création. *Etablissement principal. Activité :* Restauration rapide restaurant brasserie. *Adresse :* 109 avenue de la République 62420 Billy-Montigny. *A dater du :* 1er juin 2011. *Date de commencement d'activité :* 20 mai 2011.

**715** – ● 532 671 484 RCS Arras. **SCI PITCHPIN.** *Forme :* Société civile immobilière. *Administration :* Gérant(e) : CONFURON Benoit Gérant(e) : CAILLEREZ Anne-Sophie née(e) CONFURON Gérant(e) : LUTUN Marie-Pierre Gérant(e) : CONFURON Béatrice . *Capital :* 100000 euros. *Adresse :* 6 rue de la Chaîne 62810 Barly. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Acquisition gestion et exploitation par bail Location ou autrement de tous biens ou droits immobiliers à quelque endroit qu ils se trouvent situés. *Adresse :* 6 rue de la Chaîne 62810 Barly. *A dater du :* 1er juin 2011. *Date de commencement d'activité :* 30 mai 2011.

**716** – ● 532 665 833 RCS Arras. **LUDE.** *Forme :* Société civile immobilière. *Administration :* Gérant associé : LELEU Christophe Gérant associé : DE JONGHE Corinne . *Capital :* 1000 euros. *Adresse :* 20 rue Lamendin 62410 Meurchin. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Acquisition administration et l exploitation par bail location des immeubles bâtis ou non bâtis. *Adresse :* 20 rue Lamendin 62410 Meurchin. *A dater du :* 1er avril 2011. *Date de commencement d'activité :* 1er avril 2011.

**717** – ● 532 665 098 RCS Arras. **AG LYS AUTO.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant(e) : GAILLIARD Arnaud . *Capital :* 1000 euros. *Adresse :* 2160 rue de la Lys 62840 Sailly sur-la-lys. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Négoce automobile. *Adresse :* 2160 rue de la Lys 62840 Sailly sur-la-lys. *A dater du :* 1er avril 2011. *Date de commencement d'activité :* 1er avril 2011.

**718** – ● 532 658 127 RCS Arras. **ILK MOTORS.** *Forme :* Société à responsabilité limitée. *Nom commercial :* ILK MOTORS. *Administration :* Gérant(e) : SEDDAR Myriam Directeur technique des transports : SEDDAR Christophe . *Capital :* 6500 euros. *Adresse :* 161 rue des Fusillés 62740 Fouquières-lès-Lens. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Fret de marchandises de moins de trois tonnes cinq négoce de tous véhicules vente et marchandises neuves ou occasions toutes prestations de service. *Adresse :* 161 rue des Fusillés 62740 Fouquières-lès-Lens. *A dater du :* 1er juin 2011. *Date de commencement d'activité :* 1er juin 2011.

719 – ●532 671 922 RCS Arras. **DPT EXPRESS.** *Forme :* Entreprise unipersonnelle à responsabilité limitée. *Nom commercial :* DPT EXPRESS. *Administration :* Gérant(e) : DUBRULLE Philippe . *Capital :* 1000 euros. *Adresse :* 426 rue des Chavattes 62136 La Couture. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Transports routiers : Transports de marchandises pour le compte d'autrui - transports routiers : location de véhicules pour le transport routier de marchandises. *Adresse :* 426 rue des Chavattes 62136 La Couture. *A dater du :* 1er juin 2011. *Date de commencement d'activité :* 15 juin 2011.

720 – ●532 678 778 RCS Arras. **LES JARDINS D'ARNO.** *Forme :* Entreprise unipersonnelle à responsabilité limitée. *Nom commercial :* LES JARDINS D'ARNO. *Administration :* Gérant(e) : HUCHETTE Arnaud . *Capital :* 1000 euros. *Adresse :* 540 rue de la Lys 62840 Sailly sur-la-lys. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Fournitures service à la personne. *Adresse :* 540 rue de la Lys 62840 Sailly sur-la-lys. *A dater du :* 1er juin 2011. *Date de commencement d'activité :* 1er juin 2011.

721 – ●532 713 831 RCS Arras. **COREAL.** *Forme :* Société civile immobilière. *Administration :* Gérant associé : CORET Jean-Luc Gérant associé : CORET Julien . *Capital :* 500 euros. *Adresse :* 2 rue du Château 62158 Couturelle. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Propriété gestion et administration par bail ou autrement de tous immeubles et droits immobiliers composant son patrimoine. *Adresse :* 2 rue du Château 62158 Couturelle. *A dater du :* 1er juin 2011. *Date de commencement d'activité :* 20 mai 2011.

722 – ●532 715 133 RCS Arras. **SCI CESA.** *Forme :* Société civile immobilière. *Administration :* Gérant associé : de DIESBACH de BELLEROCHE Hugues . *Capital :* 500 euros. *Adresse :* 24 rue de Grosville 62173 Rivière. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Acquisition et propriété de biens mobiliers et immobiliers gestion administration et exploitation de ces biens. *Adresse :* 24 rue de Grosville 62173 Rivière. *A dater du :* 1er juin 2011. *Date de commencement d'activité :* 9 mai 2011.

723 – ●532 716 644 RCS Arras. **LLUDOS.** *Forme :* Société civile immobilière. *Administration :* Gérant associé : D'HONDT Ludovic . *Capital :* 200 euros. *Adresse :* 30 A rue des armées 62840 Fleurbaix. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* L'acquisition l 'administration et l'exploitation par bail la location de tout immeubles qu'elle pourra recevoir en apport acquérir ou construire ultérieurement a sa constitution. *Adresse :* 30 A rue des armées 62840 Fleurbaix. *A dater du :* 1er juin 2011. *Date de commencement d'activité :* 18 avril 2011.

724 – ●532 678 240 RCS Arras. **BAT-DEMOL.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant(e) : ELEOUET David . *Capital :* 1000 euros. *Adresse :* 138bis rue Léon Blum 62290 Noeux-les-Mines. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Bureau d'études techniques en bâtiment achat vente d'immeubles rénovation en sous-traitance. *Adresse :* 138bis rue Léon Blum BP 30092 62290 Noeux-les-Mines. *A dater du :* 1er juin 2011. *Date de commencement d'activité :* 24 mai 2011.

725 – ●532 678 174 RCS Arras. **SOCIETE TECHNIQUE ET MECANIQUE.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant(e) : SALEIX Thomas . *Capital :* 1600 euros. *Adresse :* 1 rue Louis Legay 62000 Arras. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Étude et analyse de plans de machines de soudages et pièces mécaniques, réalisation en sous Traitance de machines et pièces mécaniques. *Adresse :* 1 rue Louis Legay 62000 Arras. *A dater du :* 1er juin 2011. *Date de commencement d'activité :* 17 mai 2011.

726 – ●532 702 255 RCS Arras. **INVESTIMMO.** *Forme :* Société civile immobilière. *Administration :* Gérant associé : DUPUIS Fanny . *Capital :* 1000 euros. *Adresse :* 6 rue Francis Ferrer 62290 Noeux-les-Mines. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* La propriété l'administration et l'exploitation par bail, location ou autrement de tous immeubles bâtis ou non bâtis et exceptionnellement, l'aliénation de ceux de ces immeubles devenus inutiles à la société. *Adresse :* 6 rue Francis Ferrer 62290 Noeux-les-Mines. *A dater du :* 3 juin 2011. *Date de commencement d'activité :* 27 mai 2011.

727 – ●532 694 833 RCS Arras. **SCI LE VILLAGE.** *Forme :* Société civile immobilière. *Administration :* Gérant associé : FLAMENT Laurent Gérant associé : DEBURAUX Emmanuelle née PICAVET . *Capital :* 100000 euros. *Adresse :* 58 D rue de l'Egalité 62580 Vimy. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Acquisition et gestion immobilière. *Adresse :* 58 D rue de l'Egalité 62580 Vimy. *A dater du :* 3 juin 2011. *Date de commencement d'activité :* 16 mai 2011.

728 – ●532 709 508 RCS Arras. **SCI LES SAUVAGINES SAINTE CECILE.** *Forme :* Société civile immobilière. *Administration :* Gérant associé : FANTINI Carlo Gérant associé : FLAVIGNY Joséphine née(e) FANTINI . *Capital :* 222500 euros. *Adresse :* 2 rue DU 8 MAI 1945 62740 Fouquières-les-Lens. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* La propriété l'administration la gestion l 'attribution Gratuite en jouissance aux associés des locaux occupés par eux mêmes. *Adresse :* 2 rue DU 8 MAI 1945 62740 Fouquières-lès-Lens. *A dater du :* 3 juin 2011. *Date de commencement d'activité :* 21 mai 2011.

729 – ●532 713 435 RCS Arras. **PHARMA-MEDICAL.** *Forme :* Société civile immobilière. *Administration :* Gérant associé : VAN-HAECKE Joseph, Henri, André . *Capital :* 10000 euros. *Adresse :* 3 rue François Denoeu 62145 Estrée-Blanche. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Acquisition construction et propriété de tous biens immobiliers. *Adresse :* 3 rue François Denoeu 62145 Estrée-Blanche. *A dater du :* 3 juin 2011. *Date de commencement d'activité :* 15 mai 2011.

730 – ●532 660 529 RCS Arras. **CENTRE D'AFFAIRES DE VERMELLES.** *Forme :* Société civile immobilière. *Administration :* Cogérant associé : CORDONNIER Vincent Co-gérant associé : DUFLOS Damien . *Capital :* 2000 euros. *Adresse :* 151 route Nationale 62980 Vermelles. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Acquisition administration et gestion d'immeubles et biens immobiliers. *Adresse :* 151 route Nationale 62980 Vermelles. *A dater du :* 3 juin 2011. *Date de commencement d'activité :* 16 mai 2011.

731 – ●532 752 987 RCS Arras. **SCI 2MJV.** *Forme :* Société civile immobilière. *Administration :* Gérant associé : CROMBECQUE Valérie née(e) MARTIN . *Capital :* 1000 euros. *Adresse :* 19 chaussée Brunehaut 62120 Rely. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Acquisition administration aménagement qu'elle qu'en soit la nature ou la forme et la gestion par location ou autrement de tous immeubles et biens immobiliers. *Adresse :* 19 chaussée Brunehaut 62120 Rely. *A dater du :* 3 juin 2011. *Date de commencement d'activité :* 1er juin 2011.

732 – ●532 757 796 RCS Arras. **SCI LA SOMBRINOISE.** *Forme :* Société civile immobilière. *Administration :* Gérant associé : PETIT Jean, Pierre Gérant associé : LARIVIERE Cédric . *Capital :* 1000 euros. *Adresse :* 21 rue de Saulty 62810 Sombrin. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* L'acquisition,l'administration et l'exploitation par bail, location ou autrement, de tous immeubles bâtis ou non batis, dont la société pourrait devenir proprietaire par voie d'acquisition d'apport d'echange ou autrement. *Adresse :* 21 rue de Saulty 62810 Sombrin. *A dater du :* 3 juin 2011. *Date de commencement d'activité :* 6 mai 2011.

733 – ●532 361 011 RCS Arras. **SCI J.C.M.A.** *Forme :* Société civile immobilière. *Administration :* Co-Gérant : DECOURCELLE Jean-Philippe Co-Gérant : DECOURCELLE Catherine née DONNEZ . *Capital :* 50000 euros. *Adresse :* 18 rue du Pré 62131 Drouvin-le-Marais. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Acquisition administration et exploitation par bail location ou autrement de tous les immeubles bâtis ou non bâtis et toutes opérations pouvant s'y rattacher. *Adresse :* 18 rue du Pré 62131 Drouvin-le-Marais. *A dater du :* 3 juin 2011. *Date de commencement d'activité :* 31 mars 2011.

734 – ●532 764 024 RCS Arras. **M.G.P.** *Forme :* Société civile immobilière. *Sigle :* M.G.P. *Administration :* Gérant(e) : POURRIER Jean-François Gérant(e) : POURRIER COCHET Brigitte . *Capital :* 402000 euros. *Adresse :* 5 rue Jeanne d'Arc 62000 Arras. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Acquisition administration et gestion de tous immeubles. *Adresse :* 5 rue Jeanne d'Arc 62000 Arras. *A dater du :* 6 juin 2011. *Date de commencement d'activité :* 1er juin 2011.

735 – ●532 726 080 RCS Arras. **ZEANTHI BURY CONSEIL ET FORMATION.** *Forme :* Société à responsabilité limitée. *Nom commercial :* ZEANTHI BURY CONSEIL ET FORMATION. *Administration :* Gérant(e) : BURY X née(e) ZEANTHI . *Capital :* 2000 euros. *Adresse :* 13 rue Eugène Courmont 62110 Hénin-Beaumont. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Activité de formation professionnelle continue et en alternance développement professionnel et personnel accompagnement VAE bilan de compétences aide à la recherche d'emploi et plus généralement toutes opérations se rattachant à l'objet sus indiqué et a tous autres objets similaires ou connexes. *Adresse :* 13 rue Eugène Courmont 62110 Hénin-Beaumont. *A dater du :* 6 juin 2011. *Date de commencement d'activité :* 1er juin 2011.

736 – ●532 768 223 RCS Arras. **SCI FRANCIL.** *Forme :* Société civile immobilière. *Administration :* Gérant associé : KUBIAK Sylvie . *Capital :* 150 euros. *Adresse :* 32 rue de Tailly 62190 Lillers. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* L'acquisition l'administration et l'exploitation par bail location ou

autrement de tous les immeubles bâtis ou non bâtis dont la société pourrait devenir propriétaire par voie D acquisition D apport D échange ou autrement. *Adresse :* 32 rue de Tailly 62190 Lillers. *A dater du :* 6 juin 2011. *Date de commencement d'activité :* 2 mai 2011.

737 – ● 532 705 381 RCS Arras. **AUTOTECH.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant(e) : CHEMINEL Muriel né(e) DILLY . *Capital :* 1000 euros. *Adresse :* Zone d'Activité Actigreen 62620 Barlin. *Origine du fonds :* Création. *Etablissement principal.* *Activité :* Contrôle technique automobile. *Adresse :* Zone d'Activité Actigreen 62620 Barlin. *A dater du :* 6 juin 2011. *Date de commencement d'activité :* 2 mai 2011.

738 – ● 532 696 184 RCS Arras. **SILE NEGOCE.** *Forme :* Société à responsabilité limitée. *Nom commercial :* SILE NEGOCE. *Administration :* Gérant(e) : LEGRIN Fabrice . *Capital :* 1500 euros. *Adresse :* rue du Pont Gave 62840 Fleurbaix. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Activités commerciales. *Adresse :* rue du Pont Gave 62840 Fleurbaix. *A dater du :* 6 juin 2011. *Date de commencement d'activité :* 11 juin 2011.

739 – ● 532 723 368 RCS Arras. **EURL MENIRI SECURITE PRIVEE.** *Forme :* Entreprise unipersonnelle à responsabilité limitée. *Sigle :* MSP. *Administration :* Gérant(e) : MENIRI ABBAS . *Capital :* 1000 euros. *Adresse :* 18 rue Marcet 62970 Courcelles-les-Lens. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* SECURITE GARDIENNAGE. *Adresse :* 18 rue Marcet 62970 Courcelles-les-Lens. *A dater du :* 6 juin 2011. *Date de commencement d'activité :* 15 juin 2011.

### Immatriculations

740 – ● 494 962 657 RCS Arras. **SCI CHARLES.** *Forme :* Société civile immobilière. *Administration :* Gérant associé : MOLS Marie-Anne Gérant associé : CHARLES André . *Capital :* 1000 euros. *Adresse :* 4 rue du 11 Novembre 62138 Violaines. *Origine du fonds :* Transfert de siège. *Etablissement :* Etablissement principal. *Activité :* La propriété, l'administration de tous biens et droits immobiliers, l'édification de toutes constructions. *Adresse :* 4 rue du 11 Novembre 62138 Violaines. *A dater du :* 3 juin 2011. *Date de commencement d'activité :* 2 mai 2011. *Commentaires :* Immatriculation suite à transfert de son siège social hors ressort. Modification survenue sur l'administration.

# 65 - HAUTES-PYRÉNÉES

### GREFFE DU TRIBUNAL DE COMMERCE DE TARBES

### Ventes et cessions

741 – ● 532 670 775 RCS Tarbes. **SARL TENDEIRO.** *Forme :* Société à responsabilité limitée. *Nom commercial :* GARAGE TENDEIRO. *Administration :* Gérant(e) : TENDEIRO Antonio Gérant associé : MONTEIRO MENDES DA MOTA Maria . *Capital :* 109100 euros. *Adresse :* Zone Industrielle 65400 Beaucens. *Origine du fonds :* Etablissement principal acquis par apport au montant évalué à 109000 Euros. *Etablissement :* Etablissement principal. *Activité :* Mécanique automobile, carrosserie, peinture, dépannage, remorquage (pour son propre compte) vente de véhicules neufs et occasions. *Adresse :* Zone Industrielle 65400 Beaucens. *Précédent propriétaire :* 490 843 018 RCS Tarbes. TENDEIRO (Antonio, Martin). *Date de commencement d'activité :* 1er février 2011. *Publication légale :* L'essor Bigourdan du 26 mai 2011. *Déclarations de créances :* Greffe du Tribunal de Commerce de Tarbes.

742 – ● 531 852 358 RCS Tarbes. **BARLATA.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant(e) : TALABARD Florent, Francis . *Capital :* 8000 euros. *Adresse :* route de Pierrefitte hameau Concé 65110 Cauterets. *Origine du fonds :* Etablissement principal acquis par achat au prix stipulé de 210000 Euros. *Etablissement :* Etablissement principal. *Activité :* Café. *Adresse :* 8 avenue du Général Leclerc 65110 Cauterets. *Précédent propriétaire :* 503 760 936 RCS Tarbes. **SARL LES BRASSEURS DE POUEYTRENOUS.** *Date de commencement d'activité :* 14 mai 2011. *Publication légale :* La semaine des Pyrénées du 12 mai 2011. *Oppositions :* SCP Marc CAZEILS et Françoise DARRE 2, rue Anselme Lacadé place Capdevielle-Bp 107 65103 Lourdes Cedex. *Commentaires :* Mise en activité de la société.

### Créations d'établissements

743 – ● 491 836 128 RCS Tarbes. **GOUX** (Christiane, Jacqueline). *Origine du fonds :* Création. *Etablissement :* Etablissement secondaire. *Activité :* Commercialisation gros et détail de produits d'alimentation et de bien être issus de l'agriculture biologique ainsi que tous

produits et activités complémentaires ou connexes. *Adresse :* 14 place des Thermes 65200 Bagnères-de-Bigorre. *A dater du :* 31 mai 2011. *Date de commencement d'activité :* 18 juin 2011.

744 – ● 441 775 491 RCS Tarbes. **DIJKMAN** (Willemina, Louise). *Nom d'usage :* FOLLANA. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Chambres d'hôtes. *Adresse :* 2 rue de la Carrère 65190 Bordes. *A dater du :* 31 mai 2011. *Date de commencement d'activité :* 1er juin 2011.

745 – ● 531 788 784 RCS Tarbes. **FICHANT** (Frédéric, Gaël, Maurice). *Nom commercial :* VITALDOG. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Vente d'aliments et accessoires pour animaux. *Adresse :* Village 65240 Ardengost. *A dater du :* 31 mai 2011. *Date de commencement d'activité :* 16 mai 2011.

746 – ● 408 606 978 RCS Tarbes. **COURGEON** (Eric, Jean). *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Gardiennage de refuge hébergement et restauration. *Adresse :* Refuge de Barroude 65170 Aragnouet. *A dater du :* 31 mai 2011. *Date de commencement d'activité :* 15 juin 2011.

747 – ● 532 552 916 RCS Tarbes. **MAGIC SQUASH.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant(e) : BILY Michel . *Capital :* 5000 euros. *Adresse :* 8 rue Vergé 65500 Tarbes. *A dater du :* 30 mai 2011. *Commentaires :* Cette société n'exerce aucune activité.

748 – ● 532 627 494 RCS Tarbes. **INDUSTRIAL PROCESS.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant(e) : VIDOU Christophe, Yves, Pierre . *Capital :* 1500 euros. *Adresse :* Monjouste 65270 Saint-Pé-de-Bigorre. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Réalisation d'études en matière d'ingénierie et de process industriels, le conseil, la coordination de travaux études, fabrications et mise en place de chaînes, et équipements de production le négoce de produits spécifiques aux activités agro alimentaires. *Adresse :* Monjouste 65270 Saint-Pé-de-Bigorre. *A dater du :* 30 mai 2011. *Date de commencement d'activité :* 16 mai 2011.

749 – ● 532 627 791 RCS Tarbes. **MARMER INVESTISSEMENT.** *Forme :* Société par actions simplifiée. *Nom commercial :* MARMER INVESTISSEMENT. *Administration :* Président : MARMER Eliasbeth, Marie, Blanche né(e) COTTE . *Capital :* 2000 euros. *Adresse :* 13bis route de Toulouse 65690 Barbazan Débat. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Gestion de tous immeubles bâtis ou droits réels immobiliers, prise à bail de tels immeubles après en avoir fait l'acquisition par tous moyens, leur cession à titre exceptionnel, toutes activités industrielles, commerciales, financières, administratives, gestion prestation de services divers. *Adresse :* 13bis route de Toulouse 65690 Barbazan Débat. *A dater du :* 30 mai 2011. *Date de commencement d'activité :* 11 mai 2011.

750 – ● 532 654 977 RCS Tarbes. **PIGOBA.** *Forme :* Société par actions simplifiée. *Nom commercial :* PIGOBA. *Administration :* Président : DASSY Thierry, Eugène, Robert . *Capital :* 1000 euros. *Adresse :* 2 impasse Dominique Berrut 65200 Gerde. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Vente à distance de tout produit par catalogue spécialisé. *Adresse :* 2 impasse Dominique Berrut 65200 Gerde. *A dater du :* 31 mai 2011. *Date de commencement d'activité :* 1er juin 2011.

751 – ● 532 599 388 RCS Tarbes. **EDIACC SARL.** *Forme :* Société à responsabilité limitée. *Sigle :* EDIACC. *Administration :* Gérant(e) : SOL DOURDIN Jean-Pierre, Paul . *Capital :* 5000 euros. *Adresse :* 21 rue du Foirail 65140 Rabastens-de-Bigorre. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Conception, édition, diffusion, commercialisation de guides et d'applications à vocation touristique culturelle et cultuelle. *Adresse :* 21 rue du Foirail 65140 Rabastens-de-Bigorre. *A dater du :* 31 mai 2011. *Date de commencement d'activité :* 1er juin 2011.

752 – ● 532 638 152 RCS Tarbes. **DJC.** *Forme :* Société civile immobilière. *Administration :* Gérant associé : JEAN-JOSEPH Delphine, Annette, Louise . *Capital :* 2000 euros. *Adresse :* 1 rue de Maye Lane 65420 Ibos. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* L'acquisition la gestion et l'administration de tout immeuble et de tout terrain. *Adresse :* 1 rue de Maye Lane 65420 Ibos. *A dater du :* 31 mai 2011. *Date de commencement d'activité :* 12 mai 2011.

753 – ● 532 669 694 RCS Tarbes. **LE MIRASOL.** *Forme :* Société civile immobilière. *Administration :* Gérant associé : HUBERT Franck, Paul, Pierre Gérant associé : HUBERT Nathalie né(e) CASTET . *Capital :* 500 euros. *Adresse :* 8 rue de la Concorde 65000 Tarbes. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Location de biens immobiliers. *Adresse :* 8 rue de la Concorde 65000 Tarbes. *A dater du :* 1er juin 2011. *Date de commencement d'activité :* 15 mai 2011.

754 - ● 532 669 702 RCS Tarbes. **SCI PERRALEX**. *Forme* : Société civile. *Administration* : Gérant associé : CARREY-MAYSOUNAVE Patrick, Dominique . *Capital* : 1000 euros. *Adresse* : 19 chemin Henri IV 65100 Poueyferré. *Origine du fonds* : Création. *Établissement* : Etablissement principal. *Activité* : La propriété, l'acquisition, l'administration et la gestion par location ou autrement de tous immeubles et biens immobiliers. *Adresse* : 19 chemin Henri IV 65100 Poueyferré. *A dater du* : 1er juin 2011. *Date de commencement d'activité* : 20 mai 2011.

755 - ● 532 683 620 RCS Tarbes. **MAGIC SQUASH**. *Forme* : Société civile immobilière. *Administration* : Gérant associé : BILY Michel . *Capital* : 500 euros. *Adresse* : 8 rue Vergé 65000 Tarbes. *Origine du fonds* : Création. *Établissement* : Etablissement principal. *Activité* : Acquisition, gestion, exploitation de biens immobiliers à usage commercial ou privé. *Adresse* : 8 rue Vergé 65000 Tarbes. *A dater du* : 1er juin 2011. *Date de commencement d'activité* : 1er juin 2011.

### Immatriculations

756 - ● 315 728 931 RCS Tarbes. **ASTUGUEVIELLE** (Jeanne, Marie). *Nom d'usage* : CAZALA. *Origine du fonds* : Fonds précédemment exploité par le conjoint. *Établissement* : Etablissement principal. *Activité* : Bar hôtel restaurant (activité bar à compter du 21/04/2008). *Adresse* : route de Bordeaux le Relais de Baloc 65500 Vic-en-Bigorre. *Précédent exploitant* : 582 770 244 RCS Tarbes. CAZALA (Roger, Paul). *A dater du* : 1er juin 2011. *Date de commencement d'activité* : 3 avril 2008.

757 - ● 408 083 665 RCS Tarbes. **DUDEZERT** (Lydie, Paulette). *Origine du fonds* : Reçu en location-gérance. *Établissement* : Etablissement principal. *Activité* : Objets de piété souvenirs de Lourdes. *Adresse* : 41 boulevard de la Grotte 65100 Lourdes. *Précédent exploitant* : 504 084 575 RCS Tarbes. MAUROUARD (Isabelle, Yvette, Andrée). *A dater du* : 1er juin 2011. *Date de commencement d'activité* : 19 avril 2011.

758 - ● 532 625 191 RCS Tarbes. **HELISALARY**. *Forme* : Société à responsabilité limitée. *Administration* : Gérant(e) : MOSCA Laurent . *Capital* : 8000 euros. *Adresse* : 2 rue de Soulan 65170 Saint-lary-Soulan. *Origine du fonds* : Reçu en location-gérance. *Établissement* : Etablissement principal. *Activité* : Supermarché. *Adresse* : 2 rue de Soulan 65170 Saint-lary-Soulan. *Précédent exploitant* : 345 130 488 RCS Tarbes. CARREFOUR PROXIMITE FRANCE. *A dater du* : 30 mai 2011. *Date de commencement d'activité* : 17 mai 2011.

759 - ● 521 686 915 RCS Tarbes. **DUMONT** (Magali, Marjorie). *Nom commercial* : PRINCESSE DE FRANCE. *Origine du fonds* : Achat. *Établissement* : Etablissement principal. *Activité* : Vente de prêt à porter, accessoires de mode Bijoux fantaisie, articles religieux souvenirs. *Adresse* : 12 rue de la Grotte 65100 Lourdes. *A dater du* : 31 mai 2011. *Date de commencement d'activité* : 9 mai 2011. *Commentaires* : Numéro et date de l'avis provisoire : 104a le 27/05/2011.

## 69 - RHÔNE

### GREFFE DU TRIBUNAL DE COMMERCE DE LYON

#### Ventes et cessions

760 - ◆ 402 938 039 RCS Lyon. **LOS PRIMOS**. *Forme* : Société à Responsabilité Limitée. *Capital* : 8000.00 euros. *Adresse* : 30 rue des Frères Lumière 69720 Saint-Bonnet-de-Mure. *Origine du fonds* : Etablissement principal acquis par achat au prix stipulé de 75000 EUR. *Établissement* : Etablissement principal. *Activité* : Torréfaction de cafés et commerce de thés, cafés, cacaos et infusions, vente de machines à café. *Adresse* : 5 et 7 rue des Trois Rois 69007 Lyon. *Précédent propriétaire* : 411 979 859 RCS Lyon. TORREFACTION DES 3 ROIS. *Date de commencement d'activité* : 1er juin 2011. *Publication légale* : L'Information Agricole du Rhône du 9 juin 2011. *Oppositions* : Maître Chauplannaz 8 Quai Sarrail 69006 Lyon.

761 - ◆ 528 431 331 RCS Lyon. **MAYO PARASOL**. *Forme* : Société à Responsabilité Limitée. *Capital* : 2000.00 euros. *Adresse* : 14 rue Gorge de Loup Bâtiment c 69009 Lyon. *Origine du fonds* : Etablissement principal acquis par apport au montant évalué à 90890 EUR. *Établissement* : Etablissement principal. *Activité* : Vente de vêtements, produits textiles. *Adresse* : 14 rue Gorge de Loup 69009 Lyon. *Précédent propriétaire* : 443 752 514 RCS Lyon. DELMONT (Anne). *Nom d'usage* : GODDET. *Date de commencement d'activité* : 1er janvier 2011. *Publication légale* : Le Progrès du 7 juin 2011. *Déclarations de créances* : Greffe du Tribunal de Commerce de Lyon.

762 - ◆ 498 278 027 RCS Lyon. **DAOULET** (Karim). *Nom d'usage* : DAOULET. *Origine du fonds* : Etablissement complémentaire acquis par achat au prix stipulé de 40000 EUR. *Établissement* : Etablissement complémentaire. *Activité* : Presse, lot, journaux, articles de cadeaux, papeterie, librairie. *Adresse* : 1 rue du 11 Novembre 1918 69320 Feyzin. *Précédent propriétaire* : 477 971 329 RCS Lyon. GUIL-

LERMARD (Céline). *Nom d'usage* : LIETARD. *Date de commencement d'activité* : 27 mai 2011. *Publication légale* : Tout Lyon du 4 juin 2011. *Oppositions* : Au siège du fonds cédé 1 Rue du 11 Novembre 1918 69320 Feyzin pour la validité et pour la correspondance : Cabinet LEX PARTNER Maître Tiffany PIERANGELI 52 Rue de Sèze 69006 Lyon.

763 - ◆ 323 504 498 RCS Angers. **SIREV.** *Forme* : Société par Actions Simplifiée. *Capital* : 80000.00 euros. *Adresse* : rue De la Saillerie Zac des Claveries 49124 Saint-Barthélemy-d'Anjou. *Origine du fonds* : Etablissement secondaire acquis par achat au prix stipulé de 47000 EUR. *Établissement* : Etablissement secondaire. *Activité* : Branche d'activité de fontainerie (création, restructuration de fontaines et jets d'eau privés et publics, éclairage, effet d'eau, contrat de maintenance, pompage, arrosage automtique). *Adresse* : 590 Route Départementale 306 69760 Limonest. *Précédent propriétaire* : 397 897 919 RCS Lyon. GRANDEUR NATURE. *Date de commencement d'activité* : 20 mai 2011. *Publication légale* : Le Progrès du 7 juin 2011. *Oppositions* : Cabinet LEGI CONSULTANTS 12 Quai du Commerce 69009 Lyon.

## 70 - HAUTE-SAÔNE

### GREFFE DU TRIBUNAL DE COMMERCE DE VESOUL-GRAY

#### Ventes et cessions

764 - ● 441 820 172 RCS Sedan. **AESDISTRI.** *Forme* : Société à responsabilité limitée. *Adresse* : 16 - 18 rue Gambetta 08600 Givet. *Origine du fonds* : Etablissement secondaire acquis par achat au prix stipulé de 150000 Euros. *Établissement* : Etablissement secondaire. *Activité* : Achat, vente en magasin et en qualité d'ambulant d'alimentation générale, conserves, produits laitiers, alcools, vins, fruits, légumes, pâtisseries, charcuteries, volailles, surgelés, glaces, confiseries, poissons, mercerie, linge de maison, chaussures, produits pour animaux, graines de semences, produits d'entretien, disques, vaisselles, jouets, fleurs, dépôt de pain, dépôt de gaz. *Adresse* : 20 Grande Rue et 2 rue Eugène Revillout 70210 Vauvillers. *Précédent propriétaire* : 413 771 510 RCS Vesoul. CROUPAT (Chantal, Anna). *Nom d'usage* : PEIGNEY. *Date de commencement d'activité* : 11 avril 2011. *Publication légale* : Les affiches de la Haute-Saône du 22 avril 2011. *Oppositions* : Scp Hubert Chone - Benoit Fauchatre 22, rue de l'Hôtel de Ville 70500 Jussey.

#### Créations d'établissements

765 - ● 532 665 106 RCS Vesoul-Gray. **LEDY** (Aurore, Marie). *Nom commercial* : A l'Aurore des pains. *Origine du fonds* : Création. *Établissement* : Etablissement principal. *Activité* : Fabrication et vente de pain et viennoiserie, tarte, traiteur. Dépôt Est Républicain. Vente confiserie, miel et confiture. *Adresse* : 11 avenue Georges Clémenceau 70300 Saint-Sauveur. *A dater du* : 1er juin 2011. *Date de commencement d'activité* : 1er juin 2011.

766 - ● 527 893 705 RCS Vesoul-Gray. **LAGAILLARDE** (Judith, Mireille). *Nom commercial* : NEW LEGEND. *Origine du fonds* : Création. *Établissement* : Etablissement principal. *Activité* : L'exploitation d'un salon de coiffure et ventes s'y rattachant. *Adresse* : place Léon Grosjean 70300 Breuches-les-Luxeuil. *A dater du* : 1er juin 2011. *Date de commencement d'activité* : 17 mai 2011.

767 - ● 532 605 136 RCS Vesoul-Gray. **BILOBA.** *Forme* : Société civile immobilière. *Administration* : Gérant associé : CHARPENTIER Marcel, Jean-Marie . *Capital* : 1000 euros. *Adresse* : 20 avenue de Verdun 70300 Luxeuil-les-Bains. *Origine du fonds* : Création. *Établissement* : Etablissement principal. *Activité* : Acquisition, construction, propriété, mise en valeur, administration, gestion de tous biens immobiliers, prise de participations. *Adresse* : 20 avenue de Verdun 70300 Luxeuil-les-Bains. *A dater du* : 30 mai 2011. *Date de commencement d'activité* : 7 mai 2011.

768 - ● 532 605 284 RCS Vesoul-Gray. **ZOMBIE.** *Forme* : Société civile immobilière. *Administration* : Gérant associé : CHARPENTIER Marcel . *Capital* : 1000 euros. *Adresse* : 20 avenue de Verdun 70300 Luxeuil-les-Bains. *Origine du fonds* : Création. *Établissement* : Etablissement principal. *Activité* : Acquisition, construction, propriété, mise en valeur, administration, gestion, exploitation de tous biens immobiliers, prise de participations. *Adresse* : 20 avenue de Verdun 70300 Luxeuil-les-Bains. *A dater du* : 30 mai 2011. *Date de commencement d'activité* : 7 mai 2011.

769 - ● 532 604 295 RCS Vesoul-Gray. **FRAKAR.** *Forme* : Société civile immobilière. *Administration* : Gérant associé : MEUNIER François Gérant associé : LEBOURG Karine . *Capital* : 400 euros. *Adresse* : impasse de la Vigne 70200 Lomont. *Origine du fonds* : Création. *Établissement* : Etablissement principal. *Activité* : Gestion de biens immobiliers. *Adresse* : impasse de la Vigne 70200 Lomont. *A dater du* : 30 mai 2011. *Date de commencement d'activité* : 1er juin 2011.

770 - ● 532 602 273 RCS Vesoul-Gray. **T.P.N.E.** *Forme :* Société à responsabilité limitée. *Nom commercial :* T.P.N.E. *Administration :* Gérant(e) : PAROTY Nicolas . *Capital :* 1000 euros. *Adresse :* 13 rue de Vellefaux 70000 Vallerois-Lorioz. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Le transport routier de marchandises. *Adresse :* 13 rue de Vellefaux 70000 Vallerois-Lorioz. *A dater du :* 30 mai 2011. *Date de commencement d'activité :* 23 mai 2011.

771 - ● 532 644 978 RCS Vesoul-Gray. **B.E.T. PETIN-HENRY.** *Forme :* Société à responsabilité limitée. *Administration :* PETIN Claude . *Capital :* 20000 euros. *Adresse :* 60 rue Gérome 70000 Vesoul. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Toutes études techniques d'électricité, de courants forts et courants faibles ainsi que de tous fluides. *Adresse :* 60 rue Gérome 70000 Vesoul. *A dater du :* 31 mai 2011. *Date de commencement d'activité :* 1er juin 2011.

772 - ● 532 710 738 RCS Vesoul-Gray. **LE CHENE-COISY.** *Forme :* Société civile immobilière. *Administration :* Gérant associé : GRAFFIN Catherine, Marie, Renée née(e) GRANDBESANCON Gérant associé : GRANDBESANCON Jean, Marie, Nicolas Gérant associé : GRANDBESANCON Yves, Marie, Maurice . *Capital :* 300 euros. *Adresse :* 2 rue du Chêne 70160 Breurey-lès-Faverney. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Acquisition, administration et gestion de tous immeubles et biens immobiliers. *Adresse :* 2 rue du Chêne 70160 Breurey-lès-Faverney. *A dater du :* 1er juin 2011. *Date de commencement d'activité :* 20 mai 2011.

773 - ● 532 676 129 RCS Vesoul-Gray. **MAAS SARL.** *Forme :* Société à responsabilité limitée. *Nom commercial :* MAAS. *Administration :* Gérant(e) : MOUROUGUESSIN dit SANGARIN XXX . *Capital :* 50000 euros. *Adresse :* 5 rue du Quarre 70000 Mailley et Chazelot. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Exportation et importation de tous produits métallurgiques, aéronautiques et toute autre matière première. *Adresse :* 5 rue du Quarre 70000 Mailley et Chazelot. *A dater du :* 1er juin 2011. *Date de commencement d'activité :* 1er juin 2011.

774 - ● 532 726 361 RCS Vesoul-Gray. **SCI ADIYAMAN FRERES.** *Forme :* Société civile immobilière. *Administration :* Gérant associé : ADIYAMAN Fahri . *Capital :* 3000 euros. *Adresse :* route de Vougécourt 70500 Corre. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Acquisition, construction, entretien et administration de tous biens immobiliers. *Adresse :* route de Vougécourt 70500 Corre. *A dater du :* 1er juin 2011. *Date de commencement d'activité :* 26 mai 2011.

# 71 - SAÔNE-ET-LOIRE

## GREFFE DU TRIBUNAL DE COMMERCE DE CHALON-SUR-SAÔNE

### Ventes et cessions

775 - ● 532 171 741 RCS Chalon-sur-Saône. **LAUMAU.** *Forme :* Société à responsabilité limitée. *Capital :* 20000 euros. *Adresse :* 875 rue de Saint-Jean 71290 Simandre. *Origine du fonds :* Fonds acquis par achat au prix stipulé de 70000 Euros. *Etablissement :* Etablissement principal. *Activité :* exploitation d'un fonds de commerce de bar restauration vente à emporter jeux et paris de la Française des jeux pmu. *Adresse :* 875 rue de Saint-Jean 71290 Simandre. *Précédent propriétaire :* 400 792 321 RCS Chalon-sur-Saône. BIZOT (Liliane). *Nom d'usage :* MAITRET. *Date de commencement d'activité :* 23 mai 2011. *Publication légale :* la renaissance du 3 juin 2011. *Oppositions :* Scp Pierre-Yves Perrault & Régis Père -85, route de l'Ancienne Gendarmerie - BP 59 - 71290 Cuisery.

# 73 - SAVOIE

## GREFFE DU TRIBUNAL DE COMMERCE DE CHAMBÉRY

### Ventes et cessions

776 - * 391 664 539 RCS Chambery. **MONTAGNETTES.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant : JOSSE-RAND Agnès Marie-Pierre Catherine . *Capital :* 16700 euros. *Adresse :* les Montagnettes Val Thorens Saint-Martin-De-Belleville 73440 Val-Thorens. *Origine du fonds :* Achat et création au prix stipulé de 67000 Euros. *Etablissement :* Etablissement complémentaire. *Activité :* hôtel. *Adresse :* Val Thorens Saint-Martin-De-Belleville 73440 Val-Thorens. *Précédent propriétaire :* RCS non inscrit. JOSSE-RAND (Agnès Marie-Pierre Catherine). *Date de commencement d'activité :* 17 juillet 1995. *Oppositions :* Cabinet GOUTAGNY, 2 rue Claude Martin, 73000 CHAMBERY pour la validité et pour la correspondance. *Commentaires :* Achat de 2 quote- parts de fonds de commerce d'hôtel.

777 - * 391 664 539 RCS Chambery. **MONTAGNETTES.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant : JOSSE-RAND Agnès Marie-Pierre Catherine . *Capital :* 16700 euros. *Adresse :* les Montagnettes Val Thorens Saint-Martin-De-Belleville 73440 Les Menuires. *Origine du fonds :* Achat et création au prix stipulé de 67000 Euros. *Etablissement :* Etablissement complémentaire. *Activité :* création exploitation directe hôtel (et achat d'une quote-part du fonds de commerce d'hôtel "montagnettes belle Plagne" au prix de 220.000 Frs (correspondant ' des appartements) vendeur : sainte les autre vallées Rc b 391 664 539 - publication la nouvelle du 30.08.2001 - oppositions : étude de me saleur notaire ' Moutiers - Bodac provisoire du 11.09.2001 Nø 179a. *Adresse :* Mâcot-La-Plagne 73210 Belle-Plagne. *Précédent propriétaire :* RCS non inscrit. JOSSERAND (Agnès Marie-Pierre Catherine). *Date de commencement d'activité :* 1er décembre 1994. *Oppositions :* Cabinet GOUTAGNY, 2 rue Claude MARTIN, 73000 CHAMBERY pour la validité et pour la correspondance. *Commentaires :* Achat d'une quote-part de fonds de commerce.

778 - * 504 016 056 RCS Chambery. **PIERI.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant : PIERI Jean-Pierre . *Capital :* 10000.00 euros. *Adresse :* 39 les Belledonnes le Revard 73100 Aix-les-Bains. *Origine du fonds :* Achat d'un fonds de commerce au prix stipulé de 37000 Euros. *Etablissement :* Etablissement principal. *Activité :* salon de thé, bar américain, dancing. *Adresse :* 27 rue du Casino 73100 Aix-les-Bains. *Précédent propriétaire :* 745 721 217 RCS Chambery. **LE COLISEE.** *Date de commencement d'activité :* 11 avril 2011. *Publication légale :* Le Journal du Bâtiment et Travaux Publics du 5 mai 2011. *Oppositions :* Au Mandataire SELARL ETUDE BOUVET, 44 rue Charles Montreuil 73000 CHAMBERY pour la validité et pour la correspondance Aix-les-Bains. *Commentaires :* Modification de l'activité. Modification de la date de début d'activité.

### Créations d'établissements

779 - * 532 748 027 RCS Chambery. **AGUILAR** (Cristina). *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* tous travaux d'imprimerie sur tous formats, apporteur d'affaires. *Adresse :* 130 rue François Pollet Zone de Bissy 73000 Chambéry. *Date de commencement d'activité :* 6 juin 2011.

780 - * 519 590 541 RCS Chambery. **ANDRIOLLO** (Jean Paul Antoine). *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* conseil et vente de traitements thermiques. *Adresse :* 55 allée du Rossignol 73230 Barby. *Date de commencement d'activité :* 1er janvier 2011.

781 - * 532 751 617 RCS Chambery. **G O CHARPENTE.** *Forme :* Société à responsabilité limitée. *Nom commercial :* G O Charpente. *Administration :* Gérant : GALLARD Cyrille Jean Henri Gérant : OUGIER Franck . *Capital :* 8000.00 euros. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* création, acquisition, exploitation de toutes entreprises artisanales de charpente, couverture, Zinguerie, ossature bois, étanchéité. fabrication et pose d'ouvrages de menuiserie et la réalisation d'aménagements en bois extérieurs et intérieurs. tous travaux d'aménagement, agrandissement, transformation, réhabilitation et rénovation de bâtiments. achat et vente de bois de chauffage et dérivés. *Date de commencement d'activité :* 1er juin 2011.

782 - * 532 751 344 RCS Chambery. **LES PORTAILS PEPIN.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant : PEPIN Jean-Pierre André . *Capital :* 3000.00 euros. *Adresse :* parc d'activités la Dent du Chat 73420 Voglans. *Origine du fonds :* Création d'un fonds de commerce. *Etablissement :* Etablissement principal. *Activité :* le commerce et l'installation de détail de quincaillerie et de toutes fournitures et outillages pour le bâtiment. *Date de commencement d'activité :* 20 mai 2011.

783 - * 532 646 106 RCS Chambery. **CANA AND CO.** *Forme :* Société par action simplifiée. *Administration :* Président : CANNAMELA Jean-Marc Robert . *Capital :* 2000.00 euros. *Adresse :* au Bourg 73390 Bourgneuf. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* conseils en organisation technique. *Date de commencement d'activité :* 16 mai 2011.

784 - * 532 798 188 RCS Chambery. **ANIDAM.** *Forme :* Société civile immobilière. *Administration :* Gérant associé indéfiniment responsable : KHRAPUNOV Iliyas Viktorovitch Associé indéfiniment responsable : MADEL B. V . *Capital :* 5000.00 euros. *Adresse :* lotissement des Greniers Mazot Apoutsiak Courchevel 1850 73120 Saint-Bon-Tarentaise. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* opérations immobilières, acquisition, administration de tous immeubles et biens immobiliers. *Date de commencement d'activité :* 19 mai 2011.

## Immatriculations

785 - * 532 765 500 RCS Chambery. **RAISON** (Sylvie). *Nom d'usage* : JERIDI. *Etablissement* : Etablissement principal. *Adresse* : 8 rue Henry Murger 73100 Aix-les-Bains. *Date de commencement d'activité* : 16 mai 2011. *Commentaires* : Fonds acquis par achat date du premier avis publié au BODACC : 31 mai 2011.

# 74 - HAUTE-SAVOIE

## GREFFE DU TRIBUNAL DE COMMERCE DE THONON-LES-BAINS

### Ventes et cessions

786 - ● RCS non inscrit. **SARBEC DEVELOPPEMENT.** *Forme* : Société par actions simplifiée. *Capital* : 5000000 euros. *Adresse* : 10 rue de Vertuquet Zone Industrielle 59960 Neuville-en-Ferrain. *Origine du fonds* : Fonds acquis par achat au prix stipulé de 1000000 Euros. *Etablissement* : Etablissement principal. *Activité* : commercialisation d'atomiseurs eau minérale pour visage marque "Brumisateur" et sa clientèle. *Précédent propriétaire* : 797 080 850 RCS Thonon. **SOCIETE ANONYME DES EAUX MINERALES D'EVIAN ET EN ABRÉGÉ "S.A.E.M.E".** *Date de commencement d'activité* : 11 février 2011. *Publication légale* : l'essor 74 du 10 mars 2011. *Oppositions* : EAUX MINERALES D'EVIAN 11 avenue du général Dupas 74500 Evian les bains.

787 - ● 531 207 215 RCS Thonon-les-Bains. **MRIKA SNACK.** *Forme* : Société à responsabilité limitée. *Administration* : Gérant(e) : JOLY Christophe, Louis, André, René . *Capital* : 7500 euros. *Adresse* : 2 rue du Baron de Loé 74100 Annemasse. *Origine du fonds* : Etablissement principal acquis par achat au prix stipulé de 160000 Euros. *Etablissement* : Etablissement principal. *Activité* : Restauration rapide point chaud traiteur livraison chez les particuliers et les professionnels. *Adresse* : Galerie Alliance immeuble Alliance Site d'Archamps 74160 Archamps. *Précédent propriétaire* : 391 715 356 RCS Thonon. **REYDET** (Eric). *Précédent exploitant* : 391 715 356 RCS Thonon. **REYDET** (Eric). *Date de commencement d'activité* : 1er mars 2011. *Publication légale* : Le messager du 31 mars 2011. *Oppositions* : ME PAILLET 4, rue des Jardins 74240 Gaillard. *Commentaires* : Mise en activité de la société.

### Créations d'établissements

788 - ● 511 956 930 RCS Thonon-les-Bains. **DUPUY** (Michael, Lucien, André). *Nom commercial* : MIC'PIZZA. *Origine du fonds* : Création. *Etablissement* : Etablissement principal. *Activité* : Pizza à emporter, vente de boissons à emporter, petite restauration à emporter. *Adresse* : 19 rue du 18 Août 1944 74100 Annemasse. A dater du : 18 mai 2011. *Date de commencement d'activité* : 1er mai 2011.

789 - ● 532 353 745 RCS Thonon-les-Bains. **HADJI** (Hafid) *Origine du fonds* : Création. *Etablissement* : Etablissement principal. *Activité* : Vente de vêtements, accessoires, chaussures, bazar, linge de maison, produits de beauté. *Adresse* : 48 avenue de la Fontaine-couverte 74200 Thonon-les-Bains. A dater du : 20 mai 2011. *Date de commencement d'activité* : 1er juin 2011.

790 - ● 532 362 886 RCS Thonon-les-Bains. **ROY** (Katia, Camille, Simone). *Nom commercial* : KAY FEE DES FILMS. *Origine du fonds* : Création. *Etablissement* : Etablissement principal. *Activité* : Production et réalisation de films de communication et de films, documentaires et reportages à vocation éducative. *Adresse* : domaine de Chosal Site d'Archamps 74160 Archamps. A dater du : 20 mai 2011. *Date de commencement d'activité* : 9 mai 2011.

791 - ● 308 823 319 RCS Thonon-les-Bains. **FEUGIER** (Fernand). *Origine du fonds* : Création. *Etablissement* : Etablissement principal. *Activité* : Vente et stock en tous genres Alimentaire, non alimentaire Solderie, marché, foire, braderie. *Adresse* : les Baraques 74270 Minzier. A dater du : 20 mai 2011. *Date de commencement d'activité* : 1er janvier 2011.

792 - ● 482 789 682 RCS Thonon-les-Bains. **GAYET** (Christine, Pierrette). *Origine du fonds* : Création. *Etablissement* : Etablissement principal. *Activité* : Petite restauration sans boisson alcoolisée. *Adresse* : rue des Jardins 74140 Yvoire. A dater du : 20 mai 2011. *Date de commencement d'activité* : 15 avril 2011.

793 - ● 532 390 937 RCS Thonon-les-Bains. **THEROND** (Nicolas, Robert, Jean). *Nom commercial* : SEMEUR DE COULEURS. *Origine du fonds* : Création. *Etablissement* : Etablissement principal. *Activité* : Conception, réalisation, entretien de potagers et jardins et conseil Vente et fabrication d'articles verts. *Adresse* : 1049 route du Salève 74160 Beaumont. A dater du : 23 mai 2011. *Date de commencement d'activité* : 11 mai 2011.

794 - ● 442 442 299 RCS Thonon-les-Bains. **VULLIEZ** (Pascal, Henri). *Nom commercial* : UNIVERT. *Origine du fonds* : Création. *Etablissement* : Etablissement principal. *Activité* : Paysagiste, débroussaillage, broyage, élagage, travaux agricoles. *Adresse* : Gys 74430 Le Biot. A dater du : 24 mai 2011. *Date de commencement d'activité* : 15 avril 2011.

795 - ● 332 435 478 RCS Thonon-les-Bains. **DEMIANOW-CHWESNIK** (Michel, René). *Origine du fonds* : Création. *Etablissement* : Etablissement principal. *Activité* : Transporteurs routiers de marchandises et loueurs de véhicules industriels avec conducteur avec véhicules de poids maximum (PMA) inférieur à 3,5 tonnes. *Adresse* : 575 route des Alluaz 74380 Bonne. A dater du : 25 mai 2011. *Date de commencement d'activité* : 1er mai 2011.

796 - ● 435 179 387 RCS Thonon-les-Bains. **JEAN** (Patrick, René, Dominique). *Nom commercial* : LE BELVEDERE. *Origine du fonds* : Création. *Etablissement* : Etablissement principal. *Activité* : Crêperie, glacier. *Adresse* : 1 rue des Ursules 74200 Thonon-les-Bains. A dater du : 30 mai 2011. *Date de commencement d'activité* : 30 mai 2011.

797 - ● 532 581 204 RCS Thonon-les-Bains. **SIDORINKO** (Damien, Laurent). *Nom commercial* : SEEDO PAYSAGE. *Origine du fonds* : Création. *Etablissement* : Etablissement principal. *Activité* : Création et entretien d'espaces verts Maçonnerie paysagère. *Adresse* : 11 rue du Bief Les Carytides 74100 Ambilly. A dater du : 31 mai 2011. *Date de commencement d'activité* : 1er juin 2011.

798 - ● 352 752 885 RCS Thonon-les-Bains. **VACHOUX** (Hervé). *Origine du fonds* : Création. *Etablissement* : Etablissement principal. *Activité* : bar café agriculteur distillerie. *Adresse* : Vers la Grange 74930 Arbusigny. A dater du : 31 mai 2011. *Date de commencement d'activité* : 1er juin 2011.

799 - ● 438 533 333 RCS Thonon-les-Bains. **ANDRE** (Guillaume). *Origine du fonds* : Création. *Etablissement* : Etablissement principal. *Activité* : préparation de chalets avant pendant et après séjours, prestations hôtelières. *Adresse* : les Vorziers 74430 La baume. A dater du : 31 mai 2011. *Date de commencement d'activité* : 9 mai 2011.

800 - ● 532 571 064 RCS Thonon-les-Bains. **VUETAZ** (Audrey, Evelyne). *Nom commercial* : NOUVEL'HAIR. *Origine du fonds* : Création. *Etablissement* : Etablissement principal. *Activité* : Coiffure, vente de produits. *Adresse* : 18 chemin de la Fontaine 74520 Vulbens. A dater du : 31 mai 2011. *Date de commencement d'activité* : 1er juin 2011.

801 - ● 532 631 983 RCS Thonon-les-Bains. **DUVAL** (Jonathan). *Nom commercial* : LA FULLY. *Origine du fonds* : Création. *Etablissement* : Etablissement principal. *Activité* : Restauration. *Adresse* : La Fully d'en Haut 74420 Villard. A dater du : 31 mai 2011. *Date de commencement d'activité* : 24 mai 2011.

802 - ● 511 228 066 RCS Thonon-les-Bains. **LEMOUZY** (Alexandra). *Origine du fonds* : Création. *Etablissement* : Etablissement principal. *Activité* : Coiffure relaxation. *Adresse* : 41 place de l'Eglise 74270 Frangy. A dater du : 1er juin 2011. *Date de commencement d'activité* : 14 juin 2011.

803 - ● 532 127 974 RCS Thonon-les-Bains. **PHARMACIE DU SALEVE.** *Forme* : Société à responsabilité limitée. *Administration* : Gérant(e) : SERRE Isabelle, Michèle . *Capital* : 500000 euros. *Adresse* : 32 place de la Fontaine Immeuble le Molière 74350 Cruseilles. A dater du : 24 mai 2011. *Commentaires* : Cette société n'exerce aucune activité.

804 - ● 532 427 697 RCS Thonon-les-Bains. **ELGB.S PRET A PORTER.** *Forme* : Société à responsabilité limitée. *Administration* : Gérant (e) : BERENGER Sarah née(e) EL GAOUI . *Capital* : 5000 euros. *Adresse* : 3 place des Arts 74200 Thonon-les-Bains. A dater du : 25 mai 2011. *Commentaires* : Cette société n'exerce aucune activité.

805 - ● 532 407 186 RCS Thonon-les-Bains. **BAILLET PRIVILEGES SERVICES EN ABRÉGÉ B.P.S.** *Forme* : Société à responsabilité limitée. *Administration* : Gérant(e) : BAILET Bernadette, Marthe, Marie née(e) BARBIER . *Capital* : 7000 euros. *Adresse* : 250 route de la Fiogère 74500 Publier. A dater du : 25 mai 2011. *Commentaires* : Cette société n'exerce aucune activité.

806 - ● 532 538 923 RCS Thonon-les-Bains. **GARAGE DU GRAND PONT.** *Forme* : Société par actions simplifiée. *Administration* : Président : AKODAD Mohammed . *Capital* : 10000 euros. *Adresse* : 257 rue du Grand Pont 74270 Frangy. A dater du : 30 mai 2011. *Commentaires* : Cette société n'exerce aucune activité.

807 - ● 532 538 956 RCS Thonon-les-Bains. **INVESTOR.** *Forme* : Société à responsabilité limitée. *Administration* : Gérant(e) : IRADY UTRERA Erizck, Domingo . *Capital* : 5000 euros. *Adresse* : 120 chemin de la Chaux 74140 Veigy-Foncenex. A dater du : 30 mai 2011. *Commentaires* : Cette société n'exerce aucune activité.

808 – ● 532 536 158 RCS Thonon-les-Bains. **GRANDE PHARMA-CIE DE GENEVE.** *Forme* : Société d'exercice libéral à responsabilité limitée. *Administration* : Gérant associé : DROUX Aurélien . *Capital* : 100000 euros. *Adresse* : 35 rue de Genève 74100 Ambilly. *A dater du* : 31 mai 2011. *Commentaires* : Cette société n'exerce aucune activité.

809 – ● 532 592 243 RCS Thonon-les-Bains. **LET ROB.** *Forme* : Société à responsabilité limitée. *Administration* : Gérant(e) : ROBBE Laëtitia . *Capital* : 10000 euros. *Adresse* : 16 rue Nationale 74500 Evian-les-bains. *A dater du* : 1er juin 2011. *Commentaires* : Cette société n'exerce aucune activité.

810 – ● 532 592 250 RCS Thonon-les-Bains. **HACYDIS.** *Forme* : Société à responsabilité limitée. *Administration* : Gérant(e) : SEMPE Céline, Andrée, Suzanne . *Capital* : 15000 euros. *Adresse* : route du Tram 74270 Frangy. *A dater du* : 1er juin 2011. *Commentaires* : Cette société n'exerce aucune activité.

811 – ● 532 408 770 RCS Thonon-les-Bains. **GC2M.** *Forme* : Société civile immobilière. *Administration* : Gérant associé : MARCELLIN Christophe Gérant associé : MORO Gabrielle . *Capital* : 2000 euros. *Adresse* : 757 chemin de la Vieille Plagne 74110 Morzine. *Origine du fonds* : Création. *Etablissement* : Etablissement principal. *Activité* : Acquisition, gestion, location de tous biens immobiliers, prise de participation dans toutes sociétés immobilières, obtention de toute ouverture de crédit avec ou sans garantie hypothécaire. *Adresse* : 757 chemin de la Vieille Plagne 74110 Morzine. *A dater du* : 17 mai 2011. *Date de commencement d'activité* : 6 mai 2011.

812 – ● 532 417 698 RCS Thonon-les-Bains. **DU CAS.** *Forme* : Société civile immobilière. *Administration* : Gérant associé : JACQUES-VUA-RAMBON François, Alphonse . *Capital* : 1000 euros. *Adresse* : 1425 route d'Armiaz 74380 Lucinges. *Origine du fonds* : Création. *Etablissement* : Etablissement principal. *Activité* : Acquisition par voie d'achat ou d'apport, la propriété, la mise en valeur, la transformation, l'aménagement, l'administration et la location de tous biens et droits immobiliers. *Adresse* : 1425 route d'Armiaz 74380 Lucinges. *A dater du* : 18 mai 2011. *Date de commencement d'activité* : 19 avril 2011.

813 – ● 532 422 888 RCS Thonon-les-Bains. **LILYCHARLOTTE.** *Forme* : Société civile immobilière. *Administration* : Gérant associé : BRUN Marie-Christine, Charlotte . *Capital* : 1000 euros. *Adresse* : 15 rue de Savoie 74910 Seyssel. *Origine du fonds* : Création. *Etablissement* : Etablissement principal. *Activité* : Acquisition, construction et gestion de biens immobiliers. *Adresse* : 15 rue de Savoie 74910 Seyssel. *A dater du* : 18 mai 2011. *Date de commencement d'activité* : 27 avril 2011.

814 – ● 532 430 261 RCS Thonon-les-Bains. **CEROS.** *Forme* : Société civile. *Administration* : Gérant associé : BORDET David, Pierre Gérant associé : BORDET Laurent, Daniel . *Capital* : 1000 euros. *Adresse* : 464 route de Cortenaz 74380 Lucinges. *Origine du fonds* : Création. *Etablissement* : Etablissement principal. *Activité* : Acquisition par voie d'achat ou d'apport, propriété, mise en valeur, transformation, construction, aménagement, administration et location de tous biens et droits immobiliers de tous biens et droits pouvant constituer l'accessoire, l'annexe ou le complément des biens et droits immobiliers en question. *Adresse* : 464 route de Cortenaz 74380 Lucinges. *A dater du* : 18 mai 2011. *Date de commencement d'activité* : 18 avril 2011.

815 – ● 532 284 726 RCS Thonon-les-Bains. **S.C.I. ARTHO.** *Forme* : Société civile immobilière. *Administration* : Gérant associé : VARGAS BARRETO Bernardo Gérant associé : VARGAS-DUTRAIVE Sophie, Andrée, Claude née(e) DUTRAIVE . *Capital* : 30000 euros. *Adresse* : Hameau d'Arpigny 74250 Fillinges. *Origine du fonds* : Création. *Etablissement* : Etablissement principal. *Activité* : Acquisition, propriété, administration, exploitation de tous immeubles bâtis ou non bâtis et terrains. *Adresse* : Hameau d'Arpigny 74250 Fillinges. *A dater du* : 18 mai 2011. *Date de commencement d'activité* : 1er mai 2011.

816 – ● 532 228 897 RCS Thonon-les-Bains. **BAT.INSTALLE.MAISON.** *Forme* : Société à responsabilité limitée. *Administration* : Gérant (e) : THEODORESCU Gheorghe . *Capital* : 1000 euros. *Adresse* : 109 rue du Pontet 74350 Cruseilles. *Origine du fonds* : Création. *Etablissement* : Etablissement principal. *Activité* : Rénovation, installation sanitaire, électricité, chauffage, panneaux solaire, menuiserie. *Adresse* : 109 rue du Pontet 74350 Cruseilles. *A dater du* : 18 mai 2011. *Date de commencement d'activité* : 12 mai 2011.

817 – ● 532 449 535 RCS Thonon-les-Bains. **AG THERMOTEK.** *Forme* : Société à responsabilité limitée. *Administration* : Co-Gérant : GUILLAUMOND Nicolas, Marcel, Arnaud Co-Gérant : ANDRE Nicolas, Cyril, Gilles . *Capital* : 13000 euros. *Adresse* : 46 route des Prés Courbes 74140 Saint-Cergues. *Origine du fonds* : Création. *Etablissement* : Etablissement principal. *Activité* : Toutes activités de pose, installation, prestations de services, négoce dans les énergies renouvelables, climatisation, chauffage. *Adresse* : 46 route des Prés Courbes 74140 Saint-Cergues. *A dater du* : 18 mai 2011. *Date de commencement d'activité* : 13 mai 2011.

818 – ● 532 326 378 RCS Thonon-les-Bains. **LES CUISINES D'ALINE.** *Forme* : Société à responsabilité limitée. *Nom commercial* : LES CUISINES D'ALINE. *Sigle* : LCDA. *Administration* : Gérant(e) : REVIRON Fabien . *Capital* : 1 euros. *Adresse* : 2 chemin de la Détanche 74500 Evian-les-bains. *Origine du fonds* : Création. *Etablissement* : Etablissement principal. *Activité* : Conception et vente de cuisines équipées, électroménager et sanitaire. *Adresse* : 2 chemin de la Détanche 74500 Evian-les-bains. *A dater du* : 18 mai 2011. *Date de commencement d'activité* : 2 mai 2011.

819 – ● 532 321 650 RCS Thonon-les-Bains. **OLIVIER PAYSAGE.** *Forme* : Société à responsabilité limitée. *Administration* : Gérant(e) : DEWEZ Olivier, Marcel, Henri . *Capital* : 1000 euros. *Adresse* : Doucy 74420 Habere poche. *Origine du fonds* : Création. *Etablissement* : Etablissement principal. *Activité* : Travaux courants d'entretien de jardins chez les particuliers : pelouse, taillage de haies et d'arbres, débroussaillage, déneigement. *Adresse* : Doucy 74420 Habere poche. *A dater du* : 19 mai 2011. *Date de commencement d'activité* : 1er mai 2011.

820 – ● 532 328 762 RCS Thonon-les-Bains. **IMMO CONFIANCE.** *Forme* : Société à responsabilité limitée. *Administration* : Gérant(e) : MICHAUD Christian, André . *Capital* : 10000 euros. *Adresse* : 7 rue Amedée VIII de Savoie 74160 Saint-Julien-en-Genevois. *Origine du fonds* : Création. *Etablissement* : Etablissement principal. *Activité* : Agent immobilier - promotion immobilière, marchand de biens. *Adresse* : 7 rue Amedée VIII de Savoie 74160 Saint-Julien-en-Genevois. *A dater du* : 19 mai 2011. *Date de commencement d'activité* : 9 mai 2011.

821 – ● 532 461 621 RCS Thonon-les-Bains. **METS D'LICES.** *Forme* : Société à responsabilité limitée. *Nom commercial* : METS D'LICES. *Administration* : Gérant(e) : VOEGELI Patricia, Marie-Andrée . *Capital* : 4000 euros. *Adresse* : 7 rue du Vieux Pont 74200 Thonon-les-Bains. *Origine du fonds* : Création. *Etablissement* : Etablissement principal. *Activité* : Restauration rapide Dépôt de pain. *Adresse* : 7 rue du Vieux Pont 74200 Thonon-les-Bains. *A dater du* : 19 mai 2011. *Date de commencement d'activité* : 1er juin 2011.

822 – ● 532 382 249 RCS Thonon-les-Bains. **BOIS LAHOTTE PHILIPPE.** *Forme* : Société à responsabilité limitée. *Nom commercial* : BLP. *Administration* : Gérant(e) : LAHOTTE Philippe, Michel . *Capital* : 3000 euros. *Adresse* : 4 B chemin de Canevet 74200 Thonon-les-Bains. *Origine du fonds* : Création. *Etablissement* : Etablissement principal. *Activité* : Etude, conception, réalisation, montage de tous ouvrages de menuiserie, ébénisterie, charpente, isolation, zinguerie, agencement, décoration et entretien de tous ouvrages de bâtiment, achat, vente de matériaux relatifs à ces activités. *Adresse* : 4 B chemin de Canevet 74200 Thonon-les-Bains. *A dater du* : 19 mai 2011. *Date de commencement d'activité* : 9 mai 2011.

823 – ● 532 339 132 RCS Thonon-les-Bains. **PALA CONSTRUCTIONS.** *Forme* : Société à responsabilité limitée. *Administration* : Co-Gérant : DIKME Ali Co-Gérant : OZDEMIR Mehmet . *Capital* : 2000 euros. *Adresse* : 260 B route des Grandes Teppes 74550 Perrignier. *Origine du fonds* : Création. *Etablissement* : Etablissement principal. *Activité* : Maçonnerie, charpente, menuiserie, tous travaux du bâtiment, terrassement, VRD. *Adresse* : 260 B route des Grandes Teppes 74550 Perrignier. *A dater du* : 19 mai 2011. *Date de commencement d'activité* : 3 février 2011.

824 – ● 531 670 461 RCS Thonon-les-Bains. **LES LYS.** *Forme* : Société civile immobilière. *Administration* : Gérant associé : FAVRE Hervé, Jean-Claude . *Capital* : 1000 euros. *Adresse* : 1159 route de Chez Cottet 74380 Cranves-Sales. *Origine du fonds* : Création. *Etablissement* : Etablissement principal. *Activité* : Acquisition propriété construction location de biens immobiliers. *Adresse* : 1159 route de Chez Cottet 74380 Cranves-Sales. *A dater du* : 20 mai 2011. *Date de commencement d'activité* : 25 février 2011.

825 – ● 532 366 333 RCS Thonon-les-Bains. **TORICO FRANCE.** *Forme* : Société à responsabilité limitée. *Administration* : Gérant(e) : BOWDEN Guy, Myles . *Capital* : 2000 euros. *Adresse* : Les Mouilles 74430 Saint-jean-d'aulps. *Origine du fonds* : Création. *Etablissement* : Etablissement principal. *Activité* : La vente, la location de vélos, de pièces et accessoires pour vélos en magasin et/ou en Ligne via internet, au détail et/ou en gros La conception et l'encadrement d'activités à caractère sportif, notamment dans le domaine des randonnées en VTT. *Adresse* : Les Mouilles 74430 Saint-jean-d'aulps. *A dater du* : 20 mai 2011. *Date de commencement d'activité* : 1er mai 2011.

826 – ● 532 362 670 RCS Thonon-les-Bains. **COULEUR SON.** *Forme* : Société à responsabilité limitée. *Nom commercial* : COULEUR SON. *Administration* : Gérant(e) : CLERC Pierre, Olivier . *Capital* : 8000 euros. *Adresse* : 195 C chemin des Confertes 74500 Neuvecelle.

*Origine du fonds :* Création. *Établissement :* Établissement principal. *Activité :* Toutes prestations de services de sonorisation, d'éclairage, de projection d'images ou de vidéo diffusion. *Adresse :* 195 C chemin des Confertes 74500 Neuvecelle. *A dater du :* 23 mai 2011. *Date de commencement d'activité :* 27 avril 2011.

827 – ● 532 360 690 RCS Thonon-les-Bains. **DATALP-FORMAWEB.** *Forme :* Société par actions simplifiée. *Administration :* Président : POUTOUT Bruno . *Capital :* 10000 euros. *Adresse :* 21 rue de l'Europe 74200 Thonon-les-Bains. *Origine du fonds :* Création. *Établissement :* Établissement principal. *Activité :* Formation et prestations en matière informatique Vente de matériel informatique et fourniture de progiciels. *Adresse :* 21 rue de l'Europe 74200 Thonon-les-Bains. *A dater du :* 23 mai 2011. *Date de commencement d'activité :* 15 avril 2011.

828 – ● 532 008 604 RCS Thonon-les-Bains. **SCI DR IMMO.** *Forme :* Société civile immobilière. *Administration :* Gérant associé : DUGER-DIL Nicolas, Philippe Gérant associé : RULLAND Alain . *Capital :* 100 euros. *Adresse :* La Combe 74430 Le Biot. *Origine du fonds :* Création. *Établissement :* Établissement principal. *Activité :* Location ou autrement de tous immeubles bâtis ou non bâtis, et spécialement un entrepôt avec terrain attenant situé à La Combe LE BIOT. *Adresse :* la Combe 74430 Le Biot. *A dater du :* 23 mai 2011. *Date de commencement d'activité :* 7 avril 2011.

829 – ● 532 350 915 RCS Thonon-les-Bains. **B.S. BLANCHISSERIE.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant(e) : CRETEUR Sabine, Nicole née(e) STELLMASCHEWSKI . *Capital :* 1000 euros. *Adresse :* 24 avenue Ternier 74160 Saint-Julien-en-Genevois. *Origine du fonds :* Création. *Établissement :* Établissement principal. *Activité :* Blanchisserie et la teinturerie de gros pour le compte d'entreprises, de collectivités ou de détaillants, notamment le lavage, le blanchissage, le nettoyage, le détachage, le repassage de tous textiles et d'habillement ainsi que le ramassage et la livraison de ces articles. *Adresse :* 24 avenue Ternier 74160 Saint-Julien-en-Genevois. *A dater du :* 23 mai 2011. *Date de commencement d'activité :* 22 avril 2011.

830 – ● 532 229 184 RCS Thonon-les-Bains. **DC CELINE IMMO.** *Forme :* Société civile. *Administration :* Gérant associé : DALLA COSTA Diego . *Capital :* 1000 euros. *Adresse :* 34 Grande rue 74200 Thonon-les-Bains. *Origine du fonds :* Création. *Établissement :* Établissement principal. *Activité :* L'acquisition ou la prise à bail de tous immeubles, locaux et autre droits immobiliers. *Adresse :* 34 Grande rue 74200 Thonon-les-Bains. *A dater du :* 23 mai 2011. *Date de commencement d'activité :* 27 avril 2011.

831 – ● 532 510 633 RCS Thonon-les-Bains. **SCI DELF AZUR.** *Forme :* Société civile immobilière. *Administration :* Gérant associé : DECROUX Eric, François . *Capital :* 100 euros. *Adresse :* rue de la Croix C/o M. Eric Decroux 74500 Champanges. *Origine du fonds :* Création. *Établissement :* Établissement principal. *Activité :* Gestion de tous biens immobiliers et mobiliers, acquisition de tous biens immobiliers et mobiliers. *Adresse :* rue de la Croix C/o M. Eric Decroux 74500 Champanges. *A dater du :* 24 mai 2011. *Date de commencement d'activité :* 12 mai 2011.

832 – ● 532 453 594 RCS Thonon-les-Bains. **CHW EXPLOITATION SARL.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant(e) : WARASSE Christine, Marcelle née(e) VAN NIEUWEN-BORG . *Capital :* 10000 euros. *Origine du fonds :* Création. *Établissement :* Établissement principal. *Activité :* Exploitation de chambres d'hôtes. *Adresse :* Lieu-Dit Melon 74360 Abondance. *A dater du :* 24 mai 2011. *Date de commencement d'activité :* 5 mai 2011.

833 – ● 532 477 924 RCS Thonon-les-Bains. **SCI DU BOURG.** *Forme :* Société civile immobilière. *Administration :* Gérant associé : EDMOND Jean-Michel, Jack Gérant associé : LAUGIER Pierre, Paul, Marcel . *Capital :* 1200 euros. *Adresse :* 25 rue du Bourg 74140 Messery. *Origine du fonds :* Création. *Établissement :* Établissement principal. *Activité :* Acquisition, construction et propriété de tous biens immobiliers à usage d'habitation, professionnel, commercial ou industriel, mise en valeur, administration, gestion, exploitation de tous immeubles. *Adresse :* 25 rue du Bourg 74140 Messery. *A dater du :* 24 mai 2011. *Date de commencement d'activité :* 1er mai 2011.

834 – ● 532 402 757 RCS Thonon-les-Bains. **SASU OFLAZ.** *Forme :* Société par actions simplifiée. *Nom commercial :* SASU OFLAZ. *Administration :* Président : OFLAZ Ali, Beki . *Capital :* 1 euros. *Adresse :* 2 avenue de la Grangette 74200 Thonon-les-Bains. *Origine du fonds :* Création. *Établissement :* Établissement principal. *Activité :* Peinture, platrerie. *Adresse :* 2 avenue de la Grangette 74200 Thonon-les-Bains. *A dater du :* 24 mai 2011. *Date de commencement d'activité :* 1er avril 2011.

835 – ● 532 421 310 RCS Thonon-les-Bains. **JAN'S SAS.** *Forme :* Société par actions simplifiée. *Administration :* Président : JANIN Jean, Louis, Joseph . *Capital :* 10000 euros. *Adresse :* 100 route de la Canche 74250 Fillinges. *Origine du fonds :* Création. *Établissement :* Établissement principal. *Activité :* Conception, développement de tous process et procédés techniques, ingénierie, fabrication de prototypes, de tous moyens de transport, vente sur salons. *Adresse :* 100 route de la Canche 74250 Fillinges. *A dater du :* 24 mai 2011. *Date de commencement d'activité :* 2 mai 2011.

836 – ● 532 427 168 RCS Thonon-les-Bains. **CARILLON.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant(e) : JANSEN Juliette, Thérèse née(e) RAUCAMP . *Capital :* 1500 euros. *Adresse :* La Joly 74360 La Chapelle-d'abondance. *Origine du fonds :* Création. *Établissement :* Établissement principal. *Activité :* Location meublée para-hôtellerie. *Adresse :* La Joly 74360 La Chapelle-d'abondance. *A dater du :* 25 mai 2011. *Date de commencement d'activité :* 1er mai 2011.

837 – ● 532 427 085 RCS Thonon-les-Bains. **CHRIBA.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant(e) : KIP Albert, Maarten . *Capital :* 1500 euros. *Adresse :* La Joly 74360 La Chapelle-d'abondance. *Origine du fonds :* Création. *Établissement :* Établissement principal. *Activité :* Location meublée para-hôtellerie. *Adresse :* La Joly 74360 La Chapelle-d'abondance. *A dater du :* 25 mai 2011. *Date de commencement d'activité :* 1er mai 2011.

838 – ● 532 428 778 RCS Thonon-les-Bains. **DEPABO.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant(e) : BOLTE Patrick, Alexander, Leonardus . *Capital :* 5000 euros. *Adresse :* La Joly 74360 La Chapelle-d'abondance. *Origine du fonds :* Création. *Établissement :* Établissement principal. *Activité :* Location meublée para-hôtellerie. *Adresse :* La Joly 74360 La Chapelle-d'abondance. *A dater du :* 25 mai 2011. *Date de commencement d'activité :* 1er mai 2011.

839 – ● 532 428 208 RCS Thonon-les-Bains. **ALPINE 7.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant(e) : DAAMEN Clara, Petronella née(e) VAN DE SCHRAAF . *Capital :* 1000 euros. *Adresse :* La Joly 74360 La Chapelle-d'abondance. *Origine du fonds :* Création. *Établissement :* Établissement principal. *Activité :* Location meublée parahôtellerie. *Adresse :* La Joly 74360 La Chapelle-d'abondance. *A dater du :* 25 mai 2011. *Date de commencement d'activité :* 1er mai 2011.

840 – ● 532 459 443 RCS Thonon-les-Bains. **DIEVOLE WINTER INVESTMENTS.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant(e) : KOPPELAAR Jan, Cornelis . *Capital :* 1000 euros. *Adresse :* La Joly 74360 La Chapelle-d'abondance. *Origine du fonds :* Création. *Établissement :* Établissement principal. *Activité :* Location meublée Parahôtellerie. *Adresse :* La Joly 74360 La Chapelle-d'abondance. *A dater du :* 25 mai 2011. *Date de commencement d'activité :* 1er mai 2011.

841 – ● 532 427 069 RCS Thonon-les-Bains. **CHATEAU CRET BENI.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant(e) : OVERGAAUW Pieter, Willem . *Capital :* 1500 euros. *Adresse :* La Joly 74360 La Chapelle-d'abondance. *Origine du fonds :* Création. *Établissement :* Établissement principal. *Activité :* Location meublée parahôtellerie. *Adresse :* La Joly 74360 La Chapelle-d'abondance. *A dater du :* 25 mai 2011. *Date de commencement d'activité :* 1er mai 2011.

842 – ● 532 459 278 RCS Thonon-les-Bains. **PERSPECTIVE BOIS.** *Forme :* Société à responsabilité limitée. *Administration :* Co-Gérant : LEBRUN Yoann, Louis Co-Gérant : PACCARD Rodolphe . *Capital :* 10000 euros. *Adresse :* Lieu dit l'Arny 74350 Allonzier-la-Caille. *Origine du fonds :* Création. *Établissement :* Établissement principal. *Activité :* Toute activité de bureau d'études techniques en bâtiment. *Adresse :* Lieu dit l'Arny 74350 Allonzier-la-Caille. *A dater du :* 26 mai 2011. *Date de commencement d'activité :* 29 mars 2011.

843 – ● 532 410 867 RCS Thonon-les-Bains. **LES 2B.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant(e) : BOUCHER Jérémie, Joachim . *Capital :* 1000 euros. *Adresse :* 40 impasse de Beffarol 74890 Bons en Chablais. *Origine du fonds :* Création. *Établissement :* Établissement principal. *Activité :* Marchand de biens ainsi que toutes opérations et prestations de conseil liées à l'immobilier. *Adresse :* 40 impasse de Beffarol 74890 Bons en Chablais. *A dater du :* 26 mai 2011. *Date de commencement d'activité :* 10 mai 2011.

844 – ● 532 410 339 RCS Thonon-les-Bains. **CASEUS CONSEIL.** *Forme :* Société par actions simplifiée. *Administration :* Président : CAUQUIL Didier, Joseph, René . *Capital :* 5000 euros. *Adresse :* 419 route de la Vallée du Giffre 74250 Fillinges. *Origine du fonds :* Création. *Établissement :* Établissement principal. *Activité :* Conseil, animation, formation dans les domaines de produits vinicoles et laitiers Activité d'agent commercial dans ces mêmes domaines. *Adresse :* 419 route de la Vallée du Giffre 74250 Fillinges. *A dater du :* 26 mai 2011. *Date de commencement d'activité :* 19 avril 2011.

845 – ● 532 478 237 RCS Thonon-les-Bains. **SAROMACA.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant(e) : CARTIER Dominique, Michèle né(e) DUMINY . *Capital :* 1000 euros. *Adresse :* 1571 route de Thonon 74200 Marin. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Activité de couture, retouches, mercerie Création sur-mesure Achat, vente de tissus. *Adresse :* 1571 route de Thonon 74200 Marin. *A dater du :* 26 mai 2011. *Date de commencement d'activité :* 2 mai 2011.

846 – ● 532 179 538 RCS Thonon-les-Bains. **H2N MULTISERVICES.** *Forme :* Société par actions simplifiée. *Administration :* Président : GRIMET El, Hassan . *Capital :* 5000 euros. *Adresse :* 116 chemin des Côtes 74100 Ville-la-Grand. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Services aux entreprises (petits travaux, équipement, signalisation, nettoyage, petites maintenances, location véhicules sans chauffeur. *Adresse :* 116 chemin des Côtes 74100 Ville-la-Grand. *A dater du :* 26 mai 2011. *Date de commencement d'activité :* 1er avril 2011.

847 – ● 532 293 040 RCS Thonon-les-Bains. **SCI LA CUISINE DES SABLES.** *Forme :* Société civile immobilière. *Administration :* Gérant associé : SUEUR Fabrice, Laurent, Alain, Hervé . *Capital :* 10000 euros. *Adresse :* 25 rue Nationale 74500 Evian-les-bains. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Acquisition, gestion, rénovation, exploitation de tous biens immobiliers. *Adresse :* 25 rue Nationale 74500 Evian-les-bains. *A dater du :* 26 mai 2011. *Date de commencement d'activité :* 2 mai 2011.

848 – ● 532 571 189 RCS Thonon-les-Bains. **SCI DALI AND FAMILY.** *Forme :* Société civile immobilière. *Administration :* Gérant associé : DALIBARD Cédric, Arnaud, Clément . *Capital :* 1000 euros. *Adresse :* 3 place du Château 74200 Thonon-les-Bains. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* L'acquisition, l'administration, l'exploitation par bail ou autrement, la gestion pour son compte, de tous biens et droits immobiliers. *Adresse :* 3 place du Château 74200 Thonon-les-Bains. *A dater du :* 27 mai 2011. *Date de commencement d'activité :* 28 mars 2011.

849 – ● 532 360 963 RCS Thonon-les-Bains. **GROUPEMENT FORESTIER DE LAVERATIERE.** *Forme :* Groupement forestier. *Administration :* Gérant associé : VAN CALOEN Antoine, Jean, Charles, Marie, Ghislain Gérant associé : DI ROVASENDA Enrica . *Capital :* 3000 euros. *Adresse :* 1 allée du Clos 74100 Annemasse. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Constitution, exploitation, amélioration, équipement, conservation et la gestion de massifs forestiers. *Adresse :* 1 allée du Clos 74100 Annemasse. *A dater du :* 30 mai 2011. *Date de commencement d'activité :* 13 avril 2011.

850 – ● 532 536 141 RCS Thonon-les-Bains. **LES MANESSIERES.** *Forme :* Société civile de construction / vente. *Administration :* Gérant (e) : PATRINVEST SA (SDE) . *Capital :* 100 euros. *Adresse :* Europa 74160 Archamps. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Acquisition d'un bien à Collonges, réalisation d'un projet immobilier et vente des constructions. *Adresse :* Europa 74160 Archamps. *A dater du :* 30 mai 2011. *Date de commencement d'activité :* 22 mars 2011.

851 – ● 532 423 787 RCS Thonon-les-Bains. **MA PLANETE BIO.** *Forme :* Société à responsabilité limitée. *Nom commercial :* MA PLANETE BIO. *Administration :* Co-Gérant : STIERS Guillaume, Frédéric Co-Gérant : FURIO Béatrice, Marie, Jeanne . *Capital :* 10000 euros. *Adresse :* 6 rue de l'Artisanat 74140 Douvaine. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Commerce alimentaire de produits naturels et biologiques. *Adresse :* 6 rue de l'Artisanat 74140 Douvaine. *A dater du :* 30 mai 2011. *Date de commencement d'activité :* 1er juin 2011.

852 – ● 532 564 523 RCS Thonon-les-Bains. **A.E.M AUTO-CONTROLE.** *Forme :* Société à responsabilité limitée. *Nom commercial :* A.E.M AUTOCONTROLE. *Administration :* Gérant(e) : CAPELLI Laurent, Gérard . *Capital :* 10000 euros. *Adresse :* 58 route de Thonon 74100 Annemasse. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Acquisition, gestion, cession de titres dans toute société commerciale, civile, à prépondérance immobilière ou non, ou dans tous fonds communs de placement Tous services administratifs, financiers, juridiques, comptables que peut rendre une société de holding à l'égard de ses filiales La mise à disposition des fonds des sociétés dans lesquelles la société aura des participations, moyennant la fixation d'un taux d'intérêts conforme aux participations habituelles en la matière. *Adresse :* 58 route de Thonon 74100 Annemasse. *A dater du :* 30 mai 2011. *Date de commencement d'activité :* 4 mai 2011.

853 – ● 532 596 277 RCS Thonon-les-Bains. **HANAE.** *Forme :* Société par actions simplifiée. *Administration :* Président : EL MALEH Céline, Marcelle né(e) GUICHARD . *Capital :* 4000 euros. *Adresse :* 43 rue du Chablais 74100 Annemasse. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Atelier, activités ludiques pour enfants Salon de thé et vente objets artisanaux Fabrication. *Adresse :* 43 rue du Chablais 74100 Annemasse. *A dater du :* 31 mai 2011. *Date de commencement d'activité :* 1er juin 2011.

854 – ● 532 598 497 RCS Thonon-les-Bains. **SH PEINTURE.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant(e) : METALLARI Feriz . *Capital :* 500 euros. *Adresse :* 15 rue Marc Courriard 74100 Annemasse. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Isolation extérieure, façades, isolation intérieure, peinture, plâtrerie Création, acquisition, exploitation de tous autres fonds ou établissements de même nature. *Adresse :* 15 rue Marc Courriard 74100 Annemasse. *A dater du :* 31 mai 2011. *Date de commencement d'activité :* 1er avril 2011.

855 – ● 532 569 985 RCS Thonon-les-Bains. **MBA LEMAN STRUCTURE.** *Forme :* Société à responsabilité limitée. *Nom commercial :* MBA LEMAN STRUCTURE. *Administration :* Gérant(e) : GONCALVES ABREU Joao, Paulo . *Capital :* 1000 euros. *Adresse :* 39 impasse de Marclaz 74200 Thonon-les-Bains. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Tous travaux liés à la maçonnerie et au béton armé. *Adresse :* 39 impasse de Marclaz 74200 Thonon-les-Bains. *A dater du :* 31 mai 2011. *Date de commencement d'activité :* 18 mai 2011.

856 – ● 532 567 559 RCS Thonon-les-Bains. **KELPHELINE S.C.I.** *Forme :* Société civile immobilière. *Administration :* Gérant associé : GUYOLARD Solange, Graziella né(e) PALOMBA . *Capital :* 12500 euros. *Adresse :* 202 chemin du Châble 74140 Saint-Cergues. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Location de biens immobiliers. *Adresse :* 202 chemin du Châble 74140 Saint-Cergues. *A dater du :* 31 mai 2011. *Date de commencement d'activité :* 2 mai 2011.

857 – ● 532 750 346 RCS Thonon-les-Bains. **RED ARC TRADE PARTNERS.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant(e) : WOLTERING Hermanus, Franciscus, Leonardus . *Capital :* 10000 euros. *Adresse :* Immeuble Alliance Archamps Technopole 74160 Archamps. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Le conseil en marketing international, le négoce de tous produits notamment en qualité d'agent commercial, commissionnaire, courtier Toutes prestations de services et de conseils Toutes opérations d'apport d'affaires et d'intermédiation L'organisation et/ou l'animation de formations congrès et séminaires. *Adresse :* Immeuble Alliance Archamps Technopole 74160 Archamps. *A dater du :* 3 juin 2011. *Date de commencement d'activité :* 24 mai 2011.

## Immatriculations

858 – ● 444 539 225 RCS Thonon-les-Bains. **COURTOT** (Julien). *Origine du fonds :* Reçu en location-gérance. *Etablissement :* Etablissement principal. *Activité :* Bar crêperie petite restauration. *Adresse :* Les Lindarets 74110 Montriond. *Précédent exploitant :* 389 471 046 RCS Thonon. **MAMO'S CAFE.** *A dater du :* 3 juin 2011. *Date de commencement d'activité :* 15 juin 2011.

859 – ● 530 969 666 RCS Thonon-les-Bains. **DETAILLE.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant(e) : DETAILLE Stéphanie, Nicole né(e) LUCOT . *Capital :* 6000 euros. *Adresse :* 52 place des Burgondes le Noiret 74350 Cruseilles. *Origine du fonds :* Achat. *Etablissement :* Etablissement principal. *Activité :* mécanique carrosserie entretien et réparation de véhicules vente au détail de carburants et huiles. *Adresse :* 363 route d'Annecy 74350 Cruseilles. *A dater du :* 22 mars 2011. *Date de commencement d'activité :* 1er avril 2011. *Commentaires :* Mise en activité de la société sur achat ou apport après avis provisoire Numéro et date de l'avis provisoire : 81 A le 24/04/2011.

860 – ● 478 333 735 RCS Thonon-les-Bains. **AVMJ.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant(e) : GAINVILLE Maurice, Marcel . *Capital :* 10 euros. *Adresse :* 6 rue du Parc 74100 Annemasse. *Origine du fonds :* Transfert de siège. *Etablissement :* Etablissement principal. *Activité :* Toutes activités de recherches et études en tous domaines et notamment en matière industrielle, la mise au point de procédés industriels. *Adresse :* 6 rue du Parc 74100 Annemasse. *A dater du :* 19 mai 2011. *Date de commencement d'activité :* 15 décembre 2010. *Commentaires :* Immatriculation suite à transfert de son siège social hors ressort. Modification survenue sur l'administration.

861 – ● 342 470 747 RCS Thonon-les-Bains. **ROUX DEVYLDER & ASSOCIES.** *Forme :* Société par actions simplifiée. *Administration :* Président : CHASSAGNOLLE Jean-Pierre . *Capital :* 7622.45 euros.

*Adresse :* 143 route du Noiret 74350 Cruseilles. *Origine du fonds :* Transfert de siège. *Etablissement :* Etablissement principal. *Activité :* Conseil et formation en entreprise. *Adresse :* 143 route du Noiret 74350 Cruseilles. *A dater du :* 27 mai 2011. *Date de commencement d'activité :* 21 avril 2011. *Commentaires :* Immatriculation suite a transfert de son siège social hors ressort. Modification survenue sur l'administration.

862 - ●512 514 316 RCS Thonon-les-Bains. **PULSEPERF.COM.** *Forme :* Société à responsabilité limitée. *Nom commercial :* PULSE-PERF.COM. *Administration :* Gérant(e) : SALO Ari . *Capital :* 12200 euros. *Adresse :* 11 avenue Louis Armand 74160 Saint-Julien-en-Genevois. *Origine du fonds :* Transfert de siège. *Etablissement :* Etablissement principal. *Activité :* Activités et services liés au sport et à la santé. *Adresse :* 11 avenue Louis Armand 74160 Saint-Julien-en-Genevois. *A dater du :* 3 juin 2011. *Date de commencement d'activité :* 1er septembre 2010. *Commentaires :* Immatriculation suite à transfert de son siège social hors ressort. Modification survenue sur l'activité.

863 - ●502 774 755 RCS Thonon-les-Bains. **COM.UNIK.** *Forme :* Société à responsabilité limitée. *Nom commercial :* COM.UNIK. *Administration :* Co-Gérant : MEX Stéphane Co-Gérant : DUNAND-MEX Déborah née() DUNAND . *Capital :* 5000 euros. *Adresse :* 27 avenue d'Evian 74200 Thonon-les-Bains. *Origine du fonds :* Transfert de siège. *Etablissement :* Etablissement principal. *Activité :* activités de pré-presse création d'outils de communication réalisations graphiques infographie conception de site Web réalisation de vidéos clip vidéo de présentation vidéo institutionnelle reportage vidéos travaux de prise de vue photographique et traitement d'images. *Adresse :* 27 avenue d'Evian 74200 Thonon-les-Bains. *A dater du :* 3 juin 2011. *Date de commencement d'activité :* 1er novembre 2010. *Commentaires :* Immatriculation suite a transfert de son siège social hors ressort.

# 75 - DÉPARTEMENT DE PARIS

## GREFFE DU TRIBUNAL DE COMMERCE DE PARIS

### Ventes et cessions

864 - ⚹ RCS non inscrit. **TABAR** (Ruddy). RCS non inscrit. **LAA-ZIBI** (Souad). *Nom d'usage :* Tabar. *Origine du fonds :* Fonds acquis par achat au prix stipulé de 20500,00 euros. *Etablissement :* Etablissement principal. *Activité :* Un fonds de commerce de coiffure, vente de produits de soins de beauté pour le corps. *Adresse :* 59 rue Blanche 75009 Paris. *Précédent propriétaire :* RCS non inscrit. **HABIBI ÉPOUSE BEN GADRI** (Ahlem). *Date de commencement d'activité :* 25 mai 2011. *Publication légale :* Les Petites Affiches du 31 mai 2011. *Oppositions :* au fonds vendu 59 rue Blanche 75009 Paris pour la validité, auprès de Maître Sefik Tosun, Avocat 34 rue Jean Jaurès 95400 Arnouville pour la correspondance .

865 - ⚹531 494 581 RCS Paris. **S A H B.** *Forme :* Société à responsabilité limitée. *Capital :* 5000 euros. *Adresse :* 3-5-7 rue Saint-Augustin 75002 Paris. *Origine du fonds :* Fonds acquis par achat au prix stipulé de 70000,00 euros. *Etablissement :* Etablissement principal. *Activité :* Un fonds de commerce de restauration rapide, sandwicherie, consommation sur place à emporter et à livrer, connu sous l'enseigne "CE PRE". *Adresse :* 7 rue Saint-Augustin 3, 5 et 7 75002 Paris. *Précédent propriétaire :* 489 536 128 RCS Paris. **D D S T.** *Date de commencement d'activité :* 27 avril 2011. *Publication légale :* Le Publicateur Légal du 25 mai 2011. *Oppositions :* au fonds cédé 3-5-7 rue Saint-Augustin 75002 Paris pour la validité, auprès de l'étude de Maître Stéphane pépin, Notaire 82 rue Charles de Gaulles 78730 Saint Arnoult en Yvelines pour la correspondance .

866 - ⚹392 385 886 RCS Paris. **PAGINAIRE.** *Forme :* Société à responsabilité limitée. *Capital :* 38112.25 euros. *Adresse :* 1 rue Ferdinand Duval 75004 Paris. *Origine du fonds :* Droit au bail acquis par achat au prix stipulé de 70000,00 euros. *Etablissement :* Etablissement principal. *Activité :* Cession du droit au bail commercial de locaux. *Adresse :* 10 rue des Écoles 75005 Paris. *Précédent propriétaire :* 498 923 978 RCS Paris. **LIBRAIRIE AMBIPHOQUE.** *Date de commencement d'activité :* 1er avril 2011. *Publication légale :* Journal Spécial des Sociétés Françaises par Actions du 20 mai 2011. *Oppositions :* auprès de l'office Notarial de Maître Stéphanie Pessina-Oudot, Notaire 242 boulevard Saint-Germain 75007 Paris pour la validité.

867 - ⚹ RCS non inscrit. **SELARL PHARMACIE MONTGALLET.** *Forme :* Société d'exercice libéral à responsabilité limitée à associé unique. *Capital :* 40000 euros. *Adresse :* 23 rue Hénard 75012 Paris. *Origine du fonds :* Fonds acquis par achat au prix stipulé de 725000,00 euros. *Etablissement :* Etablissement principal. *Activité :* Un fonds de commerce d'officine de pharmacie. *Adresse :* 23 rue Hénard 75012 Paris. *Précédent propriétaire :* 433 765 120 RCS Paris. **CAYLA** (Isabelle Francette). *Publication légale :* Le Publicateur Légal du 3 juin 2011. *Oppositions :* au fonds cédé 23 rue Hénard 75012 Paris pour la validité, auprès de la Selarl Juris-Pharma 36 rue du Faubourg Saint-Honoré 75008 Paris pour la correspondance . *Commentaires :* Date de commencement d'activité : à la réalisation de la condition suspensive.

868 - ⚹ **Rectificatif :**BODACC A. *Numéro de parution :* 20110106. *Date de parution :* 31 mai 2011. *Annonce numéro :* 754. Cet avis est annulé et remplacé par le suivant . 342 723 368 RCS Paris. **MAR-RAO** (Joaquim, Antonio). *Origine du fonds :* Fonds acquis par achat au prix stipulé de 495000,00 euros. *Etablissement :* Etablissement principal. *Activité :* Bar, brasserie, restaurant. *Adresse :* 15 rue de Presbourg 75016 Paris. *Précédent propriétaire :* 513 953 307 RCS Paris. **LMG.** *A dater du :* 19 mai 2011. *Date de commencement d'activité :* 15 mai 2011. *Publication légale :* Les Petites Affiches du 16 mai 2011. *Oppositions :* Maître Reynald Bronzoni avocat à la Cour (Dbd Associés) 15 avenue Victor Hugo 75116 Paris pour la validité et la correspondance.

869 - ⚹ 481 631 141 RCS Paris. **MAGARACI** (Lydia). *Origine du fonds :* Fonds acquis par achat au prix stipulé de 33000,00 euros. *Etablissement :* Etablissement principal. *Activité :* Équipement de la personne et de la maison. *Adresse :* 9 rue de Wattignies 75012 Paris. *Précédent propriétaire :* 493 945 125 RCS Paris. **GUILLET** (Gladys). *A dater du :* 28 février 2011. *Date de commencement d'activité :* 28 janvier 2011. *Publication légale :* Petites affiches du 7 février 2011. *Oppositions :* Cabinet de Maître Marie-Christine Pujol 97 avenue des Champs-Élysées 75008 Paris pour la validité et la correspondance.

870 - ⚹ 532 653 094 RCS Paris. **CFW DELICE.** *Forme :* Société à responsabilité limitée. *Nom commercial :* CANARD DORE. *Administration :* Gérant : Qu, Yue, nom d'usage : Astie. *Capital :* 1000 euros. *Adresse :* 62 rue Didot 75014 Paris. *Origine du fonds :* Fonds acquis par achat au prix stipulé de 50000,00 euros. *Etablissement :* Etablissement principal. *Activité :* Restaurant, plats à emporter, livraison à domicile. *Adresse :* 62 rue Didot 75014 Paris. *Précédent propriétaire :* 522 906 361 RCS Paris. **CANARD DORE.** *A dater du :* 3 juin 2011. *Date de commencement d'activité :* 16 mai 2011. *Publication légale :* L'Auvergnat de Paris du 26 mai 2011. *Oppositions :* Maître Xiaohong Ren 51 avenue d'Ivry 75013 Paris pour la validité et la correspondance.

871 - ⚹ 532 767 225 RCS Paris. **ALOY-ALOY.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant : Simonin, Pierre. *Capital :* 8000 euros. *Adresse :* 61 rue des Trois Frères 75018 Paris. *Origine du fonds :* Fonds acquis par achat au prix stipulé de 240000,00 euros. *Etablissement :* Etablissement principal. *Activité :* Restauration. *Adresse :* 61 rue des Trois Frères 75018 Paris. *Précédent propriétaire :* 513 302 737 RCS Paris. **"HDG".** *A dater du :* 7 juin 2011. *Date de commencement d'activité :* 27 mai 2011. *Publication légale :* Le parisien du 7 juin 2011. *Oppositions :* Maître Jemila Majeri 36 avenue Bugeaud 75116 Paris pour la validité et la correspondance.

872 - ⚹ 478 079 262 RCS Paris. **JMA HOTELLERIE.** *Forme :* Société par actions simplifiée. *Capital :* 37000 euros. *Adresse :* 63 bis rue Jouffroy d'Abbans 75017 Paris. *Origine du fonds :* Fonds acquis par achat au prix stipulé de 40000,00 euros. *Etablissement :* Etablissement complémentaire. *Activité :* Laverie automatique. *Adresse :* 98 rue Balard 75015 Paris. *Précédent propriétaire :* 441 498 581 RCS Paris. **J & H SERVICES SARL.** *A dater du :* 12 août 2004. *Date de commencement d'activité :* 3 mai 2011. *Publication légale :* La Gazette du Palais du 24 mai 2011. *Oppositions :* Cabinet Lavigny ste d'avocats 7 boulevard Malesherbes 75008 Paris pour la validité.

873 - ⚹ 530 363 159 RCS Paris. **INTERPATCHWORKS.** *Forme :* Société à responsabilité limitée à associé unique. *Capital :* 1000 euros. *Adresse :* 1-3 rue de la Bûcherie 75005 Paris. *Origine du fonds :* Fonds acquis par achat au prix stipulé de 35000,00 euros. *Etablissement :* Etablissement complémentaire. *Activité :* Vente d'objets, meubles décoratifs et tableaux. *Adresse :* 5 rue de la Bûcherie 75005 Paris. *Précédent propriétaire :* RCS non inscrit. **RUDZKI** (Sylvie). *Nom d'usage :* Oudiette. *A dater du :* 15 février 2011. *Date de commencement d'activité :* 1er mai 2011. *Publication légale :* Le Publicateur Légal du 1er juin 2011. *Oppositions :* Scp Teofile-Duquesnoy 27 rue du Général Foy 75008 Paris pour la validité et la correspondance.

874 - ⚹ 437 573 983 RCS Paris. **SHAROM.** *Forme :* Société à responsabilité limitée. *Capital :* 38500 euros. *Adresse :* 15 rue du Caire (1er et 2 Eme Étage) 75002 Paris. *Origine du fonds :* Fonds acquis dans le cadre d'une procédure collective au prix stipulé de 25000,00 euros. *Etablissement :* Etablissement principal. *Adresse :* 15 rue du Caire (1er et 2 Ème Étage) 75002 Paris. *Précédent propriétaire :* 702 000 233 RCS Paris. **JOBEN.** *A dater du :* 25 avril 2001. *Publication légale :* Les Petites Affiches du 22 octobre 2010. *Oppositions :* pour la validité et la correspondance. *Commentaires :* modification survenue sur la dénomination, l'adresse du siège et l'adresse de l'établissement.

875 – ✻ 519 782 486 RCS Paris. **AILIA.** *Forme :* Société à responsabilité limitée. *Capital :* 10000 euros. *Adresse :* 55 boulevard de Charonne 75011 Paris. *Origine du fonds :* Fonds acquis par achat au prix stipulé de 30000,00 euros. *Établissement :* Établissement principal. *Adresse :* 55 boulevard de Charonne 75011 Paris. *Précédent propriétaire :* 479 036 576 RCS Paris. **ACREA.** *A dater du :* 27 janvier 2010. *Publication légale :* Le Parisien Libéré du 19 avril 2011. *Oppositions :* au domicile respectifs de chacune des parties 55 boulevard de Charonne 75011 Paris pour la validité. *Commentaires :* modification survenue sur l'adresse du siège.

876 – ✻ 529 930 711 RCS Paris. **EDITIONS DES BATIGNOLLES.** *Forme :* Société à responsabilité limitée. *Nom commercial :* EDITIONS DES BATIGNOLLES. *Sigle :* EDB. *Capital :* 12000 euros. *Adresse :* 3 rue Brochant 75017 Paris. *Origine du fonds :* Fonds acquis par achat au prix stipulé de 10000,00 euros. *Établissement :* Établissement principal. *Adresse :* 3 rue Brochant 75017 Paris. *Précédent propriétaire :* 337 635 676 RCS Paris. **IMMOBILIERE DU MAINE GERANCE.** *A dater du :* 3 février 2011. *Publication légale :* Les Annonces de la Seine du 19 mai 2011. *Oppositions :* Cabinet Watrigant & Associés 23 rue d'Anjou 75008 Paris pour la validité. *Commentaires :* modification survenue sur l'adresse de l'établissement.

**Créations d'établissements**

877 – ✻ 510 750 979 RCS Paris. **MOHAMED** (Nadjeda). *Nom commercial :* G HAIR. *Origine du fonds :* Création d'un fonds de commerce. *Établissement :* Établissement principal. *Activité :* Vente et pose de prothèses capillaire et postiches, perruques, rajouts capillaires et accessoires divers ; et tout ce qui touche à la beauté et à la mode. *Adresse :* 6 boulevard de Bonne Nouvelle 1er Étage Droite 75010 Paris. *A dater du :* 25 janvier 2011. *Date de commencement d'activité :* 1er janvier 2011.

878 – ✻ 500 790 316 RCS Paris. **LAURENT** (Séverine,Isabelle). *Nom d'usage :* BALANQUEUX. *Origine du fonds :* Création d'un fonds de commerce. *Établissement :* Établissement principal. *Activité :* Création de bijouterie fantaisie et d'accessoires et vente. *Adresse :* 42 rue Olivier De Serres 75015 Paris. *A dater du :* 14 février 2011. *Date de commencement d'activité :* 1er janvier 2011.

879 – ✻ 348 696 709 RCS Paris. **ZAGHROUN** (Corinne, Cécile, Rose). *Nom d'usage :* BELLAICHE. *Nom commercial :* CB EXPERTISE GC. *Origine du fonds :* Création d'un fonds de commerce. *Établissement :* Établissement principal. *Activité :* Achat vente, énergies renouvelables, sols chauffants Photovoltaïque, Call Center. *Adresse :* 27 rue de l'Amiral Mouchezhall 3 75013 Paris. *A dater du :* 15 février 2011. *Date de commencement d'activité :* 7 février 2011.

880 – ✻ 441 273 489 RCS Paris. **EAP** (Caroline). *Nom commercial :* SUBLIMI CILS. *Origine du fonds :* Création d'un fonds de commerce. *Établissement :* Établissement principal. *Activité :* Esthétique, extension de cils, maquillage permanent, vente produits. *Adresse :* 47 rue Héricart 75015 Paris. *A dater du :* 21 mars 2011. *Date de commencement d'activité :* 26 février 2011.

881 – ✻ 398 452 094 RCS Paris. **HEUKENSFELDT JANSEN HENRIETTE** (Henriette). *Nom d'usage :* HENRIETTE H.JANSEN. *Nom commercial :* HENRIETTE HJ. *Origine du fonds :* Création d'un fonds de commerce. *Établissement :* Établissement principal. *Activité :* Céramiste, peintre, fabrication et vente d'objets de décoration de la maison, vente d'accessoires de mode et bijoux. *Adresse :* 33 rue de Trévise 75009 Paris. *A dater du :* 24 mars 2011. *Date de commencement d'activité :* 1er novembre 2010.

882 – ✻ 443 769 534 RCS Paris. **GURUNG** (Nanda Kumar). *Origine du fonds :* Création d'un fonds de commerce. *Établissement :* Établissement principal. *Activité :* Taxiphone, Cybercafé, achat et vente de cartes téléphoniques, relais colis-ria transfert d'argent. *Adresse :* 22 rue Saulnier 75009 Paris. *A dater du :* 19 avril 2011. *Date de commencement d'activité :* 1er avril 2011.

883 – ✻ 440 901 650 RCS Paris. **SAHNINE** (Ali). *Origine du fonds :* Création d'un fonds de commerce. *Établissement :* Établissement principal. *Activité :* Loueur un meuble professionnel (Lmp). *Adresse :* 21 rue au Maire 75003 Paris. *A dater du :* 20 avril 2011. *Date de commencement d'activité :* 1er janvier 2010.

884 – ✻ 382 577 161 RCS Paris. **GATT** (Georges). *Origine du fonds :* Création d'un fonds de commerce. *Établissement :* Établissement principal. *Activité :* Voiture de tourisme avec chauffeur, services occasionnels de transport public, routier de personnes. *Adresse :* 105 boulevard de Magenta 75010 Paris. *A dater du :* 21 avril 2011. *Date de commencement d'activité :* 20 avril 2010.

885 – ✻ 532 450 624 RCS Paris. **AGBODJI** (Afiwa). *Nom commercial :* VICTA GOLD HAIR. *Origine du fonds :* Création d'un fonds de commerce. *Établissement :* Établissement principal. *Activité :* Société

de services Import-Export gestion Presation de services, ventes de produits non règlementés. *Adresse :* 34 avenue des Champs-Élysées 75008 Paris. *A dater du :* 5 mai 2011. *Date de commencement d'activité :* 10 mai 2011.

886 – ✻ 532 025 632 RCS Paris. **TOUR EGEE BUSINESS CENTRE.** *Forme :* Société à responsabilité limitée à associé unique. *Administration :* Gérant : Dias, Paulo Henrique. *Capital :* 1 euros. *Adresse :* 72 rue du Faubourg Saint-Honoré 75008 Paris. *A dater du :* 28 avril 2011. *Commentaires :* Cette société n'exerce aucune activité.

887 – ✻ 532 025 806 RCS Paris. **MADELEINE BUSINESS CENTRE.** *Forme :* Société à responsabilité limitée à associé unique. *Administration :* Gérant : Dias, Paulo Henrique. *Capital :* 1 euros. *Adresse :* 72 rue du Faubourg Saint-Honoré 75008 Paris. *A dater du :* 28 avril 2011. *Commentaires :* Cette société n'exerce aucune activité.

888 – ✻ 532 025 541 RCS Paris. **ARC DE TRIOMPHE BUSINESS CENTRE.** *Forme :* Société à responsabilité limitée à associé unique. *Administration :* Gérant : Dias, Paulo Henrique. *Capital :* 1 euros. *Adresse :* 72 rue du Faubourg Saint-Honoré 75008 Paris. *A dater du :* 28 avril 2011. *Commentaires :* Cette société n'exerce aucune activité.

889 – ✻ 532 025 277 RCS Paris. **SAINT LAZARE BUSINESS CENTRE.** *Forme :* Société à responsabilité limitée à associé unique. *Administration :* Gérant : Dias, Paulo Henrique. *Capital :* 1 euros. *Adresse :* 72 rue du Faubourg Saint-Honoré 75008 Paris. *A dater du :* 28 avril 2011. *Commentaires :* Cette société n'exerce aucune activité.

890 – ✻ 532 025 509 RCS Paris. **ETOILE BUSINESS CENTRE.** *Forme :* Société à responsabilité limitée à associé unique. *Administration :* Gérant : Dias, Paulo Henrique. *Capital :* 1 euros. *Adresse :* 72 rue du Faubourg Saint-Honoré 75008 Paris. *A dater du :* 28 avril 2011. *Commentaires :* Cette société n'exerce aucune activité.

891 – ✻ 532 700 135 RCS Paris. **LUMIERE DU VIETNAM.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant : Nguyen, Christine. *Capital :* 5000 euros. *Adresse :* 57 avenue du Général Michel Bizot 75012 Paris. *A dater du :* 31 mai 2011. *Commentaires :* Cette société n'exerce aucune activité.

892 – ✻ 532 710 134 RCS Paris. **ABACARD.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant : Gaborit, David. *Capital :* 7500 euros. *Adresse :* 12 rue Oberkampf 75011 Paris. *A dater du :* 31 mai 2011. *Commentaires :* Cette société n'exerce aucune activité.

893 – ✻ 532 626 413 RCS Paris. **NEW DELICE DE CLICHY.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant : Zhang, Léa Lefen, nom d'usage : Pan. *Capital :* 8000 euros. *Adresse :* 132 avenue de Clichy 75017 Paris. *A dater du :* 31 mai 2011. *Commentaires :* Cette société n'exerce aucune activité.

894 – ✻ 532 696 945 RCS Paris. **LES DEUX BAIES.** *Forme :* Société par actions simplifiée à associé unique. *Administration :* Président : Chevalet, Stanislas, Commissaire aux comptes titulaire : CEDEGEC, Commissaire aux comptes suppléant : RZ AUDIT. *Capital :* 10000 euros. *Adresse :* 1 boulevard Haussmann 75009 Paris. *A dater du :* 31 mai 2011. *Commentaires :* Cette société n'exerce aucune activité.

895 – ✻ 532 700 101 RCS Paris. **PASTELLE.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant : Gatineau, Pascal. *Capital :* 4000 euros. *Adresse :* 118-130 avenue Jean Jaurès 75171 Paris 19. *A dater du :* 31 mai 2011. *Commentaires :* Cette société n'exerce aucune activité.

896 – ✻ 532 696 960 RCS Paris. **CHEZ MING.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant : Chen, Ly. *Capital :* 5000 euros. *Adresse :* 43 rue Beaubourg 75003 Paris. *A dater du :* 31 mai 2011. *Commentaires :* Cette société n'exerce aucune activité.

897 – ✻ 532 636 503 RCS Paris. **SARL ANQUET.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant : Anquet, Stéphane. *Capital :* 8000 euros. *Adresse :* 5 rue Vernet 75008 Paris. *A dater du :* 31 mai 2011. *Commentaires :* Cette société n'exerce aucune activité.

898 – ✻ 532 689 841 RCS Paris. **SARL LE ROY GEFFROY.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant : Le Roy, Jean-Marie. *Capital :* 10000 euros. *Adresse :* 79 rue de Wattignies 75012 Paris. *A dater du :* 31 mai 2011. *Commentaires :* Cette société n'exerce aucune activité.

899 – ✻ 532 680 352 RCS Paris. **L'ELEPHANT ROSE PARIS.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant : Sylla, Nathalie Yary, nom d'usage : Dijon. *Capital :* 7500 euros. *Adresse :* 27 rue Desnouettes 75015 Paris. *A dater du :* 31 mai 2011. *Commentaires :* Cette société n'exerce aucune activité.

900 - # 532 762 838 RCS Paris. **SCI 14 RUE DE MÉNILMONTANT.** *Forme :* Société civile. *Administration :* Associé gérant : Ben Jemaa, Rachid, Associé : Ben Jemaa, Farhat. *Capital :* 4000 euros. *Adresse :* 14 rue de Ménilmontant 75020 Paris. *A dater du :* 12 mai 2011. *Commentaires :* Cette société n'exerce aucune activité.

901 - # 529 721 656 RCS Paris. **MM INTERNATIONAL.** *Forme :* Société à responsabilité limitée. *Nom commercial :* MM INTERNATIONAL. *Administration :* Gérant : Sheikh, Mohammad Majid. *Capital :* 10000 euros. *Adresse :* 38 rue Notre-Dame de Nazareth 75003 Paris. *Origine du fonds :* Création d'un fonds de commerce. *Etablissement :* Établissement principal. *Activité :* Fabrication, importation, exportation de tous vêtements en cuir et peaux pour hommes et femmes. *Adresse :* 38 rue Notre-Dame de Nazareth 75003 Paris. *A dater du :* 11 janvier 2011. *Date de commencement d'activité :* 1er janvier 2011.

902 - # 529 299 695 RCS Paris. **AVIACARE B.V.** *Forme :* Société à responsabilité limitée membre de la Communauté européenne ou partie à l'accord sur l'Espace économique européen. *Administration :* Responsable en France : Meganck, Johan, Responsable à l'étranger : AVIACARE HOLDING BV AMSTERDAM 272 587 55. *Adresse :* à l'étranger*Origine du fonds :* Création d'un fonds de commerce. *Etablissement :* Établissement principal. *Activité :* Prestations d'activités de maintenance à l'égard des compagnies aériennes. *Adresse :* 155 rue du Faubourg Saint-Denis 75010 Paris. *A dater du :* 27 janvier 2011. *Date de commencement d'activité :* 15 décembre 2010.

903 - # 529 232 787 RCS Paris. **BELSIZE ASSET MANAGEMENT GMBH.** *Forme :* Société à responsabilité limitée membre de la Communauté européenne ou partie à l'accord sur l'Espace économique européen. *Administration :* Responsable en France : Paunovic, Pascal, Responsable à l'étranger : Gerber, Gilbert. *Adresse :* à l'étranger*Origine du fonds :* Création d'un fonds de commerce. *Etablissement :* Établissement principal. *Activité :* Gestion de portefeuille. *Adresse :* 11 rue Mesnil 75116 Paris. *A dater du :* 31 janvier 2011. *Date de commencement d'activité :* 1er décembre 2010.

904 - # 502 578 214 RCS Paris. **ESSOR DEVELOPPEMENT.** *Forme :* Société par actions simplifiée à associé unique. *Administration :* Président : Rinaldi, Maxime, Commissaire aux comptes titulaire : Teboul, Laure Anna, Commissaire aux comptes suppléant : Moitrier, Gérard. *Capital :* 40000 euros. *Adresse :* 5 rue Daunou 75002 Paris. *Origine du fonds :* Création d'un fonds de commerce. *Etablissement :* Établissement principal. *Activité :* Etude exécution tous travaux bâtiment et génie civil achat exploitation location vente de biens immobilier. *Adresse :* 5 rue Daunou 75002 Paris. *A dater du :* 2 février 2011. *Date de commencement d'activité :* 23 septembre 2010.

905 - # 530 701 911 RCS Paris. **UNE AUTRE ILE PRODUCTIONS.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant : Schumacher, Edouard. *Capital :* 10000 euros. *Adresse :* 50 rue d'Aboukir 75002 Paris. *Origine du fonds :* Création d'un fonds de commerce. *Etablissement :* Établissement principal. *Activité :* Production audiovisuelle et musicale notamment de spectacles vivants dans la limite de six par an. *Adresse :* 50 rue d'Aboukir 75002 Paris. *A dater du :* 9 mars 2011. *Date de commencement d'activité :* 1er mars 2010.

906 - # 530 638 097 RCS Paris. **FNA FASHION.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant : Balde, Fatoumata Oury. *Capital :* 10000 euros. *Adresse :* 26 rue de la Chapelle 75018 Paris. *Origine du fonds :* Création d'un fonds de commerce. *Etablissement :* Établissement principal. *Activité :* La vente de vêtements et accessoires, commerce ambulant, Import-Export, ventes de tous produits non réglementés. *Adresse :* 26 rue de la Chapelle 75018 Paris. *A dater du :* 23 mars 2011. *Date de commencement d'activité :* 1er mars 2011.

907 - # 532 374 238 RCS Paris. **FCM PARTNERS.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant : Mimouni, Charles, Gérant : Attab, Fabrice. *Capital :* 10000 euros. *Adresse :* 51 boulevard Bessières 75017 Paris. *Origine du fonds :* Création d'un fonds de commerce. *Etablissement :* Établissement principal. *Activité :* Marchands de Biens. *Adresse :* 51 boulevard Bessières 75017 Paris. *A dater du :* 16 mai 2011. *Date de commencement d'activité :* 2 mai 2011.

908 - # 532 793 999 RCS Paris. **ARAH.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant : Asadur, Rahman. *Capital :* 8000 euros. *Adresse :* 33 rue de Ménilmontant 75020 Paris. *Origine du fonds :* Création d'un fonds de commerce. *Etablissement :* Établissement principal. *Activité :* Bazar, cadeaux, électroménager, Dvd, jouets, vêtements, bijouterie fantaisie, téléphonie, alimentation générale. *Adresse :* 33 rue de Ménilmontant 75020 Paris. *A dater du :* 27 mai 2011. *Date de commencement d'activité :* 15 mai 2011.

909 - # 531 912 632 RCS Paris. **OCEAN CONSTRUCTION.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant : Turkguzeli, Mehmet Ali. *Capital :* 8000 euros. *Adresse :* 187 rue Marcadet 75018 Paris. *Origine du fonds :* Création d'un fonds de commerce. *Etablissement :* Établissement principal. *Activité :* Maçonnerie, gros oeuvres et tous corps d'état en bâtiment. *Adresse :* 187 rue Marcadet 75018 Paris. *A dater du :* 31 mai 2011. *Date de commencement d'activité :* 1er avril 2011.

910 - # 532 712 130 RCS Paris. **FINANCIÈRE CYCLOPE.** *Forme :* Société par actions simplifiée à associé unique. *Administration :* Président : Fouque, Erick Dieter René, Commissaire aux comptes titulaire : CONSTANTIN ASSOCIES, Commissaire aux comptes suppléant : CISANE. *Capital :* 3000 euros. *Adresse :* 47 rue du Faubourg Saint-Honoré 75008 Paris. *Origine du fonds :* Création d'un fonds de commerce. *Etablissement :* Établissement principal. *Activité :* L'acquisition, la souscription et la gestion de tous titres, la prise de participations ou d'intérêts dans toutes sociétés et entreprises commerciales, industrielles, financières ou mobilières, toutes prestations de service en matières administrative, financière, comptable, commerciale, informatique ou de gestion au profit des filiales ou de toutes autres sociétés dans lesquelles elle détiendrait une participation. *Adresse :* 47 rue du Faubourg Saint-Honoré 75008 Paris. *A dater du :* 31 mai 2011. *Date de commencement d'activité :* 27 mai 2011.

911 - # 532 709 821 RCS Paris. **CTNB.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant : Léopoldie, Nadège Emma. *Capital :* 8000 euros. *Adresse :* 33 rue Planchat 75020 Paris. *Origine du fonds :* Création d'un fonds de commerce. *Etablissement :* Établissement principal. *Activité :* Nettoyage industriel, bureaux, entretien, aires de jeux, propreté et services, décapage des vitres, travaux de bâtiment. *Adresse :* 33 rue Planchat 75020 Paris. *A dater du :* 31 mai 2011. *Date de commencement d'activité :* 30 mai 2011.

912 - # 532 710 019 RCS Paris. **EMABAT.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant : Gueu, Tiémoko André. *Capital :* 8000 euros. *Adresse :* 3 rue Simart 75018 Paris. *Origine du fonds :* Création d'un fonds de commerce. *Etablissement :* Établissement principal. *Activité :* Bâtiment, électricité général, plomberie, carrelage, papier peint, sous Traitance. *Adresse :* 3 rue Simart 75018 Paris. *A dater du :* 31 mai 2011. *Date de commencement d'activité :* 25 mai 2011.

913 - # 532 711 983 RCS Paris. **FINANCIÈRE CRONOS.** *Forme :* Société par actions simplifiée à associé unique. *Administration :* Président : Fouque, Erick Dieter René, Commissaire aux comptes titulaire : CONSTANTIN ASSOCIES, Commissaire aux comptes suppléant : CISANE. *Capital :* 3000 euros. *Adresse :* 47 rue du Faubourg Saint-Honoré 75008 Paris. *Origine du fonds :* Création d'un fonds de commerce. *Etablissement :* Établissement principal. *Activité :* L'acquisition, la souscription et la gestion de tous titres, la prise de participations ou d'intérêts dans toutes sociétés et entreprises commerciales, industrielles, financières ou mobilières, toutes prestations de service en matières administrative, financière, comptable, commerciale, informatique ou de gestion au profit des filiales ou de toutes autres sociétés dans lesquelles elle détiendrait une participation. *Adresse :* 47 rue du Faubourg Saint-Honoré 75008 Paris. *A dater du :* 31 mai 2011. *Date de commencement d'activité :* 27 mai 2011.

914 - # 532 711 314 RCS Paris. **J-PAF.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant : Josic, Dragan. *Capital :* 6000 euros. *Adresse :* 36 rue Scheffer 75016 Paris. *Origine du fonds :* Création d'un fonds de commerce. *Etablissement :* Établissement principal. *Activité :* Menuiserie, décoration, agencement, peinture, ravalement, rénovation, construction à structure métallique et autres, serrurerie, pose de faux plafonds et cloisons, revêtements, chauffage, climatisation, carrelage, sanitaire, plomberie, Éééctricité. *Adresse :* 36 rue Scheffer 75016 Paris. *A dater du :* 31 mai 2011. *Date de commencement d'activité :* 1er mai 2011.

915 - # 532 710 977 RCS Paris. **SNC DE LA COMÈTE.** *Forme :* Société en nom collectif. *Administration :* Gérant non associé : Arbib, Jacob Jean-Claude, Gérant non associé : Touati, Frédéric Joseph, Associé en nom : FONCIERE REAUMUR, Associé en nom : M I F INVESTISSEMENTS, Associé en nom : Sebag, Patrick Yves Léon. *Capital :* 1000 euros. *Adresse :* 6 rue de Lisbonne 75008 Paris. *Origine du fonds :* Création d'un fonds de commerce. *Etablissement :* Établissement principal. *Activité :* Marchands de biens. *Adresse :* 6 rue de Lisbonne 75008 Paris. *A dater du :* 31 mai 2011. *Date de commencement d'activité :* 16 mai 2011.

916 - # 532 711 579 RCS Paris. **L'ART ET LA FACON.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant : Voruz, Caroline, nom d'usage : Lecoquierre. *Capital :* 7000 euros. *Adresse :* 9 rue Nollet 75017 Paris. *Origine du fonds :* Création d'un fonds de commerce. *Etablissement :* Établissement principal. *Activité :* La déco-

ration de biens immeubles, négoce, rénovation de biens meubles, conseil dans ces domaines, création, vente d'encadrement d'art, création et vente de compositions florales, la démonstration de métiers d'arts. *Adresse :* 9 rue Nollet 75017 Paris. *A dater du :* 31 mai 2011. *Date de commencement d'activité :* 1er juin 2011.

917 – # 532 627 775 RCS Paris. **COFINA H.** *Forme :* Société par actions simplifiée. *Administration :* Président : COMPAGNIE FINANCIERE ANTILLES GUYANE. *Capital :* 1 euros. *Adresse :* 47 avenue de l'Opéra 75002 Paris. *Origine du fonds :* Création d'un fonds de commerce. *Etablissement :* Etablissement principal. *Activité :* Location longue durée à des entreprises exerçant leur activité dans les dom-Tom de tous biens d'équipements professionnels mobiliers et immobiliers y compris la location sans chauffeurs de véhicules de plus de 3,5 tonnes. *Adresse :* 47 avenue de l'Opéra 75002 Paris. *A dater du :* 31 mai 2011. *Date de commencement d'activité :* 17 mai 2011.

918 – # 532 712 361 RCS Paris. **M.S.ECHAFAUDAGE.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant : Sacko, Souleymane. *Capital :* 5000 euros. *Adresse :* 28 rue de Chabrol 75010 Paris. *Origine du fonds :* Création d'un fonds de commerce. *Etablissement :* Etablissement principal. *Activité :* Montage et démontage d'échafaudages et de toutes structures métalliques. *Adresse :* 28 rue de Chabrol 75010 Paris. *A dater du :* 31 mai 2011. *Date de commencement d'activité :* 30 mai 2011.

919 – # 532 627 841 RCS Paris. **COFINA I.** *Forme :* Société par actions simplifiée. *Administration :* Président : COMPAGNIE FINANCIERE ANTILLES GUYANE. *Capital :* 1 euros. *Adresse :* 47 avenue de l'Opéra 75002 Paris. *Origine du fonds :* Création d'un fonds de commerce. *Etablissement :* Etablissement principal. *Activité :* Location longue durée à des entreprises exerçant leur activité dans les dom-Tom de tous biens d'équipements professionnels mobiliers et immobiliers y compris la location sans chauffeurs de véhicules de plus de 3,5 tonnes. *Adresse :* 47 avenue de l'Opéra 75002 Paris. *A dater du :* 31 mai 2011. *Date de commencement d'activité :* 17 mai 2011.

920 – # 532 712 825 RCS Paris. **CLAYAX ACQUISITION.** *Forme :* Société par actions simplifiée à associé unique. *Administration :* Président : Rochat, Christian Pierre, Commissaire aux comptes titulaire : ERNST & YOUNG ET AUTRES, Commissaire aux comptes suppléant : AUDITEX. *Capital :* 100 euros. *Adresse :* 90 avenue des Champs-Élysées 75008 Paris. *Origine du fonds :* Création d'un fonds de commerce. *Etablissement :* Etablissement principal. *Activité :* La prise de participations minoritaires ou majoritaires, dans toutes sociétés, toutes prestations de services, de conseil et d'assistance. *Adresse :* 90 avenue des Champs-Élysées 75008 Paris. *A dater du :* 31 mai 2011. *Date de commencement d'activité :* 27 mai 2011.

921 – # 532 710 670 RCS Paris. **GABRIELLE.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant : Biguine, Cindy. *Capital :* 1000 euros. *Adresse :* 10 rue Marbeuf 75008 Paris. *Origine du fonds :* Création d'un fonds de commerce. *Etablissement :* Etablissement principal. *Activité :* Achat, création, exploitation, mise ou prise en gérance, directement ou par l'intermédiaire des filiales, de tous fonds de commerce notamment de coiffure. *Adresse :* 10 rue Marbeuf 75008 Paris. *A dater du :* 31 mai 2011. *Date de commencement d'activité :* 3 janvier 2011.

922 – # 532 627 932 RCS Paris. **COFINA J.** *Forme :* Société par actions simplifiée. *Administration :* Président : COMPAGNIE FINANCIERE ANTILLES GUYANE. *Capital :* 1 euros. *Adresse :* 47 avenue de l'Opéra 75002 Paris. *Origine du fonds :* Création d'un fonds de commerce. *Etablissement :* Etablissement principal. *Activité :* Location longue durée à des entreprises exerçant leur activité dans les dom-Tom de tous biens d'équipements professionnels mobiliers et immobiliers y compris la location sans chauffeurs de véhicules de plus de 3,5 tonnes. *Adresse :* 47 avenue de l'Opéra 75002 Paris. *A dater du :* 31 mai 2011. *Date de commencement d'activité :* 17 mai 2011.

923 – # 502 816 820 RCS Paris. **MZ EXPERTISE COMPTABLE.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant : Maboundou, Pierre. *Capital :* 7500 euros. *Adresse :* 91 rue du Faubourg Saint-Honoré 75008 Paris. *Origine du fonds :* Création d'un fonds de commerce. *Etablissement :* Etablissement principal. *Activité :* L'exercice de la profession d'expertise comptable. *Adresse :* 91 rue du Faubourg Saint-Honoré 75008 Paris. *A dater du :* 31 mai 2011. *Date de commencement d'activité :* 1er juin 2011.

924 – # 532 711 793 RCS Paris. **AMPERE FRANCE SAS.** *Forme :* Société par actions simplifiée à associé unique. *Administration :* Président : TRIODOS INVESTMENT MANAGEMENT B.V., Commissaire aux comptes titulaire : FM RICHARD ET ASSOCIES, Commissaire aux comptes suppléant : Marin, Laurent. *Capital :* 950 euros. *Adresse :* 52 boulevard de Sébastopol 75003 Paris. *Origine du fonds :* Création d'un fonds de commerce. *Etablissement :* Etablissement

principal. *Activité :* L'acquisition par voie d'apport, de souscription, d'achat, d'échange ou par tout moyen, de participation(S) minoritaire(S) ou majoritaire(S) dans toute société liée à la production d'énergies renouvelables ; la gestion de ces participations ainsi que tout investissement direct ou indirect dans les activités liées à la production d'énergies. *Adresse :* 52 boulevard de Sébastopol 75003 Paris. *A dater du :* 31 mai 2011. *Date de commencement d'activité :* 25 mai 2011.

925 – # 532 706 447 RCS Paris. **SERVICES MARITIMES INTERNATIONAUX.** *Forme :* Société par actions simplifiée. *Administration :* Président : Ndjabengue Mavonga, Delphine. *Capital :* 25000 euros. *Adresse :* 22 rue Saint-Augustin 75002 Paris. *Origine du fonds :* Création d'un fonds de commerce. *Etablissement :* Etablissement principal. *Activité :* Achat, revente de marchandises. *Adresse :* 22 rue Saint-Augustin 75002 Paris. *A dater du :* 31 mai 2011. *Date de commencement d'activité :* 1er janvier 2011.

926 – # 532 246 964 RCS Paris. **DAY OFF.** *Forme :* Société à responsabilité limitée. *Nom commercial :* DAY OFF. *Administration :* Gérant : Bossard, Alexis. *Capital :* 1000 euros. *Adresse :* 2 avenue Émile Acollas 75007 Paris. *Origine du fonds :* Création d'un fonds de commerce. *Etablissement :* Etablissement principal. *Activité :* Conseil, logistique, organisation, réalisations techniques, communication. *Adresse :* 2 avenue Émile Acollas 75007 Paris. *A dater du :* 31 mai 2011. *Date de commencement d'activité :* 6 avril 2011.

927 – # 532 589 298 RCS Paris. **ELYA.** *Forme :* Société à responsabilité limitée. *Nom commercial :* ELYA. *Administration :* Gérant : Jarmon, Stéphanie, nom d'usage : Nadjar. *Capital :* 1000 euros. *Adresse :* 16 rue Meynadier 75019 Paris. *Origine du fonds :* Création d'un fonds de commerce. *Etablissement :* Etablissement principal. *Activité :* Salon de coiffure, esthétique, salon de beauté. *Adresse :* 16 rue Meynadier 75019 Paris. *A dater du :* 31 mai 2011. *Date de commencement d'activité :* 25 mai 2011.

928 – # 532 707 106 RCS Paris. **SNC PARIS PALATINO.** *Forme :* Société en nom collectif. *Administration :* Associé gérant : EIFFAGE CONSTRUCTION IDF PARIS, Associé en nom : EIFFAGE CONSTRUCTION SAS. *Capital :* 100 euros. *Adresse :* 131-133 avenue de Choisy 75013 Paris. *Origine du fonds :* Création d'un fonds de commerce. *Etablissement :* Etablissement principal. *Activité :* Construction-vente. *Adresse :* 131-133 avenue de Choisy 75013 Paris. *A dater du :* 31 mai 2011. *Date de commencement d'activité :* 26 avril 2011.

929 – # 532 599 446 RCS Paris. **SETI BATI.** *Forme :* Société à responsabilité limitée. *Nom commercial :* SETI BATI. *Administration :* Gérant : Messahel, Mounir. *Capital :* 4000 euros. *Adresse :* 127 rue Saint-Maur 75011 Paris. *Origine du fonds :* Création d'un fonds de commerce. *Etablissement :* Etablissement principal. *Activité :* Rénovation, bâtiment, électricité, plomberie, peinture. *Adresse :* 127 rue Saint-Maur 75011 Paris. *A dater du :* 31 mai 2011. *Date de commencement d'activité :* 1er mai 2011.

930 – # 532 710 688 RCS Paris. **MIRAMAS AUTO.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant : Kiraly, Tamas, Gérant : Endredy, Zsolt Szabolcs. *Capital :* 1000 euros. *Adresse :* 37 rue d'Amsterdam 75008 Paris. *Origine du fonds :* Création d'un fonds de commerce. *Etablissement :* Etablissement principal. *Activité :* Commerce de véhicules automobiles. Services de réparation et d'entretien. *Adresse :* 37 rue d'Amsterdam 75008 Paris. *A dater du :* 31 mai 2011. *Date de commencement d'activité :* 23 mai 2011.

931 – # 532 706 363 RCS Paris. **DROIT-FILS.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant : Rezam, Subair. *Capital :* 8000 euros. *Adresse :* 51 rue du Caire 75002 Paris. *Origine du fonds :* Création d'un fonds de commerce. *Etablissement :* Etablissement principal. *Activité :* Achat, vente, Import, Export d'articles de confection, prestation de service en couture, fabrication en sous-Traitance, donneur d'ordre. *Adresse :* 51 rue du Caire 75002 Paris. *A dater du :* 31 mai 2011. *Date de commencement d'activité :* 1er juin 2011.

932 – # 532 713 252 RCS Paris. **DROUOT FORMATION.** *Forme :* Société par actions simplifiée à associé unique. *Administration :* Président : Allardi, Jean-Philippe, Commissaire aux comptes titulaire : ERNST & YOUNG ET AUTRES, Commissaire aux comptes suppléant : AUDITEX. *Capital :* 7000 euros. *Adresse :* 9 rue Drouot 75009 Paris. *Origine du fonds :* Création d'un fonds de commerce. *Etablissement :* Etablissement principal. *Activité :* L'enseignement la formation initiale continue et professionnelle sous toutes ses formes et sur tous supports à destination de tout public. *Adresse :* 9 rue Drouot 75009 Paris. *A dater du :* 31 mai 2011. *Date de commencement d'activité :* 27 avril 2011.

933 – # 532 711 082 RCS Paris. **MISTER OREN'S.** *Forme :* Société à responsabilité limitée. *Nom commercial :* MISTER OREN'S. *Administration :* Gérant : Lellouche, Marc. *Capital :* 200 euros. *Adresse :* 62 rue

de l'Ourcq 75019 Paris. *Origine du fonds* : Création d'un fonds de commerce. *Établissement* : Établissement principal. *Activité* : Activité ambulante de tous produits non réglementés notamment vêtement, cuir, maroquinerie et tous objets et articles divers. *Adresse* : 62 rue de l'Ourcq 75019 Paris. *A dater du* : 31 mai 2011. *Date de commencement d'activité* : 1er juin 2011.

934 - ⌗ 532 692 894 RCS Paris. **BLANC DU NORD.** *Forme* : Société à responsabilité limitée. *Nom commercial* : BLANC DU NORD. *Administration* : Gérant : Afonso, Eduardo. *Capital* : 8000 euros. *Adresse* : 14 impasse Bollourde 75011 Paris. *Origine du fonds* : Création d'un fonds de commerce. *Établissement* : Établissement principal. *Activité* : Vente en gros de linge de maison. *Adresse* : 14 impasse Bollourde 75011 Paris. *A dater du* : 31 mai 2011. *Date de commencement d'activité* : 1er juin 2011.

935 - ⌗ 532 711 322 RCS Paris. **BELLA SERVICE.** *Forme* : Société à responsabilité limitée. *Nom commercial* : BELLA SERVICE. *Administration* : Gérant : Bellaba, Morad. *Capital* : 8000 euros. *Adresse* : 25 rue de Ponthieu 75008 Paris. *Origine du fonds* : Création d'un fonds de commerce. *Établissement* : Établissement principal. *Activité* : Réalisation dans le domaine de l'électricité, du chauffage et de la plomberie, pose de panneaux solaire, couverture et menuiserie, Import, Export négoce international. *Adresse* : 25 rue de Ponthieu 75008 Paris. *A dater du* : 31 mai 2011. *Date de commencement d'activité* : 15 décembre 2010.

936 - ⌗ 532 712 155 RCS Paris. **VTV VOYAGER AVEC LES TIMBRES VACANCES.** *Forme* : Société par actions simplifiée. *Nom commercial* : VTT. *Administration* : Gérant : Ung, Chhuon Nghi. *Capital* : 1000 euros. *Adresse* : 27 avenue de l'Opéra 75001 Paris. *Origine du fonds* : Création d'un fonds de commerce. *Établissement* : Établissement principal. *Activité* : Fabrication, commercialisation et distribution des timbres vacances. *Adresse* : 27 avenue de l'Opéra 75001 Paris. *A dater du* : 31 mai 2011. *Date de commencement d'activité* : 20 mai 2011.

937 - ⌗ 532 710 183 RCS Paris. **JBP CREATIONS.** *Forme* : Société à responsabilité limitée. *Administration* : Gérant : Bigot, Juliette, nom d'usage : Bigot-Pallard. *Capital* : 20000 euros. *Adresse* : 83 rue des Martyrs 75018 Paris. *Origine du fonds* : Création d'un fonds de commerce. *Établissement* : Établissement principal. *Activité* : Fabrication distribution de vêtements et accessoires. *Adresse* : 83 rue des Martyrs 75018 Paris. *A dater du* : 31 mai 2011. *Date de commencement d'activité* : 1er juin 2011.

938 - ⌗ 532 589 306 RCS Paris. **SARL NADINE'S.** *Forme* : Société à responsabilité limitée. *Nom commercial* : E M. *Administration* : Gérant : Elabasy, Hany. *Capital* : 7625 euros. *Adresse* : 7 rue Washington 75008 Paris. *Origine du fonds* : Création d'un fonds de commerce. *Établissement* : Établissement principal. *Activité* : Entreprise générale de bâtiment, peinture, revêtement de sols, plomberie, électricité. *Adresse* : 7 rue Washington 75008 Paris. *A dater du* : 31 mai 2011. *Date de commencement d'activité* : 1er juin 2011.

939 - ⌗ 532 705 969 RCS Paris. **KUB&CO.** *Forme* : Société par actions simplifiée. *Nom commercial* : KUB&Co. *Administration* : Président : Lhermet, Benoit, Directeur général : Guibert, Alexandre. *Capital* : 12000 EUROS*Adresse* : 23 rue Beccaria 75012 Paris. *Origine du fonds* : Création d'un fonds de commerce. *Établissement* : Établissement principal. *Activité* : Création et gestion de sites internet. *Adresse* : 23 rue Beccaria 75012 Paris. *A dater du* : 31 mai 2011. *Date de commencement d'activité* : 1er juin 2011.

940 - ⌗ 532 599 925 RCS Paris. **J'AIME MON CHANTIER.** *Forme* : SARL à capital variable. *Sigle* : JMC. *Administration* : Président : Basses, Michaël. *Capital* : 2500 EUROS*Adresse* : 41 rue Barrault 75013 Paris. *Origine du fonds* : Création d'un fonds de commerce. *Établissement* : Établissement principal. *Activité* : Bâtiment en général de construction. *Adresse* : 41 rue Barrault 75013 Paris. *A dater du* : 31 mai 2011. *Date de commencement d'activité* : 9 mai 2011.

941 - ⌗ 532 713 047 RCS Paris. **MARIGNAN 3-5.** *Forme* : Société par actions simplifiée. *Administration* : Président : Tordjman, Armand, Directeur général : Depagniat, Gérard, Commissaire aux comptes titulaire : SFECO & FIDUCIA AUDIT, Commissaire aux comptes suppléant : Berdugo, Gilbert. *Capital* : 40000 euros. *Adresse* : 23 avenue Victor Hugo 75116 Paris. *Origine du fonds* : Création d'un fonds de commerce. *Établissement* : Établissement principal. *Activité* : Marchand de biens, acquisition, mis Een valeur, gestion de tout bien dont elle viendrait à être propriétaire. *Adresse* : 23 avenue Victor Hugo 75116 Paris. *A dater du* : 31 mai 2011. *Date de commencement d'activité* : 26 mai 2011.

942 - ⌗ 532 705 852 RCS Paris. **BONJOUR SHANGHAI.** *Forme* : Société à responsabilité limitée. *Administration* : Gérant : Poli, Mathieu Joseph Hugo. *Capital* : 8000 euros. *Adresse* : 76-78 avenue

des Champs-Élysées 75008 Paris. *Origine du fonds* : Création d'un fonds de commerce. *Établissement* : Établissement principal. *Activité* : Publicité. *Adresse* : 76-78 avenue des Champs-Élysées 75008 Paris. *A dater du* : 31 mai 2011. *Date de commencement d'activité* : 2 mai 2011.

943 - ⌗ 532 651 734 RCS Paris. **CLIMATECH GROUPE.** *Forme* : Société par actions simplifiée à associé unique. *Administration* : Président : Vandermensbrugghe, Guy, Commissaire aux comptes titulaire : Vervloet, Laurent, Commissaire aux comptes suppléant : Hugel, Hervé. *Capital* : 5000 euros. *Adresse* : 280 boulevard Saint-Germain 75007 Paris. *Origine du fonds* : Création d'un fonds de commerce. *Établissement* : Établissement principal. *Activité* : Prise de participations ou d'intérêts dans toutes sociétés et entreprises commerciales, industrielles, financières ou mobilières. *Adresse* : 280 boulevard Saint-Germain 75007 Paris. *A dater du* : 31 mai 2011. *Date de commencement d'activité* : 28 mai 2011.

944 - ⌗ 532 599 891 RCS Paris. **ORCHIDEE.** *Forme* : Société à responsabilité limitée. *Administration* : Gérant : Janpetch, Narissara. *Capital* : 1500 euros. *Adresse* : 33 rue de Moscou 75008 Paris. *Origine du fonds* : Création d'un fonds de commerce. *Établissement* : Établissement principal. *Activité* : Entretien corps, massage, relaxation du corps, esthétique, manucure, centre bronzage. *Adresse* : 33 rue de Moscou 75008 Paris. *A dater du* : 31 mai 2011. *Date de commencement d'activité* : 22 avril 2011.

945 - ⌗ 532 627 700 RCS Paris. **COFINA G.** *Forme* : Société par actions simplifiée à associé unique. *Administration* : Président : COMPAGNIE FINANCIERE ANTILLES GUYANE. *Capital* : 1 euros. *Adresse* : 47 avenue de l'Opéra 75002 Paris. *Origine du fonds* : Création d'un fonds de commerce. *Établissement* : Établissement principal. *Activité* : Location longue durée à des entreprises exerçant leur activité dans les dom-Tom de tous biens d'équipements professionnels mobiliers et immobiliers y compris la location sans chauffeurs de véhicules de plus de 3,5 tonnes. *Adresse* : 47 avenue de l'Opéra 75002 Paris. *A dater du* : 31 mai 2011. *Date de commencement d'activité* : 17 mai 2011.

946 - ⌗ 532 626 645 RCS Paris. **COFINA F.** *Forme* : Société par actions simplifiée à associé unique. *Administration* : Président : COMPAGNIE FINANCIERE ANTILLES GUYANE. *Capital* : 1 euros. *Adresse* : 47 avenue de l'Opéra 75002 Paris. *Origine du fonds* : Création d'un fonds de commerce. *Établissement* : Établissement principal. *Activité* : Location longue durée à des entreprises exerçant leur activité dans les dom-Tom de tous biens d'équipements professionnels mobiliers et immobiliers y compris la location sans chauffeurs de véhicules de plus de 3,5 tonnes. *Adresse* : 47 avenue de l'Opéra 75002 Paris. *A dater du* : 31 mai 2011. *Date de commencement d'activité* : 17 mai 2011.

947 - ⌗ 532 707 387 RCS Paris. **NORM INDUSTRIES.** *Forme* : Société par actions simplifiée. *Administration* : Gérant : Normier, Christophe. *Capital* : 3000 euros. *Adresse* : 24 avenue Jean Moulin 75014 Paris. *Origine du fonds* : Création d'un fonds de commerce. *Établissement* : Établissement principal. *Activité* : Le conseil en facteurs humains et la prise de participations. *Adresse* : 24 avenue Jean Moulin 75014 Paris. *A dater du* : 31 mai 2011. *Date de commencement d'activité* : 1er juin 2011.

948 - ⌗ 532 636 255 RCS Paris. **BETILLON/DORVAL-BORY SARL.** *Forme* : Société à responsabilité limitée. *Administration* : Gérant : Dorval-Bory, Nicolas, Gérant : Bétillon, Raphaël. *Capital* : 1000 euros. *Adresse* : 38 rue Henri Barbusse 75005 Paris. *Origine du fonds* : Création d'un fonds de commerce. *Établissement* : Établissement principal. *Activité* : Cabinet d'architecte. *Adresse* : 38 rue Henri Barbusse 75005 Paris. *A dater du* : 31 mai 2011. *Date de commencement d'activité* : 20 avril 2011.

949 - ⌗ 532 710 597 RCS Paris. **SARL AVRON SCOOTER.** *Forme* : Société à responsabilité limitée. *Nom commercial* : SARL AVRON SCOOTER. *Administration* : Gérant : Hammami, Moneem. *Capital* : 1000 euros. *Adresse* : 74 rue d'Avron 75020 Paris. *Origine du fonds* : Création d'un fonds de commerce. *Établissement* : Établissement principal. *Activité* : Réparations, ventes, cycles, motocycles et accessoires. *Adresse* : 74 rue d'Avron 75020 Paris. *A dater du* : 31 mai 2011. *Date de commencement d'activité* : 31 mars 2011.

950 - ⌗ 532 624 590 RCS Paris. **HDP BRETEUIL CONSEIL.** *Forme* : Société à responsabilité limitée. *Administration* : Gérant : Petit, Henri, Dominique. *Capital* : 2000 euros. *Adresse* : 71 avenue de Breteuil 75015 Paris. *Origine du fonds* : Création d'un fonds de commerce. *Établissement* : Établissement principal. *Activité* : Assistance et conseil aux entreprises, banques d'affaires, fonds communs de placement ou autres structures d'investissement. *Adresse* : 71 avenue de Breteuil 75015 Paris. *A dater du* : 31 mai 2011. *Date de commencement d'activité* : 16 mai 2011.

951 – # 532 468 451 RCS Paris. **LONGWAY.** *Forme* : Société à responsabilité limitée. *Nom commercial* : N°1. *Administration* : Gérant : Hue, Louise. *Capital* : 7622.45 euros. *Adresse* : 1 rue Tesson 75010 Paris. *Origine du fonds* : Création d'un fonds de commerce. *Etablissement* : Etablissement principal. *Activité* : Import Export, vente en gros, demi-gros et détail de tous produits non reglementés. Conseil en tout projet d'élaboration des produits culturel et financier, organisation des informations et de personnels. *Adresse* : 1 rue Tesson 75010 Paris. *A dater du* : 31 mai 2011. *Date de commencement d'activité* : 9 mai 2011.

952 – # 532 710 381 RCS Paris. **ABS.** *Forme* : Société à responsabilité limitée. *Administration* : Gérant : Abdel Shehid, Wagih. *Capital* : 10000 euros. *Adresse* : 47 boulevard Bessières 75017 Paris. *Origine du fonds* : Création d'un fonds de commerce. *Etablissement* : Etablissement principal. *Activité* : Peinture, électricité, plomberie, menuiserie, maçonnerie. Achat, vente et installation de tous produits de communication. *Adresse* : 47 boulevard Bessières 75017 Paris. *A dater du* : 31 mai 2011. *Date de commencement d'activité* : 1er juin 2011.

953 – # 532 473 337 RCS Paris. **COLIBRI AVIATION.** *Forme* : Société à responsabilité limitée. *Nom commercial* : COLIBRI AVIATION. *Administration* : Gérant : Lacrosse, Philippe. *Capital* : 15000 euros. *Adresse* : 1 rue Palatine 75006 Paris. *Origine du fonds* : Création d'un fonds de commerce. *Etablissement* : Etablissement principal. *Activité* : Exploitation d'aéronefs dans le cadre de transports aériens prives et location coque nue d'aéronefs. *Adresse* : 1 rue Palatine 75006 Paris. *A dater du* : 31 mai 2011. *Date de commencement d'activité* : 17 mai 2011.

954 – # 532 616 307 RCS Paris. **BCBM.** *Forme* : Société à responsabilité limitée. *Administration* : Gérant : Cohen, Boris, Gérant : Benhamou, Maxime. *Capital* : 1000 euros. *Adresse* : 13 avenue Boudon 75016 Paris. *Origine du fonds* : Création d'un fonds de commerce. *Etablissement* : Etablissement principal. *Activité* : Création, diffusion et vente de collection de prêt à porter. *Adresse* : 13 avenue Boudon 75016 Paris. *A dater du* : 31 mai 2011. *Date de commencement d'activité* : 2 mai 2011.

955 – # 532 710 563 RCS Paris. **GEO BAT.** *Forme* : Société à responsabilité limitée. *Administration* : Gérant : Manciulea, Virgil George. *Capital* : 7500 euros. *Adresse* : 2 passage Flourens 75017 Paris. *Origine du fonds* : Création d'un fonds de commerce. *Etablissement* : Etablissement principal. *Activité* : Bande, enduit, isolation intérieur, cloisons, doublage, faux plafond, tous travaux intérieur, peinture. *Adresse* : 2 passage Flourens 75017 Paris. *A dater du* : 31 mai 2011. *Date de commencement d'activité* : 27 mai 2011.

956 – # 532 631 256 RCS Paris. **ANYOJI BELTRANDO SARL D'ARCHITECTURE.** *Forme* : Société à responsabilité limitée. *Nom commercial* : ANYOJI BELTRANDO. *Administration* : Gérant : Anyoji, Tomoko, nom d'usage : Beltrando, Gérant : Beltrando, Yannick, Charles, Henry. *Capital* : 10000 euros. *Adresse* : 80 rue du Faubourg Saint-Denis 75010 Paris. *Origine du fonds* : Création d'un fonds de commerce. *Etablissement* : Etablissement principal. *Activité* : Exercice de la profession d'architecte et d'urbaniste. *Adresse* : 80 rue du Faubourg Saint-Denis 75010 Paris. *A dater du* : 31 mai 2011. *Date de commencement d'activité* : 25 mai 2011.

957 – # 532 712 973 RCS Paris. **K.R. TRANSPORTS.** *Forme* : Société à responsabilité limitée. *Sigle* : K.R.T. *Administration* : Gérant : Benbatta, Redouane. *Capital* : 9000 euros. *Adresse* : 66 avenue des Champs Elysées Immeuble D 75008 Paris. *Origine du fonds* : Création d'un fonds de commerce. *Etablissement* : Etablissement principal. *Activité* : Transports publics routiers de marchandises ou location de véhicules industriels pour le transport routier de marchandises avec conducteur assurés exclusivement à l'aide de véhicules n'excédant pas 3,5 tonnes de P.M.A autorisé. *Adresse* : 66 avenue des Champs Elysées Immeuble D 75008 Paris. *A dater du* : 31 mai 2011. *Date de commencement d'activité* : 1er juin 2011.

958 – # 532 710 035 RCS Paris. **AUTO PROPRE.** *Forme* : Société à responsabilité limitée. *Administration* : Gérant : Bougherara, Abed. *Capital* : 50000 euros. *Adresse* : 14 rue Lobineau Parking Saint Germain - 75006 Paris. *Origine du fonds* : Création d'un fonds de commerce. *Etablissement* : Etablissement principal. *Activité* : Nettoyage, lavage, rénovation et préparation de véhicules de tous genres. *Adresse* : 14 rue Lobineau Parking Saint Germain - 75006 Paris. *A dater du* : 31 mai 2011. *Date de commencement d'activité* : 20 mai 2011.

959 – # 532 713 195 RCS Paris. **AVVIA.** *Forme* : Société à responsabilité limitée. *Administration* : Gérant : Reibell, François. *Capital* : 492632 euros. *Adresse* : 42 rue Barbet de Jouy 75007 Paris. *Origine du fonds* : Création d'un fonds de commerce. *Etablissement* : Etablissement principal. *Activité* : La détention et la prise de participation dans toutes sociétés françaises ou étrangères, quels que soient leur objet social et leur activité. *Adresse* : 42 rue Barbet de Jouy 75007 Paris. *A dater du* : 31 mai 2011. *Date de commencement d'activité* : 26 mai 2011.

960 – # 532 713 427 RCS Paris. **DELICE MED.** *Forme* : Société à responsabilité limitée. *Administration* : Gérant : Guerrida, Radhouane. *Capital* : 7500 euros. *Adresse* : 115 avenue de Clichy 75017 Paris. *Origine du fonds* : Création d'un fonds de commerce. *Etablissement* : Etablissement principal. *Activité* : Restauration rapide, vente à emporter et sur place. *Adresse* : 115 avenue de Clichy 75017 Paris. *A dater du* : 31 mai 2011. *Date de commencement d'activité* : 25 mai 2011.

961 – # 532 713 567 RCS Paris. **LE REGENT.** *Forme* : Société à responsabilité limitée. *Administration* : Gérant : Gillet, Christian, Co-gérant : Preher, Luc. *Capital* : 80000 euros. *Adresse* : 20 rue de Gramont 75002 Paris. *Origine du fonds* : Création d'un fonds de commerce. *Etablissement* : Etablissement principal. *Activité* : L'exploitation d'une activité de restauration traditionnelle, café, traiteur, plats à emporter. *Adresse* : 20 rue de Gramont 75002 Paris. *A dater du* : 31 mai 2011. *Date de commencement d'activité* : 4 juin 2011.

962 – # 532 647 856 RCS Paris. **PREFNAT.** *Forme* : Société à responsabilité limitée. *Administration* : Gérant : Malandain, Véronique, nom d'usage : Ratier. *Capital* : 17000 euros. *Adresse* : 20 bis boulevard Voltaire 75011 Paris. *Origine du fonds* : Création d'un fonds de commerce. *Etablissement* : Etablissement principal. *Activité* : Réalisation et exploitation directe ou indirecte de sites internet. *Adresse* : 20 bis boulevard Voltaire 75011 Paris. *A dater du* : 31 mai 2011. *Date de commencement d'activité* : 1er juin 2011.

963 – # 532 710 449 RCS Paris. **CA TRANSPORT.** *Forme* : Société à responsabilité limitée. *Administration* : Gérant : Boughanmi, Ekbel. *Capital* : 8000 euros. *Adresse* : 80 rue Haxo 75020 Paris. *Origine du fonds* : Création d'un fonds de commerce. *Etablissement* : Etablissement principal. *Activité* : Transports publics routiers de marchandises n'excédant pas 3,5 tonnes et déménagement. *Adresse* : 80 rue Haxo 75020 Paris. *A dater du* : 31 mai 2011. *Date de commencement d'activité* : 20 avril 2011.

964 – # 532 707 395 RCS Paris. **FINANCIERE EUROPE A.** *Forme* : Société par actions simplifiée à associé unique. *Administration* : Président : Robert, Xavier, Commissaire aux comptes titulaire : CONSTANTIN ASSOCIES, Commissaire aux comptes suppléant : CISANE. *Capital* : 1 euros. *Adresse* : 37-39 rue de la Bienfaisance 75008 Paris. *Origine du fonds* : Création d'un fonds de commerce. *Etablissement* : Etablissement principal. *Activité* : Directement ou indirectement, toutes opérations pour son propre compte d'achat, de vente et de gestion de valeurs mobilières, françaises et étrangères de toute nature et de toutes entreprises, l'achat, la souscription, la gestion, la vente, l'échange de ces valeurs et de tous droits sociaux, la prise d'intérêts et la participation directe ou indirecte dans toutes sociétés et/ou entreprises commerciales, industrielles, financières ou mobilières créées et à créer par tous moyens (par voie de création de sociétés nouvelles, d'apports, de souscriptions, d'acquisitions ou d'échanges de valeurs mobilières, obligations, bons, droits ou biens sociaux, de fusion de sociétés en participation, de groupements d'intérêt économique ou autrement ainsi que par comptes courants ou prêts d'associés à court terme et long terme). *Adresse* : 37-39 rue de la Bienfaisance 75008 Paris. *A dater du* : 31 mai 2011. *Date de commencement d'activité* : 24 mai 2011.

965 – # 532 713 104 RCS Paris. **DM IMMO.** *Forme* : Société par actions simplifiée. *Administration* : Président : Zaffaroni, Jacqueline, nom d'usage : Manzanero. *Capital* : 10000 euros. *Adresse* : 54 avenue de La Motte-Picquet 75015 Paris. *Origine du fonds* : Création d'un fonds de commerce. *Etablissement* : Etablissement principal. *Activité* : Acquisition, vente et gestion de biens immobiliers. *Adresse* : 54 avenue de La Motte-Picquet 75015 Paris. *A dater du* : 31 mai 2011. *Date de commencement d'activité* : 19 mai 2011.

966 – # 532 653 359 RCS Paris. **STEPHANIE SARL.** *Forme* : Société à responsabilité limitée. *Nom commercial* : AUTHENTICI'BEACH. *Administration* : Gérant : Daikha, Fouade. *Capital* : 1000 euros. *Adresse* : port de Bercy 75012 Paris. *Origine du fonds* : Création d'un fonds de commerce. *Etablissement* : Etablissement principal. *Activité* : Restauration salon de thé. *Adresse* : Por de Bercy 75012 Paris. *A dater du* : 31 mai 2011. *Date de commencement d'activité* : 3 juin 2011.

967 – # 532 455 169 RCS Paris. **LYMA TRANSPORT.** *Forme* : Société à responsabilité limitée. *Nom commercial* : Dany speed transport. *Administration* : Gérant : Yahiaoui, Aomar. *Capital* : 3500 euros. *Adresse* : 39 boulevard de Strasbourg 75010 Paris. *Origine du fonds* : Création d'un fonds de commerce. *Etablissement* : Etablissement principal. *Activité* : Transport de marchandises <de 3.500 tonnes, location de véhicules <de 3.500 tonnes. *Adresse* : 39 boulevard de Strasbourg 75010 Paris. *A dater du* : 31 mai 2011. *Date de commencement d'activité* : 1er juin 2011.

968 – ✳ 532 712 395 RCS Paris. **INVESCOSO.** *Forme :* Société par actions simplifiée à associé unique. *Administration :* Président : SAS SOBK, Commissaire aux comptes titulaire : KPMG S.A., Commissaire aux comptes suppléant : KPMG AUDIT ID. *Capital :* 2000 euros. *Adresse :* 9 rue Boissy d'Anglas 75008 Paris. *Origine du fonds :* Création d'un fonds de commerce. *Etablissement :* Etablissement principal. *Activité :* La prise de tous intérêts et participations, par tous moyens, dans toute société, affaire ou entreprise; la gestion et le contrôle de ses intérêts et participations. *Adresse :* 9 rue Boissy d'Anglas 75008 Paris. *A dater du :* 31 mai 2011. *Date de commencement d'activité :* 23 mai 2011.

969 – ✳ 532 712 809 RCS Paris. **INVESCOBO.** *Forme :* Société par actions simplifiée. *Administration :* Président : SAS SOBK, Commissaire aux comptes titulaire : KPMG S.A., Commissaire aux comptes suppléant : KPMG AUDIT ID. *Capital :* 2000 euros. *Adresse :* 9 rue Boissy d'Anglas 75008 Paris. *Origine du fonds :* Création d'un fonds de commerce. *Etablissement :* Etablissement principal. *Activité :* La prise de tous intérêts et participations, par tous moyens, dans toute société, affaire ou entreprise; la gestion et le contrôle de ses intérêts et participations. *Adresse :* 9 rue Boissy d'Anglas 75008 Paris. *A dater du :* 31 mai 2011. *Date de commencement d'activité :* 23 mai 2011.

970 – ✳ 530 570 480 RCS Paris. **CABINET LEPINAY & ASSOCIES.** *Forme :* Société par actions simplifiée. *Administration :* Président : Lepinay, Jean-Yves. *Capital :* 50000 euros. *Adresse :* 24 rue de la Pépinière 75008 Paris. *Origine du fonds :* Création d'un fonds de commerce. *Etablissement :* Etablissement principal. *Activité :* Profession d'expert comptable et de commissaire aux comptes. *Adresse :* 24 rue de la Pépinière 75008 Paris. *A dater du :* 31 mai 2011. *Date de commencement d'activité :* 10 février 2011.

971 – ✳ 532 689 718 RCS Paris. **SARL PERGOLESE.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant : Guyot-Sionnest, Stéphane. *Capital :* 10 euros. *Adresse :* 32 rue Pergolèse 75116 Paris. *Origine du fonds :* Création d'un fonds de commerce. *Etablissement :* Etablissement principal. *Activité :* Toutes opérations de conseil et de prestations de services dans le domaine de la restauration. *Adresse :* 32 rue Pergolèse 75116 Paris. *A dater du :* 31 mai 2011. *Date de commencement d'activité :* 25 mai 2011.

972 – ✳ 532 689 916 RCS Paris. **OPUS RENOVATION.** *Forme :* Société à responsabilité limitée. *Nom commercial :* OPUS RENOVATION. *Administration :* Gérant : Konieczny, Grégory. *Capital :* 4500 euros. *Adresse :* 34 rue Daguerre 75014 Paris. *Origine du fonds :* Création d'un fonds de commerce. *Etablissement :* Etablissement principal. *Activité :* Réalisation de travaux d'aménagements tous corps d'états. *Adresse :* 34 rue Daguerre 75014 Paris. *A dater du :* 31 mai 2011. *Date de commencement d'activité :* 1ᵉʳ juin 2011.

973 – ✳ 532 713 708 RCS Paris. **EKO CLIM.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant : Bigot, Jean Daniel. *Capital :* 8000 euros. *Adresse :* 45 rue de Richelieu 75001 Paris. *Origine du fonds :* Création d'un fonds de commerce. *Etablissement :* Etablissement principal. *Activité :* Négoce international, vente, achat de climatisation, pose de photo voltaïque. *Adresse :* 45 rue de Richelieu 75001 Paris. *A dater du :* 31 mai 2011. *Date de commencement d'activité :* 30 mai 2011.

974 – ✳ 532 689 676 RCS Paris. **SOLAYE.** *Forme :* Société à responsabilité limitée. *Sigle :* SO. *Administration :* Gérant : Sow, Bano Abdoulaye, Personne pouvant engager à titre habituel l'assujetti : Sow, Aïssatou, nom d'usage : Bareau. *Capital :* 1000 euros. *Adresse :* 3 rue Hermann Lachapelle appartement 13 75018 Paris. *Origine du fonds :* Création d'un fonds de commerce. *Etablissement :* Etablissement principal. *Activité :* Création de logiciel et conseil. *Adresse :* 3 rue Hermann Lachapelle appartement 13 75018 Paris. *A dater du :* 31 mai 2011. *Date de commencement d'activité :* 16 mai 2011.

975 – ✳ 532 712 478 RCS Paris. **ACTIF ENVIRONNEMENT.** *Forme :* Société à responsabilité limitée. *Nom commercial :* ACTIF ENVIRONNEMENT. *Administration :* Gérant : Suard, Richard. *Capital :* 500 euros. *Adresse :* 88 avenue des Ternes 75017 Paris. *Origine du fonds :* Création d'un fonds de commerce. *Etablissement :* Etablissement principal. *Activité :* Etude, réalisation commercialisation, négoce de tout projet et de tous produits, conseil en environnement. *Adresse :* 88 avenue des Ternes 75017 Paris. *A dater du :* 31 mai 2011. *Date de commencement d'activité :* 18 mai 2011.

976 – ✳ 532 689 924 RCS Paris. **3EF DECO.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant : Pathania, Mahesh Kumar. *Capital :* 8000 euros. *Adresse :* 14 rue du Faubourg Saint-Denis 75010 Paris. *Origine du fonds :* Création d'un fonds de commerce. *Etablissement :* Etablissement principal. *Activité :* Entreprise générale de bâtiment. *Adresse :* 14 rue du Faubourg Saint-Denis 75010 Paris. *A dater du :* 31 mai 2011. *Date de commencement d'activité :* 10 mai 2011.

977 – ✳ 532 625 126 RCS Paris. **HTR'SERVICES.** *Forme :* Société par actions simplifiée. *Administration :* Président : Chartier, Gérald, Directeur général : Bouvard, Alexandre. *Capital :* 10000 euros. *Adresse :* 140 bis rue de Rennes 75006 Paris. *Origine du fonds :* Création d'un fonds de commerce. *Etablissement :* Etablissement principal. *Activité :* Réaliser et fournir des prestations de conseils, le développement d'outils informatiques et d'applications, la fourniture de prestations d'apporteurs d'affaires pour les biens d'équipements et matériels d'exploitation, la fourniture de prestations de recrutement, d'apporteurs d'affaires de missions de formations ; la conception de modules de formations Innovants ; la fourniture d'une Plateforme communautaire et commerciale sur des services dématérialisés via un abonnement ; la coordination, animation, fourniture de services dans le domaine de l'hôtellerie, du tourisme, de la restauration, la formation et de la grande distribution. *Adresse :* 140 bis rue de Rennes 75006 Paris. *A dater du :* 31 mai 2011. *Date de commencement d'activité :* 7 avril 2011.

978 – ✳ 532 701 984 RCS Paris. **BECEP TECHNOLOGIE.** *Forme :* Société à responsabilité limitée. *Nom commercial :* BECEP TECHNOLOGIE. *Administration :* Gérant : Herbin, Nathalie. *Capital :* 20000 euros. *Adresse :* 84-86 rue de Buzenval 75020 Paris. *Origine du fonds :* Création d'un fonds de commerce. *Etablissement :* Etablissement principal. *Activité :* L'étude et la distribution de tous produits pour le commerce et l'industrie, la représentation commerciale. *Adresse :* 84-86 rue de Buzenval 75020 Paris. *A dater du :* 31 mai 2011. *Date de commencement d'activité :* 23 mai 2011.

979 – ✳ 531 826 899 RCS Paris. **ROOBATI.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant : Lazar, Dorel. *Capital :* 10000 euros. *Adresse :* 10 rue Jean Robert 75018 Paris. *Origine du fonds :* Création d'un fonds de commerce. *Etablissement :* Etablissement principal. *Activité :* Entreprise Général de bâtiment. *Adresse :* 10 rue Jean Robert 75018 Paris. *A dater du :* 31 mai 2011. *Date de commencement d'activité :* 24 avril 2011.

980 – ✳ 532 711 215 RCS Paris. **BATIMENT SERVICES.** *Forme :* Société à responsabilité limitée. *Nom commercial :* RENOV SERVICES. *Administration :* Gérant : Ankri, Line, nom d'usage : Boubli. *Capital :* 7500 euros. *Adresse :* 26 rue des Rigoles 75020 Paris. *Origine du fonds :* Création d'un fonds de commerce. *Etablissement :* Etablissement principal. *Activité :* Rénovation intérieure, extérieure, Zinguerie, maçonnerie générale. *Adresse :* 26 rue des Rigoles 75020 Paris. *A dater du :* 31 mai 2011. *Date de commencement d'activité :* 30 mai 2011.

981 – ✳ 532 689 932 RCS Paris. **FORTHECNICS.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant : Meziani, Bouchra, nom d'usage : Benalla. *Capital :* 1000 euros. *Adresse :* 15 rue de Rambouillet 75012 Paris. *Origine du fonds :* Création d'un fonds de commerce. *Etablissement :* Etablissement principal. *Activité :* Réparation et entretien de matériel informatique. Vente accessoires informatique et téléphonie. *Adresse :* 15 rue de Rambouillet 75012 Paris. *A dater du :* 31 mai 2011. *Date de commencement d'activité :* 1ᵉʳ juin 2011.

982 – ✳ 532 712 627 RCS Paris. **EGO.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant : Ede, Mahmut. *Capital :* 8000 euros. *Adresse :* 210 rue Saint-Denis 75002 Paris. *Origine du fonds :* Création d'un fonds de commerce. *Etablissement :* Etablissement principal. *Activité :* Achat, vente en gros et en détail de prêt-à-porter, et la fabrication par sous-Traitance, donneurs d'ordres, distribution, confection en tous genres de tous textiles et cuirs Import/Export. *Adresse :* 210 rue Saint-Denis 75002 Paris. *A dater du :* 31 mai 2011. *Date de commencement d'activité :* 1ᵉʳ juin 2011.

983 – ✳ 532 709 227 RCS Paris. **EXCELLENCE 2D.** *Forme :* Groupement d'intérêt économique. *Sigle :* E2D. *Administration :* Administrateur : Andriamihaja, Ramahazomanana, Administrateur : Meleux, Jean, Administrateur : Monteil, Luc, Administrateur : Genot, Philippe, Administrateur : Capelli, Gérard, Administrateur : Lesauvage, Patrick, Administrateur : Cousi, Gérald, Membre du groupement : AL CONSULTING, Membre du groupement : IMMOGON, Membre du groupement : BELIER ASSOCIES ILE DE FRANCE & GRAND OUEST, Membre du groupement : CROISSANCE PMI, Membre du groupement : QCD CONSULTING, Membre du groupement : MAINT.CONSEIL ET INGENIERIE, Membre du groupement : C.LEAN-LOG, Contrôleur des comptes : Potakian, Gabriel, Contrôleur de gestion : Saura, Patrick, Contrôleur de gestion : Langlois, André. *Adresse :* 4 rue Galvani 75017 Paris. *Origine du fonds :* Création d'un fonds de commerce. *Etablissement :* Etablissement principal. *Activité :* Promotion des activités de développement durable par le conseil les études, l'assistance et la formation et de mettre en commun pour ses membres la recherche et la réalisation d'outils pour la réalisation des prestations. *Adresse :* 4 rue Galvani 75017 Paris. *A dater du :* 31 mai 2011. *Date de commencement d'activité :* 1ᵉʳ mai 2011.

984 – # 532 763 547 RCS Paris. **SOCIÉTÉ CIVILE IMMOBILIÈRE DAVID.** *Forme :* Société civile immobilière. *Administration :* Associé gérant : Adda, Didier, Associé : Khalfoune, Rahel, nom d'usage : Adda. *Capital :* 100 euros. *Adresse :* 11 rue Vignon 75008 Paris. *Origine du fonds :* Création d'un fonds de commerce. *Etablissement :* Etablissement principal. *Activité :* L'acquisition, la propriété, la mise en valeur, la transformation, l'aménagement, l'administration et la location de tous biens. *Adresse :* 11 rue Vignon 75008 Paris. *A dater du :* 9 mai 2011. *Date de commencement d'activité :* 21 avril 2011.

985 – # 532 763 687 RCS Paris. **SCI DES PEUPLIERS.** *Forme :* Société civile immobilière. *Administration :* Associé gérant : Mantel, Gonzague, Associé : Mantel, Alain, Associé : Thirard, Marie-France, nom d'usage : Mantel. *Capital :* 10000 euros. *Adresse :* 70 rue de l'Amiral Mouchez 75014 Paris. *Origine du fonds :* Création d'un fonds de commerce. *Etablissement :* Etablissement principal. *Activité :* Propriété, gestion, administration de biens et droits mobiliers et immobiliers. *Adresse :* 70 rue de l'Amiral Mouchez 75014 Paris. *A dater du :* 10 mai 2011. *Date de commencement d'activité :* 13 avril 2011.

986 – # 532 763 141 RCS Paris. **SCI 12 JOFFRE.** *Forme :* Société civile à capital variable. *Administration :* Associé gérant : KERGUE-LEN, Associé : AM DEVELOPPEMENT, Associé : DOR-CHESTER. *Capital :* 100 EUROS.*Adresse :* 39 avenue George V 75008 Paris. *Origine du fonds :* Création d'un fonds de commerce. *Etablissement :* Etablissement principal. *Activité :* L'acquisition et l'administration de terrains et d'immeubles de toute nature, et notamment industriels, commerciaux, d'habitation, de parts ou d'actions de sociétés à prépondérance immobilière, l'exploitation par bail ou autrement des immeubles sociaux. *Adresse :* 39 avenue George V 75008 Paris. *A dater du :* 20 mai 2011. *Date de commencement d'activité :* 9 mai 2011.

987 – # 532 763 851 RCS Paris. **SEDAINE INVEST.** *Forme :* Société civile. *Administration :* Associé gérant : Bansay, Pierre, Associé : FPB. *Capital :* 1000 euros. *Adresse :* 32 rue Sedaine 75011 Paris. *Origine du fonds :* Création d'un fonds de commerce. *Etablissement :* Etablissement principal. *Activité :* L'acquisition d'un immeuble sis à Paris xi, 32 rue Sedaine et 12 rue du Commandant Lamy, l'administration et l'exploitation par bail, location ou autrement Dudit immeuble et de tous autres Immeublebâtis dont elle pourrait devenir propriétaire ultérieurement, par voie d'acquisition, échange, apport ou autrement. *Adresse :* 32 rue Sedaine 75011 Paris. *A dater du :* 25 mai 2011. *Date de commencement d'activité :* 19 mai 2011.

988 – # 532 763 976 RCS Paris. **SCI REIMS CANAL.** *Forme :* Société civile. *Administration :* Associé gérant : VERQUIN, Associé : ALGONQUIN FRANCE. *Capital :* 1000 euros. *Adresse :* 60 rue Pierre Charron 75008 Paris. *Origine du fonds :* Création d'un fonds de commerce. *Etablissement :* Etablissement principal. *Activité :* Acquisition, détention en pleine propriété ou détention de l'usufruit ou de la nue-propriété, gestion, administration et exploitation par bail, location ou par tout autre moyen, de biens immobiliers qui pourraient être apportés à la société, construits, à construire ou acquis et droits immobiliers, et notamment, la pleine propriété, la nue-propriété ou l'usufruit des biens immobiliers sis 21 boulevard Paul Doumer et rue Hincmar (sans numéro) , à l'angle de ces 2 rues, 51100 Reims, et tout droit, notamment, immobiliers associés, leur gestion et leur administration, et notamment, leur réhabilitation, par tous moyens, et notamment, la location ou autrement par elle au cours de la vie sociale. *Adresse :* 60 rue Pierre Charron 75008 Paris. *A dater du :* 26 mai 2011. *Date de commencement d'activité :* 18 mai 2011.

989 – # 532 764 222 RCS Paris. **SCCV NEW CITY QUINCY.** *Forme :* Société civile de construction vente. *Administration :* Associé gérant : PRESTIGEA IMMOBILIER, Associé : NEW CITY IMMOBILIER. *Capital :* 1500 euros. *Adresse :* 123 rue Saint-Lazare 75008 Paris. *Origine du fonds :* Création d'un fonds de commerce. *Etablissement :* Etablissement principal. *Activité :* Promotion immobilière. *Adresse :* 123 rue Saint-Lazare 75008 Paris. *A dater du :* 27 mai 2011. *Date de commencement d'activité :* 20 mai 2011.

990 – # 532 764 685 RCS Paris. **SCI FDC VARYE.** *Forme :* Société civile. *Administration :* Gérant non associé : Lafargue, Patrice, Associé : FAUBOURG DU COMMERCE, Associé : GROUPE IDEC DEVELOPPEMENT. *Capital :* 3000 euros. *Adresse :* 37 avenue Pierre 1er de Serbie 75008 Paris. *Origine du fonds :* Création d'un fonds de commerce. *Etablissement :* Etablissement principal. *Activité :* La réalisation de toutes autres opérations de construction vente et exceptionnellement de locations, notamment en l'absence de vente de tout ou partie du stock d'immeubles, une fois leur construction réalisée. L'acquisition de tous terrains ou droits immobiliers comprenant le droit de construire, la construction, sur ces terrains ou droits immobiliers, de tous immeubles, de toutes destinations et usages, la vente, en totalité ou par fractions, des immeubles construits, avant ou après leur achèvement. (Code Ape souhaité 4110d). *Adresse :* 37 avenue Pierre 1er de Serbie 75008 Paris. *A dater du :* 27 mai 2011. *Date de commencement d'activité :* 20 mai 2011.

991 – # 532 763 828 RCS Paris. **SCI FONCIERE 27 AVENUE DES TERNES.** *Forme :* Société civile immobilière. *Administration :* Associé gérant : Long, Jean-Pierre, Associé : Long, Rolland. *Capital :* 10000 euros. *Adresse :* 102 avenue des Champs-Elysées 75008 Paris. *Origine du fonds :* Création d'un fonds de commerce. *Etablissement :* Etablissement principal. *Activité :* Achat, gestion, administration, et plus généralement, exploitation de tous biens et droits immobiliers. *Adresse :* 102 avenue des Champs-Elysées 75008 Paris. *A dater du :* 27 mai 2011. *Date de commencement d'activité :* 19 mai 2011.

992 – # 532 710 951 RCS Paris. **NOLA.** *Forme :* Société civile. *Administration :* Associé gérant : Cohen, Norman, Associé : Cohen, Laura. *Capital :* 1000 euros. *Adresse :* 10 passage de l'Industrie 75010 Paris. *Origine du fonds :* Création d'un fonds de commerce. *Etablissement :* Etablissement principal. *Activité :* L'acquisition par voie d'apport, d'achat, d'échange, de construction ou autrement, d'immeubles bâtis ou non, en pleine propriété, nue-propriété ou usufruit, et notamment, d'un bien immeuble sis à Paris 13ème, 12 rue Fagon, dont la jouissance sera réservée gratuitement à titre de résidence principale à certains associés.La propriété et la gestion de portefeuilles de valeurs mobilières, droits sociaux ou autres titres, ou plus généralement, de tout actif financier. *Adresse :* 10 passage de l'Industrie 75010 Paris. *A dater du :* 31 mai 2011. *Date de commencement d'activité :* 31 mai 2011.

993 – # 532 709 532 RCS Paris. **SCI SAINT DENIS LANDY.** *Forme :* Société civile immobilière. *Administration :* Associé gérant : CARDIF ASSURANCE VIE, Associé : SCI BNP PARIBAS PIERRE II. *Capital :* 1000 euros. *Adresse :* 1 boulevard Haussmann 75009 Paris. *Origine du fonds :* Création d'un fonds de commerce. *Etablissement :* Etablissement principal. *Activité :* L'acquisition d'un patrimoine immobilier. *Adresse :* 1 boulevard Haussmann 75009 Paris. *A dater du :* 31 mai 2011. *Date de commencement d'activité :* 9 mai 2011.

994 – # 532 709 706 RCS Paris. **S.C.I. ETOILE.** *Forme :* Société civile. *Administration :* Associé gérant : Barel, Meir, Associé : Benari, Irit, nom d'usage : Barel, Associé : Barel, Amit, Associé : Topor, Jasmine. *Capital :* 1000 euros. *Adresse :* 16 rue François 1er 75008 Paris. *Origine du fonds :* Création d'un fonds de commerce. *Etablissement :* Etablissement principal. *Activité :* Acquisition, administration et exploitation par bail, location ou autrement de tous immeubles bâtis ou non bâtis ainsi que de parkings dont elle peut devenir propriétaire par voie d'acquisition, de construction, d'échange, d'apport ou autrement, et plus particulièrement un bien situé 16 rue François 1er 75008 Paris. Toutes opérations civiles s'y rattachant directement ou indirectement. *Adresse :* 16 rue François 1er 75008 Paris. *A dater du :* 31 mai 2011. *Date de commencement d'activité :* 17 mai 2011.

995 – # 532 704 400 RCS Paris. **SCI FODA.** *Forme :* Société civile immobilière. *Administration :* Associé gérant : Lugassy, Sultana, Associé : Lugassy, Orly, nom d'usage : Cohen. *Capital :* 1000 euros. *Adresse :* 5 villa Monceau 75017 Paris. *Origine du fonds :* Création d'un fonds de commerce. *Etablissement :* Etablissement principal. *Activité :* L'acquisition, l'administration et la gestion par location ou autrement de tous immeubles et biens immobiliers. *Adresse :* 5 villa Monceau 75017 Paris. *A dater du :* 31 mai 2011. *Date de commencement d'activité :* 24 mai 2011.

996 – # 532 704 350 RCS Paris. **MARTINE ET LUI.** *Forme :* Société civile immobilière. *Administration :* Associé gérant : Bataille, Jules, Associé : Ollite, Roshanara. *Capital :* 1000 euros. *Adresse :* 5 rue du Printemps 75017 Paris. *Origine du fonds :* Création d'un fonds de commerce. *Etablissement :* Etablissement principal. *Activité :* Propriété, mise en valeur et administration de biens immobiliers. *Adresse :* 5 rue du Printemps 75017 Paris. *A dater du :* 31 mai 2011. *Date de commencement d'activité :* 1er mai 2011.

997 – # 532 709 474 RCS Paris. **SCI LAKE.** *Forme :* Société civile. *Administration :* Associé gérant : Rique, Ricardo, Associé : Carolino De Paiva, Marcelo. *Capital :* 10000 euros. *Adresse :* 7 rue Jean Goujon 75008 Paris. *Origine du fonds :* Création d'un fonds de commerce. *Etablissement :* Etablissement principal. *Activité :* Propriété administration et exploitation par location ou toute autre forme du ou des immeubles qui seront apportés à la Sociétéou acquis par elle. *Adresse :* 7 rue Jean Goujon 75008 Paris. *A dater du :* 31 mai 2011. *Date de commencement d'activité :* 30 mars 2011.

998 – # 532 709 623 RCS Paris. **PARIMMO.** *Forme :* Société civile. *Administration :* Associé gérant : Paris, Jérôme, Associé : JP'IMMO. *Capital :* 1000 euros. *Adresse :* 205 rue d'Alésia 75014 Paris. *Origine du fonds :* Création d'un fonds de commerce. *Etablissement :* Etablissement principal. *Activité :* Acquisition par voie d'achat ou d'apport, propriété, mise en valeur, transformation, aménagement, administration et location de tous biens et droits immobiliers et notamment d'un immeuble sis à Issy les Moulineaux (92130) 49 avenue Victor Cresson. *Adresse :* 205 rue d'Alésia 75014 Paris. *A dater du :* 31 mai 2011. *Date de commencement d'activité :* 5 mai 2011.

999 - # 532 696 952 RCS Paris. **SCI NANTERRE GUILLERAINES.** *Forme :* Société civile immobilière. *Administration :* Associé gérant : CARDIF ASSURANCE VIE, Associé : SCI BNP PARIBAS PIERRE II. *Capital :* 1000 euros. *Adresse :* 1 boulevard Haussmann 75009 Paris. *Origine du fonds :* Création d'un fonds de commerce. *Etablissement :* Etablissement principal. *Activité :* L'acquisition d'un patrimoine immobilier. *Adresse :* 1 boulevard Haussmann 75009 Paris. *A dater du :* 31 mai 2011. *Date de commencement d'activité :* 9 mai 2011.

1000 - # 532 703 683 RCS Paris. **SCI DU 4 RUE PONSCARME.** *Forme :* Société civile immobilière. *Administration :* Associé gérant : PALLADIO, Associé : IDEVI. *Capital :* 1000 euros. *Adresse :* 7 Bis Edmond Valenton 75007 Paris. *Origine du fonds :* Création d'un fonds de commerce. *Etablissement :* Etablissement principal. *Activité :* Réalisation d'une opération de construction en vue de la revente par lots au 4 rue Ponscarme 75013 Paris. *Adresse :* 7 Bis Edmond Valenton 75007 Paris. *A dater du :* 31 mai 2011. *Date de commencement d'activité :* 12 mai 2011.

1001 - # 532 704 905 RCS Paris. **SOCIETE CIVILE IMMOBILIERE DU TRILLON.** *Forme :* Société civile. *Administration :* Gérant non associé : Trebouta, Nicolas, Associé : VALERAP-PATRIMOINE, Associé : SOCIETE CIVILE VALOIS. *Capital :* 1000 euros. *Adresse :* 4-6 rond point des Champs Elysées 75008 Paris. *Origine du fonds :* Création d'un fonds de commerce. *Etablissement :* Etablissement principal. *Activité :* Acquisition et détention de tous immeubles et droits immobiliers. *Adresse :* 4-6 rond point des Champs Elysées 75008 Paris. *A dater du :* 31 mai 2011. *Date de commencement d'activité :* 24 mai 2011.

1002 - # 532 696 978 RCS Paris. **SCI DUVOLLET.** *Forme :* Société civile immobilière à capital variable. *Administration :* Associé gérant : Duvollet, Marc, Associé : Zakovic, Gabriel. *Capital :* 1 EURO-S*Adresse :* 89 avenue de Flandres app 420 75019 Paris. *Origine du fonds :* Création d'un fonds de commerce. *Etablissement :* Etablissement principal. *Activité :* Acquisition, administration et exploitation de biens immobiliers. *Adresse :* 89 avenue de Flandres app 420 75019 Paris. *A dater du :* 31 mai 2011. *Date de commencement d'activité :* 27 avril 2011.

1003 - # 532 709 599 RCS Paris. **XO.** *Forme :* Société civile. *Administration :* Associé gérant : Taligault, Olivier, Associé : Massieu, Cécile, nom d'usage : Sauser. *Capital :* 10 euros. *Adresse :* 7 avenue Niel 75017 Paris. *Origine du fonds :* Création d'un fonds de commerce. *Etablissement :* Etablissement principal. *Activité :* Détention de participations de sociétés françaises et étrangères. *Adresse :* 14 bis rue de la Faisanderie 75016 Paris. *A dater du :* 31 mai 2011. *Date de commencement d'activité :* 4 mai 2011.

1004 - # 532 709 664 RCS Paris. **SCI LE PHARE 64.** *Forme :* Société civile. *Administration :* Gérant non associé : Amiel, Sophie, Associé : Brival, François, Associé : SCI LE FAURE 19. *Capital :* 1000 euros. *Adresse :* 11 rue du Perche 75003 Paris. *Origine du fonds :* Création d'un fonds de commerce. *Etablissement :* Etablissement principal. *Activité :* Acquisition de tout immeuble achevé et ou en l'état futur d'achèvement. *Adresse :* 11 rue du Perche 75003 Paris. *A dater du :* 31 mai 2011. *Date de commencement d'activité :* 20 mai 2011.

1005 - # 532 709 771 RCS Paris. **NICOLAS-COLISEE.** *Forme :* Société civile. *Administration :* Associé gérant : Nicolas Du Seuil, Nicole Marie, nom d'usage : Malezieux-Dehon, Associé gérant : Malezieux-Dehon, Béatrix Jacqueline Marie Mathilde, nom d'usage : Giraudet de Boudemange, Associé : Giraudet De Boudemange, Gaëtan Gabriel Laurent Marie, Associé : Giraudet De Boudemange, Laure-Anne Béatrice Marie, nom d'usage : Palliere, Associé : Giraudet De Boudemange, Guy-Emmanuel Pierre Marie, Associé : Giraudet De Boudemange, Gwenola Xristille Isabelle Marie. *Capital :* 6004,00 euros. *Origine du fonds :* Création d'un fonds de commerce. *Etablissement :* Etablissement principal. *Activité :* L'acquisition, la construction, la détention, la propriété, l'administration et la gestion, par tous moyens directs ou indirects, de tous droits et biens immobiliers et mobiliers. *Adresse :* 136 rue du Faubourg Saint-Honoré 75008 Paris. *A dater du :* 31 mai 2011. *Date de commencement d'activité :* 13 avril 2011.

1006 - # 532 696 986 RCS Paris. **SCI TB5.** *Forme :* Société civile immobilière. *Administration :* Associé gérant : Tapiro, Philippe, Associé : Brami, Dider Maurice. *Capital :* 1000 euros. *Adresse :* 36 boulevard Suchet 75016 Paris. *Origine du fonds :* Création d'un fonds de commerce. *Etablissement :* Etablissement principal. *Activité :* Achat, administration et achat de tous biens immobiliers. *Adresse :* 36 boulevard Suchet 75016 Paris. *A dater du :* 31 mai 2011. *Date de commencement d'activité :* 1er juin 2011.

1007 - # 532 710 308 RCS Paris. **SCCV ASNIERES LAURE FIOT.** *Forme :* Société civile de construction vente. *Administration :* Associé gérant : COGEDIM RESIDENCE, Associé : SERPI. *Capital :* 1000

euros. *Adresse :* 8 avenue Delcassé 75008 Paris. *Origine du fonds :* Création d'un fonds de commerce. *Etablissement :* Etablissement principal. *Activité :* Construction-vente. *Adresse :* 8 avenue Delcassé 75008 Paris. *A dater du :* 31 mai 2011. *Date de commencement d'activité :* 27 avril 2011.

1008 - # 532 689 569 RCS Paris. **SCI AUJOL.** *Forme :* Société civile. *Administration :* Associé gérant : Martin, Michèle, nom d'usage : Hubert, Associé : Hubert, Joël. *Capital :* 12100 euros. *Adresse :* 31 rue de Moscou 75008 Paris. *Origine du fonds :* Création d'un fonds de commerce. *Etablissement :* Etablissement principal. *Activité :* L'acquisition, la propriété, l'administration, la mise en valeur et la gestion par bail, location ou autrement, de tous biens immobiliers ou fonciers et spécialement d'un local commercial sis à Paris 75020, 205 boulevard Davout. *Adresse :* 31 rue de Moscou 75008 Paris. *A dater du :* 31 mai 2011. *Date de commencement d'activité :* 13 mai 2011.

1009 - # 532 709 714 RCS Paris. **SCI BALZAC.** *Forme :* Société civile. *Administration :* Associé gérant : Berezkine, Vladimir, Associé gérant : Berekzine, Galina, Associé : Berekzina, Ekaterina. *Capital :* 2500 euros. *Adresse :* 147 rue de la Pompe 75016 Paris. *Origine du fonds :* Création d'un fonds de commerce. *Etablissement :* Etablissement principal. *Activité :* L'acquisition, la gestion, et plus généralement, l'exploitation par bail, location ou autrement, de tous biens ou droits immobiliers, à quel que endroit qu'ils se trouvent situés. La prise de participations dans toutes sociétés immobilières. L'obtention de toutes ouvertures de crédit, prêts ou facilités de caisse, avec ou sans garanties hypothécaires, destinés au financement des acquisitions ou au paiement des coûts d'aménagement, de réfection ou autres à faire dans les immeubles de la société. *Adresse :* 147 rue de la Pompe 75016 Paris. *A dater du :* 31 mai 2011. *Date de commencement d'activité :* 24 mai 2011.

1010 - # 532 704 848 RCS Paris. **PA ACTICLUB SAINT-THIBAULT.** *Forme :* Société civile immobilière. *Administration :* Gérant non associé : Vaissie, Gilles, Associé : Parc d'Activités 1 Luxembourg, Associé : PA Holdings Luxembourg, Commissaire aux comptes titulaire : PRICEWATERHOUSECOOPERS AUDIT, Commissaire aux comptes suppléant : Nicolas, Yves. *Capital :* 100 euros. *Adresse :* 43-47 avenue de la Grande Armée 75116 Paris. *Origine du fonds :* Création d'un fonds de commerce. *Etablissement :* Etablissement principal. *Activité :* Acquisition, détention de tous biens et ou droits immobiliers (bâtis ou non bâtis). Gestion, aménagement, entretien, mise en valeur, administration, exploitation de ces biens sous toutes formes. *Adresse :* 43-47 avenue de la Grande Armée 75116 Paris. *A dater du :* 31 mai 2011. *Date de commencement d'activité :* 26 mai 2011.

1011 - # 532 705 407 RCS Paris. **SCI COR 43.** *Forme :* Société civile. *Administration :* Associé gérant : Guérini, Henri, Associé gérant : Wybier, Marc, Associé : Bossard, Philippe, Associé : Mathieu, Philippe, Associé : Morvan, Gérard, Associé : Vuillemin, Valérie, nom d'usage : Vuillemin-Bodaghi, Associé : Zeitoun, Frédéric. *Capital :* 700 euros. *Adresse :* 41-43 rue Cortambert 75016 Paris. *Origine du fonds :* Création d'un fonds de commerce. *Etablissement :* Etablissement principal. *Activité :* La propriété, la mise en valeur, l'administration et l'exploitation par bail, location ou autrement de tous immeubles et droits immobiliers détenus en pleine propriété, nue-propriété ou usufruit, dont elle pourrait devenir propriétaire par voie d'acquisition, d'apport, d'échange ou autrement, de tous biens et droits pouvant constituer l'accessoire, l'annexe ou le complément des immeubles et droits immobiliers en question. *Adresse :* 41-43 rue Cortambert 75016 Paris. *A dater du :* 31 mai 2011. *Date de commencement d'activité :* 24 mai 2011.

1012 - # 532 709 813 RCS Paris. **SCI SAINT GERMAIN.** *Forme :* Société civile. *Administration :* Associé gérant : Lefèvre, Dominique, Associé : Rioult, Patrice. *Capital :* 76000 euros. *Adresse :* 65 rue d'Hauteville 75010 Paris. *Origine du fonds :* Création d'un fonds de commerce. *Etablissement :* Etablissement principal. *Activité :* L'acquisition, la gestion, et plus généralement, l'exploitation par bail, location ou autrement, de tous biens ou droits immobiliers, à quel que endroit qu'ils se trouvent situés, la prise de participations, dans toutes sociétés immobilières, l'obtention de toutes ouvertures de crédit, prêts ou facilités de caisse, avec ou sans garanties hypothécaires, destinés au financement des acquisitions ou au paiement des coûts d'aménagement, de réfection ou autres à faire dans les immeubles de la société. *Adresse :* 65 rue d'Hauteville 75010 Paris. *A dater du :* 31 mai 2011. *Date de commencement d'activité :* 27 avril 2011.

1013 - # 532 689 775 RCS Paris. **LES EVENS.** *Forme :* Société civile. *Administration :* Associé gérant : Miara, Jérôme, Associé : Miara, Jean Maurice. *Capital :* 1000 euros. *Adresse :* 159 avenue de Wagram 75017 Paris. *Origine du fonds :* Création d'un fonds de commerce. *Etablissement :* Etablissement principal. *Activité :* L'acquisition d'un immeuble sis à 15 passage les Evens 44510 Le Pouliguen, l'adminis-

tration et l'exploitation Dudit immeuble ; l'acquisition, l'administration, l'exploitation par bail, location ou autrement, de tous terrains ou immeubles. *Adresse* : 159 avenue de Wagram 75017 Paris. *A dater du* : 31 mai 2011. *Date de commencement d'activité* : 31 mai 2011.

1014 – ✠ 532 689 668 RCS Paris. **SCI LOTTUS.** *Forme* : Société civile immobilière. *Administration* : Associé gérant : Chhun, Maxime, Associé : Paublan, Edouard. *Capital* : 1000 euros. *Adresse* : 3 rue du département boîte 5 75019 Paris. *Origine du fonds* : Création d'un fonds de commerce. *Etablissement* : Etablissement principal. *Activité* : L'acquisition, l'administration et la gestion par location ou autrement de tous immeubles. *Adresse* : 3 rue du département boîte 5 75019 Paris. *A dater du* : 31 mai 2011. *Date de commencement d'activité* : 15 mai 2011.

1015 – ✠ 532 802 253 RCS Paris. **SCI 46 LAMARCK.** *Forme* : Société civile immobilière. *Administration* : Gérant non associé : Thoumieux, Xavier, Associé : OPHRYS PARTNERS SAS, Associé : SARL NEWCO DECO. *Capital* : 1000 euros. *Adresse* : 20 rue Cortot 75018 Paris. *Origine du fonds* : Création d'un fonds de commerce. *Etablissement* : Etablissement principal. *Activité* : Acquisition, administration et location de tous biens et droits immobiliers ou mobiliers.L'emprunt, le cautionnement simple ou hypothécaire nécessaires à la réalisation de son objet.La réalisation de toutes opérations immobilières et financières. *Adresse* : 20 rue Cortot 75018 Paris. *A dater du* : 31 mai 2011. *Date de commencement d'activité* : 25 mai 2011.

1016 – ✠ 504 504 630 RCS Paris. **VNG - VERBUNDNETZ GAS AKTIENGESELLSCHAFT.** *Forme* : Société anonyme membre de la Communauté européenne ou partie à l'accord sur l'Espace économique européen. *Administration* : Responsable en France : Lorenz, Christoph, Responsable à l'étranger : Heuchert, Karsten. *Adresse* : A L'Etranger*Etablissement* : Etablissement principal. *Activité* : Bureau de liaison. *Adresse* : 59 rue des Petits Champs 75001 Paris. *A dater du* : 17 janvier 2011. *Date de commencement d'activité* : 22 novembre 2010.

1017 – ✠ 530 014 794 RCS Paris. **KUNSTHANDEL DRS SALOMON LILIAN B.V.** *Forme* : Société à responsabilité limitée membre de la Communauté européenne ou partie à l'accord sur l'Espace économique européen. *Administration* : Responsable en France et à l'étranger : Lilian, Salomon Hennie. *Adresse* : à l'étranger*Etablissement* : Etablissement principal. *Activité* : L'achat et la vente de peintures, dessins et autres objet d'art. *Adresse* : 52 boulevard Malesherbes 75008 Paris. *A dater du* : 26 janvier 2011. *Date de commencement d'activité* : 26 janvier 2011.

1018 – ✠ 531 691 954 RCS Paris. **ARREDAMENTI CIVILI E NAVALI VITRANI - SOCIETA' PER.** *Forme* : Société par actions membre de la Communauté européenne ou partie à l'accord sur l'Espace économique européen. *Administration* : Responsable en France et à l'étranger : Vitrani, Alessandra. *Adresse* : à l'étranger*Etablissement* : Etablissement principal. *Activité* : Maîtrise d'oeuvre dans l'aménagement intérieur des bateaux. *Adresse* : 22 place du Général Catroux 75017 Paris. *A dater du* : 22 avril 2011. *Date de commencement d'activité* : 22 avril 2011.

1019 – ✠ 532 701 620 RCS Paris. **VECTOR WORKPLACE & FACILITY MANAGEMENT LIMITED.** *Forme* : Société à responsabilité limitée membre de la Communauté européenne ou partie à l'accord sur l'Espace économique européen. *Nom commercial* : VECTOR. *Sigle* : VECTOR. *Administration* : Responsable en France : Brennan, Roger, Responsable à l'étranger : O'brien, Donal, Responsable à l'étranger : O'shaughnessy, Joan, Responsable à l'étranger : Cronin, Patrick. *Adresse* : à l'étranger*Etablissement* : Etablissement principal. *Activité* : Exercer des activités liées aux services de gestion des installations et fournir, exploiter, diriger et gérer le personnel, la sécurité, le gardiennage, la restauration, l'entretien et offrir des services techniques pour les installations aux particuliers et aux sociétés. *Adresse* : 320 rue Saint-Honoré 75001 Paris. *A dater du* : 31 mai 2011.

## Immatriculations

1020 – ✠ 333 082 196 RCS Paris. **OUAHRANI** (Ahmed). *Nom commercial* : LES CAVES DE L'OURCQ. *Origine du fonds* : Fonds reçu en location-gérance. *Etablissement* : Etablissement principal. *Activité* : Café, bar, restaurant. *Adresse* : 96 rue de l'Ourcq 75019 Paris. *Précédent exploitant* : 327 054 789 RCS Paris. **LE YOUCEF** (Amar). RCS non inscrit. **INDIVISION NAIT SLIMANE REPRÉSENTÉE PAR YAHIA NAIT SLIMANE** (Yahia). *A dater du* : 22 février 2011. *Date de commencement d'activité* : 15 février 2011.

1021 – ✠ 315 355 396 RCS Paris. **FELGINES** (Alain, Michel, Ernest). *Origine du fonds* : Fonds reçu en location-gérance. *Etablissement* : Etablissement principal. *Activité* : Brasserie, café, bar. *Adresse* : 18 place

Maubert 75005 Paris. *Précédent exploitant* : 520 031 832 RCS Paris. **SARL ETIENNE DOLET.** 552 093 619 RCS Paris. **CAFE DU METRO.** *A dater du* : 9 mars 2011. *Date de commencement d'activité* : 1er janvier 2010.

1022 – ✠ 441 525 144 RCS Paris. **MIALET** (Nicole). *Nom d'usage* : FELGINES. *Origine du fonds* : Fonds reçu en location-gérance. *Etablissement* : Etablissement principal. *Activité* : Brasserie, café, bar. *Adresse* : 18 place Maubert 75005 Paris. *Précédent exploitant* : 520 031 832 RCS Paris. **SARL ETIENNE DOLET.** 552 093 619 RCS Paris. **CAFE DU METRO.** *A dater du* : 9 mars 2011. *Date de commencement d'activité* : 1er janvier 2010.

1023 – ✠ 532 713 518 RCS Paris. **SUNLAX.** *Forme* : Société à responsabilité limitée à associé unique. *Administration* : Gérant : Chen, Yunong. *Capital* : 1000 euros. *Adresse* : 67 rue Sedaine 75011 Paris. *Origine du fonds* : Fonds reçu en location-gérance. *Etablissement* : Etablissement principal. *Activité* : L'import-Export, la vente en gros de tous textiles et articles de prêt-à-porter. *Adresse* : 67 rue Sedaine 75011 Paris. *Précédent exploitant* : 508 821 568 RCS Paris. **THE LIGHT.** *A dater du* : 31 mai 2011. *Date de commencement d'activité* : 27 mai 2011.

1024 – ✠ 434 397 089 RCS Paris. **EUROPRALINE.** *Forme* : Société à responsabilité limitée. *Administration* : Gérant : El Jaddaoui, Lahoucine. *Capital* : 7622.45 euros. *Adresse* : 4 rue Galvani 75838 Paris. *Etablissement* : Etablissement principal. *Activité* : Boulangerie pâtisserie confiserie glaces. *Adresse* : 4 rue Galvani 75838 Paris. *A dater du* : 3 mai 2002. *Date de commencement d'activité* : 1er janvier 2002. *Commentaires* : Immatriculation d'une personne morale suite au transfert du siège hors ressort.

1025 – ✠ 519 309 975 RCS Paris. **EPONYME PARTNERS.** *Forme* : Société par actions simplifiée. *Sigle* : EP. *Administration* : Président : Galliot, Jean-Michel. *Capital* : 29900 euros. *Adresse* : 12 rue de la Paix 75002 Paris. *Etablissement* : Etablissement principal. *Activité* : Toutes opérations de rapprochement d'entreprises fusions acquisitions ingénierie financière et conseils stratégiques. *Adresse* : 12 rue de la Paix 75002 Paris. *A dater du* : 8 janvier 2010. *Date de commencement d'activité* : 1er janvier 2010. *Commentaires* : Immatriculation d'une personne morale suite au transfert du siège hors ressort.

1026 – ✠ 512 479 767 RCS Paris. **THE GENTLE GOURMET B&B.** *Forme* : SARL à capital variable. *Nom commercial* : THE GENTLE GOURMET B&B. *Administration* : Gérant : Pivain, Caroline. *Capital* : 200 EUROS*Adresse* : 21 rue Duret 75016 Paris. *Etablissement* : Etablissement principal. *Activité* : Location en meublé chambre d'hôtes et accessoirement restauration et édition documentaire Végétalienne. *Adresse* : 21 rue Duret 75016 Paris. *A dater du* : 15 mai 2009. *Date de commencement d'activité* : 19 octobre 2010. *Commentaires* : Immatriculation d'une personne morale suite au transfert du siège hors ressort.

1027 – ✠ 515 167 047 RCS Paris. **LINAS SERVICES.** *Forme* : Société à responsabilité limitée. *Administration* : Gérant : Saadi, Mohamed. *Capital* : 5000 euros. *Adresse* : 5 rue Manuel 75009 Paris. *Etablissement* : Etablissement principal. *Activité* : Achat, vente de tous types de produits d'emballages de toutes formes et de toutes natures existantes ou a venir de papier et de plastiques. *Adresse* : 5 rue Manuel 75009 Paris. *A dater du* : 20 juillet 2010. *Date de commencement d'activité* : 15 octobre 2009. *Commentaires* : Immatriculation d'une personne morale suite au transfert du siège hors ressort.

1028 – ✠ 501 910 384 RCS Paris. **PROFIL AGENCEMENT SYSTEMES.** *Forme* : Société à responsabilité limitée. *Nom commercial* : PRAGSY. *Sigle* : PRAGSY. *Administration* : Gérant : Aberkane, Mohamed Arezki, Gérant : Guillier, Thierry Louis. *Capital* : 8000 euros. *Adresse* : 22 rue Ernest Renan 75015 Paris. *Etablissement* : Etablissement principal. *Activité* : Agencement - décoration - aménagement - rénovation générale importation et exportation d'aluminium sous forme brut ou ouvrage. *Adresse* : 22 rue Ernest Renan 75015 Paris. *A dater du* : 10 janvier 2008. *Date de commencement d'activité* : 15 décembre 2007. *Commentaires* : Immatriculation d'une personne morale suite au transfert du siège hors ressort.

1029 – ✠ 499 499 150 RCS Paris. **D.A.M.S. S.A.R.L.** *Forme* : Société à responsabilité limitée. *Nom commercial* : D.A.M.S. S.A.R.L. *Administration* : Gérant : Pizzonero, Damien Luc Tony. *Capital* : 10000 euros. *Adresse* : 34 boulevard des Italiens 75009 Paris. *Etablissement* : Etablissement principal. *Activité* : Événementiel sportif et culturel, ainsi que toutes les activités liées aux sports et aux supports en communication. Achat, vente, location et réparation de véhicules automobiles lourds, légers de matériel industriels de travaux publics, de manutention et de navigation , appareillage et installation mécanique et électriques divers. Toutes opérations industrielles, commerciales, marketing événementiel et financière, telle que achat, vente,

location, événementiel, conseil, expertise mobilière, immobilière pouvant se rattacher directement ou indirectement a l'objet social. *Adresse :* 34 boulevard des Italiens 75009 Paris. *A dater du :* 24 août 2007. *Date de commencement d'activité :* 1er juillet 2007. *Commentaires :* Immatriculation d'une personne morale suite au transfert du siège hors ressort.

1030 – ✳ 520 302 670 RCS Paris. **IBAM.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant : Gulec, Orhan. *Capital :* 8000 euros. *Adresse :* 75 rue Vauvenargues 75018 Paris. *Établissement principal. Activité :* Entreprise générale de bâtiment et achat vente de matériel de construction et Import Export, bardage, isolation, couverture, maçonnerie, carrelage, ponçage, marbrerie, maçonnerie générale et plus généralement toutes opérations commerciales, financières, mobilières ou immobilières pouvant se rattacher a l'objet social. *Adresse :* 75 rue Vauvenargues 75018 Paris. *A dater du :* 24 février 2010. *Date de commencement d'activité :* 15 janvier 2010. *Commentaires :* Immatriculation d'une personne morale suite au transfert du siège hors ressort.

1031 – ✳ 500 618 301 RCS Paris. **HYERONUT.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant : Roger-Legrand, Annie Jacqueline, nom d'usage : Crussol. *Capital :* 8000 euros. *Adresse :* 4 rue des Belles Feuilles 75116 Paris. *A dater du :* 31 octobre 2007. *Commentaires :* Immatriculation d'une personne morale suite au transfert du siège hors ressort . Cette société n'exerce aucune activité.

1032 – ✳ 524 028 172 RCS Paris. **AGM 3.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant : Ulker, Fetih. *Capital :* 3600 euros. *Adresse :* 43 rue d'Enghien 75010 Paris. *Établissement principal. Activité :* Tous travaux d'ascenseurs : modernisation, montage neuf et toutes opérations liées. *Adresse :* 43 rue d'Enghien 75010 Paris. *A dater du :* 28 juillet 2010. *Date de commencement d'activité :* 2 août 2010. *Commentaires :* Immatriculation d'une personne morale suite au transfert du siège hors ressort.

1033 – ✳ 522 396 746 RCS Paris. **STANSON & ASSOCIÉS.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant : Sarfati, Lauriane. *Capital :* 3000 euros. *Adresse :* 41 rue Monge 75005 Paris. *A dater du :* 10 mai 2010. *Commentaires :* Immatriculation d'une personne morale suite au transfert du siège hors ressort . Cette société n'exerce aucune activité.

1034 – ✳ 498 225 242 RCS Paris. **EUROPEAN CLEAN PLUS.** *Forme :* Société à responsabilité limitée. *Sigle :* EC+. *Administration :* Gérant : Barul, Fabiola. *Capital :* 5000 euros. *Adresse :* 6 rue Hippolyte le Bas 75009 Paris. *Établissement :* Établissement principal. *Activité :* Remise en état des locaux, entretien régulier de bureaux et locaux, entretien régulier de vitres, portes, carrelages, entretien zone alimentaire, entretien de véhicule. *Adresse :* 6 rue Hippolyte le Bas 75009 Paris. *A dater du :* 30 mai 2007. *Date de commencement d'activité :* 18 mai 2007. *Commentaires :* Immatriculation d'une personne morale suite au transfert du siège hors ressort.

1035 – ✳ 410 620 231 RCS Paris. **I G P S SAS.** *Forme :* Société par actions simplifiée à associé unique. *Administration :* Président : Valckenaere, Jean-Marc, Commissaire aux comptes titulaire : PRICEWATERHOUSECOOPERS AUDIT, Commissaire aux comptes suppléant : Nicolas, Yves. *Capital :* 201229.17 euros. *Adresse :* 2 bis rue Louis Armand 75015 Paris. *Établissement :* Établissement principal. *Activité :* Fournir aux personnes physiques ou morales, de façon permanente, exceptionnelle ou discontinue des services relatifs à la sécurité de biens meubles ou immeubles, ainsi que celle des personnes liées directement ou indirectement à la sécurité de ces biens. *Adresse :* 2 bis rue Louis Armand 75015 Paris. *A dater du :* 23 janvier 1997. *Date de commencement d'activité :* 1er mars 1997. *Commentaires :* Immatriculation d'une personne morale suite au transfert du siège hors ressort.

1036 – ✳ 520 596 735 RCS Paris. **DISTRIARAGO.** *Forme :* Société à responsabilité limitée à associé unique. *Administration :* Gérant : Dahan, Jacques. *Capital :* 10000 euros. *Adresse :* 23 boulevard Arago 75013 Paris. *Établissement principal. Activité :* Activité de supérette création acquisition exploitation prise en gérance libre de magasins vendant au détail tous produits alimentaires ou non. *Adresse :* 23 boulevard Arago 75013 Paris. *A dater du :* 1er mars 2010. *Date de commencement d'activité :* 2 mai 2011. *Commentaires :* Immatriculation d'une personne morale suite au transfert du siège hors ressort.

1037 – ✳ 509 993 234 RCS Paris. **LYNA TAXIS.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant : Benzouaoui, Rachid. *Capital :* 3000 euros. *Adresse :* 26 rue des Rigoles 75020 Paris. *Établissement :* Établissement principal. *Activité :* Taxi parisien. *Adresse :* 26 rue des Rigoles 75020 Paris. *A dater du :* 20 janvier 2009. *Date de commencement d'activité :* 8 avril 2009. *Commentaires :* Immatriculation d'une personne morale suite au transfert du siège hors ressort.

1038 – ✳ 338 047 426 RCS Paris. **ECOFINANCE.** *Forme :* Société par actions simplifiée. *Administration :* Président : Bouchard, Robert, Commissaire aux comptes titulaire : A.B.P.R. ILE DE FRANCE + Société anonyme, Commissaire aux comptes suppléant : Papeix, Jean-Paul. *Capital :* 5744608 euros. *Adresse :* 34 avenue Matignon 75008 Paris. *Établissement :* Établissement principal. *Activité :* Achat, vente, location de tous biens d'équipements professionnels ou non Professionnels destinés tant aux entreprises qu'aux particuliers. Achat, vente et location sans chauffeur de tous véhicules de tourismes ou utilitaires, de tout tonnage destinés aux entreprises ou aux particuliers. La prise de participations, droits et intérêts, sous quelle que forme et de quelle que manière que ce soit, dans toutes entreprises ou sociétés, leur administration et leur aliénation. L'acquisition, l'exploitation, la concession, l'aliénation, sous quelle que forme que ce soit, de toutes marques, de tous brevets et de tous droits quelconques de propriété industrielle, littéraire ou artistique ; les conseils, la gestion, le financement de toutes entreprises commerciales, agricoles ou industrielles et notamment des entreprises en difficulté ou en voie de création ; la création, l'acquisition, la location, la prise à bail, l'installation, l'exploitation de tous établissements, usines, ateliers, fonds de commerce. *Adresse :* 34 avenue Matignon 75008 Paris. *A dater du :* 25 juin 1986. *Date de commencement d'activité :* 25 juin 1986. *Commentaires :* Immatriculation d'une personne morale suite au transfert du siège hors ressort.

1039 – ✳ 410 343 669 RCS Paris. **LE PARC EOLIEN DU CERS.** *Forme :* Société par actions simplifiée à associé unique. *Administration :* Président : CERS HOLDING SAS, Commissaire aux comptes titulaire : EXCO A2A TOULOUSE, Commissaire aux comptes suppléant : Gaulier, Béatrice. *Capital :* 750000 euros. *Adresse :* 15-19 rue Louis Le Grand 75002 Paris. *Établissement :* Établissement principal. *Activité :* Réalisation et exploitation de fermes éoliennes, promotion et commercialisation de l'énergie d'origine éolienne ainsi que toutes prestations de services liées a ces activités. *Adresse :* 19 rue Louis Le Grand 15 Et 75002 Paris. *A dater du :* 24 juillet 2007. *Date de commencement d'activité :* 15 mai 2007. *Commentaires :* Immatriculation d'une personne morale suite au transfert du siège hors ressort.

1040 – ✳ 490 659 349 RCS Paris. **WINPARF.** *Forme :* Société par actions simplifiée à associé unique. *Nom commercial :* MSI INTERNATIONAL. *Administration :* Président : Vliegen, Gilles, Commissaire aux comptes titulaire : Calimar, Claude, Commissaire aux comptes suppléant : Pirabot, Rémi. *Capital :* 300000 euros. *Adresse :* 21-23 boulevard Haussmann 75009 Paris. *Établissement :* Établissement principal. *Activité :* Tous travaux et toutes ventes ayant un rapport directement ou indirectement à l'informatique. Edition de logiciels. *Adresse :* 21-23 boulevard Haussmann 75009 Paris. *A dater du :* 12 octobre 2006. *Date de commencement d'activité :* 8 juin 2006. *Commentaires :* Immatriculation d'une personne morale suite au transfert du siège hors ressort.

1041 – ✳ 530 747 740 RCS Paris. **DREAMINVEST.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant : Carrion, André Serge. *Capital :* 1000 euros. *Adresse :* 11 rue Tronchet 75008 Paris. *Établissement :* Établissement principal. *Activité :* Production, achat/vente, prestations de services en informatiques et organisationnelles, financement, activité connexes. *Adresse :* 11 rue Tronchet 75008 Paris. *A dater du :* 7 mars 2011. *Date de commencement d'activité :* 2 mars 2011. *Commentaires :* Immatriculation d'une personne morale suite au transfert du siège hors ressort.

1042 – ✳ 509 706 610 RCS Paris. **BOUTIQUES GALERIE.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant : Kazantzev, Serge. *Capital :* 8160 euros. *Adresse :* 101 rue de Sèvres 75006 Paris. *Établissement :* Établissement principal. *Activité :* Conception et réalisation hébergement de systèmes informatiques E-commerce. *Adresse :* 101 rue de Sèvres 75006 Paris. *A dater du :* 7 janvier 2009. *Date de commencement d'activité :* 2 janvier 2009. *Commentaires :* Immatriculation d'une personne morale suite au transfert du siège hors ressort.

1043 – ✳ 524 460 896 RCS Paris. **BATI MULTI SERVICES "BMS".** *Forme :* Société à responsabilité limitée. *Administration :* Gérant : Daskikn, Sebahattin. *Capital :* 2500 euros. *Adresse :* 1 rue de Paradis 75010 Paris. *Établissement :* Établissement principal. *Activité :* Entreprise générale de bâtiment. *Adresse :* 1 rue de Paradis 75010 Paris. *A dater du :* 23 août 2010. *Date de commencement d'activité :* 23 août 2010. *Commentaires :* Immatriculation d'une personne morale suite au transfert du siège hors ressort.

1044 – ✳ 508 347 804 RCS Paris. **PAPPAYE.** *Forme :* Société civile immobilière. *Administration :* Associé gérant : Coppin, Roselyne Rolande, nom d'usage : Veslot, Associé gérant : Edwards, Peter Hewlett, Associé : Edwards, Arabella Else. *Capital :* 134000 euros. *Adresse :* 6 rue Coysevox 75018 Paris. *Établissement principal. Activité :* Adminstration acquisition gestion par location

de tous biens immobiliers notamment un appartement sis a Eragny sur Oise 95610, huit les dix arpents,. *Adresse :* 6 rue Coysevox 75018 Paris. *A dater du :* 2 octobre 2008. *Date de commencement d'activité :* 10 septembre 2008. *Commentaires :* Immatriculation d'une personne morale suite au transfert du siège hors ressort.

1045 - ✳ # 434 593 224 RCS Paris. **SOCIETE CIVILE IMMOBILIERE CLOS SAINTE HONORINE.** *Forme :* Société civile immobilière. *Administration :* Associé gérant : Edwards, Peter, Associé gérant : Coppin, Roselyne Rolande, nom d'usage : Veslot. *Capital :* 76224.51 euros. *Adresse :* 6 rue Coysevox 75018 Paris. *Etablissement principal. Activité :* Acquisition administration et gestion par location de 2 appartements sis l'un 17 rue du général de Gaulle à St Ouen l'Aumône et l'autre 1 rue Godefroy à Soissy. *Adresse :* 6 rue Coysevox 75018 Paris. *A dater du :* 8 janvier 2001. *Date de commencement d'activité :* 1er janvier 2001. *Commentaires :* Immatriculation d'une personne morale suite au transfert du siège hors ressort.

1046 - # 497 880 377 RCS Paris. **LES TERRASSES DU BLANC MESNIL 1.** *Forme :* Société civile de construction vente. *Administration :* Associé gérant : F B PARTICIPATIONS, Associé gérant : FIDERIM, Associé : ATHENAE CONSEIL. *Capital :* 1600 euros. *Adresse :* 9 rue de Penthièvre 75008 Paris. *Etablissement principal. Activité :* L'acquisition par voie d'achat ou d'apport de tous immeubles et la construction sur ceux-ci de tous biens et toutes destinations, la vente en totalité ou par lots de ces biens, à terme, en état futur d'achèvement ou après achèvement. *Adresse :* 9 rue de Penthièvre 75008 Paris. *A dater du :* 7 mai 2007. *Date de commencement d'activité :* 20 septembre 2006. *Commentaires :* Immatriculation d'une personne morale suite au transfert du siège hors ressort.

1047 - # 489 826 503 RCS Paris. **AGATHIS.** *Forme :* Société civile immobilière. *Administration :* Associé gérant : Paltsou, Cyril Georges, Associé : Bonnin, Nathalie. *Capital :* 100 euros. *Adresse :* 10 rue de la Procession 75015 Paris. *Etablissement :* Etablissement principal. *Activité :* Acquisition, mise en valeur, administration, exploitation, location, gestion d'immeubles, travaux d'aménagement, réhabilitation, construction, reconstruction des immeubles sociaux. Sûretés réelles sur biens sociaux. *Adresse :* 10 rue de la Procession 75015 Paris. *A dater du :* 20 janvier 2010. *Date de commencement d'activité :* 5 mai 2006. *Commentaires :* Immatriculation d'une personne morale suite au transfert du siège hors ressort.

1048 - # 443 677 976 RCS Paris. **SOCIETE CIVILE IMMOBILIERE JOLISUD.** *Forme :* Société civile immobilière. *Administration :* Associé gérant : Jolivet, Michel, Associé : Jolivet, Jean Loïc, Associé : Doucet, Charles, Associé : Doucet, Dominique, Associé : Doucet, Vincent, Associé : Doucet, Michel, Associé : Doucet, Catherine, Associé : Doucet, Bertrand. *Capital :* 900 euros. *Adresse :* 22 boulevard Saint-Michel 75006 Paris. *Etablissement :* Etablissement principal. *Activité :* Acquisition et gestion d'un patrimoine immobilier. *Adresse :* 22 boulevard Saint-Michel 75006 Paris. *A dater du :* 15 octobre 2002. *Date de commencement d'activité :* 21 mai 1965. *Commentaires :* Immatriculation d'une personne morale suite au transfert du siège hors ressort.

1049 - # 423 086 677 RCS Paris. **SCI CFGU.** *Forme :* Société civile immobilière. *Administration :* Associé gérant : Girod, Claude François, Associé : Girod, Pierre Georges. *Capital :* 460000 euros. *Adresse :* 176 rue de l'Université 75007 Paris. *Etablissement :* Etablissement principal. *Activité :* Acquisition, administration et gestion, par location ou autrement, de tous immeubles et biens immobiliers. *Adresse :* 176 rue de l'Université 75007 Paris. *A dater du :* 27 mai 1999. *Date de commencement d'activité :* 18 mai 1999. *Commentaires :* Immatriculation d'une personne morale suite au transfert du siège hors ressort.

## 77 - SEINE-ET-MARNE

### GREFFE DU TRIBUNAL DE COMMERCE DE MELUN

#### Ventes et cessions

1050 - ° **Rectificatif :** BODACC A. *Numéro de parution :* 20110017. *Date de parution :* 25 janvier 2011. *Annonce numéro :* 1561. Cet avis est annulé et remplacé par le suivant . 746 951 292 RCS Melun. **HOPITAL PRIVE DE MARNE CHANTEREINE- HPMC.** *Forme :* Société à responsabilité limitée. *Adresse :* rue Curie 77177 Brou-sur-Chantereine. *Origine du fonds :* Fonds acquis par achat au prix stipulé de 176.823,00 EUR. *Etablissement :* Etablissement secondaire. *Activité :* Soins de réanimation adulte. *Adresse :* 16 avenue Jacques Heuclin 77340 Pontault-Combault. *Précédent propriétaire :* 786 750 588 RCS Melun. **CLINIQUE LA FRANCILIENNE.** *Date d'effet :* 9 décembre 2010. *Publication légale :* Le Pays Briard du 7 janvier 2011. *Oppositions :* au fonds vendu.

## 78 - YVELINES

### GREFFE DU TRIBUNAL DE COMMERCE DE VERSAILLES

#### Ventes et cessions

1051 - * 449 645 654 RCS Versailles. **S. Y. N.** *Forme :* Société à responsabilité limitée. *Adresse :* 30 avenue de l'Amiral Lemonnier 78160 Marly-le-Roi. *Oppositions :* au fonds cédé. *Commentaires :* Achat de la partie du fonds de commerce comprenant la clientèle sur Paris et Ile de France à la SARL QUENTIN (RCS VERSAILLES 384 377 339) moyennant le prix de 55.000, 00 euros. *Publication :* Les Petites Affiches de Seine et Oise du 24/05/2011.

1052 - * 531 826 485 RCS Versailles. **SCJE LAPOUGE.** *Forme :* Société à responsabilité limitée. *Administration :* Gérante : LAPOUGE Stéphanie en fonction le 20 Avril 2011 Gérante : LAPOUGE Céline en fonction le 20 Avril 2011 . *Capital :* 7500.00 euros. *Adresse :* 125 avenue du Général Leclerc 78220 Viroflay. *Origine du fonds :* Achat d'un fonds de commerce au prix stipulé de 40500 Euros. *Etablissement :* Etablissement principal. *Activité :* les commerces de coiffure soins de beauté et ventes de tous articles et produit de coiffure et esthétique. *Adresse :* 125 avenue du Général Leclerc 78220 Viroflay. *Précédent propriétaire :* 483 631 081 RCS Versailles. **ALCHIMIE.** *Date de commencement d'activité :* 3 mai 2011. *Publication légale :* Les Petites Affiches de la Seine et Oise du 24 mai 2011. *Oppositions :* Maître Philippe SAMZUN 2 Passage Roche 78000 Versailles pour la validité et pour la correspondance. *Commentaires :* Modification de l'adresse du siège. Modification de l'activité. Modification de la date de début d'activité.

#### Créations d'établissements

1053 - * 532 733 094 RCS Versailles. **LA CARRE V.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant : JABOULEY Bruno . *Capital :* 30000.00 euros. *Adresse :* 27 avenue Duguay Trouin les Portiques de la Grande Île 78960 Voisins-le-Bretonneux. *Commentaires :* Cette société n'exerce aucune activité.

1054 - * 532 733 102 RCS Versailles. **NRJG.** *Forme :* Société civile immobilière. *Administration :* Associée gérante : PERRICHET Catherine, Muriel, Charlotte Associé : GANICHOT Patrice, Serge Associé : GANICHOT Sandrine, Véronique . *Capital :* 150.00 euros. *Adresse :* 25bis route de la Plaine 78110 Le Vésinet. *Commentaires :* Cette société n'exerce aucune activité.

1055 - * 532 751 559 RCS Versailles. **LES TROIS MARCHES D OR.** *Forme :* Société à responsabilité limitée. *Administration :* Gérante : DROUIN Colette . *Capital :* 10000.00 euros. *Adresse :* 15 avenue Gabriel Péri 78190 Trappes. *Commentaires :* Cette société n'exerce aucune activité.

1056 - * 532 742 616 RCS Versailles. **FREEDA.** *Forme :* Société civile immobilière. *Administration :* Gérant et associé : DRUELLE Frédéric Associé : QUANTIN Patricia . *Capital :* 1000.00 euros. *Adresse :* 11 avenue de Villars 78150 Le Chesnay. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* la société à pour objet : acquisition, revente, gestion et administration civiles de tous biens et droits immobiliers lui appartenant. *Date de commencement d'activité :* 1er juin 2011.

1057 - * 532 742 558 RCS Versailles. **EVEREST ATTITUDE.** *Forme :* Société par actions simplifiée. *Nom commercial :* EVEREST ATTITUDE. *Administration :* Président : ALDUSHENKOVA Inna . *Capital :* 3000.00 euros. *Adresse :* 1 impasse du Colombier 78420 Carrières-sur-Seine. *Origine du fonds :* Création d'un fonds de commerce. *Etablissement :* Etablissement principal. *Activité :* représentation commerciale d'entreprises de prêt à porter et développement des marques. *Date de commencement d'activité :* 24 mai 2011.

1058 - * 532 742 731 RCS Versailles. **SCI CALIE.** *Forme :* Société civile immobilière. *Administration :* Associée gérante : MILHAC Evelyne Associé : LE HENANFF Jean-Paul Associé : LE HENANFF Thibault Associé : LEGRAND Jérémie . *Capital :* 1000.00 euros. *Adresse :* 1 place des Quinconces 78960 Voisins-le-Bretonneux. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* acquisition, administration et gestion de tous immeubles. *Date de commencement d'activité :* 15 mai 2011.

1059 - * 532 788 247 RCS Versailles. **CK. CIE.** *Forme :* Société par actions simplifiée. *Administration :* Président : CHARLES Alain Georges . *Capital :* 5000.00 euros. *Adresse :* 61 rue Auguste Renoir 78400 Chatou. *Origine du fonds :* Création d'un fonds de commerce. *Etablissement :* Etablissement principal. *Activité :* garages de véhicules motorisés, achat et ventes de véhicules motorisés neufs ou d'occasion. *Date de commencement d'activité :* 2 mai 2011.

1060 - * 532 789 120 RCS Versailles. **SCI BOUZY.** *Forme :* Société civile immobilière. *Administration :* Associé gérant : COCAT Hervé Associé : GUIBERT Maryse Associé : RAVERDEAU Anne-Marie . *Capital :* 100.00 euros. *Adresse :* 17 Clos Gilles 78125 Vieille-Église-en-Yvelines. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* location de logements. *Date de commencement d'activité :* 28 avril 2011.

1061 - * 532 788 858 RCS Versailles. **BENFLOFAURE.** *Forme :* Société civile immobilière. *Administration :* Gérant et associé : FAURE Michel Jean Georges Associé : CAVE Anne-Marie Jacqueline Associé : FAURE Florence Anne Michèle Associé : FAURE Benjamin Alexandre Nicolas . *Capital :* 2000.00 euros. *Adresse :* 197 Bis rue Aristide Briand 78700 Conflans Sainte-Honorine. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* gestion et entretien d'un terrain. *Date de commencement d'activité :* 15 avril 2011.

1062 - * 532 731 676 RCS Versailles. **LE COMPTOIR.** *Forme :* Société à responsabilité limitée. *Administration :* Associé gérant : BUNEL Lise . *Capital :* 5000.00 euros. *Adresse :* 1 rue de la Harpe 78610 Saint-Léger-en-Yvelines. *Origine du fonds :* Création d'un fonds de commerce. *Etablissement :* Etablissement principal. *Activité :* bar à vin, salon de thé, la restauration rapide, traiteur, Sandwicherie, épicerie fine, cave à vins. *Date de commencement d'activité :* 1er juin 2011.

1063 - * 532 727 914 RCS Versailles. **ERP FINANCE CONSULTING.** *Forme :* Société à responsabilité limitée. *Sigle :* EFC. *Administration :* Associé gérant : SOBHI Mokhtar . *Capital :* 700.00 euros. *Adresse :* 6 place Georges Pompidou 78180 Montigny-le-Bretonneux. *Origine du fonds :* Création d'un fonds de commerce. *Etablissement :* Etablissement principal. *Activité :* conseil en systèmes et logiciels informatiques. *Date de commencement d'activité :* 6 juin 2011.

1064 - * 532 790 292 RCS Versailles. **BEAU RIVAGE.** *Forme :* Société civile immobilière. *Administration :* Gérant et associé : VINCENT Philippe Associé : SARNECKI Maria . *Capital :* 100.00 euros. *Adresse :* 420 route du Vexin 78250 Oinville-sur-Montcient. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* acquisition l'administration et l'exploitation location gestion d'un immeuble. *Date de commencement d'activité :* 23 mai 2011.

1065 - * 532 768 389 RCS Versailles. **AURAUR.** *Forme :* Société à responsabilité limitée. *Administration :* Gérante : UZAN Muriel Sarah . *Capital :* 8000.00 euros. *Adresse :* 28 avenue de la Gare 78310 Coignières. *Origine du fonds :* Création d'un fonds de commerce. *Etablissement :* Etablissement principal. *Activité :* exploitation sous toutes ses formes de tout fonds de commerce de négoce de carrelage, sanitaire, matériaux, équipement, décoration de la maison. toutes activités ayant trait à la vente de matériaux destinés au bâtiment. tous corps d'état. *Date de commencement d'activité :* 1er mai 2011.

1066 - * 532 769 106 RCS Versailles. **MMP1934.** *Forme :* Société civile immobilière. *Administration :* Co-gérante associée : MASTCHENCO Monique Associé : PAITEL Jocelyne Associé : MEUNIER Jean-Yves Co-gérante associée : MEUNIER Brigitte . *Capital :* 100.00 euros. *Adresse :* 28 rue de Vergennes 78000 Versailles. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* l'acquisition de tous terrains, immeubles, droits ou biens immobiliers. la vente, rénovation, location. *Date de commencement d'activité :* 2 juin 2011.

1067 - * 532 726 106 RCS Versailles. **T+FORMATION.** *Forme :* Société à responsabilité limitée. *Nom commercial :* T+FORMATION. *Administration :* Gérant : DJAHLAT-BUNOUX Merouane Associé gérant : FENOUIL Franck . *Capital :* 3000.00 euros. *Adresse :* 12-18 rue Calmette et Guérin 78500 Sartrouville. *Origine du fonds :* Création d'un fonds de commerce. *Etablissement :* Etablissement principal. *Activité :* centre de formation professionnelles. *Date de commencement d'activité :* 1er juin 2011.

1068 - * 532 791 779 RCS Versailles. **SCI LUY.** *Forme :* Société civile immobilière. *Administration :* Associée gérante : YANG Jianying Associé : YANG Stéphanie Associé : JIN Rongyao Associé : YE Xumei . *Capital :* 2000.00 euros. *Adresse :* 2 rue de Paris 78600 Maisons-Laffitte. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Sci gestion. *Date de commencement d'activité :* 1er mai 2011.

1069 - * 532 768 033 RCS Versailles. **RJPC.** *Forme :* Société à responsabilité limitée à capital variable. *Administration :* Gérant : RANDO José . *Capital :* 800 EUR *Adresse :* 18 Bis allée des Platanes 78610 Le Perray-en-Yvelines. *Origine du fonds :* Création d'un fonds de commerce. *Etablissement :* Etablissement principal. *Activité :* négoce de matériaux de plomberie. *Date de commencement d'activité :* 27 avril 2011.

1070 - * 532 766 631 RCS Versailles. **SALL FRANCE.** *Forme :* Société par actions simplifiée. *Administration :* Président : FONTAINE Xavier Commissaire aux comptes titulaire : RICHARD Patrick Commissaire aux comptes suppléant : ROCOURT Norbert . *Capital :* 10000.00 euros. *Adresse :* 3 allée des Sycomores 78490 Montfort l'Amaury. *Origine du fonds :* Création d'un fonds de commerce. *Etablissement :* Etablissement principal. *Activité :* négoce de tous produits industriels non alimentaires non réglementés. *Date de commencement d'activité :* 20 mai 2011.

## Immatriculations

1071 - * 528 251 911 RCS Versailles. **FCM.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant : ATIK OLDAC Mahmut . *Capital :* 3000.00 euros. *Adresse :* 19 rue Marcel Sembat 78270 Bonnières-sur-Seine. *Commentaires :* Immatriculation d'une personne morale suite au transfert du siège hors ressort. Modification de représentant.

1072 - * 478 457 302 RCS Versailles. **YEDDERDIS.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant : BEN YEDDER Said . *Capital :* 8000.00 euros. *Adresse :* 2 rue de Pontoise 78100 Saint-Germain-en-Laye. *Commentaires :* Immatriculation d'une personne morale suite au transfert du siège hors ressort.

1073 - * 499 603 868 RCS Versailles. **OCCLUGEL.** *Forme :* Société par actions simplifiée. *Administration :* Président : AUCLAIR Philippe . *Capital :* 3852.00 euros. *Adresse :* 12 rue Charles de Gaulle 78350 Jouy-en-Josas. *Commentaires :* Immatriculation d'une personne morale suite au transfert du siège hors ressort. Modification de la forme juridique. Modification du capital. Modification de représentant.

1074 - * 504 311 663 RCS Versailles. **CABINET ARBEL.** *Forme :* Société anonyme de presse. *Administration :* Président : ROULAND Christophe Commissaire aux comptes suppléant : ARECC Commissaire aux comptes titulaire : "C C R C B " COMMISSARIAT, COMPTABILITE, REVISION, COLETTE BENTZ . *Capital :* 3000.00 euros. *Adresse :* 38 rue des États Généraux 78000 Versailles. *Commentaires :* Immatriculation d'une personne morale suite au transfert du siège hors ressort.

1075 - * 511 455 040 RCS Versailles. **ALVEO CONSEIL.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant : BERNARD Cédric . *Capital :* 7000.00 euros. *Adresse :* 5 rue du Mesnil 78600 Maisons-Laffitte. *Etablissement :* Etablissement principal. *Activité :* l'Intermédiation en opérations de banque la commercialisation de tous types de produits en qualité d'agent commercial et le courtage en assurances. *Commentaires :* Immatriculation d'une personne morale suite au transfert du siège hors ressort. Modification de la dénomination. Modification de l'activité.

# 81 - TARN

## GREFFE DU TRIBUNAL DE COMMERCE DE CASTRES

### Ventes et cessions

1076 - ● 532 592 722 RCS Castres. **ADAM BELAVAL PLOMBERIE.** *Forme :* Société à responsabilité limitée. *Nom commercial :* AB PLOMBERIE. *Administration :* Gérant(e) : ADAM Marc, Pétronille Gérant (e) : BELAVAL Sébastien, Julien, Patrice . *Capital :* 11480 euros. *Adresse :* 17 rue Farenc 81370 Saint-Sulpice. *Origine du fonds :* Fonds artisanal acquis par apport au prix stipulé de 5740 Euros. *Etablissement :* Plomberie chauffage installations sanitaires et tous travaux du bâtiment connexes. *Adresse :* 17 rue Farenc 81370 Saint-Sulpice. *Précédent propriétaire :* RCS non inscrit. **ADAM** (Marc). RCS non inscrit. **BELAVAL** (Sébastien). *Précédent exploitant :* RCS non inscrit. **ADAM** (Marc). RCS non inscrit. **BELAVAL** (Sébastien). *Date de commencement d'activité :* 1er avril 2011. *Publication légale :* L'écho du Tarn du 2 juin 2011. *Oppositions :* pas d'oppositions.

### Créations d'établissements

1077 - ● 443 020 540 RCS Castres. **SIRODOT** (Michèle, Jeanne, Gabrielle). *Nom d'usage :* CHAUVEL. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Location engins de sports et de loisirs, buvette, glaces, épicerie. *Adresse :* Lac de Nabeillou 81300 Graulhet. *A dater du :* 30 mai 2011. *Date de commencement d'activité :* 15 juin 2011.

1078 - ● 432 187 987 RCS Castres. **RUIZ** (Bernard). *Origine du fonds :* Création. *Etablissement :* Etablissement secondaire. *Activité :* Épicerie biologique. *Adresse :* 25 rue de Naurois 81230 Lacaune. *A dater du :* 31 mai 2011. *Date de commencement d'activité :* 1er juin 2011.

1079 - ● 532 452 638 RCS Castres. **RUESCAS** (Alexis). *Nom commercial :* ALEX' NATURE ET PAYSAGES. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Entrepreneur du paysage, espaces verts. *Adresse :* 13 rue Victor Landes 81090 Valdurenque. *A dater du :* 31 mai 2011. *Date de commencement d'activité :* 23 mai 2011.

1080 - ● 532 523 495 RCS Castres. **PV DE MERVILLE.** *Forme :* Société par actions simplifiée. *Administration :* Président : ALRAN Cédric, Valdo . *Capital :* 5000 euros. *Adresse :* 26 rue Lagoutine 81200 Mazamet. *A dater du :* 30 mai 2011. *Commentaires :* Cette société n'exerce aucune activité.

1081 - ● 532 521 754 RCS Castres. **PV DE PIA.** *Forme :* Société par actions simplifiée. *Administration :* Président : ALRAN Cédric, Valdo . *Capital :* 5000 euros. *Adresse :* 26 rue Lagoutine 81200 Mazamet. *A dater du :* 30 mai 2011. *Commentaires :* Cette société n'exerce aucune activité.

1082 - ● 532 601 408 RCS Castres. **PV DE PORTET.** *Forme :* Société par actions simplifiée. *Administration :* Président : ALRAN Cédric, Valdo . *Capital :* 10000 euros. *Adresse :* 26 rue Lagoutine 81200 Mazamet. *A dater du :* 30 mai 2011. *Commentaires :* Cette société n'exerce aucune activité.

1083 - ● 532 571 403 RCS Castres. **SCM TRIPTIC.** *Forme :* Société civile de moyens. *Administration :* Gérant associé : INGLIN Christophe, Gilbert, Alain Gérant associé : MONTELS Nicolas, André, Raymond Gérant associé : KOSLOWSKI Cédric, Patrice . *Capital :* 300 euros. *Adresse :* 11 route de Lautrec place de la Mairie 81440 Venès. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Mise en commun de moyens matériels pour faciliter l'exercice professionnel des associés. *Adresse :* 11 route de Lautrec place de la Mairie 81440 Venès. *A dater du :* 30 mai 2011. *Date de commencement d'activité :* 24 mai 2011.

1084 - ● 532 523 164 RCS Castres. **81 AUTO NET.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant(e) : ASIK Kamil . *Capital :* 1 euros. *Adresse :* 38 allée de Boussac 81710 Saix. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Lavage automobile achat vente de véhicules automobiles. *Adresse :* 38 allée de Boussac 81710 Saix. *A dater du :* 30 mai 2011. *Date de commencement d'activité :* 2 mai 2011.

1085 - ● 532 565 454 RCS Castres. **ATOUCOM.** *Forme :* Société à responsabilité limitée. *Nom commercial :* ATOUCOM. *Administration :* Gérant(e) : LOPEZ Joseph, Manuel . *Capital :* 1500 euros. *Adresse :* 3 rue Bradford Centre d'Affaires Bradford 81200 Aussillon. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Conseil, achat, vente, négoce de tous produits, matériels, supports et services de téléphone fixe, mobile, internet pour les professionnels, les entreprises et les administrations. *Adresse :* 3 rue Bradford Centre d'Affaires Bradford 81200 Aussillon. *A dater du :* 30 mai 2011. *Date de commencement d'activité :* 26 mai 2011.

1086 - ● 532 565 280 RCS Castres. **EURL ELEMENT 5.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant(e) : BERGEVIN Jean-François, Pierre, André . *Capital :* 5000 euros. *Adresse :* 71 route de Castres 81500 Lavaur. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Toutes les activités techniques, commerciales, administratives, d'assistance et de consultation se rattachant à la conception, la maîtrise d'oeuvre et la production de bâtiment, de design et d'objets de design à toutes les échelles. L'achat et la vente de matériaux, de mobilier et d'objets de design à toutes les échelles. L'organisation de stages et d'activités liés au design à toutes les échelles. *Adresse :* 71 route de Castres 81500 Lavaur. *A dater du :* 30 mai 2011. *Date de commencement d'activité :* 1er juin 2011.

1087 - ● 532 596 418 RCS Castres. **SAGE S RAIL.** *Forme :* Société par actions simplifiée. *Administration :* Président : BAUDOT FINANCE (SARLU) représenté par BAUDOT Thierry, Jean, Michel Commissaire aux comptes titulaire : PELICOT Xavier Commissaire aux comptes suppléant : AZEMA Jean-Paul . *Capital :* 50000 euros. *Adresse :* 1270 avenue des Terres Noires Zone Industrielle 81370 Saint-Sulpice. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Mise place de systèmes de sécurité ferroviaire & travaux sur des réseaux de voies ferrées. *Adresse :* 1270 avenue des Terres Noires Zone Industrielle 81370 Saint-Sulpice. *A dater du :* 31 mai 2011. *Date de commencement d'activité :* 16 mai 2011.

1088 - ● 532 628 831 RCS Castres. **PRETS IMMOBILIERS ET RACHATS DE CREDITS DE CASTRES.** *Forme :* Société à responsabilité limitée. *Nom commercial :* 100% CREDIT. *Sigle :* P.I.R.C.C.

*Administration :* Gérant(e) : BONNET Murielle, Martine . *Capital :* 1000 euros. *Adresse :* 27 rue Fuzies 81100 Castres. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Toutes prestations d'intermédiation en opérations de banque, démarchage bancaire et financier et courtage en assurance. Assistance, conseil et réalisation de prestations de services de toute nature autres que celles précédemment visées. *Adresse :* 27 rue Fuzies 81100 Castres. *A dater du :* 31 mai 2011. *Date de commencement d'activité :* 26 mai 2011.

1089 - ● 532 634 649 RCS Castres. **A.B.S.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant(e) : MOREIRAS Paulino . *Capital :* 2000 euros. *Adresse :* 10 chemin de Millet 81440 Brousse. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Entretien réparation de tous véhicules automobiles dépannage à domicile de tous véhicules automobiles vente de pièces automobiles vente de véhicules d'occasion. *Adresse :* 10 chemin de Millet 81440 Brousse. *A dater du :* 1er mai 2011.

1090 - ● 532 680 121 RCS Castres. **LE PUY DE L'OASIS.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant(e) : HAMDI Delphine, Michèle, Nadine née(e) DELONGHE HAMDI Abdellah . *Capital :* 500 euros. *Adresse :* 40bis avenue de Toulouse 81700 Puylaurens. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Restauration sur place ou à emporter. *Adresse :* 40bis avenue de Toulouse 81700 Puylaurens. *A dater du :* 1er juin 2011. *Date de commencement d'activité :* 1er juillet 2011.

1091 - ● 532 690 740 RCS Castres. **BARTHAS STEPHANE.** *Forme :* Société à responsabilité limitée. *Nom commercial :* EURL BARTHAS STEPHANE. *Administration :* Gérant(e) : BARTHAS Stéphane . *Capital :* 2000 euros. *Adresse :* En Gougory 81700 Poudis. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Travaux publics. *Adresse :* En Gougory 81700 Poudis. *A dater du :* 1er juin 2011. *Date de commencement d'activité :* 12 mai 2011.

## 82 - TARN-ET-GARONNE

### GREFFE DU TRIBUNAL DE COMMERCE DE MONTAUBAN

#### Ventes et cessions

1092 - ● 532 665 247 RCS Montauban. **LA CANTINE DE PROUST.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant(e) : BOUAS Thierry, Philippe . *Capital :* 4000 euros. *Adresse :* 5 avenue Marceau Hamecher 82000 Montauban. *Origine du fonds :* Etablissement principal acquis par achat au prix stipulé de 19000 Euros. *Etablissement :* Etablissement principal. *Activité :* Restaurant. *Adresse :* 5 avenue Marceau Hamecher 82000 Montauban. *Précédent propriétaire :* 519 930 663 RCS Montauban. BOUZOU (Didier, (auto-entrepreneur)). *Date de commencement d'activité :* 6 juin 2011. *Publication légale :* Le journal du palais du 25 mars 2011. *Oppositions :* Scp Vovis Reagagnon Notaires Associés 7 avenue de la République 82170 Grisolles.

1093 - ● 524 265 766 RCS Montauban. **MV2J.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant(e) : MONTAURIOL Véronique . *Capital :* 1500 euros. *Adresse :* 36 rue de la Révolution 82100 Castelsarrasin. *Origine du fonds :* Etablissement principal acquis par achat au prix stipulé de 226000 Euros. *Etablissement :* Etablissement principal. *Activité :* Viennoiserie, pizzas, sandwiches, boissons à emporter. *Adresse :* 36 rue de la Révolution 82100 Castelsarrasin. *Précédent propriétaire :* 323 851 667 RCS Montauban. GASC (Gerard, Joseph, Michel). *Précédent exploitant :* 491 147 583 RCS Montauban. **PETRIN DU PAPET.** *Date de commencement d'activité :* 6 mai 2011. *Publication légale :* Dépêche du midi du 14 mai 2011. *Oppositions :* Maître ENJALBERT Jean-Claude 13, rue de l'Hôtel de Ville 82000 Montauban. *Commentaires :* Mise en activité de la société.

1094 - ● 532 599 305 RCS Montauban. **PONS** (Frédéric, Maurice). *Nom commercial :* BOUCHERIE PONS. *Origine du fonds :* Etablissement principal acquis par partage au prix stipulé de 40000 Euros. *Etablissement :* Etablissement principal. *Activité :* Boucherie. *Adresse :* place Nationale 82800 Nègrepelisse. *Précédent propriétaire :* 332 248 244 RCS Montauban. **MAZENQ** (Danielle). *Nom d'usage :* PONS. *Précédent exploitant :* 332 248 244 RCS Montauban. **MAZENQ** (Danielle). *Nom d'usage :* PONS. *Date de commencement d'activité :* 1er avril 2011. *Publication légale :* Courrier français du 27 mai 2011. *Oppositions :* Me Mognetti Julien 106, avenue Edouard Herriot BP 6 82301 Caussade.

#### Créations d'établissements

1095 - ● 489 596 098 RCS Montauban. **CHEN** (Chun, Chir). *Nom d'usage :* HYMANSON. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Restaurant, débit de boissons licence I, vente à emporter. *Adresse :* 11 rue de la Pélisserie 82140 Saint-Antonin Noble Val. *A dater du :* 30 mai 2011. *Date de commencement d'activité :* 8 juin 2011.

1096 - ●413 558 990 RCS Montauban. **DELON** (Michel). *Origine du fonds* : Création. *Etablissement* : Etablissement principal. *Activité* : Vente de primeurs, produits régionaux. *Adresse* : 2047 route des Fourrières 82100 Castelsarrasin. *A dater du* : 31 mai 2011. *Date de commencement d'activité* : 1er juin 2011.

1097 - ●532 705 308 RCS Montauban. **BENICOURT** (Harmonie, Albertine, Josette). *Nom commercial* : HARMONIE BIJOUX. *Origine du fonds* : Création. *Etablissement* : Etablissement principal. *Activité* : Vente de bijoux fantaisie, accessoires de mode, maquillage. *Adresse* : 78 rue de la République 82000 Montauban. *A dater du* : 3 juin 2011. *Date de commencement d'activité* : 1er juin 2011.

1098 - ●532 679 313 RCS Montauban. **ASTRUC** (Jean-Michel). *Nom commercial* : JMA LOISIRS GONFLABLES. *Origine du fonds* : Création. *Etablissement* : Etablissement principal. *Activité* : Location de structure gonflable pour particuliers, professionnels, comité des fêtes, vide-greniers. *Adresse* : 395 chemin de Baré 82290 Meauzac. *A dater du* : 3 juin 2011. *Date de commencement d'activité* : 23 mai 2011.

1099 - ●532 636 917 RCS Montauban. **LA MAISON D'IRENE.** *Forme* : Société à responsabilité limitée. *Administration* : Gérant(e) : GUALINO Michèle, Marie-Irène née(e) CAVE . *Capital* : 10000 euros. *Adresse* : 2 faubourg Lacapelle 82000 Montauban. *A dater du* : 31 mai 2011. *Commentaires* : Cette société n'exerce aucune activité.

1100 - ●532 601 739 RCS Montauban. **SCI EMIN ABDULRAHMAN.** *Forme* : Société civile immobilière. *Administration* : Gérant associé : EMIN ABDULRAHMAN Reveng Gérant associé : EMIN ABDULRAHMAN Hajar . *Capital* : 1000 euros. *Adresse* : 179 rue Edouard Forestié 82000 Montauban. *Origine du fonds* : Création. *Etablissement* : Etablissement principal. *Activité* : Achat, administration et exploitation de biens immobiliers. *Adresse* : 179 rue Edouard Forestié 82000 Montauban. *A dater du* : 30 mai 2011. *Date de commencement d'activité* : 1er janvier 2011.

1101 - ●532 601 721 RCS Montauban. **BHM.** *Forme* : Société civile immobilière. *Administration* : Gérant associé : BOUZIRI Hamida . *Capital* : 1000 euros. *Adresse* : 4 rue Georges Clémenceau 82370 Reynies. *Origine du fonds* : Création. *Etablissement* : Etablissement principal. *Activité* : Acquisition, aménagement, construction, propriété, gestion et exploitation par bail, location ou autre de tout immeuble et généralement toutes les opérations se rattachant directement ou indirectement à l'objet. *Adresse* : 4 rue Georges Clémenceau 82370 Reynies. *A dater du* : 30 mai 2011. *Date de commencement d'activité* : 23 mai 2011.

1102 - ●532 656 071 RCS Montauban. **SARL CUISINES VAÏSSE.** *Forme* : Société à responsabilité limitée. *Nom commercial* : SARL CUISINES VAÏSSE. *Administration* : Gérant(e) : VAÏSSE Kévin, Pierre, Henri . *Capital* : 8000 euros. *Adresse* : 485 route du Nord 82000 Montauban. *Origine du fonds* : Création. *Etablissement* : Etablissement principal. *Activité* : Négoce de cuisines équipées, commerce de détail de meubles et articles de cuisines, salle de bain et agencements pour la maison, équipements de cuisine et équipements pour la maison. *Adresse* : 485 route du Nord 82000 Montauban. *A dater du* : 31 mai 2011. *Date de commencement d'activité* : 1er juin 2011.

1103 - ●532 637 964 RCS Montauban. **SCI QUERCY 38.** *Forme* : Société civile immobilière. *Administration* : Gérant associé : DOUMENGE Philippe Gérant associé : ALCOUFFE Annie . *Capital* : 450000 euros. *Adresse* : 16 rue Léon Cladel 82000 Montauban. *Origine du fonds* : Création. *Etablissement* : Etablissement principal. *Activité* : Administration, gestion et exploitation par bail, location ou autrement de tous immeubles bâtis - acquisition de tous terrains, leur exploitation et mise en valeur, aliénation des immeubles. *Adresse* : 16 rue Léon Cladel 82000 Montauban. *A dater du* : 31 mai 2011. *Date de commencement d'activité* : 26 mai 2011.

1104 - ●532 669 595 RCS Montauban. **SOCIETE CIVILE IMMOBILIERE LA TOURAINE.** *Forme* : Société civile immobilière. *Administration* : Gérant associé : PELLARD Philippe . *Capital* : 1000 euros. *Adresse* : 3 rue Xavier Moulenq 82400 Valence. *Origine du fonds* : Création. *Etablissement* : Etablissement principal. *Activité* : Acquisition, administration et gestion par location ou autrement de tous immeubles et biens immobiliers et notamment d'un ensemble immobilier à rénover, à usage mixte, commercial et d'habitation. *Adresse* : 3 rue Xavier Moulenq 82400 Valence. *A dater du* : 1er juin 2011. *Date de commencement d'activité* : 21 mai 2011.

1105 - ●532 694 049 RCS Montauban. **BJD.** *Forme* : Société civile. *Administration* : Gérant associé : TRANIER Jean-Daniel . *Capital* : 1200 euros. *Adresse* : 200 avenue de Fonneuve 82000 Montauban. *Origine du fonds* : Création. *Etablissement* : Etablissement principal. *Activité* : Prise de participation dans toutes sociétés (holding). *Adresse* : 200 avenue de Fonneuve 82000 Montauban. *A dater du* : 3 juin 2011. *Date de commencement d'activité* : 25 mai 2011.

## 83 - VAR

### GREFFE DU TRIBUNAL DE COMMERCE DE FRÉJUS

#### Ventes et cessions

1106 - ●412 487 589 RCS Paris. **NIGHT MANAGEMENT PRODUCTION.** *Forme* : Société par actions simplifiée. *Capital* : 100000 euros. *Adresse* : 78 avenue des Champs Elysées 75008 Paris 08. *Origine du fonds* : Fonds acquis par achat au prix stipulé de 290000 Euros. *Etablissement* : Etablissement principal. *Activité* : restaurant bar. *Adresse* : 1 quai de l'Epi 83990 Saint-Tropez. *Précédent propriétaire* : 344 274 600 RCS Fréjus. **LE PHARE VERT.** *Date de commencement d'activité* : 1er avril 2011. *Publication légale* : Var information du 20 mai 2011. *Oppositions* : Me GADY S Avocat 10 quartier le village des artisans port cogolin 83310 cogolin.

1107 - ●531 598 878 RCS Fréjus. **SURIN.** *Forme* : Société à responsabilité limitée. *Capital* : 15000 euros. *Adresse* : 166 chemin des Suvières 83480 Puget-sur-Argens. *Origine du fonds* : Fonds acquis par achat au prix stipulé de 260000 Euros. *Etablissement* : Etablissement principal. *Activité* : Restaurant glacier confiserie salon de thé fabriciation de pizzas à consommer sur place. *Adresse* : route de Bagnols-en-Forêt Domaine du Pin de la Lègue 83600 Fréjus. *Précédent propriétaire* : 498 601 202 RCS Fréjus. **CASA DEL SOL.** *Date de commencement d'activité* : 31 mars 2011. *Publication légale* : Var information du 20 mai 2011. *Oppositions* : Me Patricia Simon Jean -Notaire 7 rue Victor Hugo - 83700 Saint-Raphaël.

1108 - ●531 987 519 RCS Fréjus. **ATMOSP'HAIR.** *Forme* : Société à responsabilité limitée. *Capital* : 10000 euros. *Adresse* : Centre Commercial de la Zone d'Activité la Bouverie 83520 Roquebrune-sur-Argens. *Origine du fonds* : Fonds acquis par achat au prix stipulé de 65000 Euros. *Etablissement* : Etablissement principal. *Activité* : Salon de coiffure vente de produits capillaires et accessoires coiffure manicure vente de bijoux fantaisie et accessoires de mode. *Adresse* : Centre Commercial de la Zone d'Activité la Bouverie 83520 Roquebrune-sur-Argens. *Précédent propriétaire* : 488 511 791 RCS Fréjus. **CROS.** *Date de commencement d'activité* : 9 mai 2011. *Publication légale* : Var information du 20 mai 2011. *Oppositions* : Me B. Hawadier -104, av Général Leclerc - le Riviera - 83704 Saint-Raphaël.

1109 - ●532 425 717 RCS Fréjus. **AMS RENOVATION.** *Forme* : Société à responsabilité limitée. *Administration* : Gérant(e) : DELPUECH Laurent . *Capital* : 5000 euros. *Adresse* : 75 rue Einaudi Résidence les Cigales Bâtiment B 83600 Fréjus. *Origine du fonds* : Etablissement principal acquis par achat au prix stipulé de 35000 Euros. *Etablissement* : Etablissement principal. *Activité* : Montage de meubles peinture plomberie revêtement Electriicte entretien de jardins et de pisciness. *Adresse* : 75 rue Einaudi Résidence les Cigales Bâtiment B 83600 Fréjus. *Précédent propriétaire* : 435 386 172 RCS Fréjus. **DELPUECH** (Laurent). *Date de commencement d'activité* : 2 avril 2011. *Publication légale* : Var matin du 25 avril 2011. *Oppositions* : DELPUECH LAURENT 75, rue Einaudi Résidence les Cigales 83600 Fréjus.

#### Créations d'établissements

1110 - ●532 560 422 RCS Fréjus. **TROISVALLETS** (Nelly). *Nom d'usage* : GOMEZ. *Origine du fonds* : Création. *Etablissement* : Etablissement principal. *Activité* : Prestation de services de taille de vignes et petits travaux annexes. *Adresse* : Hameau de la Mourre 83680 La garde Freinet. *A dater du* : 30 mai 2011. *Date de commencement d'activité* : 25 mai 2011.

1111 - ●452 811 748 RCS Fréjus. **OBADIA** (Michaël). *Origine du fonds* : Création. *Etablissement* : Etablissement principal. *Activité* : Location non meublée, location meublée. *Adresse* : 23 chemin des Bouteillers Prestige Vacances II 83120 Sainte-Maxime. *A dater du* : 30 mai 2011. *Date de commencement d'activité* : 13 juillet 2009.

1112 - ●532 625 860 RCS Fréjus. **JATTY** (Abdellah). *Nom commercial* : PIZZA AMEL. *Origine du fonds* : Création. *Etablissement* : Etablissement principal. *Activité* : Fabrication préparation de pizzas de kebabs de galettes de salades de plats préparés préparation de petit déjeuner à consommer sur place et à emporter dépôt de pains de viennoiseries vente de gâteaux Orientals de confiseries de glaces vente de boissons sans alcool. *Adresse* : 13 avenue Saint-Julien Zone Artisanale du Camp Ferrat 83120 Sainte-Maxime. *A dater du* : 30 mai 2011. *Date de commencement d'activité* : 25 juin 2011.

1113 - ●532 640 943 RCS Fréjus. **ARAB** (Yacine). *Origine du fonds* : Création. *Etablissement* : Etablissement principal. *Activité* : Vente de vêtements neufs. *Adresse* : 531 rue Marcel Pagnol les Oliviers C2 83600 Fréjus. *A dater du* : 31 mai 2011. *Date de commencement d'activité* : 1er juin 2011.

1114 - ● 532 646 403 RCS Fréjus. **SOCIETE CIVILE IMMOBILIERE MARIUCCIA.** *Forme* : Société civile immobilière. *Administration* : Gérant(e) : VOLPEI Daniel, Marc . *Capital* : 210000 euros. *Adresse* : 101 boulevard de la Libération le Continental 83700 Saint-Raphaël. *Origine du fonds* : Création. *Etablissement* : Etablissement principal. *Activité* : L'acquisition la propriété l'administration et l'exploitation de droits immobiliers. *Adresse* : 101 boulevard de la Libération le Continental 83700 Saint-Raphaël. *A dater du* : 27 mai 2011. *Date de commencement d'activité* : 5 mai 2011.

1115 - ● 532 640 869 RCS Fréjus. **ANAIS.** *Forme* : Société civile immobilière. *Administration* : Co-Gérant : DUPONT Paul Co-Gérant : DUPONT Lysiane née(e) COFFINIER . *Capital* : 1500 euros. *Adresse* : 35 boulevard du Ver Luisant 83380 Les Issambres. *Origine du fonds* : Création. *Etablissement* : Etablissement principal. *Activité* : Acquisition exploitation par bail location ou autrement de tous immeubles. *Adresse* : 35 boulevard du Ver Luisant 83380 Les Issambres. *A dater du* : 27 mai 2011. *Date de commencement d'activité* : 25 mai 2011.

1116 - ● 532 640 877 RCS Fréjus. **JDLM.** *Forme* : Société civile immobilière. *Sigle* : JDLM. *Administration* : Gérant associé : ROBIN Laurent . *Capital* : 2500 euros. *Adresse* : 54 chemin Carreou Zone Artisanale Carreou 83480 Puget-sur-Argens. *Origine du fonds* : Création. *Etablissement* : Etablissement principal. *Activité* : Acquisition administration exploitation et location de tout immeuble. *Adresse* : 54 chemin Carreou Zone Artisanale Carreou 83480 Puget-sur-Argens. *A dater du* : 27 mai 2011. *Date de commencement d'activité* : 18 mai 2011.

1117 - ● 532 648 151 RCS Fréjus. **SCI SARELYA.** *Forme* : Société civile immobilière. *Administration* : Gérant(e) : ELMAS Zuher . *Capital* : 500 euros. *Adresse* : 432 avenue André Léotard les Allées Aurélienne N°36-Bt C 83600 Fréjus. *Origine du fonds* : Création. *Etablissement* : Etablissement principal. *Activité* : Acquisition immeubles bâtis et gestion. *Adresse* : 432 avenue André Léotard les Allées Aurélienne N°36-Bt C 83600 Fréjus. *A dater du* : 27 mai 2011. *Date de commencement d'activité* : 24 mai 2011.

1118 - ● 532 669 512 RCS Fréjus. **KEY WEST.** *Forme* : Société civile immobilière. *Administration* : Gérant(e) : BOZON Gérald . *Capital* : 1000 euros. *Adresse* : 12 chemin de Maravieille 83310 La mole. *Origine du fonds* : Création. *Etablissement* : Etablissement principal. *Activité* : Acquisition administration et gestion par location de biens immobiliers. *Adresse* : 12 chemin de Maravieille 83310 La mole. *A dater du* : 30 mai 2011. *Date de commencement d'activité* : 15 mai 2011.

1119 - ● 532 604 410 RCS Fréjus. **ASAP PLOMBERIE.** *Forme* : Société à responsabilité limitée. *Administration* : Gérant(e) : GUELTON Laurent . *Capital* : 1000 euros. *Adresse* : boulevard Sainte-Candie Villa 153 les Mas d'Argens 83520 Roquebrune-sur-Argens. *Origine du fonds* : Création. *Etablissement* : Etablissement principal. *Activité* : Plomberie chauffage sanitaire carrelage climatisation installation de vmc électricité et plus généralement toutes activités se rapportant directement ou indirectement à l'objet social. *Adresse* : boulevard Sainte-Candie Villa 153 les Mas d'Argens 83520 Roquebrune-sur-Argens. *A dater du* : 30 mai 2011. *Date de commencement d'activité* : 14 mai 2011.

1120 - ● 532 648 755 RCS Fréjus. **VINS DIVINS.** *Forme* : Société à responsabilité limitée. *Nom commercial* : VINS DIVINS. *Administration* : Gérant(e) : DE MEGVINET Alexis . *Capital* : 500 euros. *Adresse* : RN 7 Lieu Dit Auberge des Adrets 83600 Fréjus. *Origine du fonds* : Création. *Etablissement* : Etablissement principal. *Activité* : Le négoce achat et vente de vins de France ou de l'étranger et de spiritueux et d'une manière générale de tous produits alimentaires à destination humaines tant sur le territoire français Qu'a l'étranger. *Adresse* : RN 7 Lieu Dit Auberge des Adrets 83600 Fréjus. *A dater du* : 31 mai 2011. *Date de commencement d'activité* : 21 mai 2011.

1121 - ● 532 649 233 RCS Fréjus. **CIL DESIGN INTERNATIONAL.** *Forme* : Société par actions simplifiée. *Nom commercial* : MEDIBELLE DESIGN. *Administration* : Président : LORENZATI Claudine . *Capital* : 10000 euros. *Adresse* : RN 7 Espace les Plaines 83480 Puget-sur-Argens. *Origine du fonds* : Création. *Etablissement* : Etablissement principal. *Activité* : L'établissement et la réalisation de projets de décoration d'intérieur bureau d'étude et de conseils de conception d'élaboration agent de distribution de services de gestion et de coordination de projets ainsi que les activités de création de modèles de design de décoration d'intérieur et d'extérieur et de commerce d'import et d'export préparation et mise en place de show room. *Adresse* : RN 7 Espace les Plaines 83480 Puget-sur-Argens. *A dater du* : 31 mai 2011. *Date de commencement d'activité* : 27 mai 2011.

1122 - ● 532 659 737 RCS Fréjus. **LOGIS SERVICES.** *Forme* : Société à responsabilité limitée. *Nom commercial* : LOGIS SERVICES. *Sigle* : LS. *Administration* : Gérant(e) : LEAL Bernard . *Capital* : 100 euros.

*Adresse* : 152 avenue de Valescure 83700 Saint-Raphaël. *Origine du fonds* : Création. *Etablissement* : Etablissement principal. *Activité* : Coordonner et délivrer les services d'aide aux personnes dépendantes. *Adresse* : 152 avenue de Valescure 83700 Saint-Raphaël. *A dater du* : 31 mai 2011. *Date de commencement d'activité* : 23 mai 2011.

1123 - ● 532 659 661 RCS Fréjus. **CLAC.** *Forme* : Société à responsabilité limitée. *Administration* : Gérant(e) : REIBAUD Cédric . *Capital* : 7500 euros. *Adresse* : 32 boulevard Louis Blanc 83990 Saint-Tropez. *Origine du fonds* : Création. *Etablissement* : Etablissement principal. *Activité* : Vente et réparation de tout materiel et accessoires électroniques et de télécommunications Gsm internet. *Adresse* : 32 boulevard Louis Blanc 83990 Saint-Tropez. *A dater du* : 31 mai 2011. *Date de commencement d'activité* : 1er mai 2011.

### Immatriculations

1124 - ● 531 403 707 RCS Fréjus. **SARL LE COLORS.** *Forme* : Société à responsabilité limitée. *Administration* : Gérant(e) : GARCIA Laurent, Jean, Georges . *Capital* : 7500 euros. *Adresse* : 65 avenue Lyautey 83240 Cavalaire-sur-Mer. *Origine du fonds* : Reçu en location-gérance. *Etablissement* : Etablissement principal. *Activité* : Restaurant pizzeria grillades. *Adresse* : 65 avenue Lyautey 83240 Cavalaire-sur-Mer. *Précédent exploitant* : 319 140 653 RCS Fréjus. LAROUER (Olivier). *A dater du* : 30 mai 2011. *Date de commencement d'activité* : 1er avril 2011.

1125 - ● 420 754 236 RCS Fréjus. **TSE BATIMENT.** *Forme* : Société à responsabilité limitée. *Administration* : Co-Gérant : SERRE Thierry Co-Gérant : SERRE Marie-Noëlle née(e) PLASSE . *Capital* : 85371.45 euros. *Adresse* : quartier les Barestes Zone Industrielle des Meissugues lotissement 15 83480 Puget-sur-Argens. *Origine du fonds* : Transfert de siège. *Etablissement* : Etablissement principal. *Activité* : Métallerie serrurerie menuiserie bois et matières plastiques vitrerie négoce de tous produits Lies au secteur du bâtiment tous travaux du bâtiment. *Adresse* : quartier les Barestes Zone Industrielle des Meissugues lotissement 15 83480 Puget-sur-Argens. *A dater du* : 30 mai 2011. *Date de commencement d'activité* : 1er octobre 1998. *Commentaires* : Immatriculation suite à transfert de son siège social hors ressort.

1126 - ● 487 576 480 RCS Fréjus. **DE L'OCTOGONE.** *Forme* : Société civile immobilière. *Administration* : Co-Gérant : GANAZ-ZOLI Giovanni Co-Gérant : TERZI Paola . *Adresse* : 41 rue de l'Octogone Port-grimaud 83310 Grimaud. *Origine du fonds* : Transfert de siège. *Etablissement* : Etablissement secondaire. *Activité* : gestion de biens immobiliers. *Adresse* : 41 rue de l'Octogone Port-grimaud 83310 Grimaud. *A dater du* : 31 mai 2011. *Date de commencement d'activité* : 25 novembre 2005. *Commentaires* : Immatriculation suite à transfert de son siège social hors ressort.

1127 - ● 303 698 716 RCS Fréjus. **LA WALLONE.** *Forme* : Société civile. *Administration* : Gérant associé : BIANCONE Bernard . *Capital* : 40000 euros. *Adresse* : 149 impasse Gustave Charpentier les Hautes Rives d'Or 83380 Les Issambres. *Origine du fonds* : Transfert de siège. *Etablissement* : Etablissement principal. *Activité* : gestion de biens immobiliers. *Adresse* : 149 impasse Gustave Charpentier les Hautes Rives d'Or 83380 Les Issambres. *A dater du* : 1er juin 2011. *Date de commencement d'activité* : 31 décembre 1974. *Commentaires* : Immatriculation suite à transfert de son siège social hors ressort.

### GREFFE DU TRIBUNAL DE COMMERCE DE TOULON

### Créations d'établissements

1128 - * 382 670 719 RCS Toulon. **SIRIAL** (Noëlle). *Nom d'usage* : CALABRESE. *Origine du fonds* : Création. *Etablissement* : Etablissement principal. *Activité* : laverie automatique. *Adresse* : 22 rue Baptistin Paul 83500 la Seyne-sur-Mer. *Date de commencement d'activité* : 1er juillet 2011.

1129 - * 482 595 162 RCS Toulon. **PECORINI** (Amandine). *Origine du fonds* : Création d'un fonds de commerce. *Etablissement* : Etablissement principal. *Activité* : restauration rapide, fabrication de sandwichs, plats à emporter, point chaud, vente de poulets rôtis, glaces et épicerie. *Adresse* : place des Pins Penchés 83980 le Lavandou. *Date de commencement d'activité* : 5 mai 2011.

1130 - * 329 622 237 RCS Toulon. **PANSE** (Valérie). *Origine du fonds* : Création d'un fonds de commerce. *Etablissement* : Etablissement principal. *Activité* : snack vente de produits salés et sucrés. *Adresse* : route de Bandol Camping Clos Sainte-Thérèse 83270 Saint-Cyr-sur-Mer. *Date de commencement d'activité* : 1er juin 2011.

1131 - * 532 747 235 RCS Toulon. **CARDIOP.** *Forme* : Société civile de moyens. *Administration* : SCM CARDIOP. *Administration* : Associé gérant : ZETTELMAIER Fabien Associé gérant : MATHIEU

Jacques Associé gérant : IBRAGUIMOVA Galia Associé gérant : SELARL DE MÉDECINS SAINT-ANTOINE représenté par SCHMITT Hélène . *Capital* : 1200.00 euros. *Adresse* : 97 avenue Vauban 83000 Toulon. *Origine du fonds* : Création. *Etablissement* : Etablissement principal. *Activité* : mise à disposition de locaux et matériels, personnels. *Date de commencement d'activité* : 1er juin 2011.

1132 - *532 745 247 RCS Toulon. **SOCIETE CIVILE IMMOBILIERE DU PRADET.** *Forme* : Société civile immobilière. *Administration* : Associé gérant : BERNINI Julien Associé : FEIX Isabelle . *Capital* : 200.00 euros. *Adresse* : rue du Pin de Galle Résidence les Elfes Bâtiment H 83220 Le Pradet. *Origine du fonds* : Création. *Etablissement* : Etablissement principal. *Activité* : l'acquisition, l'administration et l'exploitation par bail, location ou autrement, de tous immeubles bâtis ou non, dont la société pourrait devenir propriétaire par voie d'acquisition, d'apport, d'échange ou autrement. *Date de commencement d'activité* : 1er mai 2011.

1133 - *532 745 965 RCS Toulon. **LATITUDE 83.** *Forme* : Société civile immobilière. *Administration* : Associé gérant : BOYER Jean-Marc Associé : BONNET Laurence . *Capital* : 200.00 euros. *Adresse* : 4 impasse Roumanille 83270 Saint-Cyr-sur-Mer. *Origine du fonds* : Création. *Etablissement* : Etablissement principal. *Activité* : achat, vente, location de biens immobiliers. *Date de commencement d'activité* : 1er juin 2011.

1134 - *532 745 601 RCS Toulon. **SESAME.** *Forme* : Société civile immobilière. *Administration* : Associé gérant : VERDIER Alain Associé : THERON Monique . *Capital* : 2000.00 euros. *Adresse* : 15 lotissement les Résidences de l'Evescat les Sablettes 83500 La Seyne-sur-Mer. *Origine du fonds* : Création. *Etablissement* : Etablissement principal. *Activité* : acquisition de tous biens en vue de leur location. *Date de commencement d'activité* : 1er janvier 2011.

1135 - *532 800 083 RCS Toulon. **BIBI-DELTA.** *Forme* : Société civile immobilière. *Administration* : Associé gérant : BIDAULT Sébastien Associé : MEYSSON Stéphanie Associé : GROSSELIN Evelyne . *Capital* : 500.00 euros. *Adresse* : 868 chemin de Pépiole 83140 Six-Fours-les-Plages. *Origine du fonds* : Création. *Etablissement* : Etablissement principal. *Activité* : l'acquisition, l'administration, la gestion par la location de tous terrains et immeubles. *Date de commencement d'activité* : 1er mai 2011.

1136 - *532 801 016 RCS Toulon. **SCI MAJA.** *Forme* : Société civile immobilière. *Administration* : Associé gérant : BOY Marc-Henri Associé gérant : BERCHOUX Annick . *Capital* : 410000.00 euros. *Adresse* : 145 allée des Bruyères 83270 Saint-Cyr-sur-Mer. *Origine du fonds* : Création. *Etablissement* : Etablissement principal. *Activité* : l'acquisition par voie d'achat ou d'apport, la propriété, la mise en valeur, administration et location de tous biens et droits immobiliers et accessoires desdits biens et toutes opérations civiles pouvant se rattacher à l'objet social. *Date de commencement d'activité* : 26 avril 2011.

1137 - *532 801 768 RCS Toulon. **SERVAL DX.** *Forme* : Société civile immobilière. *Administration* : Associé gérant : BARRAL Aurélie Associé gérant : SOGHOMONIAN Bruno . *Capital* : 100.00 euros. *Adresse* : Ancien chemin du Revest à la Valette 83200 Toulon. *Origine du fonds* : Création. *Etablissement* : Etablissement principal. *Activité* : l'acquisition, l'administration et l'exploitation par bail, location ou autrement de tous immeubles bâtis ou non dont elle pourrait devenir Propriétaire, par voie d'acquisition, échange apport ou autrement, éventuellement et exceptionnellement l'aliénation du ou des immeubles devenus inutiles à la société, au moyen de vente, échange ou apport en société et généralement toutes opérations quelconques pouvant se rattacher directement ou indirectement à l'objet ci-dessus défini, pourvu que Ces opérations ne modifient pas le caractère civil de la société. *Date de commencement d'activité* : 7 juin 2011.

**Immatriculations**

1138 - *499 853 950 RCS Toulon. **ISP SPORTS ETUDES.** *Forme* : Société à responsabilité limitée. *Administration* : Gérant : AUFFRAY Charles . *Capital* : 8000.00 euros. *Adresse* : 9a boulevard de Strasbourg 83000 Toulon. *Etablissement* : Etablissement principal. *Activité* : conseils et formations dans le Domaiine sportif. *Commentaires* : Immatriculation d'une personne morale suite au transfert du siège hors ressort. Modification de l'activité.

1139 - *492 426 424 RCS Toulon. **ROCA.** *Forme* : Société à responsabilité limitée. *Administration* : Gérant : LE HYARIC Bettina Huguette Bernadette . *Capital* : 900.00 euros. *Adresse* : 11 allée des Chevesnes 83400 Hyères. *Commentaires* : Immatriculation d'une personne morale suite au transfert du siège hors ressort.

## 85 - VENDÉE

### GREFFE DU TRIBUNAL DE COMMERCE DE LA ROCHE-SUR-YON

**Ventes et cessions**

1140 - *531 300 598 RCS La roche sur yon. **LES P'TITS CISEAUX.** *Forme* : Société à responsabilité limitée à associé unique. *Adresse* : 32 rue du Géneral Buat 44000 Nantes. *Origine du fonds* : Achat d'un fonds de commerce au prix stipulé de 40000 Euros. *Etablissement* : Etablissement secondaire. *Activité* : coiffure, vente de produits se rapportant à la coiffure et de soins ou du beauté, vente d'accessoires de la coiffure. *Adresse* : 32 rue Georges Clémenceau 85600 Montaigu. *Précédent propriétaire* : 441 417 698 RCS La roche sur yon. BIGER (Valérie). *Date de commencement d'activité* : 1er avril 2011. *Publication légale* : Ouest France du 13 avril 2011. *Oppositions* : Maitre DUPRE, Pole activ'océan, 20 place Galilée, Parc Tertiaire 1, 85306 CHALLANS pour la validité et pour la correspondance MAITRE DUPRE Pole activ'océan 20 place Galilée, parc Tertiaire 1 85306 CHALLANS CEDEX.

1141 - *531 167 112 RCS La roche sur yon. **SEB ELEC.** *Forme* : Société à responsabilité limitée à associé unique. *Administration* : Gérant associé unique : ROUSSEAU Sébastien Conjoint collaborateur article 1121-4 : ROULLEAU Floriane en fonction le 07 juin 2011 . *Capital* : 3000.00 euros. *Adresse* : 12 rue de la Treille 85700 La Flocellière. *Origine du fonds* : Achat d'un fonds de commerce au prix stipulé de 10544 Euros. *Etablissement* : Etablissement principal. *Activité* : travaux électricité plomberie chauffage climatisation ventilation isolation Zinguerie couverture, négoce et pose de tous systèmes utilisant des énergies Renouvelables, négoce et réparation de tous matériels Électroménagers, négoce tous matériels se rapportant aux activités sus-indiquées et toutes prestations afférentes. *Adresse* : 12 rue de la Treille 85700 La Meilleraie-Tillay. *Précédent propriétaire* : 322 575 325 RCS La roche sur yon. RETAILLEAU (Yves Robert Gaston). *Date de commencement d'activité* : 31 mars 2011. *Publication légale* : L'Echo du l'Ouest du 15 avril 2011. *Oppositions* : office notarial 11 avenue des sables (85700) pouzauges pour la validité et pour la correspondance OFFICE NOTARIAL 11 avenue DES SABLES 85700 POUZAUGES.

1142 - *478 966 773 RCS La roche sur yon. **TENAILLEAU** (Laurent Raphaël Edmond). *Oppositions* : Pas d'opposition. *Forme* : fin de la location-gérance acquisition du fonds par suite d'achat au prix stipulé de 30.000, 00 euros de madame Buton Francois rcs la roche sur yon a 328870100 journal d'annonces légales : ouest-france, lieu des oppositions : office notarial le moulin guérin (85170)l le poiré sur vie.

1143 - *530 541 440 RCS La roche sur yon. **PINEAU FRERES.** *Forme* : Société à responsabilité limitée. *Administration* : Gérant : PINEAU Rodolphe Gérant : PINEAU Benoît Gérant : PINEAU Bertin Gérant : PINEAU Charles . *Capital* : 160000.00 euros. *Adresse* : la Fradinière 85160 Saint-Jean-de-Monts. *Origine du fonds* : Achat d'un fonds de commerce au prix stipulé de 175000 Euros. *Etablissement* : Etablissement principal. *Activité* : abattage, découpe et commerce, gros, demi-gros, détail de volailles et gibiers, commerce détail de volailles et gibiers sur marchés, boucherie, charcuterie, traiteur, salaison, plats cuisinés, conserves, rôtisserie. *Adresse* : 46 rue du Général de Gaulle 85160 Saint-Jean-de-Monts. *Précédent propriétaire* : 344 522 719 RCS La roche sur yon. **SARL PINEAU VOLAILLES.** *Publication légale* : L'Echo de l'Ouest du 11 mars 2011. *Oppositions* : cabinet fidal 52 rue jacques -yves cousteau (85000)la roche sur yon pour la validité et pour la correspondance cabinet saje BP 327 Parc d'activités Schweitzer 85303 CHALLANS CEDEX.

**Créations d'établissements**

1144 - *532 435 971 RCS La roche sur yon. **POUPELIN** (Daniel). *Origine du fonds* : Création d'un fonds de commerce. *Etablissement* : Etablissement principal. *Activité* : rôtisserie ambulante et vente de produits traditionnels. *Adresse* : 3 rue des Pinsons 85510 le Boupere. *Date de commencement d'activité* : 13 mai 2011.

1145 - *493 863 971 RCS La roche sur yon. **BRUNET-MORET** (Joël). *Origine du fonds* : Création d'un fonds de commerce. *Etablissement* : Etablissement principal. *Activité* : commercialisation de produits alimentaires et location de véhicules de livraison. *Adresse* : 31 allée des Soupirs 85330 Noirmoutier-en-l'Île. *Date de commencement d'activité* : 23 mai 2011.

1146 - *425 116 167 RCS La roche sur yon. **GUEFFET** (Carole). *Nom d'usage* : OMAR. *Nom commercial* : LE PETIT BAIGNEUR. *Origine du fonds* : Création d'un fonds de commerce. *Etablissement* : Etablissement principal. *Activité* : bar (licence Iv), snack, épicerie, res-

tauration, salle d'animation. *Adresse :* 17 promenade de Cayola la Baie de Cayola 85180 Château d'Olonne. *Date de commencement d'activité :* 1er juillet 2011.

**1147** - \* 532 741 766 RCS La roche sur yon. **BODIN 2 HOC.** *Forme :* Société civile immobilière. *Administration :* Gérant : BODIN Pierre Joseph Associé : BODIN Henri Jean Patrice Associé : BODIN Olivier Associé : BODIN Clarisse . *Capital :* 500200.00 euros. *Adresse :* 34-36 rue Gambetta 85300 Challans. *Origine du fonds :* Création d'un fonds de commerce. *Etablissement :* Etablissement principal. *Activité :* l'acquisition, la propriété et la gestion de parts de Sci, de portefeuille de valeurs mobilières et d'immeubles. *Date de commencement d'activité :* 30 mars 2011.

**1148** - \* 532 742 848 RCS La roche sur yon. **RAGONIT.** *Forme :* Société civile immobilière. *Administration :* Gérant : RAGONIT Didier Associé : GUITTONNEAU Laurence . *Capital :* 100.00 euros. *Adresse :* Zae la Marzelle 85270 Saint-Hilaire-de-Riez. *Origine du fonds :* Création d'un fonds de commerce. *Etablissement :* Etablissement principal. *Activité :* gestion, location, entretien d'immeubles bâtis ou non bâtis. *Date de commencement d'activité :* 7 avril 2011.

**1149** - \* 532 789 260 RCS La roche sur yon. **SCI DES SAULZES.** *Forme :* Société civile immobilière. *Administration :* Gérant : ROTA Gilles Associé : PEIX Pascal Associé : BRUNEAU Sylvie . *Capital :* 125000.00 euros. *Adresse :* lieu-dit les Planches les Saulzes 85300 Sallertaine. *Origine du fonds :* Création d'un fonds de commerce. *Etablissement :* Etablissement principal. *Activité :* l'acquisition par voie d'achat ou d'apport, la propriété, la mise en valeur, la transformation, la construction, l'aménagement, l'administration et la location de tous biens et droits immobiliers, de tous biens et droits immobiliers, de tous biens et droits pouvant constituer l'accessoire, l'annexe ou le complément des biens et droits immobiliers en question. *Date de commencement d'activité :* 2 mai 2011.

**1150** - \* 532 453 206 RCS La roche sur yon. **OR VENDEE.** *Forme :* Société à responsabilité limitée. *Nom commercial :* OR VENDEE. *Administration :* Gérant : SENKMAN Olivier Henri . *Capital :* 2000.00 euros. *Adresse :* 3 boulevard de l'Île Vertime Appartement 15 85100 Les Sables d'Olonne. *Origine du fonds :* Création d'un fonds de commerce. *Etablissement :* Etablissement principal. *Activité :* l'achat et la vente au détail, en gros de métaux précieux et semi-précieux (or, argent, platine, palladium, rhodium, etc. ) sous toutes les formes qui puissent exister (bijoux, déchets dentaire, pièces, lingots, pépites, etc.. ) auprès de toutes personnes physiques ou morales, a domicile ou en réunion. *Date de commencement d'activité :* 10 mai 2011.

**1151** - \* 532 791 548 RCS La roche sur yon. **LA MONGIE.** *Forme :* Société civile immobilière. *Administration :* Gérant : PINEAU Jean-Michel Gérant : COMITRE-REBOLLO Graziella . *Capital :* 1000.00 euros. *Adresse :* la Mongie 85600 Saint-Hilaire-de-Loulay. *Origine du fonds :* Création d'un fonds de commerce. *Etablissement :* Etablissement principal. *Activité :* l'acquisition, l'administration et la gestion par location ou autrement de tous immeubles, l'emprunt de tous fonds nécessaires à cet objet et la mise en place de toutes Suretés réelles ou autres garanties nécessaires. *Date de commencement d'activité :* 19 avril 2011.

**1152** - \* 532 593 894 RCS La roche sur yon. **LEBON DEPANN'.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant : LEBON Jean Yannis . *Capital :* 8000.00 euros. *Adresse :* Zone Artisanale 85370 Nalliers. *Origine du fonds :* Création d'un fonds de commerce. *Etablissement :* Etablissement principal. *Activité :* mécanique poids lourds; achat, vente, neuf et occasion, location, réparation, mécanique poids lourds et automobiles cycles et Motocyles, tôlerie peinture, achat vente pièces détachées outillage spéciale. *Date de commencement d'activité :* 1er juin 2011.

**1153** - \* 532 594 801 RCS La roche sur yon. **REVOLUTION'AIR VIEW.** *Forme :* Société à responsabilité limitée. *Nom commercial :* REVOLUTION'AIR VIEW. *Administration :* Gérant : BRULON Laurent Joseph Paul Gérant : THER Cyril Jean-Jacques . *Capital :* 30000.00 euros. *Adresse :* 30 rue du Menhir 85560 Longeville-sur-Mer. *Origine du fonds :* Création d'un fonds de commerce. *Etablissement :* Etablissement principal. *Activité :* production audiovisuelle, toutes prestations de vidéos et de photographies terrestres, aériennes et aquatiques. *Date de commencement d'activité :* 29 avril 2011.

**1154** - \* 532 586 682 RCS La roche sur yon. **10 TEN INFORMATIQUE.** *Forme :* Société à responsabilité limitée. *Nom commercial :* 10 TEN INFORMATIQUE. *Administration :* Gérant : FORESTIER Eric Gérant : THEBAUD Cédric . *Capital :* 4000.00 euros. *Adresse :* 15-17 rue des Drapiers 85200 Fontenay-le-Comte. *Origine du fonds :* Création d'un fonds de commerce. *Etablissement :* Etablissement principal. *Activité :* assistance informatique et internet au domicile dans le cadre du service à la personne, initiation et formation au fonctionnement du matériel informatique et logiciels, livraison, installation, mise en service. *Date de commencement d'activité :* 16 mai 2011.

**1155** - \* 532 699 642 RCS La roche sur yon. **CENT. O. R. E.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant : GONCALVES DE FARIA Lidvine . *Capital :* 2000.00 euros. *Adresse :* 151 avenue de la Faye 85270 Saint-Hilaire-de-Riez. *Origine du fonds :* Création d'un fonds de commerce. *Etablissement :* Etablissement principal. *Activité :* toutes prestations de services notamment d'assistance et de conseil aux entreprises ou sociétés, l'achat et la vente de tout matériel et mobilier lie au camping, l'achat et la vente de Mobil homes et de chalets, toute facturation d'apport d'affaires dans tout domaine. *Date de commencement d'activité :* 3 mai 2011.

**1156** - \* 532 450 178 RCS La roche sur yon. **COLOR GLASS.** *Forme :* Société à responsabilité limitée. *Nom commercial :* COLOR GLASS. *Administration :* Gérant : FILY Stéphane Patrick Hervé . *Capital :* 1500.00 euros. *Adresse :* 18 rue du Coteau les Hauts de la Bloire 85300 Challans. *Origine du fonds :* Création d'un fonds de commerce. *Etablissement :* Etablissement principal. *Activité :* pose de films solaires sur vitres de véhicules. *Date de commencement d'activité :* 2 mai 2011.

**1157** - \* 532 501 632 RCS La roche sur yon. **SARL MIGUEL PRAUD.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant : PRAUD Miguel Edouard Bernard . *Capital :* 8000.00 euros. *Adresse :* 79 rue du Calvaire 85800 Saint-Gilles-Croix-de-Vie. *Origine du fonds :* Création d'un fonds de commerce. *Etablissement :* Établissement principal. *Activité :* la conception, études techniques, études administratives, études financières, maîtrise d'oeuvre, maîtrise d'ouvrage déléguée de tous projets fonciers ou immobiliers; ou l'aménagements intérieur ou extérieur de locaux. *Date de commencement d'activité :* 1er avril 2011.

**1158** - \* 532 798 816 RCS La roche sur yon. **LES PETITS MOUSSAILLONS.** *Forme :* Société civile immobilière. *Administration :* Gérant associé indéfiniment responsable : BENATIER Guillaume Associé indéfiniment responsable : BENATIER Jules Associé indéfiniment responsable : BENATIER Augustin . *Capital :* 1000.00 euros. *Adresse :* 18 rue du Pont de 4 Mètres 85190 Aizenay. *Origine du fonds :* Création d'un fonds de commerce. *Etablissement :* Etablissement principal. *Activité :* acquisition d'un immeuble à usage d'habitation, administration et exploitation par bail, location dudit immeuble et de tous autres immeubles bâtis ou non bâtis dont elle pourrait devenir propriétaire ultérieurement. *Date de commencement d'activité :* 25 mai 2011.

### Immatriculations

**1159** - \* 418 430 716 RCS La roche sur yon. **SCI NORIGUIB.** *Forme :* Société civile immobilière. *Administration :* Gérant associé indéfiniment responsable : GUINAUDEAU Norbert Gérant associé unique : GUINAUDEAU Norbert . *Capital :* 4573.47 euros. *Adresse :* chemin de la Croussière Gare d'Evrunes 85290 Mortagne-sur-Sèvre. *Commentaires :* Immatriculation d'une personne morale suite au transfert du siège hors ressort. Modification de représentant.

**1160** - \* 421 298 977 RCS La roche sur yon. **ARKA.** *Forme :* Société civile immobilière. *Administration :* Gérant associé indéfiniment responsable : LANDRAGIN Gilles Associé indéfiniment responsable : BLAUDY Viviane Associé indéfiniment responsable : LANDRAGIN Karine . *Capital :* 152.45 euros. *Adresse :* 22 rue Saint-André 85330 Noirmoutier-en-l'Â'le. *Commentaires :* Immatriculation d'une personne morale suite au transfert du siège hors ressort.

## 87 - HAUTE-VIENNE

### GREFFE DU TRIBUNAL DE COMMERCE DE LIMOGES

#### Ventes et cessions

**1161** - ● 515 262 343 RCS Limoges. **PCILA BASSOPA.** *Forme :* Société par actions simplifiée. *Capital :* 1000 euros. *Adresse :* 14bis boulevard Carnot 87000 Limoges. *Origine du fonds :* Fonds acquis par achat au prix stipulé de 20000 Euros. *Etablissement :* Etablissement principal. *Activité :* La branche d'activite d'un fonds de commerce de conception et de diffusion d'une publication d'informations locales sous la marque WAY OF LIFE CITY FASHION BOOK. *Adresse :* 14bis boulevard Carnot 87000 Limoges. *Précédent propriétaire :* 397 571 845 RCS Limoges. **EURL PETIT JOURNAL DE LIMOGES.** *Date de commencement d'activité :* 1er juin 2011. *Publication légale :* le nouvelliste du 9 juin 2011. *Oppositions :* FIDAL 23 rue Hubert Curien 87000 Limoges.

1162 - ● 532 592 573 RCS Limoges. **SARL ABAD RESTAURATION.** *Forme :* Société à responsabilité limitée. *Nom commercial :* LE HENRI CAT. *Administration :* Gérant(e) : ABAD Catherine . *Capital :* 5000 euros. *Adresse :* 39 rue des Combes 87000 Limoges. *Origine du fonds :* Etablissement principal acquis par achat au prix stipulé de 38000 Euros. *Etablissement :* Etablissement principal. *Activité :* Restauration et traiteur. *Adresse :* 39 rue des Combes 87000 Limoges. *Précédent propriétaire :* 503 234 106 RCS Limoges. **SAS LASSO.** *Date de commencement d'activité :* 17 février 2011. *Publication légale :* Pas pour fonds cédé en liquidation judiciaire du 1er janvier 1000. *Oppositions :* PAs pour fonds cede en liquidation judiciaire.

1163 - ● 532 595 675 RCS Limoges. **A SAINTE MARIE.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant(e) : LACOTTE Martine . *Capital :* 24000 euros. *Adresse :* 28 rue Adrien Dubouche 87000 Limoges. *Origine du fonds :* Etablissement principal acquis par apport au montant évalué à 24000 Euros. *Etablissement :* Etablissement principal. *Activité :* Vente au détail de lingerie mercerie bonneterie et toutes activités annexes se rapportant a cet objet. *Adresse :* 28 rue Adrien Dubouche 87000 Limoges. *Précédent propriétaire :* 505 244 376 RCS Limoges. **LACOTTE** (Martine). *Date de commencement d'activité :* 1er janvier 2011. *Publication légale :* La nouvelliste du 2 juin 2011. *Déclarations de créances :* Greffe du Tribunal de Commerce de Limoges.

1164 - ● 531 177 947 RCS Limoges. **CORIALYS.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant(e) : OLLIVIER Michel, Yves, Camille . *Capital :* 20000 euros. *Adresse :* 1 rue Jean Monnet 87170 Isle. *Origine du fonds :* Etablissement principal acquis par achat au prix stipulé de 225000 Euros. *Etablissement :* Etablissement principal. *Activité :* Négoce installation réparation d'équipement de blanchisserie et de cuisines professionnelles. *Adresse :* 1 rue Jean Monnet 87170 Isle. *Précédent propriétaire :* 328 431 176 RCS Limoges. **SODIBEL.** *Date de commencement d'activité :* 27 avril 2011. *Publication légale :* L'union agricole du 27 mai 2011. *Oppositions :* CABINET LE GALL 13, rue LAFAYETTE SELARL D'AVOCATS 44000 Nantes. *Commentaires :* Mise en activité de la société.

1165 - ● 532 064 888 RCS Limoges. **FRENCH CONNECTION.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant(e) : RIO Pascal . *Capital :* 20000 euros. *Adresse :* 229 rue François Perrin 87000 Limoges. *Origine du fonds :* Etablissement principal acquis par achat au prix stipulé de 235000 Euros. *Etablissement :* Etablissement principal. *Activité :* Boulangerie pâtisserie snack salon de thé. *Adresse :* 229 rue François Perrin 87000 Limoges. *Précédent propriétaire :* 338 371 511 RCS Limoges. **TEXIER** (Nicole). *Nom d'usage :* RIFFAUD. *Date de commencement d'activité :* 17 mai 2011. *Publication légale :* Le populaire du centre du 25 mai 2011. *Oppositions :* Scp Mougnaud Et Delarochette Riffaud 29, boulevard Victor Hugo Notaires Associés 87200 Saint-Junien. *Commentaires :* Mise en activité de la société.

1166 - ● 531 543 023 RCS Limoges. **SARL LA CAVE.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant(e) : LEMEUNIER Marc . *Capital :* 20000 euros. *Adresse :* 2 rue Karl Marx 87120 Eymoutiers. *Origine du fonds :* Etablissement principal acquis par achat au prix stipulé de 10000 Euros. *Etablissement :* Etablissement principal. *Activité :* Café, bar, brasserie, restaurant, débit de boissons. *Adresse :* 2 rue Karl Marx 87120 Eymoutiers. *Précédent propriétaire :* 500 695 358 RCS Limoges. **POULIER** (Nadine). *Date de commencement d'activité :* 1er avril 2011. *Publication légale :* Le populaire du centre du 12 mai 2011. *Oppositions :* ME CHAMBON 33, avenue DU MARECHAL FOCH 87120 Eymoutiers. *Commentaires :* Mise en activité de la société.

1167 - ● 532 120 094 RCS Limoges. **AUTO ECOLE GAMBETTA LC.** *Forme :* Société par actions simplifiée. *Administration :* Président : CARNET Louis, Marcel, René, Henri Directeur général : LABOUILLE Christine . *Capital :* 10000 euros. *Adresse :* 55 boulevard Gambetta 87000 Limoges. *Origine du fonds :* Etablissement principal acquis par achat au prix stipulé de 100000 Euros. *Etablissement :* Etablissement principal. *Activité :* Enseignement conduite de véhicules à moteur. *Adresse :* 55 boulevard Gambetta 87000 Limoges. *Précédent propriétaire :* 393 168 083 RCS Limoges. **SARL AUTO ECOLE GAMBETTA.** *Date de commencement d'activité :* 16 mai 2011. *Publication légale :* L'union agricole du 17 juin 2011. *Oppositions :* Lexiade Entreprises 37, rue Barthélémy Thimonnier 87280 Limoges. *Commentaires :* Mise en activité de la société.

1168 - ● 397 699 398 RCS Limoges. **AUPERT** (Laurent, Bernard). *Origine du fonds :* acquis par achat au prix stipulé de 180000 Euros. *Etablissement :* Etablissement complémentaire. *Activité :* Boulangerie pâtisserie confiserie glaces tournées. *Adresse :* 78 avenue de la Libération 87320 Bussiere Poitevine. *Précédent propriétaire :* 322 916 610 RCS Limoges. **L'ETANG.** *Date de commencement d'activité :* 20 mai 2011. *Publication légale :* Montagne centre France du 30 mai 2011. *Oppositions :* Maître Clisson 38, avenue des Vignes Notaires Associés 87210 Le Dorat.

## Créations d'établissements

1169 - ● 532 619 046 RCS Limoges. **MEURISSE** (Tony, Jacky, André). *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Brocante. *Adresse :* Negrelat 87150 Cussac. *A dater du :* 27 mai 2011. *Date de commencement d'activité :* 15 mai 2011.

1170 - ● 490 028 123 RCS Limoges. **GONCALVES** (Jérôme). *Nom commercial :* MOD'ANGEL. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Prêt à porter. *Adresse :* 4 rue Jules Guesde 87000 Limoges. *A dater du :* 1er juin 2011. *Date de commencement d'activité :* 1er juin 2011.

1171 - ● 532 757 606 RCS Limoges. **BERNARD** (Carine, Sophie, Anne). *Nom d'usage :* BAILLARD. *Nom commercial :* JELLYLOU. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Toilettage de chiens et chats pension canine vente d'accessoires pour animaux d'objets de brocante de plantes produites par mes soins. *Adresse :* 3 rue Molière 87570 Rilhac-Rancon. *A dater du :* 6 juin 2011. *Date de commencement d'activité :* 22 juin 2011.

1172 - ● 532 655 529 RCS Limoges. **LE CARNOT.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant(e) : BONNET Didier, Daniel Gérant(e) : VALADE Chantal née(e) CHUPIN . *Capital :* 5000 euros. *Adresse :* 69 rue Francois Chenieux 87000 Limoges. *A dater du :* 1er juin 2011. *Commentaires :* Cette société n'exerce aucune activité.

1173 - ● 532 729 308 RCS Limoges. **MISMA COSA.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant(e) : BRAYE Nicolas, Stephane Gérant(e) : MONZAT Denis . *Capital :* 5000 euros. *Adresse :* 3 rue de la Courtine 87000 Limoges. *A dater du :* 6 juin 2011. *Commentaires :* Cette société n'exerce aucune activité.

1174 - ● 532 770 377 RCS Limoges. **PHARMACIE DE BESSINES.** *Forme :* Société d'exercice libéral à responsabilité limitée. *Administration :* Gérant associé : GLOMOT Isabelle, Maryline née(e) RULLION Gérant associé : LEMORT Elsa, Aurélie Gérant associé : ROUX Pierre-Axel . *Capital :* 252000 euros. *Adresse :* 12 place de la Liberte 87250 Bessines-sur-Gartempe. *A dater du :* 6 juin 2011. *Commentaires :* Cette société n'exerce aucune activité.

1175 - ● 532 511 193 RCS Limoges. **SCI PAS A PAS.** *Forme :* Société civile. *Administration :* Gérant associé : MUTUALITE FRANCAISE LIMOUSINE (MA) représenté par SABOURDY Marie-Annick née(e) MARTY . *Capital :* 700000 euros. *Adresse :* 39 avenue Garibaldi 87000 Limoges. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* L'exercice du droit de propriété et la mise en valeur par tous moyens de tous biens et droits immobiliers dont la société pourra devenir propriétaire et la prise à bail la location l'administration et l'exploitation de tous biens et droits immobiliers. *Adresse :* 39 avenue Garibaldi 87000 Limoges. *A dater du :* 24 mai 2011. *Date de commencement d'activité :* 10 mai 2011.

1176 - ● 532 594 934 RCS Limoges. **C.B.C SARL.** *Forme :* Société à responsabilité limitée. *Nom commercial :* C.B.C. *Administration :* Gérant(e) : KHAMOUEV Turpa-Ali . *Capital :* 1000 euros. *Adresse :* 6 square de Belgique 87220 Feytiat. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Construction métallique et bardage couverture rénovation de bâtiment. *Adresse :* 6 square de Belgique 87220 Feytiat. *A dater du :* 26 mai 2011. *Date de commencement d'activité :* 6 juin 2011.

1177 - ● 532 597 135 RCS Limoges. **SCI FRESNEL.** *Forme :* Société civile immobilière. *Administration :* Gérant associé : LE ROUX Guillaume Gérant associé : LE ROUX Karine . *Capital :* 3000 euros. *Adresse :* 5 rue Fresnel 87200 Saint-Junien. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Acquisition administration et gestion de tous immeubles et biens immobiliers. *Adresse :* 5 rue Fresnel 87200 Saint-Junien. *A dater du :* 26 mai 2011. *Date de commencement d'activité :* 19 mai 2011.

1178 - ● 532 623 477 RCS Limoges. **HAULARINE.** *Forme :* Société civile immobilière. *Administration :* Gérant associé : LALLET Pascaline, Yvonne, Célina née(e) AUDEFROY . *Capital :* 150000 euros. *Adresse :* 19 rue des Remparts 87110 Solignac. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* L'acquisition par voie d'achat ou d'apport la propriété la mise en valeur la transformation l'aménagement l'Administrationet la location de tous biens et droits immobiliers de tous biens et droits pouvant constituer l'accessoire l'annexe ou le complément des biens et droits immobiliers. *Adresse :* 19 rue des Remparts 87110 Solignac. *A dater du :* 26 mai 2011. *Date de commencement d'activité :* 13 mai 2011.

1179 - ● 532 595 824 RCS Limoges. **A.Y.A. SARL.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant(e) : AKKUS Cihan . *Capital :* 100 euros. *Adresse :* 2 rue du Gén du Bessol 87000 Limoges.

*Origine du fonds* : Création. *Etablissement* : Etablissement principal. *Activité* : Élagage abattage tous travaux forestiers entretien de parcs et jardins achat vente et sciage de bois de chauffage tous travaux du bâtiment. *Adresse* : 2 rue du Gén du Bessol 87000 Limoges. *A dater du* : 31 mai 2011. *Date de commencement d'activité* : 24 mai 2011.

1180 - ● 532 626 397 RCS Limoges. **CEFANNY**. *Forme* : Société civile immobilière. *Administration* : Gérant associé : NOEL Céline, Jeannine, Bernadette née(e) HARREL . *Capital* : 1000 euros. *Adresse* : 16 avenue Jean Moulin 87310 Saint-Laurent-sur-Gorre. *Origine du fonds* : Création. *Etablissement* : Etablissement principal. *Activité* : L'acquisition par voie d'achat ou d'apport la propriété la mise en valeur la transformation la construction l'aménagement l'administration et la location de tous biens et droits immobiliers de tous biens et droits pouvant constituer l'accessoire l'annexe ou le complément des biens et droits immobiliers en question. *Adresse* : 16 avenue Jean Moulin 87310 Saint-Laurent-sur-Gorre. *A dater du* : 30 mai 2011. *Date de commencement d'activité* : 13 mai 2011.

1181 - ● 532 570 918 RCS Limoges. **ASSOCIATION D'INFIRMIERS CAPELLE CHAPELOT WATTEEUW**. *Forme* : Société civile de moyens. *Administration* : Gérant associé : CAPELLE François, Bruno . *Capital* : 300 euros. *Adresse* : 1 rue Denis Dussoubs 87350 Panazol. *Origine du fonds* : Création. *Etablissement* : Etablissement principal. *Activité* : Soins infirmiers. *Adresse* : 1 rue Denis Dussoubs 87350 Panazol. *A dater du* : 30 mai 2011. *Date de commencement d'activité* : 18 octobre 2010.

1182 - ● 532 681 699 RCS Limoges. **BROUILLEBAS MATERIEL**. *Forme* : Société par actions simplifiée. *Administration* : Président : LEBLOND Pierre . *Capital* : 500 euros. *Adresse* : 4 rue Jean-Sébastien Bach 87350 Panazol. *Origine du fonds* : Création. *Etablissement* : Etablissement principal. *Activité* : Achat et vente de matériel. *Adresse* : 4 rue Jean-Sébastien Bach 87350 Panazol. *A dater du* : 31 mai 2011. *Date de commencement d'activité* : 1er juin 2011.

1183 - ● 532 685 518 RCS Limoges. **JPPMM**. *Forme* : Société par actions simplifiée. *Administration* : Président : FERRAND Jean-Paul . *Capital* : 1000 euros. *Adresse* : 3 avenue du 11 Novembre 87250 Bessines-sur-Gartempe. *Origine du fonds* : Création. *Etablissement* : Etablissement principal. *Activité* : Acquisition et détention de tous titres de participation ou de placement, parts et actions de toutes autres sociétés et généralement de toutes valeurs mobilières. Prestations de services en matière financière, comptable et administrative au profit de sociétés liées en capital. *Adresse* : 3 avenue du 11 Novembre 87250 Bessines-sur-Gartempe. *A dater du* : 31 mai 2011. *Date de commencement d'activité* : 23 mai 2011.

1184 - ● 532 505 823 RCS Limoges. **ANNA MODE**. *Forme* : Société à responsabilité limitée. *Administration* : Gérant(e) : XU LIMIN né(e) ZHOU . *Capital* : 8000 euros. *Adresse* : 17 rue ADRIEN DUBOUCHE 87000 Limoges. *Origine du fonds* : Création. *Etablissement* : Etablissement principal. *Activité* : Vente de prêt à porter de chaussures de maroquinerie d'accessoires de mode de bijoux fantaisie. *Adresse* : 17 rue Adrien Dubouche 87000 Limoges. *A dater du* : 31 mai 2011. *Date de commencement d'activité* : 1er juillet 2011.

1185 - ● 532 643 921 RCS Limoges. **TECHNIBAT DU LIMOUSIN**. *Forme* : Société à responsabilité limitée. *Administration* : Gérant(e) : GEVER Kadir . *Capital* : 2000 euros. *Adresse* : 3 rue Platon 87000 Limoges. *Origine du fonds* : Création. *Etablissement* : Etablissement principal. *Activité* : Maçonnerie générale gros oeuvre carrelage ravalement rénovation. *Adresse* : 3 rue Platon 87000 Limoges. *A dater du* : 31 mai 2011. *Date de commencement d'activité* : 1er juin 2011.

1186 - ● 532 711 975 RCS Limoges. **EMPREINTES NATURE**. *Forme* : Société à responsabilité limitée. *Nom commercial* : EMPREINTES NATURE. *Administration* : Gérant(e) : DOUGNAC Janick, Marjorie . *Capital* : 5000 euros. *Adresse* : Pernaud 87260 Saint-Bonnet-Briance. *Origine du fonds* : Création. *Etablissement* : Etablissement principal. *Activité* : Vente à domicile de produits naturels. *Adresse* : Pernaud 87260 Saint-Bonnet-Briance. *A dater du* : 1er juin 2011. *Date de commencement d'activité* : 30 mai 2011.

1187 - ● 532 701 182 RCS Limoges. **ALLSPLANN**. *Forme* : Société par actions simplifiée. *Administration* : Président : PINON Olivier, Jean, Francois . *Capital* : 60000 euros. *Adresse* : 1 avenue d'Ester 87069 Limoges. *Origine du fonds* : Création. *Etablissement* : Etablissement principal. *Activité* : Conception fabrication ventes et installations d'appareils d'éclairage électrique et électronique et de tous accessoires et composants édition d'appareil d'éclairage et d'ameublement dessinés par des designers ou artistes. *Adresse* : 1 avenue d'Ester 87069 Limoges. *A dater du* : 1er juin 2011. *Date de commencement d'activité* : 1er juin 2011.

1188 - ● 532 770 757 RCS Limoges. **SCI L'ALABAMMA**. *Forme* : Société civile immobilière. *Administration* : Gérant associé : BARELAUD Eric . *Capital* : 1000 euros. *Adresse* : 12 rue du Docteur Bergonie 87000 Limoges. *Origine du fonds* : Création. *Etablissement* : Etablissement principal. *Activité* : Acquisition par voie d'achat ou d'apport, propriété, mise en valeur, transformation, construction, aménagement, administration et location de tous biens et droits immobiliers, de tous biens et droits pouvant constituer l'accessoire, l'annexe ou le complément des biens et droits immobiliers en question. *Adresse* : 12 rue du Docteur Bergonie 87000 Limoges. *A dater du* : 6 juin 2011. *Date de commencement d'activité* : 6 juin 2011.

1189 - ● 532 755 576 RCS Limoges. **VANILLE**. *Forme* : Société par actions simplifiée. *Administration* : Président : FERRAND Jean, Louis, Marcel . *Capital* : 1000 euros. *Adresse* : 41 avenue du 11 Novembre 87250 Bessines-sur-Gartempe. *Origine du fonds* : Création. *Etablissement* : Etablissement principal. *Activité* : Acquisition et détention de tous titres de participation ou de placement, parts et actions de toutes autres sociétés et généralement de toutes valeurs mobilières. Prestations de services en matière financière, comptable et administrative au profit de sociétés liées en capital. *Adresse* : 41 avenue du 11 Novembre 87250 Bessines-sur-Gartempe. *A dater du* : 6 juin 2011. *Date de commencement d'activité* : 20 mai 2011.

1190 - ● 532 771 102 RCS Limoges. **SCI QUINTANE**. *Forme* : Société civile immobilière. *Administration* : Gérant associé : QUINTANE Julien . *Capital* : 500 euros. *Adresse* : Chantemiaule 87260 Pierre Buffiere. *Origine du fonds* : Création. *Etablissement* : Etablissement principal. *Activité* : Acquisition, administration, gestion tous immeubles et biens immobiliers Emprunt de fonds nécessaires à cet objet, mise en place de toute sûreté, garantie nécessaire de façon exceptionnelle aliénation des immeubles devenus inutiles à la société. *Adresse* : Chantemiaule 87260 Pierre Buffiere. *A dater du* : 6 juin 2011. *Date de commencement d'activité* : 24 mai 2011.

1191 - ● 532 753 464 RCS Limoges. **EXP MOISSY CRAMAYEL**. *Forme* : Société à responsabilité limitée. *Nom commercial* : LA PATATERIE. *Administration* : Gérant(e) : PAILLEUX Jean-Christophe, Henri Gérant(e) : MAIZOUE Alexandre, Arnaud, Roger . *Capital* : 10000 euros. *Adresse* : 16 rue Frédéric Bastiat 87280 Limoges. *Origine du fonds* : Création. *Etablissement* : Etablissement principal. *Activité* : Toutes opérations et activités commerciales, financières se rapportant à la Restauration traditionnelle et toutes activités liées au métier de la bouche. *Adresse* : 16 rue Frédéric Bastiat 87280 Limoges. *A dater du* : 6 juin 2011. *Date de commencement d'activité* : 1er juin 2011.

## 88 - VOSGES

### GREFFE DU TRIBUNAL DE COMMERCE D'ÉPINAL

#### Ventes et cessions

1192 - ● 532 507 373 RCS Epinal. **GUITTIER**. *Forme* : Société à responsabilité limitée. *Administration* : Gérant(e) : GUITTIER Valérie, Elisabeth, Carole, Sylvie né(e) NEUVILLE Conjoint collaborateur : GUITTIER Dorian . *Capital* : 5000 euros. *Adresse* : 30 rue Louis Barthou 88000 Epinal. *Origine du fonds* : Etablissement principal acquis par achat au prix stipulé de 16000 Euros. *Etablissement* : Etablissement principal. *Activité* : Bar - Brasserie - Jeux. *Adresse* : 30 rue Louis Barthou 88000 Epinal. *Précédent propriétaire* : 442 021 903 RCS Épinal. **BELLIN** (Marie-Noëlle). *Précédent exploitant* : 442 021 903 RCS Épinal. **BELLIN** (Marie-Noëlle). *Date de commencement d'activité* : 26 mai 2011. *Publication légale* : Le Paysan Vosgien du 27 mai 2011. *Oppositions* : Vincent Hermann - Notaire 1, rue du Pré Leveau 88220 Xertigny.

1193 - ● 529 009 524 RCS Nancy. **BOUCHERIE CHARCUTERIE TRAITEUR ET PAR ABREVIATION BCT**. *Forme* : Société à responsabilité limitée. *Sigle* : BCT. *Adresse* : 23 rue Saint-Pierre 54700 Maidières. *Origine du fonds* : Etablissement secondaire acquis par achat au prix stipulé de 50000 Euros. *Etablissement* : Etablissement secondaire. *Activité* : Fabrication et vente de produits frais carnés - viandes et charcuterie. *Adresse* : 7 rue du Gymnase Vosgien 88100 Saint-dié-des-Vosges. *Précédent propriétaire* : 392 881 488 RCS Nancy. **SARL SOCIETE NOUVELLE GASTROLOR**. *Précédent exploitant* : 392 881 488 RCS Nancy. **SARL SOCIETE NOUVELLE GASTROLOR**. *Date de commencement d'activité* : 1er décembre 2010. *Publication légale* : Le Paysan Vosgien du 3 juin 2011. *Oppositions* : Etude de Me Géraldine DONNAIS - Mandataire judiciaire 85, boulevard Jean Jaurès 54000 Nancy.

1194 - ● 532 424 488 RCS Epinal. **HRI SAS**. *Forme* : Société par actions simplifiée. *Nom commercial* : HRI. *Administration* : Président : HARMAND Pascal . *Capital* : 14000 euros. *Adresse* : 9 rue de la Gare 88460 Cheniménil. *Origine du fonds* : Etablissement principal acquis par apport au montant évalué à 14000 Euros. *Etablissement* : Etablissement principal. *Activité* : Achat, vente de matériel neuf ou d'occasion pour l'industrie, achat, vente de fournitures électriques pour l'industrie, de matériels de compactage, de matériels de trans-

ports de déchets. *Adresse :* 9 rue de la Gare 88460 Cheniménil. *Précédent propriétaire :* 522 369 610 RCS Épinal. **HARMAND** (Pascal). *Précédent exploitant :* 522 369 610 RCS Épinal. **HARMAND** (Pascal). *Date de commencement d'activité :* 1er avril 2011. *Publication légale :* L'Abeille du 27 mai 2011. *Déclarations de créances :* Greffe du Tribunal de Commerce d'Epinal.

1195 - ● 531 267 524 RCS Epinal. **EURL LARTILLOT.** *Forme :* Entreprise unipersonnelle à responsabilité limitée. *Administration :* Gérant(e) : LARTILLOT Johnny, Lucien, Constant . *Capital :* 3000 euros. *Adresse :* 8 rue Abel Ferry 88600 Bruyères. *Origine du fonds :* Etablissement principal acquis par achat au prix stipulé de 33000 Euros. *Etablissement :* Etablissement principal. *Activité :* Restaurant pizzeria plats à emporter restauration rapide et toutes activités annexes. *Adresse :* 8 rue Abel Ferry 88600 Bruyères. *Précédent propriétaire :* 517 460 382 RCS Épinal. **CASA PIZZ.** *Date de commencement d'activité :* 1er avril 2011. *Publication légale :* Vosges matin du 9 mai 2011. *Oppositions :* Etude De Maître Pérot Robert – Weisdorf/Duval Virginie 13, rue Carnot BP 60 88700 Rambervillers.

1196 - ● 531 595 528 RCS Epinal. **EURL ESTELLE COIFFURE.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant(e) : TOUBHANS Estelle, Suzanne, Renée . *Capital :* 1000 euros. *Adresse :* 17 place Clémenceau 88210 Senones. *Origine du fonds :* Etablissement principal acquis par achat au prix stipulé de 28246,24 Euros. *Etablissement :* Etablissement principal. *Activité :* Toutes prestations de coiffure et d'esthétique en salon et à domicile, achat, vente de produits s'y rapportant. *Adresse :* 17 place Clémenceau 88210 Senones. *Précédent propriétaire :* 489 394 932 RCS Épinal. **MARQUET** (Gladys, Andrée). *Précédent exploitant :* 489 394 932 RCS Épinal. **MARQUET** (Gladys, Andrée). *Date de commencement d'activité :* 2 mai 2011. *Publication légale :* L'Abeille du 20 mai 2011. *Oppositions :* au siège du fonds cédé 17, place Clémenceau 88210 Senones.

## Créations d'établissements

1197 - ● 532 346 202 RCS Epinal. **ROMMING** (Ludovic). *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Confiserie, crêpes, gaufres, barbe à papa, restauration rapide, glaces, jeux d'adresse, manèges et attractions foraines, décorations de Noël, sapins de Noël. *Adresse :* Sdf commune de rattachement 88000 Epinal. *A dater du :* 25 mai 2011. *Date de commencement d'activité :* 13 mai 2011.

1198 - ● 532 103 256 RCS Epinal. **SAYLIK** (Sati). *Nom d'usage :* SEYDIM. *Nom commercial :* SH transport. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Transport routier de marchandises et location de véhicule industriel avec conducteur n'excédant pas 3,5 t, déménagement. *Adresse :* 6 rue du Boulay 88190 Golbey. *A dater du :* 26 mai 2011. *Date de commencement d'activité :* 21 mars 2011.

1199 - ● 420 033 458 RCS Epinal. **SAHIN** (Alpar). *Nom d'usage :* Eser'mat. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Fabrication et vente d' élément préfabriqué. *Adresse :* 1511 route de Langres 88300 Neufchâteau. *A dater du :* 30 mai 2011. *Date de commencement d'activité :* 1er mai 2011.

1200 - ● 341 803 880 RCS Epinal. **MAYER** (Gaston, Eugène). *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Fabrication et installation espaces fumeurs et vente. *Adresse :* 742 route de Senones 88420 Moyenmoutier. *A dater du :* 30 mai 2011. *Date de commencement d'activité :* 1er janvier 2011.

1201 - ● 532 464 476 RCS Epinal. **ETRE** (Michel, Jean). *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Menuiserie, ébénisterie, fabrication, vente et pose. *Adresse :* 109 rue de Lorraine 88500 Rouvres-en-Xaintois. *A dater du :* 30 mai 2011. *Date de commencement d'activité :* 19 mai 2011.

1202 - ● 531 467 041 RCS Epinal. **CHRIST** (Karine, Fabienne). *Nom d'usage :* PIERRAT. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Achat et vente de vêtements femmes et accessoires de mode. *Adresse :* 69 rue Charles de Gaulle 88200 Remiremont. *A dater du :* 31 mai 2011. *Date de commencement d'activité :* 3 mai 2011.

1203 - ● 532 610 755 RCS Epinal. **PEQUEGNOT** (Nadia, Catherine). *Nom d'usage :* LEROY. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Antiquités brocante. *Adresse :* 18 La Battelieule 88340 Le Val-d'Ajol. *A dater du :* 1er juin 2011. *Date de commencement d'activité :* 1er juin 2011.

1204 - ● 532 407 251 RCS Epinal. **L'AUBERGE DU MOULIN.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant(e) : WAECKEL Marc . *Capital :* 30000 euros. *Adresse :* 2 rue d'Anozel 88580 Saulcy-sur-Meurthe. *A dater du :* 25 mai 2011. *Commentaires :* Cette société n'exerce aucune activité.

1205 - ● 532 253 945 RCS Epinal. **FISCH.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant(e) : FISCH Eric . *Capital :* 26000 euros. *Adresse :* 38 rue Thiers 88160 Saint-dié-des-Vosges. *A dater du :* 25 mai 2011. *Commentaires :* Cette société n'exerce aucune activité.

1206 - ● 532 528 684 RCS Epinal. **RVS AMBULANCES.** *Forme :* Société à responsabilité limitée. *Administration :* Co-Gérant : THOUVENOT Françis, Michel, Joseph Co-Gérant : MUNIER Fabienne, Simone, Sylvie née() PRUDHOMME . *Capital :* 10000 euros. *Adresse :* 5 - 8 rue des Frères Bexon 88200 Remiremont. *A dater du :* 25 mai 2011. *Commentaires :* Cette société n'exerce aucune activité.

1207 - ● 532 481 322 RCS Epinal. **KRYSTEL AUTO-ECOLE.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant(e) : THOMAS Christelle, Marie, Véronique . *Capital :* 5000 euros. *Adresse :* 471 rue d'Alsace 88160 Sainte-Marguerite. *A dater du :* 27 mai 2011. *Commentaires :* Cette société n'exerce aucune activité.

1208 - ● 532 463 742 RCS Epinal. **SARL H2VN.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant(e) : VIRY Manon, Sylviane, Francine . *Capital :* 18000 euros. *Adresse :* 5 boulevard Kelsch 88400 Gérardmer. *A dater du :* 30 mai 2011. *Commentaires :* Cette société n'exerce aucune activité.

1209 - ● 532 629 409 RCS Epinal. **TOUIHRI.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant(e) : TOUIHRI Borhan, Salah . *Capital :* 3000 euros. *Adresse :* 29 et 31 rue de la Maix 88000 Epinal. *A dater du :* 30 mai 2011. *Commentaires :* Cette société n'exerce aucune activité.

1210 - ● 532 665 155 RCS Epinal. **SARL LA CHAPELLE.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant(e) : BERNARDI Daniel, Jean . *Capital :* 1500 euros. *Adresse :* 9 rue Pot à l'Oiseau 88390 Les Forges. *A dater du :* 6 juin 2011. *Commentaires :* Cette société n'exerce aucune activité.

1211 - ● 532 461 241 RCS Epinal. **TFHF - TRAVAUX FORESTIERS HISTRE FRERE.** *Forme :* Société à responsabilité limitée. *Nom commercial :* TFHF. *Administration :* Gérant(e) : HISTRE Romain, Gaëtan, Paul . *Capital :* 8000 euros. *Adresse :* 26 rue du Bombrice 88200 Saint-Nabord. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Débardage forestier, exploitation forestière, sciage de bois, vente et livraison de bois. *Adresse :* 26 rue du Bombrice 88200 Saint-Nabord. *A dater du :* 25 mai 2011. *Date de commencement d'activité :* 3 mai 2011.

1212 - ● 532 489 911 RCS Epinal. **BLB IMMOBILIER.** *Forme :* Société civile immobilière. *Administration :* Gérant associé : LECOMTE Brigitte, Colette, Marie . *Capital :* 80000 euros. *Adresse :* 14 rue Louis Meyer 88190 Golbey. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Acquisition, mise en valeur, administration et location de tous biens et droits immobiliers. *Adresse :* 14 rue Louis Meyer 88190 Golbey. *A dater du :* 25 mai 2011. *Date de commencement d'activité :* 5 mai 2011.

1213 - ● 521 392 415 RCS Epinal. **SP PRO.** *Forme :* Société à responsabilité limitée. *Nom commercial :* SERVICES PRESTATIONS AUX PROFESSIONNELS. *Administration :* Gérant(e) : FRANKART Alexandre, Paul, André . *Capital :* 1000EURAdresse : 3 bis rue de la Libération 88460 Docelles. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Vente et réalisation de toutes prestations de services aux entreprises commerciales, non commerciales, agricoles et aux collectivités. Le nettoyage courant de tous types de bâtiment. Le nettoyage spécialisé de bâtiment, tel que le nettoyage de vitres. Le soin et l'entretien de parcs et jardins d'espaces verts public, privé, semi public. Tonte, débroussaillage, taille d'arbres de haies. *Adresse :* 3 bis rue de la Libération 88460 Docelles. *A dater du :* 25 mai 2011. *Date de commencement d'activité :* 1er février 2010.

1214 - ● 531 807 600 RCS Epinal. **RESTAURANT L'ATELIER.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant(e) : ZENDER Veronika, Elisabeth, Katharina née() MEHL . *Capital :* 500EURAdresse : 9 rue Notre Dame 88430 Corcieux. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Restaurant - bar - café - plats et boissons à emporter - traiteur - hébergement touristique et autre hébergement de courte durée et toutes transactions s'y rapportant. *Adresse :* 9 rue Notre Dame 88430 Corcieux. *A dater du :* 26 mai 2011. *Date de commencement d'activité :* 13 mai 2011.

1215 - ● 532 524 642 RCS Epinal. **KIASIK.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant(e) : AUBOYER Yves, Jean-Pierre . *Capital :* 410000 euros. *Adresse :* 15 rue de la Fougère Zone Commerciale de la Fougère 88150 Chavelot. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Prise de parti-

cipations ou d'intérêts, gestion de ces participations, assistance et prestations de services, achat de marchandises et biens d'équipements et de leur revente ou mise à disposition au profit de filiales, gestion de trésorerie, fournitures de garanties. *Adresse* : 15 rue de la Fougère Zone Commerciale de la Fougère 88150 Chavelot. *A dater du* : 26 mai 2011. *Date de commencement d'activité* : 6 mai 2011.

1216 - ● 532 582 640 RCS Epinal. **J.H MOTO.** *Forme* : Société à responsabilité limitée. *Administration* : Gérant(e) : HMEIDI Yohann . *Capital* : 2000 euros. *Adresse* : 18 rue de la Maix 88000 Epinal. *Origine du fonds* : Création. *Etablissement* : Etablissement principal. *Activité* : Achat et vente de vêtements en tous genres, chaussures, accessoires pour motard et autres, détail et gros, import export. *Adresse* : 18 rue de la Maix 88000 Epinal. *A dater du* : 27 mai 2011. *Date de commencement d'activité* : 1er mai 2011.

1217 - ● 532 569 803 RCS Epinal. **OSCAR.** *Forme* : Société à responsabilité limitée. *Administration* : Gérant(e) : DRAPP Jean, Henri . *Capital* : 5000 euros. *Adresse* : 21 rue Abel Ferry 88000 Epinal. *Origine du fonds* : Création. *Etablissement* : Etablissement principal. *Activité* : Prise de participations dans toutes sociétés ayant des activités immobilières, mobilières, financières, commerciales, civiles, gestion des participations, marchand de biens. *Adresse* : 21 rue Abel Ferry 88000 Epinal. *A dater du* : 27 mai 2011. *Date de commencement d'activité* : 18 mai 2011.

1218 - ● 532 580 115 RCS Epinal. **CENTRE EQUESTRE DE GERARDMER.** *Forme* : Société à responsabilité limitée. *Administration* : Co-Gérant : STEMPFLE Sylvie, Anne-Lise née(e) PETIN Co-Gérant : ARNOUX Leslie, Micheline, Anne . *Capital* : 500 euros. *Adresse* : route de Sapois Ramberchamp 88400 Gérardmer. *Origine du fonds* : Création. *Etablissement* : Etablissement principal. *Activité* : Centre équestre, pension de chevaux, élevage, dressage, commerce de chevaux, enseignement. *Adresse* : route de Sapois Ramberchamp 88400 Gérardmer. *A dater du* : 27 mai 2011. *Date de commencement d'activité* : 1er mai 2011.

1219 - ● 532 549 565 RCS Epinal. **EASYBOOTIK.** *Forme* : Société à responsabilité limitée. *Administration* : Gérant(e) : VALIN Floriane . *Capital* : 1000 euros. *Adresse* : 103 rue de la Creuse 88600 Laval-sur-Vologne. *Origine du fonds* : Création. *Etablissement* : Etablissement principal. *Activité* : Réalisation, conception, administration, installation de sites internet et de logiciels professionnels, acquisition et exploitation de fonds de commerce informatique. *Adresse* : 103 rue de la Creuse 88600 Laval-sur-Vologne. *A dater du* : 27 mai 2011. *Date de commencement d'activité* : 30 mai 2011.

1220 - ● 532 490 620 RCS Epinal. **SCI SAINTE GENEVIEVE.** *Forme* : Société civile immobilière. *Administration* : Gérant associé : ROSIN Patrick, Robert, Sylvio, Louis Gérant associé : HAZART Marie-Laurence née(e) ALIOT . *Capital* : 180000 euros. *Adresse* : 6 allée de l'Abbaye 88130 Ubexy. *Origine du fonds* : Création. *Etablissement* : Etablissement principal. *Activité* : Acquisition, mise en valeur, transformation, construction, aménagement, administration et location de tous biens immobiliers. *Adresse* : 6 allée de l'Abbaye 88130 Ubexy. *A dater du* : 30 mai 2011. *Date de commencement d'activité* : 3 mai 2011.

1221 - ● 532 629 854 RCS Epinal. **SCI DU RABOSSON.** *Forme* : Société civile. *Administration* : Personne ayant le pouvoir d'engager la société : MENUDIER Gérard, Georges Gérant(e) : CARPHIL (SC) représenté par SAILLEY Pierre-Philippe . *Capital* : 100000 euros. *Adresse* : 40 rue de l'Etraye 88160 Ramonchamp. *Origine du fonds* : Création. *Etablissement* : Etablissement principal. *Activité* : L'acquisition, la propriété, l'aménagement, l'administration et l'exploitation à titre patrimonial et pour son propre compte d'un ensemble immobilier sis à 10 route de l'aviation 54600 Villers-les-Nancy. *Adresse* : 40 rue de l'Etraye 88160 Ramonchamp. *A dater du* : 30 avril 2011. *Date de commencement d'activité* : 30 avril 2011.

1222 - ● 532 537 396 RCS Epinal. **SCI LEANNY.** *Forme* : Société civile immobilière. *Administration* : Gérant associé : MAGNIER Jean-Jacques, Gilbert, Daniel . *Capital* : 100 euros. *Adresse* : 4 rue de Martigny 88300 Autigny-la-Tour. *Origine du fonds* : Création. *Etablissement* : Etablissement principal. *Activité* : Acquisition, administration et gestion par location ou autrement de tous immeubles et biens immobiliers. *Adresse* : 4 rue de Martigny 88300 Autigny-la-Tour. *A dater du* : 30 mai 2011. *Date de commencement d'activité* : 30 mai 2011.

1223 - ● 532 558 665 RCS Epinal. **SCI WTB.** *Forme* : Société civile immobilière. *Administration* : Gérant(e) : BRIGUE Freddy Gérant(e) : SAGUET Linda, Suzanne, Denise . *Capital* : 1000 euros. *Adresse* : 18 rue du Mennejoie 88170 Rouvres-la-Chétive. *Origine du fonds* : Création. *Etablissement* : Etablissement principal. *Activité* : Propriété et gestion de tous biens mobiliers et immobiliers, l'obtention de toute ouverture de crédit avec ou sans garantie hypothécaire, la prise de

participation dans toute société. *Adresse* : 18 rue du Mennejoie 88170 Rouvres-la-Chétive. *A dater du* : 30 mai 2011. *Date de commencement d'activité* : 18 mai 2011.

1224 - ● 532 559 952 RCS Epinal. **SCI LA JEANNETTE.** *Forme* : Société civile immobilière. *Administration* : Co-gérant associé : ADAM Germain, Frédéric, Alain, Adam Co-gérant associé : MONTANDRAU Bérénice, Fleur, Bérangère . *Capital* : 200 euros. *Adresse* : 44 rue du Haut Fays 88270 Madonne et Lamerey. *Origine du fonds* : Création. *Etablissement* : Etablissement principal. *Activité* : Acquisition, transformation, construction, aménagement, administration et location de tous biens et droits immobiliers. *Adresse* : 44 rue du Haut Fays 88270 Madonne et Lamerey. *A dater du* : 30 mai 2011. *Date de commencement d'activité* : 13 mai 2011.

1225 - ● 532 612 660 RCS Epinal. **CD IMMOBILIER.** *Forme* : Société civile immobilière. *Administration* : Gérant associé : CD INVESTISSEMENTS (SARL) représenté par COURCHINOUX Thierry . *Capital* : 5000 euros. *Adresse* : 2 allée de la Carrière 88390 Les Forges. *Origine du fonds* : Création. *Etablissement* : Etablissement principal. *Activité* : Acquisition, construction, aménagement, administration et exploitation par bail, location ou autrement de tous immeubles bâtis ou non bâtis, biens et droits immobiliers. *Adresse* : 2 allée de la Carrière 88390 Les Forges. *A dater du* : 30 mai 2011. *Date de commencement d'activité* : 12 mai 2011.

1226 - ● 532 471 208 RCS Epinal. **EARL DES BERGERS DE L'ANGER.** *Forme* : Exploitation agricole à responsabilité limitée. *Administration* : Co-Gérant : THIERY Sandrine, Marie Co-Gérant : HENRIQUE Pierre-Emmanuel . *Capital* : 328850 euros. *Adresse* : 31 rue Sergent Roch 88140 La Vacheresse et-la-Rouillie. *Origine du fonds* : Création. *Etablissement* : Etablissement principal. *Activité* : Exercice d'activités réputées agricoles au sens de l'article L.311-1 du code rural. *Adresse* : 31 rue Sergent Roch 88140 La Vacheresse et-la-Rouillie. *A dater du* : 30 mai 2011. *Date de commencement d'activité* : 15 janvier 2011.

1227 - ● 532 629 557 RCS Epinal. **KERIOS.** *Forme* : Société par actions simplifiée. *Nom commercial* : KERIOS. *Administration* : Président : BENHAMOU Clément, Jérémie, Matthieu . *Capital* : 2000EUR*Adresse* : 13 route de Hérigoutte 88640 Laveline-du-Houx. *Origine du fonds* : Création. *Etablissement* : Etablissement principal. *Activité* : Recherche, valorisation de l'innovation et assistance à l'innovation. *Adresse* : 13 route de Hérigoutte 88640 Laveline-du-Houx. *A dater du* : 30 mai 2011. *Date de commencement d'activité* : 13 mai 2011.

1228 - ● 532 602 190 RCS Epinal. **MD SALON PATRICIA.** *Forme* : Société à responsabilité limitée. *Nom commercial* : S' PASS PATRICIA. *Administration* : Gérant(e) : DUVERNIER Maryse, Francine, aimée, Jeanne née(e) BADONNEL . *Capital* : 1000 euros. *Adresse* : 46 rue du Général Leclerc 88190 Golbey. *Origine du fonds* : Création. *Etablissement* : Etablissement principal. *Activité* : Coiffure homme femme enfant, pose de perruques, postiches et rajouts, achat et vente de produits capillaires et de cosmétiques ; activités de relaxation psycho-corporelle, manu-relaxation, activités de relaxologie, sophrologie, réflexologie et acupressure. *Adresse* : 46 rue du Général Leclerc 88190 Golbey. *A dater du* : 30 mai 2011. *Date de commencement d'activité* : 3 juin 2011.

1229 - ● 530 961 903 RCS Epinal. **SARL ANDIAMO PIZZA.** *Forme* : Société à responsabilité limitée. *Nom commercial* : Andiamo Pizza. *Administration* : Gérant(e) : TRABELSI Mohamed . *Capital* : 500 euros. *Adresse* : 11 rue d'Alsace 88105 Saint-dié-des-Vosges. *Origine du fonds* : Création. *Etablissement* : Etablissement principal. *Activité* : Restauration rapide, pizzas, livrées, à emporter et sur place. *Adresse* : 11 rue d'Alsace 88105 Saint-dié-des-Vosges. *A dater du* : 31 mai 2011. *Date de commencement d'activité* : 20 mai 2011.

1230 - ● 532 651 528 RCS Epinal. **IN EXTENSO LORRAINE SERVICES.** *Forme* : Société à responsabilité limitée. *Administration* : Co-Gérant : COULIN Sophie Co-Gérant : SALFRANC Jean-Paul, Philippe, Raymond Co-Gérant : GIULIANA Pierre, François, Laurent Co-Gérant : THALGOTT Edouard, Roger Co-Gérant : TOUSSAINT Michèle, Yvonne, Marie . *Capital* : 4000 euros. *Adresse* : 4 rue Louis Meyer 88190 Golbey. *Origine du fonds* : Création. *Etablissement* : Etablissement principal. *Activité* : Services au profit exclusivement des personnes physiques d'appui et d'aide à la rédaction des correspondances à la compréhension et la facilitation des relations avec les administrations. *Adresse* : 4 rue Louis Meyer 88190 Golbey. *A dater du* : 31 mai 2011. *Date de commencement d'activité* : 18 mai 2011.

1231 - ● 532 673 985 RCS Epinal. **SCI STRATUS.** *Forme* : Société civile immobilière. *Administration* : Gérant(e) : GEGOUT David, Marcel, Louis . *Capital* : 80000 euros. *Adresse* : 8 chemin du Gueuti 88120 Sapois. *Origine du fonds* : Création. *Etablissement* : Etablissement principal. *Activité* : Acquisition, gestion, exploitation de tout

bien immobilier, prise de participation dans toute société immobilière, obtention de crédit avec ou sans garanties hypothécaires et toute opération liée. *Adresse :* 8 chemin de Gueuti 88120 Sapois. *A dater du :* 1er juin 2011. *Date de commencement d'activité :* 14 mai 2011.

**1232 - ● 532 674 066 RCS Epinal. SCI MARIEMONT.** *Forme :* Société civile immobilière. *Administration :* Gérant associé : COLIN Christophe, Jean . *Capital :* 1000 euros. *Adresse :* 30 hameau de Mariemont 88430 Arrentés-de-Corcieux. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* L'acquisition par voie d'achat ou d'apport, la propriété, la mise en valeur, la transformation, la construction, l'aménagement, l'administration et la location de tous biens et droits immobiliers, de tous biens et droits pouvant constituer l'accessoire, l'annexe ou le complément des biens et droits immobiliers en question. *Adresse :* 30 hameau de Mariemont 88430 Arrentés-de-Corcieux. *A dater du :* 1er juin 2011. *Date de commencement d'activité :* 1er juin 2011.

**1233 - ● 532 700 416 RCS Epinal. SCI DE LONGCHAMP.** *Forme :* Société civile immobilière. *Administration :* Gérant associé : PIGNAT Robert, Philippe . *Capital :* 1000 euros. *Adresse :* 55 rue de Lorraine 88000 Deyvillers. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* L'acquisition, l'administration, l'exploitation par bail ou autrement de tous terrains et immeubles bâtis ainsi que l'édification d'immeuble pour leur exploitation, l'acquisition et la gestion de tout portefeuille de valeurs mobilières représentatives de droits immobiliers. *Adresse :* 55 rue de Lorraine 88000 Deyvillers. *A dater du :* 3 juin 2011. *Date de commencement d'activité :* 23 mai 2011.

**1234 - ● 532 757 093 RCS Epinal. SCI HESSE.** *Forme :* Société civile immobilière. *Administration :* Gérant associé : HESSE Amélie née HOUQUE . *Capital :* 100 euros. *Adresse :* 11 - 13 avenue de la Gare 88350 Liffol-le-Grand. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* Acquisition, administration et gestion par location ou autrement de tous immeubles et biens immobiliers. *Adresse :* 11 - 13 avenue de la Gare 88350 Liffol-le-Grand. *A dater du :* 3 juin 2011. *Date de commencement d'activité :* 19 mai 2011.

## Immatriculations

**1235 - ● 328 310 727 RCS Epinal. COURBOULAY** (Dominique, Eric). *Origine du fonds :* Reçu en location-gérance. *Etablissement principal. Activité :* Réparation mécanique poids lourds, engins forestiers, tracteurs, machines agricoles, automobiles, carrosserie industrielle, soudure, vente de pièces de véhicules, vente de véhicules neufs et occasion, réparation bâche poids lourds, location de matériel et véhicule, dépannage véhicule léger. *Adresse :* 60 rue des Fêtes Lieudit La Basse Angoué le Villé 88100 Saint-die-des-Vosges. *Précédent propriétaire :* 450 273 644 RCS Epinal. **GMC GARAGE MECANIQUE COUVAL.** *Précédent exploitant :* 450 273 644 RCS Épinal. **GMC GARAGE MECANIQUE COUVAL.** *A dater du :* 25 mai 2011. *Date de commencement d'activité :* 2 mai 2011.

**1236 - ● 418 427 365 RCS Epinal. DRUESNE** (Jean-Marc, Lucien). *Origine du fonds :* Reçu en location-gérance. *Etablissement principal. Activité :* Café - débit de boissons. *Adresse :* 187 rue Raymond Poincaré 88290 Saulxures-sur-Mosellotte. *Précédent exploitant :* 488 007 212 RCS Épinal. **VINEL** (Magali). *A dater du :* 25 mai 2011. *Date de commencement d'activité :* 1er mai 2011.

**1237 - ● 339 748 667 RCS Epinal. CIKMAZKARA** (Bayram). *Nom commercial :* L'irlandais. *Origine du fonds :* Reçu en location-gérance. *Etablissement :* Etablissement principal. *Activité :* Bar restaurant. *Adresse :* 13 rue des Capucins 88130 Charmes. *Précédent propriétaire :* 424 802 379 RCS Épinal. **L'IRLANDAIS.** *Précédent exploitant :* 424 802 379 RCS Épinal. **L'IRLANDAIS.** *A dater du :* 1er juin 2011. *Date de commencement d'activité :* 1er juin 2011.

**1238 - ● 411 043 987 RCS Epinal. BERNARDIE** (Fabien, Pierre). *Origine du fonds :* Transfert d'activité. *Etablissement :* Etablissement principal. *Activité :* Commerce de montres, bijoux fantaisie, articles cadeaux, vêtements neufs, articles de Paris, parfums. *Adresse :* 44 rue des Marronniers 88150 Chavelot. *A dater du :* 27 mai 2011. *Date de commencement d'activité :* 1er mai 2011. *Commentaires :* Immatriculation suite à transfert de l'établissement principal hors ressort.

**1239 - ● 413 077 306 RCS Epinal. MENUISERIE OLRY.** *Forme :* Société a responsabilité limitée. *Administration :* Gérant(e) : OLRY Fabrice . *Capital :* 8000 euros. *Adresse :* 719 avenue Henri Parisot 88500 Mirecourt. *Origine du fonds :* Transfert de siège. *Etablissement :* Etablissement principal. *Activité :* Menuiserie - Ameublement. *Adresse :* 719 avenue Henri Parisot 88500 Mirecourt. *A dater du :* 26 mai 2011. *Date de commencement d'activité :* 1er avril 2011. *Commentaires :* Immatriculation suite à transfert de son siège social hors ressort.

**1240 - ● 529 514 408 RCS Epinal. MUNKSJÖ FRANCE HOLDING.** *Forme :* Société par actions simplifiée unipersonnelle. *Administration :* Président : ASTRÖN Jan, Oliver Directeur général : HENRIKSSON Kim, Christian Commissaire aux comptes titulaire : ERNST et YOUNG ET AUTRES (SAS) Commissaire aux comptes suppléant : AUDITEX (SAS) . *Capital :* 510000 euros. *Adresse :* 48 route de Remiremont 88380 Arches. *Origine du fonds :* Transfert de siège. *Etablissement :* Etablissement principal. *Activité :* Toutes prises de participation directes ou indirectes dans toutes affaires commerciales civiles ou immobilières seule ou avec des tiers pour son propre compte ou celui de tiers au moyen d'achat vente souscription ou échange de toutes actions parts sociales ou valeurs mobilières quelconques et d'une manière générale à détention de la gestion et la disposition de tous instruments financiers ; à cet effet la société pourra notamment participer à toutes souscriptions, faire tous emplois de fonds contracter, tous emprunts gérer et exploiter, toutes participations dans toutes entreprises, le conseil stratégique aux sociétés intragroupe et la collaboration avec ces entreprises dans leurs réflexions stratégiques et opérationnelles et l'accompagnement au développement durable par croissance organique ou par croissance externe, toute prestation de services liées à des fonctions de directions de gestion de coordination ou de controle des sociétés dans lesquelles elle détient des intérêts ou participations ainsi qu'éventuellement tout service administratif juridique comptable et financier et toutes prestations services études mises à dispositions assistance pour leur compte ou pour le compte de filiales. *Adresse :* 48 route de Remiremont 88380 Arches. *A dater du :* 31 mai 2011. *Date de commencement d'activité :* 5 janvier 2011. *Commentaires :* Immatriculation suite à transfert de son siège social hors ressort. Modification survenue sur l'activité, le capital.

**1241 - ● 512 305 194 RCS Epinal. SCI GIURANNA GIURANNA.** *Forme :* Société civile immobilière. *Administration :* Gérant associé : GIURANNA Gérard . *Capital :* 2000 euros. *Adresse :* 214 avenue du Général de Gaulle 88100 Sainte-Marguerite. *Origine du fonds :* Transfert d'établissement. *Etablissement :* Etablissement principal. *Adresse :* 214 avenue du Général de Gaulle 88100 Sainte-Marguerite. *A dater du :* 3 juin 2011. *Date de commencement d'activité :* 14 février 2011. *Commentaires :* Immatriculation suite à transfert de son siège social hors ressort.

# 89 - YONNE

## GREFFE DU TRIBUNAL DE COMMERCE D'AUXERRE

### Ventes et cessions

**1242 - ° 528 525 561 RCS Auxerre. EXPERT JARDIN.** *Forme :* Société par actions simplifiée. *Administration :* Président de la société : BENOIT Gilles Pascal Directeur général : BILLAULT Fabien Pierre Georges Membre du comité de direction : BENOIT Gilles Pascal Membre du comité de direction : BILLAULT Fabien Pierre Georges Membre du comité de direction : PETIT Patrick Jean-Jacques Commissaire aux comptes titulaire : INTERCOMEX Commissaire aux comptes suppléant : AUDIT EXPERTISE ASSOCIES . *Capital :* 800000.00 euros. *Adresse :* 6 rue des Caillottes Z.I. de la plaine des Isles 89470 Monéteau. *Origine du fonds :* Fonds acquis par achat au prix stipulé de 480.000,00 EUR. *Etablissement :* Etablissement principal. *Activité :* Achat, vente, négoce, réparation et location de tous matériels auto-moteurs ou non, outillages, pièces détachées, neuf ou d'occasion, destinées à la motoculture de plaisance et à la création et l' entretien d'espaces verts. *Adresse :* 6 rue des Caillottes Z.I. de la plaine des Isles 89470 Monéteau. *Précédent propriétaire :* 439 626 136 RCS Auxerre. **SV PRO.** *A dater du :* 18 novembre 2010. *Date d'effet :* 1er novembre 2010. *Date de commencement d'activité :* 30 octobre 2010. *Publication légale :* L'Yonne Républicaine du 3 mars 2011. *Oppositions :* Dans les dix jours au siège du fonds vendu sis 6 Rue des Caillottes ZI de la Plaine des Isles 89470 MONETEAU. *Commentaires :* Cession partielle fonds de commerce comprenant à l' exclusion du tout droit au bail les éléments d'actif liés directement et exclusivement à l' activité espaces verts du fonds de commerce sis et exploité à MONETEAU (89470) 6 Rue des Caillottes ZI de la Plaine des Isles.

### Créations d'établissements

**1243 - ° 532 672 433 RCS Auxerre. EARL DOMAINE EYPERT.** *Forme :* E.A.R.L. *Nom commercial :* EARL DOMAINE EYPERT. *Administration :* Gérant : EYPERT Hervé Louis . *Capital :* 2000.00 euros. *Adresse :* les Arpents BP 23 89450 Saint-Père. *Etablissement :* Siège social et établissement principal. *Activité :* Toute activité de viticulture, viniculture, négoce de tous produits viticoles issus du domaine ou non , produits régionaux, hébergement, gîte. *Adresse :* les Arpents BP 23 89450 Saint-Père. *A dater du :* 7 juin 2011. *Date de commencement d'activité :* 21 avril 2011.

## 91 - ESSONNE

### GREFFE DU TRIBUNAL DE COMMERCE D'ÉVRY

#### Ventes et cessions

1244 - * 532 731 577 RCS Evry. **DURUKAN** (Zuleyha). *Nom d'usage :* ALKAN. *Nom commercial :* PRESSING DU CENTRE. *Origine du fonds :* Achat d'un fonds de commerce au prix stipulé de 51839 Euros. *Établissement :* Établissement principal. *Activité :* pressing, blanchisserie, teinturerie de détail, nettoyage à sec, couture, dépôt de cordonnerie et vente d'accessoires divers. *Adresse :* 18/20 place du Général de Gaulle et 5/7 Rue de Chartres 91410 Dourdan. *Précédent propriétaire :* 402 141 741 RCS Evry. **PLITTA** (Dominique). *Nom d'usage :* CHAPART. *Date de commencement d'activité :* 21 mai 2011. *Publication légale :* La Semaine de l'Ile-de-France du 31 mai 2011. *Oppositions :* Me Pierre-Eric CHANSON 15 rue Debertrand 91410 DOURDAN pour la validité et pour la correspondance Me Pierre-Eric CHANSON 15 rue DEBERTRAND 91410 DOURDAN.

#### Créations d'établissements

1245 - * 532 731 585 RCS Evry. **ARISCON** (Nicolas Marcel Georges). *Nom commercial :* TROIS VALLEES DEPANNAGE. *Origine du fonds :* Création d'un fonds de commerce. *Établissement :* Établissement principal. *Activité :* dépannage remorquage automobiles. *Adresse :* 7 chemin des Écoles Saint-Maurice Montcouronne 91530 Saint-Maurice Montcouronne. *Date de commencement d'activité :* 1er juin 2011.

1246 - * 532 731 593 RCS Evry. **L'ACCROCHE COEUR.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant : BOUKOU-BAA Souleï . *Capital :* 8000.00 euros. *Adresse :* 6 rue Marchand 91100 Corbeil-Essonnes. *Commentaires :* Cette société n'exerce aucune activité.

1247 - * 532 732 112 RCS Evry. **SABAH.** *Forme :* Société à responsabilité limitée. *Nom commercial :* SABAH. *Administration :* Gérant : SAHIN Guler . *Capital :* 1500.00 euros. *Adresse :* 10 place du Marché 91290 Arpajon. *Origine du fonds :* Création d'un fonds de commerce. *Établissement :* Établissement principal. *Activité :* boucherie. *Date de commencement d'activité :* 11 mai 2011.

1248 - * 532 789 773 RCS Evry. **ER-HAN.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant : YILDIZ Erol . *Capital :* 10000.00 euros. *Adresse :* A1 avenue Jean Claude Rozan 91130 Ris-Orangis. *Origine du fonds :* Création d'un fonds de commerce. *Établissement :* Établissement principal. *Activité :* maçonnerie, carrelage, ravalement, travaux de bâtiment. *Date de commencement d'activité :* 8 juin 2011.

1249 - * 532 791 241 RCS Evry. **DELTA CONTROLE.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant : BOUK-HALOUA Kamel . *Capital :* 15000.00 euros. *Adresse :* 30 avenue des Courtes Épluches Centre Commercial Villabé 91100 Villabé. *Origine du fonds :* Création d'un fonds de commerce. *Établissement :* Établissement principal. *Activité :* contrôle technique automobile. *Date de commencement d'activité :* 1er juillet 2011.

1250 - * 532 798 741 RCS Evry. **SOCIETE CIVILE PROMETHEE.** *Forme :* Société civile. *Administration :* Associé gérant : LETRESOR Arnaud Jacques Michel Associé : BOVY Jean-Michel Pierre Marie Associé : FLAMAND François Albert Gaston Associé : KEMPINAIRE Stéphane Claude Associé : LE FLOCH Frédéric René Louis Associé : LE MEUR Jean-Michel Pierre Associé : MILLEREAU Philippe Associé : VARGIOLU Eric Georges Louis . *Capital :* 125000.00 euros. *Adresse :* 21 allée de la Pièce de Terre 91190 Gif-sur-Yvette. *Origine du fonds :* Création. *Établissement :* Établissement principal. *Activité :* la constitution d'un portefeuille composé de valeurs ou autres droits mobiliers émis par des sociétés ou autres groupements français ou étrangers, ou de tous autres instruments financiers tels que définis à l'article l. 211-1 du code monétaire et financier, ou d'immeubles; la gestion du portefeuille ainsi constitue, au mieux des intérêts des associés; l'exercice de toutes fonctions d'administration, de gestion ou de surveillance qui lui seraient confiées dans toute société ou autre groupement; l'acquisition de tout bien immobilier en vue de sa gestion. *Date de commencement d'activité :* 23 mai 2011.

## 92 - HAUTS-DE-SEINE

### GREFFE DU TRIBUNAL DE COMMERCE DE NANTERRE

#### Ventes et cessions

1251 - * 499 142 974 RCS Nanterre. **POP. COM.** *Forme :* Société à responsabilité limitée. *Capital :* 40000.00 euros. *Adresse :* 64 rue Lamarck 75018 Paris. *Origine du fonds :* Achat d'un fonds de commerce au prix stipulé de 120000 Euros. *Établissement :* Établissement principal. *Activité :* fonds de commerce de téléphonie, télécommunication, matériels et services Audiovisuels et de communication y compris la vente l'entretien et le service après vente du matériel et des accessoires liés a Ces activités. *Adresse :* 65 rue Houdan 92330 Sceaux. *Précédent propriétaire :* 423 032 598 RCS Versailles. **RESEAU CLUBS BOUYGUES TELECOM - RCBT.** *Date de commencement d'activité :* 25 mai 2011. *Publication légale :* La Loi du 7 juin 2011. *Oppositions :* 65 rue Houdan 92330 Sceaux pour la validité et pour la correspondance.

1252 - * 532 792 058 RCS Nanterre. **DEBILLE** (Jérôme). *Origine du fonds :* Achat d'un fonds de commerce au prix stipulé de 178000 Euros. *Établissement :* Établissement principal. *Activité :* boulangerie pâtisserie confiserie glaces. *Adresse :* 11b rue Henri Regnault 92380 Garches. *Précédent propriétaire :* 443 424 270 RCS Nanterre. **LERAY** (Jean). *Date de commencement d'activité :* 18 mai 2011. *Publication légale :* Affiches Parisiennes du 1er juin 2011. *Oppositions :* Au fonds vendu pour la validité et pour la correspondance CABINET BOULLIER 33 rue DES PETITS CHAMPS 75001 PARIS.

#### Créations d'établissements

1253 - * 484 679 477 RCS Nanterre. **KERCHAL** (Mohamed). *Origine du fonds :* Création d'un fonds de commerce. *Établissement :* Établissement principal. *Activité :* 1) achat vente de tous véhicules a moteur ou à système de propulsion non connu a ce jour, neufs ou d'occasion 2) location de véhicules tous tonnages sans chauffeurs 3)achat vente de produits en tous genres ainsi que commerce ambulant. *Adresse :* 173 avenue du Général Leclerc 92340 Bourg la Reine. *Date de commencement d'activité :* 20 mai 2011.

1254 - * 532 788 999 RCS Nanterre. **MOOREA COMMERCE FRUITS.** *Forme :* Société par actions simplifiée à associé unique. *Administration :* Président : NIJDAM Jean Commissaire aux comptes titulaire : AEC CABINET LAURENT Commissaire aux comptes suppléant : MILESI Joseph . *Capital :* 10000.00 euros. *Adresse :* 4 Ter avenue Charles de Gaulle 92100 Boulogne-Billancourt. *Commentaires :* Cette société n'exerce aucune activité.

1255 - * 532 750 643 RCS Nanterre. **SCI-ACP - BIEVRES.** *Forme :* Société civile immobilière. *Administration :* Associé gérant : BALATON André Associé : CATANZANO Mireille Associé : GALET Bernard Associé : MANGNAN Anne Associé : GROS Philippe Associé : MARDALLI Inaam . *Capital :* 525.00 euros. *Adresse :* 3 rue des Gâte Ceps Boite à Lettre N°19 92210 Saint-Cloud. *Origine du fonds :* Création. *Établissement :* Établissement principal. *Activité :* acquisition, administration, exploitation, entretien et aménagement de tous immeubles et de tous terrains. *Date de commencement d'activité :* 26 avril 2011.

1256 - * 532 750 684 RCS Nanterre. **SCI VERS CENTRE.** *Forme :* Société civile. *Administration :* Associé gérant : OGIC Associé : SOVALIM Associé : SOVALIM FRANCE . *Capital :* 200.00 euros. *Adresse :* 47-49 avenue Édouard Vaillant 92100 Boulogne-Billancourt. *Origine du fonds :* Création. *Établissement :* Établissement principal. *Activité :* soit au moyen de ses fonds propres, soit au moyen de deniers d'emprunt : l'acquisition de terrains et/ou lots de volume à vers (74), 64 route de Valeiry. L'acquisition éventuelle de tous droits Rééls ou personnels susceptibles d'en améliorer la consistance ou d'en constituer l'accessoire. l'édification sur Ces terrains de constructions à usage principal d'habitations, ainsi que de locaux d'activités, commerces ou bureaux, parkings et équipements publics. la division par lots du terrain et des constructions à édifier, la vente de Ces lots et de leurs dépendances, et éventuellement leur location. la constitution de toute association syndicale ou indivision réglementée en vue d'organiser la propriété et la gestion future des immeubles et de leurs dépendances. *Date de commencement d'activité :* 18 avril 2011.

1257 - * 532 742 723 RCS Nanterre. **O. N BATIMENT.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant : RASHED Ahmed . *Capital :* 5000.00 euros. *Adresse :* 13 rue Saint-Denis 92100 Boulogne-Billancourt. *Origine du fonds :* Création d'un fonds de commerce. *Établissement :* Établissement principal. *Activité :* travaux de peinture intérieure et extérieure, revêtement de sols et murs. *Date de commencement d'activité :* 23 mai 2011.

1258 - * 532 755 592 RCS Nanterre. **GEOLOG FRANCE.** *Forme :* Société par actions simplifiée à associé unique. *Administration :* Président : CALLERI Richard Directeur général : KERHERVE Joseph Commissaire aux comptes titulaire : AUDIT ET DIAGNOSTIC Commissaire aux comptes suppléant : A&D HOLDING . *Capital :* 100000.00 euros. *Adresse :* 9/11 allée de l'Arche 92671 Courbevoie Cedex. *Origine du fonds :* Création d'un fonds de commerce. *Établissement :* Établissement principal. *Activité :* en France et à l'étran-

ger : toutes prestations de services dans les domaines énergétique, pétrolier et gazier. la prospection commerciale dans les domaines ci-dessus. la réalisation d'études de marché. *Date de commencement d'activité :* 1er juin 2011.

1259 - * 532 746 583 RCS Nanterre. **V. B. L. G.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant : GEORGES Ludovic . *Capital :* 1000.00 euros. *Adresse :* 32 rue Jean Baptiste Clément 92100 Boulogne-Billancourt. *Origine du fonds :* Création d'un fonds de commerce. *Etablissement :* Etablissement principal. *Activité :* création de restaurant et brasserie. *Date de commencement d'activité :* 15 mai 2011.

1260 - * 532 726 734 RCS Nanterre. **DURAND MULTISERVICES.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant : BOUJNANE Rachid . *Capital :* 1000.00 euros. *Adresse :* 4 allée Louis Jouvet 92390 Villeneuve-la-Garenne. *Origine du fonds :* Création d'un fonds de commerce. *Etablissement :* Etablissement principal. *Activité :* manutention, import et export et toute prestation ou produit non réglementé. *Date de commencement d'activité :* 15 mai 2011.

1261 - * 532 745 932 RCS Nanterre. **EMC CAMPUS.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant : HERMELIN Alain-Jacques . *Capital :* 10000.00 euros. *Adresse :* 40 rue Madeleine Michelis 92200 Neuilly-sur-Seine. *Origine du fonds :* Création d'un fonds de commerce. *Etablissement :* Etablissement principal. *Activité :* la formation sous toutes ses formes initiale ou continue, intra ou inter entreprises sur place ou à distance de tous métiers ou branches de connaissances, la mise en relation d'entreprises ou d'organismes publiques ou privés désireux de former leur personnel, avec des centres de formation proposant des sessions de formation adaptées aux Besions desdits organismes et entreprises; l'assistance aux entreprises en matière de formation et de recrutement du personnel; la conception publicitaire et la vente de prestations de communication; la conception et la commercialisation de logiciels professionnels, éducatifs, ou ludiques, accompagnés ou non de matériels informatiques. *Date de commencement d'activité :* 23 mai 2011.

1262 - * 532 752 904 RCS Nanterre. **161/163 BVD SAINT-GERMAIN SAS.** *Forme :* Société par actions simplifiée à capital variable à associé unique. *Administration :* Président : BERG Bernhard Directeur général : VON SYDOW Ferdinand Directeur général : RICKEN Steffen Commissaire aux comptes titulaire : PRICEWATERHOUSE-COOPERS AUDIT Commissaire aux comptes suppléant : NICOLAS Yves . *Capital :* 1 EUR*Adresse :* 14 rue Sarah Bernhardt 92600 Asnières-sur-Seine. *Origine du fonds :* Création d'un fonds de commerce. *Etablissement :* Etablissement principal. *Activité :* l'acquisition, la propriété, l'administration, la gestion, l'exploitation, la cession et/ou la mise à disposition sous forme de bail ou autrement, de tous types d'immeubles et/ou d'ensembles immobiliers à usage commercial, de bureaux, d'habitation ou autre. *Date de commencement d'activité :* 23 mai 2011.

1263 - * 532 755 493 RCS Nanterre. **SCI L. A. L.** *Forme :* Société civile immobilière. *Administration :* Gérant : GRENET Amandine Associé : SITRUK Steeve . *Capital :* 2600.00 euros. *Adresse :* 4 rue Hutzinger 92110 Clichy. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* achat, vente, location de bien Immobilier. *Date de commencement d'activité :* 1er juin 2011.

1264 - * 532 745 999 RCS Nanterre. **ALAM.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant : EL HLOU Abdelaaziz . *Capital :* 2000.00 euros. *Adresse :* 191 boulevard Voltaire 92600 Asnières-sur-Seine. *Origine du fonds :* Création d'un fonds de commerce. *Etablissement :* Etablissement principal. *Activité :* finitions, Ragreage en bâtiment. *Date de commencement d'activité :* 1er juin 2011.

1265 - * 532 742 475 RCS Nanterre. **DELISSIMA BOX PIZZA.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant : MEDJAHED Nasser . *Capital :* 3000.00 euros. *Adresse :* 8 rue Saint-Exupery 92360 Meudon la Forêt. *Origine du fonds :* Création d'un fonds de commerce. *Etablissement :* Etablissement principal. *Activité :* restauration rapide pizzeria à emporter et en livraison. *Date de commencement d'activité :* 1er juin 2011.

1266 - * 532 789 468 RCS Nanterre. **CAMILLE INVEST.** *Forme :* Société civile immobilière. *Administration :* Gérant : LELONG Laurence Associé : RAHSIDI BARCHELOIY Mona . *Capital :* 10000.00 euros. *Adresse :* 23 rue Louis Pouey At3669 92800 Puteaux. *Origine du fonds :* Création d'un fonds de commerce. *Etablissement :* Etablissement principal. *Activité :* l'acquisition des biens Immobilliers et d'une façon générale, toute opérations mobilières ou immobilières ou financières susceptibles de faciliter la réalisation des objets ci-dessus définis, à l'exclusion de toute opération susceptible de faire l'acquisition des biens immobiliers. location desdits biens. *Date de commencement d'activité :* 24 mai 2011.

1267 - * 532 791 035 RCS Nanterre. **SCI LAFAURY.** *Forme :* Société civile immobilière. *Administration :* Gérant : KINI Edouard Associé : LAFAURY Yvette Associé : MESGUICH Rébecca . *Capital :* 1000.00 euros. *Adresse :* 1 rue Eugène Eichenberger 92800 Puteaux. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* achat - vente - location -gestion de tous locaux et immeubles. *Date de commencement d'activité :* 1er mai 2011.

1268 - * 532 791 399 RCS Nanterre. **SCI LUDESO.** *Forme :* Société civile. *Administration :* Associé gérant : BILLAUDEL Denis Associé gérant : MALNOY Luc Associé : THIERY Sophie . *Capital :* 665000.00 euros. *Adresse :* 65 rue de Chézy 92200 Neuilly-sur-Seine. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* acquisition de tous immeubles, de tous terrains et de biens et droits immobiliers, tant au comptant qu'au moyen de tous emprunts bancaires. administration et exploitation, par location ou autrement, des biens sus-désignés. entretien et éventuellement l'aménagement de Ces biens. *Date de commencement d'activité :* 6 avril 2011.

1269 - * 532 791 563 RCS Nanterre. **SCI JWH.** *Forme :* Société civile immobilière. *Administration :* Associé gérant : MOKDAD Jihène Associé : MOKDAD Walid Associé : MOKDAD Haroun . *Capital :* 30000.00 euros. *Adresse :* 48 boulevard Vital Bouhot 92200 Neuilly-sur-Seine. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* acquisition, revente, gestion et administration civiles de tous biens et droits immobiliers lui appartenant. *Date de commencement d'activité :* 1er juin 2011.

1270 - * 532 791 852 RCS Nanterre. **SCI DIVONNE MARES.** *Forme :* Société civile. *Administration :* Associé gérant : OGIC Associé : SOVALIM Associé : SOVALIM FRANCE . *Capital :* 200.00 euros. *Adresse :* 47-49 avenue Édouard Vaillant 92100 Boulogne-Billancourt. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* soit au moyen de ses fonds propres, soit au moyen de deniers d'emprunt : l'acquisition de terrains et/ou lots de volume à Divonne les bains (01), 96 chemin des mares. l'acquisition éventuelle de tous droits réels ou personnels susceptibles d'en améliorer la consistance ou d'en constituer l'accessoire. l'édification sur Ces terrains de constructions à usage principal d'habitations, ainsi que de locaux d'activités, commerces ou bureaux, parkings et équipements publics. la division par lots du terrain et des constructions à édifier, la vente de Ces lots et de leurs dépendances, et éventuellement leur location. la constitution de toute association syndicale ou indivision réglementée en vue d'organiser la propriété et la gestion future des immeubles et de leurs dépendances. *Date de commencement d'activité :* 1er juin 2011.

1271 - * 532 792 207 RCS Nanterre. **MESEA.** *Forme :* Société par actions simplifiée. *Administration :* Président : CAVROIS Laurent Directeur général délégué : GOUIN Olivier Commissaire aux comptes titulaire : DELOITTE & ASSOCIES Commissaire aux comptes suppléant : BEAS . *Capital :* 15000.00 euros. *Adresse :* 9 place de l'Europe 92500 Rueil-Malmaison. *Origine du fonds :* Création d'un fonds de commerce. *Etablissement :* Etablissement principal. *Activité :* toutes opérations techniques, industrielles, financières ou commerciales concernant l'étude, la conception, la construction, la maintenance et l'exploitation d'une ligne ferroviaire à grande vitesse à double voie comprenant un tracé neuf d'environ 300 kilomètres entre Tours (saint-Avertin) et bordeaux (Ambarès et Lagrave) - incluant la réalisation des installations et équipements nécessaires - et 40 Kilomètres environ de raccordements au réseau existant dans le cadre d'une concession accordée par réseau ferré de France. *Date de commencement d'activité :* 1er juin 2011.

1272 - * 532 793 130 RCS Nanterre. **AGENCE ARISTOTE.** *Forme :* Société par actions simplifiée. *Administration :* Président : RAULT Fabrice Directeur général : MARAT Michèle . *Capital :* 10000.00 euros. *Adresse :* 146 boulevard Voltaire 92600 Asnières-sur-Seine. *Origine du fonds :* Création d'un fonds de commerce. *Etablissement :* Etablissement principal. *Activité :* réalisation de toutes prestations de services informatiques, technologiques, numériques, télécommunications, etc... édition de logiciels et leur commercialisation, vente de biens informatiques, développement Web. *Date de commencement d'activité :* 1er juin 2011.

1273 - * 532 793 817 RCS Nanterre. **EUROMEDLINE.** *Forme :* Société à responsabilité limitée à capital variable. *Administration :* Gérant : JAFFAL Mustafa . *Capital :* 5000 EUR*Adresse :* 4bis rue Georges Boisseau 92110 Clichy. *Origine du fonds :* Création d'un fonds de commerce. *Etablissement :* Etablissement principal. *Activité :* conseil et soutien aux entreprises de transport des voyageurs et marchandises. *Date de commencement d'activité :* 4 mai 2011.

1274 - * 532 773 926 RCS Nanterre. **TAZ MEDIA.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant : DADEN Gwénaëlle Marie . *Capital :* 15000.00 euros. *Adresse :* 6 villa des Aubépines

92270 Bois-Colombes. *Origine du fonds :* Création d'un fonds de commerce. *Etablissement :* Établissement principal. *Activité :* diffusion de campagnes publicitaires sur internet. Monétisation d'audiences sur les nouveaux médias (mobile, internet.. etc). Comercialisation d'espaces publicitaires. *Date de commencement d'activité :* 8 juin 2011.

1275 - * 532 796 406 RCS Nanterre. **SCI MAROUARD-LEVAL-LOIS.** *Forme :* Société civile. *Administration :* Associé gérant : MAROUARD Jean-Pierre Associé : KADRI Najette Associé : MAROUARD Solène . *Capital :* 410000.00 euros. *Adresse :* 24 avenue du Stade 92500 Rueil-Malmaison. *Origine du fonds :* Création. *Etablissement :* Établissement principal. *Activité :* l'acquisition par voie d'achat ou d'apport, la propriété, la mise en valeur, la transformation, la construction, l'aménagement, l'administration et la location de tous biens et droits immobiliers, de tous biens et droits pouvant constituer l'accessoire, l'annexe ou le complément des biens et droits immobiliers en question. et ce, soit au moyen de ses capitaux propres, soit au moyen de capitaux d'emprunt, ainsi que de l'octroi, à Tittre accessoire et exceptionnel, de toutes garanties à des opérations conformes à l'objet social et susceptibles d'en favoriser le développement. *Date de commencement d'activité :* 2 mai 2011.

1276 - * 532 501 871 RCS Nanterre. **FERRIÈRES ENERGIES VERTES.** *Forme :* Société par actions simplifiée. *Administration :* Président : VERDESIS FRANCE représenté par LOMBARD Xavier Commissaire aux comptes suppléant : GCIC GESTION COMPTABLE DE L'INDUSTRIE ET DU COMMERCE Commissaire aux comptes titulaire : SAINT GERMAIN AUDIT . *Capital :* 7500.00 euros. *Adresse :* 5-6 place de l'Iris Tour Manhattan Défense 2 92400 Courbevoie. *Origine du fonds :* Création d'un fonds de commerce. *Etablissement :* Établissement principal. *Activité :* la conception, la réalisation et l'exploitation de solutions partielles ou Globales de valorisation énergétique (électricité, chaleur, froid, mécanique, base de solution de biomasse et de toutes origines combustibles, et notamment de résidus de procédés de fermentation (Méthanisation) de toutes origines de Biogaz de décharge et, plus généralement, de gaz fatals ou de résidus. *Date de commencement d'activité :* 23 juin 2011.

1277 - * 531 966 471 RCS Nanterre. **GLOBAL PRINTING SERVICES.** *Forme :* Société par actions simplifiée. *Administration :* Président : FOURREAU Jean Pierre Directeur général : MARTIN Thierry Directeur général : NOENNEC Vincent . *Capital :* 8000.00 euros. *Adresse :* 77 rue Marcel Dassault 92100 Boulogne-Billancourt. *Origine du fonds :* Création d'un fonds de commerce. *Etablissement :* Établissement principal. *Activité :* conseil maîtrise et optimisation des systèmes d'impression vente location gestion des périphériques d'impression assistance dans la mise en oeuvre des outils logiciels de gestion principalement pour les grands comptes. *Date de commencement d'activité :* 10 janvier 2011.

1278 - * 532 799 889 RCS Nanterre. **OQG.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant : ELNAGGAR Tarek . *Capital :* 100.00 euros. *Adresse :* 30 rue Beranger 92320 Châtillon. *Origine du fonds :* Création d'un fonds de commerce. *Etablissement :* Établissement principal. *Activité :* restauration rapide, Sandwicherie, pizzeria, avec vente sur place, produits alimentaires, boissons non alcoolisées, et toutes activités annexes ou complémentaires s'y rapportant, vente de tous produits non réglementés. *Date de commencement d'activité :* 1er mai 2011.

1279 - * 532 799 236 RCS Nanterre. **OLADUBI.** *Forme :* Société civile immobilière. *Administration :* Associé gérant : DORO Jean Luc Associé : JLD CONSULTING SARL . *Capital :* 300000.00 euros. *Adresse :* 109 Bis avenue Charles de Gaulle 92200 Neuilly-sur-Seine. *Origine du fonds :* Création. *Etablissement :* Établissement principal. *Activité :* l' acquisition, l' administration et la gestion par location ou autrement de tous immeubles et biens immobiliers, et notamment d' un immeuble sis 109 bis, avenue Charles de gaulle 92200 Neuilly sur seine. *Date de commencement d'activité :* 14 juin 2011.

1280 - * 532 600 574 RCS Nanterre. **GASTRONOMIE DESIGN JAPONAISE.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant : KEITA Makan . *Capital :* 10000.00 euros. *Adresse :* 35 rue Rousselle 92800 Puteaux. *Origine du fonds :* Création d'un fonds de commerce. *Etablissement :* Établissement principal. *Activité :* restauration vente à emporter et livraison de plats traditionnels japonais. *Date de commencement d'activité :* 1er juin 2011.

## Immatriculations

1281 - * 532 733 110 RCS Nanterre. **SAIGHI** (Karim). *Etablissement :* Établissement principal. *Adresse :* 22 place de la Liberté 92250 la Garenne Colombes. *Précédent exploitant :* 504 463 217 RCS Nanterre. **LAURE DU CAFE.** *Date de commencement d'activité :* 30 mai 2011. *Commentaires :* Fonds reçu en location-gérance.

1282 - * 492 176 078 RCS Nanterre. **SCI FONCIERE LOUIS-PHI-LIPPE.** *Forme :* Société civile immobilière. *Administration :* Associé : BLAISE Desgoffe SARL (06b18872) Gérant : UZAN Stéphane . *Capital :* 760000.00 euros. *Adresse :* 17 rue d'Orléans 92200 Neuilly-sur-Seine. *Commentaires :* Immatriculation d'une personne morale suite au transfert du siège hors ressort. Modification de la dénomination. Modification de représentant.

1283 - * 431 747 971 RCS Nanterre. **EURL DU 38 RUE DU HAMEAU.** *Forme :* Société à responsabilité limitée à capital variable à associé unique. *Administration :* Gérant : BERG Bernhard Gérant : RICKEN Steffen Gérant : VON SYDOW Ferdinand Enrico Bernd Gérant : SACKNIESS Tim Gerritt Gérant : GEIS Jörg Commissaire aux comptes suppléant : BORIS Etienne Commissaire aux comptes titulaire : BEFEC - PRICE WATERHOUSE . *Capital :* 8000.00 euros. *Adresse :* 14 rue Sarah Bernhardt 92600 Asnières-sur-Seine. *Commentaires :* Immatriculation d'une personne morale suite au transfert du siège hors ressort.

1284 - * 421 302 985 RCS Nanterre. **EURL DU 1-3 RUE LAFAYETTE.** *Forme :* Société à responsabilité limitée à capital variable à associé unique. *Administration :* Gérant : BERG Bernhard Gérant : RICKEN Steffen Gérant : VON SYDOW Ferdinand Enrico Bernd Gérant : SACKNIESS Tim Gerritt Gérant : GEIS Jörg Commissaire aux comptes suppléant : BORIS Etienne Commissaire aux comptes titulaire : PRICEWATERHOUSECOOPERS AUDIT . *Capital :* 8000.00 euros. *Adresse :* 14 rue Sarah Bernhardt 92600 Asnières-sur-Seine. *Commentaires :* Immatriculation d'une personne morale suite au transfert du siège hors ressort.

1285 - * 423 434 299 RCS Nanterre. **EURL DU 55 RUE RASPAIL.** *Forme :* Société à responsabilité limitée à capital variable à associé unique. *Administration :* Gérant : BERG Bernhard Gérant : RICKEN Steffen Gérant : VON SYDOW Ferdinand Enrico Bernd Gérant : SACKNIESS Tim Gerritt Gérant : GEIS Jörg Commissaire aux comptes suppléant : BORIS Etienne Commissaire aux comptes titulaire : PRICEWATERHOUSECOOPERS AUDIT . *Capital :* 8000.00 euros. *Adresse :* 14 rue Sarah Bernhardt 92600 Asnières-sur-Seine. *Commentaires :* Immatriculation d'une personne morale suite au transfert du siège hors ressort.

1286 - * 444 384 515 RCS Nanterre. **WEBSENSE FRANCE.** *Forme :* Société à responsabilité limitée à associé unique. *Administration :* Gérant : BURNS Lisa Susan Gérant : Locke III Arthur Sinton Commissaire aux comptes suppléant : FOURCADE Jean-Louis Commissaire aux comptes titulaire : RSM RSA . *Capital :* 7500.00 euros. *Adresse :* 9-11 allée de l'Arche Paris la Défense 92671 Courbevoie Cedex. *Commentaires :* Immatriculation d'une personne morale suite au transfert du siège hors ressort.

1287 - * 337 989 602 RCS Nanterre. **SCI BENJAMIN CONSTANT.** *Forme :* Société civile immobilière. *Administration :* Gérant : HAMON Julie . *Capital :* 1829.39 euros. *Adresse :* 126 boulevard Bineau 92200 Neuilly-sur-Seine. *Commentaires :* Immatriculation d'une personne morale suite au transfert du siège hors ressort.

1288 - * 512 586 355 RCS Nanterre. **M M B A.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant : GUEY Anna . *Capital :* 5000.00 euros. *Adresse :* 119 Bis rue de Colombes 92600 Asnières-sur-Seine. *Commentaires :* Immatriculation d'une personne morale suite au transfert du siège hors ressort. Modification de représentant.

1289 - * 438 328 031 RCS Nanterre. **AMCOR INTERNATIONAL SAS.** *Forme :* Société par actions simplifiée. *Administration :* Président : AMCOR FRANCE Commissaire aux comptes titulaire : PRICE-WATERHOUSECOOPERS AUDIT Commissaire aux comptes suppléant : BORIS Etienne . *Capital :* 181423999.00 euros. *Adresse :* 100-101 terrasse Boieldieu - la Défense 8 - Tour Franklin 92042 Paris la Défense Cedex. *Commentaires :* Immatriculation d'une personne morale suite au transfert du siège hors ressort.

1290 - * 449 093 772 RCS Nanterre. **AMCOR FRANCE HOLDING N° 1.** *Forme :* Société par actions simplifiée à associé unique. *Administration :* Président : AMCOR FRANCE Commissaire aux comptes titulaire : PRICEWATERHOUSECOOPERS AUDIT Commissaire aux comptes suppléant : BORIS Etienne . *Capital :* 40737000.00 euros. *Adresse :* 100-101 terrasse Boieldieu - la Défense 8 - Tour Franklin 92042 Paris la Défense Cedex. *Commentaires :* Immatriculation d'une personne morale suite au transfert du siège hors ressort.

1291 - * 377 499 041 RCS Nanterre. **AMCOR FRANCE.** *Forme :* Société par actions simplifiée. *Administration :* Président : HATAT Sylvie Commissaire aux comptes titulaire : PRICEWATERHOUSE-COOPERS AUDIT Commissaire aux comptes suppléant : BORIS Etienne . *Capital :* 133787709.00 euros. *Adresse :* 100-101 terrasse Boieldieu - la Défense 8 - Tour Franklin 92042 Paris la Défense Cedex. *Commentaires :* Immatriculation d'une personne morale suite au transfert du siège hors ressort.

1292 - *504 420 050 RCS Nanterre. **LINEA SERVICES.** *Forme :* Société à responsabilité limitée à associé unique. *Nom commercial :* IMMATEX. *Administration :* Gérant : CHAPON Laurence . *Capital :* 100.00 euros. *Adresse :* 293-295 boulevard Saint-Denis 92400 Courbevoie. *Commentaires :* Immatriculation d'une personne morale suite au transfert du siège hors ressort. Modification de la forme juridique.

1293 - *520 312 158 RCS Nanterre. **CD L2A.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant : OHAYON David . *Capital :* 6000.00 euros. *Adresse :* 12 rue Édouard Vaillant 92300 Levallois-Perret. *Etablissement :* Etablissement principal. *Activité :* formation pour adultes et formation continue. *Commentaires :* Immatriculation d'une personne morale suite au transfert du siège hors ressort. Modification de l'activité. Modification de la dénomination.

1294 - *479 943 516 RCS Nanterre. **DE BREM ETOILE.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant : DE BREM Thierry Charles Marie Raymond . *Capital :* 8000.00 euros. *Adresse :* 16 rue d'Armenonville 92200 Neuilly-sur-Seine. *Commentaires :* Immatriculation d'une personne morale suite au transfert du siège hors ressort.

## 93 - SEINE-SAINT-DENIS

### GREFFE DU TRIBUNAL DE COMMERCE DE BOBIGNY

#### Ventes et cessions

1295 - *531 007 714 RCS Bobigny. **SAM COUTURE.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant : NOGALES Pierre en fonction le 18 Mars 2011 . *Capital :* 42100.00 euros. *Adresse :* 21 rue Voltaire 93700 Drancy. *Origine du fonds :* Achat d'un fonds de commerce au prix stipulé de 60000 Euros. *Etablissement :* Etablissement principal. *Activité :* fabrication, confection, achat et vente, importation, exportation, en gros et en détail de tous vêtements pour hommes, femmes et enfants ainsi que de tissus en tous genres et de tous accessoires concernant l'habillement. *Adresse :* 21 rue Voltaire 93700 Drancy. *Précédent propriétaire :* 479 361 792 RCS Bobigny. **PESIC** (Eva). *Date de commencement d'activité :* 1er avril 2011. *Publication légale :* La Loi du 14 avril 2011. *Oppositions :* Me ALLIRAND 7 rue Georges Pompidou 93260 LES LILAS pour la validité et pour la correspondance Me ALLIRAND 7 rue Georges Pompidou 93260 LES LILAS. *Commentaires :* Modification de l'activité. Modification de la date de début d'activité.

1296 - *390 680 924 RCS Bobigny. **LE PETIT CENTRE.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant : CHIGUER Otmane en fonction le 07 Juin 2011 . *Capital :* 7622.45 euros. *Adresse :* 117 rue de Paris Montreuil 93100 Montreuil. *Origine du fonds :* Achat d'un fonds de commerce au prix stipulé de 400000 Euros. *Etablissement :* Etablissement principal. *Activité :* hôtellerie, marchand de vins, liqueurs, brasserie, restaurant. *Adresse :* 117 rue de Paris Montreuil 93100 Montreuil. *Précédent propriétaire :* 488 390 550 RCS Bobigny. **MGE.** *Date de commencement d'activité :* 1er avril 2011. *Publication légale :* Affiches Parisiennes du 14 avril 2011. *Oppositions :* Me Zoubir BELHOUL 87 rue de Paris 93100 MONTREUIL pour la validité et pour la correspondance Me Zoubir BELHOUL 87 rue DE PARIS 93100 MONTREUIL. *Commentaires :* Modification de la dénomination. Modification de l'adresse du siège. Immatriculation d'une personne morale suite au transfert du siège hors ressort. Modification de l'activité. Modification de la date de début d'activité.

#### Créations d'établissements

1297 - *532 102 977 RCS Bobigny. **SOCIÉTÉ NOUVELLE AMBU-LANCES DOUHERET.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant : JORDIER Dominique Gérant : MALPON Etienne . *Capital :* 8000.00 euros. *Adresse :* 8 rue du Docteur Garasse 93600 Aulnay-sous-Bois. *Commentaires :* Cette société n'exerce aucune activité.

1298 - *532 731 627 RCS Bobigny. **SCI M² IA.** *Forme :* Société civile immobilière. *Administration :* Associé gérant : ALIOUI Khaled Associé : ALIOUI Ali Associé : HAMMALI Abdallah . *Capital :* 2000.00 euros. *Adresse :* 17 rue Saalfeld 93240 Stains. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* acquisition vente et location de tous biens immobiliers. *Date de commencement d'activité :* 1er mai 2011.

1299 - *532 717 931 RCS Bobigny. **HAPPYOPTIC.** *Forme :* Société par actions simplifiée à associé unique. *Sigle :* OPTICAL DIS-COUNT. *Administration :* Président : BELBACHIR Ouafae Directeur général : MAAREK Mathias . *Capital :* 10000.00 euros. *Adresse :* 22 boulevard Ornano 93200 Saint-Denis. *Origine du fonds :* Création d'un fonds de commerce. *Etablissement :* Etablissement principal. *Activité :* achat, vente de lunetterie, optique, acoustique, photo. *Date de commencement d'activité :* 6 avril 2011.

1300 - *532 770 062 RCS Bobigny. **A. N. T.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant : AHMAD Nisar . *Capital :* 7000.00 euros. *Adresse :* 37 rue François Arago 93100 Montreuil. *Origine du fonds :* Création d'un fonds de commerce. *Etablissement :* Etablissement principal. *Activité :* import, export d'articles de confection et de prêt à porter, hommes, femmes, enfants, bazar, travaux de rénovation intérieure. import-export, achat et vente de tous produits non réglementés. *Date de commencement d'activité :* 31 mai 2011.

1301 - *532 770 047 RCS Bobigny. **NIKO.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant : STOILOVIC Tihomir . *Capital :* 1000.00 euros. *Adresse :* 2 Bis rue des Quatre Chemins 93300 Aubervilliers. *Origine du fonds :* Création d'un fonds de commerce. *Etablissement :* Etablissement principal. *Activité :* confection à façon, import-export. *Date de commencement d'activité :* 3 juin 2011.

1302 - *532 778 776 RCS Bobigny. **TAVARES IMMO.** *Forme :* Société civile immobilière. *Administration :* Associé gérant : DOS SANTOS Maria De Fatima Associé : TAVARES Albano . *Capital :* 1000 euros. *Adresse :* 8 Bis rue Pierre Curie 93190 Livry-Gargan. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* la propriété, l'administration, la construction de tout immeuble ou droit immobilier. *Date de commencement d'activité :* 6 juin 2011.

1303 - *532 787 470 RCS Bobigny. **SOCIÉTÉ CIVILE IMMOBI-LIÈRE TINA.** *Forme :* Société civile. *Administration :* Associé gérant : GODFRI Groose Associé : GABRI Groose Associé : POTHUGODA ARACHCHIGE PUBLIS APPAHAMY Jansan Jayantha . *Capital :* 150.00 euros. *Adresse :* 2 rue Georges Politzer 93120 La Courneuve. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* gestion immobilière. *Date de commencement d'activité :* 6 juillet 2011.

1304 - *532 789 187 RCS Bobigny. **INDIAN STYLE.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant : SRIKANTHASIN-GAM Kayana . *Capital :* 5000.00 euros. *Adresse :* 19 avenue Paul Vaillant Couturier 93120 La Courneuve. *Origine du fonds :* Création d'un fonds de commerce. *Etablissement :* Etablissement principal. *Activité :* achat, vente de tous produits et accessoires multimédia et textiles et bijouterie fantaisie. *Date de commencement d'activité :* 20 mai 2011.

1305 - *532 790 649 RCS Bobigny. **ARTY BEILLE.** *Forme :* Société à responsabilité limitée. *Nom commercial :* ARTY-BEILE. *Administration :* Co-gérant : MALONGA Mina, Gerdiak, Ulrich Co-gérant : NCONGO Yann, Salomon Co-gérant : SILMON Rodolphe, Julien . *Capital :* 4500.00 euros. *Adresse :* 17 villa de l'Union 93220 Gagny. *Origine du fonds :* Création d'un fonds de commerce. *Etablissement :* Etablissement principal. *Activité :* production audiovisuelle et musical. *Date de commencement d'activité :* 10 mai 2011.

1306 - *532 792 868 RCS Bobigny. **SCI KIRAT.** *Forme :* Société civile immobilière. *Administration :* Associé gérant : KIRAT Ahmed Associé : MERABTI Nora Associé : KIRAT Sarah Associé : KIRAT Yanis . *Capital :* 100.00 euros. *Adresse :* 20 avenue Corneille 93220 Gagny. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* acquisition, aménagement, mise en valeur, administration, exploitation par location ou autrement de tous immeubles et biens immobiliers. *Date de commencement d'activité :* 7 juin 2011.

1307 - *532 794 658 RCS Bobigny. **PINTI.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant : GUNDUZ Kenan . *Capital :* 8000.00 euros. *Adresse :* 32 avenue de Metz 93230 Romainville. *Origine du fonds :* Création d'un fonds de commerce. *Etablissement :* Etablissement principal. *Activité :* maçonnerie générale, terrassement. *Date de commencement d'activité :* 1er juin 2011.

1308 - *532 794 849 RCS Bobigny. **ERP.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant : NAROYANIN Cédric, Alexandre . *Capital :* 8000.00 euros. *Adresse :* 158 rue Diderot 93500 Pantin. *Origine du fonds :* Création d'un fonds de commerce. *Etablissement :* Etablissement principal. *Activité :* énergie renouvelable, panneaux solaire, photovoltaique, pompe à chaleur, chauffage, climatisation achat, vente et installation. *Date de commencement d'activité :* 18 mai 2011.

1309 - *532 794 997 RCS Bobigny. **DQL.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant : DUONG Minh Quynh Lien . *Capital :* 1000.00 euros. *Adresse :* 9 rue Eugène Sue 93360 Neuilly-Plaisance. *Origine du fonds :* Création d'un fonds de commerce. *Etablissement :* Etablissement principal. *Activité :* confection de vêtements en tous genres. *Date de commencement d'activité :* 1er juin 2011.

1310 - *532 795 218 RCS Bobigny. **KHB.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant : PAK Cun Zai . *Capital :* 8000.00 euros. *Adresse :* 24 chemin Latéral Nord 93300 Aubervilliers.

*Origine du fonds :* Création d'un fonds de commerce. *Établissement :* Établissement principal. *Activité :* achat-vente en gros, demi-gros et détail, import-export de prêt à porter en tous genres, confection. *Date de commencement d'activité :* 8 juin 2011.

1311 – * 532 701 174 RCS Bobigny. **SIMAUTO-SERVICES.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant : AZIZI Moulay Slimane . *Capital :* 4000.00 euros. *Adresse :* 159 boulevard Édouard Vaillant Aubervilliers 93300 Aubervilliers. *Origine du fonds :* Création d'un fonds de commerce. *Établissement :* Établissement principal. *Activité :* achat vente de véhicules d'occasions ventes des accessoires de voitures service d'immatriculation de véhicules pose de plaques d'immatriculation dépannages. *Date de commencement d'activité :* 1ᵉʳ juin 2011.

1312 – * 532 798 543 RCS Bobigny. **SARL PHUC.** *Forme :* Société à responsabilité limitée. *Administration :* Associé : SAKUNSRI Miss Bunyisa . *Capital :* 1000.00 euros. *Adresse :* 1-3 rue Gaston Monmousseau 93100 Montreuil. *Origine du fonds :* Création d'un fonds de commerce. *Établissement :* Établissement principal. *Activité :* confection de vêtements en tous genres. *Date de commencement d'activité :* 1ᵉʳ juin 2011.

1313 – * 532 799 848 RCS Bobigny. **LA FLEUR DE LOTUS.** *Forme :* Société civile immobilière. *Administration :* Associé gérant : TANDURA Angela Associé : TANDURA Daniele . *Capital :* 2000.00 euros. *Adresse :* 18-20 place Carnot 93110 Rosny-sous-Bois. *Origine du fonds :* Création. *Établissement :* Établissement principal. *Activité :* propriété et gestion d'immeubles que la société se propose d'acquérir. *Date de commencement d'activité :* 18 mai 2011.

1314 – * 532 800 224 RCS Bobigny. **EHG.** *Forme :* Société civile immobilière. *Administration :* Associé gérant : DOLIGNIER Emmanuel, François, Bernard Associé : LEBLOND Hélène . *Capital :* 1000.00 euros. *Adresse :* 45 allée de la Tour 93250 Villemomble. *Origine du fonds :* Création. *Établissement :* Établissement principal. *Activité :* la souscription, l'achat, la vente, et la gestion de titres ou droits sociaux de toutes Sociéés, françaises ou étrangères, cotées ou non cotées, l'acquisition la propriété l'échange, l'administration, la gestion de tous placement gestion des biens sociaux. *Date de commencement d'activité :* 13 avril 2011.

1315 – * 532 800 513 RCS Bobigny. **SCI MIJAILLE.** *Forme :* Société civile. *Administration :* Associé gérant : MIJAILLE Benoit Associé : ANGELE Anne Associé : MIJAJLOVIC Goran . *Capital :* 1500.00 euros. *Adresse :* 64 rue Sedaine 93700 Drancy. *Origine du fonds :* Création. *Établissement :* Établissement principal. *Activité :* l'acquisition, construction, l'amélioration, la mise en copropriété, la gestion et l'administration desdits biens. *Date de commencement d'activité :* 19 mai 2011.

1316 – * 532 801 131 RCS Bobigny. **DELEVDAN.** *Forme :* Société civile immobilière. *Administration :* Associé gérant : KAJDA Daniel Associé : KAJDA Delphine . *Capital :* 500.00 euros. *Adresse :* 18-20 avenue des Caves d' Avron 93360 Neuilly-Plaisance. *Origine du fonds :* Création. *Établissement :* Établissement principal. *Activité :* acquisition administration gestion par location de biens immobiliers. *Date de commencement d'activité :* 1ᵉʳ juin 2011.

1317 – * 532 801 669 RCS Bobigny. **PANTIUM.** *Forme :* Société par actions simplifiée. *Administration :* Président : CHALLANCIN Catherine Personne ayant pouvoir d'engager à titre habituel la société vis-à-vis des tiers : CHALLANCIN Catherine Personne ayant pouvoir d'engager à titre habituel la société vis-à-vis des tiers : LAISNEY Frédéric . *Capital :* 2000.00 euros. *Adresse :* 9-11 avenue Michelet 93400 Saint-Ouen. *Origine du fonds :* Création d'un fonds de commerce. *Établissement :* Établissement principal. *Activité :* prise de participations dans le capital de toute personne morale, activités de société holding opérationnelle. *Date de commencement d'activité :* 11 mai 2011.

**Immatriculations**

1318 – * 532 738 002 RCS Bobigny. **SQUERI** (Christiane). *Nom d'usage :* MOLETTE. *Établissement :* Établissement principal. *Adresse :* 1 rue Étienne Dolet 93360 Neuilly Plaisance. *Précédent exploitant :* 321 261 299 RCS Paris. **MOLETTE** (Denis Michel). *Date de commencement d'activité :* 1ᵉʳ mai 2011. *Commentaires :* Fonds précédemment exploité par le conjoint.

1319 – * 410 512 206 RCS Bobigny. **BIOCITECH SERVICE.** *Forme :* Société par actions simplifiée à associé unique. *Administration :* Président : COUTTE Isabelle Commissaire aux comptes titulaire : PRICEWATERHOUSECOOPERS AUDIT - SOCIÉTÉ ANONYME (SA) Commissaire aux comptes suppléant : NICOLAS Yves . *Capital :* 40300.00 euros. *Adresse :* 102 avenue Gaston Roussel 93230 Romainville. *Établissement :* Établissement principal. *Activité :* la fourniture

de prestations de services administratifs techniques financiers et commerciaux de toute nature relatives à la gestion et à l'exploitation de parc technologiques. *Commentaires :* Immatriculation d'une personne morale suite au transfert du siège hors ressort. Modification de l'activité. Modification de la dénomination.

1320 – * 402 610 596 RCS Bobigny. **SKY NET.** *Forme :* Société à responsabilité limitée. *Nom commercial :* ASPM ET SAMC. *Sigle :* E G B. *Administration :* Gérant : BUTT Umair Javed . *Capital :* 50000.00 euros. *Adresse :* 22 rue de Lorraine 93000 Bobigny. *Établissement :* Établissement principal. *Activité :* négoce, import export de produits non réglementés, installation en réseaux de matériel informatique. *Commentaires :* Immatriculation d'une personne morale suite au transfert du siège hors ressort. Modification de la dénomination. Modification du capital. Modification de l'activité. Modification de représentant.

## 94 - VAL-DE-MARNE

### GREFFE DU TRIBUNAL DE COMMERCE DE CRÉTEIL

#### Ventes et cessions

1321 – * 532 016 896 RCS Créteil. **CPK.** *Forme :* Société à responsabilité limitée à associé unique. *Administration :* Gérant : BENGHANEM Mustapha en fonction le 11 Avril 2011 . *Capital :* 4000.00 euros. *Adresse :* 31 rue Charles de Gaulle 94140 Alfortville. *Origine du fonds :* Achat d'un fonds de commerce au prix stipulé de 34500 Euros. *Établissement :* Établissement principal. *Activité :* restauration sur place et à emporter, ventes de plats à emporter, produits alimentaires, traiteur, ventes par internet épicerie fine. *Adresse :* 31 rue Charles de Gaulle 94140 Alfortville. *Précédent propriétaire :* 520 795 675 RCS Créteil. **CPK AND CO.** *Date de commencement d'activité :* 13 avril 2011. *Publication légale :* Val-de-Marne Infos du 28 avril 2011. *Oppositions :* Au fonds vendu pour la validité et pour la correspondance.

1322 – * 531 556 892 RCS Créteil. **FRANCE OPTIQUE.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant : MOUYAL Benjamin en fonction le 06 Avril 2011 . *Capital :* 80000 euros. *Adresse :* 27/31 rue Gabriel Péri 94220 Charenton-le-Pont. *Origine du fonds :* Achat d'un fonds de commerce au prix stipulé de 600000 Euros. *Établissement :* Établissement principal. *Activité :* la création et le négoce, l'édition publicitaire sous toutes les formes. *Adresse :* 21/23 rue Camille Desmoulins 92130 Issy-les-Moulineaux. *Précédent propriétaire :* 552 082 273 RCS Nanterre. **VIDAL.** *Date de commencement d'activité :* 30 mars 2011. *Publication légale :* La Gazette du Palais du 4 juin 2011. *Oppositions :* Au Mandataire SCP VENEZIAT LAVAL LIAUD, Huissiers de Justice, 130 av Charles de Gaulle 92200 NEUILLY SUR SEINE pour la validité et pour la correspondance SEQUESTRE JURIDIQUE DE L'ORDRE DES AVOCATS 11 place Dauphine 75053 PARIS RP SP. *Commentaires :* Modification de l'activité.

#### Créations d'établissements

1323 – * 444 084 883 RCS Créteil. **BOUFFARD** (Philippe). *Nom commercial :* TRED/ TRANSPORT A TOUT PRIX. *Origine du fonds :* Création d'un fonds de commerce. *Établissement :* Établissement principal. *Activité :* transport publics routiers de marchandises à l'aide de véhicules de moins de 3,5 tonnes de poids maximum autorisé. *Adresse :* 10 rue de Paris 94470 Boissy Saint-Léger. *Date de commencement d'activité :* 1ᵉʳ mai 2011.

1324 – * 497 765 297 RCS Créteil. **PINTE** (Pascale Josette Christine). *Nom d'usage :* BERNARD. *Origine du fonds :* Création d'un fonds de commerce. *Établissement :* Établissement principal. *Activité :* commerce de détail de fleurs. *Adresse :* 15 avenue du Maréchal de Lattre de Tassigny 94440 Villecresnes. *Date de commencement d'activité :* 1ᵉʳ janvier 2011.

1325 – * 532 731 635 RCS Créteil. **SCI ELLE & LUI = NOUS.** *Forme :* Société civile immobilière. *Administration :* Associé gérant : MACQUE Christine Associé : SFEZ Jean-Luc . *Capital :* 1000.00 euros. *Adresse :* 20 rue Victor Basch 94320 Thiais. *Origine du fonds :* Création. *Établissement :* Établissement principal. *Activité :* l'acquisition, la construction, l'administration, la gestion et l'exploitation par bail, location ou autrement, de tous immeubles et droits immobiliers situés en France et notamment d'un immeuble à usage d'habitation sis 20 ruée Victor Basch 94320 Thiais. *Date de commencement d'activité :* 18 mai 2011.

1326 – * 532 731 643 RCS Créteil. **SCI MATAYLI.** *Forme :* Société civile immobilière. *Administration :* Associé gérant : MATAYLI Ramazan Associé : MATAYLI Durmus Ali Associé : YITIK Fatma . *Capital :* 500.00 euros. *Adresse :* 40 rue Nouvelet 94310 Orly. *Origine*

du fonds : Création. *Etablissement* : Etablissement principal. *Activité* : la propriété, la gestion, l'administration et plus généralement l'exploitation par bail, location ou autrement des immeubles que la société se propose d'acquérir. *Date de commencement d'activité* : 14 mars 2011.

1327 - * 532 794 757 RCS Créteil. **S. E. L.** *Forme* : Société à responsabilité limitée. *Nom commercial* : GALERIE GABRIEL. *Administration* : Gérant : DAYAN Gabriel . *Capital* : 10000.00 euros. *Adresse* : 77 rue de l'Hérault 94220 Charenton-le-Pont. *Origine du fonds* : Création d'un fonds de commerce. *Etablissement* : Etablissement principal. *Activité* : l'achat et la vente de tapis d'orient et d'objets d'art. *Date de commencement d'activité* : 24 mai 2011.

1328 - * 532 778 032 RCS Créteil. **BEAUTE NAIL.** *Forme* : Société à responsabilité limitée. *Administration* : Gérant : WU Binbin . *Capital* : 2000.00 euros. *Adresse* : 33 Bis boulevard de Strasbourg 94130 Nogent-sur-Marne. *Origine du fonds* : Création d'un fonds de commerce. *Etablissement* : Etablissement principal. *Activité* : centre de soins esthétiques, soins de beauté, Onglerie, relaxation. *Date de commencement d'activité* : 26 mai 2011.

1329 - * 532 797 719 RCS Créteil. **NPE IDF.** *Forme* : Société à responsabilité limitée. *Administration* : Gérant : AMEDDAH Lahoucine . *Capital* : 6000.00 euros. *Adresse* : 13 rue Maurice Couderchet 94200 Ivry-sur-Seine. *Origine du fonds* : Création d'un fonds de commerce. *Etablissement* : Etablissement principal. *Activité* : nettoyage industriel et privé, le gardiennage, l'entretien des espaces vert, enlèvement des encombrent et remise en état après travaux. *Date de commencement d'activité* : 1er juin 2011.

1330 - * 532 798 105 RCS Créteil. **SNC CPMC.** *Forme* : Société en nom collectif. *Administration* : Associé gérant : MAIGNE Philippe Associé : PERSICHETTI Carole . *Capital* : 1500.00 euros. *Adresse* : 21 rue Maurepas 94320 Thiais. *Origine du fonds* : Création d'un fonds de commerce. *Etablissement* : Etablissement principal. *Activité* : la construction d'un immeuble à Orly (val-de-marne) 35 avenue martyrs chateaubriand à usage mixte d'habitation et de commerce, notamment de locaux destinés à accueillir une pharmacie. *Date de commencement d'activité* : 2 mai 2011.

1331 - * 532 798 998 RCS Créteil. **SCI FEDERATION.** *Forme* : Société civile. *Administration* : Associé gérant : FRAQUELLI Giorgio Associé : FRAQUELLI Céline . *Capital* : 100 EURAdresse : 48 50 avenue de la Dame Blanche 94120 Fontenay-sous-Bois. *Origine du fonds* : Création d'un fonds de commerce. *Etablissement* : Etablissement principal. *Activité* : l'acquisition, la gestion, l'administration, l'entretien, la location de tous biens et droits immobiliers, le cas échéant par voie d'apport, la mise en valeur de Ces biens et droits immobiliers notamment par aménagement, améliorations, travaux, la vente de Ces biens et droits immobiliers, l'acquisition et la gestion de toute valeurs mobilières, l'obtention de tous prêts nécessaires au financements de l'acquisition des biens et droits immobiliers et/ou travaux d'aménagement et/ou d'amélioration avec ou sans Sûretés réelles garantie hypothécaire, nantissement. *Date de commencement d'activité* : 25 mai 2011.

1332 - * 532 799 764 RCS Créteil. **SCI LES PALMIERS.** *Forme* : Société civile immobilière. *Administration* : Associé gérant : GIACOMINI Guy Associé : CROSSONNEAU Annie . *Capital* : 183500.00 euros. *Adresse* : 3 rue Jean Gabin 94410 Saint-Maurice. *Origine du fonds* : Création. *Etablissement* : Etablissement principal. *Activité* : achat immobilier. *Date de commencement d'activité* : 26 mai 2011.

1333 - * 532 800 174 RCS Créteil. **MB.** *Forme* : Société civile immobilière. *Administration* : Associé gérant : MSALLEM Nejib Associé : MSALLEM Mohamed . *Capital* : 1000.00 euros. *Adresse* : 60 Ter rue Victor Hugo 94700 Maisons-Alfort. *Origine du fonds* : Création. *Etablissement* : Etablissement principal. *Activité* : l'acquisition ou la location de tous terrains ou édifices à usage commercial ou même d'habitation en quelque lieu que Ces immeubles soient situés en France. *Date de commencement d'activité* : 7 juin 2011.

1334 - * 532 700 952 RCS Créteil. **MISKADO.** *Forme* : Société à responsabilité limitée. *Administration* : Gérant : GOLDMAN Daniel Gérant : MENARA Mathieu . *Capital* : 1000.00 euros. *Adresse* : 9 quai de la Brise 94000 Créteil. *Origine du fonds* : Création d'un fonds de commerce. *Etablissement* : Etablissement principal. *Activité* : la promotion, la production de spectacles vivants, édition, réalisation, management artistique et organisation d'évènements en tout genre et sur tous supports matériels et Dématérialisés. le management artistique. *Date de commencement d'activité* : 1er juin 2011.

1335 - * 532 801 305 RCS Créteil. **PIA.** *Forme* : Société civile immobilière. *Administration* : Associé gérant : LELLOUCHE Isabelle Henriette Associé : JAOUI Franck Simon Associé : LELLOUCHE Stiv

Joseph Associé : LELLOUCHE Salomon Patrick Associé : LELLOUCHE Alain Charles . *Capital* : 1000.00 euros. *Adresse* : 21 rue Édouard Jenner 94500 Champigny-sur-Marne. *Origine du fonds* : Création. *Etablissement* : Etablissement principal. *Activité* : l'acquisition par voie d'achat ou d'apport, la propriété, la mise en valeur, la transformation, la construction, l'aménagement, l'administration et la location de tous biens et droits immobiliers, de tous biens et droits pouvant constituer l'accessoire, l'annexe ou le complément des biens et droits immobiliers en question. *Date de commencement d'activité* : 19 mai 2011.

### Immatriculations

1336 - * 503 119 984 RCS Créteil. **EXPLICIT CONSULTING.** *Forme* : Société à responsabilité limitée. *Nom commercial* : EXPLICIT CONSULTING. *Administration* : Gérant : FELLOUS Franklin . *Capital* : 12000.00 euros. *Adresse* : 26 rue Général Leclerc 94220 Charenton-le-Pont. *Commentaires* : Immatriculation d'une personne morale suite au transfert du siège hors ressort.

1337 - * 453 987 489 RCS Créteil. **SCI FRION.** *Forme* : Société civile immobilière. *Administration* : Associé gérant : SZWEBEL Léon Associé : HABERMAN Frieda . *Capital* : 1000.00 euros. *Adresse* : 5 avenue Gambetta 94160 Saint-Mandé. *Commentaires* : Immatriculation d'une personne morale suite au transfert du siège hors ressort. Modification de représentant.

1338 - * 452 184 922 RCS Créteil. **S. C. LES TILLEULS DU COUDRAY.** *Forme* : Société civile. *Administration* : Associé : GRIMOIN Max Eugène Associé gérant : GRIMOIN Laurence Associé gérant : GRIMOIN Sophie . *Capital* : 455000.00 euros. *Adresse* : 38 avenue du Petit Parc 94300 Vincennes. *Commentaires* : Immatriculation d'une personne morale suite au transfert du siège hors ressort. Modification de représentant.

## 95 - VAL-D'OISE

### GREFFE DU TRIBUNAL DE COMMERCE DE PONTOISE

#### Ventes et cessions

1339 - * RCS non inscrit. **V12 AUTOMOBILES.** *Forme* : Société à responsabilité limitée à associé unique. *Capital* : 1000.00 euros. *Adresse* : 20 chemin des Demoiselles 95190 Goussainville. *Origine du fonds* : Achat d'un fonds de commerce au prix stipulé de 10000 Euros. *Etablissement* : Etablissement principal. *Activité* : le droit à la présentation de la clientèle ainsi que le matériel d'exploitation inventorié attachée au fonds de commerce. *Adresse* : 28 rue Victor Hugo 95350 Saint-Brice-sous-Forêt. *Précédent propriétaire* : 422 543 850 RCS PONTOISE. PREHOUBERT (Jean Louis Raymond André). *Date de commencement d'activité* : 11 janvier 2011. *Publication légale* : L'Echo Le Régional du 21 janvier 2011. *Oppositions* : Au Mandataire CABINET DE MAITRE CATHERINE PUECH FABRE 273 TER RUE D'EPINAY 95360 MONTMAGNY pour la validité et pour la correspondance. *Commentaires* : Fonds acquis par achat.

1340 - * 532 080 702 RCS Pontoise. **SYMBIOSE IMMOBILIER.** *Forme* : Société à responsabilité limitée. *Capital* : 10000.00 euros. *Adresse* : 56 rue de Paris 95500 Gonesse. *Origine du fonds* : Achat d'un fonds de commerce au prix stipulé de 85000 Euros. *Etablissement* : Etablissement principal. *Activité* : transaction location gérance immobilière syndic marchand de biens et toutes activités de conseil (connu sous le nom commercial Laforet immobilier). *Adresse* : 56 rue de Paris 95500 Gonesse. *Précédent propriétaire* : 414 354 050 RCS Pontoise. WATELE IMMOBILIER. *Date de commencement d'activité* : 1er mai 2011. *Publication légale* : L'Echo Le Régional du 27 mai 2011. *Oppositions* : Au Mandataire Etude de Maître PASQUIER Notaire Associé 10 rue Bonnet 95270 Luzarches pour la validité et pour la correspondance.

1341 - * 532 021 342 RCS Pontoise. **EURL ANNA BEAUTE COIFFURE.** *Forme* : Société à responsabilité limitée à associé unique. *Capital* : 6000.00 euros. *Adresse* : 27 rue de Livilliers 95520 Osny. *Origine du fonds* : Achat d'un fonds de commerce au prix stipulé de 42000 Euros. *Etablissement* : Etablissement principal. *Activité* : coiffure pour dames et hommes. *Adresse* : 44 avenue de la Gare 95320 Saint-Leu la Forêt. *Précédent propriétaire* : 429 014 970 RCS Pontoise. SCHOPFER GENEVIEVE (Valérie). *Date de commencement d'activité* : 13 mai 2011. *Publication légale* : L'Echo Le Régional du 27 mai 2011. *Oppositions* : Au fonds vendu pour la validité et pour la correspondance Maître Marie-Hélène THOMAS 91 Rue du Faubourg Saint Honoré 75008 PARIS.

## Créations d'établissements

1342 - * 488 435 843 RCS Pontoise. **SAMARANAYAKE** (Chandrasekara). *Nom commercial :* SKYWAVES. *Origine du fonds :* Création d'un fonds de commerce. *Établissement :* Établissement principal. *Activité :* import export vente en gros et par correspondance de tous produits non réglementés télécommunications et cartes téléphoniques Prépayées. *Adresse :* 6 rue des Grands Fonds 95240 Cormeilles-en-Parisis. *Date de commencement d'activité :* 1er juillet 2011.

1343 - * 442 964 672 RCS Pontoise. **WEISS** (Ruby). *Origine du fonds :* Création d'un fonds de commerce. *Établissement :* Établissement principal. *Activité :* vente de tous produits non Réglementés cosmétiques et toiles cirées. *Adresse :* Commune de Rattachement 95100 Argenteuil. *Date de commencement d'activité :* 10 juin 2011.

1344 - * 532 767 019 RCS Pontoise. **V. E. L. Z.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant : SANGARE Assa. *Capital :* 1500.00 euros. *Adresse :* 165 rue Paul Vaillant Couturier 95100 Argenteuil. *Commentaires :* Cette société n'exerce aucune activité.

1345 - * 532 689 486 RCS Pontoise. **LUHA.** *Forme :* Société civile immobilière. *Administration :* Gérant : TRUONG Ngoc Luu Associé : NGUYEN Thuy Hang. *Capital :* 1000.00 euros. *Adresse :* 29 avenue Carlier 95880 Enghien-les-Bains. *Origine du fonds :* Création. *Établissement :* Établissement principal. *Activité :* acquisition revente gestion et administration civiles de tous biens et droits immobiliers lui appartenant. *Date de commencement d'activité :* 1er juin 2011.

1346 - * 532 751 682 RCS Pontoise. **SA-LA SARL.** *Forme :* Société à responsabilité limitée. *Nom commercial :* SI_EX. *Administration :* Gérant : SI HALI Abdelkrim. *Capital :* 10000.00 euros. *Adresse :* 4 cité Champagne 95100 Argenteuil. *Origine du fonds :* Création d'un fonds de commerce. *Établissement :* Établissement principal. *Activité :* import-export négoce en gros et au détail de tous types de produits non Règlementés. *Date de commencement d'activité :* 25 mai 2011.

1347 - * 532 753 159 RCS Pontoise. **JUMOPTIC.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant : GOURLAY Jonathan . *Capital :* 1000.00 euros. *Adresse :* 5 Bis rue de Paris Gonesse 95500 Gonesse. *Origine du fonds :* Création d'un fonds de commerce. *Établissement :* Établissement principal. *Activité :* centrage taillage des verres montage sur monture réparation et soudures vente de lunettes. *Date de commencement d'activité :* 1er juin 2011.

1348 - * 532 732 641 RCS Pontoise. **TICKETS MALINS.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant : M'RABET Mouldi . *Capital :* 10000.00 euros. *Adresse :* 60 avenue Denis Papin 95400 Arnouville-lès-Gonesse. *Origine du fonds :* Création d'un fonds de commerce. *Établissement :* Établissement principal. *Activité :* la commercialisation sur tous types de supports en publicité communication et tous objets connexes ou annexes. *Date de commencement d'activité :* 18 mai 2011.

1349 - * 532 747 201 RCS Pontoise. **BTI. VAL.** *Forme :* Société civile immobilière. *Administration :* Gérant associé : BOCZ Valery Associé : GARZONNE Bernadette Associé : TARANTINO Stefania Associé : BAJO Maria Vincenza . *Capital :* 400.00 euros. *Adresse :* 14 allée de l'Archipel 95230 Soisy-sous-Montmorency. *Origine du fonds :* Création. *Établissement :* Établissement principal. *Activité :* acquisition revente gestion et administration civiles de tous biens et droits immobiliers lui appartenant. *Date de commencement d'activité :* 1er juin 2011.

1350 - * 532 752 011 RCS Pontoise. **FLIGHT AUDIO SERVICE.** *Forme :* Société à responsabilité limitée. *Sigle :* FAS. *Administration :* Gérant associé : THÁO Bo . *Capital :* 2000.00 euros. *Adresse :* 2 rue Guy Moquet 95500 Gonesse. *Origine du fonds :* Création d'un fonds de commerce. *Établissement :* Établissement principal. *Activité :* prestation de services-conception de rangement. *Date de commencement d'activité :* 1er avril 2011.

1351 - * 532 747 847 RCS Pontoise. **COURTOIS SARL.** *Forme :* Société à responsabilité limitée à capital variable. *Administration :* Gérant : COURTOIS Dominique Marie Chantal . *Capital :* 1 EURA*dresse :* 9 avenue des des Érables 95200 Sarcelles. *Origine du fonds :* Création d'un fonds de commerce. *Établissement :* Établissement principal. *Activité :* vente directe aux particuliers et aux entreprises, commerce, dont ambulant E-commerce, vente par correspondance, dépôt vente, service aux entreprise, fabrication artisanale de punchs en sous-Traitance. *Date de commencement d'activité :* 1er juin 2011.

1352 - * 532 745 312 RCS Pontoise. **KOULCHI PACHER.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant : AGOUZOUL. El Hassane . *Capital :* 500.00 euros. *Adresse :* 37 boulevard Jean Allemane 95100 Argenteuil. *Origine du fonds :* Création d'un fonds de commerce. *Établissement :* Établissement principal. *Activité :* achat et ou vente de prêt à porter bijoux fantaisie détail et en gros de tous produits non réglementés en magasin et en ambulant. *Date de commencement d'activité :* 1er juin 2011.

1353 - * 532 788 726 RCS Pontoise. **SOCIETE CIVILE AQUILA.** *Forme :* Société civile immobilière. *Administration :* Gérant associé : MILESI Sophie, Marie-Thérèse Associé : LARGEAU Monique, Marie-Claire Associé : BOUYAT Stéphane . *Capital :* 3000.00 euros. *Adresse :* 7 rue Paul Doumer 95880 Enghien-les-Bains. *Origine du fonds :* Création. *Établissement :* Établissement principal. *Activité :* acquisition et jouissance d'immeuble. *Date de commencement d'activité :* 7 juin 2011.

1354 - * 532 791 282 RCS Pontoise. **MAXINETT.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant associé : MONTEIRO Maria Madalena . *Capital :* 1000.00 euros. *Adresse :* 14 rue des Rosiers 95190 Goussainville. *Origine du fonds :* Création d'un fonds de commerce. *Établissement :* Établissement principal. *Activité :* nettoyage, bureaux, locaux. *Date de commencement d'activité :* 29 mai 2011.

1355 - * 532 727 039 RCS Pontoise. **CHRONO CONFORT.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant : NAJAR Moshé . *Capital :* 7500.00 euros. *Adresse :* 34 avenue de l'Escouvrier 95200 Sarcelles. *Origine du fonds :* Création d'un fonds de commerce. *Établissement :* Établissement principal. *Activité :* le commerce de gros demi-gros détail de meuble électroménager hi-fi Tv électronique ainsi que l'activité d'apporteur d'affaires. *Date de commencement d'activité :* 16 mai 2011.

1356 - * 532 793 296 RCS Pontoise. **E. M. P HABITAT.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant associé : OZKAYA Philippe . *Capital :* 8000.00 euros. *Adresse :* 19 avenue Pierre Lizart 95400 Arnouville-lès-Gonesse. *Origine du fonds :* Création d'un fonds de commerce. *Établissement :* Établissement principal. *Activité :* rénovation d'intérieur et extérieur, couverture, isolation, peinture, carrelage, sols et murs par sous Traitance. *Date de commencement d'activité :* 23 mai 2011.

1357 - * 532 770 534 RCS Pontoise. **SCI SOPHYO.** *Forme :* Société civile. *Administration :* Gérant associé : GOUREL DE SAINT PERN Philippe Edmond Josph Associé : DELFORGE Isabelle Cristine Associé : GOUREL DE SAINT PERN Sophie Associé : GOUREL DE SAINT PERN Yoann . *Capital :* 350000.00 euros. *Adresse :* 52 avenue du Général Leclerc 95220 Herblay. *Origine du fonds :* Création. *Établissement :* Établissement principal. *Activité :* Acquisition, administration et gestion par location ou autrement de tous immeubles et biens Immobilie et Notament des lots et 12234 de la copropriété de l'immeuble sis 57 quai Georges Gorse 92100 Boulogne Billancourt. *Date de commencement d'activité :* 1er juin 2011.

1358 - * 532 778 222 RCS Pontoise. **LES ARTISANS DE VOTRE SECURITE.** *Forme :* Société à responsabilité limitée. *Nom commercial :* LES ARTISANS DE VOTRE SECURITE. *Administration :* Gérant : MOORE Ian Frederic Leo . *Capital :* 6000.00 euros. *Adresse :* 10 impasse de la Charbonnière Vemars 95470 Vémars. *Origine du fonds :* Création d'un fonds de commerce. *Établissement :* Établissement principal. *Activité :* la vente l'installation l'entretien et le dépannage de systèmes électroniques de sécurité le conseil. *Date de commencement d'activité :* 1er juin 2011.

1359 - * 532 798 436 RCS Pontoise. **SOCIÉTÉ CIVILE AS INVESTISSEMENTS.** *Forme :* Société civile. *Administration :* Gérant associé : DE AZEVEDO Stefan Associé : PHOM Sepheana Associé : ASAP LOGISTIC Associé : GONCALVES DE AZEVEDO Arthur . *Capital :* 2000.00 euros. *Adresse :* 45 Bis allée de Cormeilles 95110 Sannois. *Origine du fonds :* Création. *Établissement :* Établissement principal. *Activité :* acquisition et gestion d'un patrimoine immobilier. *Date de commencement d'activité :* 1er juin 2011.

1360 - * 532 800 018 RCS Pontoise. **PETER.** *Forme :* Société civile immobilière. *Administration :* Gérant associé : YALAP Semi Associé : IDE Yusuf . *Capital :* 1000.00 euros. *Adresse :* 4 place de la Gare 95460 Ézanville. *Origine du fonds :* Création. *Etablissement principal. Activité :* achat, vente et location de biens immobiliers. *Date de commencement d'activité :* 1ᵉʳ juin 2011.

1361 - * 532 798 139 RCS Pontoise. **MACONNERIE TRAVAUX BATIMENT AMENAGEMENT.** *Forme :* Société à responsabilité limitée. *Sigle :* MTBA. *Administration :* Gérant : THORIGNY Daniel Andre Julien . *Capital :* 10000.00 euros. *Adresse :* 10 rue du Général de Gaulle 95480 Pierrelaye. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* tous travaux de bâtiments, neufs, entretiens et rénovations. *Date de commencement d'activité :* 1ᵉʳ juin 2011.

1362 - * 532 799 525 RCS Pontoise. **MOUMOUN.** *Forme :* Société civile immobilière. *Administration :* Gérant associé : MEDICI André Associé : LEBON Catherine . *Capital :* 10000.00 euros. *Adresse :* 1 place d'Amboise 95450 Vigny. *Origine du fonds :* Création. *Etablissement :* Etablissement principal. *Activité :* achat vente location gestion de tous locaux et immeubles. *Date de commencement d'activité :* 1ᵉʳ mai 2011.

## Immatriculations

1363 - * 531 658 912 RCS Pontoise. **ALMEIDA.** *Forme :* Société à responsabilité limitée. *Administration :* Gérant : Almeida Ferreira Jorge Manuel . *Capital :* 5000.00 euros. *Adresse :* 271 chaussée Jules César Beauchamp 95250 Beauchamp. *Commentaires :* Immatriculation d'une personne morale suite au transfert du siège hors ressort.

# PROCÉDURES DE REDRESSEMENT
# OU DE LIQUIDATION JUDICIAIRE DES ENTREPRISES
(Décret n° 85-1388 du 27 décembre 1985)

# RÈGLEMENTS AMIABLES DE L'EXPLOITATION AGRICOLE
(Décret n° 89-339 du 29 mai 1989)

# PROCÉDURES D'INSOLVABILITÉ
(Règlement communautaire n° 1346 du 29 mai 2000)

# PROCÉDURES DE SAUVEGARDE DES ENTREPRISES
(Décret n° 2005-1677 du 28 décembre 2005)

## 03 - ALLIER
### TRIBUNAL DE COMMERCE DE CUSSET
#### Jugement d'ouverture

1364 - ● Date : 31 mai 2011. Jugement d'ouverture d'une procédure de redressement judiciaire.
501 474 092 RCS Cusset. 501 474 092 RM 03 **AMBIANCE BOIS.** *Forme :* Société à responsabilité limitée. *Activité :* Fabrication d'autres meubles et industries connexes de l'ameublement. *Adresse :* 32 route d'Aubeterre 03110 Brout Vernet.
*Complément de jugement :* Jugement prononçant l'ouverture d'une procédure de redressement judiciaire, date de cessation des paiements le 01 Juin 2010 désignant mandataire judiciaire Maître Raynaud 2, rue de la Presle - 03105 Montluçon Cedex . Les déclarations des créances sont à déposer au mandataire judiciaire dans les deux mois à compter de la présente publication.

1365 - ● Date : 31 mai 2011. Jugement d'ouverture d'une procédure de redressement judiciaire.
335 075 602 RCS Cusset. 335 075 602 RM 03 **GANNAT AMBU-LANCES.** *Forme :* Société à responsabilité limitée. *Activité :* Ambulances. *Adresse :* 122 avenue Saint-James 03800 Gannat.
*Complément de jugement :* Jugement prononçant l'ouverture d'une procédure de redressement judiciaire, date de cessation des paiements le 01 Avril 2011 désignant mandataire judiciaire Maître Raynaud 2, rue de la Presle - 03105 Montluçon Cedex . Les déclarations des créances sont à déposer au mandataire judiciaire dans les deux mois à compter de la présente publication.

1366 - ● Date : 31 mai 2011. Jugement d'ouverture de liquidation judiciaire.
379 493 026 RCS Cusset. **NAFER.** *Forme :* Entreprise unipersonnelle à responsabilité limitée. *Activité :* Commerce de détail de boissons en magasin spécialisé. *Adresse :* 13 place de l'Hôtel de Ville 03200 Vichy.
*Complément de jugement :* Jugement prononçant la liquidation judiciaire, date de cessation des paiements le 26 Mai 2011 désignant liquidateur Maître Raynaud 2, rue de la Presle - 03105 Montluçon Cedex . Les déclarations de créances sont à déposer au liquidateur dans les deux mois de la présente publication.

#### Jugement de clôture

1367 - ● Date : 31 mai 2011. Jugement de clôture pour insuffisance d'actif.
450 979 315 RCS Cusset. **BAREA** (Françoise, Lucienne). *Nom d'usage :* GARCIA. *Activité :* Restauration traditionnelle. *Adresse :* 27 rue Claude Labonde 03150 Varennes-sur-Allier.
*Complément de jugement :* Jugement prononçant la clôture de la procédure de liquidation judiciaire pour insuffisance d'actif.

1368 - ● Date : 31 mai 2011. Jugement de clôture pour insuffisance d'actif.

508 204 898 RCS Cusset. **D'ORIO** (Patricia). *Activité :* Restauration traditionnelle. *Adresse :* le Bourg 03110 Luneau.
*Complément de jugement :* Jugement prononçant la clôture de la procédure de liquidation judiciaire pour insuffisance d'actif.

1369 - ● Date : 31 mai 2011. Jugement de clôture pour insuffisance d'actif.
RCS non inscrit. **RIGOLET** (Véronique, Patricia). *Activité :* Commerce de détail d'habillement en magasin spécialisé. *Adresse :* 9 rue Nicolas Larbaud 03200 Vichy.
*Complément de jugement :* Jugement prononçant la clôture de la procédure de liquidation judiciaire pour insuffisance d'actif.

#### Avis de dépôt

1370 - ● Date : 26 mai 2011. Dépôt de l'état des créances.
512 822 826 RCS Cusset. **TAÏEL** (Carole, Ginette, Josette). *Nom d'usage :* CONTRINO. *Activité :* Entretien corporel. *Adresse :* 12 rue Source de l'Hôpital 03200 Vichy.
*Complément de jugement :* L'état des créances est déposé au greffe où tout intéressé peut présenter réclamation devant le juge-commissaire dans le délai d'un mois à compter de la présente publication.

1371 - ● Date : 26 mai 2011. Dépôt de l'état des créances.
484 006 770 RCS Cusset. **DIBRANI** (Njazi). *Activité :* Autres commerces de détail sur éventaires et marchés. *Adresse :* allée des Ailes BÂT B1 03200 Vichy.
*Complément de jugement :* L'état des créances est déposé au greffe où tout intéressé peut présenter réclamation devant le juge-commissaire dans le délai d'un mois à compter de la présente publication.

1372 - ● Date : 26 mai 2011. Dépôt de l'état des créances.
511 226 318 RCS Cusset. **MIL441.COM.** *Forme :* Entreprise unipersonnelle à responsabilité limitée. *Activité :* Édition de revues et périodiques. *Adresse :* la Croix Saint-Martin 03200 Vichy.
*Complément de jugement :* L'état des créances est déposé au greffe où tout intéressé peut présenter réclamation devant le juge-commissaire dans le délai d'un mois à compter de la présente publication.

1373 - ● Date : 27 mai 2011. Dépôt de l'état des créances.
384 555 637 RCS Cusset. **ARCA-3.** *Forme :* Société à responsabilité limitée. *Activité :* Activités d'architecture. *Adresse :* Résidence de la Porte d'Avermes - rue de la République 03000 Avermes.
*Complément de jugement :* L'état des créances est déposé au greffe où tout intéressé peut présenter réclamation devant le juge-commissaire dans le délai d'un mois à compter de la présente publication.

1374 - ● Date : 27 mai 2011. Dépôt de l'état des créances.
304 600 489 RCS Cusset. **LAPRÉVOTTE** (Martine, Marie, Jeanne). *Nom d'usage :* DESVIGNES. *Activité :* Hôtels et hébergement similaire. *Adresse :* 207 avenue de la Gare 03290 Dompierre-sur-Besbre.
*Complément de jugement :* L'état des créances est déposé au greffe où tout intéressé peut présenter réclamation devant le juge-commissaire dans le délai d'un mois à compter de la présente publication.

1375 - ● Date : 27 mai 2011. Dépôt de l'état des créances.
445 245 228 RCS Cusset. **GOURLIER** (Jean-Charles, Jacky). *Activité :* Autres commerces de détail sur éventaires et marchés. *Adresse :* 19 rue de l'Eglise 03700 Brugheas.
*Complément de jugement :* L'état des créances est déposé au greffe où tout intéressé peut présenter réclamation devant le juge-commissaire dans le délai d'un mois à compter de la présente publication.

1376 - ● Date : 27 mai 2011. Dépôt de l'état des créances.
435 269 691 RCS Cusset. **SOVITRANS EXPRESS.** *Forme :* Entreprise unipersonnelle à responsabilité limitée. *Activité :* Transports routiers de fret de proximité. *Adresse :* rue du Léry Zone Artisanale de Monzieres 03700 Bellerive-sur-Allier.
*Complément de jugement :* L'état des créances est déposé au greffe où tout intéressé peut présenter réclamation devant le juge-commissaire dans le délai d'un mois à compter de la présente publication.

1377 - ● Date : 27 mai 2011. Dépôt de l'état des créances.
450 153 515 RCS Cusset. **SARL DISTEM - MOTOCISTE.** *Forme :* Société à responsabilité limitée. *Activité :* Commerce et réparation de motocycles. *Adresse :* 23 rue des Combattants Afn 03000 Moulins.
*Complément de jugement :* L'état des créances est déposé au greffe où tout intéressé peut présenter réclamation devant le juge-commissaire dans le délai d'un mois à compter de la présente publication.

1378 - ● Date : 30 mai 2011. Dépôt de l'état des créances.
402 858 740 RCS Cusset. 402 858 740 RM 03 **CHAUVIN.** *Forme :* Société à responsabilité limitée. *Activité :* Services auxiliaires des transports terrestres. *Adresse :* chemin Michelet 03400 Yzeure.
*Complément de jugement :* L'état des créances est déposé au greffe où tout intéressé peut présenter réclamation devant le juge-commissaire dans le délai d'un mois à compter de la présente publication.

# 04 - ALPES-DE-HAUTE-PROVENCE

## TRIBUNAL DE COMMERCE DE MANOSQUE

### Avis de dépôt

1379 - ● Date : 3 juin 2011. Liste des créances nées après le jugement d'ouverture d'une procédure de liquidation judiciaire.
402 780 134 RCS Manosque. 402 780 134 RM 04 **CENTRE ALPIN ET PROVENCAL D'ASSAINISSEMENT.** *Forme :* Société à responsabilité limitée. *Sigle :* C.A.P.A. *Activité :* Travaux de charpente. *Adresse :* 2 Zone Artisanale 04660 Champtercier.
*Complément de jugement :* La liste des créances de l'article L 641-13 du code de commerce est déposée au greffe où tout intéressé peut contester cette liste devant le juge-commissaire dans le délai d'un mois à compter de la présente publication.

# 06 - ALPES-MARITIMES

## TRIBUNAL DE COMMERCE DE NICE

### Extrait de jugement

1380 - * Date : 31 mai 2011. Jugement de faillite personnelle.
479 243 479 RCS Nice. **INFOSERVICES FINANCE.** *Forme :* Société à responsabilité limitée. *Activité :* toutes activités de conseils et prestations de services dans les domaines de l'informatique, confection de budget, gestion de trésorerie, gestion d'exploitation contrôle financier. *Adresse :* 455 promenade des Anglais Immeuble Nice Premier A C/o Arenas Partners 06299 Nice.
*Complément de jugement :* Jugement prononçant la faillite personnelle à l'encontre de M. Corrado RICCIO pour une durée de 15 ans.

1381 - * Date : 31 mai 2011. Autre jugement et ordonnance.
509 676 250 RCS Nice. **NOUR'CARRELAGES.** *Forme :* Société à responsabilité limitée. *Activité :* carrelages et activités annexes. *Adresse :* 2 rue Saint-Siagre C/o Performance Conseil Partners 06000 Nice.
*Complément de jugement :* Jugement prononçant en date du 31 mai 2011 L'arrêt de la période d'observation.

### Jugement de clôture

1382 - * Date : 31 mai 2011. Jugement de clôture pour insuffisance d'actif.
489 295 550 RCS Nice. **CA. NOT. CONSTRUCTIONS.** *Forme :* SOCIETE A RESPONSABILITE LIMITEE. *Activité :* tous travaux de maçonnerie rénovation construction, béton armé, travaux publics. achat et vente de tous produits pouvant se rattacher à l'activité du bâtiment. *Adresse :* 25 rue Villarey Menton 06500 Castellar.
*Complément de jugement :* Jugement prononçant la clôture de la procédure de liquidation judiciaire pour insuffisance d'actif.

1383 - * Date : 31 mai 2011. Jugement de clôture pour insuffisance d'actif.

479 695 926 RCS Nice. **AZUR EDUCATION.** *Forme :* Société à responsabilité limitée. *Activité :* cours de soutien à domicile. *Adresse :* 14 rue Smollett 06300 Nice.
*Complément de jugement :* Jugement prononçant la clôture de la procédure de liquidation judiciaire pour insuffisance d'actif.

1384 - * Date : 31 mai 2011. Jugement de clôture pour insuffisance d'actif.
400 277 919 RCS Nice. **LABORATOIRE D'IMAGERIE PROFESSIONNELLE AUGEROT EN ABREGE AUGEROT SA.** *Forme :* Société anonyme. *Sigle :* AUGEROT SA. *Activité :* studio de prises de vue laboratoire de photographie et d'images numériques et arts graphiques. *Adresse :* 8 quai Papacino 06300 Nice.
*Complément de jugement :* Jugement prononçant la clôture de la procédure de liquidation judiciaire pour insuffisance d'actif.

1385 - * Date : 31 mai 2011. Jugement de clôture pour insuffisance d'actif.
502 045 958 RCS Nice. **LIMANE BEN M'BAREK** (Samia). *Activité :* peinture. *Adresse :* 37 rue Barla Chez Élia France 06300 Nice.
*Complément de jugement :* Jugement prononçant la clôture de la procédure de liquidation judiciaire pour insuffisance d'actif.

1386 - * Date : 31 mai 2011. Jugement de clôture pour insuffisance d'actif.
479 243 479 RCS Nice. **INFOSERVICES FINANCE.** *Forme :* Société à responsabilité limitée. *Activité :* toutes activités de conseils et prestations de services dans les domaines de l'informatique, confection de budget, gestion de trésorerie, gestion d'exploitation contrôle financier. *Adresse :* 455 promenade des Anglais Immeuble Nice Premier A C/o Arenas Partners 06299 Nice.
*Complément de jugement :* Jugement prononçant la clôture de la procédure de liquidation judiciaire pour insuffisance d'actif.

1387 - * Date : 31 mai 2011. Jugement de clôture pour insuffisance d'actif.
477 773 147 RCS Nice. **L'ARTESIENNE.** *Forme :* Société à responsabilité limitée. *Activité :* peintre en bâtiment, tapissier, nettoyage. *Adresse :* 13 chemin du Cimetière de l'Est 06300 Nice.
*Complément de jugement :* Jugement prononçant la clôture de la procédure de liquidation judiciaire pour insuffisance d'actif.

1388 - * Date : 31 mai 2011. Jugement de clôture pour insuffisance d'actif.
482 394 731 RCS Nice. **LABORATOIRE I. MER.** *Forme :* Société par actions simplifiée. *Activité :* l'achat, la vente, la recherche et le développement de tous produits Parapharmaceutiques, diététiques, cosmétiques et plus généralement, relevant du domaine de la forme, de la beauté, de l'hygiène, de la nutrition et du confort de vie, conseil et assistance, ainsi que toutes prestations de service, en matière Parapharmaceutique, de beauté, d'hygiène de cosmétologie, de nutrition. *Adresse :* 455 promenade des Anglais Hall C Porte de l'Arénas 06200 Nice.
*Complément de jugement :* Jugement prononçant la clôture de la procédure de liquidation judiciaire pour insuffisance d'actif.

1389 - * Date : 31 mai 2011. Jugement de clôture pour insuffisance d'actif.
479 823 841 RCS Nice. **BARTH RESTAURATION.** *Forme :* SOCIETE A RESPONSABILITE LIMITEE. *Activité :* vente de pizza a consommer sur place ou a emporter, petite Restauratio n'et débit de boissons. *Adresse :* 4 avenue de Villaine 06240 Beausoleil.
*Complément de jugement :* Jugement prononçant la clôture de la procédure de liquidation judiciaire pour insuffisance d'actif.

1390 - * Date : 31 mai 2011. Jugement de clôture pour insuffisance d'actif.
351 186 309 RCS Nice. **SCHIFFANOIA.** *Forme :* Société à responsabilité limitée. *Activité :* marchand de biens. *Adresse :* 379 route de la Turbie 06360 Èze.
*Complément de jugement :* Jugement prononçant la clôture de la procédure de liquidation judiciaire pour insuffisance d'actif.

1391 - * Date : 31 mai 2011. Jugement de clôture pour insuffisance d'actif.
501 143 143 RCS Nice. **M. N. F. FRANCE.** *Forme :* Société à responsabilité limitée. *Activité :* maçonnerie générale, carrosserie, mécanique, import, export, achat et vente de véhicules et deux roues. *Adresse :* 14 Bis boulevard Raimbaldi C/o Dom'secrétariat 06000 Nice.
*Complément de jugement :* Jugement prononçant la clôture de la procédure de liquidation judiciaire pour insuffisance d'actif.

### Avis de dépôt

1392 - * Date : 31 mai 2011. Dépôt de l'état des créances Loi de 1985.
441 441 607 RCS Nice. **RIVIERA TRANSACTIONS.** *Forme :* Société

à responsabilité limitée. *Activité :* transaction et gestion immobilières, syndic de copropriété, location d'immeubles et domiciliation commerciale. *Adresse :* 24 boulevard de la République Beausoleil 06240 Beausoleil.
*Complément de jugement :* L'état des créances est déposé au greffe où tout intéressé peut présenter réclamation devant le juge-commissaire dans le délai de quinze jours à compter de la présente publication.

1393 - * Date : 31 mai 2011. Dépôt de l'état des créances Loi de 1985.
482 704 129 RCS Nice. **LNP GIOFFREDO.** *Forme :* Société à responsabilité limitée. *Activité :* soins du corps, centre d'amincissement et de bien-être. *Adresse :* 39 rue Gioffredo 06000 Nice.
*Complément de jugement :* L'état des créances est déposé au greffe où tout intéressé peut présenter réclamation devant le juge-commissaire dans le délai de quinze jours à compter de la présente publication.

1394 - * Date : 31 mai 2011. Dépôt de l'état des créances Loi de 1985.
388 361 180 RCS Nice. **MAISON FRANCIS MARS ET FILS.** *Forme :* Société à responsabilité limitée. *Activité :* commerce en gros demi-gros commission et courtage de vins fins et spiritueux cafés et jambons. *Adresse :* 507 route de Bellet 06200 Saint Roman-de-Bellet.
*Complément de jugement :* L'état des créances est déposé au greffe où tout intéressé peut présenter réclamation devant le juge-commissaire dans le délai de quinze jours à compter de la présente publication.

1395 - * Date : 31 mai 2011. Dépôt de l'état des créances Loi de 1985.
485 267 330 RCS Nice. **CONSTRUCTION RENOVATION PISCINES.** *Forme :* Société à responsabilité limitée. *Sigle :* CO. RE. PI. *Activité :* maçonnerie générale, rénovation, aménagements extérieurs, dépannage, entretien, piscines. *Adresse :* 16 rue Caïs de Pierlas 06300 Nice.
*Complément de jugement :* L'état des créances est déposé au greffe où tout intéressé peut présenter réclamation devant le juge-commissaire dans le délai de quinze jours à compter de la présente publication.

1396 - * Date : 31 mai 2011. Dépôt de l'état des créances Loi de 1985.
405 236 829 RCS Nice. **LA TROPICALE.** *Forme :* Société à responsabilité limitée. *Activité :* alimentation générale. *Adresse :* 29 rue Vernier 06000 Nice.
*Complément de jugement :* L'état des créances est déposé au greffe où tout intéressé peut présenter réclamation devant le juge-commissaire dans le délai de quinze jours à compter de la présente publication.

# 13 - BOUCHES-DU-RHÔNE

## TRIBUNAL DE COMMERCE DE MARSEILLE

### Avis de dépôt

1397 - * Date : 31 mai 2011. Liste des créances nées après le jugement d'ouverture d'une procédure de redressement judiciaire.
057 817 744 RCS Marseille. **SOCIETE MILONEX ET L IMBATTABLE REUNIS.** *Forme :* Société à responsabilité limitée. *Activité :* vente en gros, demi-gros et détail de chemiserie, bonneterie, Confections pour hommes et jeunes gens. l'achat, la création, l'exploitation, la prise en gérance, la mise en gérance, la vente de tous fonds de commerce de fabrication et vente en gros, demi-gros, détail d'articles de bonneterie chemiserie, vêtements confectionnés pour hommes et jeunes gens et généralement toutes opérations se rattachant audit objet. *Adresse :* 14/16 rue d'Aix 13001 Marseille.
*Complément de jugement :* La liste des créances de l'article L 622-17 du code de commerce est déposée au greffe où tout intéressé peut contester cette liste devant le juge-commissaire dans le délai d'un mois à compter de la présente publication.

1398 - * Date : 31 mai 2011. Liste des créances nées après le jugement d'ouverture d'une procédure de redressement judiciaire.
451 497 176 RCS Marseille. **ORPHELIA.** *Forme :* Société à responsabilité limitée. *Activité :* coiffure mixte soins capillaires. *Adresse :* 5 place de Rome 13006 Marseille.
*Complément de jugement :* La liste des créances de l'article L 622-17 du code de commerce est déposée au greffe où tout intéressé peut contester cette liste devant le juge-commissaire dans le délai d'un mois à compter de la présente publication.

## TRIBUNAL DE COMMERCE DE SALON-DE-PROVENCE

### Jugement d'ouverture

1399 - ● Date : 30 mai 2011. Jugement d'ouverture d'une procédure de redressement judiciaire.
482 643 863 RCS Salon-de-Provence. **ELJ SYSTEM.** *Forme :* Société à responsabilité limitée. *Activité :* Travaux d'installation électrique dans tous locaux. *Adresse :* 408 avenue Charles de Gaulle 13340 Rognac.
*Complément de jugement :* Jugement prononçant l'ouverture d'une procédure de redressement judiciaire, date de cessation des paiements le 01 Juillet 2010 désignant mandataire judiciaire Me Verrecchia Eric 214, boulevard Clémenceau - 13300 Salon-de-Provence . Les déclarations des créances sont à déposer au mandataire judiciaire dans les deux mois à compter de la présente publication.

1400 - ● Date : 30 mai 2011. Jugement d'ouverture d'une procédure de redressement judiciaire.
337 596 142 RM 13 RCS non inscrit. **DIOT** (Thierry). *Adresse :* 112 bis chemin de Taussane 13140 Miramas.
*Complément de jugement :* Jugement prononçant l'ouverture d'une procédure de redressement judiciaire, date de cessation des paiements le 17 Mai 2011 désignant mandataire judiciaire Me Verrecchia Eric 214, boulevard Clémenceau - 13300 Salon-de-Provence . Les déclarations des créances sont à déposer au mandataire judiciaire dans les deux mois à compter de la présente publication.

1401 - ● Date : 30 mai 2011. Jugement d'ouverture d'une procédure de redressement judiciaire.
431 600 766 RCS Salon-de-Provence. **VJCS TRANSPORT.** *Forme :* Société à responsabilité limitée. *Activité :* Transports routiers de fret de proximité. *Adresse :* 19 rue des Jardiniers 13127 Vitrolles.
*Complément de jugement :* Jugement prononçant l'ouverture d'une procédure de redressement judiciaire, date de cessation des paiements le 26 Octobre 2010 désignant mandataire judiciaire Me Verrecchia Eric 214, boulevard Clémenceau - 13300 Salon-de-Provence . Les déclarations des créances sont à déposer au mandataire judiciaire dans les deux mois à compter de la présente publication.

1402 - ● Date : 30 mai 2011. Jugement d'ouverture d'une procédure de redressement judiciaire.
402 672 406 RM 13 RCS non inscrit. **GOMES DOS SANTOS** (Fernando). *Adresse :* 13 rue du Général Leclerc 13140 Miramas.
*Complément de jugement :* Jugement prononçant l'ouverture d'une procédure de redressement judiciaire, date de cessation des paiements le 22 Avril 2011 désignant mandataire judiciaire Me Verrecchia Eric 214, boulevard Clémenceau - 13300 Salon-de-Provence . Les déclarations des créances sont à déposer au mandataire judiciaire dans les deux mois à compter de la présente publication.

### Jugement prononçant

1403 - ● Date : 30 mai 2011. Jugement de conversion en liquidation judiciaire.
494 940 844 RCS Salon-de-Provence. **M2B ISOLATION.** *Forme :* Société à responsabilité limitée. *Activité :* Travaux de plâtrerie. *Adresse :* 11 P.A la Verdière 13880 Velaux.
*Complément de jugement :* Jugement prononçant la liquidation judiciaire désignant liquidateur Me Verrecchia Eric 214, boulevard Clémenceau - 13300 Salon-de-Provence .

1404 - ● Date : 30 mai 2011. Jugement de conversion en liquidation judiciaire.
301 366 142 RCS Salon-de-Provence. **ENTREPRISE DE TRAVAUX PUBLICS ENROBSUD.** *Forme :* Société à responsabilité limitée. *Sigle :* ENROBSUD. *Activité :* Travaux de terrassement courants et travaux préparatoires. *Adresse :* 91 rue de Bucarest 13300 Salon-de-Provence.
*Complément de jugement :* Jugement prononçant la liquidation judiciaire désignant liquidateur Me Verrecchia Eric 214, boulevard Clémenceau - 13300 Salon-de-Provence .

1405 - ● Date : 30 mai 2011. Jugement de conversion en liquidation judiciaire.
497 766 600 RCS Salon-de-Provence. **LOGIK-ECO.** *Forme :* Société à responsabilité limitée. *Activité :* Commerce de détail d'autres équipements du foyer. *Adresse :* 83 boulevard de l'Europe l'Anjoly 13747 Vitrolles.
*Complément de jugement :* Jugement prononçant la liquidation judiciaire désignant liquidateur Me Verrecchia Eric 214, boulevard Clémenceau - 13300 Salon-de-Provence .

## Extrait de jugement

1406 - ● Date : 30 mai 2011. Jugement de plan de redressement.
453 474 371 RCS Salon-de-Provence. **EURL 1.6 TE.** *Forme :* Société à
responsabilité limitée. *Sigle :* 1 6 TE. *Activité :* Agences immobilières.
*Adresse :* allée de la Passe Pierre Immeuble le Trigance 4 13800 Istres.
*Complément de jugement :* Jugement arrêtant le plan de redressement,
durée du plan 8 ans nomme Commissaire à l'exécution du plan Me
RAFONI Dominique 7, rue Joseph d'Arbaud - BP 690 - 13097 Aix-
en-Provence .

1407 - ● Date : 30 mai 2011. Jugement de reprise de la procédure
de liquidation judiciaire.
440 450 781 RCS Salon-de-Provence. **S.D. ASSOCIES.** *Forme :*
Société à responsabilité limitée. *Activité :* Restauration de type tradi-
tionnel. *Adresse :* Anciennement Immeuble le Rimbaud avenue
Padovani Vitrolles Chez Doza Daniel 102 boulevard Longchamp
13001 Marseille 01.
*Complément de jugement :* Jugement prononçant la reprise de la pro-
cédure de liquidation judiciaire désignant liquidateur Me Verrec-
chia Eric 378, boulevard Clémenceau - 13300 Salon-de-Provence .

### Jugement de clôture

1408 - ● Date : 30 mai 2011. Jugement de clôture pour insuffisance
d'actif.
444 226 641 RCS Salon-de-Provence. **PIETRA INDUSTRIES.** *Forme :*
Société à responsabilité limitée. *Activité :* Ingénierie, études tech-
niques. *Adresse :* Modules de Bureaux 15 Et 16 Immeuble Trigance
allée de la Passe Pierre 13800 Istres.
*Complément de jugement :* Jugement prononçant la clôture de la pro-
cédure de liquidation judiciaire pour insuffisance d'actif.

1409 - ● Date : 30 mai 2011. Jugement de clôture pour insuffisance
d'actif.
453 342 142 RCS Salon-de-Provence. **BATICONCEPT.** *Forme :*
Société à responsabilité limitée. *Activité :* Installation d'eau et de
gaz. *Adresse :* 1161 acenue Jean Monnet 13127 Vitrolles.
*Complément de jugement :* Jugement prononçant la clôture de la pro-
cédure de liquidation judiciaire pour insuffisance d'actif.

## 17 - CHARENTE-MARITIME

### TRIBUNAL DE COMMERCE DE SAINTES

#### Avis de dépôt

1410 - * Date : 26 mai 2011. Liste des créances nées après le juge-
ment d'ouverture d'une procédure de redressement judiciaire.
451 449 896 RCS Saintes. **DELAGE** (Yannick Françoise). *Activité :*
marchand de biens. *Adresse :* 3 rue de l'Estacade 17132 Meschers-sur-
Gironde.
*Complément de jugement :* La liste des créances de l'article L 622-17
du code de commerce est déposée au greffe où tout intéressé peut
contester cette liste devant le juge-commissaire dans le délai d'un
mois à compter de la présente publication.

1411 - * Date : 26 mai 2011. Liste des créances nées après le juge-
ment d'ouverture d'une procédure de redressement judiciaire.
488 888 066 RCS Saintes. **UN OCEAN DE PECHE.** *Forme :* Société à
responsabilité limitée. *Activité :* la vente d'articles de pêche, de
Bâteaux, d'articles de chasse et d'articles vestimentaires, et de la
location de Bâteaux... *Adresse :* 6 rue Champagne Saint-Georges
17810 Écurat.
*Complément de jugement :* La liste des créances de l'article L 622-17
du code de commerce est déposée au greffe où tout intéressé peut
contester cette liste devant le juge-commissaire dans le délai d'un
mois à compter de la présente publication.

## 19 - CORRÈZE

### TRIBUNAL DE COMMERCE DE BRIVE

#### Avis de dépôt

1412 - * Date : 31 mai 2011. Liste des créances nées après le juge-
ment d'ouverture d'une procédure de redressement judiciaire.
504 035 981 RCS Brive. **SOCIETE DES TRANSPORTS DON-
ZENACOIS.** *Forme :* Société par actions simplifiée. *Sigle :* SAS STD.
*Activité :* transports nationaux et internationaux de plus de 3t5 loca-
tion de véhicules avec ou sans chauffeur, mécanique, carrosserie.
*Adresse :* les Briquetteries 19270 Donzenac.
*Complément de jugement :* La liste des créances de l'article L 622-17
du code de commerce est déposée au greffe où tout intéressé peut
contester cette liste devant le juge-commissaire dans le délai d'un
mois à compter de la présente publication.

1413 - * Date : 31 mai 2011. Liste des créances nées après le juge-
ment d'ouverture d'une procédure de redressement judiciaire.
433 395 076 RCS Brive. **AZNAR FLUIDE CONCEPT.** *Forme :*
Société à responsabilité limitée. *Sigle :* A F C. *Activité :* entreprise de
bâtiments et de travaux publics et particuliers notamment applica-
tion de chape liquide. *Adresse :* la Rivière de Montchal 19360 Male-
mort-sur-Corrèze.
*Complément de jugement :* La liste des créances de l'article L 622-17
du code de commerce est déposée au greffe où tout intéressé peut
contester cette liste devant le juge-commissaire dans le délai d'un
mois à compter de la présente publication.

1414 - * Date : 31 mai 2011. Dépôt de l'état des créances.
504 035 981 RCS Brive. **SOCIETE DES TRANSPORTS DON-
ZENACOIS.** *Forme :* Société par actions simplifiée. *Sigle :* SAS STD.
*Activité :* transports nationaux et internationaux de plus de 3t5 location
de véhicules avec ou sans chauffeur, mécanique, carrosserie.
*Adresse :* les Briquetteries 19270 Donzenac.
*Complément de jugement :* L'état des créances est déposé au greffe où
tout intéressé peut présenter réclamation devant le juge-commis-
saire dans le délai d'un mois à compter de la présente publication.

1415 - * Date : 31 mai 2011. Dépôt de l'état des créances.
433 395 076 RCS Brive. **AZNAR FLUIDE CONCEPT.** *Forme :*
Société à responsabilité limitée. *Sigle :* A F C. *Activité :* entreprise de
bâtiments et de travaux publics et particuliers notamment applica-
tion de chape liquide. *Adresse :* la Rivière de Montchal 19360 Male-
mort-sur-Corrèze.
*Complément de jugement :* L'état des créances est déposé au greffe où
tout intéressé peut présenter réclamation devant le juge-commis-
saire dans le délai d'un mois à compter de la présente publication.

## 20 - HAUTE-CORSE

### TRIBUNAL DE COMMERCE DE BASTIA

#### Jugement d'ouverture

1416 - ● Date : 24 mai 2011. Jugement d'ouverture d'une procédure
de redressement judiciaire.
489 431 262 RCS Bastia. **C.F.M.** *Forme :* Société à responsabilité limi-
tée. *Activité :* Travaux de revêtement des sols et des murs. *Adresse :*
Imm. le Mantinum- Lupino 20600 Bastia.
*Complément de jugement :* Jugement prononçant l'ouverture d'une
procédure de redressement judiciaire, date de cessation des paie-
ments le 24 Février 2011 désignant mandataire judiciaire Me Pp De
Moro-Giafferi Imm. U Boscu d'Oru - Bat.B Pietranera - BP 75 -
20289 Bastia . Les déclarations des créances sont à déposer au man-
dataire judiciaire dans les deux mois à compter de la présente
publication.

1417 - ● Date : 24 mai 2011. Jugement d'ouverture d'une procédure
de redressement judiciaire.
382 255 461 RCS Bastia. **AUTOMOBILES GRAZIANI.** *Forme :*
Société par actions simplifiée. *Activité :* Commerce de voitures et de
véhicules automobiles légers. *Adresse :* Lieu Dit "Erbajolo" 20200 Bas-
tia.
*Complément de jugement :* Jugement prononçant l'ouverture d'une
procédure de redressement judiciaire, date de cessation des paie-
ments le 15 Avril 2011 désignant mandataire judiciaire Me Pp De
Moro-Giafferi Imm. U Boscu d'Oru - Bat.B Pietranera - BP 75 -
20289 Bastia . Les déclarations des créances sont à déposer au man-
dataire judiciaire dans les deux mois à compter de la présente
publication.

1418 - ● Date : 31 mai 2011. Jugement d'ouverture d'une procédure
de redressement judiciaire.
511 669 632 RM 2B RCS non inscrit. **LIMA DA CUNHA** (Filipe,
manuel). *Activité :* Travaux de maçonnerie générale et gros oeuvre
de bâtiment. *Adresse :* boulevard Pierre Pasquini Hôtel l'Acienda
"Filipe Construction" 20220 L'Ile Rousse.
*Complément de jugement :* Jugement prononçant l'ouverture d'une
procédure de redressement judiciaire, date de cessation des paie-
ments le 04 Mai 2011 désignant mandataire judiciaire Me Pp De
Moro-Giafferi Imm. U Boscu d'Oru - Bat.B Pietranera - BP 75 -
20289 Bastia . Les déclarations des créances sont à déposer au man-
dataire judiciaire dans les deux mois à compter de la présente
publication.

1419 - ● Date : 24 mai 2011. Jugement d'ouverture de liquidation
judiciaire.
403 512 858 RCS Bastia. **BOSCOLO** (Didier, Jacques, Nicoles). *Acti-
vité :* Activité des économistes de la construction. *Adresse :* 9 chemin
de Palazzi l'Ortu 20220 Santa Reparata Di Balagna.
*Complément de jugement :* Jugement prononçant la liquidation judi-
ciaire, date de cessation des paiements le 14 Avril 2011 désignant
liquidateur Me Pp De Moro-Giafferi Imm. U Boscu d'Oru - Bat.B

Pietranera - BP 75 - 20289 Bastia . Les déclarations de créances sont à déposer au liquidateur dans les deux mois de la présente publication.

**1420** - ● Date : 31 mai 2011. Jugement d'ouverture de liquidation judiciaire.
454 075 227 RCS Bastia. **SACOJD.** *Forme :* Société à responsabilité limitée à associé unique. *Activité :* Débits de boissons. *Adresse :* 9 place de l'Hôtel de Ville 20200 Bastia.
*Complément de jugement :* Jugement prononçant la liquidation judiciaire, date de cessation des paiements le 13 Mai 2011 désignant liquidateur Me Pp De Moro-Giafferi Imm. U Boscu d'Oru - Bat.B Pietranera - BP 75 - 20289 Bastia . Les déclarations de créances sont à déposer au liquidateur dans les deux mois de la présente publication.

**1421** - ● Date : 24 mai 2011. Jugement d'ouverture d'une procédure de sauvegarde.
494 492 754 RCS Bastia. **PLUS.** *Forme :* Société à responsabilité limitée. *Activité :* Régie publicitaire de médias. *Adresse :* rue Paratojo Résidence le Rubis 20200 Bastia.
*Complément de jugement :* Jugement prononçant l'ouverture d'une procédure de sauvegarde et désignant mandataire judiciaire Me Pp De Moro-Giafferi Imm. U Boscu d'Oru - Bat.B Pietranera - BP 75 - 20289 Bastia . Les déclarations de créances sont à déposer auprès du Mandataire Judiciaire dans les deux mois de la présente publication.

### Jugement prononçant

**1422** - ● Date : 24 mai 2011. Jugement de conversion en liquidation judiciaire.
494 426 513 RCS Bastia. **B.L CONSTRUCTION.** *Forme :* Société à responsabilité limitée. *Activité :* Travaux de maçonnerie générale et gros oeuvre de bâtiment. *Adresse :* route de Vincentello d'Istria Res les Gardénias Ficabruna 20620 Biguglia.
*Complément de jugement :* Jugement prononçant la liquidation judiciaire désignant liquidateur Me Pp De Moro-Giafferi Imm. U Boscu d'Oru - Bat.B Pietranera - BP 75 - 20289 Bastia .

**1423** - ● Date : 24 mai 2011. Jugement de conversion en liquidation judiciaire.
501 393 169 RCS Bastia. **SARL O.B. MENUISERIE.** *Forme :* Société à responsabilité limitée. *Activité :* Travaux de menuiserie bois et PVC. *Adresse :* les Logis de Montesoro - Bâtiment K 51 20600 Bastia.
*Complément de jugement :* Jugement prononçant la liquidation judiciaire désignant liquidateur Me Pp De Moro-Giafferi Imm. U Boscu d'Oru - Bat.B Pietranera - BP 75 - 20289 Bastia .

**1424** - ● Date : 31 mai 2011. Jugement de conversion en liquidation judiciaire.
494 426 422 RCS Bastia. **SARL MARCHIONI-CAPITANIO.** *Forme :* Société à responsabilité limitée. *Activité :* Travaux d'installation électrique dans tous locaux. *Adresse :* ACT.95 lotissement Bevinco 20620 Biguglia.
*Complément de jugement :* Jugement prononçant la liquidation judiciaire désignant liquidateur Me Pp De Moro-Giafferi Imm. U Boscu d'Oru - Bat.B Pietranera - BP 75 - 20289 Bastia .

**1425** - ● Date : 31 mai 2011. Jugement de conversion en liquidation judiciaire.
444 354 070 RCS Bastia. **HABITAT CONCEPT.** *Forme :* Société à responsabilité limitée. *Activité :* Travaux de maçonnerie générale et gros oeuvre de bâtiment. *Adresse :* chemin de Falconaja - Résidence l'Impérial - Bâtiment 4 20600 Bastia.
*Complément de jugement :* Jugement prononçant la liquidation judiciaire désignant liquidateur Me Pp De Moro-Giafferi Imm. U Boscu d'Oru - Bat.B Pietranera - BP 75 - 20289 Bastia .

**1426** - ● Date : 31 mai 2011. Jugement de conversion en liquidation judiciaire.
501 950 372 RCS Bastia. **S C T P.** *Forme :* Société à responsabilité limitée. *Activité :* Travaux de terrassement courants et travaux préparatoires. *Adresse :* Lieu Dit Calarana 20253 Barbaggio.
*Complément de jugement :* Jugement prononçant la liquidation judiciaire désignant liquidateur Me Pp De Moro-Giafferi Imm. U Boscu d'Oru - Bat.B Pietranera - BP 75 - 20289 Bastia .

### Extrait de jugement

**1427** - ● Date : 24 mai 2011. Jugement mettant fin à la procédure de redressement judiciaire.
407 757 754 RCS Bastia. **SCI SANDRI A ET M.** *Forme :* Société civile. *Activité :* Location de logements. *Adresse :* Per Il Signore Sandri Michèle - Marines de Bravone 20230 Linguizzetta.
*Complément de jugement :* Jugement mettant fin à la procédure de redressement judiciaire en application de l'article L 631-16 du code de commerce.

**1428** - ● Date : 31 mai 2011. Jugement d'interdiction de gérer.
480 945 617 RCS Bastia. **DOBAS.** *Forme :* Société à responsabilité limitée. *Activité :* Cuisson de produits de boulangerie. *Adresse :* 1 av Emile Sari "Pizza Top" 20200 Bastia.
*Complément de jugement :* Jugement prononçant l'interdiction prévue à l'article L. 653-8 du code de commerce à l'encontre de Bastid Gilles pour une durée de 10 ANS ans.

### Jugement de clôture

**1429** - ● Date : 31 mai 2011. Jugement de clôture pour insuffisance d'actif.
316 719 590 RCS Bastia. **SEDDAS** (Alain). *Activité :* Location de terrains et d'autres biens immobiliers. *Adresse :* RN 193 20600 Furiani.
*Complément de jugement :* Jugement prononçant la clôture de la procédure de liquidation judiciaire pour insuffisance d'actif.

### Avis de dépôt

**1430** - ● Date : 24 mai 2011. Dépôt de l'état des créances Loi de 1985.
304 351 901 RCS Bastia. **MAZZETTI SA.** *Forme :* Société anonyme. *Activité :* Travaux de menuiserie métallique et serrurerie. *Adresse :* Zone Industrielle 20600 Bastia.
*Complément de jugement :* L'état des créances est déposé au greffe où tout intéressé peut présenter réclamation devant le juge-commissaire dans le délai de quinze jours à compter de la présente publication.

**1431** - ● Date : 31 mai 2011. Dépôt de l'état des créances.
388 809 352 RCS Bastia. **CENTRALE DISTRIBUTION AUTO.** *Forme :* Société à responsabilité limitée. *Activité :* Centrales d'achat non alimentaires. *Adresse :* RN 198 Casamozza 20290 Borgo.
*Complément de jugement :* L'état des créances est déposé au greffe où tout intéressé peut présenter réclamation devant le juge-commissaire dans le délai d'un mois à compter de la présente publication.

**1432** - ● Date : 10 mai 2011. Dépôt de l'état de collocation.
321 946 600 RCS Bastia. **MANFREDI** (Madeleine). *Activité :* Restauration de type traditionnel. *Adresse :* Plage de Ghisonaccia 20240 Ghisonaccia.
*Complément de jugement :* L'état de collocation a été déposé au greffe du tribunal devant lequel s'est déroulé la procédure. Les contestations seront recevables dans un délai de trente jours à compter de la date de la présente publication auprès du greffe du juge de l'exécution du tribunal de grande instance de Bastia. La publicité dans le journal d'annonces légales l'informateur Corse a été faite le 20 mai 2011 .

## 21 - CÔTE-D'OR

### TRIBUNAL DE COMMERCE DE DIJON

### Jugement d'ouverture

**1433** - ● Date : 31 mai 2011. Jugement d'ouverture d'une procédure de redressement judiciaire.
508 746 393 RCS Dijon. **DEMAIZIERE** (David, André). *Activité :* Nettoyage courant des bâtiments. *Adresse :* 3 rue des Huiliers 21340 Nolay.
*Complément de jugement :* Jugement prononçant l'ouverture d'une procédure de redressement judiciaire, date de cessation des paiements le 12.10.2010 désignant mandataire judiciaire Bissieux Jean Joachim 2 B, rue Marbotte - 21079 Dijon . Les déclarations des créances sont à déposer au mandataire judiciaire dans les deux mois à compter de la présente publication.

**1434** - ● Date : 31 mai 2011. Jugement d'ouverture d'une procédure de redressement judiciaire.
RCS non inscrit. **NICOLAS** (Emmanuel). *Adresse :* 14 rue du Manoir Hameau de Maux 21700 Corgoloin.
*Complément de jugement :* Jugement prononçant l'ouverture d'une procédure de redressement judiciaire, date de cessation des paiements le 23 Mai 2010 désignant mandataire judiciaire Scp Thiebaut Véronique 5, rue Docteur Chaussier - 21000 Dijon . Les déclarations des créances sont à déposer au mandataire judiciaire dans les deux mois à compter de la présente publication.

**1435** - ● Date : 31 mai 2011. Jugement d'ouverture d'une procédure de redressement judiciaire.
439 785 569 RCS Dijon. **MARLIN** (Patricia). *Activité :* Services des traiteurs. *Adresse :* 27 rue Jean-Jacques Rousseau 21000 Dijon.
*Complément de jugement :* Jugement prononçant l'ouverture d'une procédure de redressement judiciaire, date de cessation des paiements le 07 Octobre 2010 désignant mandataire judiciaire Scp Thiebaut Véronique 5, rue Docteur Chaussier - 21000 Dijon . Les déclarations des créances sont à déposer au mandataire judiciaire dans les deux mois à compter de la présente publication.

1436 - ● Date : 31 mai 2011. Jugement d'ouverture d'une procédure de redressement judiciaire.
RCS non inscrit. **MACEDO** (Luis). *Adresse :* rue Tanneguy d'Harcourt 21570 Belan-sur-Ource.
*Complément de jugement :* Jugement prononçant l'ouverture d'une procédure de redressement judiciaire, date de cessation des paiements le 03 Novembre 2010 désignant mandataire judiciaire Me Ph. Maître 19, avenue Albert Camus - 21000 Dijon . Les déclarations des créances sont à déposer au mandataire judiciaire dans les deux mois à compter de la présente publication.

1437 - ● Date : 31 mai 2011. Jugement d'ouverture d'une procédure de redressement judiciaire.
482 672 292 RCS Dijon. **LA RENOVATION.** *Forme :* Société à responsabilité limitée. *Activité :* Travaux de maçonnerie générale et gros oeuvre de bâtiment. *Adresse :* 14 rue Antoine Becquerel 21300 Chenôve.
*Complément de jugement :* Jugement prononçant l'ouverture d'une procédure de redressement judiciaire, date de cessation des paiements le 15 Janvier 2011 désignant mandataire judiciaire Scp Thiebaut Véronique 5, rue Docteur Chaussier - 21000 Dijon . Les déclarations des créances sont à déposer au mandataire judiciaire dans les deux mois à compter de la présente publication.

1438 - ● Date : 31 mai 2011. Jugement d'ouverture de liquidation judiciaire.
489 993 931 RCS Dijon. **SMDI-FERMETURES.** *Forme :* Société à responsabilité limitée. *Activité :* Travaux de menuiserie bois et PVC. *Adresse :* 148 avenue Jean Jaurès 21000 Dijon.
*Complément de jugement :* Jugement prononçant la liquidation judiciaire, date de cessation des paiements le 15 Septembre 2010 désignant liquidateur Bissieux Jean Joachim 2 B, rue Marbotte - 21079 Dijon . Les déclarations de créances sont à déposer au liquidateur dans les deux mois de la présente publication.

1439 - ● Date : 31 mai 2011. Jugement d'ouverture de liquidation judiciaire.
484 424 916 RCS Dijon. **ENTREPRISE FONTANA.** *Forme :* Société à responsabilité limitée. *Activité :* Travaux d'installation d'eau et de gaz en tous locaux. *Adresse :* 4 rue des Griottes 21910 Noiron-sous-Gevrey.
*Complément de jugement :* Jugement prononçant la liquidation judiciaire, date de cessation des paiements le 01 Janvier 2010 désignant liquidateur Me Ph. Maître 19, avenue Albert Camus - 21000 Dijon . Les déclarations de créances sont à déposer au liquidateur dans les deux mois de la présente publication.

1440 - ● Date : 31 mai 2011. Jugement d'ouverture de liquidation judiciaire.
499 042 638 RCS Dijon. **ID' EES ENVIRONNEMENT.** *Forme :* Société à responsabilité limitée. *Activité :* Services d'aménagement paysager. *Adresse :* 8bis rue Paul Langevin 21300 Chenôve.
*Complément de jugement :* Jugement prononçant la liquidation judiciaire, date de cessation des paiements le 01 Mai 2011 désignant liquidateur Scp Thiebaut Véronique 5, rue Docteur Chaussier - 21000 Dijon . Les déclarations de créances sont à déposer au liquidateur dans les deux mois de la présente publication.

## Jugement prononçant

1441 - ● Date : 31 mai 2011. Jugement de conversion en liquidation judiciaire.
447 672 882 RCS Dijon. **SARL J.P.B. 21.** *Forme :* Société à responsabilité limitée. *Activité :* Commerce de détail d'autres équipements du foyer. *Adresse :* Zone Artisanale Maison Dieu 21220 Fixin.
*Complément de jugement :* Jugement prononçant la liquidation judiciaire désignant liquidateur Me Ph. Maître 19, avenue Albert Camus - 21000 Dijon .

1442 - ● Date : 31 mai 2011. Jugement de conversion en liquidation judiciaire.
480 050 749 RCS Dijon. **PARI'S CAFE.** *Forme :* Société à responsabilité limitée. *Activité :* Restauration traditionnelle. *Adresse :* 40 rue Noblemaire 21130 Auxonne.
*Complément de jugement :* Jugement prononçant la liquidation judiciaire désignant liquidateur Me Ph. Maître 19, avenue Albert Camus - 21000 Dijon .

1443 - ● Date : 31 mai 2011. Jugement de conversion en liquidation judiciaire.
322 762 477 RCS Dijon. **RAPEAU** (Bernard, Jean-Charles). *Activité :* Coiffure. *Adresse :* 11 rue des Fosses 21500 Montbard.
*Complément de jugement :* Jugement prononçant la liquidation judiciaire désignant liquidateur Me Ph. Maître 19, avenue Albert Camus - 21000 Dijon .

1444 - ● Date : 31 mai 2011. Jugement de conversion en liquidation judiciaire.
495 183 451 RCS Dijon. **ANTOINE.** *Forme :* Société à responsabilité limitée. *Activité :* Travaux de peinture et vitrerie. *Adresse :* 19 place de la République 21000 Dijon.
*Complément de jugement :* Jugement prononçant la liquidation judiciaire désignant liquidateur Me Ph. Maître 19, avenue Albert Camus - 21000 Dijon .

## Extrait de jugement

1445 - ● Date : 31 mai 2011. Jugement prononçant la résolution du plan de redressement et la liquidation judiciaire.
478 579 196 RCS Dijon. **SYNDIC SERVICES.** *Forme :* Société à responsabilité limitée. *Activité :* Travaux d'installation électrique dans tous locaux. *Adresse :* 141 rue du Centre Arco 21160 Marsannay-la-Côte.
*Complément de jugement :* Jugement prononçant la résolution du plan de redressement et la liquidation judiciaire, date de cessation des paiements le 15 Avril 2011, désignant liquidateur Me Ph. Maître 19, avenue Albert Camus - 21000 Dijon . Les déclarations de créances sont à déposer auprès du liquidateur dans le délai de deux mois à compter de la présente publication à l'exception des créanciers admis au plan qui en sont dispensés.

1446 - ● Date : 31 mai 2011. Jugement prononçant la résolution du plan de redressement et la liquidation judiciaire.
489 717 926 RCS Dijon. **CD TRANSPORTS.** *Forme :* Société à responsabilité limitée. *Activité :* Transports routiers de fret interurbains. *Adresse :* 1 rue des Puits 21130 Villers-les-Pots.
*Complément de jugement :* Jugement prononçant la résolution du plan de redressement et la liquidation judiciaire, date de cessation des paiements le 15 Janvier 2011, désignant liquidateur Bissieux Jean Joachim 2 B, rue Marbotte - 21079 Dijon . Les déclarations de créances sont à déposer auprès du liquidateur dans le délai de deux mois à compter de la présente publication à l'exception des créanciers admis au plan qui en sont dispensés.

## Jugement de clôture

1447 - ● Date : 31 mai 2011. Jugement de clôture pour insuffisance d'actif.
RCS non inscrit. **LANFRANCHI** (Nicolas). *Activité :* Autres travaux de finition. *Adresse :* Rue de l'Etang 21320 Essey.
*Complément de jugement :* Jugement prononçant la clôture de la procédure de liquidation judiciaire pour insuffisance d'actif.

1448 - ● Date : 31 mai 2011. Jugement de clôture pour insuffisance d'actif.
418 778 650 RCS Dijon. **NEWTON PC.** *Forme :* Société à responsabilité limitée. *Activité :* Commerce de gros (commerce interentreprises) d'ordinateurs, d'équipements informatiques périphériques et de logiciels. *Adresse :* 5 - 7 rue de la Grande Fin 21121 Fontaine-les-Dijon.
*Complément de jugement :* Jugement prononçant la clôture de la procédure de liquidation judiciaire pour insuffisance d'actif.

1449 - ● Date : 31 mai 2011. Jugement de clôture pour insuffisance d'actif.
494 200 801 RCS Dijon. **SACO2R.** *Forme :* Société à responsabilité limitée. *Activité :* Restauration traditionnelle. *Adresse :* 16 rue Fevret 21140 Semur-en-Auxois.
*Complément de jugement :* Jugement prononçant la clôture de la procédure de liquidation judiciaire pour insuffisance d'actif.

1450 - ● Date : 31 mai 2011. Jugement de clôture pour insuffisance d'actif.
RCS non inscrit. **BROCHADO** (Rafaël, Antonio). *Adresse :* 31 boulevard des Valendons 21300 Chenôve.
*Complément de jugement :* Jugement prononçant la clôture de la procédure de liquidation judiciaire pour insuffisance d'actif.

1451 - ● Date : 31 mai 2011. Jugement de clôture pour insuffisance d'actif.
443 262 704 RCS Dijon. **DOVIA CREATION.** *Forme :* Société à responsabilité limitée. *Activité :* Fabrication de meubles meublants. *Adresse :* Quartier de la Gare 21530 La Roche-en-Brenil.
*Complément de jugement :* Jugement prononçant la clôture de la procédure de liquidation judiciaire pour insuffisance d'actif.

1452 - ● Date : 31 mai 2011. Jugement de clôture pour insuffisance d'actif.
433 718 723 RCS Dijon. **ELECTRO MENAGER TELEVISION VIDEO.** *Forme :* Société à responsabilité limitée. *Activité :* Réparation de matériel électronique grand public. *Adresse :* chemin Communal 21580 Le meix.
*Complément de jugement :* Jugement prononçant la clôture de la procédure de liquidation judiciaire pour insuffisance d'actif.

# 24 - DORDOGNE

## TRIBUNAL DE COMMERCE DE PÉRIGUEUX

### Jugement d'ouverture

1453 - ● Date : 31 mai 2011. Jugement d'ouverture d'une procédure de redressement judiciaire.
401 787 700 RCS Périgueux. **GAUVINEAU** (Christian, Emile). *Activité :* Restauration traditionnelle. *Adresse :* les Riviers Rn21 24460 Négrondes.
*Complément de jugement :* Jugement prononçant l'ouverture d'une procédure de redressement judiciaire, date de cessation des paiements le 15 Avril 2011 désignant mandataire judiciaire Maître Jean François TORELLI 7, rue de la Boétie - BP 2035 - 24002 Périgueux . Les déclarations des créances sont à déposer au mandataire judiciaire dans les deux mois à compter de la présente publication.

1454 - ● Date : 31 mai 2011. Jugement d'ouverture d'une procédure de redressement judiciaire.
RCS non inscrit. **AYKAC** (Hasan). *Adresse :* 4 rue Montaigne 24000 Périgueux.
*Complément de jugement :* Jugement prononçant l'ouverture d'une procédure de redressement judiciaire, date de cessation des paiements le 31 Décembre 2009 désignant mandataire judiciaire Maître Jean François TORELLI 7, rue de la Boétie - BP 2035 - 24002 Périgueux . Les déclarations des créances sont à déposer au mandataire judiciaire dans les deux mois à compter de la présente publication.

1455 - ● Date : 31 mai 2011. Jugement d'ouverture d'une procédure de redressement judiciaire.
523 996 460 RCS Périgueux. **SANAMA.** *Forme :* Société à responsabilité limitée. *Activité :* Construction de maisons individuelles. *Adresse :* 1 rue DU 8 MAI 1945 24460 Coulounieix-Chamiers.
*Complément de jugement :* Jugement prononçant l'ouverture d'une procédure de redressement judiciaire, date de cessation des paiements le 15 Octobre 2010 désignant mandataire judiciaire Maître Jean François TORELLI 7, rue de la Boétie - BP 2035 - 24002 Périgueux . Les déclarations des créances sont à déposer au mandataire judiciaire dans les deux mois à compter de la présente publication.

1456 - ● Date : 31 mai 2011. Jugement d'ouverture de liquidation judiciaire.
511 074 262 RCS Périgueux. **LOMME** (Arnaud, William). *Activité :* Restauration de type rapide. *Adresse :* Chez MME Vandesmael 44, rue Emery 19100 Brive-la-Gaillarde.
*Complément de jugement :* Jugement prononçant la liquidation judiciaire, date de cessation des paiements le 31 Décembre 2010 désignant liquidateur La Scp Pascal Pimouguet-Nicolas Leuret Mission Exercée Par Me Leuret - 78 rue Victor Hugo - le Mercurial - 24000 Périgueux . Les déclarations de créances sont à déposer au liquidateur dans les deux mois de la présente publication.

1457 - ● Date : 31 mai 2011. Jugement d'ouverture de liquidation judiciaire.
524 452 505 RCS Périgueux. **FREE DOM' PERIGUEUX.** *Forme :* Société à responsabilité limitée. *Activité :* Nettoyage courant des bâtiments. *Adresse :* 11 rue de Metz Service à Domicile 24000 Périgueux.
*Complément de jugement :* Jugement prononçant la liquidation judiciaire, date de cessation des paiements le 31 Mars 2011 désignant liquidateur Scp Pascal Pimouguet Nicolas Leuret 78, rue Victor Hugo - 24000 Périgueux . Les déclarations de créances sont à déposer au liquidateur dans les deux mois de la présente publication.

1458 - ● Date : 31 mai 2011. Jugement d'ouverture de liquidation judiciaire.
500 873 740 RCS Périgueux. **ACK.** *Forme :* Société à responsabilité limitée. *Activité :* Activités des agences de publicité. *Adresse :* 10 Clos de la Folle Avoine Animation Commerciale 24650 Chancelade.
*Complément de jugement :* Jugement prononçant la liquidation judiciaire, date de cessation des paiements le 31 Décembre 2010 désignant liquidateur Maître Jean François TORELLI 7, rue de la Boétie - BP 2035 - 24002 Périgueux . Les déclarations de créances sont à déposer au liquidateur dans les deux mois de la présente publication.

1459 - ● Date : 31 mai 2011. Jugement d'ouverture de liquidation judiciaire.
503 773 616 RCS Périgueux. **BORIE DIETETIQUE ANIMALE.** *Forme :* Société à responsabilité limitée. *Sigle :* B.D.A. *Activité :* Commerce de gros (commerce interentreprises) de céréales, de tabac non manufacturé, de semences et d'aliments pour le bétail. *Adresse :* Rapy Diététique Animale 24300 Le bourdeix.
*Complément de jugement :* Jugement prononçant la liquidation judiciaire, date de cessation des paiements le 31 Mars 2011 désignant liquidateur la S E L A R L HIROU,mission exercée par Me Laurent HIROU 6-7, boulevard Aristide Briand - 33506 Libourne . Les déclarations de créances sont à déposer au liquidateur dans les deux mois de la présente publication.

1460 - ● Date : 31 mai 2011. Jugement d'ouverture de liquidation judiciaire.
391 750 023 RCS Périgueux. **LE PAILLON DORE.** *Forme :* Société à responsabilité limitée. *Activité :* Boulangerie et boulangerie-pâtisserie. *Adresse :* 76 rue Pierre Semard Boulangerie 24000 Périgueux.
*Complément de jugement :* Jugement prononçant la liquidation judiciaire, date de cessation des paiements le 31 Mars 2011 désignant liquidateur Maître Jean François TORELLI 7, rue de la Boétie - BP 2035 - 24002 Périgueux . Les déclarations de créances sont à déposer au liquidateur dans les deux mois de la présente publication.

1461 - ● Date : 31 mai 2011. Jugement d'ouverture d'une procédure de sauvegarde.
332 249 812 RCS Périgueux. **MAGASINS DU PERIGORD.** *Forme :* Société par actions simplifiée. *Activité :* Commerce de détail d'habillement. *Adresse :* allée des Glycines - le Bourg Prêt à Porter 24350 Mensignac.
*Complément de jugement :* Jugement prononçant l'ouverture d'une procédure de sauvegarde et désignant mandataire judiciaire La Scp Pascal Pimouguet-Nicolas Leuret Mission Exercée Par Me Leuret - 78 rue Victor Hugo - le Mercurial - 24000 Périgueux . Les déclarations de créances sont à déposer auprès du Mandataire Judiciaire dans les deux mois de la présente publication.

1462 - ● Date : 31 mai 2011. Jugement d'extension d'une procédure de sauvegarde.
494 562 036 RCS Périgueux. **ARCHER IMMOBILIER.** *Forme :* Société à responsabilité limitée. *Activité :* Agences immobilières. *Adresse :* 13 place du Marche Agence Immobilière 24340 Mareuil. 439 687 641 RCS Angoulême. **LA SOCIÉTÉ EUROP' IMMOBILIER.** *Forme :* Société à responsabilité limitée. *Activité :* Agences immobilières. *Adresse :* 1 gD rue 16320 Villebois-Lavalette. RCS non inscrit. **LHERAUT** (Jean, Pascal). *Adresse :* 1 gd rue 16320 Villebois-Lavalette. RCS non inscrit. **LA SOCIETE JPL MARCHAND DE BIENS.** *Forme :* Société à responsabilité limitée. *Activité :* Agences immobilières. *Adresse :* 7 GRAND'rue 16320 Villebois-Lavalette. RCS non inscrit. **LA SOCIÉTÉ EUROP' IMMOBILIER.** *Forme :* Société à responsabilité limitée. *Activité :* Agences immobilières. *Adresse :* 1 gD rue 16320 Villebois-Lavalette.
*Complément de jugement :* Jugement d'extension d'une procédure de sauvegarde ouverte initialement à l'égard de la Société Archer Immobilier (SARL) 13, place du Marche - Agence Immobilière - 24340 Mareuilà la société JPL MARCHAND DE BIENS et confirmant la désignation en tant que mandataire judiciaire Maître Jean François TORELLI 7, rue de la Boétie - BP 2035 - 24002 Périgueux . Les déclarations de créances sont à déposer auprès du Mandataire Judiciaire dans les deux mois de la présente publication.

1463 - ● Date : 31 mai 2011. Jugement d'extension d'une procédure de sauvegarde.
494 562 036 RCS Périgueux. **ARCHER IMMOBILIER.** *Forme :* Société à responsabilité limitée. *Activité :* Agences immobilières. *Adresse :* 13 place du Marche Agence Immobilière 24340 Mareuil. 439 687 641 RCS Angoulême. **LA SOCIÉTÉ EUROP' IMMOBILIER.** *Forme :* Société à responsabilité limitée. *Activité :* Agences immobilières. *Adresse :* 1 gD rue 16320 Villebois-Lavalette. RCS non inscrit. **LHERAUT** (Jean, Pascal). *Adresse :* 1 gd rue 16320 Villebois-Lavalette. RCS non inscrit. **LA SOCIETE JPL MARCHAND DE BIENS.** *Forme :* Société à responsabilité limitée. *Activité :* Agences immobilières. *Adresse :* 7 GRAND'rue 16320 Villebois-Lavalette. RCS non inscrit. **LA SOCIÉTÉ EUROP' IMMOBILIER.** *Forme :* Société à responsabilité limitée. *Activité :* Agences immobilières. *Adresse :* 1 gD rue 16320 Villebois-Lavalette.
*Complément de jugement :* Jugement d'extension d'une procédure de sauvegarde ouverte initialement à l'égard de La Société Archer Immobilier (SARL) 13, place du Marche - Agence Immobilière - 24340 Mareuil à Monsieur LHERAUT Jean Pascal et confirmant la désignation en tant que mandataire judiciaire Maître Jean François TORELLI 7, rue de la Boétie - BP 2035 - 24002 Périgueux . Les déclarations de créances sont à déposer auprès du Mandataire Judiciaire dans les deux mois de la présente publication.

1464 - ● Date : 31 mai 2011. Jugement d'extension d'une procédure de sauvegarde.
494 562 036 RCS Périgueux. **ARCHER IMMOBILIER.** *Forme :* Société à responsabilité limitée. *Activité :* Agences immobilières. *Adresse :* 13 place du Marche Agence Immobilière 24340 Mareuil. 439 687 641 RCS Angoulême. **LA SOCIÉTÉ EUROP' IMMOBILIER.** *Forme :* Société à responsabilité limitée. *Activité :* Agences immobilières. *Adresse :* 1 gD rue 16320 Villebois-Lavalette. RCS non inscrit. **LHERAUT** (Jean, Pascal). *Adresse :* 1 gd rue 16320 Villebois-Lavalette. RCS non inscrit. **LA SOCIETE JPL MARCHAND DE**

BIENS. *Forme :* Société à responsabilité limitée. *Activité :* Agences immobilières. *Adresse :* 7 GRAND'rue 16320 Villebois-Lavalette. RCS non inscrit. **LA SOCIÉTÉ EUROP' IMMOBILIER.** *Forme :* Société à responsabilité limitée. *Activité :* Agences immobilières. *Adresse :* 1 gD rue 16320 Villebois-Lavalette.
*Complément de jugement :* Jugement d'extension d'une procédure de sauvegarde ouverte initialement à l'égard de La Société Archer Immobilier (SARL) 13, place du Marché - Agence Immobilière - 24340 Mareuil à la Société EUROP' IMMOBILIER et confirmant la désignation en tant que mandataire judiciaire Maître Jean François TORELLI 7, rue de la Boétie - BP 2035 - 24002 Périgueux . Les déclarations de créances sont à déposer auprès du Mandataire Judiciaire dans les deux mois de la présente publication.

### Jugement prononçant

1465 - ● Date : 31 mai 2011. Jugement de conversion en liquidation judiciaire.
344 523 949 RCS Périgueux. **GRIFFON** (Jean-Louis, René, Jules). *Activité :* Restauration traditionnelle. *Adresse :* place du Général de Gaulle Crêperie Café Bar Restauration 24600 Ribérac.
*Complément de jugement :* Jugement prononçant la liquidation judiciaire désignant liquidateur la S E L A R L HIROU,mission exercée par Me Laurent HIROU 6-7, boulevard Aristide Briand - 33506 Libourne .

1466 - ● Date : 31 mai 2011. Jugement de conversion en liquidation judiciaire.
500 293 972 RCS Périgueux. **EURL ROUVES.** *Forme :* Société à responsabilité limitée. *Sigle :* FABRIC'ALU - VERANDA. *Activité :* Travaux de menuiserie métallique et serrurerie. *Adresse :* l'allée Vente Et Pose de Menuiseries 24580 Rouffignac Saint-Cernin.
*Complément de jugement :* Jugement prononçant la liquidation judiciaire désignant liquidateur Maître Jean François TORELLI 7, rue de la Boétie - BP 2035 - 24002 Périgueux .

1467 - ● Date : 31 mai 2011. Jugement de conversion en liquidation judiciaire.
479 469 231 RM 24 RCS non inscrit. **DA COSTA** (Antonio). *Adresse :* le Tronc Plâtrerie 24380 Lacropte.
*Complément de jugement :* Jugement prononçant la liquidation judiciaire désignant liquidateur Maître Jean François TORELLI 7, rue de la Boétie - BP 2035 - 24002 Périgueux .

1468 - ● Date : 31 mai 2011. Jugement de conversion en liquidation judiciaire.
483 460 291 RM 24 RCS non inscrit. **HAUTHIER** (Stephanie). *Adresse :* 1 place Saint-Silain Soin de Beauté 24000 Périgueux.
*Complément de jugement :* Jugement désignant liquidateur La Scp Pascal Pimouguet-Nicolas Leuret Mission Exercée Par Me Leuret - 78 rue Victor Hugo - le Mercurial - 24000 Périgueux .

1469 - ● Date : 31 mai 2011. Jugement de conversion en liquidation judiciaire.
498 446 863 RCS Périgueux. **BROQUET** (Jean, Pierre, Henri). *Activité :* Boulangerie et boulangerie-pâtisserie. *Adresse :* 20 rue Lafayette Boulangerie Pâtisserie 24110 Saint-Astier.
*Complément de jugement :* Jugement prononçant la liquidation judiciaire désignant liquidateur La Scp Pascal Pimouguet-Nicolas Leuret Mission Exercée Par Me Leuret - 78 rue Victor Hugo - le Mercurial - 24000 Périgueux .

### Extrait de jugement

1470 - ● Date : 31 mai 2011. Jugement de plan de redressement.
415 016 435 RCS Périgueux. **SARL MOYRAND.** *Forme :* Société à responsabilité limitée. *Activité :* Culture de fruits à pépins et à noyau. *Adresse :* Vendeuil Activité Agricole 24270 Angoisse.
*Complément de jugement :* Jugement arrêtant le plan de redressement, durée du plan 10 ANS nomme Commissaire à l'exécution du plan Maître Jean François TORELLI 7, rue de la Boétie - BP 2035 - 24002 Périgueux .

1471 - ● Date : 24 mai 2011. Jugement arrêtant un plan de cession.
312 911 225 RCS Angoulême. **PERIGRAPHIC SA.** *Forme :* Société anonyme. *Activité :* Autre imprimerie (labeur). *Adresse :* Ze de la Braconné 16600 Mornac.
*Complément de jugement :* Jugement arrêtant le plan de cession.

1472 - ● Date : 31 mai 2011. Jugement arrêtant le plan de sauvegarde.
494 191 208 RCS Périgueux. **ENTREPRISE AUBERT.** *Forme :* Société à responsabilité limitée. *Activité :* Travaux d'installation électrique dans tous locaux. *Adresse :* ld le Grand Claud 24160 Saint-Medard d'Excideuil.

*Complément de jugement :* Jugement arrêtant le plan de sauvegarde, durée du plan 10 ANS nommant Commissaire à l'exécution du plan La Scp Pascal Pimouguet-Nicolas Leuret Mission Exercée Par Me Leuret - 78 rue Victor Hugo - le Mercurial - 24000 Périgueux .

### Jugement de clôture

1473 - ● Date : 31 mai 2011. Jugement de clôture pour insuffisance d'actif.
494 153 653 RM 24 RCS non inscrit. **POIGNANT** (Sébastien). *Adresse :* les Terrières Terrassement Assainissement 24600 Saint-Méard-de-Drone.
*Complément de jugement :* Jugement prononçant la clôture de la procédure de liquidation judiciaire pour insuffisance d'actif.

1474 - ● Date : 31 mai 2011. Jugement de clôture pour insuffisance d'actif.
322 779 414 RCS Périgueux. **RACLOT** (Serge, pierré). *Activité :* Restauration de type traditionnel. *Adresse :* 4 rue Achille Simon 24600 Ribérac.
*Complément de jugement :* Jugement prononçant la clôture de la procédure de liquidation judiciaire pour insuffisance d'actif.

1475 - ● Date : 31 mai 2011. Jugement de clôture pour insuffisance d'actif.
402 897 995 RCS Périgueux. **AUTOCARS ALAIN EURL.** *Forme :* Entreprise unipersonnelle à responsabilité limitée. *Activité :* Autres transports routiers de voyageurs. *Adresse :* le Bourg 24410 Festalemps.
*Complément de jugement :* Jugement prononçant la clôture de la procédure de liquidation judiciaire pour insuffisance d'actif.

1476 - ● Date : 31 mai 2011. Jugement de clôture pour insuffisance d'actif.
RCS non inscrit. **SCHWARZWAELDER** (Alain). *Adresse :* le Bourg 24410 Festalemps.
*Complément de jugement :* Jugement prononçant la clôture de la procédure de liquidation judiciaire pour insuffisance d'actif.

1477 - ● Date : 31 mai 2011. Jugement de clôture pour insuffisance d'actif.
479 314 155 RM 24 RCS non inscrit. **LAFAYE** (Fabrice). *Adresse :* 69 rue des Bains Maçonnerie 24750 Boulazac.
*Complément de jugement :* Jugement prononçant la clôture de la procédure de liquidation judiciaire pour insuffisance d'actif.

1478 - ● Date : 31 mai 2011. Jugement de clôture pour insuffisance d'actif.
RCS non inscrit. **BEAUDOUT** (Stephanie). *Adresse :* la Lande 24600 Bourg-du-Bost.
*Complément de jugement :* Jugement prononçant la clôture de la procédure de liquidation judiciaire pour insuffisance d'actif.

1479 - ● Date : 31 mai 2011. Jugement de clôture pour insuffisance d'actif.
393 956 693 RCS Périgueux. **SARL INFANTI.** *Forme :* Société à responsabilité limitée. *Activité :* Travaux de revêtement des sols et des murs. *Adresse :* le Bourg Travaux Revêtement Sols Mûrs 24390 Coubjours.
*Complément de jugement :* Jugement prononçant la clôture de la procédure de liquidation judiciaire pour insuffisance d'actif.

1480 - ● Date : 31 mai 2011. Jugement de clôture pour insuffisance d'actif.
490 245 388 RCS Périgueux. **MAV IMPRESSIONS.** *Forme :* Société à responsabilité limitée. *Activité :* Autre imprimerie (labeur). *Adresse :* Zone Artisanale Franqueville 24290 Montignac.
*Complément de jugement :* Jugement prononçant la clôture de la procédure de liquidation judiciaire pour insuffisance d'actif.

### Avis de dépôt

1481 - ● Date : 24 mai 2011. Dépôt de l'état des créances.
651 980 435 RCS Périgueux. **ATELIERS DE LA ROCHE.** *Forme :* Société par actions simplifiée. *Activité :* Fabrication d'autres meubles et industries connexes de l'ameublement. *Adresse :* la Roche 24800 Cornyac-sur-l'Isle.
*Complément de jugement :* L'état des créances est déposé au greffe où tout intéressé peut présenter réclamation devant le juge-commissaire dans le délai d'un mois à compter de la présente publication.

1482 - ● Date : 24 mai 2011. Dépôt de l'état des créances.
331 628 073 RCS Périgueux. **MONSIEUR GAVENS** (Marc). *Adresse :* Pont Notre Dame Plombier Chauffagiste 24200 Coulaures.
*Complément de jugement :* L'état des créances est déposé au greffe où tout intéressé peut présenter réclamation devant le juge-commissaire dans le délai d'un mois à compter de la présente publication.

1483 - ● Date : 24 mai 2011. Dépôt de l'état des créances.
502 933 872 RM 24 RCS non inscrit. **MAGIE** (Danielle). *Adresse* : 41 rue Wilson Plomberie Chauffage 24700 Montpon Menesterol.
*Complément de jugement* : L'état des créances est déposé au greffe où tout intéressé peut présenter réclamation devant le juge-commissaire dans le délai d'un mois à compter de la présente publication.

1484 - ● Date : 24 mai 2011. Dépôt de l'état des créances.
512 644 030 RCS Périgueux. **SOLUTIA PERIGUEUX.** *Forme* : Société à responsabilité limitée. *Activité* : Aide à domicile. *Adresse* : 7 rue du Lys Aide à la Personne 24000 Périgueux.
*Complément de jugement* : L'état des créances est déposé au greffe où tout intéressé peut présenter réclamation devant le juge-commissaire dans le délai d'un mois à compter de la présente publication.

1485 - ● Date : 24 mai 2011. Dépôt de l'état des créances.
510 125 180 RCS Périgueux. **CROISSANTS DE LUNE.** *Forme* : Société à responsabilité limitée. *Activité* : Boulangerie et boulangerie-pâtisserie. *Adresse* : 86 boulevard Gambetta Boulangerie Pâtisserie 24000 Périgueux.
*Complément de jugement* : L'état des créances est déposé au greffe où tout intéressé peut présenter réclamation devant le juge-commissaire dans le délai d'un mois à compter de la présente publication.

1486 - ● Date : 24 mai 2011. Dépôt de l'état des créances.
343 310 660 RCS Périgueux. **CENDRIEUX DISTRIBUTION.** *Forme* : Société à responsabilité limitée. *Activité* : Intermédiaires spécialisés dans le commerce d'autres produits spécifiques. *Adresse* : le Pigeonnier Négoce de Produits Agricoles 24380 Cendrieux.
*Complément de jugement* : L'état des créances est déposé au greffe où tout intéressé peut présenter réclamation devant le juge-commissaire dans le délai d'un mois à compter de la présente publication.

1487 - ● Date : 24 mai 2011. Dépôt de l'état des créances.
500 292 644 RCS Périgueux. **LA TABLE DE ZAZIE.** *Forme* : Société à responsabilité limitée. *Activité* : Commerce de détail d'autres équipements du foyer. *Adresse* : 3 place de l'Hôtel de Ville Arts de la Table 24000 Périgueux.
*Complément de jugement* : L'état des créances est déposé au greffe où tout intéressé peut présenter réclamation devant le juge-commissaire dans le délai d'un mois à compter de la présente publication.

1488 - ● Date : 26 mai 2011. Dépôt de l'état des créances.
487 841 108 RCS Périgueux. **EURO-SHIITAKE.** *Forme* : Société à responsabilité limitée. *Activité* : Culture de légumes, de melons, de racines et de tubercules. *Adresse* : ld le Pigeonnier Culture Et Négoce de Champignons 24640 Chourgnac. 489 279 919 RCS Périgueux. **LE PIGEONNIER.** *Forme* : Société civile. *Activité* : Location de terrains et d'autres biens immobiliers. *Adresse* : le Pigeonnier Administration Par Bail de Tous Immeubes Bâtis Ou Non Bâtis 24640 Chourgnac.
*Complément de jugement* : L'état des créances est déposé au greffe où tout intéressé peut présenter réclamation devant le juge-commissaire dans le délai d'un mois à compter de la présente publication.

1489 - ● Date : 26 mai 2011. Dépôt de l'état des créances.
413 758 509 RCS Périgueux. **ELECTRONIQUE DU CENTRE SERVICE.** *Forme* : Société à responsabilité limitée. *Sigle* : ECS. *Activité* : Commerce d'appareils électroménagers en magasin spécialisé. *Adresse* : ZAC 24700 Mensplet.
*Complément de jugement* : L'état des créances est déposé au greffe où tout intéressé peut présenter réclamation devant le juge-commissaire dans le délai d'un mois à compter de la présente publication.

1490 - ● Date : 26 mai 2011. Dépôt de l'état des créances.
423 801 190 RCS Périgueux. **ARRETCHE** (Patrice). *Activité* : Commerce de détail de viandes et de produits à base de viande en magasin spécialisé. *Adresse* : 7 rue Salinière Boucherie Charcuterie 24000 Périgueux.
*Complément de jugement* : L'état des créances est déposé au greffe où tout intéressé peut présenter réclamation devant le juge-commissaire dans le délai d'un mois à compter de la présente publication.

1491 - ● Date : 26 mai 2011. Dépôt de l'état des créances.
329 176 549 RCS Périgueux. **STM PEYTOUREAU.** *Forme* : Société à responsabilité limitée. *Activité* : Travaux d'installation d'équipements thermiques et de climatisation. *Adresse* : 28 rue Paul Bert Plomberie Sanitaire Chauffage 24000 Périgueux.
*Complément de jugement* : L'état des créances est déposé au greffe où tout intéressé peut présenter réclamation devant le juge-commissaire dans le délai d'un mois à compter de la présente publication.

1492 - ● Date : 26 mai 2011. Dépôt de l'état des créances.
591 980 016 RCS Périgueux. **SOCIETE COOPERATIVE IMPRIMERIE MODERNE EDITIONS DE LA LAUZE.** *Forme* : Société anonyme coopérative à capital variable. *Activité* : Autre imprimerie (labeur). *Adresse* : 29 rue des Jacobins Imprimerie 24000 Périgueux.

*Complément de jugement* : L'état des créances est déposé au greffe où tout intéressé peut présenter réclamation devant le juge-commissaire dans le délai d'un mois à compter de la présente publication.

1493 - ● Date : 26 mai 2011. Dépôt de l'état des créances.
494 888 126 RCS Périgueux. **LA LOREDO.** *Forme* : Société à responsabilité limitée. *Activité* : Restauration de type rapide. *Adresse* : 11 rue Limogeanne Restauration Rapide Vente à Emporter 24000 Périgueux.
*Complément de jugement* : L'état des créances est déposé au greffe où tout intéressé peut présenter réclamation devant le juge-commissaire dans le délai d'un mois à compter de la présente publication.

1494 - ● Date : 26 mai 2011. Dépôt de l'état des créances.
479 845 653 RCS Périgueux. **FUTAIE THENONAISE.** *Forme* : Société à responsabilité limitée. *Activité* : Exploitation forestière. *Adresse* : La garde Explotation Forestière 24210 Thenon.
*Complément de jugement* : L'état des créances est déposé au greffe où tout intéressé peut présenter réclamation devant le juge-commissaire dans le délai d'un mois à compter de la présente publication.

1495 - ● Date : 26 mai 2011. Dépôt de l'état des créances.
310 672 647 RM 24 RCS non inscrit. **BAUDRY** (Jean-Noël). *Adresse* : le Boutet Maçonnerie 24380 Chalagnac.
*Complément de jugement* : L'état des créances est déposé au greffe où tout intéressé peut présenter réclamation devant le juge-commissaire dans le délai d'un mois à compter de la présente publication.

1496 - ● Date : 26 mai 2011. Dépôt de l'état des créances et du projet de répartition.
494 957 236 RCS Périgueux. **GUEU** (Corinne). *Activité* : Commerce de détail de boissons en magasin spécialisé. *Adresse* : 8 rue du Palais Caviste 24600 Ribérac.
*Complément de jugement* : L'état des créances complété par le projet de répartition prévu par l'article L 644-4 du code de commerce est déposé au greffe. Tout intéressé peut contester ledit état devant le juge-commissaire dans un délai d'un mois à compter de la présente publication.

1497 - ● Date : 26 mai 2011. Dépôt de l'état des créances et du projet de répartition.
327 910 014 RCS Périgueux. **SAS CARROSSERIE ZIZARD.** *Forme* : Société par actions simplifiée. *Activité* : Entretien et réparation de véhicules automobiles légers. *Adresse* : 7 rue du Tennis Carrosserie Tôlerie 24000 Périgueux.
*Complément de jugement* : L'état des créances complété par le projet de répartition prévu par l'article L 644-4 du code de commerce est déposé au greffe. Tout intéressé peut contester ledit état devant le juge-commissaire dans un délai d'un mois à compter de la présente publication.

## 33 - GIRONDE

### TRIBUNAL DE COMMERCE DE LIBOURNE

#### Jugement d'ouverture

1498 - ○ Date : 30 mai 2011. Jugement d'ouverture d'une procédure de redressement judiciaire.
325 270 460 RCS Libourne. **FORESTIER** (Martine, Chantal). *Nom d'usage* : GERMY. *Activité* : Salon de coiffure pour homme, vente de parfumerie. *Adresse* : 30 avenue de la République 33820 Braud-et-Saint-Louis.
*Complément de jugement* : Jugement prononçant l'ouverture d'une procédure de redressement judiciaire, date de cessation des paiements le 30 mai 2011 désignant, mandataire judiciaire ELRL SELARL HIROU prise en la personne de Maître Louis HIROU, 7 rue Aristide Briand, 33500 Libourne. Les déclarations des créances sont à déposer au mandataire judiciaire dans les deux mois à compter de la présente publication.

#### Avis de dépôt

1499 - ○ Date : 23 mai 2011. Dépôt de l'état des créances.
507 415 347 RCS Libourne. **ARTS-BUSTES.** *Forme* : S.A.R.L. à associé unique. *Enseigne* : arts-bustes. *Activité* : Entretien espaces verts taille de haie tonte ramassage de déchets verts broyage élagage pose de clôture. *Adresse* : 2 lieu-dit Contrai Sud 33420 Camiac-et-Saint-Denis.
*Complément de jugement* : L'état des créances est déposé au greffe où tout intéressé peut présenter réclamation devant le juge-commissaire dans le délai d'un mois à compter de la présente publication.

1500 - ○ Date : 7 juin 2011. Dépôt de l'état des créances.
RCS non inscrit. **DESPORT** (Nicolas). *Activité* : Travaux de charpente couverture. *Adresse* : 28 Champ de Bataille 33230 Coutras.
*Complément de jugement* : L'état des créances est déposé au greffe où tout intéressé peut présenter réclamation devant le juge-commissaire dans le délai d'un mois à compter de la présente publication.

## 37 - INDRE-ET-LOIRE

### TRIBUNAL DE COMMERCE DE TOURS

#### Jugement d'ouverture

1501 - * Date : 31 mai 2011. Jugement d'ouverture d'une procédure de redressement judiciaire.
484 046 677 RCS Tours. **PELLERANO** (Marie-Thérèse). *Nom d'usage :* PELLERANO. *Activité :* prestataire centre d'appels. *Adresse :* 8 place Savoie Villars 37350 Le Grand-Pressigny.
*Complément de jugement :* Jugement prononçant l'ouverture d'une procédure de redressement judiciaire, date de cessation des paiements le 30 novembre 2009 désignant mandataire judiciaire Breion Nadine 26 Rue Jules Favre BP 4312 37043 Tours. Les déclarations des créances sont à déposer au mandataire judiciaire dans les deux mois à compter de la présente publication.

## 40 - LANDES

### TRIBUNAL DE COMMERCE DE MONT-DE-MARSAN

#### Jugement d'ouverture

1502 - ● Date : 27 mai 2011. Jugement d'ouverture de liquidation judiciaire.
442 261 475 RCS Mont-de-Marsan. **SARL LES BRUYERES.** *Forme :* Société à responsabilité limitée. *Activité :* Hôtels et hébergement similaire. *Adresse :* 18 avenue de Bordeaux 40800 Aire sur l'Adour.
*Complément de jugement :* Jugement prononçant la liquidation judiciaire, date de cessation des paiements le 30 Mars 2011 désignant liquidateur Me Sophie Dumousseau 38, rue Victor Hugo - 40010 Mont-de-Marsan . Les déclarations de créances sont à déposer au liquidateur dans les deux mois de la présente publication.

#### Jugement prononçant

1503 - ● Date : 27 mai 2011. Jugement de conversion en liquidation judiciaire.
498 484 765 RCS Mont-de-Marsan. **SEEBA HOLDING.** *Forme :* Société à responsabilité limitée. *Activité :* Activités des sociétés holding. *Adresse :* route de Bordeaux Zone d'Activités Commerciales de Peyres 40800 Aire sur l'Adour.
*Complément de jugement :* Jugement prononçant la liquidation judiciaire désignant liquidateur Me Guérin Dominique 2, rue DU 49ÈME - BP 8278 - 64182 Bayonne .

1504 - ● Date : 27 mai 2011. Jugement de conversion en liquidation judiciaire.
380 452 904 RCS Mont-de-Marsan. 380 452 904 RM 40 **SOCIETE D'EQUIPEMENTS ELECTRIQUES DU BASSIN AQUITAIN.** *Forme :* Société par actions simplifiée. *Sigle :* SEEBA. *Activité :* Travaux d'installation électrique dans tous locaux. *Adresse :* Zone Artisanale de Peyres 40800 Aire sur l'Adour.
*Complément de jugement :* Jugement prononçant la liquidation judiciaire désignant liquidateur Me Guérin Dominique 2, rue DU 49ÈME - BP 8278 - 64182 Bayonne .

#### Jugement de clôture

1505 - ● Date : 27 mai 2011. Jugement de clôture pour insuffisance d'actif.
493 264 139 RCS Mont-de-Marsan. **BÀRIO.** *Forme :* Société à responsabilité limitée. *Activité :* Commerce de détail d'habillement en magasin spécialisé. *Adresse :* 71 rue Lesbazeilles 40000 Mont-de-Marsan.
*Complément de jugement :* Jugement prononçant la clôture de la procédure de liquidation judiciaire pour insuffisance d'actif.

1506 - ● Date : 27 mai 2011. Jugement de clôture pour insuffisance d'actif.
452 901 473 RCS Mont-de-Marsan. 452 901 473 RM 40 **RAVANEL** (Jean, Pierre). *Activité :* Boulangerie et boulangerie-pâtisserie. *Adresse :* 8 place du Pijorin 40120 Roquefort.
*Complément de jugement :* Jugement prononçant la clôture de la procédure de liquidation judiciaire pour insuffisance d'actif.

1507 - ● Date : 27 mai 2011. Jugement de clôture pour insuffisance d'actif.
484 815 527 RCS Mont-de-Marsan. **TRANSPORTS FRIGORIFIQUE AQUITAIN.** *Forme :* Société à responsabilité limitée. *Sigle :* TFA. *Activité :* Transports routiers de fret de proximité. *Adresse :* au Bourg 40410 Liposthey.
*Complément de jugement :* Jugement prononçant la clôture de la procédure de liquidation judiciaire pour insuffisance d'actif.

1508 - ● Date : 27 mai 2011. Jugement de clôture pour insuffisance d'actif.

510 937 907 RCS Mont-de-Marsan. 510 937 907 RM 40 **BILLARD BEATRICE.** *Forme :* Société à responsabilité limitée. *Activité :* Restauration de type rapide. *Adresse :* 22 place de l'Orme 40600 Biscarrosse.
*Complément de jugement :* Jugement prononçant la clôture de la procédure de liquidation judiciaire pour insuffisance d'actif.

1509 - ● Date : 27 mai 2011. Jugement de clôture pour insuffisance d'actif.
422 280 479 RCS Mont-de-Marsan. **ORGANISER L EVENEMEN-TIEL.** *Forme :* Société à responsabilité limitée. *Activité :* Conseil pour les affaires et autres conseils de gestion. *Adresse :* 180 avenue du Colonel Couilleau Résidence du Lycée App 5 40000 Mont-de-Marsan.
*Complément de jugement :* Jugement prononçant la clôture de la procédure de liquidation judiciaire pour insuffisance d'actif.

#### Avis de dépôt

1510 - ● Date : 30 mai 2011. Dépôt de l'état des créances.
421 517 277 RCS Mont-de-Marsan. **TRANSPORTS CHEVALLIER.** *Forme :* Société à responsabilité limitée. *Activité :* Transports routiers de fret interurbains. *Adresse :* Lieudit la Poste 40090 Campagne.
*Complément de jugement :* L'état des créances est déposé au greffe où tout intéressé peut présenter réclamation devant le juge-commissaire dans le délai d'un mois à compter de la présente publication.

## 48 - LOZÈRE

### GREFFE DU TRIBUNAL DE COMMERCE DE MENDE

#### Jugement prononçant

1511 - ● Date : 31 mai 2011. Jugement de conversion en liquidation judiciaire.
482 086 451 RCS Mende. **GANAYE** (Laurent, Christian, Guy). *Activité :* Autres commerces de détail spécialisés divers. *Adresse :* 5 place Louis Dides 48400 Florac.
*Complément de jugement :* Jugement prononçant la liquidation judiciaire désignant liquidateur Me Marc ANDRE - Mandataire Judiciaire passage Champeyrache - BP 40159 - 30100 Ales .

#### Extrait de jugement

1512 - ● Date : 31 mai 2011. Jugement prononçant la résolution du plan de redressement et la liquidation judiciaire.
340 390 749 RCS Mende. 340 390 749 RM 48 **SARL LAFON.** *Forme :* Société à responsabilité limitée. *Activité :* Commerce de détail de fleurs, plantes, graines, engrais, animaux de compagnie et aliments pour ces animaux en magasin spécialisé. *Adresse :* avenue des Gorges du Tarn 48500 La canourgue.
*Complément de jugement :* Jugement prononçant la résolution du plan de redressement et la liquidation judiciaire, date de cessation des paiements le 11 Avril 2011, désignant liquidateur Me Marc ANDRE - Mandataire Judiciaire passage Champeyrache - BP 40159 - 30100 Ales . Les déclarations de créances sont à déposer auprès du liquidateur dans le délai de deux mois à compter de la présente publication à l'exception des créanciers admis au plan qui en sont dispensés.

## 59 - NORD

### TRIBUNAL DE COMMERCE DE LILLE

#### Jugement d'ouverture

1513 - ○ Date : 6 juin 2011. Jugement d'ouverture de liquidation judiciaire.
528 886 567 RCS Lille. **TALME RENOVATION.** *Forme :* S.A.R.L. à associé unique. *Activité :* Couverture, électricité, carrelage, travaux de petite maçonnerie, pose de plaques de plâtre. *Adresse :* 2 A rue d'Hequinville 59242 Templeuve.
*Complément de jugement :* Jugement prononçant la liquidation judiciaire, date de cessation des paiements le 30 avril 2011 désignant liquidateur Selarl Yvon Périn et Jean-Philippe Borkowiak représentée par Maître Borkowiak J, 74 avenue du Peuple Belge, 59800 Lille. Les déclarations de créances sont à déposer au liquidateur dans les deux mois de la présente publication.

1514 - ○ Date : 6 juin 2011. Jugement d'ouverture de liquidation judiciaire.
495 311 565 RCS Lille. **MESURE POUR MESURE.** *Forme :* Société à responsabilité limitée. *Activité :* Prestations et conseils en communication en developpement en promotion en diffusion de projets de réalisation et d'évènements culturels et commer- ciaux. Accompagnement et aide au développement de carrières professionnelles. *Adresse :* 34 rue Alphonse Mercier 59000 Lille.

*Complément de jugement :* Jugement prononçant la liquidation judiciaire, date de cessation des paiements le 27 mai 2011 désignant liquidateur Maître Malfaisan Emmanuel, 34 rue du Triez, 59290 Wasquehal. Les déclarations de créances sont à déposer au liquidateur dans les deux mois de la présente publication.

1515 - ○ Date : 6 juin 2011. Jugement d'ouverture de liquidation judiciaire.
504 608 019 RCS Lille. **ECHEANDIA CONCEPT.** *Forme :* Société à responsabilité limitée. *Activité :* vente de cuisine, salles de bain, électroménager, rangements, tables et chaises, sanitaire et accessoires. *Adresse :* Espace Carnot boulevard Carnot 59000 Lille.
*Complément de jugement :* Jugement prononçant la liquidation judiciaire, date de cessation des paiements le 30 mai 2011 désignant liquidateur Selarl Yvon Périn et Jean-Philippe Borkowiak représentée par Maître Borkowiak J, 74 avenue du Peuple Belge, 59800 Lille. Les déclarations de créances sont à déposer au liquidateur dans les deux mois de la présente publication.

1516 - ○ Date : 6 juin 2011. Jugement d'ouverture de liquidation judiciaire.
414 934 026 RCS Lille. **J.D.M. SERVICES.** *Forme :* Société à responsabilité limitée. *Activité :* travaux bâtiments de second oeuvre. *Adresse :* 4 rue des Ormes 59112 Annoeullin.
*Complément de jugement :* Jugement prononçant la liquidation judiciaire, date de cessation des paiements le 30 mai 2011 désignant liquidateur Maître Malfaisan Emmanuel, 34 rue du Triez, 59290 Wasquehal. Les déclarations de créances sont à déposer au liquidateur dans les deux mois de la présente publication.

1517 - ○ Date : 6 juin 2011. Jugement d'ouverture de liquidation judiciaire.
523 403 822 RCS Lille. **SARL TJDS.** *Forme :* S.A.R.L. à associé unique. *Activité :* restauration rapide, consommation sur place, vente à emporter et livraison à domicile. *Adresse :* Z.A.C. du Haut du Touquet Cellule 7 Batiment 5 59520 Marquette-lez-Lille.
*Complément de jugement :* Jugement prononçant la liquidation judiciaire, date de cessation des paiements le 31 mai 2011 désignant liquidateur Selarl Yvon Périn et Jean-Philippe Borkowiak représentée par Maître Borkowiak J, 74 avenue du Peuple Belge, 59800 Lille. Les déclarations de créances sont à déposer au liquidateur dans les deux mois de la présente publication.

1518 - ○ Date : 6 juin 2011. Jugement d'ouverture de liquidation judiciaire.
513 896 993 RCS Lille. **EURL BENJES.** *Forme :* S.A.R.L. à associé unique. *Activité :* sans activité au siège. *Adresse :* 10 place Fernig 59000 Lille.
*Complément de jugement :* Jugement prononçant la liquidation judiciaire, date de cessation des paiements le 30 avril 2011 désignant liquidateur Selas Bernard et Nicolas Soinne représentée par Maître Nicolas Soinne, 68 avenue du Peuple Belge, 59800 Lille. Les déclarations de créances sont à déposer au liquidateur dans les deux mois de la présente publication.

1519 - ○ Date : 6 juin 2011. Jugement d'ouverture de liquidation judiciaire.
519 127 252 RCS Lille. **SARL F.A.L.** *Forme :* S.A.R.L. à associé unique. *Activité :* Restauration rapide vente à emporter livraison à domicile. *Adresse :* 189 rue du faubourg de Roubaix 59000 Lille.
*Complément de jugement :* Jugement prononçant la liquidation judiciaire, date de cessation des paiements le 31 mai 2011 désignant liquidateur Selarl Yvon Périn et Jean-Philippe Borkowiak représentée par Maître Borkowiak J, 74 avenue du Peuple Belge, 59800 Lille. Les déclarations de créances sont à déposer au liquidateur dans les deux mois de la présente publication.

1520 - ○ Date : 6 juin 2011. Jugement d'ouverture de liquidation judiciaire.
509 571 097 RCS Lille. **CELANO.** *Forme :* S.A.R.L. à associé unique. *Enseigne :* LINE. *Activité :* Bar discothèque. *Adresse :* 86 rue du Roseau 59710 Avelin.
*Complément de jugement :* Jugement prononçant la liquidation judiciaire, date de cessation des paiements le 31 mai 2011 désignant liquidateur Maître Malfaisan Emmanuel, 34 rue du Triez, 59290 Wasquehal. Les déclarations de créances sont à déposer au liquidateur dans les deux mois de la présente publication.

1521 - ○ Date : 6 juin 2011. Jugement d'ouverture de liquidation judiciaire.
338 666 381 RCS Lille. **EQUIP'FLANDRES.** *Forme :* Société à responsabilité limitée. *Activité :* Vente en gros et détail, réparation de matériels destinés à l'industrie et aux collectivités. *Adresse :* 270 rue du Général Leclerc 59350 Saint-André-lez-Lille.
*Complément de jugement :* Jugement prononçant la liquidation judiciaire, date de cessation des paiements le 30 avril 2011 désignant liquidateur Selas Bernard et Nicolas Soinne représentée par Maître

Nicolas Soinne, 68 avenue du Peuple Belge, 59800 Lille. Les déclarations de créances sont à déposer au liquidateur dans les deux mois de la présente publication.

1522 - ○ Date : 6 juin 2011. Jugement d'ouverture de liquidation judiciaire.
508 322 799 RCS Lille. **HOLDING C.& D. DEVELOPPEMENT.** *Forme :* Société à responsabilité limitée. *Activité :* Prise d'intérêts de participation par voie d'apports d'échanges d'acquisitions de donation ou par tout moyen dans toutes sociétés industrielles commerciales agricoles immobilières financières ou autres. *Adresse :* 42 rue des Sémailles 59520 Marquette-lez-Lille.
*Complément de jugement :* Jugement prononçant la liquidation judiciaire, date de cessation des paiements le 30 avril 2011 désignant liquidateur Selas Bernard et Nicolas Soinne représentée par Maître Nicolas Soinne du Peuple Belge, 59800 Lille. Les déclarations de créances sont à déposer au liquidateur dans les deux mois de la présente publication.

## Extrait de jugement

1523 - ○ Date : 6 juin 2011. Jugement de plan de redressement.
503 498 636 RCS Lille. **SEBALEX.** *Forme :* Société à responsabilité limitée. *Enseigne :* ALEXIA. *Activité :* Débit de boissons. *Adresse :* 632 avenue de Dunkerque 59160 Lomme.
*Complément de jugement :* Jugement arrêtant le plan de redressement, durée du plan huit ans nomme Commissaire à l'exécution du plan Maître Malfaisan Emmanuel, 34 rue du Triez, 59290 Wasquehal.

1524 - ○ Date : 6 juin 2011. Jugement de faillite personnelle.
472 503 051 RCS Lille. **SOCIETE D'ENTRETIEN ET DE GESTION PAR ABONNEMENTS.** *Forme :* Société anonyme à conseil d'administration. *Sigle :* S.E.G.A. *Activité :* Gestion et entretien sanitaire, prestations de services. *Adresse :* 36 rue des Fusillés 59280 Armentières.
*Complément de jugement :* Jugement prononçant la faillite personnelle à l'encontre de Mr Guy DEPOORTER pour une durée de dix ans.

1525 - ○ Date : 6 juin 2011. Jugement de faillite personnelle.
331 902 825 RCS Lille. **C.M. COMPAGNIE.** *Forme :* Société à responsabilité limitée. *Activité :* Informatique, tant en France qu'a l'étranger, la prise de toute participation financière directe ou indirecte dans toute société ou entreprise, la prestation de services en général, le conseil en gestion ou organisation, le traitement à façon de tous travaux informatiques, l'achat et la revente de tous produits, toutes opérations relatives à la promotion et à la vente en soldes et à prix réduits de tous articles textiles et de leurs accessoires la rétrocession, le courtage ou le commissionnement de tout article, la création et la concession de toute marque, modèle ou franchise, la création, l'acquisition, la prise à bail à titre de gérance libre et l'exploitation, soit directement ou indirectement par concession en bail à titre de gérance libre, de tous fonds de commerce ou établissements correspondant à l'objet ci-dessus, et, plus généralement, toutes opérations quelconques sé rattachant directement ou indirectement à cet objet et pouvant contribuer au développement de la societe. *Adresse :* 23-25 rue Edouard Delesalle 59000 Lille.
*Complément de jugement :* Jugement prononçant la faillite personnelle à l'encontre de Mr Michel MENTRE pour une durée de quinze ans.

1526 - ○ Date : 6 juin 2011. Jugement de faillite personnelle.
508 396 538 RCS Lille. **SARL LEONARD MULTI SERVICES.** *Forme :* Société à responsabilité limitée. *Sigle :* L.M.S. *Enseigne :* L.M.S. Léonard Multi Services. *Activité :* Organisation de réceptions, de buffets, location de salle en tous lieux quelconque en France métropolitaine. *Adresse :* 5 rue Eugène Descamps 59160 Lomme.
*Complément de jugement :* Jugement prononçant la faillite personnelle à l'encontre de Madame Maryse LEONARD pour une durée de 15 ans.

1527 - ○ Date : 6 juin 2011. Jugement d'interdiction de gérer.
487 819 732 RCS Lille. **SARL DESBONNET.** *Forme :* Société à responsabilité limitée. *Activité :* Commercialisation de maisons individuelles et toutes opérations immobilières complémentaires. *Adresse :* 171 avenue de Dunkerque 59800 Lille.
*Complément de jugement :* Jugement prononçant l'interdiction prévue à l'article L. 653-8 du code de commerce à l'encontre de Mr Christophe DESBONNET pour une durée de quinze ans.

1528 - ○ Date : 6 juin 2011. Jugement d'interdiction de gérer.
487 819 732 RCS Lille. **SARL DESBONNET.** *Forme :* Société à responsabilité limitée. *Activité :* Commercialisation de maisons individuelles et toutes opérations immobilières complémentaires. *Adresse :* 171 avenue de Dunkerque 59800 Lille.
*Complément de jugement :* Jugement prononçant l'interdiction prévue à l'article L. 653-8 du code de commerce à l'encontre de Mr Michel DESBONNET pour une durée de cinq ans.

### Jugement de clôture

1529 - ○ Date : 6 juin 2011. Jugement de clôture pour insuffisance d'actif.
438 757 361 RCS Lille. **LA MAMA LEONA.** *Forme :* Société à responsabilité limitée. *Sigle :* LA MAMA LEONA. *Enseigne :* LA MAMA LEONA. *Activité :* Restaurant, pizzerias sur place ou emporter. *Adresse :* 60 rue d'Equermes 59000 Lille.
*Complément de jugement :* Jugement prononçant la clôture de la procédure de liquidation judiciaire pour insuffisance d'actif.

### TRIBUNAL DE COMMERCE DE VALENCIENNES

#### Extrait de jugement

1530 - ○ Date : 6 juin 2011. Jugement de plan de redressement.
494 918 402 RCS Valenciennes. **SOCOMARCHE.** *Forme :* Société à responsabilité limitée. *Activité :* Alimentation générale, point chaud, bazar. *Adresse :* 46 bis rue Jean Casimir Perrier 59590 Raismes.
*Complément de jugement :* Jugement arrêtant le plan de redressement, durée du plan : 8 ans nomme Commissaire à l'exécution du plan Maître Loeuille Emmanuel, 16 avenue des Dentellières, 59300 Valenciennes.

1531 - ○ Date : 6 juin 2011. Jugement arrêtant un plan de cession.
329 361 430 RCS Valenciennes. **SOCIETE AMANDINOISE DE DECOUPE ET DE POINCONNAGE.** *Forme :* Société par actions simplifiée. *Activité :* Mécano soudure, tôlerie, découpe. *Adresse :* 13 rue Jean Paul Alaux 33100 Bordeaux.
*Complément de jugement :* Jugement arrêtant le plan de cession au profit de la Sarl DEPRECQ, dont le siège social est à Raismes, Zi du Bas Pré, avec de se substituer la Société DEPRECQ STRUCTURAL, dont le siège social serait à Saint Amand les Eaux, Rue du Champ des Oiseaux, Za du Moulin Blanc. A maintenu Me Soinne, en qualité de mandataire judiciaire et Me Bondroit, en qualité d'administrateur judiciaire.

1532 - ○ Date : 6 juin 2011. Jugement arrêtant le plan de sauvegarde.
397 747 460 RCS Valenciennes. **SA GARAGE SIMPERE CLAUDE.** *Forme :* Société anonyme à conseil d'administration. *Activité :* L'achat, la vente de véhicules neufs et d'occasions, réparation et entretien mécanique - tôlerie - peinture - vente d'accessoires - de pièces détachées et produits d'entretien - location de véhicules - garagiste - la recherche, la négociation, la mise à disposition pour le compte de ts mandants démarches par la sté de ts produits manufacturés ou industriels. *Adresse :* 17 rue d'Aulnoye 59440 Avesnes-sur-Helpe.
*Complément de jugement :* Jugement arrêtant le plan de sauvegarde, durée du plan : 7 ans nomment Commissaire à l'exécution du plan SCP Eric Rouvroy et Gilbert Declercq en la personne de Me Gilbert Declercq, 15 rue Aubenche, 59400 Cambrai.

#### Avis de dépôt

1533 - ○ Date : 19 mai 2011. Dépôt de l'état des créances.
500 360 581 RCS Valenciennes. **SARL ZEN HABITAT.** *Forme :* Société à responsabilité limitée. *Activité :* Rénovation bâtiment en second oeuvre. *Adresse :* 54 route de Mons 59600 Maîrieux.
*Complément de jugement :* L'état des créances est déposé au greffe où tout intéressé peut présenter réclamation devant le juge-commissaire dans le délai d'un mois à compter de la présente publication.

1534 - ○ Date : 23 mai 2011. Dépôt de l'état des créances.
483 345 781 RCS Valenciennes. **GENERAL MAINTENANCE SERVICES FRANCE.** *Forme :* S.A.R.L. à associé unique. *Sigle :* GEMS FRANCE. *Activité :* Entretien, réparation aéronefs, ventes pièces et accessoires aviation. *Adresse :* Aérodrome de la Salmagne 59600 Elesmes.
*Complément de jugement :* L'état des créances est déposé au greffe où tout intéressé peut présenter réclamation devant le juge-commissaire dans le délai d'un mois à compter de la présente publication.

## 64 - PYRÉNÉES-ATLANTIQUES

### TRIBUNAL DE COMMERCE DE PAU

#### Jugement d'ouverture

1535 - ● Date : 31 mai 2011. Jugement d'ouverture d'une procédure de redressement judiciaire.
351 538 368 RCS Pau. **RIZZO** (Céline, Élise, Marie). *Nom d'usage :* SOULAIRE. *Activité :* Coiffure. *Adresse :* 72 allée de Morlàas 64000 Pau.
*Complément de jugement :* Jugement prononçant l'ouverture d'une procédure de redressement judiciaire, date de cessation des paiements le 27 Mai 2011 désignant mandataire judiciaire Selarl Brenac

Et Associés 23, rue Maréchal Joffre - 64000 Pau . Les déclarations des créances sont à déposer au mandataire judiciaire dans les deux mois à compter de la présente publication.

1536 - ● Date : 31 mai 2011. Jugement d'ouverture de liquidation judiciaire.
444 531 149 RCS Pau. **DECHETS FRANCE SERVICES.** *Forme :* Société à responsabilité limitée. *Sigle :* DFS. *Activité :* Traitement et élimination des déchets dangereux. *Adresse :* 6 rue Antoine Lavoisier 64121 Montardon.
*Complément de jugement :* Jugement prononçant la liquidation judiciaire, date de cessation des paiements le 24 Mai 2011 désignant liquidateur Selarl François Legrand 3, place Albert 1er - 64000 Pau . Les déclarations de créances sont à déposer au liquidateur dans les deux mois de la présente publication.

1537 - ● Date : 31 mai 2011. Jugement d'ouverture de liquidation judiciaire.
444 816 953 RCS Pau. **SOS - IMPRIMANTES.** *Forme :* Société à responsabilité limitée. *Activité :* Commerce de détail d'ordinateurs, d'unités périphériques et de logiciels en magasin spécialisé. *Adresse :* route de Doazon 64170 Serres-Sainte-Marie.
*Complément de jugement :* Jugement prononçant la liquidation judiciaire, date de cessation des paiements le 26 Mai 2011 désignant liquidateur Selarl François Legrand 3, place Albert 1er - 64000 Pau . Les déclarations de créances sont à déposer au liquidateur dans les deux mois de la présente publication.

1538 - ● Date : 31 mai 2011. Jugement d'ouverture de liquidation judiciaire.
508 226 941 RCS Pau. **COUVOIS** (Yvan, Georges). *Activité :* Activités de sécurité privée. *Adresse :* 1 rue Frédéric Mistral 64140 Billère.
*Complément de jugement :* Jugement prononçant la liquidation judiciaire, date de cessation des paiements le 27 Mai 2011 désignant liquidateur Selarl Brenac Et Associés 23, rue Maréchal Joffre - 64000 Pau . Les déclarations de créances sont à déposer au liquidateur dans les deux mois de la présente publication.

#### Jugement prononçant

1539 - ● Date : 31 mai 2011. Jugement de conversion en liquidation judiciaire.
483 273 538 RCS Pau. **VALORISATION FONCIERE DURABLE.** *Forme :* Société à responsabilité limitée à associé unique. *Sigle :* VFD. *Activité :* Activités des marchands de biens immobiliers. *Adresse :* 77 avenue des Lilas Chez E.F.I. 64000 Pau.
*Complément de jugement :* Jugement prononçant la liquidation judiciaire désignant liquidateur Selarl Brenac Et Associés 23, rue Maréchal Joffre - 64000 Pau .

1540 - ● Date : 31 mai 2011. Jugement de conversion en liquidation judiciaire.
510 316 730 RCS Pau. **CLINIQUE DE SAINT JEAN DE LUZ.** *Forme :* Société à responsabilité limitée. *Activité :* Activités des sièges sociaux. *Adresse :* 2 rue de Pont de Gouat 64400 Oloron-Sainte-Marie.
*Complément de jugement :* Jugement prononçant la liquidation judiciaire désignant liquidateur Selarl Brenac Et Associés 23, rue Maréchal Joffre - 64000 Pau , et mettant fin à la mission de l'administrateur Maître martinez.

#### Extrait de jugement

1541 - ● Date : 31 mai 2011. Jugement arrêtant un plan de cession.
510 316 730 RCS Pau. **CLINIQUE DE SAINT JEAN DE LUZ.** *Forme :* Société à responsabilité limitée. *Activité :* Activités des sièges sociaux. *Adresse :* 2 rue de Pont de Gouat 64400 Oloron-Sainte-Marie.
*Complément de jugement :* Jugement arrêtant le plan de cession.

1542 - ● Date : 31 mai 2011. Jugement prononçant la résolution du plan de redressement et la liquidation judiciaire.
505 126 854 RCS Pau. **FALGUIERES** (Frédéric, Christian, André). *Activité :* Travaux d'installation électrique dans tous locaux. *Adresse :* 12 rue Longchamp 64000 Pau.
*Complément de jugement :* Jugement prononçant la résolution du plan de redressement et la liquidation judiciaire, date de cessation des paiements le 02 Mai 2011, désignant liquidateur Selarl François Legrand 3, place Albert 1er - 64000 Pau . Les déclarations de créances sont à déposer auprès du liquidateur dans le délai de deux mois à compter de la présente publication à l'exception des créanciers admis au plan qui en sont dispensés.

1543 - ● Date : 31 mai 2011. Jugement de reprise de la procédure de liquidation judiciaire.
411 033 871 RCS Pau. **SARL WHY NOT.** *Forme :* Société à responsabilité limitée. *Activité :* Restauration de type traditionnel. *Adresse :* Palais des Pyrénées avenue Alfred de Lassence 64000 Pau.
*Complément de jugement :* Jugement prononçant la reprise de la procédure de liquidation judiciaire désignant liquidateur Selarl Brenac Et Associés 23, rue Maréchal Joffre - 64000 Pau .

1544 - ● Date : 31 mai 2011. Jugement d'interdiction de gérer.
RCS non inscrit. **MAZOU** (Serge). *Activité :* Travaux de peinture et vitrerie. *Adresse :* place Malluquer 64110 Saint-Faust.
*Complément de jugement :* Jugement prononçant l'interdiction prévue à l'article L. 653-8 du code de commerce à l'encontre de Mazou Serge pour une durée de 5 ANS ans.

### Jugement de clôture

1545 - ● Date : 31 mai 2011. Jugement de clôture pour insuffisance d'actif.
RCS non inscrit. **MAZOU** (Serge). *Activité :* Travaux de peinture et vitrerie. *Adresse :* place Malluquer 64110 Saint-Faust.
*Complément de jugement :* Jugement prononçant la clôture de la procédure de liquidation judiciaire pour insuffisance d'actif.

### Avis de dépôt

1546 - ● Date : 23 mai 2011. Liste des créances nées après le jugement d'ouverture d'une procédure de liquidation judiciaire.
482 405 917 RCS Pau. **PAYARD ET FILS.** *Forme :* Société en nom collectif. *Activité :* Commerce de détail de journaux et papeterie en magasin spécialisé. *Adresse :* 30 avenue Henri IV 64290 Gan.
*Complément de jugement :* La liste des créances de l'article L 641-13 du code de commerce est déposée au greffe où tout intéressé peut contester cette liste devant le juge-commissaire dans le délai d'un mois à compter de la présente publication.

1547 - ● Date : 30 mai 2011. Dépôt de l'état des créances et du projet de répartition.
483 113 015 RCS Pau. **SOCIETE D'EXPLOITATION ADOUR FOURNIL.** *Forme :* Société à responsabilité limitée. *Activité :* Commerce de gros (commerce interentreprises) non spécialisé. *Adresse :* 4 zone artisanale Monplaisir 64800 Bénéjacq.
*Complément de jugement :* L'état des créances complété par le projet de répartition prévu par l'article L 644-4 du code de commerce est déposé au greffe. Tout intéressé peut contester ledit état devant le juge-commissaire dans un délai d'un mois à compter de la présente publication.

# 66 - PYRÉNÉES-ORIENTALES

## TRIBUNAL DE COMMERCE DE PERPIGNAN

### Jugement d'ouverture

1548 - ○ Date : 1er juin 2011. Jugement d'ouverture d'une procédure de redressement judiciaire.
449 157 775 RCS Perpignan. **PLOMBERIE FRONTERA.** *Forme :* S.A.R.L. à associé unique. *Activité :* Plomberie sanitaire, chauffage, climatisation. *Adresse :* 52 route de Rivesaltes 66240 Saint-Estève.
*Complément de jugement :* Jugement prononçant l'ouverture d'une procédure de redressement judiciaire, date de cessation des paiements le 26 mai 2011 désignant administrateur Maître Samson André, 9 rue Camille Desmoulins, 66000 Perpignan, avec les pouvoirs : assister le débiteur dans tous ses actes de gestion., mandataire judiciaire Maître Clément Pierre Jean, résidence Saint Amand, 7 rue Léon Dieudé, 66000 Perpignan. Les déclarations des créances sont à déposer au mandataire judiciaire dans les deux mois à compter de la présente publication.

1549 - ○ Date : 1er juin 2011. Jugement d'ouverture d'une procédure de redressement judiciaire.
442 001 152 RCS Perpignan. **JOUIS** (Guillaume, Jean, Marcel). *Enseigne :* HOTEL DU BERRY. *Activité :* hotel. *Adresse :* 6 avenue du Général de Gaulle 66000 Perpignan.
*Complément de jugement :* Jugement prononçant l'ouverture d'une procédure de redressement judiciaire, date de cessation des paiements le 27 mai 2011 désignant administrateur Maître Samson André, 9 rue Camille Desmoulins, 66000 Perpignan, avec les pouvoirs : assister le débiteur dans tous ses actes de gestion., mandataire judiciaire Maître Clément Pierre Jean, résidence Saint Amand, 7 rue Léon Dieudé, 66000 Perpignan. Les déclarations des créances sont à déposer au mandataire judiciaire dans les deux mois à compter de la présente publication.

1550 - ○ Date : 1er juin 2011. Jugement d'ouverture d'une procédure de redressement judiciaire.
449 001 296 RCS Perpignan. **LANDELLE AUTOMOBILES.** *Forme :* Société à responsabilité limitée. *Enseigne :* LANDELLE AUTOMOBILE SARL. *Activité :* Achat, vente de tous véhicules à moteurs neufs ou d'occasion, réparation mécanique, electricite gestion d'agence commerciale opération de courtage achat et vente d'accessoires mécanique articles divers auto. *Adresse :* 11 boulevard Paul Langevin 66000 Perpignan.
*Complément de jugement :* Jugement prononçant l'ouverture d'une procédure de redressement judiciaire, date de cessation des paiements le 27 mai 2011 désignant administrateur Maître Samson André, 9 rue Camille Desmoulins, 66000 Perpignan, avec les pouvoirs : assister le débiteur dans tous ses actes de gestion., mandataire judiciaire Maître Gascon Hélène, 1 rue Léon Dieudé, 66000 Perpignan. Les déclarations des créances sont à déposer au mandataire judiciaire dans les deux mois à compter de la présente publication.

1551 - ○ Date : 1er juin 2011. Jugement d'ouverture de liquidation judiciaire.
507 981 504 RCS Perpignan. **WU** (Xiaoming). *Nom d'usage :* HWANG ALIAS TRUONG. *Enseigne :* MAISON HIZEN. *Activité :* épicerie, traiteur, plats cuisinés a emporter livraisons à domicile, vente de souvenirs divers objets de décoration. *Adresse :* 34 rue Remparts Villeneuve 66000 Perpignan.
*Complément de jugement :* Jugement prononçant la liquidation judiciaire, date de cessation des paiements le 25 mai 2011 désignant liquidateur Maître Gascon Hélène, 1 rue Léon Dieudé, 66000 Perpignan. Les déclarations de créances sont à déposer au liquidateur dans les deux mois de la présente publication.

1552 - ○ Date : 1er juin 2011. Jugement d'ouverture de liquidation judiciaire.
447 982 224 RCS Perpignan. **UGOLINI** (Laure). *Enseigne :* LA SPEZIA EQUIPEMENT PROFESSIONNEL. *Activité :* vente de matériel et vêtements professionnels, domaine défense sécurité, plongée sous marine, loisirs et défense, équipement de la personne, matériel, accessoires, organisation de stages, organisation de stage de formation à la plongée sous-marine spécifique, enquête et renseignements en sous traitance. *Adresse :* 30 résidence du Bois de Jade 66700 Argelès-sur-Mer.
*Complément de jugement :* Jugement prononçant la liquidation judiciaire, date de cessation des paiements le 26 mai 2011 désignant liquidateur Maître Clément Pierre Jean, résidence Saint Amand, 7 rue Léon Dieudé, 66000 Perpignan. Les déclarations de créances sont à déposer au liquidateur dans les deux mois de la présente publication.

1553 - ○ Date : 1er juin 2011. Jugement d'ouverture de liquidation judiciaire.
530 194 901 RCS Perpignan. **A.B.C. DIFFUSION.** *Forme :* S.A.R.L. à associé unique. *Enseigne :* L'UNIVERS DU SPA. *Activité :* import export achat vente en gros demi gros et détail de tous articles. *Adresse :* 24 avenue du Général Guillot 66000 Perpignan.
*Complément de jugement :* Jugement prononçant la liquidation judiciaire, date de cessation des paiements le 26 mai 2011 désignant liquidateur Maître Clément Pierre Jean, résidence Saint Amand, 7 rue Léon Dieudé, 66000 Perpignan. Les déclarations de créances sont à déposer au liquidateur dans les deux mois de la présente publication.

1554 - ○ Date : 1er juin 2011. Jugement d'ouverture de liquidation judiciaire.
479 981 060 RCS Perpignan. **MICRO FROID VALLESPIR.** *Forme :* Société à responsabilité limitée. *Activité :* Climatisations, cuisinés collectives pour leurs appareils de froid et de chaud et frigoriste. *Adresse :* 15 rue Pierre Rameil 66400 Céret.
*Complément de jugement :* Jugement prononçant la liquidation judiciaire, date de cessation des paiements le 27 mai 2011 désignant liquidateur Maître Gascon Hélène, 1 rue Léon Dieudé, 66000 Perpignan. Les déclarations de créances sont à déposer au liquidateur dans les deux mois de la présente publication.

1555 - ○ Date : 1er juin 2011. Jugement d'ouverture de liquidation judiciaire.
513 496 067 RCS Perpignan. **AQUAELEC 66.** *Forme :* S.A.R.L. à associé unique. *Enseigne :* AQUAELEC 66. *Activité :* plomberie électricité pompage. *Adresse :* 6 rue de la Méditerranée 66170 Saint-Féliu-d'Avall.
*Complément de jugement :* Jugement prononçant la liquidation judiciaire, date de cessation des paiements le 27 mai 2011 désignant liquidateur Maître Clément Pierre Jean, résidence Saint Amand, 7 rue Léon Dieudé, 66000 Perpignan. Les déclarations de créances sont à déposer au liquidateur dans les deux mois de la présente publication.

1556 - ○ Date : 1er juin 2011. Jugement d'ouverture de liquidation judiciaire.
519 083 307 RCS Perpignan. **CAP ENERGIE PLUS.** *Forme :* S.A.R.L. à associé unique. *Enseigne :* SOLEIL EN TETE. *Activité :* exploitation d'un fonds de commerce d'installation de chauffage, climatisation et confort de la maison par utilisation d'énergies renouvelables. *Adresse :* 36 avenue de Belfort 66000 Perpignan.
*Complément de jugement :* Jugement prononçant la liquidation judiciaire, date de cessation des paiements le 27 mai 2011 désignant liquidateur Maître Gascon Hélène, 1 rue Léon Dieudé, 66000 Perpignan. Les déclarations de créances sont à déposer au liquidateur dans les deux mois de la présente publication.

1557 - °Date : 1er juin 2011. Jugement d'ouverture de liquidation judiciaire.
488 935 388 RCS Perpignan. **TOP IMMO 66.** *Forme* : Société à responsabilité limitée. *Activité* : Création et exploitation d'un fonds de commerce de transactions immobilières et de transactions de fonds de commerce, activité de marchands de biens, mandataire en produits financiers. *Adresse* : 5 avenue de Perpignan 66470 Sainte Marie La Mer.
*Complément de jugement* : Jugement prononçant la liquidation judiciaire, date de cessation des paiements le 10 mai 2011 désignant liquidateur Maître Gascon Hélène, 1 rue Léon Dieudé, 66000 Perpignan. Les déclarations de créances sont à déposer au liquidateur dans les deux mois de la présente publication.

### Jugement prononçant

1558 - °Date : 1er juin 2011. Jugement de conversion en liquidation judiciaire.
326 493 376 RCS Perpignan. **SARL DOMINGUEZ ENERGIE.** *Forme* : S.A.R.L. à associé unique. *Activité* : électricité générale du batiment, toutes installa- tions d'appareils électriques climatisation pompes à chaleur tous dépannages et prestations diverses tous chauffages et toutes climatisations par procédés thermodynamiques, système photovoltaïque, tout contrat d'entretien, bureau d'étude en chauffage et climatisation. *Adresse* : 18 rue des Martins Pêcheurs Zone Artisanale 66700 Argelès-sur-Mer.
*Complément de jugement* : Jugement prononçant la liquidation judiciaire désignant liquidateur Maître Gascon Hélène, 1 rue Léon Dieudé, 66000 Perpignan, et mettant fin à la mission de l'administrateur Maître Samson André.

### Extrait de jugement

1559 - °Date : 1er juin 2011. Jugement du plan de redressement.
398 282 897 RCS Perpignan. **SARL GUY FOURCADE.** *Forme* : Société à responsabilité limitée. *Activité* : constructions, promotions, location de matériel, en matière immobilières, et généralement toutes opérations dans le bâtiment et les travaux publics... *Adresse* : 80 rue Louis Braille 66000 Perpignan.
*Complément de jugement* : Jugement arrêtant le plan de redressement, durée du plan 10 Ans nomme Commissaire à l'exécution du plan Maître Samson André, 9 rue Camille Desmoulins, 66000 Perpignan.

1560 - °Date : 1er juin 2011. Jugement du plan de redressement.
479 758 559 RCS Perpignan. **SOCIETE.PROPRETE.PAYSAGISTE.** *Forme* : Société à responsabilité limitée. *Sigle* : S 2P. *Enseigne* : SOCIETE.PROPRETE.PAYSAGISTE.(S 2P). *Activité* : Création, entretien d'espaces verts, nettoyage industriel, entretien, travaux divers du bâtiment. *Adresse* : 8 rue des Caroubiers 66330 Cabestany.
*Complément de jugement* : Jugement arrêtant le plan de redressement, durée du plan 10 ANS nomme Commissaire à l'exécution du plan Maître Samson André, 9 rue Camille Desmoulins, 66000 Perpignan.

1561 - °Date : 1er juin 2011. Jugement du plan de redressement.
451 082 317 RCS Perpignan. **SARL SOL MEDITERRANEE.** *Forme* : Société à responsabilité limitée. *Activité* : Pose de carrelage, plomberie, pétite maçonnerie facadier et peinture en batiment. *Adresse* : 31 rue Saint-Michel 66380 Pia.
*Complément de jugement* : Jugement arrêtant le plan de redressement, durée du plan 5 Ans nomme Commissaire à l'exécution du plan Maître Samson André, 9 rue Camille Desmoulins, 66000 Perpignan.

1562 - °Date : 1er juin 2011. Jugement du plan de redressement.
RCS non inscrit. **BOUJIDA (Mohamed, Said).** *Activité* : Artisan maçonnerie générale. *Adresse* : 1 rue Théophile Gautier 66000 Perpignan.
*Complément de jugement* : Jugement arrêtant le plan de redressement, durée du plan 8 Ans nomme Commissaire à l'exécution du plan Maître Samson André, 9 rue Camille Desmoulins, 66000 Perpignan.

1563 - °Date : 1er juin 2011. Jugement de faillite personnelle.
RCS non inscrit. **GAUMIN (Daniel, Roger).** *Activité* : artisan maconnerie. *Adresse* : 38 route de Prades 66500 Eus.
*Complément de jugement* : Jugement prononçant la faillite personnelle à l'encontre de Monsieur GAUMIN Daniel pour une durée de ciq ans.

### Avis de dépôt

1564 - °Date : 31 mai 2011. Liste des créances nées après le jugement d'ouverture d'une procédure de liquidation judiciaire.
485 239 099 RCS Perpignan. **MARIE** (Christophe, Jean, Marc, François). *Enseigne* : PHARMACIE. *Activité* : Pharmacie. *Adresse* : 96 avenue du Général de Gaulle 66360 Olette.
*Complément de jugement* : La liste des créances de l'article L 641-13 du code de commerce est déposée au greffe où tout intéressé peut contester cette liste devant le juge-commissaire dans le délai d'un mois à compter de la présente publication.

1565 - °Date : 31 mai 2011. Liste des créances nées après le jugement d'ouverture d'une procédure de liquidation judiciaire.
492 510 607 RCS Perpignan. **AGLY METAL CONSTRUCTION.** *Forme* : Société à responsabilité limitée. *Sigle* : A.M.C. *Enseigne* : AGLY METAL CONSTRUCTION. *Activité* : achat, vente, transformation de produits métallurgiques ferreur et non ferreur. *Adresse* : 1 rue Clément Ader 66600 Rivesaltes.
*Complément de jugement* : La liste des créances de l'article L 641-13 du code de commerce est déposée au greffe où tout intéressé peut contester cette liste devant le juge-commissaire dans le délai d'un mois à compter de la présente publication.

1566 - °Date : 31 mai 2011. Liste des créances nées après le jugement d'ouverture d'une procédure de liquidation judiciaire.
493 178 016 RCS Perpignan. **POWER +.** *Forme* : Société à responsabilité limitée. *Activité* : bien être, relaxation, amincissement, vente de produits cosmétiques et nutritionnels. *Adresse* : 20 avenue Torcatis 66000 Perpignan.
*Complément de jugement* : La liste des créances de l'article L 641-13 du code de commerce est déposée au greffe où tout intéressé peut contester cette liste devant le juge-commissaire dans le délai d'un mois à compter de la présente publication.

1567 - °Date : 31 mai 2011. Liste des créances nées après le jugement d'ouverture d'une procédure de liquidation judiciaire.
432 792 810 RCS Perpignan. **MINCEUR-BIEN-ETRE.** *Forme* : Société à responsabilité limitée. *Activité* : Soins du corps fitness cardio training arts martiaux. *Adresse* : Hôtel Mar I Cel place de la Méditerranée 66140 Canet-en-Roussillon.
*Complément de jugement* : La liste des créances de l'article L 641-13 du code de commerce est déposée au greffe où tout intéressé peut contester cette liste devant le juge-commissaire dans le délai d'un mois à compter de la présente publication.

1568 - °Date : 31 mai 2011. Liste des créances nées après le jugement d'ouverture d'une procédure de liquidation judiciaire.
450 265 178 RCS Perpignan. **OLIVEIRA ET CARVALHO.** *Forme* : Société à responsabilité limitée. *Activité* : Achat, vente, pose de carrelage revêtements sols et murs et tous travaux du bâtiment. *Adresse* : 2 rue de la Close 66140 Canet-en-Roussillon.
*Complément de jugement* : La liste des créances de l'article L 641-13 du code de commerce est déposée au greffe où tout intéressé peut contester cette liste devant le juge-commissaire dans le délai d'un mois à compter de la présente publication.

1569 - °Date : 31 mai 2011. Liste des créances nées après le jugement d'ouverture d'une procédure de liquidation judiciaire.
440 209 690 RCS Perpignan. **SANCHEZ PERE ET FILS.** *Forme* : Société à responsabilité limitée. *Activité* : plomberie, chauffage sanitaire, zinguerie, clima tisation électroménager, meubles de cuisine-salle de bains. *Adresse* : 2 impasse du Macabeu 66330 Cabestany.
*Complément de jugement* : La liste des créances de l'article L 641-13 du code de commerce est déposée au greffe où tout intéressé peut contester cette liste devant le juge-commissaire dans le délai d'un mois à compter de la présente publication.

1570 - °Date : 26 mai 2011. Dépôt de l'état des créances.
341 290 765 RCS Perpignan. **PHILIPPE PARENTY OPTICIEN.** *Forme* : Société à responsabilité limitée. *Activité* : Matériel d'optique médical. *Adresse* : 13 rue Jules Pams 66660 Port-Vendres.
*Complément de jugement* : L'état des créances est déposé au greffe où tout intéressé peut présenter réclamation devant le juge-commissaire dans le délai d'un mois à compter de la présente publication.

1571 - °Date : 30 mai 2011. Dépôt de l'état des créances.
481 136 919 RCS Perpignan. **SARL MALIA.** *Forme* : Société à responsabilité limitée. *Activité* : Commerce de détail, d'articles d'habillement et d'accessoires du vêtement, prêt à porter homme et femme. *Adresse* : 11 rue Fontfroide 66000 Perpignan.
*Complément de jugement* : L'état des créances est déposé au greffe où tout intéressé peut présenter réclamation devant le juge-commissaire dans le délai d'un mois à compter de la présente publication.

1572 - °Date : 19 mai 2011. Dépôt de l'état des créances.
489 753 046 RCS Perpignan. **BOIS & ENVIRONNEMENT.** *Forme* : Société à responsabilité limitée. *Activité* : Aménagement et entretien d'espaces ruraux et forestiers ainsi que la vente de bois de chauffage. *Adresse* : chemin de Saint André Taxo d'Amont 66700 Argelès-sur-Mer.
*Complément de jugement* : L'état des créances est déposé au greffe où tout intéressé peut présenter réclamation devant le juge-commissaire dans le délai d'un mois à compter de la présente publication.

## 76 - SEINE-MARITIME

### TRIBUNAL DE COMMERCE DU HAVRE

#### Jugement d'ouverture

1573 - ● Date : 3 juin 2011. Jugement d'ouverture de liquidation judiciaire.
489 635 169 RCS Le Havre. **H.A.L.E. INDUSTRIE (HYGROMETRIE ACTIVITE LOGICIEL ELECTRONIQUE INDUSTRIE).** *Forme :* Société à responsabilité limitée. *Sigle :* H A L E. *Activité :* Analyses, essais et inspections techniques. *Adresse :* 2 rue Maréchal Galliéni 76600 Le Havre.
*Complément de jugement :* Jugement prononçant la liquidation judiciaire, date de cessation des paiements le 24 Mai 2011 désignant liquidateur Selarl Catherine Vincent 20, rue Casimir-Perier - 76600 Le Havre . Les déclarations de créances sont à déposer au liquidateur dans les deux mois de la présente publication.

1574 - ● Date : 3 juin 2011. Jugement d'ouverture d'une procédure de sauvegarde.
494 420 086 RCS Le Havre. **HB INVESTISSEMENTS.** *Forme :* Société à responsabilité limitée. *Activité :* Activités des sociétés holding. *Adresse :* chemin de la Darse 76170 Lillebonne.
*Complément de jugement :* Jugement prononçant l'ouverture d'une procédure de sauvegarde et désignant administrateur Maître Eugène Beillard 23, rue Georges Heuillard - 76600 Le Havre avec les pouvoirs : d'assister le débiteur pour tous les actes relatifs à la gestion, mandataire judiciaire Selarl Catherine Vincent 20, rue Casimir-Perier - 76600 Le Havre . Les déclarations de créances sont à déposer auprès du Mandataire Judiciaire dans les deux mois de la présente publication.

#### Jugement prononçant

1575 - ● Date : 3 juin 2011. Jugement de conversion en liquidation judiciaire.
508 659 208 RCS Le Havre. **KAPEL.** *Forme :* Société à responsabilité limitée. *Activité :* Commerce de détail de tapis, moquettes et revêtements de murs et de sols en magasin spécialisé. *Adresse :* 6 place Léon Meyer 76600 Le Havre.
*Complément de jugement :* Jugement prononçant la liquidation judiciaire désignant liquidateur Selarl Catherine Vincent 20, rue Casimir-Perier - 76600 Le Havre .

1576 - ● Date : 3 juin 2011. Jugement de conversion en liquidation judiciaire.
514 973 692 RCS Le Havre. **PRODUCTION ORION & ASSOCIES.** *Forme :* Société à responsabilité limitée. *Activité :* Enregistrement sonore et édition musicale. *Adresse :* 12 rue Marie Talbot 76310 Sainte-Adresse.
*Complément de jugement :* Jugement prononçant la liquidation judiciaire désignant liquidateur Maître Béatrice Pascual 6, rue Dupleix - 76600 Le Havre .

1577 - ● Date : 3 juin 2011. Jugement de conversion en redressement judiciaire d'une procédure de sauvegarde.
311 509 483 RCS Le Havre. **HERONDELLE MEUBLES RUSTIQUES.** *Forme :* Société par actions simplifiée. *Sigle :* HMR. *Activité :* Commerce de détail de meubles. *Adresse :* Centre Commercial RN 173 76210 Gruchet-le-Valasse.
*Complément de jugement :* Jugement convertissant la procédure de sauvegarde en procédure de redressement judiciaire, date de cessation des paiements le 03 juin 2011 et désignant administrateur Maître Eugène Beillard 23, rue Georges Heuillard - 76600 Le Havre avec les pouvoirs : d'assister le débiteur pour tous les actes relatifs à la gestion.

#### Avis de dépôt

1578 - ● Date : 30 mai 2011. Liste des créances nées après le jugement d'ouverture d'une procédure de liquidation judiciaire.
429 825 961 RCS Le Havre. **DEVRESSE** (Herve, Réné, Louis). *Activité :* Commerce de voitures et de véhicules automobiles légers. *Adresse :* 76540 Vinnemerville.
*Complément de jugement :* La liste des créances de l'article L 641-13 du code de commerce est déposée au greffe où tout intéressé peut contester cette liste devant le juge-commissaire dans le délai d'un mois à compter de la présente publication.

1579 - ● Date : 31 mai 2011. Dépôt de l'état des créances.
483 864 518 RCS Le Havre. **VIOLETTE** (Vincent, Gaston, louis). *Activité :* Restauration traditionnelle. *Adresse :* 1 place de l'Eglise 76110 Manneville-la-Goupil.
*Complément de jugement :* L'état des créances est déposé au greffe où tout intéressé peut présenter réclamation devant le juge-commissaire dans le délai d'un mois à compter de la présente publication.

1580 - ● Date : 31 mai 2011. Dépôt de l'état des créances.
507 626 984 RCS Le Havre. **ISOTHERMA-KRIEF ENVIRONNEMENT.** *Forme :* Société par actions simplifiée. *Activité :* Travaux d'installation d'équipements thermiques et de climatisation. *Adresse :* 26 rue Georges Braque 76290 Montivilliers.
*Complément de jugement :* L'état des créances est déposé au greffe où tout intéressé peut présenter réclamation devant le juge-commissaire dans le délai d'un mois à compter de la présente publication.

1581 - ● Date : 1er juin 2011. Dépôt du projet de répartition.
492 900 311 RCS Le Havre. **AVER O MAR.** *Forme :* Société à responsabilité limitée. *Activité :* Travaux de maçonnerie générale et gros oeuvre de bâtiment. *Adresse :* 270 rue Irène Joliot-curie 76620 Le Havre.
*Complément de jugement :* Le projet de répartition prévu par l'article L 644-4 du code de commerce est déposé au greffe. Tout intéressé peut contester ledit projet devant le juge-commissaire dans un délai d'un mois à compter de la présente publication.

1582 - ● Date : 31 mai 2011. Dépôt de l'état des créances et du projet de répartition.
453 430 274 RCS Le Havre. **IJIOUI** (Mouloud). *Activité :* Commerce d'alimentation générale. *Adresse :* 108 rue Jules Siegfried 76600 Le Havre.
*Complément de jugement :* L'état des créances complété par le projet de répartition prévu par l'article L 644-4 du code de commerce est déposé au greffe. Tout intéressé peut contester ledit état devant le juge-commissaire dans un délai d'un mois à compter de la présente publication.

## 78 - YVELINES

### TRIBUNAL DE COMMERCE DE VERSAILLES

#### Jugement d'ouverture

1583 - * Date : 31 mai 2011. Jugement d'ouverture de liquidation judiciaire.
504 209 867 RCS Versailles. **LES PROS DE LA RENOVATION.** *Forme :* Société à responsabilité limitée. *Activité :* entreprise de rénovation intérieure et extérieure, tout revêtement de sols et de murs, peinture, carrelage, parquet, moquette. *Adresse :* 3 parc de Diane 78350 Jouy-en-Josas.
*Complément de jugement :* Jugement prononçant la liquidation judiciaire, date de cessation des paiements le 31 décembre 2010 désignant liquidateur Me Rogeau Cosme 26 Rue Hoche 78000 Versailles. Les déclarations de créances sont à déposer au liquidateur dans les deux mois de la présente publication.

1584 - * Date : 31 mai 2011. Jugement d'ouverture de liquidation judiciaire.
449 548 155 RCS Versailles. **SARL EUROPEAN MEDICAL INVESTMENT "E. M. I".** *Forme :* Société à responsabilité limitée. *Sigle :* EMI. *Activité :* toutes prises de participation dans des sociétés à objet commercial ou civil par voie d'acquisition, apport ou autrement, gestion desdites participations ainsi que leur réalisation éventuelle, tous conseils, assistances, études techniques et commerciales, recherche de clientèle, apporteur d'affaires, implantations commerciales, marketing, assistance en gestion, concernant toutes les entreprises commerciales, industrielles, prestataires de services, étude, promotion, mise au point, réalisation, contrôle et gestion de tous projets financiers, industriels, commerciaux et immobiliers. *Adresse :* 2 rue Gaucher 78100 Saint-Germain-en-Laye.
*Complément de jugement :* Jugement prononçant la liquidation judiciaire, date de cessation des paiements le 15 mai 2011 désignant liquidateur Selarl Smj Prise en la personne de Me Chavane De Dalmassy 20 Rue de l'Europe 78000 Versailles. Les déclarations de créances sont à déposer au liquidateur dans les deux mois de la présente publication.

#### Jugement prononçant

1585 - * Date : 31 mai 2011. Jugement de conversion en liquidation judiciaire.
500 934 112 RCS Versailles. **GOOD VIBES PRODUCTION.** *Forme :* Société à responsabilité limitée à associé unique. *Activité :* la production et l'Exploitation de programmes Audiovisuels, la production de films cinématographiques de court et moyen métrage, l'organisation de manifestations et d'évènements à caractère culturel et professionnel. *Adresse :* 2 Résidence de la Madeleine 78460 Chevreuse.
*Complément de jugement :* Jugement prononçant la liquidation judiciaire désignant liquidateur Me Rogeau Cosme 26 Rue Hoche 78000 Versailles.

## Extrait de jugement

1586 - * Date : 31 mai 2011. Jugement de plan de redressement. 421 970 294 RCS Versailles. **ETUDESERVICES.** *Forme :* Société à responsabilité limitée. *Activité :* bureau d'études en dessin industriel (étude, conception et réalisation de plans) formation en informatique? assistance technique. *Adresse :* 46 avenue des Frères Lumière Immeuble Parc Lumière 78190 Trappes.
*Complément de jugement :* Jugement arrêtant le plan de redressement, durée du plan 9 ans nomme Commissaire à l'exécution du plan Me Michel Franck 10 Allée Pierre de Coubertin 78000 Versailles.

## Jugement de clôture

1587 - * Date : 31 mai 2011. Jugement de clôture pour insuffisance d'actif.
478 528 706 RCS Versailles. **SEQUOIA (11/519).** *Forme :* Société à responsabilité limitée. *Activité :* auto école. *Adresse :* 8 Place Fernand Prud'homme 78120 Rambouillet.
*Complément de jugement :* Jugement prononçant la clôture de la procédure de liquidation judiciaire pour insuffisance d'actif.

1588 - * Date : 31 mai 2011. Jugement de clôture pour insuffisance d'actif.
485 204 895 RCS Versailles. **MAÇONNERIE ET DECORATION DES YVELINES (11/517).** *Forme :* Société à responsabilité limitée. *Activité :* maçonnerie générale charpente couverture carrelage plomberie électricité peinture vitrerie. *Adresse :* 35 rue des Chantiers 78000 Versailles.
*Complément de jugement :* Jugement prononçant la clôture de la procédure de liquidation judiciaire pour insuffisance d'actif.

1589 - * Date : 31 mai 2011. Jugement de clôture pour insuffisance d'actif.
RCS non inscrit. **GUYADER** (Christophe (/)). *Activité :* Electricité. *Adresse :* 236 rue Paul Doumer 78510 Triel-sur-Seine.
*Complément de jugement :* Jugement prononçant la clôture de la procédure de liquidation judiciaire pour insuffisance d'actif.

1590 - * Date : 31 mai 2011. Jugement de clôture pour insuffisance d'actif.
499 392 108 RCS Versailles. **E. C. A BAT (11/523).** *Forme :* Société à responsabilité limitée à associé unique. *Activité :* maçonnerie. *Adresse :* 54 quai George Sand 78360 Montesson.
*Complément de jugement :* Jugement prononçant la clôture de la procédure de liquidation judiciaire pour insuffisance d'actif.

1591 - * Date : 31 mai 2011. Jugement de clôture pour insuffisance d'actif.
442 255 246 RCS Versailles. **SETIX GARGES (11/521).** *Forme :* Société à responsabilité limitée. *Activité :* boucherie, charcuterie. *Adresse :* Route d'Étampes 78660 Boinville-le-Gaillard.
*Complément de jugement :* Jugement prononçant la clôture de la procédure de liquidation judiciaire pour insuffisance d'actif.

1592 - * Date : 31 mai 2011. Jugement de clôture pour insuffisance d'actif.
442 255 741 RCS Versailles. **SETIX ST CYR (11/520).** *Forme :* Société à responsabilité limitée. *Activité :* boucherie boulangerie pâtisserie fruits et légumes produits alimentaires. *Adresse :* Route d'Étampes 78660 Boinville-le-Gaillard.
*Complément de jugement :* Jugement prononçant la clôture de la procédure de liquidation judiciaire pour insuffisance d'actif.

1593 - * Date : 31 mai 2011. Jugement de clôture pour insuffisance d'actif.
342 498 656 RCS Versailles. **MARECO MENDES (/)** (José Antonio). *Activité :* import export et pose de produits a base de pierre. *Adresse :* 22 avenue Paul Doumer C/o Mme Pereira Maria 78360 Montesson.
*Complément de jugement :* Jugement prononçant la clôture de la procédure de liquidation judiciaire pour insuffisance d'actif.

## Avis de dépôt

1594 - * Date : 26 mai 2011. Dépôt de l'état des créances.
388 552 648 RCS Versailles. **FÉB FRANCAISE D'EQUIPEMENT POUR LES BOUTIQUES.** *Forme :* Société à responsabilité limitée. *Activité :* l'importation, l'achat, la vente, la location de systèmes électroniques de surveillance contre le vol à l'étalage. *Adresse :* 27 chemin de la Maraiche 78250 Tessancourt-sur-Aubette.
*Complément de jugement :* L'état des créances est déposé au greffe où tout intéressé peut présenter réclamation devant le juge-commissaire dans le délai d'un mois à compter de la présente publication.

1595 - * Date : 26 mai 2011. Dépôt de l'état des créances.
504 993 015 RCS Versailles. **PLEIN SUD.** *Forme :* Société à responsabilité limitée. *Activité :* transport public routier de marchandises ou location de véhicules industriels. *Adresse :* 45-47 rue Jean Jaurès 78190 Trappes.
*Complément de jugement :* L'état des créances est déposé au greffe où tout intéressé peut présenter réclamation devant le juge-commissaire dans le délai d'un mois à compter de la présente publication.

1596 - * Date : 26 mai 2011. Dépôt de l'état des créances.
RCS non inscrit. **INOV'STRATEGIE.** *Forme :* Société par actions simplifiée. *Activité :* toutes prises de participation directes ou indirectes dans toutes sociétés ou entreprises. *Adresse :* 57 esplanade du Général de Gaulle 92081 Paris la Défense Cedex.
*Complément de jugement :* L'état des créances est déposé au greffe où tout intéressé peut présenter réclamation devant le juge-commissaire dans le délai d'un mois à compter de la présente publication.

1597 - * Date : 26 mai 2011. Dépôt de l'état des créances.
479 622 086 RCS Versailles. **AUDIT FINANCE CONCEPT.** *Forme :* Société à responsabilité limitée. *Activité :* conseil en stratégie assistance des entreprises ou de particuliers dans leur gestion commerciale administrative financière et fiscale représentation auprès des administrations organismes financiers ou d'autre nature. *Adresse :* 19 avenue Victor Hugo 78400 Chatou.
*Complément de jugement :* L'état des créances est déposé au greffe où tout intéressé peut présenter réclamation devant le juge-commissaire dans le délai d'un mois à compter de la présente publication.

1598 - * Date : 26 mai 2011. Dépôt de l'état des créances.
398 397 604 RCS Versailles. **CACAO FRERES.** *Forme :* Société à responsabilité limitée. *Activité :* bâtiments tous corps d'état. *Adresse :* 1 rue du 8 Mai 45 78500 Sartrouville.
*Complément de jugement :* L'état des créances est déposé au greffe où tout intéressé peut présenter réclamation devant le juge-commissaire dans le délai d'un mois à compter de la présente publication.

1599 - * Date : 26 mai 2011. Dépôt de l'état des créances.
450 730 809 RCS Versailles. **VIGIMARK SURVEILLANCE.** *Forme :* Société par actions simplifiée. *Activité :* toutes activités de gardiennage et de sécurité. *Adresse :* 16 rue Georges Clémenceau 78250 Meulan.
*Complément de jugement :* L'état des créances est déposé au greffe où tout intéressé peut présenter réclamation devant le juge-commissaire dans le délai d'un mois à compter de la présente publication.

1600 - * Date : 26 mai 2011. Dépôt de l'état des créances.
499 901 882 RCS Versailles. **ROULOT.** *Forme :* Société à responsabilité limitée à associé unique. *Activité :* réparation, fabrication, vente de tous articles de chaudronnerie, tôlerie, serrurerie, ainsi que toutes activités se rapportant a la mécanique en général, réalisation de constructions métalliques, entretien d'usines, chaudronnerie, Metallerie, oxycoupage et toutes activités s'y rapportant, tuyauterie, entretien d'usines et tous corps d'état, en construction métallique. *Adresse :* Chemin des Meuniers 78200 Buchelay.
*Complément de jugement :* L'état des créances est déposé au greffe où tout intéressé peut présenter réclamation devant le juge-commissaire dans le délai d'un mois à compter de la présente publication.

1601 - * Date : 26 mai 2011. Dépôt de l'état des créances.
438 264 434 RCS Versailles. **AUX CAVES DES DEUX PORTES.** *Forme :* Société à responsabilité limitée. *Activité :* commerce, marchand de vins, alcools et spiritueux, vente de produits régionaux. *Adresse :* 15 rue des Deux Portes 78000 Versailles.
*Complément de jugement :* L'état des créances est déposé au greffe où tout intéressé peut présenter réclamation devant le juge-commissaire dans le délai d'un mois à compter de la présente publication.

1602 - * Date : 26 mai 2011. Dépôt de l'état des créances.
389 351 313 RCS Versailles. **CHAMBRUN** (Gilles). *Activité :* boulangerie, pâtisserie, confiserie, glaces, plats cuisines. *Adresse :* 33 avenue de la Victoire 78800 Houilles.
*Complément de jugement :* L'état des créances est déposé au greffe où tout intéressé peut présenter réclamation devant le juge-commissaire dans le délai d'un mois à compter de la présente publication.

1603 - * Date : 26 mai 2011. Dépôt de l'état des créances.
451 290 456 RCS Versailles. **ACTORS CONSULTING.** *Forme :* Société à responsabilité limitée. *Activité :* prestations de services informatiques. *Adresse :* 23 rue Colbert 78180 Montigny-le-Bretonneux.
*Complément de jugement :* L'état des créances est déposé au greffe où tout intéressé peut présenter réclamation devant le juge-commissaire dans le délai d'un mois à compter de la présente publication.

1604 - * Date : 26 mai 2011. Dépôt de l'état des créances.
388 210 429 RCS Versailles. **STAR PRESS GROUP.** *Forme :* Société à responsabilité limitée. *Activité :* presse et communication. *Adresse :* 15 rue des Entrepreneurs Zone Artisanale les Amandiers 78420 Carrières-sur-Seine.

*Complément de jugement :* L'état des créances est déposé au greffe où tout intéressé peut présenter réclamation devant le juge-commissaire dans le délai d'un mois à compter de la présente publication.

1605 - * Date : 26 mai 2011. Dépôt de l'état des créances.
397 905 076 RCS Versailles. **LOCATER I. D. F. T. P.** *Forme :* Société à responsabilité limitée. *Activité :* terrassement démolition, création d'espaces verts - location et ventes de matériels. *Adresse :* 279 avenue Roland Garros 78530 Buc.
*Complément de jugement :* L'état des créances est déposé au greffe où tout intéressé peut présenter réclamation devant le juge-commissaire dans le délai d'un mois à compter de la présente publication.

1606 - * Date : 26 mai 2011. Dépôt de l'état des créances.
488 766 833 RCS Versailles. **METALINE.** *Forme :* Société à responsabilité limitée. *Activité :* bar brasserie restaurant traiteur salon de thé glacier crêperie consommation sur place vente a emporter aussi bien dans un établissement que sur des marches. *Adresse :* 7 rue du Maréchal Joffre 77470 Trilport.
*Complément de jugement :* L'état des créances est déposé au greffe où tout intéressé peut présenter réclamation devant le juge-commissaire dans le délai d'un mois à compter de la présente publication.

1607 - * Date : 26 mai 2011. Dépôt de l'état des créances.
380 174 110 RCS Versailles. **ESPER.** *Forme :* Société à responsabilité limitée. *Activité :* entreprise générale de bâtiment et réalisation de travaux immobiliers travaux de tous corps d'état dans le promotion immobilier. *Adresse :* 22 Bis route de Saint-Germain 78620 L'Étang-la-Ville.
*Complément de jugement :* L'état des créances est déposé au greffe où tout intéressé peut présenter réclamation devant le juge-commissaire dans le délai d'un mois à compter de la présente publication.

# 81 - TARN

## TRIBUNAL DE COMMERCE D'ALBI

### Jugement d'ouverture

1608 - ● Date : 31 mai 2011. Jugement d'ouverture d'une procédure de redressement judiciaire.
405 346 396 RCS Albi. 405 346 396 RM 81 **DA SILVA** (Ventura, Fernando). *Activité :* Restauration de type rapide. *Adresse :* 77 avenue Charles de Gaulle 81000 Albi.
*Complément de jugement :* Jugement prononçant l'ouverture d'une procédure de redressement judiciaire, date de cessation des paiements le 31 Mai 2011 désignant administrateur Me Savenier 10, rue de la Croix Blanche - 81000 Albi avec les pouvoirs : d'assister le débiteur pour tous les actes relatifs à la gestion, mandataire judiciaire SCP VITANI-BRU en la personne de Me BRU Zac le Causse Espace Entreprises - 81100 Castres . Les déclarations des créances sont à déposer au mandataire judiciaire dans les deux mois à compter de la présente publication.

### Jugement prononçant

1609 - ● Date : 31 mai 2011. Jugement de conversion en liquidation judiciaire.
499 726 164 RCS Albi. **INNOVATION DESIGN CONSTRUCTION.** *Forme :* Société à responsabilité limitée. *Sigle :* I.D CONSTRUCTION. *Activité :* Construction de maisons individuelles. *Adresse :* 75 impasse Lasbordes 81150 Lagrave.
*Complément de jugement :* Jugement prononçant la liquidation judiciaire désignant liquidateur Me Mariotti Zac le Causse Espace Entreprises - 81100 Castres , et mettant fin à la mission de l'administrateur Me Savenier.

### Jugement de clôture

1610 - ● Date : 24 mai 2011. Jugement de clôture pour insuffisance d'actif.
314 306 390 RCS Albi. **SODISCO.** *Forme :* Société à responsabilité limitée. *Activité :* Autres activités récréatives et de loisirs. *Adresse :* la Condamine Lagrave 81150 Marssac-sur-Tarn.
*Complément de jugement :* Jugement prononçant la clôture de la procédure de liquidation judiciaire pour insuffisance d'actif.

1611 - ● Date : 24 mai 2011. Jugement de clôture pour insuffisance d'actif.
430 329 862 RCS Albi. **LUDI COM.** *Forme :* Société à responsabilité limitée. *Activité :* Location et location-bail de machines de bureau et de matériel informatique. *Adresse :* 62 rue Sère de Rivières 81000 Albi.
*Complément de jugement :* Jugement prononçant la clôture de la procédure de liquidation judiciaire pour insuffisance d'actif.

1612 - ● Date : 31 mai 2011. Jugement de clôture pour insuffisance d'actif.

437 556 442 RCS Albi. **MONDIAL DISTRIBUTION.** *Forme :* Société à responsabilité limitée. *Activité :* Commerce de gros d'habillement. *Adresse :* 34 rue de l'Hôtel de Ville 81000 Albi.
*Complément de jugement :* Jugement prononçant la clôture de la procédure de liquidation judiciaire pour insuffisance d'actif.

1613 - ● Date : 31 mai 2011. Jugement de clôture pour insuffisance d'actif.
481 913 713 RCS Albi. **ACTEO.** *Forme :* Société par actions simplifiée. *Activité :* Commerce de détail de quincaillerie. *Adresse :* 9 rue Puech Petit 81000 Albi.
*Complément de jugement :* Jugement prononçant la clôture de la procédure de liquidation judiciaire pour insuffisance d'actif.

1614 - ● Date : 31 mai 2011. Jugement de clôture pour insuffisance d'actif.
423 733 674 RCS Albi. **MINI TRAVAUX PUBLICS.** *Forme :* Société à responsabilité limitée. *Activité :* Terrassements divers, démolition. *Adresse :* la Pause 81990 Albi.
*Complément de jugement :* Jugement prononçant la clôture de la procédure de liquidation judiciaire pour insuffisance d'actif.

1615 - ● Date : 31 mai 2011. Jugement de clôture pour insuffisance d'actif.
493 075 329 RCS Albi. **LE WHITE.** *Forme :* Société à responsabilité limitée. *Activité :* Débits de boissons. *Adresse :* lieu dit le Ginestous 81250 Alban.
*Complément de jugement :* Jugement prononçant la clôture de la procédure de liquidation judiciaire pour insuffisance d'actif.

1616 - ● Date : 31 mai 2011. Jugement de clôture pour insuffisance d'actif.
492 384 490 RCS Albi. **LA BODEGA.** *Forme :* Société à responsabilité limitée. *Activité :* Restauration de type rapide. *Adresse :* 10 place de la Bouteillerie 81170 Cordes-sur-Ciel.
*Complément de jugement :* Jugement prononçant la clôture de la procédure de liquidation judiciaire pour insuffisance d'actif.

1617 - ● Date : 31 mai 2011. Jugement de clôture pour insuffisance d'actif.
490 629 680 RCS Albi. **LE FAUCONNIER ROUGE.** *Forme :* Société à responsabilité limitée. *Activité :* Restauration traditionnelle. *Adresse :* 17 bis avenue de la Grésigne 81170 Cordes-sur-Ciel.
*Complément de jugement :* Jugement prononçant la clôture de la procédure de liquidation judiciaire pour insuffisance d'actif.

1618 - ● Date : 31 mai 2011. Jugement de clôture pour insuffisance d'actif.
481 160 612 RCS Albi. **LAHCEN** (Fatima). *Activité :* Restauration de type traditionnel. *Adresse :* 31 rue Général Pont 1 Toute Vieille de Montplaisir 81160 Saint-Juéry 81000 Albi.
*Complément de jugement :* Jugement prononçant la clôture de la procédure de liquidation judiciaire pour insuffisance d'actif.

1619 - ● Date : 31 mai 2011. Jugement de clôture pour insuffisance d'actif.
421 721 986 RM 81 RCS non inscrit. **CHANARDIE** (Patrice). *Activité :* Peinture. *Adresse :* 21 place Gambetta 81400 Carmaux.
*Complément de jugement :* Jugement prononçant la clôture de la procédure de liquidation judiciaire pour insuffisance d'actif.

1620 - ● Date : 31 mai 2011. Jugement de clôture pour insuffisance d'actif.
387 671 662 RCS Albi. **ALLOIS** (Guy, Michel). *Activité :* Commerce de détail d'optique et de photographie. *Adresse :* 32 avenue Jean Jaurès 81400 Carmaux.
*Complément de jugement :* Jugement prononçant la clôture de la procédure de liquidation judiciaire pour insuffisance d'actif.

1621 - ● Date : 31 mai 2011. Jugement de clôture pour insuffisance d'actif.
439 222 894 RCS Albi. **ENJALRAN** (Christophe). *Activité :* Entretien et Réparation de véhicules automobiles. *Adresse :* route de Rosières 81350 Valderiès Actuellement 7 rue de la Parounié 81190 Mirandol-Bourgnounac.
*Complément de jugement :* Jugement prononçant la clôture de la procédure de liquidation judiciaire pour insuffisance d'actif.

1622 - ● Date : 31 mai 2011. Jugement de clôture pour insuffisance d'actif.
442 881 728 RCS Albi. **LES PIGEONNEAUX DEL GARRIC.** *Forme :* Société à responsabilité limitée. *Activité :* PRéparation industrielle de produits à base de viande. *Adresse :* 12 chemin de Hugou 81990 Albi.
*Complément de jugement :* Jugement prononçant la clôture de la procédure de liquidation judiciaire pour insuffisance d'actif.

1623 - ● Date : 31 mai 2011. Jugement de clôture pour insuffisance d'actif.

RCS non inscrit. **COLLIGNON** (Lionel). *Adresse :* Ldt Randal 81120 Réalmont.
*Complément de jugement :* Jugement prononçant la clôture de la procédure de liquidation judiciaire pour insuffisance d'actif.

### Avis de dépôt

1624 - ● *Date :* 31 mai 2011. Liste des créances nées après le jugement d'ouverture d'une procédure de liquidation judiciaire.
397 786 435 RCS Albi. **SUD BAT 81.** *Forme :* Société à responsabilité limitée. *Activité :* Travaux de maçonnerie générale et gros oeuvre de bâtiment. *Adresse :* 64 avenue de Lescure 81160 Arthès.
*Complément de jugement :* La liste des créances de l'article L 641-13 du code de commerce est déposée au greffe où tout intéressé peut contester cette liste devant le juge-commissaire dans le délai d'un mois à compter de la présente publication.

1625 - ● *Date :* 31 mai 2011. Dépôt de l'état des créances et du projet de répartition.
397 786 435 RCS Albi. **SUD BAT 81.** *Forme :* Société à responsabilité limitée. *Activité :* Travaux de maçonnerie générale et gros oeuvre de bâtiment. *Adresse :* 64 avenue de Lescure 81160 Arthès.
*Complément de jugement :* L'état des créances complété par le projet de répartition prévu par l'article L 644-4 du code de commerce est déposé au greffe. Tout intéressé peut contester ledit état devant le juge-commissaire dans un délai d'un mois à compter de la présente publication.

## 83 - VAR

### TRIBUNAL DE COMMERCE DE TOULON

#### Jugement de clôture

1626 - * *Date :* 31 mai 2011. Jugement de clôture pour insuffisance d'actif.
498 113 224 RCS Toulon. **NUMA NOIR CONSULTANT.** *Forme :* Société à responsabilité limitée. *Activité :* conseil en entreprise. *Adresse :* 45 rue Victor Clappier 83000 Toulon.
*Complément de jugement :* Jugement prononçant la clôture de la procédure de liquidation judiciaire pour insuffisance d'actif.

1627 - * *Date :* 31 mai 2011. Jugement de clôture pour insuffisance d'actif.
491 051 546 RCS Toulon. **B. N. D.** *Forme :* Société à responsabilité limitée. *Activité :* vente de produits cosmétiques. *Adresse :* 7 rue de l'Ascension 83400 Hyères.
*Complément de jugement :* Jugement prononçant la clôture de la procédure de liquidation judiciaire pour insuffisance d'actif.

1628 - * *Date :* 31 mai 2011. Jugement de clôture pour insuffisance d'actif.
493 134 290 RCS Toulon. **PEINTURE ET TRAVAUX EN BATIMENT.** *Forme :* Société à responsabilité limitée. *Sigle :* P. T. B. *Activité :* tous travaux de bâtiment en sous-Traitance. *Adresse :* 18 Place de la Cathédrale 83000 Toulon.
*Complément de jugement :* Jugement prononçant la clôture de la procédure de liquidation judiciaire pour insuffisance d'actif.

1629 - * *Date :* 31 mai 2011. Jugement de clôture pour insuffisance d'actif.
488 922 543 RCS Toulon. **DE ROVERE - IMMOBILIER.** *Forme :* Société à responsabilité limitée. *Activité :* transaction, gestion, location immobilière, marchand de biens. *Adresse :* 7 rue Louis Blanc et 9 Rue B. de Don 83110 Sanary-sur-Mer.
*Complément de jugement :* Jugement prononçant la clôture de la procédure de liquidation judiciaire pour insuffisance d'actif.

1630 - * *Date :* 31 mai 2011. Jugement de clôture pour insuffisance d'actif.
432 914 356 RCS Toulon. **VIGNOBLES DE FRANCE TRANSACTIONS ET CONSEIL - VDF IMMO.** *Forme :* Société à responsabilité limitée. *Activité :* agence immobilière. *Adresse :* 898 Route du Beausset 83150 Bandol.
*Complément de jugement :* Jugement prononçant la clôture de la procédure de liquidation judiciaire pour insuffisance d'actif.

1631 - * *Date :* 31 mai 2011. Jugement de clôture pour insuffisance d'actif.
480 021 492 RCS Toulon. **CHAOUCH** (Naceur). *Activité :* peinture intérieure et extérieure. *Adresse :* 201 avenue de la Résistance Immeuble l'Aguillon 83000 Toulon.
*Complément de jugement :* Jugement prononçant la clôture de la procédure de liquidation judiciaire pour insuffisance d'actif.

1632 - * *Date :* 17 mai 2011. Jugement de clôture pour insuffisance d'actif.

477 768 774 RCS Toulon. **MALORENZO.** *Forme :* Société à responsabilité limitée. *Activité :* salon de coiffure mixte. *Adresse :* 30 Avenue Alphonse Denis 83400 Hyères.
*Complément de jugement :* Jugement prononçant la clôture de la procédure de liquidation judiciaire pour insuffisance d'actif.

1633 - * *Date :* 31 mai 2011. Jugement de clôture pour insuffisance d'actif.
424 659 936 RCS Toulon. **NASSAH** (Youcef). *Activité :* maçonnerie générale. *Adresse :* 8 lotissement les Ombrelles 83210 La Farlède.
*Complément de jugement :* Jugement prononçant la clôture de la procédure de liquidation judiciaire pour insuffisance d'actif.

1634 - * *Date :* 31 mai 2011. Jugement de clôture pour insuffisance d'actif.
480 981 513 RCS Toulon. **LES PISCINES DE JULIE.** *Forme :* Société à responsabilité limitée. *Activité :* vente de piscines et accessoires. *Adresse :* Route Nationale 97 Immeuble la Tour 83160 La Valette-du-Var.
*Complément de jugement :* Jugement prononçant la clôture de la procédure de liquidation judiciaire pour insuffisance d'actif.

1635 - * *Date :* 31 mai 2011. Jugement de clôture pour insuffisance d'actif.
453 698 896 RCS Toulon. **SFB CONSTRUCTION.** *Forme :* Société à responsabilité limitée. *Sigle :* SFB. *Activité :* maçonnerie générale, construction. *Adresse :* 23 avenue Clovis Hugues Actuellement 3 Place Armand Vallée 83000 Toulon.
*Complément de jugement :* Jugement prononçant la clôture de la procédure de liquidation judiciaire pour insuffisance d'actif.

1636 - * *Date :* 31 mai 2011. Jugement de clôture pour insuffisance d'actif.
444 298 897 RCS Toulon. **TLIBA.** *Forme :* Société à responsabilité limitée. *Activité :* bâtiment tout corps d'état, construction rénovation démolition. *Adresse :* le Fructidor A4 17 Chez Mme Tliba Aicha 83500 La Seyne-sur-Mer.
*Complément de jugement :* Jugement prononçant la clôture de la procédure de liquidation judiciaire pour insuffisance d'actif.

## 91 - ESSONNE

### TRIBUNAL DE COMMERCE D'ÉVRY

#### Jugement prononçant

1637 - * *Date :* 30 mai 2011. Jugement de conversion en liquidation judiciaire.
508 683 893 RCS Evry. **LA DILIGENCE.** *Forme :* Société à responsabilité limitée à associé unique. *Activité :* prêt à porter féminin et accessoires s'y rapportant. *Adresse :* Centre Commercial la Ville du Bois 91620 La Ville-du-Bois.
*Complément de jugement :* Jugement prononçant la liquidation judiciaire désignant liquidateur Me Souchon 1 Rue des Mazières 91000 Evry, et mettant fin à la mission de l'administrateur Me Tulier rue René Cassin Immeuble le Mazière - 4ème étage 91000 EVRY.

1638 - * *Date :* 30 mai 2011. Jugement de conversion en liquidation judiciaire.
500 705 942 RCS Evry. **GIROT** (Fabien). *Activité :* plomberie Chauffageriste. *Adresse :* 63 voie de Compiègne 91390 Morsang-sur-Orge.
*Complément de jugement :* Jugement prononçant la liquidation judiciaire désignant liquidateur Me Huille-Eraud 5 Boulevard de l'Europe 91050 Evry Cedex, et mettant fin à la mission de l'administrateur La Selarl A & M Aj Associés, Prise en la personne de Me Mancel, Administrateur Judiciaire Associé 5 bd de l'Europe 91000 EVRY.

1639 - * *Date :* 30 mai 2011. Jugement de conversion en liquidation judiciaire.
511 158 560 RCS Evry. **DSB MACONNERIE.** *Forme :* Société à responsabilité limitée. *Activité :* maçonnerie. *Adresse :* 31 rue du Pont aux Pins Parc d'Activité les Bourguignons 91310 Montlhéry.
*Complément de jugement :* Jugement prononçant la liquidation judiciaire désignant liquidateur La Scp Yves Coudray-Christophe Ancel, en la personne de Maître Ancel, Mandataire Judiciaire Associé 9 Boulevard de l'Europe 91050 Evry Cedex, et mettant fin à la mission de l'administrateur Me Tulier rue René Cassin Immeuble le Mazière - 4ème étage 91000 EVRY.

#### Extrait de jugement

1640 - * *Date :* 30 mai 2011. Jugement d'homologation de l'accord.
342 333 838 RCS Evry. **CLARA FRANCE BONBONS CARAMELS DISTRIBUTION.** *Forme :* Société par actions simplifiée. *Activité :* négoce de produits alimentaires. fabrication et vente de tous produits de confiserie. *Adresse :* 29 rue Gustave Eiffel Zone Industrielle la Marinière 91971 Courtaboeuf Cedex.

*Complément de jugement :* Jugement d'homologation de l'accord intervenu dans la procédure de conciliation. Le jugement est déposé au greffe où tout intéressé peut en prendre connaissance.

**1641** - * Date : 30 mai 2011. Jugement de faillite personnelle.
500 828 546 RCS Evry. **IDC.** *Forme :* Société à responsabilité limitée. *Activité :* travaux de bâtiments, tout corps d'état, prestation conseils et études techniques pour amélioration de l'habitat, actions commerciales et prestations de services pour tout type d'entreprise et tout type d'activité,. *Adresse :* 79 avenue de la Cour de France 91260 Juvisy-sur-Orge.
*Complément de jugement :* Jugement prononçant la faillite personnelle à l'encontre de M. David LOPES pour une durée de 10 ans.

**1642** - * Date : 30 mai 2011. Jugement d'interdiction de gérer.
493 088 579 RCS Evry. **BNAB TRANS-SERVICES.** *Forme :* Société à responsabilité limitée. *Activité :* transports publics routiers de marchandises ou location de véhicules industriels pour le transport routier de marchandises avec conducteurs assurés exclusivement à l'aide de véhicules n'excédant pas 3, 5 tonnes de poids maximum autorisé. *Adresse :* 1 rue des Coquelicots 91600 Savigny-sur-Orge.
*Complément de jugement :* Jugement prononçant l'interdiction prévue à l'article L. 653-8 du code de commerce à l'encontre de M. Bechir GACEUR pour une durée de 5 ans.

**1643** - * Date : 30 mai 2011. Jugement d'interdiction de gérer.
479 408 254 RCS Evry. **SOCIÉTE CACAN.** *Forme :* Société à responsabilité limitée. *Activité :* entreprise générale de bâtiment. *Adresse :* 7 domaine des Capucines 91150 Étampes.
*Complément de jugement :* Jugement prononçant l'interdiction prévue à l'article L. 653-8 du code de commerce à l'encontre de M. Nesim CACAN pour une durée de 12 ans.

**1644** - * Date : 30 mai 2011. Jugement d'interdiction de gérer.
483 532 560 RCS Evry. **CONCEPT CONSTRUCTION BÂTIMENT.** *Forme :* Société à responsabilité limitée. *Sigle :* CCB. *Activité :* bâtiment - tous corps d'état. *Adresse :* 17 rue du Bel Air Z a I de l'Églantier 91090 Lisses.
*Complément de jugement :* Jugement prononçant l'interdiction prévue à l'article L. 653-8 du code de commerce à l'encontre de M. Inan UZUN pour une durée de 8 ans.

**1645** - * Date : 30 mai 2011. Jugement d'interdiction de gérer.
502 787 047 RCS Evry. **OZ MG BAT.** *Forme :* Société à responsabilité limitée. *Activité :* tous corps d'état, bâtiment gros oeuvre, second oeuvre en particulier maçonnerie. *Adresse :* 78 route de Corbeil 91360 Villemoisson-sur-Orge.
*Complément de jugement :* Jugement prononçant l'interdiction prévue à l'article L. 653-8 du code de commerce à l'encontre de M. Eyup OZDEMIR pour une durée de 8 ans.

**1646** - * Date : 30 mai 2011. Jugement d'interdiction de gérer.
479 408 254 RCS Evry. **SOCIÉTE CACAN.** *Forme :* Société à responsabilité limitée. *Activité :* entreprise générale de bâtiment. *Adresse :* 7 domaine des Capucines 91150 Étampes.
*Complément de jugement :* Jugement prononçant l'interdiction prévue à l'article L. 653-8 du code de commerce à l'encontre de M. Sena CACAN pour une durée de 12 ans.

**1647** - * Date : 30 mai 2011. Jugement d'interdiction de gérer.
484 350 699 RCS Evry. **MIMOZA.** *Forme :* Société à responsabilité limitée. *Activité :* alimentation générale, exportations, importations, gros, demi-gros et en détail. *Adresse :* route de Grigny N° 83 91136 Ris Orangis Cedex.
*Complément de jugement :* Jugement prononçant l'interdiction prévue à l'article L. 653-8 du code de commerce à l'encontre de Mme Julie KUL pour une durée de 8 ans.

### Avis de dépôt

**1648** - * Date : 26 avril 2011. Dépôt de l'état des créances.
487 770 448 RCS Evry. **LAV-TOUT.** *Forme :* Société à responsabilité limitée. *Activité :* nettoyage, entretien, petits travaux de rénovation tous locaux, espaces verts, import-export. *Adresse :* 17 avenue de la Division Leclerc 91620 La Ville-du-Bois.
*Complément de jugement :* L'état des créances est déposé au greffe où tout intéressé peut présenter réclamation devant le juge-commissaire dans le délai d'un mois à compter de la présente publication.

**1649** - * Date : 2 mai 2011. Dépôt de l'état des créances.
503 955 551 RCS Evry. **WALOR AEROSPACE.** *Forme :* Société par actions simplifiée. *Activité :* toutes opérations commerciales, administratives, financières, industrielles se rapportant à la mécanique générale. *Adresse :* 11 avenue Ampère 91320 Wissous.
*Complément de jugement :* L'état des créances est déposé au greffe où tout intéressé peut présenter réclamation devant le juge-commissaire dans le délai d'un mois à compter de la présente publication.

**1650** - * Date : 4 mai 2011. Dépôt de l'état des créances.
433 408 556 RCS Evry. **LOPES DA COSTA** (Candido). *Activité :* maçonnerie. *Adresse :* 14 rue du Lubéron 91940 Les Ulis.
*Complément de jugement :* L'état des créances est déposé au greffe où tout intéressé peut présenter réclamation devant le juge-commissaire dans le délai d'un mois à compter de la présente publication.

## 92 - HAUTS-DE-SEINE

### TRIBUNAL DE COMMERCE DE NANTERRE

#### Jugement d'ouverture

**1651** - * Date : 29 avril 2011. Jugement d'ouverture d'une procédure de redressement judiciaire.
514 913 623 RCS Nanterre. **PIXCOM.** *Forme :* Société par actions simplifiée. *Activité :* opérations directes ou indirectes se rapportant à la publicité sous toutes ses formes. *Adresse :* 73 rue du Château 92100 Boulogne-Billancourt.
*Complément de jugement :* Jugement prononçant l'ouverture d'une procédure de redressement judiciaire, date de cessation des paiements le 31 mars 2011 désignant administrateur Selas Segard-Carboni Mission Conduite Par Me Charles-Henri Carboni 3, avenue de Madrid 92521 NEUILLY SUR SEINE CEDEX avec les pouvoirs : assister, mandataire judiciaire Me Patrick Legras De Grandcourt 57/63, rue Ernest Renan 92000 NANTERRE. Les déclarations de créances sont à déposer au mandataire judiciaire dans les deux mois à compter de la présente publication.

**1652** - * Date : 31 mai 2011. Jugement d'ouverture d'une procédure de redressement judiciaire.
349 488 338 RCS Nanterre. **SOCIETE D'EDITION DE PUBLICITE ET D'ETUDES GRAPHIQUES.** *Forme :* Société à responsabilité limitée. *Sigle :* SEPEG INTERNATIONAL. *Activité :* toutes activités industrielles et commerciales ressortissant à l'imprimerie et aux industries Polygraphiques, au conditionnement, à la pub, à l'édition et a la diffusion de la culture. *Adresse :* 36 rue Marcel Dassault 92100 Boulogne-Billancourt.
*Complément de jugement :* Jugement prononçant l'ouverture d'une procédure de redressement judiciaire, date de cessation des paiements le 20 avril 2011 désignant administrateur Selarl Fhb Mission Conduite Par Me Hélène Bourbouloux 131 avenue Charles de Gaulle 92200 Neuilly-sur-Seine avec les pouvoirs : assister le débiteur pour tous les actes relatifs à la gestion de l'entreprise, mandataire judiciaire Selarl De Bois-Herbaut Mission Conduite Par Me Alexandre Herbaut 16, square Léon Blum 92800 Puteaux. Les déclarations de créances sont à déposer au mandataire judiciaire dans les deux mois à compter de la présente publication.

**1653** - * Date : 31 mai 2011. Jugement d'ouverture de liquidation judiciaire.
410 666 218 RCS Nanterre. **J S A.** *Forme :* Société à responsabilité limitée. *Activité :* vente de cadres, caches, encadrements à façon, imagerie, Carterie-. *Adresse :* Centre Commercial les 3 Moulins 92130 Issy-les-Moulineaux.
*Complément de jugement :* Jugement prononçant la liquidation judiciaire, date de cessation des paiements le 20 mai 2011 désignant liquidateur Me Legras De Grandcourt Patrick 57/63, Rue Ernest Renan 92000 Nanterre. Les déclarations de créances sont à déposer au liquidateur dans les deux mois de la présente publication.

**1654** - * Date : 31 mai 2011. Jugement d'ouverture de liquidation judiciaire.
500 905 443 RCS Nanterre. **CGA BATIMENT.** *Forme :* Société à responsabilité limitée. *Activité :* études travaux de bâtiment tous corps d'état, assistance technique à la maîtrise d'oeuvre maçonnerie, charpente, plomberie, électricité, aménagement intérieur, revêtements, ravalement. *Adresse :* 92 rue Louis Calmel 92230 Gennevilliers.
*Complément de jugement :* Jugement prononçant la liquidation judiciaire, date de cessation des paiements le 11 mai 2010 désignant liquidateur Scp B. T. S. G. Mission Conduite Par Me Marc Senechal 3-5-7, avenue Paul Doumer 92500 Rueil-Malmaison. Les déclarations de créances sont à déposer au liquidateur dans les deux mois de la présente publication.

**1655** - * Date : 31 mai 2011. Jugement d'ouverture de liquidation judiciaire.
491 458 055 RCS Nanterre. **PAVE.** *Forme :* Société à responsabilité limitée. *Activité :* entreprise générale de bâtiment. *Adresse :* 15 avenue Descartes 92350 Le Plessis-Robinson.
*Complément de jugement :* Jugement prononçant la liquidation judiciaire, date de cessation des paiements le 23 décembre 2010 désignant liquidateur Selarl C. Basse Mission Conduite Par Me Christophe Basse 205, avenue Georges Clémenceau 92024 Nanterre Cedex. Les déclarations de créances sont à déposer au liquidateur dans les deux mois de la présente publication.

1656 - * Date : 31 mai 2011. Jugement d'ouverture de liquidation judiciaire.

511 940 629 RCS Nanterre. **NET SERVICES.** *Forme :* Société à responsabilité limitée. *Activité :* travaux d'entretien nettoyage lavage de tous locaux d'habitation industriels travaux de peinture de menuiserie de maçonnerie d'électricité de plomberie et de jardinage la création l'acquisition la location la prise à bail l'installation l exploitation de tous établissements se rapportant à cette activité toute activité publicitaire ou promotionnelle se rapportant directement ou indirectement à l'objet de la Sociét. *Adresse :* 176 avenue Charles de Gaulle 92200 Neuilly-sur-Seine.
*Complément de jugement :* Jugement prononçant la liquidation judiciaire, date de cessation des paiements le 15 novembre 2010 désignant liquidateur Scp B. T. S. G. Mission Conduite Par Me Marc Senechal 3-5-7, avenue Paul Doumer 92500 Rueil-Malmaison. Les déclarations de créances sont à déposer au liquidateur dans les deux mois de la présente publication.

1657 - * Date : 31 mai 2011. Jugement d'ouverture de liquidation judiciaire.

501 733 786 RCS Nanterre. **RODRIGUES.** *Forme :* Société à responsabilité limitée à associé unique. *Activité :* carrelage, petite maçonnerie. *Adresse :* 6b place Léon Blum 92130 Issy-les-Moulineaux.
*Complément de jugement :* Jugement prononçant la liquidation judiciaire, date de cessation des paiements le 1 décembre 2010 désignant liquidateur Selarl De Bois-Herbaut Mission Conduite Par Me Alexandre Herbaut 16, square Léon Blum 92800 Puteaux. Les déclarations de créances sont à déposer au liquidateur dans les deux mois de la présente publication.

1658 - * Date : 31 mai 2011. Jugement d'ouverture de liquidation judiciaire.

504 101 643 RCS Nanterre. **NZ.** *Forme :* Société à responsabilité limitée. *Activité :* tous travaux de bâtiments, tous corps d'état sous-traitance rénovation. *Adresse :* 9 rue du Pressoir 92230 Gennevilliers.
*Complément de jugement :* Jugement prononçant la liquidation judiciaire, date de cessation des paiements le 14 avril 2010 désignant liquidateur Selarl C. Basse Mission Conduite Par Me Christophe Basse 205, avenue Georges Clémenceau 92024 Nanterre Cedex. Les déclarations de créances sont à déposer au liquidateur dans les deux mois de la présente publication.

1659 - * Date : 31 mai 2011. Jugement d'ouverture de liquidation judiciaire.

488 883 745 RCS Nanterre. **BEKIER.** *Forme :* Société à responsabilité limitée à associé unique. *Activité :* prestations de services aux entreprises, achat-vente de marchandises, nettoyage, peinture, électricité, plomberie en sous Traitance. *Adresse :* 52 boulevard Victor Hugo 92110 Clichy.
*Complément de jugement :* Jugement prononçant la liquidation judiciaire, date de cessation des paiements le 11 mai 2010 désignant liquidateur Selarl C. Basse Mission Conduite Par Me Christophe Basse 205, avenue Georges Clémenceau 92024 Nanterre Cedex. Les déclarations de créances sont à déposer au liquidateur dans les deux mois de la présente publication.

### Jugement prononçant

1660 - * Date : 31 mai 2011. Jugement de conversion en liquidation judiciaire.

393 628 532 RCS Nanterre. **AZIMUT SYSTEME.** *Forme :* Société à responsabilité limitée. *Sigle :* AS. *Activité :* agence de communication -. *Adresse :* 12 Ter avenue Joffre 92250 La Garenne-Colombes.
*Complément de jugement :* Jugement prononçant la liquidation judiciaire désignant liquidateur SCP Ouizille-De Keating Mission Conduite Par Me Patrick Ouizille 51, avenue du Maréchal Joffre 92000 Nanterre, et mettant fin à la mission de l'administrateur Selas Segard-Carboni Mission Conduite Par Me Didier Segard 3, av de Madrid 92521 NEUILLY SUR SEINE CEDEX.

1661 - * Date : 31 mai 2011. Jugement de conversion en liquidation judiciaire.

402 340 434 RCS Nanterre. **EXECO.** *Forme :* Société à responsabilité limitée. *Activité :* coordination et direction des travaux entreprise générale (par sous-Traitance) sans personnel d'exécution achat et vente de matériaux. *Adresse :* 9 rue Hervet 92500 Rueil-Malmaison.
*Complément de jugement :* Jugement prononçant la liquidation judiciaire désignant liquidateur Me Legras De Grandcourt Patrick 57/63, Rue Ernest Renan 92000 Nanterre, et mettant fin à la mission de l'administrateur Me Francisque Gay 3, avenue de Madrid 92200 NEUILLY SUR SEINE.

### Jugement de clôture

1662 - * Date : 31 mai 2011. Jugement de clôture pour insuffisance d'actif.

451 009 906 RCS Nanterre. **PRO. INVEST.** *Forme :* Société à responsabilité limitée. *Activité :* la gestion de patrimoine, la transaction immobilière, la gestion et la location d'immeubles les opérations de vente de produits financiers et produits et d'assurance. *Adresse :* 58 avenue Général Leclerc 92100 Boulogne-Billancourt.
*Complément de jugement :* Jugement prononçant la clôture de la procédure de liquidation judiciaire pour insuffisance d'actif.

1663 - * Date : 31 mai 2011. Jugement de clôture pour insuffisance d'actif.

451 577 084 RCS Nanterre. **ARCO DECOR.** *Forme :* Société à responsabilité limitée. *Activité :* la construction, démolition, rénovation, décoration, nettoyage de tous locaux, étude, promotion immobilière, rénovation (électricité, plomberie, peinture). L'importation, exportation, achat, vente en gros, demi-gros et détail de peinture de ravalement et de parquet. *Adresse :* 24, rue Vincent Morris 92240 Malakoff.
*Complément de jugement :* Jugement prononçant la clôture de la procédure de liquidation judiciaire pour insuffisance d'actif.

1664 - * Date : 31 mai 2011. Jugement de clôture pour insuffisance d'actif.

433 013 190 RCS Nanterre. **BMD.** *Forme :* Société à responsabilité limitée. *Activité :* distribution et réalité travaux de bâtiment. *Adresse :* 16 rue Kleber 92130 Issy-les-Moulineaux.
*Complément de jugement :* Jugement prononçant la clôture de la procédure de liquidation judiciaire pour insuffisance d'actif.

1665 - * Date : 31 mai 2011. Jugement de clôture pour insuffisance d'actif.

504 458 043 RCS Nanterre. **LEA.** *Forme :* Société par actions simplifiée. *Activité :* vente au détail ou en gros de meubles et électroménager. *Adresse :* 14 boulevard Raymond Poincaré 92380 Garches.
*Complément de jugement :* Jugement prononçant la clôture de la procédure de liquidation judiciaire pour insuffisance d'actif.

1666 - * Date : 31 mai 2011. Jugement de clôture pour insuffisance d'actif.

498 855 378 RCS Nanterre. **PROPRIETE INDUSTRIELLE MANAGEMENT SARL.** *Forme :* Société à responsabilité limitée. *Sigle :* PIM. *Activité :* l'acquisition, la vente, la concession de licences de brevets industriels, plus généralement, l'exploitation sous quelque forme que ce soit, y compris l'exploitation directe de tous brevets industriels. *Adresse :* 3 avenue du Général Leclerc 92210 Saint-Cloud.
*Complément de jugement :* Jugement prononçant la clôture de la procédure de liquidation judiciaire pour insuffisance d'actif.

1667 - * Date : 31 mai 2011. Jugement de clôture pour insuffisance d'actif.

500 982 111 RCS Nanterre. **EKER.** *Forme :* Société à responsabilité limitée. *Activité :* construction et rénovation de bâtiments. *Adresse :* 41 rue Saint-Vincent 92700 Colombes.
*Complément de jugement :* Jugement prononçant la clôture de la procédure de liquidation judiciaire pour insuffisance d'actif.

1668 - * Date : 31 mai 2011. Jugement de clôture pour insuffisance d'actif.

517 731 980 RCS Nanterre. **SOS 5 SERVICES.** *Forme :* Société à responsabilité limitée à associé unique. *Activité :* achat, vente et pose de matériel de serrurerie et de vitres, achat, dépannages, vente et prestation inhérente à la plomberie, à l'électricité, à la chaufferie. *Adresse :* 20 rue Louis Ulbach 92400 Courbevoie.
*Complément de jugement :* Jugement prononçant la clôture de la procédure de liquidation judiciaire pour insuffisance d'actif.

1669 - * Date : 31 mai 2011. Jugement de clôture pour insuffisance d'actif.

413 183 928 RCS Nanterre. **EUROPEENNE DE COMMISSARIAT ET D'AUDIT.** *Forme :* Société anonyme. *Sigle :* E. C. A. *Activité :* exercice de la profession d'expert comptable telle qu'elle est définie par les textes réglementaires activité de commissaire aux comptes. *Adresse :* 11 rue de Vanves 92100 Boulogne-Billancourt.
*Complément de jugement :* Jugement prononçant la clôture de la procédure de liquidation judiciaire pour insuffisance d'actif.

1670 - * Date : 31 mai 2011. Jugement de clôture pour insuffisance d'actif.

449 332 212 RCS Nanterre. **AMER** (Lamine). *Activité :* transport public routier de marchandises - import, export, vente ambulante de tous produits non réglementés et prestation de services dans le domaine commercial et industriel. *Adresse :* 2 rue des Sorbiers 92000 Nanterre.
*Complément de jugement :* Jugement prononçant la clôture de la procédure de liquidation judiciaire pour insuffisance d'actif.

### Arrêt de la Cour d'appel

1671 - * Date : 19 mai 2011. Arrêt de la cour d'appel infirmant une décision soumise à publicité.

333 916 559 RCS Nanterre. **A. G. I. C. (ATELIER GRAPHIQUE**

D'IMPRESSION ET COMPOSITION). *Forme* : Société anonyme. *Activité* : imprimerie. *Adresse* : 77 rue Mederic 92250 La Garenne-Colombes.
*Complément de jugement* : Arrêt de la cour d'appel de Versailles en date du 19 mai 2011 infirmant la décision rendue par le tribunal de commerce en date du 7 décembre 2010., Il n'y a lieu à prononcé de sanctions à l'encontre de M. Michel BRUNETAUD.

1672 - * Date : 19 mai 2011. Arrêt de la cour d'appel infirmant une décision soumise à publicité.
333 916 559 RCS Nanterre. **A. G. I. C. (ATELIER GRAPHIQUE D'IMPRESSION ET COMPOSITION)**. *Forme* : Société anonyme. *Activité* : imprimerie. *Adresse* : 77 rue Mederic 92250 La Garenne-Colombes.
*Complément de jugement* : Arrêt de la cour d'appel de Versailles en date du 19 mai 2011 infirmant la décision rendue par le tribunal de commerce en date du 7 décembre 2010., Il n'y a lieu à prononcé de sanctions à l'encontre de Mme Michèle BRUNETAUD.

## 93 - SEINE-SAINT-DENIS

### TRIBUNAL DE COMMERCE DE BOBIGNY

#### Jugement d'ouverture

1673 - * Date : 31 mai 2011. Jugement d'ouverture de liquidation judiciaire.
519 501 746 RCS Paris. **HOP'CAR.** *Forme* : Société à responsabilité limitée. *Sigle* : HC. *Activité* : commerce de voitures et de véhicules automobiles légers. *Adresse* : 116 rue de Charenton 75012 Paris.
*Complément de jugement* : Jugement prononçant la liquidation judiciaire, date de cessation des paiements le 1 mars 2011 désignant liquidateur Moyrand - Bally en la personne de Maître Jacques Moyrand 14/16 Rue de Lorraine 93000 BOBIGNY. Les déclarations de créances sont à déposer au liquidateur dans les deux mois de la présente publication.

1674 - * Date : 31 mai 2011. Jugement d'ouverture de liquidation judiciaire.
500 086 012 RCS Bobigny. **AM DECO.** *Forme* : Société à responsabilité limitée. *Activité* : peinture, ravalement, revêtement, tous corps d'état. *Adresse* : 20 rue Bernard Gante 93250 Villemomble.
*Complément de jugement* : Jugement prononçant la liquidation judiciaire, date de cessation des paiements le 1 décembre 2009 désignant liquidateur Me Jeanne Bertrand 2 ter Rue de Lorraine 93011 Bobigny Cedex. Les déclarations de créances sont à déposer au liquidateur dans les deux mois de la présente publication.

1675 - * Date : 31 mai 2011. Jugement d'ouverture de liquidation judiciaire.
480 733 849 RCS Bobigny. **PANNEAUX SOLAIRES ENERGIES RENOUVELABLES.** *Forme* : Société à responsabilité limitée. *Sigle* : P. S. E. R. *Activité* : toutes prestations et tous travaux relatifs à la plomberie, chauffage, couverture, énergies Renouvelables, climatisation, sanitaire. *Adresse* : 23 allée Kruger 93320 Les Pavillons-sous-Bois.
*Complément de jugement* : Jugement prononçant la liquidation judiciaire, date de cessation des paiements le 9 novembre 2011 désignant liquidateur Me Danguy Marie 2 Bis Rue de Lorraine 93000 Bobigny. Les déclarations de créances sont à déposer au liquidateur dans les deux mois de la présente publication.

1676 - * Date : 31 mai 2011. Jugement d'ouverture de liquidation judiciaire.
494 815 624 RCS Bobigny. **NIZAR.** *Forme* : Société à responsabilité limitée. *Activité* : café restaurant. *Adresse* : 4 rue Ernest Renan 93400 Saint-Ouen.
*Complément de jugement* : Jugement prononçant la liquidation judiciaire, date de cessation des paiements le 10 mai 2011 désignant liquidateur Me Giffard Frédéric 54 Rue René Camier 93011 Bobigny Cedex. Les déclarations de créances sont à déposer au liquidateur dans les deux mois de la présente publication.

1677 - * Date : 31 mai 2011. Jugement d'ouverture de liquidation judiciaire.
488 964 156 RCS Bobigny. **ULTIMA-PRESTATIONS.** *Forme* : Société à responsabilité limitée. *Activité* : transports publics routiers de marchandises ou location de véhicules industriels pour le transport routier de marchandises avec conducteurs, assurés exclusivement à l'aide de véhicules n'excédant pas 3, 5 Tonnés de poids Maximumm autorisé. achat et vente en gros de marchandises diverses; prestations de services aux entreprises; toutes transactions commerciales sur produits et activités non-réglementés. *Adresse* : 20 rue Ampère 93330 Neuilly-sur-Marne.

*Complément de jugement* : Jugement prononçant la liquidation judiciaire, date de cessation des paiements le 25 août 2010 désignant liquidateur Me Jeanne Bertrand 2 ter Rue de Lorraine 93011 Bobigny Cedex. Les déclarations de créances sont à déposer au liquidateur dans les deux mois de la présente publication.

1678 - * Date : 31 mai 2011. Jugement d'ouverture de liquidation judiciaire.
399 968 668 RCS Bobigny. **BARBERA** (Olivia Christel). *Activité* : antiquités venté d'articles de décoration. *Adresse* : 110 rue des Rosiers Marche Serpette Stand 3 Allée 2 93400 Saint-Ouen.
*Complément de jugement* : Jugement prononçant la liquidation judiciaire, date de cessation des paiements le 4 mai 2011 désignant liquidateur Me Jeanne Bertrand 2 ter Rue de Lorraine 93011 Bobigny Cedex. Les déclarations de créances sont à déposer au liquidateur dans les deux mois de la présente publication.

1679 - * Date : 31 mai 2011. Jugement d'ouverture de liquidation judiciaire.
402 816 821 RCS Bobigny. **BELL.** *Forme* : Société à responsabilité limitée. *Sigle* : BELL. *Activité* : étude réalisation montage commercialisation d'automatisme industriel et domestiques ascenseurs volet roulant etc maintenance. *Adresse* : 50 avenue de la Renaissance 93270 Sevran.
*Complément de jugement* : Jugement prononçant la liquidation judiciaire, date de cessation des paiements le 1 janvier 2011 désignant liquidateur SCP Moyrand - Bally en la personne de Maître Jacques Moyrand 14/16 Rue de Lorraine 93000 Bobigny. Les déclarations de créances sont à déposer au liquidateur dans les deux mois de la présente publication.

1680 - * Date : 31 mai 2011. Jugement d'ouverture de liquidation judiciaire.
452 199 540 RCS Bobigny. **CAPARD DECOUPE.** *Forme* : Société à responsabilité limitée. *Activité* : entreprise de découpe d'imprimerie et d'activités assimilées. *Adresse* : 3 rue Marcel Dassault 93360 Neuilly-Plaisance.
*Complément de jugement* : Jugement prononçant la liquidation judiciaire, date de cessation des paiements le 1 mars 2011 désignant liquidateur SCP Moyrand - Bally en la personne de Maître Pascal Bally 14/16 Rue de Lorraine 93000 Bobigny. Les déclarations de créances sont à déposer au liquidateur dans les deux mois de la présente publication.

1681 - * Date : 31 mai 2011. Jugement d'ouverture d'une procédure de sauvegarde.
483 114 765 RCS Bobigny. **PLANETE MEDIA.** *Forme* : Société par actions simplifiée. *Activité* : édition de publications de presse. *Adresse* : 4-6 rue Sadi Carnot Immeuble Carnot 2 93170 Bagnolet.
*Complément de jugement* : Jugement prononçant l'ouverture d'une procédure de sauvegarde et désignant administrateur Me Bleriot Philippe 26 Chemin de la Madeleine 93000 Bobigny avec les pouvoirs : assister le débiteur, mandataire judiciaire SCP Moyrand - Bally en la personne de Maître Jacques Moyrand 14/16 Rue de Lorraine 93000 Bobigny. Les déclarations de créances sont à déposer auprès du Mandataire Judiciaire dans les deux mois de la présente publication.

1682 - * Date : 31 mai 2011. Autre jugement d'ouverture.
453 422 099 RCS Bobigny. **AUTO ECOLE BLUE CAR.** *Forme* : Société à responsabilité limitée. *Activité* : auto école ( établissement d'enseignement de la conduite automobile et de la sécurité routière). *Adresse* : 2 boulevard Jean Moulin 93190 Livry-Gargan.
*Complément de jugement* : Jugement prononçant la réouverture de la procédure de la Liquidation Judiciaire et nomme M. JOBERTON, Juge Commissaire, M. AUBRY-ANDRE, Juge Commissaire Suppléant et la SCP MOYRAND-BALLY en la personne de Me MOYRAND 14/16 rue de Lorraine 93000 Bobigny, Mandataire Liquidateur. en date du 31 mai 2011.

1683 - * Date : 31 mai 2011. Autre jugement d'ouverture.
439 499 526 RCS Bobigny. **SOLS CIRÉS ET INDUSTRIELS.** *Forme* : Société à responsabilité limitée. *Activité* : tous travaux de béton et maçonnerie. *Adresse* : 7 place de l'Hôtel de Ville 93600 Aulnay-sous-Bois.
*Complément de jugement* : Jugement prononçant la réouverture de la procédure de Liquidation Judiciaire et nomme M. DIEULEVEUT, Juge Commissaire, M. LABONNE, Juge Commissaire Suppléant et la SCP MOYRAND-BALLY en la personne de Me MOYRAND 14/16 rue de Lorraine 93000 Bobigny, Mandataire Liquidateur. en date du 31 mai 2011.

#### Extrait de jugement

1684 - * Date : 31 mai 2011. Jugement de plan de redressement.
448 223 172 RCS Bobigny. **SOCIÉTÉ MODESTE.** *Forme* : Société à responsabilité limitée. *Activité* : chauffage, plomberie, Vmc. *Adresse* : 2 avenue Charles de Gaulle 93420 Villepinte.

*Complément de jugement :* Jugement arrêtant le plan de redressement, durée du plan 10 ans nomme Commissaire à l'exécution du plan SCP Patrice Brignier 18 Rue de Lorraine BP 43 93002 Bobigny Cedex.

## Jugement de clôture

**1685** - *Date :* 31 mai 2011. Jugement de clôture pour insuffisance d'actif.
438 726 259 RCS Bobigny. **ZADY** (Bérenger). *Activité :* entreprise de sécurité gardiennage à caractère privé. *Adresse :* 65 avenue de la République C/o Assistance Formalités 93300 Aubervilliers.
*Complément de jugement :* Jugement prononçant la clôture de la procédure de liquidation judiciaire pour insuffisance d'actif.

**1686** - *Date :* 31 mai 2011. Jugement de clôture pour insuffisance d'actif.
316 620 624 RCS Bobigny. **AGENCE DE RECHERCHE ET D'EDITION PUBLICITAIRE.** *Forme :* Société à responsabilité limitée. *Sigle :* AREP. *Activité :* location de camions publicitaires. *Adresse :* 114 avenue Jean Mermoz 93120 La Courneuve.
*Complément de jugement :* Jugement prononçant la clôture de la procédure de liquidation judiciaire pour insuffisance d'actif.

**1687** - *Date :* 31 mai 2011. Jugement de clôture pour insuffisance d'actif.
342 988 094 RCS Bobigny. **BONNETERIE SERVICE.** *Forme :* Société à responsabilité limitée. *Activité :* achat vente et représentation commerciale tant en France qu'a l'étranger import export en gros et au détail de tout article textile pour hommes femmes et enfants. *Adresse :* 21 rue de la Gare 93300 Aubervilliers.
*Complément de jugement :* Jugement prononçant la clôture de la procédure de liquidation judiciaire pour insuffisance d'actif.

**1688** - *Date :* 31 mai 2011. Jugement de clôture pour insuffisance d'actif.
351 518 865 RCS Bobigny. **DU PUITS D'ANGLE.** *Forme :* Société civile immobilière. *Activité :* acquisition administration exploitation location. *Adresse :* 7 allée Raymonde 93320 Les Pavillons-sous-Bois.
*Complément de jugement :* Jugement prononçant la clôture de la procédure de liquidation judiciaire pour insuffisance d'actif.

**1689** - *Date :* 31 mai 2011. Jugement de clôture pour insuffisance d'actif.
498 051 291 RCS Bobigny. **TB SERIGRAPHIE.** *Forme :* Société à responsabilité limitée. *Activité :* toutes activités d'Impressions Sérigraphiques sur tous supports, notamment textile. *Adresse :* 40 rue Andrei Sakharov 93140 Bondy.
*Complément de jugement :* Jugement prononçant la clôture de la procédure de liquidation judiciaire pour insuffisance d'actif.

**1690** - *Date :* 31 mai 2011. Jugement de clôture pour insuffisance d'actif.
508 203 460 RCS Bobigny. **CIEL.** *Forme :* Société à responsabilité limitée. *Activité :* Rassemblage, montage, travail à façon, sous-traitance de tous produits textile. *Adresse :* 9 rue de la Nouvelle France 93300 Aubervilliers.
*Complément de jugement :* Jugement prononçant la clôture de la procédure de liquidation judiciaire pour insuffisance d'actif.

**1691** - *Date :* 31 mai 2011. Jugement de clôture pour insuffisance d'actif.
404 751 505 RCS Bobigny. **EPINAY PNEUS SERVICES.** *Forme :* Société à responsabilité limitée. *Activité :* négoce et montage de pneumatiques et accessoires automobiles. *Adresse :* 49 avenue Joffre 93800 Épinay-sur-Seine.
*Complément de jugement :* Jugement prononçant la clôture de la procédure de liquidation judiciaire pour insuffisance d'actif.

**1692** - *Date :* 31 mai 2011. Jugement de clôture pour insuffisance d'actif.
323 874 792 RCS Bobigny. **AGROTRADE.** *Forme :* Société à responsabilité limitée. *Activité :* commerce international de produits agro alimentaires. *Adresse :* 3-5 rue de la Commune de Paris C a Paris Nord Immeuble Ampère le blanc Mesnil 93153 Le Blanc Mesnil Cedex.
*Complément de jugement :* Jugement prononçant la clôture de la procédure de liquidation judiciaire pour insuffisance d'actif.

**1693** - *Date :* 31 mai 2011. Jugement de clôture pour insuffisance d'actif.
493 590 210 RCS Bobigny. **CEMRE.** *Forme :* Société à responsabilité limitée. *Activité :* création achat vente et fabrication de prêt à porter hommes, femmes, enfants diffusion de toutes marques et la réalisation de services pour le compte d'autrui dans le domaine de l'habillement. *Adresse :* 34 avenue Président Salvador Allende 93100 Montreuil.

**1694** - *Date :* 31 mai 2011. Jugement de clôture pour insuffisance d'actif.
431 711 829 RCS Bobigny. **STAR UP.** *Forme :* Société à responsabilité limitée. *Activité :* vente de collections et stocks d'usine, prêt-à-porter, accessoires de mode, accessoires de bureau, vente de tous produits pour collectivités, création projets publicitaires sur supports multimédia, travaux informatiques et imprimerie, achat, vente de tous produits, tous biens, toutes marchandises non réglementés, importation, exportation de tous produits, achat de brevets ou prise de licence d'exploitation ou de vente. *Adresse :* 2/24 avenue Henri Barbusse 93000 Bobigny.
*Complément de jugement :* Jugement prononçant la clôture de la procédure de liquidation judiciaire pour insuffisance d'actif.

**1695** - *Date :* 31 mai 2011. Jugement de clôture pour insuffisance d'actif.
500 759 295 RCS Bobigny. **BROUSSAL** (Danielle). *Activité :* tous travaux administratifs saisie informatique et comptable. *Adresse :* 83 boulevard d' Aulnay 93250 Villemomble.
*Complément de jugement :* Jugement prononçant la clôture de la procédure de liquidation judiciaire pour insuffisance d'actif.

**1696** - *Date :* 31 mai 2011. Jugement de clôture pour insuffisance d'actif.
431 718 204 RCS Bobigny. **FERREIRA** (Caetano José). *Activité :* maçonnerie peinture carrelage. *Adresse :* 54 rue du Landy 93300 Aubervilliers.
*Complément de jugement :* Jugement prononçant la clôture de la procédure de liquidation judiciaire pour insuffisance d'actif.

**1697** - *Date :* 31 mai 2011. Jugement de clôture pour insuffisance d'actif.
481 597 060 RCS Bobigny. **AGP.** *Forme :* Société à responsabilité limitée. *Activité :* études, développement exploitation de moyens de production industriels. *Adresse :* 27 rue Pierre Brossolette 93110 Rosny-sous-Bois.
*Complément de jugement :* Jugement prononçant la clôture de la procédure de liquidation judiciaire pour insuffisance d'actif.

**1698** - *Date :* 31 mai 2011. Jugement de clôture pour insuffisance d'actif.
478 565 922 RCS Bobigny. **GEMINI DIGITAL PLATFORM.** *Forme :* Société par actions simplifiée. *Activité :* la commercialisation et la distribution de tous produits et supports Audiovisuels et des nouvelles technologies de l'information et de la communication l'acquisition de tous produits et supports Audiovisuels ainsi que ses périphéries l'installation de Courant faible et périphérie numérique digital numérique. *Adresse :* 1-3 place du Château 93390 Clichy-sous-Bois.
*Complément de jugement :* Jugement prononçant la clôture de la procédure de liquidation judiciaire pour insuffisance d'actif.

**1699** - *Date :* 31 mai 2011. Jugement de clôture pour insuffisance d'actif.
489 291 088 RCS Bobigny. **IGLU'FRANCE.** *Forme :* Société à responsabilité limitée. *Activité :* distribution commercialisation et assistance générale de tous matériaux pour la construction et le secteur du bâtiment l'expertise construction l'arbitrage la formation technique commerciale ou juridique en matière de construction. *Adresse :* 9-11 allée de Castillon 93390 Clichy-sous-Bois.
*Complément de jugement :* Jugement prononçant la clôture de la procédure de liquidation judiciaire pour insuffisance d'actif.

**1700** - *Date :* 31 mai 2011. Jugement de clôture pour insuffisance d'actif.
418 342 515 RCS Bobigny. **MODA LOGISTIC.** *Forme :* Société anonyme. *Activité :* activité de commissionnaire de transport la logistique sous toutes ses formes l'entreposage et la gestion de stocks et toutes prestations de services s'y rapportant. *Adresse :* 5 7 rue du Parc Zone de la Molette 93150 Le Blanc-Mesnil.
*Complément de jugement :* Jugement prononçant la clôture de la procédure de liquidation judiciaire pour insuffisance d'actif.

**1701** - *Date :* 31 mai 2011. Jugement de clôture pour insuffisance d'actif.
382 709 673 RCS Bobigny. **LOGISTIC ACTION.** *Forme :* Société à responsabilité limitée. *Activité :* en France et dans tous pays le transport terrestre aérien ou maritime de marchandises le transit l'Ac. *Adresse :* 5/7 rue du Parc Zone de la Molette 93150 Le Blanc-Mesnil.
*Complément de jugement :* Jugement prononçant la clôture de la procédure de liquidation judiciaire pour insuffisance d'actif.

**1702** - *Date :* 31 mai 2011. Jugement de clôture pour insuffisance d'actif.

306 733 809 RCS Bobigny. **KUKJE FRANCE.** *Forme :* Société à responsabilité limitée. *Sigle :* INTERNATI. *Activité :* importation, exportation d'objets vestimentaires. *Adresse :* 36 rue des Frères Lumières Zone Industrielle des Chanoux 93330 Neuilly-sur-Marne.
*Complément de jugement :* Jugement prononçant la clôture de la procédure de liquidation judiciaire pour insuffisance d'actif.

**Avis de dépôt**

1703 - * Date : 31 mai 2011. Dépôt de l'état de collocation.
409 135 472 RCS Bobigny. **GOMES ÉPOUSE MARCELINO** (Maria Natalia). *Nom d'usage :* MARCELINO. *Activité :* café restaurant hôtel. *Adresse :* 24 rue Raspail 93360 Neuilly-Plaisance.
*Complément de jugement :* L'état de collocation a été déposé au greffe du tribunal devant lequel s'est déroulé la procédure. Les contestations seront recevables dans un délai de trente jours à compter de la date de la présente publication auprès du greffe du juge de l'exécution du tribunal de grande instance de Bobigny. La publicité a été faite dans le journal d'annonces légales le Parisien pour le bien immobilier sis à Neuilly Plaisance 24, rue Raspail le 7 juin 2011.

1704 - * Date : 31 mai 2011. Dépôt de l'état de collocation.
409 135 472 RCS Bobigny. **GOMES ÉPOUSE MARCELINO** (Maria Natalia). *Nom d'usage :* MARCELINO. *Activité :* café restaurant hôtel. *Adresse :* 24 rue Raspail 93360 Neuilly-Plaisance.
*Complément de jugement :* L'état de collocation a été déposé au greffe du tribunal devant lequel s'est déroulé la procédure. Les contestations seront recevables dans un délai de trente jours à compter de la date de la présente publication auprès du greffe du juge de l'exécution du tribunal de grande instance de Bobigny. La publicité a été faite dans le journal d'annonces légales le Parisien pour le bien immobilier sis à NEUILLY PLAISANCE (93360) à l'angle de la rue d'Estienne d'Orves n 26 et rue Marcelin Berthelot n 8 et 8 bis le 7 juin 2011.

1705 - * Date : 31 mai 2011. Dépôt de l'état de collocation.
409 135 472 RCS Bobigny. **GOMES ÉPOUSE MARCELINO** (Maria Natalia). *Nom d'usage :* MARCELINO. *Activité :* café restaurant hôtel. *Adresse :* 24 rue Raspail 93360 Neuilly-Plaisance.
*Complément de jugement :* L'état de collocation a été déposé au greffe du tribunal devant lequel s'est déroulé la procédure. Les contestations seront recevables dans un délai de trente jours à compter de la date de la présente publication auprès du greffe du juge de l'exécution du tribunal de grande instance de Bobigny. La publicité a été faite dans le journal d'annonces légales le Parisien pour le bien immobilier sis à GOURNAY SUR MARNE (93460) 30 ter rue Parmentier le 7 juin 2011.

1706 - * Date : 31 mai 2011. Dépôt de l'état de collocation.
409 135 472 RCS Bobigny. **GOMES ÉPOUSE MARCELINO** (Maria Natalia). *Nom d'usage :* MARCELINO. *Activité :* café restaurant hôtel. *Adresse :* 24 rue Raspail 93360 Neuilly-Plaisance.
*Complément de jugement :* L'état de collocation a été déposé au greffe du tribunal devant lequel s'est déroulé la procédure. Les contestations seront recevables dans un délai de trente jours à compter de la date de la présente publication auprès du greffe du juge de l'exécution du tribunal de grande instance de Bobigny. La publicité a été faite dans le journal d'annonces légales le Parisien pour le bien immobilier sis à NEUILLY PLAISANCE 18 avenue Parmentier le 7 juin 2011.

1707 - * Date : 31 mai 2011. Dépôt de l'état de collocation.
409 135 472 RCS Bobigny. **GOMES ÉPOUSE MARCELINO** (Maria Natalia). *Nom d'usage :* MARCELINO. *Activité :* café restaurant hôtel. *Adresse :* 24 rue Raspail 93360 Neuilly-Plaisance.
*Complément de jugement :* L'état de collocation a été déposé au greffe du tribunal devant lequel s'est déroulé la procédure. Les contestations seront recevables dans un délai de trente jours à compter de la date de la présente publication auprès du greffe du juge de l'exécution du tribunal de grande instance de Bobigny. La publicité a été faite dans le journal d'annonces légales le Parisien pour le bien immobilier sis à NEUILLY PLAISANCE (93360) 1 rue Parmentier et 23 rue Danielle Casanova le 7 juin 2011.

## 94 - VAL-DE-MARNE

### GREFFE DU TRIBUNAL DE COMMERCE DE CRÉTEIL

**Avis de dépôt**

1708 - * Date : 30 mai 2011. Liste des créances nées après le jugement d'ouverture d'une procédure de redressement judiciaire.
786 750 729 RCS Créteil. **LES CEDRES.** *Forme :* Société anonyme. *Activité :* participation par tous moyens et sous quelque forme que ce soit à toutes entreprises et à toutes sociétés créées ou à créer, filiales etc... *Adresse :* 50 Rné Vert Saint-Denis 77240 Cesson.
*Complément de jugement :* La liste des créances de l'article L 622-17 du code de commerce est déposée au greffe où tout intéressé peut contester cette liste devant le juge-commissaire dans le délai d'un mois à compter de la présente publication.

1709 - * Date : 31 mai 2011. Dépôt du projet de répartition.
494 474 380 RCS Créteil. **F. V. J. S.** *Forme :* Société à responsabilité limitée. *Activité :* salon de soins, Balnéo esthétiques, esthétique corps et visage, cours de placement corporel et yoga, vente de Porduits diététiques et produits annexes. la création, la vente au détail de tous articles vestimentaires et accessoires quelconques destinés à l'habillement de la femme, de l'homme et de l'enfant. *Adresse :* 2 place de Lattre de Tassigny 94550 Chevilly-Larue.
*Complément de jugement :* Le projet de répartition prévu par l'article L 644-4 du code de commerce est déposé au greffe. Tout intéressé peut contester ledit projet devant le juge-commissaire dans un délai d'un mois à compter de la présente publication.

## 95 - VAL-D'OISE

### TRIBUNAL DE COMMERCE DE PONTOISE

**Jugement d'ouverture**

1710 - * Date : 26 mai 2011. Jugement d'extension d'une procédure de redressement judiciaire.
708 204 250 RCS Pontoise. **PARIS-ENGHIEN.** *Forme :* Société à responsabilité limitée. *Activité :* vins liqueurs restaurant brasserie. *Adresse :* 1 rue de l'Arrivée 95880 Enghien-les-Bains.
*Complément de jugement :* Jugement d'extension d'une procédure de redressement judiciaire ouverte initialement à l'égard de la SARL NOUVELLE D'EXPLOITATION DU PARIS ENGHIEN 1 rue de l'Arrivée 95880 ENGHIEN LES BAINS et confirmant la désignation de administrateur Me Bleriot 50 Rue Victor Hugo 95300 Pontoise avec les pouvoirs : assister, mandataire judiciaire Me Mandin 23 Rue Victor Hugo 95300 Pontoise. Les déclarations des créances sont à déposer au mandataire judiciaire dans les deux mois à compter de la présente publication.

**Extrait de jugement**

1711 - * Date : 26 mai 2011. Jugement de plan de redressement.
494 026 099 RCS Pontoise. **BOULANGERIE PATISSERIE MAISON FERREIRA.** *Forme :* Société à responsabilité limitée. *Activité :* boulangerie, pâtisserie, spécialités portugaises. *Adresse :* 17 rue des Pinsons 95190 Goussainville.
*Complément de jugement :* Jugement arrêtant le plan de redressement, durée du plan 5 ans nomme Commissaire à l'exécution du plan Me Bleriot 50 Rue Victor Hugo 95300 Pontoise.

# LISTE ALPHABÉTIQUE

Les numéros figurant dans la Table ci-après sont ceux de la série numérique croissante suivant laquelle sont classées les insertions du présent « Bulletin ».

La liste est présentée sur trois colonnes, avec successivement le nom (ou la dénomination), le département et le numéro de l'annonce.



BAPTISTE PRIMEURS [Corse-du-Sud], **228**
BARBELLION [Loir-et-Cher], **453**
BARBERA [Seine-Saint-Denis], **1678**
BARBIER [Orne], **685**
BAREA [Allier], **1367**
BÀRIO [Landes], **1505**
BARLATA [Hautes-Pyrénées], **742**
BAR RESTAURANT LE VICTOR HUGO [Ain], **21**
BARREYRES [Lot-et-Garonne], **486**
BARRIERE [Hérault], **359**
BARTHAS STEPHANE [Tarn], **1091**
BARTH RESTAURATION [Alpes-Maritimes], **1389**
B.A. SERVICES [Aube], **141**
BAT-DEMOL [Pas-de-Calais], **724**
BATICONCEPT [Bouches-du-Rhône], **1409**
BATIMENT SERVICES [Département de Paris], **980**
BATI MULTI SERVICES "BMS" [Département de Paris], **1043**
BAT.INSTALLE.MAISON [Haute-Savoie], **816**
BATI-THERM [Ain], **50**
BAUDRY [Dordogne], **1495**
BCBM [Département de Paris], **954**
BEARN [Gironde], **324**
BEAUDOUT [Dordogne], **1478**
BEAU RIVAGE [Yvelines], **1064**
BEAUTE NAIL [Val-de-Marne], **1328**
BECEP TECHNOLOGIE [Département de Paris], **978**
BECHENNEC [Finistère], **273**
BEKIER [Hauts-de-Seine], **1678**
BELAVAL [Tarn], **1076, 1076**
BELIO [Aisne], **64**
BELL [Seine-Saint-Denis], **1679**
BELLAGRAA [Loir-et-Cher], **451**
BELLANO [Loire], **483**
BELLA SERVICE [Département de Paris], **935**
BELLIN [Vosges], **1192, 1192**
BELSIZE ASSET MANAGEMENT GMBH [Département de Paris], **903**
BENAICHE [Hérault], **369**
BENFLOFAURE [Yvelines], **1061**
BENICOURT [Tarn-et-Garonne], **1097**
BERAUD [Loire], **476**
BERNARD [Haute-Vienne], **1171**
BERNARDIE [Vosges], **1238**
BERNEGE [Lot-et-Garonne], **521**
BERNEIX [Hautes-Alpes], **82**
BETILLON/DORVAL-BORY SARL [Département de Paris], **948**
B.E.T. PETIN-HENRY [Haute-Saône], **771**
BEVILACQUA [Hautes-Alpes], **92**
BHM [Tarn-et-Garonne], **1101**
BIBI-DELTA [Var], **1135**
BIGER [Vendée], **1140**
BILLARD BEATRICE [Landes], **1508**
BILOBA [Haute-Saône], **767**
BIOCITECH SERVICE [Seine-Saint-Denis], **1319**
BIXENTE [Gironde], **308**
BIZOT [Saône-et-Loire], **775**
BJD [Tarn-et-Garonne], **1105**
BLANC DU NORD [Département de Paris], **934**
BLANCHARD [Charente-Maritime], **212**
BLB IMMOBILIER [Vosges], **1212**
B.L CONSTRUCTION [Haute-Corse], **1422**
BLED [Nord], **655**
BLERE OPTIC [Indre-et-Loire], **443**
BLEU OUTREMER [Lot-et-Garonne], **562**
B. L. T [Alpes-Maritimes], **105**
BLUE CAT [Loir-et-Cher], **472**
BMD [Hauts-de-Seine], **1664**
BNAB TRANS-SERVICES [Essonne], **1642**
B. N. D. [Var], **1627**
BOBILLET [Ain], **1**
BODIN 2 HOC [Vendée], **1147**
BOIS & ENVIRONNEMENT [Pyrénées-Orientales], **1572**
BOIS LAHOTTE PHILIPPE [Haute-Savoie], **822**
BOMBAGLIA [Bouches-du-Rhône], **171**
BOMPARD TREIZE [Bouches-du-Rhône], **190**
BONJOUR SHANGHAI [Département de Paris], **942**
BONNET [Aisne], **77**
BONNETERIE SERVICE [Seine-Saint-Denis], **1687**
BONSAI [Bouches-du-Rhône], **195**
BORDEAUX INFORMATIQUE CAMPUS [Gironde], **325**
BORG [Hérault], **358**
BORIE DIETETIQUE ANIMALE [Dordogne], **1459**

BOSCOLO [Haute-Corse], **1419**
BOUCHERIE CHARCUTERIE TRAITEUR ET PAR ABREVIATION BCT [Vosges], **1193**
BOUFFARD [Val-de-Marne], **1323**
BOUJIDA [Pyrénées-Orientales], **1562**
BOULANGERIE PATISSERIE MAISON FERREIRA [Val-d'Oise], **1711**
BOURGOIN [Aube], **131**
BOUTIQUES GALERIE [Département de Paris], **1042**
BOUZOU [Tarn-et-Garonne], **1092**
BRAME [Nord], **650**
BRELOT [Gironde], **313**
BREMONT FINANCE [Gironde], **341**
BROCHADO [Côte-d'Or], **1450**
BROQUET [Dordogne], **1469**
BROTHIER FAMILY [Alpes-Maritimes], **124**
BROUILLEBAS MATERIEL [Haute-Vienne], **1182**
BROUSSAL [Seine-Saint-Denis], **1695**
BRP [Eure-et-Loir], **257**
BRUNET-MORET [Vendée], **1145**
B.S. BLANCHISSERIE [Haute-Savoie], **829**
BTI. VAL [Val-d'Oise], **1349**
BUSCHMANN [Hérault], **421**

## C

CABINET ARBEL [Yvelines], **1074**
CABINET LEPINAY & ASSOCIES [Département de Paris], **970**
CACAO FRERES [Yvelines], **1598**
CAFE DES ARCADES [Alpes-Maritimes], **101**
CAFE DU METRO [Département de Paris], **1021, 1022**
CAMBON [Lot-et-Garonne], **516**
CAMENEN [Finistère], **270**
CAMILLE [Ain], **18**
CAMILLE INVEST [Hauts-de-Seine], **1266**
CAMPING LES ORMES [Lot-et-Garonne], **490**
CAMPOMORO-CARRILLO [Corse-du-Sud], **232**
CANA AND CO [Savoie], **783**
CANARD DORE [Département de Paris], **870**
CA. NOT. CONSTRUCTIONS [Alpes-Maritimes], **1382**
CAPA [Ain], **7**
CAPARD DECOUPE [Seine-Saint-Denis], **1680**
CAP ENERGIE PLUS [Pyrénées-Orientales], **1556**
CARBONNIER [Charente-Maritime], **213**
CARDI 0170 BM ARGENTAN [Orne], **704**
CARDIOP [Var], **1131**
CARILLON [Haute-Savoie], **836**
CARRE [Aube], **129**
CARREFOUR PROXIMITE FRANCE [Hautes-Pyrénées], **758**
CASA BROTHERS [Ain], **51**
CASA DEL SOL [Var], **1107**
CASA PIZZ [Vosges], **1195**
CASEUS CONSEIL [Haute-Savoie], **844**
CASTEL PASSION [Lot-et-Garonne], **557**
CAT AUTO [Calvados], **202**
CAT-DAN [Ille-et-Vilaine], **434**
CA TRANSPORT [Département de Paris], **963**
CAYLA [Département de Paris], **867**
CAZALA [Hautes-Pyrénées], **756**
CAZALOT [Hérault], **368**
CAZAUBON [Hérault], **357**
C.B.C. SARL [Haute-Vienne], **1176**
C.C.O DEVELOPPEMENT [Lot-et-Garonne], **527**
CD IMMOBILIER [Vosges], **1225**
CDL2A [Hauts-de-Seine], **1293**
CD TRANSPORTS [Côte-d'Or], **1446**
CEFANNY [Haute-Vienne], **1180**
CEFRID [Hérault], **384**
CELANO [Nord], **1520**
CELIKHA [Aisne], **68**
CEMRE [Seine-Saint-Denis], **1693**
CENDRIEUX DISTRIBUTION [Dordogne], **1486**
CENT. O. R. E [Vendée], **1155**
CENTRALE DISTRIBUTION AUTO [Haute-Corse], **1431**
CENTRE ALPIN ET PROVENCAL D'ASSAINISSEMENT [Alpes-de-Haute-Provence], **1379**
CENTRE D'AFFAIRES DE VERMELLES [Pas-de-Calais], **730**
CENTRE EQUESTRE DE GERARDMER [Vosges], **1218**

CERAM DESIGN [Marne], **582**
CEROS [Haute-Savoie], **814**
C.F.M. [Haute-Corse], **1416**
CFW DELICE [Département de Paris], **870**
CGA BATIMENT [Hauts-de-Seine], **1654**
CHABALA [Pas-de-Calais], **709**
CHABANNES [Corrèze], **222**
CHACHE [Hérault], **412**
CHALES [Lot-et-Garonne], **495**
CHAMBRUN [Yvelines], **1602**
CHAMPAGNE EMMANUEL PITHOIS [Marne], **588**
CHANARDIE [Tarn], **1619**
CHAOUCH [Var], **1631**
CHATEAU CRET BENI [Haute-Savoie], **841**
CHAUVAT [Ille-et-Vilaine], **426**
CHAUVET [Indre-et-Loire], **443**
CHAUVIN [Allier], **1378**
CHEN [Tarn-et-Garonne], **1095**
CHERNI [Alpes-Maritimes], **107**
CHEZ MING [Département de Paris], **896**
CHEZ PAUL [Ille-et-Vilaine], **426**
CHOCOLATERIE DE L'ATLANTIQUE [Finistère], **280**
CHRIBA [Haute-Savoie], **837**
CHRIST [Vosges], **1202**
CHRONO CONFORT [Val-d'Oise], **1355**
CHW EXPLOITATION SARL [Haute-Savoie], **832**
CID COTE D'OPALE FLANDRES ARTOIS [Nord], **646**
CIEL [Seine-Saint-Denis], **1690**
CIKMAZKARA [Vosges], **1237**
CIL DESIGN INTERNATIONAL [Var], **1121**
CILIEGIA [Oise], **678**
CK. CIE [Yvelines], **1059**
CKS [Aube], **136**
CLAC [Var], **1123**
CLARA FRANCE BONBONS CARAMELS DISTRIBUTION [Essonne], **1640**
CLAYAX ACQUISITION [Département de Paris], **920**
CLEAN SERVICE DOUAISIS [Nord], **628**
CLERAY [Ille-et-Vilaine], **425, 425**
CLERAY LOIC [Ille-et-Vilaine], **425**
CLIMATECH GROUPE [Département de Paris], **943**
CLIMATEK ENERGIE [Alpes-Maritimes], **104**
CLIMATIC TESTING SYSTEM GROUP [Bouches-du-Rhône], **183**
CLINIQUE DE SAINT JEAN DE LUZ [Pyrénées-Atlantiques], **1540, 1541**
CLINIQUE LA FRANCILIENNE [Seine-et-Marne], **1050**
CLOUET [Finistère], **266**
CLOYAN [Hérault], **381**
C.M. COMPAGNIE [Nord], **1525**
CMME [Oise], **681**
COFINA F [Département de Paris], **946**
COFINA G [Département de Paris], **945**
COFINA H [Département de Paris], **917**
COFINA I [Département de Paris], **919**
COFINA J [Département de Paris], **922**
COLD ELEC [Lot-et-Garonne], **537**
COLIBRI AVIATION [Département de Paris], **953**
COLLIGNON [Tarn], **1623**
COLOR GLASS [Vendée], **1156**
COMMERCE ET TECHNOLOGIE [Hérault], **408**
COMPTOIR DE L'AIN DE PRODUITS ALIMENTAIRES - C.A.P.A. [Ain], **7**
COM.UNIK [Haute-Savoie], **863**
CONCEPT CONSTRUCTION BATIMENT [Essonne], **1644**
CONSTRUCTION RENOVATION PISCINES [Alpes-Maritimes], **1395**
CONTIOS [Lot-et-Garonne], **577**
COREAL [Pas-de-Calais], **721**
CORESEN [Hérault], **394**
CORIALYS [Haute-Vienne], **1164**
CORNOUAILLE EXPRESS [Finistère], **290**
CORSICALITY [Corse-du-Sud], **235**
CORTENHAS [Aube], **136**
COSNIER [Loir-et-Cher], **454**
COULBAULT & JEAN [Orne], **699**
COULEUR LOISIRS [Côtes-d'Armor], **242**
COULEUR SON [Haute-Savoie], **826**
COURBOULAY [Vosges], **1235**
COURGEON [Hautes-Pyrénées], **746**
COURTOIS SARL [Val-d'Oise], **1351**
COURTOT [Haute-Savoie], **858**

COUVOIS [Pyrénées-Atlantiques], **1538**
CPK [Val-de-Marne], **1321**
CPK AND CO [Val-de-Marne], **1321**
CRABOS [Hérault], **362**
CREATIVE STREET [Gironde], **328**
CRISTO CAMPINAS [Hérault], **371**
CROISSANTS DE LUNE [Dordogne], **1485**
CROS [Var], **1108**
CROUPAT [Haute-Saône], **764**
CTNB [Département de Paris], **911**
CURT [Ain], **16**
CUSTOM CREATION [Alpes-Maritimes], **86**
C.V.L. [Oise], **677**
CYBERMANIA [Bouches-du-Rhône], **176**
CYBERMANIA BUREAUTIQUE [Bouches-du-Rhône], **176**
CYCLES ROMAIN BAELE [Nord], **627**

### D

D2M [Finistère], **295**
DA COSTA [Dordogne], **1467**
DAL-MASO [Lot-et-Garonne], **505**
DAM [Lot-et-Garonne], **506**
D.A.M.S. S.A.R.L. [Département de Paris], **1029**
DANES [Nord], **638**
DAOULET [Rhône], **762**
DA SILVA [Tarn], **1608**
DATALP-FORMAWEB [Haute-Savoie], **827**
DAVASSE MANEN [Lot-et-Garonne], **489**
DAY OFF [Département de Paris], **926**
DB ELECTRICITE [Nord], **631**
DCAM [Lot-et-Garonne], **544**
DC CELINE IMMO [Haute-Savoie], **830**
D. CO [Alpes-Maritimes], **112**
D D S T [Département de Paris], **865**
DEALENOR [Nord], **640**
DEBILLE [Hauts-de-Seine], **1252**
DEBONO [Alpes-Maritimes], **85**
DE BREM ETOILE [Hauts-de-Seine], **1294**
DECHETS FRANCE SERVICES [Pyrénées-Atlantiques], **1536**
DEKEYSER [Nord], **636**
DELAGE [Charente-Maritime], **1410**
DE L'ENCLOS [Nord], **664**
DELEVDAN [Seine-Saint-Denis], **1316**
DELICE MED [Département de Paris], **960**
DELILLE [Pas-de-Calais], **708**
DELISSIMA BOX PIZZA [Hauts-de-Seine], **1265**
DELLYS [Bouches-du-Rhône], **174**
DELMONT [Rhône], **761**
DELOBEAU [Nord], **654**
DE L'OCTOGONE [Var], **1126**
DELON [Tarn-et-Garonne], **1096**
DELPUECH [Var], **1109**
DELTA CONTROLE [Essonne], **1249**
DEMAILLY [Finistère], **275**
DEMAIZIERE [Côte-d'Or], **1433**
DEMIANOW-CHWESNIK [Haute-Savoie], **795**
DEPABO [Haute-Savoie], **838**
DEPANNAGES REPARATIONS TRANSPORTS [Alpes-Maritimes], **102**
DEP LA BOULBENE [Lot-et-Garonne], **558**
DE ROVERE - IMMOBILIER [Var], **1463**
DES COTERETS [Aube], **143**
DES GOURMANDISES SUR L ETAGERE [Ille-et-Vilaine], **428**
DESIGN TERRASSES ET ACCES [Nord], **659**
DES LOUPS DE LA TOUR RENAISE [Mayenne], **603**
DES MERIES [Aube], **151**
DESPORT [Gironde], **1500**
DESTANQUE [Gironde], **310**
DETAILLE [Haute-Savoie], **859**
DEVRESSE [Seine-Maritime], **1578**
DIAGNOSTICS DE LA MARNE [Marne], **585**
DIAZ [Hérault], **356**
DIBRANI [Allier], **1371**
DIDIER [Ain], **10**
DIEVOLE WINTER INVESTMENTS [Haute-Savoie], **840**
DIGITEK [Ain], **15**
DIJKMAN [Hautes-Pyrénées], **744**
DINH [Finistère], **267**
DIOT [Bouches-du-Rhône], **1400**
DIOUF [Hérault], **354**

DISTRIARAGO [Département de Paris], **1036**
DIVAIS [Hérault], **370**
DIZANE [Nord], **670**
DJC [Hautes-Pyrénées], **752**
DM IMMO [Département de Paris], **965**
DOBAS [Haute-Corse], **1428**
DOCES SUBLIME [Meurthe-et-Moselle], **618**
DOGAN [Aube], **129**
D'ORIO [Allier], **1368**
DOSO [Aube], **129**
DOVIA CREATION [Côte-d'Or], **1451**
DPT EXPRESS [Pas-de-Calais], **719**
DQL [Seine-Saint-Denis], **1309**
DREAMINVEST [Département de Paris], **1041**
DROIT-FILS [Département de Paris], **932**
DROUOT FORMATION [Département de Paris], **876**
DRUESNE [Vosges], **1236**
DSB MACONNERIE [Essonne], **1639**
D.S.COM59 [Nord], **661**
DSG SANTOS COUVERTURES BARDAGES ETANCHEITES [Loire], **482**
DSL LINK [Lot-et-Garonne], **494**
DUBART [Lot-et-Garonne], **495**
DUBOS [Hérault], **373**
DUBRULLE [Nord], **637**
DUCAN [Lot-et-Garonne], **496**
DU CAS [Haute-Savoie], **812**
DUCHESNE-RENAUDIN [Marne], **587**
DUCROS [Lot-et-Garonne], **504**
DUDEZERT [Hautes-Pyrénées], **757**
DU DOUZIL [Loir-et-Cher], **467**
DU MALEMBOURG [Nord], **645**
DUMOLIN-LESAEGE SARL [Nord], **647**
DUMONT [Hautes-Pyrénées], **759**
DUO ESTHETIQUE COIFFURE [Var], **26**
DU PIED COCHELIN [Loir-et-Cher], **462**
DU PUITS D'ANGLE [Seine-Saint-Denis], **1688**
DUPUY [Haute-Savoie], **788**
DUQUENNE [Mayenne], **593**
DURAND MULTISERVICES [Hauts-de-Seine], **1260**
DURUKAN [Essonne], **1244**
DUVAL [Ain], **2**
DUVAL [Haute-Savoie], **801**

### E

EAP [Département de Paris], **880**
EARL CABRIGOT [Lot-et-Garonne], **551**
EARL DE LA MAGNOTTE [Lot-et-Garonne], **579**
EARL DE PARAYLLO [Lot-et-Garonne], **575**
EARL DES BERGERS DE L'ANGER [Vosges], **1226**
EARL DOMAINE EYPERT [Yonne], **1243**
EARL LE CLOS QUARTIER [Côtes-d'Armor], **243**
EASYBOOTIK [Vosges], **1219**
E. C. A BAT (11/523) [Yvelines], **1590**
ECHEANDIA CONCEPT [Nord], **1515**
ECOFINANCE [Département de Paris], **1038**
ECO'PUR [Meuse], **622**
ECO QUARTIER SOLUTIONS [Lot-et-Garonne], **546**
EDIACC SARL [Hautes-Pyrénées], **751**
EDITIONS DES BATIGNOLLES [Département de Paris], **876**
EDUCAM [Bouches-du-Rhône], **173**
EGO [Département de Paris], **982**
EHG [Seine-Saint-Denis], **1314**
EKER [Hauts-de-Seine], **1667**
EL ABDIOUI [Ain], **22**
ELBAHDJA [Bouches-du-Rhône], **175**
ELEC. DS [Haute-Garonne], **306**
ELECTRO MENAGER TELEVISION VIDEO [Côte-d'Or], **1452**
ELECTRONIQUE DU CENTRE SERVICE [Dordogne], **1489**
ELGB.S PRET A PORTER [Haute-Savoie], **804**
EL JALTI [Nord], **657**
ELJ SYSTEM [Bouches-du-Rhône], **1399**
ELYA [Département de Paris], **927**
EMABAT [Département de Paris], **912**
EMC CAMPUS [Hauts-de-Seine], **1261**
EMIDA [Ain], **6**
EMMA-LOUISE [Ain], **18**
E. M. P HABITAT [Val-d'Oise], **1356**
EMPREINTES NATURE [Haute-Vienne], **1186**
ENERGY FUEL SERVICES ET BOIS [Alpes-Maritimes], **102**

ENJALRAN [Tarn], **1621**
ENTREPRISE AUBERT [Dordogne], **1472**
ENTREPRISE DE TRAVAUX PUBLICS ENROBSUD [Bouches-du-Rhône], **1404**
ENTREPRISE FONTANA [Côte-d'Or], **1439**
ENVOLI [Ille-et-Vilaine], **431**
EPINAY PNEUS SERVICES [Seine-Saint-Denis], **1691**
EPONYME PARTNERS [Département de Paris], **1025**
EQUIP'FLANDRES [Nord], **1521**
ERARIO [Hérault], **366**
ERCE PLASTEF-I.SS [Ain], **60**
ER-HAN [Essonne], **1248**
ER-IMMO [Gironde], **327**
ERP [Seine-Saint-Denis], **1308**
ERP FINANCE CONSULTING [Yvelines], **1063**
ESPACE BOUCHERIE [Ain], **37**
ESPER [Yvelines], **1607**
ESPRIT BOIS CONCEPT [Aube], **157**
ESSOR DEVELOPPEMENT [Département de Paris], **904**
ETABLISSEMENTS POITOUT [Loir-et-Cher], **450**
ETOILE BUSINESS CENTRE [Département de Paris], **890**
ETRE [Vosges], **1201**
ETS AFFASSON [Indre], **437**
ETUDESERVICES [Yvelines], **1586**
EURL 1.6 TE [Bouches-du-Rhône], **1406**
EURL ANG DISTRIBUTOR AUTOMATIC FOOD HEAT [Ain], **42**
EURL ANNA BEAUTE COIFFURE [Val-d'Oise], **1341**
EURL AU PRESSING DE BROU [Ain], **56**
EURL AUTO SECURITE KERVIDANOU [Finistère], **270**
EURL BENES [Nord], **1518**
EURL BIEN ETRE HABITAT [Orne], **697**
EURL CAMELIA [Lot-et-Garonne], **491**
EURL CARROSSERIE SURIN PATRICK [Orne], **687**
EURL DU 1-3 RUE LAFAYETTE [Hauts-de-Seine], **1284**
EURL DU 38 RUE DU HAMEAU [Hauts-de-Seine], **1283**
EURL DU 55 RUE RASPAIL [Hauts-de-Seine], **1285**
EURL ELEMENT 5 [Tarn], **1086**
EURL ENTREPRISE [Indre-et-Loire], **445**
EURL ESTELLE COIFFURE [Vosges], **1196**
EURL J.M.F [Hérault], **343**
EURL LARTILLOT [Vosges], **1195**
EURL MENIRI SECURITE PRIVEE [Pas-de-Calais], **739**
EURL PAUCA [Aisne], **63**
EURL PETIT JOURNAL DE LIMOGES [Haute-Vienne], **1161**
EURL ROUVES [Dordogne], **1466**
EURL S.F. MECA PRO [Lot-et-Garonne], **549**
EUROMEDILINE [Hauts-de-Seine], **1273**
EUROP DENTAIRE SERVICE [Nord], **652**
EUROPEAN CLEAN PLUS [Département de Paris], **1034**
EUROPEENNE DE COMMISSARIAT ET D'AUDIT [Hauts-de-Seine], **1024**
EUROPRALINE [Département de Paris], **1024**
EURO-SHIITAKE [Dordogne], **1488**
EVEREST ATTITUDE [Yvelines], **1057**
EXCELLENCE 2D [Département de Paris], **983**
EXECO [Hauts-de-Seine], **1661**
EXPERT JARDIN [Yonne], **1242**
EXPLICIT CONSULTING [Val-de-Marne], **1336**
EXP MOISSY CRAMAYEL [Haute-Vienne], **1191**
EXTREME SUD JET [Corse-du-Sud], **237**

### F

FABRICE LOGÉ ENTREPRISE [Aube], **142**
FALGUIERES [Pyrénées-Atlantiques], **1542**
FAMILLE BOURGEOIS-SERNY [Finistère], **285**
FAUCON [Eure-et-Loir], **255**
FAUVEL [Lot-et-Garonne], **509**
FAVERIE [Finistère], **278**
FAYE ARNAUD [Aube], **133**
F.C.F. FRANÇOISE CARPENTIER FAMILY [Nord], **658**
FCG OUEST [Mayenne], **607**
FCM [Yvelines], **1071**
FCM PARTNERS [Département de Paris], **907**

FEB FRANCAISE D'EQUIPEMENT POUR LES BOUTIQUES [Yvelines], **1594**
FELGINES [Département de Paris], **1021**
FELTRIN [Lot-et-Garonne], **507**
FERRAS [Hérault], **419**
FERREIRA [Seine-Saint-Denis], **1696**
FERRIERE [Alpes-Maritimes], **126**
FERRIÈRES ENERGIES VERTES [Hauts-de-Seine], **1276**
FEUGIER [Haute-Savoie], **791**
FEUNTEUN [Finistère], **298**
FEVEZ [Lot-et-Garonne], **518**
FICHANT [Hautes-Pyrénées], **745**
FIDUCENTRE [Ain], **31**
FINANCIERE CH. DUCLOS [Calvados], **210**
FINANCIERE CRONOS [Département de Paris], **913**
FINANCIÈRE CYCLOPE [Département de Paris], **910**
FINANCIERE EUROPE A [Département de Paris], **964**
FINANCIERE VEBACORE [Indre-et-Loire], **448**
FINANCIERE YANNICK PERES ET FILS [Lot-et-Garonne], **545**
FISCH [Vosges], **1205**
FIXHERAULT [Hérault], **424**
FLANDRASSUR [Nord], **635**
FLIGHT AUDIO SERVICE [Val-d'Oise], **1350**
FLORIDA [Corse-du-Sud], **230**
FNA FASHION [Département de Paris], **906**
FONTAINE AUTOS [Aube], **145**
FORESTIER [Gironde], **1498**
FORMACALL [Alpes-Maritimes], **98**
FORTHECNICS [Département de Paris], **981**
FOURNÉ [Gironde], **314**
FOURNIER [Hérault], **361**
FRA AUDIT ET CONSEIL ENTREPRISE [Hérault], **388**
FRAKAR [Haute-Saône], **769**
FRANCE OPTIQUE [Val-de-Marne], **1322**
FRATÉ [Ain], **9**
FRÉDÉRIC LÉTÉ [Aisne], **79**
FREEDA [Yvelines], **1056**
FREE DOM' PERIGUEUX [Dordogne], **1457**
FRENCH CONNECTION [Haute-Vienne], **1165**
FROLICH [Bouches-du-Rhône], **179**
FTP GROUP [Hérault], **389**
FURLI [Ain], **16**
FUTAIE THENONAISE [Dordogne], **1494**
F. V. J. S. [Val-de-Marne], **1709**

### G

G2P [Ain], **45**
G.A.B.I [Hérault], **409**
GABRIELLE [Département de Paris], **921**
GANAYE [Lozère], **1511**
GANNAT AMBULANCES [Allier], **1365**
GARAGE DU GRAND PONT [Haute-Savoie], **806**
GARD [Hérault], **367**
GASC [Tarn-et-Garonne], **1093**
GASTADELLO [Lot-et-Garonne], **488**
GASTRONOMIE DESIGN JAPONAISE [Hauts-de-Seine], **1280**
GATT [Département de Paris], **884**
GAULARD [Orne], **691**
GAUMIN [Pyrénées-Orientales], **1563**
GAUVINEAU [Dordogne], **1453**
GAVARD [Indre-et-Loire], **446**
GAYET [Haute-Savoie], **792**
GC2M [Haute-Savoie], **811**
GEBEA [Hérault], **418**
GEHANNIN [Mayenne], **608**
GEMILIS PRODUCTION [Ain], **43**
GEMINI DIGITAL PLATFORM [Seine-Saint-Denis], **1698**
GENERAL MAINTENANCE SERVICES FRANCE [Nord], **1534**
GENTILE [Lot-et-Garonne], **500**
GEO BAT [Département de Paris], **955**
GEOCONCEPT 10 [Aube], **147**
GEOFFROY [Aube], **168, 168**
GEOLOG FRANCE [Hauts-de-Seine], **1258**
GEORGES [Loire], **475**
GF LINK [Ain], **36**
GH WEENINK BV [Dordogne], **253**
GINET MARTIN [Corse-du-Sud], **231**
GIROT [Essonne], **1638**

GLOBAL PRINTING SERVICES [Hauts-de-Seine], **1277**
GMC GARAGE MECANIQUE COUVAL [Vosges], **1235, 1235**
GMY [Lot-et-Garonne], **517**
G O CHARPENTE [Savoie], **781**
GOLZ [Meurthe-et-Moselle], **611**
GOMES DOS SANTOS [Bouches-du-Rhône], **1402**
GOMES ÉPOUSE MARCELINO [Seine-Saint-Denis], **1703, 1704, 1705, 1706, 1707**
GONCALVES [Haute-Vienne], **1170**
GOOD VIBES PRODUCTION [Yvelines], **1585**
GOURLIER [Allier], **1375**
GOURMANDISE [Hérault], **347**
GOUX [Hautes-Pyrénées], **743**
GO WEST RETAILS [Aisne], **80**
GPJP [Dordogne], **248**
GRANDE PHARMACIE DE GENEVE [Haute-Savoie], **808**
GRANDEUR NATURE [Rhône], **763**
GREGOIRE [Gironde], **317**
GRIFFON [Dordogne], **1465**
GROS [Ain], **21**
GROUPE CLIMATECH [Hérault], **386**
GROUPE GENERATION [Alpes-Maritimes], **83**
GROUPEMENT FONCIER AGRICOLE DE L'ALLIANCE [Corrèze], **219**
GROUPEMENT FORESTIER DE LAVERATIERE [Haute-Savoie], **849**
GRUCHET [Hérault], **416**
GRUSON [Lot-et-Garonne], **508**
GUEFFET [Vendée], **1146**
GUERIN [Marne], **581**
GUERLAIN [Bas-de-Calais], **705**
GUEU [Dordogne], **1496**
GUILLAUME [Mayenne], **608**
GUILLERMARD [Rhône], **762**
GUILLET [Département de Paris], **869**
GUITTIER [Vosges], **1192**
GUNDUBAY [Ain], **3**
GURUNG [Département de Paris], **882**
GUYADER [Yvelines], **1589**

### H

H2N MULTISERVICES [Haute-Savoie], **846**
HABIBI ÉPOUSE BEN GADRI [Département de Paris], **864**
HABITAT CONCEPT [Haute-Corse], **1425**
HABITAT VIVANT [Finistère], **293**
HACYDIS [Haute-Savoie], **810**
HADJI [Haute-Savoie], **789**
HAIR'JACK SARL [Eure-et-Loir], **255, 255**
H.A.L.E. INDUSTRIE (HYGROMETRIE ACTIVITE LOGICIEL ELECTRONIQUE INDUSTRIE) [Seine-Maritime], **1573**
HALIS [Hérault], **348**
HAMILA [Alpes-Maritimes], **108**
HANAE [Hérault], **853**
HAPPYOPTIC [Seine-Saint-Denis], **1299**
HARMAND [Vosges], **1194, 1194**
HAULARINE [Haute-Vienne], **1178**
HAUTHIER [Dordogne], **1468**
HB INVESTISSEMENTS [Seine-Maritime], **1574**
HDP BRETEUIL CONSEIL [Département de Paris], **950**
HEILIGENSTEIN [Corse-du-Sud], **225**
HEITZMANN [Lot-et-Garonne], **514**
HELISALARY [Hautes-Pyrénées], **758**
HERAULT [Bouches-du-Rhône], **197**
HERONDELLE MEUBLES RUSTIQUES [Seine-Maritime], **1577**
HERSZKOWICZ [Hérault], **365**
HEUKENSFELDT JANSEN HENRIETTE [Département de Paris], **881**
HEYDON [Finistère], **276**
HOLDING C.& D. DEVELOPPEMENT [Nord], **1522**
HOLDING ENERGIE VERTE [Lot-et-Garonne], **559**
HOLDING LEPELLETIER [Calvados], **209**
HOLDING PCAFF [Hérault], **407**
HOLDING S.A.M. [Nord], **644**
HOLDING T. H & CO [Bouches-du-Rhône], **182**
HOLDSYS [Lot-et-Garonne], **578**
HOME-ECO 59 [Nord], **672**
HOP'CAR [Seine-Saint-Denis], **1673**
HOPITAL PRIVE DE MARNE CHANTEREINE-HPMC [Seine-et-Marne], **1050**

HRI SAS [Vosges], **1194**
HTHMMO [Loir-et-Cher], **468**
HTR'SERVICES [Département de Paris], **977**
HUCHETTE [Pas-de-Calais], **707**
HUGE [Aube], **153**
HUMAGO [Hérault], **413**
HURRIEZ [Dordogne], **249**
HUTEC [Aube], **146**
HUVELIN [Lot-et-Garonne], **492**
HYERONUT [Département de Paris], **1031**
HYJAZI CÔTE D'AZUR [Alpes-Maritimes], **117**

### I

IBAM [Département de Paris], **1030**
IDC [Essonne], **1641**
ID'' EES ENVIRONNEMENT [Côte-d'Or], **1440**
IGLU'FRANCE [Seine-Saint-Denis], **1699**
I G P S SAS [Département de Paris], **1035**
IJIOUI [Seine-Maritime], **1582**
ILK MOTORS [Pas-de-Calais], **718**
ILLICO BRICO [Hérault], **380**
IMMOBILIERE DU MAINE GERANCE [Département de Paris], **876**
IMMO CONFIANCE [Haute-Savoie], **820**
INDAPOCK ' PRODUCTION [Hérault], **415**
INDIAN STYLE [Seine-Saint-Denis], **1304**
INDIVISION NAIT SLIMANE REPRÉSENTÉ PAR YAHIA NAIT SLIMANE [Département de Paris], **1020**
INDUSTRIAL PROCESS [Hautes-Pyrénées], **748**
IN EXTENSO LORRAINE SERVICES [Vosges], **1230**
INFOSERVICES FINANCE [Alpes-Maritimes], **1380, 1386**
INISAN [Hérault], **350, 350**
INNOVATION DESIGN CONSTRUCTION [Tarn], **1609**
INOV'STRATEGIE [Yvelines], **1596**
INTERPATCHWORKS [Département de Paris], **873**
INVESCOBO [Département de Paris], **969**
INVESCOSO [Département de Paris], **968**
INVESTIMMO [Pas-de-Calais], **726**
INVESTMAREL [Gironde], **323**
INVESTOR [Haute-Savoie], **807**
IO [Bouches-du-Rhône], **186**
IREM [Aisne], **67**
IROISE & HUMBER [Finistère], **288**
ISACHRIS [Hérault], **404**
ISANN [Aisne], **65**
ISOTHERMA-KRIEF ENVIRONNEMENT [Seine-Maritime], **1580**
ISP SPORTS ETUDES [Var], **1138**
ISRA [Loire], **481**
ISTANBUL [Pas-de-Calais], **714**
IVOIRE [Lot-et-Garonne], **528**

### J

JADE [Meurthe-et-Moselle], **613**
J'AIME MON CHANTIER [Département de Paris], **940**
JAJA [Lot-et-Garonne], **547**
JAN'S SAS [Haute-Savoie], **835**
JARDIN D'AUTREFOIS [Hérault], **342**
JATTY [Var], **1112**
JAUBERT [Bouches-du-Rhône], **199**
JBP CREATIONS [Département de Paris], **937**
JDLM [Var], **1116**
J.D.M. SERVICES [Nord], **1516**
JEAN [Haute-Vienne], **796**
JEANNETEAU-PEZERAT [Marne], **589**
JEANTET [Loire], **476**
J.H MOTO [Vosges], **1216**
J & H SERVICES SARL [Département de Paris], **872**
JMA HOTELLERIE [Département de Paris], **872**
JMH TRAVAUX [Hérault], **351**
JOBEN [Département de Paris], **874**
JO'BOOST [Hérault], **346, 346**
JOSSERAND [Savoie], **776, 777**
JOUIS [Pyrénées-Orientales], **1549**
J-PAF [Département de Paris], **914**
JPPMM [Haute-Vienne], **1183**
J S A [Hauts-de-Seine], **1653**
JUMOPTIC [Val-d'Oise], **1347**

### K

KAIZEN [Bouches-du-Rhône], **193**
KAPEL [Seine-Maritime], **1575**

KARDOUS [Mayenne], **591**
KELPHELINE S.C.I. [Haute-Savoie], **856**
KERCHAL [Hauts-de-Seine], **1253**
KERGRIMO [Finistère], **286**
KERIOS [Vosges], **1227**
KERNOA [Côtes-d'Armor], **242**
KERVI BEAUTE [Lot-et-Garonne], **493**
KE'VERO [Lot-et-Garonne], **487**
KEY WEST [Var], **1118**
KHB [Seine-Saint-Denis], **1310**
KIASIK [Vosges], **1215**
KOC [Ain], **17**
KOLLEFRATH [Ain], **19**
KOULCHI PACHER [Val-d'Oise], **1352**
KRANC [Eure-et-Loir], **256**
K.R. TRANSPORTS [Département de Paris], **957**
KRYSTEL AUTO-ECOLE [Vosges], **1207**
KUB&CO [Département de Paris], **939**
KUKJE FRANCE [Seine-Saint-Denis], **1702**
KUNSTHANDEL DRS SALOMON LILIAN B.V [Département de Paris], **1017**
KWBP [Lot-et-Garonne], **530**

**L**

LAAZIBI [Département de Paris], **864**
LA BARBINIERE [Orne], **701**
LABATINO [Alpes-Maritimes], **109**
LA BODEGA [Tarn], **1616**
LABORATOIRE D'IMAGERIE PROFESSIONNELLE AUGEROT EN ABREGE AUGEROT SA [Alpes-Maritimes], **1384**
LABORATOIRE ID [Lot-et-Garonne], **554**
LABORATOIRE I. MER [Alpes-Maritimes], **1388**
LA CANTINE DE PROUST [Tarn-et-Garonne], **1092**
LA CARRE V [Yvelines], **1053**
L'ACCROCHE COEUR [Essonne], **1208**
LA CORNICHE [Loir-et-Cher], **451**
LACOTTE [Haute-Vienne], **1163**
LA DILIGENCE [Essonne], **1637**
LAFAYE [Dordogne], **1477**
LA FLEUR DE LOTUS [Seine-Saint-Denis], **1313**
LA FORET [Charente-Maritime], **214**
LA FORMALIENNE BOIS DE CHAUFFAGE ET ESPACES VERTS [Ain], **10**
LA FOURNEE DU JUGNON [Ain], **19**
LAGAILLARDE [Haute-Saône], **766**
LA GAZETTE DE CHAVE [Bouches-du-Rhône], **177**
LA GRANGE [Lot-et-Garonne], **556**
LAHCEN [Tarn], **1618**
LA HOUGUE DISTRIBUTION [Calvados], **207**
LA LOREDO [Dordogne], **1493**
LA MAISON BLEUE [Dordogne], **250**
LA MAISON D'IRENE [Tarn-et-Garonne], **1099**
LA MAMA LEONA [Nord], **1529**
LA MONGIE [Vendée], **1151**
LA MURE BIANCO [Ain], **46**
LANDELLE AUTOMOBILES [Pyrénées-Orientales], **1550**
LANFRANCHI [Côte-d'Or], **1447**
LA PALETTE DU LIBRAIRE [Nord], **654**
LA PERGOLA [Gironde], **330**
LA PHOCEENNE [Bouches-du-Rhône], **201**
LA PIAZZA [Côtes-d'Armor], **264**
LA PRESSE DU CARRE [Hérault], **375**
LAPREVOTTE [Allier], **1374**
LA RENOVATION [Côte-d'Or], **1437**
LAROUER [Var], **1124**
L'ARTESIENNE [Alpes-Maritimes], **1387**
L'ART ET LA FACON [Département de Paris], **916**
LA SEPTIEME [Hérault], **402**
LA SOCIETE DANTINE [Bouches-du-Rhône], **177**
LA SOCIÉTÉ EUROP' IMMOBILIER [Dordogne], **1462, 1462, 1463, 1463, 1464, 1464**
LA SOCIETE JPL MARCHAND DE BIENS [Dordogne], **1462, 1463, 1464**
LA TABLE DE ZAZIE [Dordogne], **1487**
LATITUDE 83 [Var], **1133**
LA TROPICALE [Alpes-Maritimes], **1396**
L'AUBERGE DU MOULIN [Vosges], **1204**
LAUMAU [Saône-et-Loire], **775**
LAURE DU CAFE [Hauts-de-Seine], **1281**
LAURENT [Département de Paris], **878**
LAURIC [Lot-et-Garonne], **569**
LAVAGE CENTER (EURL) [Lot-et-Garonne], **496**

LAV-TOUT [Essonne], **1648**
LA WALLONE [Var], **1127**
L.B.F.CH. [Ille-et-Vilaine], **435**
LDA [Aube], **135**
LEA [Hauts-de-Seine], **1665**
LEBON DEPANN' [Vendée], **1152**
LE BOUGUENEC [Finistère], **272**
LE CAP CAVAL [Finistère], **269**
LE CARNOT [Haute-Vienne], **1172**
LE CHAMP'S [Hérault], **344**
LE CHEMIN VERT [Haute-Garonne], **303**
LE CHENE-COISY [Haute-Saône], **772**
LECLIC [Aisne], **61**
LECLIC CONDREN [Aisne], **61**
LE COLISEE [Savoie], **778**
LE COMPTOIR [Yvelines], **1062**
LE DOMAINE DU PETIT BOIS [Nord], **674**
LEDY [Haute-Saône], **765**
LE FAUCONNIER ROUGE [Tarn], **1617**
LEFEVRE & ASSOCIES [Oise], **684**
LE FRENE [Ain], **13**
LE GRAND [Finistère], **277**
LE HAMEAU DU BOSC [Hérault], **398**
LE JADE [Nord], **655**
LE LATINO [Lot-et-Garonne], **492**
L'ELEPHANT ROSE PARIS [Département de Paris], **899**
LE MIRAGE [Hérault], **348**
LE MIRASOL [Hautes-Pyrénées], **753**
LE MOULIN DE SANDRINE [Charente-Maritime], **216**
LEMOUZY [Haute-Savoie], **802**
LE MOY [Finistère], **279**
LE PABIC [Orne], **703**
LE PAILLON DORE [Dordogne], **1460**
LE PARADIS [Loir-et-Cher], **458**
LE PARC EOLIEN DU CERS [Département de Paris], **1039**
LE PETIT CENTRE [Seine-Saint-Denis], **1296**
LE PETIT PANETON [Orne], **688**
LE PHARE VERT [Haute-Vienne], **1106**
LE PIGEONNIER [Dordogne], **1488**
LEPOTIER [Orne], **690**
LE PRÉ DE L'ÉTOILE [Loire], **479**
LE PRIAYSIEN [Ain], **20**
LE PUY DE L'OASIS [Tarn], **1090**
LE QUATUOR [Lot-et-Garonne], **570**
LERAISNIER [Orne], **692**
LERAY [Hauts-de-Seine], **1252**
LE REGENT [Département de Paris], **961**
LE ROUX [Gironde], **318**
LES 2B [Haute-Savoie], **843**
LE SAINT GUE [Finistère], **266**
LES AMOUREUX [Hautes-Alpes], **82**
LES ARTISANS DE VOTRE SECURITE [Val-d'Oise], **1358**
LES CAPRIADES [Loir-et-Cher], **465**
LES CEDRES [Val-de-Marne], **1708**
LES COMBUSTIBLES DE NORMANDIE [Orne], **686**
LES COMPTOIRS DU SUD [Hérault], **343**
LES CUISINES D'ALINE [Haute-Savoie], **843**
LES DELICES DE SAMBIN [Loir-et-Cher], **457**
LES DEMEURES CREATIV ' [Aube], **163**
LES DEUX BAIES [Département de Paris], **894**
LES EVENS [Département de Paris], **1013**
LES JARDINS D'ARNO [Pas-de-Calais], **720**
LES LYS [Haute-Savoie], **850**
LES MANESSIERES [Haute-Savoie], **850**
LE SOFT [Ain], **14**
LES PAILLES DU PETIT NOGENT [Val-d'Oise], **154**
LES PAINS DU FLO [Alpes-Maritimes], **106**
LES PATIOS D'OR DE PUGET SUR ARGENS [Hérault], **401**
LES PETITS MOUSSAILLONS [Vendée], **1158**
LES PIGEONNEAUX DEL GARRIC [Tarn], **1622**
LES PISCINES DE JULIE [Var], **1634**
LES PORTAILS PEPIN [Savoie], **782**
LES PROS DE LA RENOVATION [Yvelines], **1583**
LES P'TITS CISEAUX [Vendée], **1140**
LES RELAUDIERES [Loir-et-Cher], **461**
LES SAVEURS ORIENTALES [Alpes-Maritimes], **120**
LES SIX NATIONS [Corrèze], **218**
LES TERRASSES DU BLANC MESNIL 1 [Département de Paris], **1046**
LES TROIS MARCHES D OR [Yvelines], **1055**

LE SUD [Alpes-Maritimes], **100**
LES VIEILLES BARRIQUES [Finistère], **268**
L'ETANG [Haute-Vienne], **1168**
L'ETAPE [Ain], **2**
LET ROB [Haute-Savoie], **809**
LE VENTURON [Nord], **662**
LE VINCENNES [Ain], **25**
LE WHITE [Tarn], **1615**
LE ZEN'EAT [Corrèze], **218**
LHERAUT [Dordogne], **1462, 1463, 1464**
LIAM. M [Gironde], **337**
LIARD [Charente-Maritime], **212**
LIBOURNET [Lot-et-Garonne], **493**
LIBRAIRIE AMBIPHOQUE [Département de Paris], **866**
LILELO [Gironde], **334**
LILYCHARLOTTE [Haute-Savoie], **813**
LIMA DA CUNHA [Haute-Corse], **1418**
LIMANE BEN M'BAREK [Alpes-Maritimes], **1385**
LINAS SERVICES [Département de Paris], **1027**
LINEA SERVICES [Hauts-de-Seine], **1292**
L INSTITUT [Lot-et-Garonne], **552**
L'IRLANDAIS [Vosges], **1237, 1237**
LIVRAGHI [Alpes-Maritimes], **106**
L.J.M. [Aube], **150**
LLUDOS [Pas-de-Calais], **723**
LMG [Département de Paris], **868**
LNP GIOFFREDO [Alpes-Maritimes], **1393**
LOCA-NAUTIC SERVICE PLUS [Corse-du-Sud], **238**
LOCATER I. D. F. T. P. [Yvelines], **1605**
LOGHMARI [Alpes-Maritimes], **111**
LOGIK-ECO [Bouches-du-Rhône], **1405**
LOGIRAMA [Calvados], **203**
LOGIS SERVICES [Var], **1122**
LPP [Loir-et-Cher], **456**
LUDE [Pas-de-Calais], **716**
LUDI COM [Tarn], **1611**
LUHA [Val-d'Oise], **1345**
LUMIERE DU VIETNAM [Département de Paris], **891**
LUNA [Alpes-Maritimes], **96**
LUXE FRENCH FOOD AND BEVERAGE FRANCE [Lot-et-Garonne], **525**
LUYER [Finistère], **268**
LYMA TRANSPORT [Département de Paris], **967**
LYNA TAXIS [Département de Paris], **1037**
LYS SARL [Hérault], **352**

**M**

M2B ISOLATION [Bouches-du-Rhône], **1403**
MAAS SARL [Haute-Saône], **773**
MAC CHARLES & CO [Aube], **165**
MACEDO [Côte-d'Or], **1436**
MAÇONNERIE ET DECORATION DES YVELINES (11/517) [Yvelines], **1588**
MAÇONNERIE TRAVAUX BATIMENT AMENAGEMENT [Val-d'Oise], **1361**
MADELEINE BUSINESS CENTRE [Département de Paris], **887**
MADIOT [Mayenne], **592**
MAËMY [Eure-et-Loir], **262**
MAESTRO [Gironde], **320**
MAGARACI [Département de Paris], **869**
MAGASINS DU PERIGORD [Dordogne], **1461**
MAGIC SQUASH [Hautes-Pyrénées], **747, 755**
MAGIE [Dordogne], **1483**
MAHZOUM [Lot-et-Garonne], **501**
MAIDRIMO [Oise], **679**
MAILLET [Gironde], **312**
MAISON BLANCHE [Finistère], **296**
MAISON CARPENTIER PLANQUE [Pas-de-Calais], **711**

MAISON FRANCIS MARS ET FILS [Alpes-Maritimes], **1394**
MALAKH GABRIEL DISTRIBUTION [Bouches-du-Rhône], **185**
MALORENZO [Var], **1632**
MAMO'S CAFE [Haute-Savoie], **858**
MANCHOTTE [Lot-et-Garonne], **498**
MANFREDI [Haute-Corse], **1432**
MANSENCAL [Lot-et-Garonne], **491**
MAPE [Lot-et-Garonne], **567**
MAP HANDLING TOULOUSE [Haute-Garonne], **302**
MA PLANETE BIO [Haute-Savoie], **851**
MARECO MENDES (/) [Yvelines], **1593**
MARIANNE [Orne], **703**
MARIE [Pyrénées-Orientales], **1564**
MARIGNAN 3-5 [Département de Paris], **941**
MARIJA [Meurthe-et-Moselle], **612**
MARLIN [Côte-d'Or], **1435**
M A R M E R I N V E S T I S S E M E N T [Hautes-Pyrénées], **749**
MARQUET [Vosges], **1196**, **1196**
MARRAO [Département de Paris], **868**
MARSEILLE COURTAGE ASSURANCE [Bouches-du-Rhône], **200**
MARTIN [Nord], **676**
MARTINE ET LUI [Département de Paris], **996**
MAS [Lot-et-Garonne], **576**
MASCOT [Nord], **639**
MAUDUIT [Loir-et-Cher], **452**
MAUROUARD [Hautes-Pyrénées], **757**
MAV IMPRESSIONS [Dordogne], **1480**
MAX [Nord], **641**
MAXENCE [Alpes-Maritimes], **99**
MAXINETT [Val-d'Oise], **1354**
MAYER [Vosges], **1200**
MAYLIE [Lot-et-Garonne], **522**
MAYNE CONSTRUCTION [Lot-et-Garonne], **548**
MAYO PARASOL [Rhône], **761**
MAZENQ [Tarn-et-Garonne], **1094**, **1094**
MAZOT [Lot-et-Garonne], **511**
MAZOU [Pyrénées-Atlantiques], **1544**, **1545**
MAZOUZ [Bouches-du-Rhône], **170**
MAZZETTI SA [Haute-Corse], **1430**
MB [Val-de-Marne], **1333**
MBA LEMAN STRUCTURE [Haute-Savoie], **855**
M.C.F [Pas-de-Calais], **713**
MDF INGENIERIE [Ain], **34**
MD SALON PATRICIA [Vosges], **1228**
MELLET [Oise], **677**
MEMO [Ain], **58**
MENARD [Charente-Maritime], **215**
MENINI [Lot-et-Garonne], **510**
MENOUAR [Nord], **675**
MENUISERIE OLRY [Vosges], **1239**
MER MONTAGNE MANAGEMENT [Gironde], **339**
MESEA [Hauts-de-Seine], **1271**
MESQUITA [Orne], **685**
MESURE POUR MESURE [Nord], **1514**
METALINE [Yvelines], **1606**
METS D'LICES [Haute-Savoie], **821**
MEURISSE [Haute-Vienne], **1169**
MGE [Seine-Saint-Denis], **1296**
M.G.P [Pas-de-Calais], **734**
MGPP [Lot-et-Garonne], **538**
MIALET [Département de Paris], **1022**
M I C R O F R O I D V A L L E S P I R [Pyrénées-Orientales], **1554**
MIL441.COM [Allier], **1372**
MILAUR [Hérault], **379**
MILCENT [Charente-Maritime], **211**
MIMOZA [Essonne], **1647**
MINCEUR-BIEN-ETRE [Pyrénées-Orientales], **1567**
MINEZ GUYLENE [Côtes-d'Armor], **241**
MINI TRAVAUX PUBLICS [Tarn], **1614**
MIRAMAS AUTO [Département de Paris], **930**
MISKADO [Val-de-Marne], **1334**
MISMA COSA [Haute-Vienne], **1173**
MISTER OREN'S [Département de Paris], **933**
MK [Alpes-Maritimes], **119**
M M B A [Hauts-de-Seine], **1288**
MM INTERNATIONAL [Département de Paris], **901**
MMP1934 [Yvelines], **1066**
M. N. F. FRANCE [Alpes-Maritimes], **1391**
MODA LOGISTIC [Seine-Saint-Denis], **1700**
MOHAMED [Département de Paris], **877**
MOKRANI [Finistère], **274**

MOLETTE [Seine-Saint-Denis], **1318**
MONCHAL [Ardèche], **127**
MONDIAL DISTRIBUTION [Tarn], **1612**
MONNERY [Ain], **55**
MONNIER [Meurthe-et-Moselle], **610**
MONSIEUR GAVENS [Dordogne], **1482**
MONTAGNETES [Savoie], **776**, **777**
M O O R E A C O M M E R C E F R U I T S [Hauts-de-Seine], **1254**
MORTAGNE DIFFUSION [Mayenne], **605**
MOUDEN [Finistère], **271**
MOUGINOT [Aube], **133**
MOUMOUN [Val-d'Oise], **1362**
MOUNIC [Hérault], **349**, **349**
MRIKA SNACK [Haute-Savoie], **787**
MSC [Meuse], **623**
M.S.ECHAFAUDAGE [Département de Paris], **918**
M. S. K. [Alpes-Maritimes], **93**
M.S.Q. [Aisne], **62**
MUNKSJÖ FRANCE HOLDING [Vosges], **1240**
MUNZER [Gironde], **309**
MURAT PRESSE [Mayenne], **597**
MURBACH [Charente-Maritime], **211**
MUTSCHLER [Lot-et-Garonne], **502**
MV2J [Tarn-et-Garonne], **1093**
MZ EXPERTISE COMPTABLE [Département de Paris], **923**

## N

NAFER [Allier], **1366**
NAM [Hérault], **352**
NASSAH [Var], **1633**
NET SERVICES [Haute-Savoie], **87**
NEW DELICE DE CLICHY [Département de Paris], **893**
NEWTON PC [Côte-d'Or], **1448**
NICEA/INVEST [Alpes-Maritimes], **113**
NICE BLEU [Alpes-Maritimes], **121**
NICOLAS [Côte-d'Or], **1434**
NICOLAS-COLISEE [Département de Paris], **1005**
NIGHT MANAGEMENT PRODUCTION [Var], **1106**
NIKO [Seine-Saint-Denis], **1301**
NIZAR [Seine-Saint-Denis], **1676**
NOLA [Département de Paris], **992**
NOLOKO [Indre], **438**
NORCA 166 [Nord], **663**
NORMAND [Lot-et-Garonne], **486**
NORMANDIE JOB [Orne], **702**
NORM INDUSTRIES [Département de Paris], **947**
NOUR'CARRELAGES [Alpes-Maritimes], **1381**
NOUVEL'HAIR [Nord], **676**
NPE IDF [Val-de-Marne], **1329**
NRJG [Yvelines], **1054**
NUMA NOIR CONSULTANT [Var], **1626**
NZ [Hauts-de-Seine], **1658**

## O

OBADIA [Var], **1111**
OC3F [Hérault], **403**
OCCLUGEL [Yvelines], **1073**
OCEAN CONSTRUCTION [Département de Paris], **909**
ODEMIS [Bouches-du-Rhône], **178**
OLADUR [Hauts-de-Seine], **1279**
O L I V E I R A E T C A R V A L H O [Pyrénées-Orientales], **1568**
OLIVEIRA ET SILVA [Gironde], **332**
OLIVIER [Ille-et-Vilaine], **427**
OLIVIER [Nord], **635**, **635**
OLIVIER PAYSAGE [Haute-Savoie], **819**
O. N BATIMENT [Hauts-de-Seine], **1257**
OPUS RENOVATION [Département de Paris], **972**
OQG [Hauts-de-Seine], **1278**
ORCHIDEE [Département de Paris], **944**
ORGANISER L EVENEMENTIEL [Landes], **1509**
ORPHELIA [Bouches-du-Rhône], **1398**
OR VENDEE [Vendée], **1150**
OSCAR [Vosges], **1217**
OTM [Hérault], **345**
OUAHRAMI [Département de Paris], **1020**
OUALA [Lot-et-Garonne], **503**

OZKAYA [Eure-et-Loir], **254**
OZ MG BAT [Essonne], **1645**

## P

PA ACTICLUB SAINT-THIBAULT [Département de Paris], **1010**
PA AND PI [Hérault], **420**
PAGINAIRE [Département de Paris], **866**
PAINDEBLED [Lot-et-Garonne], **512**
PALA CONSTRUCTIONS [Haute-Savoie], **823**
PANGEO FUMEL [Lot-et-Garonne], **540**
P A N N E A U X S O L A I R E S E N E R G I E S RENOUVELABLES [Seine-Saint-Denis], **1675**
PANSE [Var], **1130**
PANTIUM [Seine-Saint-Denis], **1317**
PAPPAYE [Département de Paris], **1044**
PARIMMO [Département de Paris], **998**
PARI'S CAFE [Côte-d'Or], **1442**
PARIS-ENGHIEN [Val-d'Oise], **1710**
PASCAL [Gironde], **308**
PASSIONNEMENT NATURE [Nord], **630**
PASSYL [Meuse], **620**
PASTELLE [Département de Paris], **895**
PATAT A PAPA [Indre-et-Loire], **444**
PATIN NORMANDIE [Orne], **686**
PAULHANDIS [Hérault], **374**
PAVE [Hauts-de-Seine], **1655**
PAYARD ET FILS [Pyrénées-Atlantiques], **1546**
PB ALEC [Corse-du-Sud], **233**
PCILA BASSOPA [Haute-Vienne], **1161**
PECORINI [Var], **1129**
PEDRO 95 [Alpes-Maritimes], **125**
P E I N T U R E E T T R A V A U X E N B A T I M E N T [Var], **1628**
PELLERANO [Indre-et-Loire], **1501**
PEQUEGNOT [Vosges], **1203**
PEREZ [Hérault], **349**
PERIGRAPHIC SA [Dordogne], **1471**
PERSIA [Hérault], **347**
PERSPECTIVE BOIS [Haute-Savoie], **842**
PESIC [Seine-Saint-Denis], **1295**
PETER [Val-d'Oise], **1360**
PETIT [Aube], **128**
PETRIN DU PAPET [Tarn-et-Garonne], **1093**
P.F.O. [Aisne], **74**
PHARMACIE COUSIN [Pas-de-Calais], **710**
PHARMACIE DE BESSINES [Haute-Vienne], **1174**
PHARMACIE DU SALEVE [Haute-Savoie], **803**
PHARMA-MEDICAL [Pas-de-Calais], **729**
PHILIA CONCEPT [Ain], **30**
PHILIPPE PARENTY OPTICIEN [Pyrénées-Orientales], **1548**
PIA [Val-de-Marne], **1335**
PICARD [Hérault], **360**
PIERI [Savoie], **778**
PIETRA INDUSTRIES [Bouches-du-Rhône], **1408**
PIGOBA [Hautes-Pyrénées], **750**
PILOU [Lot-et-Garonne], **523**
PINEAU FRERES [Vendée], **1143**
PINTE [Val-de-Marne], **1324**
PINTI [Seine-Saint-Denis], **1307**
PINTO ET FILS [Isère], **449**
PIQUET [Alpes-Maritimes], **140**
PISCINE PLUS LE CRES [Hérault], **351**
PITHOIS [Marne], **588**, **588**
PIXCOM [Hauts-de-Seine], **1651**
PIZZA ALL OVER WORLD [Alpes-Maritimes], **126**
PLANETE MEDIA [Seine-Saint-Denis], **1681**
PLANET SPORT [Bouches-du-Rhône], **198**
PLBG10 [Aube], **152**
PLEIN SUD [Yvelines], **1595**
PLISSENC [Gironde], **1244**
PLITTA [Essonne], **1248**
P L O M B E R I E F R O N T E R A [Pyrénées-Orientales], **1548**
PLOMBERIE PILLET [Ain], **57**
PLUS [Haute-Corse], **1421**
PLUSQUEBIO [Charente-Maritime], **217**
POIGNANT [Dordogne], **1473**
POISSONNERIE PILLET SAITER [Calvados], **205**
POITOUT [Loir-et-Cher], **450**
POLOYEV [Nord], **656**
PONS [Tarn-et-Garonne], **1094**
POP. COM [Seine-Saint-Denis], **1251**
POREAUX-AELBRECHT [Marne], **590**

POSE SERVICE INSTALLATION [Eure-et-Loir], 261
POULIER [Haute-Vienne], 1166
POUPELIN [Vendée], 1144
POUPON [Finistère], 266
POUTEAU [Mayenne], 594
POWER + [Pyrénées-Orientales], 1566
PREFNAT [Département de Paris], 962
PREHOUBERT [Val-d'Oise], 1339
PRETS IMMOBILIERS ET RACHATS DE CREDITS DE CASTRES [Tarn], 1088
PRIMEURS RIVE DROITE [Gironde], 319
PRINCE 7 [Alpes-Maritimes], 90
PRODUCTION ORION & ASSOCIES [Seine-Maritime], 1576
PROFIL AGENCEMENT SYSTEMES [Département de Paris], 1028
PRO. INVEST [Hauts-de-Seine], 1662
PROPRIETE INDUSTRIELLE MANAGEMENT SARL [Hauts-de-Seine], 1666
PROVENCE PLANTS [Côtes-d'Armor], 245
PUGA [Lot-et-Garonne], 497
PULSEPERF.COM [Haute-Savoie], 862
PV DE MERVILLE [Tarn], 1080
PV DE PIA [Tarn], 1081
PV DE PORTET [Tarn], 1082

## Q

QUERCUS [Aube], 148

## R

RACLOT [Dordogne], 1474
RAGONIT [Vendée], 1148
RAISON [Savoie], 785
RAKI PERE ET FILS [Ain], 29
RAOILY [Gironde], 311
RAPEAU [Côte-d'Or], 1443
RAPHALEN [Finistère], 267, 267
RAVANEL [Landes], 1506
R.D.P. [Ain], 24
R. D. P. [Loire], 484
RED ARC TRADE PARTNERS [Haute-Savoie], 857
REGNIER [Aube], 134
RELION-PALUSSIERE [Mayenne], 598
REMERIE [Gironde], 315
RENAUD [Hérault], 363
RENOA [Lot-et-Garonne], 536
RENOV AZUR BATIMENT [Alpes-Maritimes], 91
RESEAU CLUBS BOUYGUES TELECOM - RCBT [Hauts-de-Seine], 1251
RESTAURANT L'ATELIER [Vosges], 1214
RETAILLEAU [Vendée], 1141
REVOLUTION'AIR VIEW [Vendée], 1153
REYDET [Haute-Savoie], 787, 787
REYNES [Lot-et-Garonne], 513
RIAD HAMMAM [Nord], 649
RIBE [Hérault], 350
RIGOLET [Allier], 1369
RIVIERA TRANSACTIONS [Alpes-Maritimes], 1392
RIZAND [Loire], 477, 477
RIZZO [Pyrénées-Atlantiques], 1535
RJPC [Yvelines], 1069
ROBERT & CO [Aube], 162
ROCA [Var], 1139
RODRIGUES [Gironde], 316
RODRIGUES [Hauts-de-Seine], 1657
ROMMING [Vosges], 1197
RONI BATIMENT [Alpes-Maritimes], 89
ROOBATI [Département de Paris], 979
ROQUES [Hérault], 372
ROUANET [Hérault], 419
ROUART [Aube], 128
ROULOT [Yvelines], 1600
ROUX DEVYLDER & ASSOCIES [Haute-Savoie], 861
ROY [Haute-Savoie], 790
ROYAL MOTO FRANCE TECHNIQUE (RMFT) [Aube], 155
RUBBEN CHAUFFAGE SANITAIRE RENOVATION [Vosges], 632
RUBBER & PLASTIC SYSTEMS [Meurthe-et-Moselle], 619
RUDIGOZ [Finistère], 299
RUDZKI [Département de Paris], 873

RUESCAS [Tarn], 1079
RUGGERI [Meurthe-et-Moselle], 610
RUIZ [Tarn], 1078
RVS AMBULANCES [Vosges], 1206
RYBA [Hérault], 420

## S

SABAH [Essonne], 1247
SABLAPEINTURE [Ain], 38
SABY [Ain], 15
SACA IMMO [Hérault], 378
SACO2R [Côte-d'Or], 1449
SACOJD [Haute-Corse], 1420
SAETLA [Calvados], 204
SAFI COMPTABILITE [Ain], 27
SA GARAGE SIMPERE CLAUDE [Nord], 1532
SAGE S RAIL [Tarn], 1087
S A H B [Département de Paris], 865
SAHIN [Vosges], 1199
SAHNINE [Département de Paris], 883
SAIGHI [Hauts-de-Seine], 1281
SAINT LAZARE BUSINESS CENTRE [Département de Paris], 889
SA-LA SARL [Val-d'Oise], 1346
SALL FRANCE [Yvelines], 1070
SAMARANAYAKE [Val-d'Oise], 1342
SAM COUTURE [Seine-Saint-Denis], 1295
SAM É TOM [Lot-et-Garonne], 543
SANAB [Oise], 682
SANAMA [Dordogne], 1455
SANCHEZ PERE ET FILS [Pyrénées-Orientales], 1569
SARBEC DEVELOPPEMENT [Haute-Savoie], 786
SARGAT [Hérault], 355
SARL ABAD RESTAURATION [Haute-Vienne], 1162
SARL AGENCE DU PORT [Corse-du-Sud], 224, 224
SARL ANDIAMO PIZZA [Vosges], 1229
SARL ANQUET [Département de Paris], 897
SARL A.S COLLECTIONS [Marne], 584
SARL AUTO ECOLE GAMBETTA [Haute-Vienne], 1167
SARL AVRDMC [Loir-et-Cher], 470
SARL AVRON SCOOTER [Département de Paris], 949
SARL CLIX CONSTRUCTION SYSTEMS [Lot-et-Garonne], 565
SARL CUISINES VAÏSSE [Tarn-et-Garonne], 1102
SARL DE LA MUETTE [Aisne], 76
SARL DESBONNET [Nord], 1527, 1528
SARL DESHAYES ENERGIE [Orne], 695
SARL DIDRICHE [Orne], 693
SARL DISTEM - MOTOCISTE [Allier], 1377
SARL DOMINGUEZ ENERGIE [Pyrénées-Orientales], 1558
SARL EQUISUN [Gironde], 333
SARL ETIENNE DOLET [Département de Paris], 1021, 1022
SARL EUROCCITANE [Lot-et-Garonne], 573
SARL EUROPEAN MEDICAL INVESTMENT "E. M. I" [Yvelines], 1584
SARL F.A.L. [Nord], 1519
SARL FERME AUBERGE DE JAMEYSSE [Ardèche], 127
SARL FLEUREAU-LEPAGE [Mayenne], 595
SARL FLORALI [Alpes-Maritimes], 84
SARL GENEVIEVE ET FRANCIS [Pas-de-Calais], 705
SARL GUY FOURCADE [Pyrénées-Orientales], 1559
SARL H2VN [Vosges], 1208
SARL HAROLD REIN [Ain], 14
SARL INFANTI [Dordogne], 1479
SARL J.P.B. 21 [Côte-d'Or], 1441
SARL KALENDER [Marne], 581
SARL KAVDEMIR [Loir-et-Cher], 469
SARL LA CAVE [Haute-Vienne], 1166
SARL LA CHAPELLE [Vosges], 1210
SARL LAFON [Lozère], 1512
SARL L'ALIZEE [Alpes-Maritimes], 101
SARL LE BUFFET DE LA GARE CASTELJALOUX [Lot-et-Garonne], 541
SARL LE COLORS [Var], 1122
SARL LÉONARD MULTI SERVICES [Nord], 1526
SARL LE PRIAYSIEN [Ain], 20
SARL LE ROY GEFFROY [Département de Paris], 898
SARL LES BRASSEURS DE POUEYTRENOUS [Hautes-Pyrénées], 742

SARL LES BRUYERES [Landes], 1502
SARL LES ORMES [Lot-et-Garonne], 490
SARL M.A. [Ain], 5
SARL MALIA [Pyrénées-Orientales], 1571
SARL MARCHIONI-CAPITANIO [Haute-Corse], 1424
SARL MIGUEL PRAUD [Vendée], 1157
SARL MOYNARD [Dordogne], 1470
SARL NADINE'S [Département de Paris], 938
SARL O.B. MENUISERIE [Haute-Corse], 1423
SARL OYONNAXOR [Ain], 49
SARL PEGGY COIFFURE [Hautes-Alpes], 81
SARL PERGOLESE [Département de Paris], 971
SARL PHUC [Seine-Saint-Denis], 1312
SARL PINEAU VOLAILLES [Vendée], 1143
SARL PORTAL CONSEIL IMMO [Hérault], 406
SARL RAYAN AUTO SERVICE [Hérault], 382
SARL "SAN' AUTOS" [Dordogne], 248
SARL SOCIETE NOUVELLE GASTROLOR [Vosges], 1193, 1193
SARL SOL'HER [Lot-et-Garonne], 564
SARL SOL MEDITERRANEE [Pyrénées-Orientales], 1561
SARL SPENDRA [Ain], 9
SARL TENDEIRO [Hautes-Pyrénées], 741
SARL TJDS [Nord], 1517
SARL VINOTO [Lot-et-Garonne], 524
SARL WHY NOT [Pyrénées-Atlantiques], 1543
SARL WING-TONG [Indre-et-Loire], 445
SARL YOKO [Alpes-Maritimes], 122
SARL ZEN HABITAT [Nord], 1533
SAROMACA [Haute-Savoie], 845
SAS ATELIERS DU PAIN [Gironde], 309
SAS CARROSSERIE ZIZARD [Dordogne], 1497
SAS ECO CARENAGE CONCEPT [Finistère], 283
SAS INFILTROTECH [Hérault], 396
SAS LASSO [Haute-Vienne], 1162
SAS MOUGINS ETANCHEITE [Alpes-Maritimes], 92
SASU OFLAZ [Haute-Savoie], 834
SAVEURS D'AUTREFOIS [Hérault], 342
SAVI FRERES [Bouches-du-Rhône], 192
SAVIGNEUX DISTRIBUTION [Loire], 478
SAYLIK [Vosges], 1198
SCCV AFFICULE [Aube], 160
SCCV ASNIERES LAURE FIOT [Département de Paris], 1007
SCCV EMELINE [Aube], 156
SCCV NEW CITY QUINCY [Département de Paris], 989
SCEA DE NICHAT [Indre], 442
SCEA LE HARAS DU PAS [Calvados], 208
SCHIFFANOIA [Alpes-Maritimes], 1390
SCHOPFER GENEVIEVE [Val-d'Oise], 1341
SCHWARZWAELDER [Dordogne], 1476
SCI 12 JOFFRE [Département de Paris], 986
SCI 14 RUE DE MÉNILMONTANT [Département de Paris], 900
SCI 2MJV [Pas-de-Calais], 731
SCI 46 LAMARCK [Département de Paris], 1015
SCI 4 M [Mayenne], 604
S.C.I. ABF SYNERGIE [Aisne], 70
SCI-ACP - BIEVRES [Hauts-de-Seine], 1255
SCI ADIYAMAN FRERES [Haute-Saône], 774
SCI A.D.S [Hérault], 414
SCI AJI [Eure-et-Loir], 263
SCI ANGI [Alpes-Maritimes], 118
S.C.I. ARTHO [Haute-Savoie], 815
SCI ARVELINE [Gironde], 329
SCI AUJOL [Département de Paris], 1008
SCI BALZAC [Département de Paris], 1009
SCI BELLA [Lot-et-Garonne], 534
SCI BENJAMIN CONSTANT [Hauts-de-Seine], 1287
SCI BERTAS [Bouches-du-Rhône], 194
SCI BID [Dordogne], 252
SCI BLEUE MARINE [Lot-et-Garonne], 531
SCI BOURG LASTIC [Corrèze], 221
SCI BOUZY [Yvelines], 1060
SCI BRESSON [Loir-et-Cher], 455
SCI CALIE [Yvelines], 1058
SCI CAP DU ROY [Lot-et-Garonne], 526
SCI CAP ELORN [Ille-et-Vilaine], 429
SCI CESA [Pas-de-Calais], 722
SCI CFGU [Département de Paris], 1049
SCI CHARLES [Pas-de-Calais], 740
SCI CHARPMAR [Mayenne], 601
SCI CHEMIN DU SUD [Hérault], 376

SCI CHOKI [Alpes-Maritimes], **103**
SCI CLAUDES [Alpes-Maritimes], **95**
SCI COR 43 [Département de Paris], **1011**
SCI COSTA PEZY [Eure-et-Loir], **258**
SCI DALI AND FAMILY [Haute-Savoie], **848**
SCI D.D.C. [Nord], **651**
SCI DE LA DOUANE [Meurthe-et-Moselle], **617**
SCI DE LA LONDE [Orne], **696**
SCI DELF AZUR [Haute-Savoie], **831**
SCI DE LONGCHAMPY [Vosges], **1233**
SCI DES PEUPLIERS [Département de Paris], **985**
SCI DES P' TITS FLAJO [Aube], **164**
SCI DES SAULZES [Vendée], **1149**
SCI DES TROIS PETITS CHATS [Corrèze], **223**
SCI DIEUTRE-LAINE [Loir-et-Cher], **466**
SCI DIVONNE MARES [Hauts-de-Seine], **1270**
SCI DR IMMO [Haute-Savoie], **828**
SCI DU 11.11 [Nord], **629**
SCI DU 14 MAISONNEUVE [Aube], **149**
SCI DU 4 RUE PONSCARME [Département de Paris], **1000**
SCI DU 7 RUE JULES BERTHONNEAU [Loir-et-Cher], **473**
SCI DU BOURG [Haute-Savoie], **833**
SCI DU CADRANT SAINT PIERRE [Aube], **158**
SCI DU DOMAINE DES LAURIERS [Mayenne], **599**
SCI DU LAC AUX CERFS [Aube], **139**
SCI DU MANOIR DE LA COUR [Aisne], **71**
SCI DU PARC [Meuse], **625**
SCI DU RABOSSON [Vosges], **1221**
SCI DUVOLLET [Département de Paris], **1002**
SCI ELLE & LUI = NOUS [Val-de-Marne], **1325**
SCI EMIN ABDULRAHMAN [Tarn-et-Garonne], **1100**
S.C.I. ETOILE [Département de Paris], **994**
SCI FAMILLE LENOIR [Eure-et-Loir], **265**
SCI FD 36 BOULEVARD BOYER [Bouches-du-Rhône], **191**
SCI FDC VARYE [Département de Paris], **990**
SCI FEDERATION [Val-de-Marne], **1331**
SCI FODA [Département de Paris], **995**
SCI FONCIERE 27 AVENUE DES TERNES [Département de Paris], **991**
SCI FONCIERE LOUIS-PHILIPPE [Hauts-de-Seine], **1282**
SCI FRAMACLAIR [Nord], **648**
SCI FRANCIL [Pas-de-Calais], **736**
SCI FREDERIC BOURBONNEUX [Finistère], **287**
SCI FRESNEL [Haute-Vienne], **1177**
SCI FRION [Val-de-Marne], **1337**
SCI GAYO [Bouches-du-Rhône], **188**
SCI G.E.G. [Lot-et-Garonne], **529**
SCI GIURANNA GIURANNA [Vosges], **1241**
SCI HANGARS DES DUNES [Gironde], **321**
SCI HELIOS 1 [Alpes-Maritimes], **97**
SCI HESSE [Vosges], **1234**
SCI HUBO [Bouches-du-Rhône], **181**
SCI JACPAC [Hérault], **411**
SCI JBH [Meurthe-et-Moselle], **615**
SCI J.C.M.A [Pas-de-Calais], **733**
SCI JDLM [Alpes-Maritimes], **94**
SCI JHK & CO [Finistère], **300**
SCI JWH [Hauts-de-Seine], **1269**
SCI KIRAT [Seine-Saint-Denis], **1306**
SCI LA BOLINETTE [Alpes-Maritimes], **114**
SCI LA CUISINE DES SABLES [Haute-Savoie], **847**
SCI LAFAURY [Hauts-de-Seine], **1267**
SCI LA FONTAINE [Oise], **683**
SCI LA JEANNETTE [Vosges], **1224**
SCI LAKE [Département de Paris], **997**
SCI L. A. L [Hauts-de-Seine], **1263**
SCI L'ALABAMMA [Haute-Vienne], **1188**
SCI LA SOMBRINOISE [Pas-de-Calais], **732**
SCI LEANNY [Vosges], **1222**
SCI LE BOIS GELE [Loir-et-Cher], **459**
SCI LE BOULET [Orne], **700**
SCI LE PHARE 64 [Département de Paris], **1004**
SCI LE PRIEURE DE CIRON [Indre], **440**
SCI LES PALMIERS [Val-de-Marne], **1332**
SCI LES POMMIERS [Finistère], **289**
SCI LES SAUVAGINES SAINTE CECILE [Pas-de-Calais], **728**
SCI LE TILLEUL [Ain], **53**
SCI LE TREFLE [Ain], **46**
SCI LE VILLAGE [Pas-de-Calais], **727**
SCI LG [Nord], **642**

SCI LIPP [Ille-et-Vilaine], **436**
SCI LOMU [Finistère], **291**
SCI LOTTUS [Département de Paris], **1014**
SCI LOUCAM [Aube], **161**
SCI LOUIROSE [Mayenne], **600**
SCI LOUPIAN [Hérault], **400**
SCI LUDESO [Hauts-de-Seine], **1268**
SCI LUY [Vosges], **1068**
SCI M² IA [Seine-Saint-Denis], **1298**
SCI MAJA [Var], **1136**
SCI MARIEMONT [Vosges], **1232**
SCI MAROUARD-LEVALLOIS [Hauts-de-Seine], **1275**
SCI MATAYLI [Val-de-Marne], **1326**
SCI MAXENCE [Meuse], **624**
SCI MC [Eure-et-Loir], **259**
SCI MCY [Finistère], **292**
SCI MERINO [Gironde], **338**
SCI MIJALLE [Seine-Saint-Denis], **1315**
SCI MKADMI [Aisne], **78**
SCI MONT VALLON [Hérault], **410**
SCI MONYO [Loir-et-Cher], **471**
SCI N4 [Indre-et-Loire], **447**
SCI NANTERRE GUILLERAIES [Département de Paris], **999**
SCI NORIGUIB [Vendée], **1159**
SCI P.A.M.S [Loir-et-Cher], **460**
SCI PAS A PAS [Haute-Vienne], **1175**
SCI PECH D'ANGEROS [Lot-et-Garonne], **555**
SCI PERRALEX [Hautes-Pyrénées], **754**
SCI PIEDANLO [Corse-du-Sud], **239**
SCI PITCHPIN [Pas-de-Calais], **715**
SCI PUZOQUES [Lot-et-Garonne], **533**
SCI QUERCY 38 [Tarn-et-Garonne], **1103**
SCI QUID NOVO MORTAGNE [Orne], **698**
SCI QUINTANE [Haute-Vienne], **1190**
SCI REIMS CANAL [Département de Paris], **988**
SCI RODRIGUES [Lot-et-Garonne], **532**
SCI ROMANE [Lot-et-Garonne], **535**
SCI ROU-JE-INVEST [Ille-et-Vilaine], **433**
SCI ROYER BARBAROSSA [Lot-et-Garonne], **580**
SCI SAINT DENIS LANDY [Département de Paris], **993**
SCI SAINTE GENEVIEVE [Vosges], **1220**
SCI SAINT GERMAIN [Département de Paris], **1012**
SCI SALAUN CONSULTING PIERRE MIKAEL [Finistère], **284**
SCI SAMALEX [Indre], **441**
SCI SAMO [Hérault], **395**
SCI SANDRI A ET M [Haute-Corse], **1427**
SCI SARELYA [Var], **1117**
SCI SMGCBA [Hérault], **399**
SCI SOPHYO [Val-d'Oise], **1357**
SCI ST JEAN [Gironde], **340**
SCI STRATUS [Vosges], **1231**
SCI TB5 [Département de Paris], **1006**
SCI VERS CENTRE [Hauts-de-Seine], **1256**
SCI VIRGEVAN [Finistère], **294**
SCI VISISE [Aube], **159**
SCI WTB [Vosges], **1223**
SCJE LAPOUGE [Yvelines], **1052**
SC LES CYGNES [Ain], **33**
S. C. LES TILLEULS DU COUDRAY [Val-de-Marne], **1338**
SCM DE KINESITHERAPIE LONGUYON SPINCOURT [Meurthe-et-Moselle], **616**
SCM TRIPTIC [Tarn], **1083**
S C T P [Haute-Corse], **1426**
S.D. ASSOCIES [Bouches-du-Rhône], **1407**
SEA LYNX AUTOMOTIVE VILLERS LA MONTAGNE [Meurthe-et-Moselle], **619**
SEBALEX [Nord], **1523**
SEBASTIEN [Nord], **665**
SEB ELEC [Gironde], **1141**
SECURIPRO [Nord], **634**
SEDAINE INVEST [Département de Paris], **987**
SEDDAS [Haute-Corse], **1429**
SERBA HOLDING [Landes], **1503**
S. E. L [Val-de-Marne], **1327**
SELARL PHARMACIE MONTGALLET [Département de Paris], **867**
SEL DU LAC [Hérault], **393**
SELF GUARD SECURITE [Bouches-du-Rhône], **184**
SELLERIE SAINTE COLOMBE [Hérault], **387**
S E M A [Corse-du-Sud], **236**
SEQUEIRA-PINTO [Isère], **449**

SEQUOIA (11/519) [Yvelines], **1587**
SERENA [Corse-du-Sud], **229**
SERMA HOLDING [Gironde], **336**
SERVAL DX [Var], **1137**
SERVICES MARITIMES INTERNATIONAUX [Département de Paris], **925**
SESAME [Var], **1134**
SETI BADI [Département de Paris], **929**
SETIX GARGES (11/521) [Yvelines], **1591**
SETIX ST CYR (11/520) [Yvelines], **1592**
SFB CONSTRUCTION [Var], **1635**
SHAROM [Département de Paris], **874**
SH PEINTURE [Haute-Savoie], **854**
SIDORINKO [Haute-Savoie], **797**
SILE NEGOCE [Pas-de-Calais], **738**
SIMAUTO-SERVICES [Seine-Saint-Denis], **1311**
SIREV [Rhône], **763**
SIRIAL [Var], **1128**
SIRODOT [Tarn], **1077**
SKY NET [Seine-Saint-Denis], **1320**
S L D [Hérault], **383**
SLJ ASSOCIÉS [Ain], **54**
SMAGGHUE [Nord], **626**
SMDI-FERMETURES [Côte-d'Or], **1438**
SNACK AND GRILL [Bouches-du-Rhône], **175**
SNC CPMC [Val-de-Marne], **1330**
SNC DARDIER HELLAL [Aube], **131**
SNC DE LA COMÈTE [Département de Paris], **915**
SNC IF HAUDRY [Ille-et-Vilaine], **427**
SNC LE PTIT NOGENT [Aube], **137**
SNC PARIS PALATINO [Département de Paris], **928**
SNC TABAC LAMARTINE [Aisne], **69**
SOCA N.A. [Mayenne], **602**
SOCIETE AMANDINOISE DE DECOUPE ET DE POINCONNAGE [Nord], **1531**
SOCIETE ANONYME DES EAUX MINERALES D'EVIAN ET EN ABRÉGÉ "S.A.E.M.E" [Haute-Savoie], **786**
SOCIETE A RESPONSABILITE LIMITEE M-D LASER [Mayenne], **596**
SOCIÉTÉ BADIE [Lot-et-Garonne], **494**
SOCIETE CACAN [Essonne], **1643, 1646**
SOCIETE CIVILE AQUILA [Val-d'Oise], **1353**
SOCIÉTÉ CIVILE AS INVESTISSEMENTS [Val-d'Oise], **1359**
SOCIETE CIVILE IMMOBILIERE AVENUE ALBERT DUBOUT [Hérault], **390**
SOCIETE CIVILE IMMOBILIERE CLOS SAINTE HONORINE [Département de Paris], **1045**
SOCIÉTÉ CIVILE IMMOBILIÈRE DAVID [Département de Paris], **984**
SOCIETE CIVILE IMMOBILIERE DES DEUX LIONS,PAR ABRÉVIATION S.C.I. DES DEUX LIONS [Aisne], **73**
SOCIÉTÉ CIVILE IMMOBILIÈRE DES TROIS GONNELLES [Lot-et-Garonne], **566**
SOCIETE CIVILE IMMOBILIERE DU PRADET [Var], **1132**
SOCIETE CIVILE IMMOBILIERE DU TRILLON [Département de Paris], **1001**
SOCIETE CIVILE IMMOBILIERE JEANTIL [Lot-et-Garonne], **542**
SOCIETE CIVILE IMMOBILIERE JOLISUD [Département de Paris], **1048**
SOCIETE CIVILE IMMOBILIERE LA TOURAINE [Tarn-et-Garonne], **1104**
SOCIETE CIVILE IMMOBILIERE LE CLOS BANANAS [Hérault], **391**
SOCIETE CIVILE IMMOBILIERE MARIUCCIA [Var], **1114**
SOCIETE CIVILE IMMOBILIERE MER ET FILLE [Hérault], **423**
SOCIÉTÉ CIVILE IMMOBILIERE SIRIUS [Ain], **40**
SOCIÉTÉ CIVILE IMMOBILIÈRE TINA [Seine-Saint-Denis], **1303**
SOCIÉTÉ CIVILE IMMOBILIÈRE VASSEUR [Lot-et-Garonne], **560**
SOCIETE CIVILE LE CLOS DE KERGREIZ [Finistère], **297**
SOCIETE CIVILE PROMETHEE [Essonne], **1250**
SOCIETE COOPERATIVE IMPRIMERIE MODERNE EDITIONS DE LA LAUZE [Dordogne], **1492**
SOCIETE D'EDITION DE PUBLICITE ET D'ETUDES GRAPHIQUES [Hauts-de-Seine], **1652**
SOCIETE D'ENTRETIEN ET DE GESTION PAR ABONNEMENTS [Nord], **1524**

SOCIETE D'EQUIPEMENTS ELECTRIQUES DU BASSIN AQUITAIN [Landes], **1504**
SOCIETE DES TRANSPORTS DONZENACOIS [Corrèze], **1412, 1414**
SOCIÉTÉ D'ETUDE ET DE RECHERCHES SUR LA CLASSIFICATION HÉRALDIQUE EUROPÉENNE [Eure-et-Loir], **264**
SOCIETE D'EXPLOITATION ADOUR FOURNIL [Pyrénées-Atlantiques], **1547**
SOCIETE D'EXPLOITATION DES ETS KESLICK [Aube], **132**
SOCIETE MILONEX ET L IMBATTABLE REUNIS [Bouches-du-Rhône], **1397**
SOCIETE MODESTE [Seine-Saint-Denis], **1684**
SOCIÉTÉ NOUVELLE AMBULANCES DOUHERET [Seine-Saint-Denis], **1297**
SOCIETE.PROPRETE.PAYSAGISTE [Pyrénées-Orientales], **1560**
SOCIETE SAINT GERMAIN - MAISON DU DECOR [Orne], **689**
SOCIETE TECHNIQUE ET MECANIQUE [Pas-de-Calais], **725**
SOCOMARCHE [Nord], **1530**
SODIBEL [Haute-Vienne], **1164**
SODISCO [Tarn], **1610**
SOGIC MATERIAUX ET PRESTATIONS - SOGIC . M.P. [Nord], **643**
SOJELI [Aube], **144**
SOLAYE [Département de Paris], **974**
SOLS CIRES ET INDUSTRIELS [Seine-Saint-Denis], **1683**
SOLUTIA PERIGUEUX [Dordogne], **1484**
SOS 5 SERVICES [Hauts-de-Seine], **1668**
SOS - IMPRIMANTES [Pyrénées-Atlantiques], **1537**
SOUPE DE POISSON SAITER [Calvados], **206**
SOVALPI [Ain], **39**
SOVITRANS EXPRESS [Allier], **1376**
SP PRO [Vosges], **1213**
SQUERI [Seine-Saint-Denis], **1318**
SRP INVEST [Bouches-du-Rhône], **196**
STANSON & ASSOCIÉS [Département de Paris], **1033**
STAR PRESS GROUP [Yvelines], **1604**
STARTEK [Loire-Atlantique], **485**
STARTRANS [Nord], **653**
STAR UP [Seine-Saint-Denis], **1694**
STEELBAG [Lot-et-Garonne], **539**
STEFANNY [Finistère], **269**
STENDHAL [Gironde], **335**
STEPHANIE SARL [Département de Paris], **966**
STM PEYTOUREAU [Dordogne], **1491**
STRUB [Meuse], **620**
SUAREZ LISTE [Ain], **23**
SUD BAT 81 [Tarn], **1624, 1625**
SUNLAX [Département de Paris], **1023**
SURIN [Var], **1107**
SVAA [Loir-et-Cher], **463**
SV CAP [Ain], **59**
SV PRO [Yonne], **1242**
SYMBIOSE IMMOBILIER [Val-d'Oise], **1340**
S. Y. N. [Yvelines], **1051**
SYNDIC SERVICES [Côte-d'Or], **1445**

**T**

TABAR [Département de Paris], **864**
TAÏEL [Allier], **1370**
TALME RENOVATION [Nord], **1513**
TAMAS [Lot-et-Garonne], **515**
TAURO CONSEILS SERVICES [Ain], **48**
TAVARES IMMO [Seine-Saint-Denis], **1302**
TAZ MEDIA [Hauts-de-Seine], **1274**
TB SERIGRAPHIE [Seine-Saint-Denis], **1689**
TECAMEC [Finistère], **282**
TECHNIBAT DU LIMOUSIN [Haute-Vienne], **1185**
TECHNI BATIM [Eure-et-Loir], **260**
TECHNICIEN ELEC [Hérault], **417**
TECHNIQUE ETANCHEITE BARDAGE [Orne], **694**

TECHNIQUES ET SEMENCES JEAN LE POTTIER [Côtes-d'Armor], **244**
TENAILLEAU [Vendée], **1142**
TENDEIRO [Hautes-Pyrénées], **741**
TER LIBOURNE [Lot-et-Garonne], **563**
TESSIER PASCAL YVES ROLAND [Bouches-du-Rhône], **172**
TEXIER [Haute-Vienne], **1165**
TEXIER [Hérault], **364**
TFHF - TRAVAUX FORESTIERS HISTRE FRERE [Bouches-du-Rhône], **1211**
T-FORMATION [Yvelines], **1067**
THE GENTLE GOURMET B&B [Département de Paris], **1026**
THE LIGHT [Département de Paris], **1023**
THERE [Ain], **6**
THEROND [Haute-Savoie], **793**
THILUCA [Bouches-du-Rhône], **172**
TIBOLO [Hérault], **397**
TICKETS MALINS [Val-d'Oise], **1348**
TIPUANA [Ain], **52**
TISSUS DU LOING [Aube], **169**
TLIBA [Var], **1636**
T.L.N.H. [Aisne], **66**
TLR [Marne], **586**
TOP IMMO 66 [Pyrénées-Orientales], **1557**
TORIBIO [Aude], **168**
TORICO FRANCE [Haute-Savoie], **825**
TORREFACTION DES 3 ROIS [Rhône], **760**
TOTAL RAFFINAGE MARKETING [Bouches-du-Rhône], **1209**
TOUIHRI [Vosges], **1209**
TOULOUSE LAVAGE BACHES [Haute-Garonne], **304**
TOUR EGEE BUSINESS CENTRE [Département de Paris], **886**
TOURISME GUDERZO [Ain], **8**
T.P.N.E. [Haute-Saône], **770**
TRANS MEUSE LAIT [Meuse], **621**
TRANSPORTS CALMETTES [Lot-et-Garonne], **520**
TRANSPORTS CHEVALLIER [Landes], **1510**
TRANSPORTS FRIGORIFIQUE AQUITAIN [Landes], **1507**
TROIS MAISONS [Ain], **44**
TROISVALLETS [Var], **1110**
TROULIER [Alpes-Maritimes], **84**
TROYES CÂLINE [Aube], **167**
TSE BATIMENT [Var], **1125**
TV ELECTROMENAGER SERVICES SARL [Aube], **130**
TWAROG [Lot-et-Garonne], **487**

**U**

UCAR OPTIQUE [Ain], **47**
UGOLINI [Pyrénées-Orientales], **1552**
ULTIMA-PRESTATIONS [Seine-Saint-Denis], **1677**
ULTI PROJECTS [Nord], **668**
UNE AUTRE ILE PRODUCTIONS [Département de Paris], **905**
UN OCEAN DE PECHE [Charente-Maritime], **1411**
U PESCADORI [Corse-du-Sud], **234**

**V**

V12 AUTOMOBILES [Val-d'Oise], **1339**
VACHOUX [Haute-Savoie], **798**
VADOMY [Alpes-Maritimes], **85**
VALORISATION FONCIERE DURABLE [Pyrénées-Atlantiques], **1539**
VANILLE [Haute-Vienne], **1189**
V. B. L. G. [Hauts-de-Seine], **1259**
VECTOR WORKPLACE & FACILITY MANAGEMENT LIMITED [Département de Paris], **1019**

V. E. L. Z. [Val-d'Oise], **1344**
VETIMUNE [Côtes-d'Armor], **247**
VIANDES LEBON [Aube], **132**
VIDAL [Val-de-Marne], **1322**
VIGIMARK SURVEILLANCE [Yvelines], **1599**
VIGNOBLES CALAGE FRANCE [Hérault], **392**
VIGNOBLES DE FRANCE TRANSACTIONS ET CONSEIL - VDF IMMO [Var], **1630**
VIKING LITERIE [Calvados], **203, 203**
VINEL [Vosges], **1236**
VINS DIVINS [Var], **1120**
VIOLETTE [Seine-Maritime], **1579**
VIVIFI [Corse-du-Sud], **224**
VJCS TRANSPORT [Bouches-du-Rhône], **1401**
VNG - VERBUNDNETZ GAS AKTIENGESELLSCHAFT [Département de Paris], **1016**
VTV VOYAGER AVEC LES TIMBRES VACANCES [Département de Paris], **936**
VUETAZ [Haute-Savoie], **800**
VULLIEZ [Haute-Savoie], **794**

**W**

WALOR AEROSPACE [Essonne], **1649**
WATELLE IMMOBILIER [Val-d'Oise], **1340**
WEBSENSE FRANCE [Hauts-de-Seine], **1286**
WEISS [Val-d'Oise], **1343**
WINPARF [Département de Paris], **1040**
WU [Pyrénées-Orientales], **1551**

**X**

XO [Département de Paris], **1003**
XTENSYS [Ille-et-Vilaine], **430**

**Y**

YEDDERDIS [Yvelines], **1072**
YONNET [Gironde], **310**
YOUNG [Indre-et-Loire], **444**

**Z**

ZACARIAS [Hérault], **353**
ZADY [Seine-Saint-Denis], **1685**
ZAGHROUN [Département de Paris], **879**
ZEANTHI BURY CONSEIL ET FORMATION [Pas-de-Calais], **735**
ZHA ZHA [Bouches-du-Rhône], **170**
ZION DEVELOPPEMENT [Nord], **666**
ZOC [Ain], **13**
ZOMBIE [Haute-Saône], **768**

**Hors liste alphabétique**

02 ESTHET [Finistère], **281**
100 POURCENTCOTON [Lot-et-Garonne], **568**
10B SOLUTIONS [Gironde], **322**
10 TEN INFORMATIQUE [Vendée], **1154**
161/163 BVD SAINT GERMAIN SAS [Hauts-de-Seine], **1262**
2M-A2I [Marne], **583**
3003 [Bouches-du-Rhône], **187**
3A AUTO [Lot-et-Garonne], **550**
3EF DECO [Département de Paris], **976**
4NL [Ain], **28**
5 AS DEVELOPPEMENT [Nord], **667**
7° AVENUE [Hérault], **345**
81 AUTO NET [Tarn], **1084**
"HDG" [Département de Paris], **871**
@LEISURE FRANCE [Hérault], **385**
'MALENA INSTITUT' [Bouches-du-Rhône], **174**


