EXHIBIT 13 VILDER ORG CHART

