EXHIBIT 15 NSW FUNDS FLOW

| | |
|---|---|
| **From:** | Julie |
| **Sent time:** | 09/02/2013 10:25:42 AM |
| **To:** | Eesh |
| **Cc:** | Angelica; ccstaffmail |
| **Subject:** | V4 - cash movement |
| **Attachments:** | V4 N cash movements 10.06.2013.pdf    image001.png |

Yours sincerely


Julie Mae Endrina


For and on behalf of



**Azure Consultants JLT**


**P O Box 487922 Office 2501Tiffany TowerJumeirah Lake TowersDubaiUAE**

**T: +971(50) 840 3791F: +44(0) 207 681 1593E:**eesh@azure-consultants.com <mailto:anshu@azure-consultants.com>**W:**www.azuregroup.biz <http://www.azuregroup.biz/>

*The use of an e-mail message is not a secure transmission. E-mail involves remarkable risks for example lack of confidentiality, content manipulation, sending errors, virus, attacks by hackers, etc. Azure Consultants JLT disclaims, without limitation, all liability for any loss or direct/indirect damage of any kind, which might be incurred through the use of an e-mail, including any tampering by unauthorised parties. As a rule, the opening of any e-mail from unknown source as well as any unexpected attachment to an e-mail message should be avoided.*

*This message and all attachments contained are confidential and they are meant solely for the intended recipient. Access to this e-mail by anyone else is unauthorised. If you are not the intended recipient, kindly notify us immediately of the delivery error by replying to this message, and then delete it from your system. Any disclosure, copying, distribution or any action taken or omitted in reliance on this, is prohibited and may be unlawful.*

V4 N cash movements 10.06.2013.pdf

# N Project – Cash movements 02.09.2013

**Summary:**

| *Money In: (FBME)* | | *Money Out:* | | *Balance:* |
|---|---|---|---|---|
| Sartfield | 414.78M | Vilder | 69.33M | |
| Claremont | 24.81M | RPM Maro | 3.00M | |
| Unrealized gain | 10.75M | E | 5.25M | |
| Interest on B2B loan | 5.70M | Unedel | 30.00M | |
| Telford Loan facility | 35.00M | Romford | 1.00M | |
| | | Eastway | 12.50M | |
| | | G & F Invest | 2.00M | |
| | | World Trading | 2.00M | |
| | | Corona Group | 14.50M | |
| | | Birriliy | 1.00M | |
| | | Laren | 2.50M | |
| | | Ronin | 6.50M | |
| | | Roswell | 1.25M | |
| | | Denhoff | 2.00M | |
| | | LC Aviation | .30M | |
| | | AIM | 1.00M | |
| | | Ange | .34M | |
| | | Fincogest | 77.66M | |
| | | Triadou | 71.69M | |
| | | IOTA | .39M | |
| | | FBME | 3.00M | |
| | | Azure | 2.76M | |
| | | San Vito | 1.25M | |
| Total | 491.04M | | 311.22M | 179.83M |
| Other funds: | | | | |
| Unrepaid principal – B2B | | | | (64.60M) |
| Unpaid loan – Telford | | | | (35.00M) |
| Classic fees | | | | ( 0.50M) |
| Funds for P project | | | | ( 5.00M) |
| **Remaining funds – FBME** | | | | **74.73M*** |

***Difference to the remaining funds is due to rounding off.**



