USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/4/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------- X
:
IN RE: APPLICATION OF JSC BTA BANK  :
: 1:21-mc-824-GHW
For an Order to Conduct Discovery for Use in Foreign  :
Proceedings  : ORDER
:
------------------------------------------------------------------------- X

GREGORY H. WOODS, District Judge:

For the reasons stated on the record at the conference held on March 3, 2022, Intervenor's objections to Judge Gorenstein's December 27, 2021 Order, Dkt. No. 17, are overruled. In addition, Intervenor's request for a stay of proceedings, see Dkt. No. 19, is denied.

SO ORDERED.

Dated: March 4, 2022
New York, New York

_____
GREGORY H. WOODS
United States District Judge