UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
IN RE: APPLICATION OF JSC BTA BANK          :
FOR AN ORDER TO CONDUCT DISCOVERY    :     Case No. 21 Misc. 824 (GHW)(GWG)
FOR USE IN A FOREIGN PROCEEDING              :
----------------------------------------------------------------X

      NOTICE IS HEREBY GIVEN that Ilyas Khrapunov, intervenor in the above-captioned case, hereby appeals to the United States Court of Appeals for the Second Circuit from the March 4, 2022 Order of Hon. Gregory H. Woods, U.S.D.J. (Dkt. No. 24), which overruled Mr. Khrapunov's objections, pursuant to Fed. R. Civ. P. Rule 72(a) and 28 U.S.C. § 636(b)(1)(A), to the December 27, 2021 Opinion and Order rendered by Hon. Gabriel W. Gorenstein, U.S.M.J. (Dkt. No. 16) that granted, *ex parte*, JSC BTA Bank's application to issue subpoenas for documents pursuant to 28 U.S.C. § 1782.

Dated: New York, New York
       March 28, 2022

SOLOMON & CRAMER LLP
*Attorneys for Intervenor Ilyas Khrapunov*

By: /s/Andrew T. Solomon
     Andrew T. Solomon
25 West 39th Street, 7th Floor
New York, NY 10018
Telephone: 212-884-9102
Email: asolomon@solomoncramer.com