**MANDATE**

# UNITED STATES COURT OF APPEALS
## for the
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 18th day of April, two thousand and twenty two,

---

IN RE: APPLICATION OF JSC BTA BANK: FOR AN ORDER TO CONDUCT DISCOVERY FOR USE IN FOREIGN PROCEEDINGS
---

Ilyas Khrapunov,

    Interested-Party-Appellant,

ABC,

    Respondent,

v.

JSC BTA Bank, for an Order to Conduct Discovery for Use in Foreign Proceedings,

    ADR Provider-Appellee.

**ORDER**
Docket Number: 22-684

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: May 24 2022

A notice of appeal was filed on March 28, 2022. Appellant's Form C was due April 11, 2022. The case is deemed in default.

IT IS HEREBY ORDERED that the appeal will be dismissed effective May 02, 2022 if Form C is not filed by that date.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 05/24/2022